# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **MAGISTRATE NO. 21-MJ-195 (ZMF)** |
| : | |
| **ETHAN NORDEAN,** : | |
| Also known as "Rufio Panman," : | |
| : | |
| **Defendant.** : | |

## TRANSPORT ORDER

Having considered the United States' Motion to have the defendant Ethan Nordean transported from the Western District of Washington to the District of Columbia for further proceedings on the Complaint filed against him, it is hereby **ORDERED**

That the United States Marshals Service transport the defendant forthwith from the Western District of Washington to the District of Columbia for further proceedings in this matter.

DATE: February 8, 2021

BERYL A. HOWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

1