NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.   20001**

UNITED STATES OF AMERICA

vs.                                                              Criminal Number  __21mj195__

__Ethan Nordean__
              (Defendant)


TO:    ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

[■] CJA            [ ] RETAINED            [ ] FEDERAL PUBLIC DEFENDER


                                        /s/ David B. Smith
                                        _____
                                              (Signature)


                        **PLEASE PRINT THE FOLLOWING INFORMATION:**

                        __David Smith, DC No. 403068__
                              (Attorney & Bar ID Number)
                        David B Smith PLLC
                        _____
                              (Firm Name)
                        __108 N. Alfred Street__
                              (Street Address)
                        __Alexandria__    __VA__    __22314__
                        (City)          (State)      (Zip)
                        __703-548-8912__
                              (Telephone Number)