NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.                                          Criminal Number  __21mj195__

__Ethan Nordean__
           (Defendant)


TO:    ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

[■] CJA          [ ] RETAINED          [ ] FEDERAL PUBLIC DEFENDER


*Nicholas D. Smith*
_____
(Signature)


**PLEASE PRINT THE FOLLOWING INFORMATION:**

__Nicholas Smith__
(Attorney & Bar ID Number)

David B Smith PLLC
_____
(Firm Name)

__7 East 20th Street, Suite 4R__
(Street Address)

__New York         NY         10003__
(City)           (State)         (Zip)

__917-902-3869__
(Telephone Number)