**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | |
| : | |
| : | Case No: 21-MJ-195 (ZMF) |
| **ETHAN NORDEAN,** : | |
| also known as "Rufio Panman," : | |
| : | |
| **Defendant.** : | |

**ORDER**

This matter having come before the Court pursuant to the application of the United States to unseal the case. Good cause having been shown, it is hereby ORDERED that the United States' motion is GRANTED, and that the case shall be unsealed.

Date: _____

HON. ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE