# EXHIBIT # 1



# EXHIBIT # 2



# EXHIBIT # 3



# EXHIBIT # 4



# EXHIBIT # 5

