# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 21-CR-175 (TJK)** |
| | : | |
| v. | : | |
| | : | |
| **ETHAN NORDEAN,** | : | **UNDER SEAL and EX PARTE** |
| also known as "Rufio Panman," | : | |
| **JOSEPH BIGGS,** | : | |
| **ZACHARY REHL,** | : | |
| **CHARLES DONOHOE,** | : | |
| | : | |
| **Defendants.** | : | |

## GOVERNMENT'S MOTION TO UNSEAL
## SUPERSEDING INDICTMENT AND RELATED DOCUMENTS

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court to unseal: the superseding indictment; the government's motion continue arraignment, filed on March 12, 2021; and this motion and any associated order.

Because this motion references matters that are currently under seal and *ex parte*, the government is filing this motion under seal and *ex parte*. However, limiting disclosure of the superseding indictment and related documents—that is, to protect investigative and law enforcement interests until the arrests of two of the defendants—is no longer necessary. Accordingly, these matters should be unsealed. A proposed order is attached.

        Respectfully submitted,

        CHANNING D. PHILLIPS
        Acting United States Attorney
        D.C. Bar No. 415793

By:    /s/ Jason B.A. McCullough
        JASON B.A. MCCULLOUGH
        D.C. Bar No. 998006
        JAMES B. NELSON
        D.C. Bar No. 1613700
        LUKE M. JONES
        VA Bar No. 75053
        Assistant United States Attorneys
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 252-7233
        jason.mccullough2@usdoj.gov