# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CRIMINAL NO. 21-CR-175 (TJK)** |
| v. : | |
| : | |
| **ETHAN NORDEAN,** : | |
| also known as "Rufio Panman," : | |
| **JOSEPH BIGGS,** : | |
| **ZACHARY REHL,** : | |
| **CHARLES DONOHOE,** : | |
| : | |
| **Defendants.** : | |

## ORDER

Before the Court is the government's under seal and *ex parte* Motion to Unseal Superseding Indictment and Related Documents. For the reasons stated in the motion, and for good cause shown, the motion is GRANTED, and it is hereby

ORDERED that the superseding indictment; the government's motion continue arraignment, filed on March 12, 2021; and the instant motion to unseal shall be UNSEALED and placed on the public docket.

SO ORDERED.

DATED: _____  _____
TIMOTHY J. KELLY
United States District Judge