

Nicholas Smith <nds@davidbsmithpllc.com>

## Nordean

**Ben Beetham** <Ben_Beetham@wawp.uscourts.gov>  Sat, Mar 20, 2021 at 3:23 PM
To: Nicholas Smith <nds@davidbsmithpllc.com>

Good afternoon,

On March 3, 2021, Mr. Nordean was released on an appearance bond with standard and special conditions. Since that date, I have been assigned his pretrial supervision on a courtesy basis for the District of Columbia.

Since March 3, 2021, Mr. Nordean has complied with all conditions of release.

Ben Beetham

U.S. Probation Officer

Western District of Washington

206-370-8539

**From:** Nicholas Smith <nds@davidbsmithpllc.com>
**Sent:** Saturday, March 20, 2021 12:05 PM
**To:** Ben Beetham <Ben_Beetham@wawp.uscourts.gov>
**Subject:** Re: Nordean

**CAUTION - EXTERNAL:**

[Quoted text hidden]