UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) |
| v. | ) Case No. 1:21-cr-175<br>) |
| ETHAN NORDEAN, | ) District Judge Timothy J. Kelly<br>) |
| Defendant. | )<br>) |

## DECLARATION OF ARTURO SANTAELLA

I, ARTURO SANTAELLA, a resident of the State of Maryland, hereby declare under penalty of perjury that the following is true and correct:

1. I am the manager for Michale Graves, a singer-songwriter who used to lead the Misfits, a punk-rock band.

2. Late in the day on January 5, 2021 and in the morning of January 6, 2021, I had conversations with the defendant in this case, Ethan Nordean, whom I knew as "Rufio," in Washington, D.C.

3. In those conversations, Mr. Nordean proposed that Mr. Graves perform for Mr. Nordean and the fellow members of his group at a residence in Washington, D.C., which they rented through Airbnb for January 5 and January 6.

4. Specifically, in those January 5 and January 6 conversations, Mr. Nordean proposed that Mr. Graves perform music at the Airbnb residence between approximately three to four p.m. eastern time on January 6, 2021.

1

Executed on March 25, 2021.

Respectfully submitted,

Arturo Santaella

2