

Nicholas Smith <nds@davidbsmithpllc.com>

## Nordean

**Ben Beetham** <Ben_Beetham@wawp.uscourts.gov>  Mon, Mar 29, 2021 at 12:23 PM
To: Nicholas Smith <nds@davidbsmithpllc.com>

As of this writing, Mr. Nordean remains in compliance with his conditions of release.

Ben Beetham

U.S. Probation Officer

Western District of Washington

206-370-8539

**From:** Nicholas Smith <nds@davidbsmithpllc.com>
**Sent:** Monday, March 29, 2021 9:18 AM
**To:** Ben Beetham <Ben_Beetham@wawp.uscourts.gov>
**Subject:** Re: Nordean

**CAUTION - EXTERNAL:**

[Quoted text hidden]

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.