UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) ) ) ) |
| v. | ) Case No. 1:21-cr-175 ) |
| ETHAN NORDEAN, et al., | ) **Judge Timothy J. Kelly** ) |
| Defendants. | ) ) ) |

**DEFENDANT NORDEAN'S MOTION FOR LEAVE TO FILE SUR-REPLY IN RESPONSE TO THE GOVERNMENT'S MOTION TO REVOKE RELEASE ORDER**

Defendant Ethan Nordean, through his counsel, files this motion for leave to file a sur-reply in response to the following three legal arguments raised for the first time in the government's reply in support of its third motion to detain Nordean pretrial (ECF No. 45): (1) that Nordean may be detained pretrial under the dangerousness factor of 18 U.S.C. § 3142(g)(4) even if the government has not satisfied 18 U.S.C. § 3142(f), Gov't Reply, pp. 9-11; (2) that the superseding indictment properly alleges Nordean's vicarious liability under the *Pinkerton* standard for property destruction by individuals not charged in this case, Gov't Reply, pp. 6-7; and (3) that Nordean's "commitment to his [political] cause" satisfies the standard of "clear and convincing evidence of an identified and articulable threat to any individual or the community" set in *United States v. Munchel*, 2021 U.S. App. LEXIS 8810 (D.C. Cir. Mar. 26, 2021).

Nordean's proposed sur-reply brief is attached to this motion for leave as Exhibit 1. *See Ben-Kotel v. Howard Univ.*, 319 F.3d 532, 536 (D.D.C. 2003) ("The district court routinely grants [sur-reply] motions when a party is 'unable to contest matters presented to the court for the first time' in the last scheduled [briefing].") (quoting *Lewis v. Rumsfeld*, 154 F. Supp. 2d 56, 61 (D.D.C. 2001)).

Dated: April 5, 2021                           Respectfully submitted.
                                               DAVID B. SMITH, PLLC

                                               /s/ David B. Smith
                                               David B. Smith (D.C. Bar No. 403068)
                                               108 N. Alfred St.
                                               Alexandria, VA 22314
                                               Phone:(703)548-8911
                                               Fax:(703)548-8935
                                               dbs@davidbsmithpllc.com

                                               Nicholas D. Smith (D.C. Bar No. 1029802)
                                               7 East 20th Street
                                               New York, NY 10003
                                               Phone: (917) 902-3869
                                               nds@davidbsmithpllc.com

**Certificate of Service**

I hereby certify that on the 5th day of April, 2021, I filed the foregoing brief with the Clerk of Court using the CM/ECF system and the Case Administrator Brittany Bryant, which will send a notification of such filing (NEF) to the following CM/ECF user(s):

>   Jim Nelson
>   Assistant United States Attorney
>   555 4th Street, N.W., Room 4408
>   Washington, D.C. 20530
>   (202) 252-6986

And I hereby certify that I have mailed the document by United States mail, first class postage prepaid, to the following non-CM/ECF participant(s), addressed as follows: [none].

                                               /s/ David B. Smith
                                               David B. Smith, D.C. Bar No. 403068
                                               David B. Smith, PLLC
                                               108 North Alfred Street, 1st FL
                                               Alexandria, Virginia 22314
                                               (703) 548-8911 / Fax (703) 548-8935
                                               dbs@davidbsmithpllc.com
                                               *Counsel to Ethan Nordean*