**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ETHAN NORDEAN, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>) Case No. 1:21-cr-175<br>)<br>) **Judge Timothy J. Kelly**<br>)<br>)<br>) |

**DEFENDANT NORDEAN'S NOTICE OF CONDITIONS OF CONFINEMENT IN SEATAC FDC AS OF APRIL 23, 2021**

Defendant Ethan Nordean, through his counsel, files this notice of the current conditions of his confinement following the Court's detention order entered April 20. ECF No. 65.

Nordean surrendered for pretrial detention at SeaTac FDC on April 20. He is now being held in his cell 24 hours a day for at least the next 21 days. He is not permitted access to a computer to communicate in writing with his legal counsel. Nordean is permitted to leave his cell for two reasons alone. He is given ten minutes for a shower on Monday, Wednesday or Friday. He is given ten minutes for a phone call on Tuesday or Thursday. He is currently held in a cell with one other individual who exhibits signs of serious and potentially threatening mental illness.

Dated: April 23, 2021

Respectfully submitted.
DAVID B. SMITH, PLLC

*/s/ David B. Smith*
David B. Smith (D.C. Bar No. 403068)
108 N. Alfred St.
Alexandria, VA 22314
Phone:(703)548-8911
Fax:(703)548-8935
dbs@davidbsmithpllc.com

1

        Nicholas D. Smith (D.C. Bar No. 1029802)
        7 East 20th Street
        New York, NY 10003
        Phone: (917) 902-3869
        nds@davidbsmithpllc.com

**Certificate of Service**

I hereby certify that on the 23rd day of April, 2021, I filed the foregoing notice with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following CM/ECF user(s):

    Jim Nelson
    Assistant United States Attorney
    555 4th Street, N.W., Room 4408
    Washington, D.C. 20530
    (202) 252-6986

And I hereby certify that I have mailed the document by United States mail, first class postage prepaid, to the following non-CM/ECF participant(s), addressed as follows: [none].

        /s/ David B. Smith
        David B. Smith, D.C. Bar No. 403068
        David B. Smith, PLLC
        108 North Alfred Street, 1st FL
        Alexandria, Virginia 22314
        (703) 548-8911 / Fax (703) 548-8935
        dbs@davidbsmithpllc.com
        *Counsel to Ethan Nordean*