# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|  | ) |
| v. | ) Case No. 1:21-cr-175 |
|  | ) |
| ETHAN NORDEAN, et al., | ) **Judge Timothy J. Kelly** |
|  | ) |
| Defendants. | ) |

## DEFENDANT NORDEAN'S MOTION TO FILE OVERSIZED BRIEF

Defendant Nordean, through his counsel, files this motion for leave to file a motion to dismiss brief in excess of the 45-page limit in Local Criminal Rule 47(e). Nordean's brief is 12 pages beyond that limit. The brief could also be broken up into separate motions by count in the superseding indictment, but presenting the arguments together is more convenient for the parties and the Court, especially given cross-referencing among the arguments. Nordean thanks the Court for its consideration of this motion.

Dated: June 3, 2021

Respectfully submitted.
DAVID B. SMITH, PLLC

*/s/ David B. Smith*
David B. Smith (D.C. Bar No. 403068)
108 N. Alfred St.
Alexandria, VA 22314
Phone:(703)548-8911
Fax:(703)548-8935
dbs@davidbsmithpllc.com

Nicholas D. Smith (D.C. Bar No. 1029802)
7 East 20th Street
New York, NY 10003
Phone: (917) 902-3869
nds@davidbsmithpllc.com

1

**Certificate of Service**

I hereby certify that on the third day of June, 2021, I filed the foregoing motion with the Clerk of Court using the CM/ECF system and the Case Administrator Brittany Bryant, which will send a notification of such filing (NEF) to the following CM/ECF user(s):

>   Jim Nelson
>   Assistant United States Attorney
>   555 4th Street, N.W., Room 4408
>   Washington, D.C. 20530
>   (202) 252-6986

And I hereby certify that I have mailed the document by United States mail, first class postage prepaid, to the following non-CM/ECF participant(s), addressed as follows: [none].

>   /s/ David B. Smith
>   David B. Smith, D.C. Bar No. 403068
>   David B. Smith, PLLC
>   108 North Alfred Street, 1st FL
>   Alexandria, Virginia 22314
>   (703) 548-8911 / Fax (703) 548-8935
>   dbs@davidbsmithpllc.com
>   *Counsel to Ethan Nordean*