UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-CR-175-1 (TJK) |
| | : | |
| **ETHAN NORDEAN** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

This matter having come before the Court upon the Government's Unopposed Motion for Extension of Time to Respond to Defendant Nordean's Motion to Dismiss (Doc. 83), and for good cause shown, the motion is hereby GRANTED, and it is hereby

ORDERED that the government shall file its response to Defendant Ethan Nordean's Motion to Dismiss (Doc. 83) no later than July 1, 2021; and it is further

ORDERED that defendant Nordean shall file any reply in support of the Motion to Dismiss (Doc. 83) no later than July 15, 2021

**SO ORDERED** this _____ day of _____, 2021.

_____
HONORABLE TIMOTHY J. KELLY
United States District Judge