UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-CR-175-1 (TJK) |
| | : | |
| **ETHAN NORDEAN** | : | |
| | : | |
| **Defendant.** | : | |

**GOVERNMENT'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE RESPONSE TO DEFENDANT NORDEAN'S MOTION TO DISMISS**

The United States hereby respectfully moves the Court for a two-week extension of time within which to respond to defendant Ethan Nordean's motion to dismiss (Doc. 94), which was filed on June 3, 2021. If the instant motion is granted, the government's response would be due on July 1, 2021. The government proposes providing the defendant with an additional week—that is, until July 15, 2021—to file any reply. The government conferred with defendant's counsel, who stated that the defense is unopposed to this motion.

In support of this motion, the government states the following:

1. On June 3, 2021, the defendant (and two co-defendants) appeared before the Court for a status hearing. The Court has scheduled a further status hearing for July 15, 2021.

2. Following the June 3, 2021, status hearing, the defendant filed a 57-page motion to dismiss the first superseding indictment, raising several statutory and constitutional challenges (Doc. 94). The defendant also filed a motion for leave to file excess pages in reference to the motion to dismiss. The government does not oppose defendant's motion for leave to file excess pages.

3. Given the length of the defendant's motion to dismiss and the number and complexity of issues raised therein, the government requests an additional two weeks—that is,

until July 2, 2021, to file its response.  In seeking this relief, the government proposes that the Court provide an extension of one week—that is, until July 15, 2021—for the defendant to file any reply in support of his motion.

4.  The government submits that the requested relief would not adversely affect the pace of litigation in this case, in which discovery is ongoing and the Court has not yet set deadlines for dispositive motions.

WHEREFORE, the government requests that the Court grant the government's motion and enter the attached, proposed order.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

*/s/ Luke M. Jones*
LUKE M. JONES, VA Bar No. 75053
JASON B.A. MCCULLOUGH, DC Bar No. 998006
U.S. Attorney's Office for the District of Columbia
Assistant United States Attorneys
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7066