# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 21-CR-175-1 (TJK) |
| : | |
| ETHAN NORDEAN, : | |
| : | |
| Defendant. : | |

## UNOPPOSED MOTION FOR INTERIM PROTECTIVE ORDER

The United States of America hereby respectfully moves the Court for the entry of the attached interim protective order governing the production of discovery by the United States and defendant Ethan Nordean in the above-captioned case. The United States and counsel for Defendant Nordean have reached an agreement as to the proposed interim protective order. Therefore, the United States is authorized to represent to the Court that the Defendant does not oppose this motion or the entry of the attached protective interim order.[1]

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

*/s/ Luke M. Jones*
LUKE M. JONES, VA Bar No. 75053
JASON B.A. MCCULLOUGH, DC Bar No. 998006
U.S. Attorney's Office for the District of Columbia
Assistant United States Attorneys
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7066

---

[1] For the Court's reference, the only differences between the proposed interim order and the order previously entered as to other defendants in this case (Doc. 83) are in paragraph six, regarding the rules for handling Highly Sensitive materials.