

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

---

*Jason B.A. McCullough*
*Assistant United States Attorney*
*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*
*Direct Line: 202-252-7233*

April 30, 2021

*Via Fed Ex*

Nicholas Smith
7 East 20th Street
Suite 4R
New York, NY 10003

      Re:    <u>United States v. Ethan Nordean</u>, Cr. No.: 21-cr-175 (TJK)

Dear Counsel:

    Following up on my email message yesterday regarding Mr. Nordean's phone, please find enclosed one thumb drive containing a forensic extraction of the phone. We will provide a password for the thumb drive separately.

    Please contact me should you have any questions or concerns.

               Sincerely yours,

               CHANNING D. PHILLIPS
               ACTING UNITED STATES ATTORNEY

        By:       /s/
               Jason B.A. McCullough
               Assistant United States Attorney
               555 4th Street, N.W.
               Washington, D.C. 20530
               (202) 252-7233
               jason.mccullough2@usdoj.gov

Enclosure