

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

May 5, 2021

**By Fed Ex**

Shaka M. Johnson, Esq.
1333 Christian Street
Philadelphia, PA 19147

      Re:    United States v. Zachary Rehl, 1:21-cr-175 (TJK)

Dear Mr. Johnson:

    Please find enclosed one external hard drive containing a forensic image of the cell phone seized from your client, Mr. Rehl, at the time of his arrest. We will provide a password for the external drive separately.

    Because this forensic image was too large to share through USAfx, we are providing it on an external hard drive. To facilitate additional discovery productions that may involve large sets of data, we would appreciate if you would copy the data on the external hard drive and return the drive to us so that we can use it again for other productions in this case.

                                     Sincerely,

                                     CHANNING PHILLIPS
                                   Acting United States Attorney

            By:      /s/
                     LUKE M. JONES
                     Assistant United States Attorney
                     luke.jones@usdoj.gov
                     (202) 252-7066