

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

June 3, 2021

**By Fed Ex**

Shaka M. Johnson, Esq.
1333 Christian Street
Philadelphia, PA 19147

      Re:    United States v. Zachary Rehl, 1:21-cr-175 (TJK)

Dear Mr. Johnson:

    Please find enclosed one external hard drive containing a complete forensic copy of data provided by ███████████████████████████████████████████████████████████████████████████████████████████████

    To facilitate additional discovery productions that may involve large sets of data, we would appreciate if you would copy the data on the external hard drive and return the drive to us so that we can use it again for other productions in this case.

                               Sincerely,

                               CHANNING PHILLIPS
                               Acting United States Attorney

              By:       /s/
                     LUKE M. JONES
                     Assistant United States Attorney
                     luke.jones@usdoj.gov
                     (202) 252-7066