

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

*Jason B.A. McCullough*
*Assistant United States Attorney*
*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*
*Direct Line:  202-252-7233*

July 2, 2021

*Via Overnight Mail*

Lisa Costner
952 West 4th Street
Suite 200
Winston Salem, NC 27101

J. Daniel Hull
Hull McGuire PC
1420 N Street NW
Washington, DC 20005

Shaka Johnson
Law Offices of Shaka Johnson, LLC
1333 Christian Street
Philadelphia, PA 19147

    Re: <u>United States v. Ethan Nordean et al</u>, Cr. No.:  21-cr-175 (TJK)

Dear Counsel:

  Please find enclosed one Blu-ray containing seized materials from a cell phone recovered from defendant Ethan Nordean at the time of his arrest. **Due to the nature of the information contained in this production, these materials have been designated "Highly Sensitive" under the Protective Order that governs discovery.** ECF 83. Among other things, these materials may contain personal information and private communications with individuals who themselves are not associated with the criminal conduct charged in this case. Please contact me should you identify materials for which you would request the government remove or reduce a sensitivity designation, and we will work to resolve the matter with you.

1

The disc is labeled "Case ID: 266O-SE-3380382" (Nordean's FBI case file) and "DiscoveryCopy_242794_1B18_1." Upon opening the disc, you will find that it contains ten folders. Each of the folders contains an executable program file named "CellebriteReader.exe." Opening that file will launch the Cellebrite Reader software and load the data set <u>within that subfolder</u>. In order to view all of the files, one must open each of the ten Cellebrite Reader files on the disc. Screenshots of the folders and additional instructions are provided below for your reference.

1. *Ten folders on the disc:*

| | | |
|---|---|---|
| Files Currently on the Disc (10) | | |
| Data_Set_1 | 6/23/2021 8:03 AM | File folder |
| Data_Set_2 | 6/23/2021 8:09 AM | File folder |
| Data_Set_3 | 6/23/2021 8:14 AM | File folder |
| Data_Set_4 | 6/23/2021 8:33 AM | File folder |
| Data_Set_5 | 6/23/2021 8:44 AM | File folder |
| Data_Set_6 | 6/23/2021 8:48 AM | File folder |
| Data_Set_7 | 6/23/2021 8:57 AM | File folder |
| Data_Set_8 | 6/23/2021 9:02 AM | File folder |
| Data_Set_9 | 6/23/2021 9:06 AM | File folder |
| Data_Set_10 | 6/23/2021 10:28 AM | File folder |

2. *Two files within <u>each</u> "Data Set" folder:*

| | | | |
|---|---|---|---|
| 1B18_Cellebrite_2021-05-14_Report DATA ... | 6/23/2021 8:03 AM | UFDR File | 485,173 KB |
| CellebriteReader.exe | 4/4/2021 6:03 PM | Application | 532,212 KB |

2

3. *After launching "CellebriteReader.exe," choose "Activate Later":*



  Due to the size of the data, it may take some time for the files to load into Cellebrite Reader. Please contact me should you have any questions or concerns.

              Sincerely yours,

              CHANNING D. PHILLIPS
              ACTING UNITED STATES ATTORNEY

       By:    /s/
             Jason B.A. McCullough
             Assistant United States Attorney
             555 4th Street, N.W.
             Washington, D.C. 20530
             (202) 252-7233
             jason.mccullough2@usdoj.gov

Enclosure