

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

July 7, 2021

*Via Email and Electronic File Transfer*

Lisa Costner
Federal Public Defender MDNC
251 N. Main St. Suite 849
Winston-Salem NC 27101

J. Daniel Hull
Hull McGuire PC
888 Seventeenth Street, NW
Suite 1200
Washington, DC 20006

Shaka Johnson
Law Offices of Shaka Johnson, LLC
1333 Christian Street
Philadelphia, PA 19147

Nicholas Smith
7 East 20th Street
Suite 4R
New York, NY 10003

    Re: <u>United States v. Ethan Nordean et al.</u>, Cr. No.:  21-cr-175 (TJK)

Dear Counsel:

  I write to memorialize another production related to the above-captioned case as part of the government's ongoing efforts to produce preliminary discovery on an expedited basis. Specifically, today, the government produced via USAfx a collection of seven surveillance videos provided by the U.S. Capitol Police.  <u>Please note that the materials provided in this production have been designated Highly Sensitive under the Protective Orders entered in this case.</u>

An index of the materials is included with the production.  For your reference, the videos produced today are described in Serial 79 of Ethan Nordean's FBI case file.  That document was produced to defendant Nordean on June 2, 2021, and produced (as Sensitive under the protective order) to defendants Biggs, Rehl, and Donohoe on July 6, 2021.  The document contains an FBI analysis of Ethan Nordean's movements inside the U.S. Capitol as reflected in the surveillance videos.  Please note that, although page 4 of the document states, "Analyst Note: 4th unknown male is identified as Joseph Biggs," the person referred to as "4th unknown male" is not currently assessed by the FBI to be Joseph Biggs.

Please keep in mind that all of the items placed in the USAfx case-folder will be deleted automatically – some in as few as 60 days.  Please let me know immediately if you have been unable to access and download the materials for your use in this case.

Please contact me should you have any questions or concerns.

        Sincerely yours,

        CHANNING D. PHILLIPS
        ACTING UNITED STATES ATTORNEY

By:      /s/
        Luke M. Jones
        Assistant United States Attorney
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 252-7066
        Luke.Jones@usdoj.gov