

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

July 9, 2021

***Via Email and Electronic File Transfer***

Lisa Costner
Federal Public Defender MDNC
251 N. Main St. Suite 849
Winston-Salem NC 27101

J. Daniel Hull
Hull McGuire PC
888 Seventeenth Street, NW
Suite 1200
Washington, DC 20006

Shaka Johnson
Law Offices of Shaka Johnson, LLC
1333 Christian Street
Philadelphia, PA 19147

Nicholas Smith
7 East 20th Street
Suite 4R
New York, NY 10003

   Re: <u>United States v. Ethan Nordean et al.</u>, Cr. No.:  21-cr-175 (TJK)

Dear Counsel:

  I write to memorialize another production related to the above-captioned case as part of the government's ongoing efforts to produce preliminary discovery on an expedited basis. Specifically, today, the government produced via USAfx a collection of Grand Jury subpoena returns.  <u>Please note that, insofar as the materials do not relate solely to your client, the materials provided in this production have been designated Highly Sensitive under the Protective Orders entered in this case.</u>  This designation is based in part on the fact that the materials contain

personal identifying information and personal financial information.  Insofar as materials relate soley to your client, however, no sensitivity designation applies as to your or your client's use of the material.  An index of the materials is included with the production.  Based on the contents of the index, the government has designated the index Highly Sensitive under the Protective Orders.

For convenience, the materials are grouped into folders corresponding to each of the four defendants.  Please note, however, that the material in a particular defendant's folder does not necessarily relate solely to that defendant.

Please keep in mind that all of the items placed in the USAfx case-folder will be deleted automatically – some in as few as 60 days.  Please let me know immediately if you have been unable to access and download the materials for your use in this case.

Please contact me should you have any questions or concerns.

Sincerely yours,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY

By:  _____/s/_____
Luke M. Jones
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7066
Luke.Jones@usdoj.gov