

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

July 13, 2021

*Via Email*

Lisa Costner
Federal Public Defender MDNC
251 N. Main St. Suite 849
Winston-Salem NC 27101

J. Daniel Hull
Hull McGuire PC
888 Seventeenth Street, NW
Suite 1200
Washington, DC 20006

Shaka Johnson
Law Offices of Shaka Johnson, LLC
1333 Christian Street
Philadelphia, PA 19147

Nicholas Smith
7 East 20th Street
Suite 4R
New York, NY 10003

        Re:    <u>United States v. Ethan Nordean et al.</u>, Cr. No.:  21-cr-175 (TJK)

Dear Counsel:

    I write to memorialize earlier productions of preliminary discovery in this case that were provided via email and not previously memorialized in a letter. The productions are identified in the below chart, which identifies the dates of the production, the recipient(s) of the productions (as indicated by the Defendants' last names), and descriptions or identifiers of the material. Additional information regarding the contents of the productions and any sensitivity designations were provided at the time of the productions.

| Date | Recipient(s) | Description / Identifier |
|---|---|---|
| 3/25/2021 | Nordean | Five Telegram Chat Strings Obtained from Nordean's Phone (BATES 1-1494) |
| 3/29/2021 | Biggs, Donohoe | Five Telegram Chat Strings Obtained from Nordean's Phone (BATES 1-1494) |
| 3/29/2021 | Nordean, Biggs, Donohoe | Five Open Source Video Files (approx. 7 hours) (BATES 1495-1499) |
| 3/30/2021 | Nordean | SMS Messages Between Jan 4-8, 2021 Obtained from Nordean's Phone (BATES 1500-1543) |
| 3/31/2021 | Biggs | Audio of Jan. 18, 2021 FBI Interview of Biggs (BATES 1544) |
| 4/8/2021 | Nordean, Biggs, Donohoe | One Open Source Video File (approx. 50 minutes) 10 Open Source Parler Video Files (each less than 5min.) (BATES 1545-1555) |
| 4/13/2021 | Rehl | Production of Above Telegram Strings (BATES 1-1494) and Videos (BATES 1495-1499, 1545-1555) |
| 4/13/2021 | Nordean, Biggs, Rehl, Donohoe | 213 USCP Photos and Video Files Depicting Jan. 6, 2021 Events on the West Plaza (Exterior) |
| 4/16/2021 | Nordean | Residential Search Warrant (BATES 1556-1618) 163 Search Warrant Execution Photos |
| 4/22/2021 | Donohoe | Three Telegram Chat Strings Obtained from Nordean's Phone (BATES 2006-2502) |
| 4/27/2021 | Biggs | ▇▇▇▇▇▇▇▇ (BATES 1671-1854) |
| 4/27/2021 | Rehl | ▇▇▇▇▇▇▇▇ (BATES 1855-1967) |
| 4/27/2021 | Donohoe | ▇▇▇▇▇▇▇▇ (BATES 1968-2005) |
| 4/27/2021 | Nordean | Three Telegram Chat Strings Obtained from Nordean's Phone (BATES 2006-2502) |
| 4/27/2021 | Nordean | SW Returns ▇▇▇▇ |
| 4/27/2021 | Biggs | SW Returns ▇▇▇▇ |
| 4/27/2021 | Rehl | SW Returns ▇▇▇▇ |
| 4/29/2021 | Nordean | 11 Telegram Chat Strings Obtained from Nordean's Phone (BATES 2503-7649) |
| 5/3/2021 | Biggs | Portion of 11 Telegram Chat Strings Obtained from Nordean's Phone (BATES 2503-3197; 5782-6563; 6634-7649) |
| 5/3/2021 | Rehl, Donohoe | Portion of 11 Telegram Chat Strings Obtained from Nordean's Phone (BATES 5782-6563; 6634-7638) |
| 5/3/2021 | Biggs | SW Returns ▇▇▇▇ |
| 5/18/2021 | Biggs | Remainder of 11 Telegram Chat Strings Obtained from Nordean's Phone (BATES 3198-5781; 6564-6633) |
| 5/18/2021 | Rehl, Donohoe | Remainder of 11 Telegram Chat Strings Obtained from Nordean's Phone (BATES 2503-5781; 6564-6633; 7639-7649) |
| 5/18/2021 | Nordean, Biggs, Rehl, Donohoe | One Telegram Chat String Obtained from Nordean's Phone (BATES 7639-35925) |
| 5/24/2021 | Biggs | FBI 302 from Jan. 8, 2021 Interview of Biggs |
| 6/23/2021 | Biggs | SW Returns ▇▇▇▇ |

Please contact me should you have any questions or concerns.

        Sincerely yours,

        CHANNING D. PHILLIPS
        ACTING UNITED STATES ATTORNEY

By:   */s/ Luke M. Jones*
      Luke M. Jones
      Assistant United States Attorney
      555 4th Street, N.W.
      Washington, D.C. 20530
      (202) 252-7066
      Luke.Jones@usdoj.gov