UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-CR-175 (TJK) |
| | : | |
| **ETHAN NORDEAN,** | : | |
| also known as "Rufio Panman," | : | |
| **JOSEPH BIGGS,** | : | |
| **ZACHARY REHL,** and | : | |
| **CHARLES DONOHOE,** | : | |
| | : | |
| **Defendants.** | : | |

## GOVERNMENT'S NOTICE REGARDING STATUS OF DISCOVERY

The United States of America respectfully submits the attached memorandum, prepared by the U.S. Attorney's Office for the District of Columbia, regarding the status of discovery in cases related to the events at the U.S. Capitol on January 6, 2021. The memorandum does not address discovery in this particular case. Rather, it provides an update on the status of the government's efforts to meet its discovery obligations across all cases brought by the U.S. Attorney's Office related to January 6, 2021. Undersigned counsel understands that a substantively identical update has been recently filed in other cases related to January 6, 2021.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
DC Bar No. 415793

By:   /s/ Luke M. Jones
LUKE M. JONES
VA Bar No. 75053
JASON B.A. MCCULLOUGH
D.C. Bar No. 998006; NY Bar No. 4544953
Assistant United States Attorneys
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7066; Luke.Jones@usdoj.gov