UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 21-CR-175-1 (TJK) |
| : | |
| ETHAN NORDEAN : | |
| : | |
| Defendant. : | |

**[PROPOSED] ORDER**

This matter having come before the Court upon the Government's Unopposed Motion for leave to file a sur-reply to defendant Ethan Nordean's reply (ECF 113) in connection with his motion to dismiss (ECF 83), and for good cause shown, the motion is hereby GRANTED, and it is hereby

ORDERED that the government shall file its sur-reply to defendant Ethan Nordean's reply (ECF 113) no later than July 29, 2021; and it is further

ORDERED that defendant Nordean shall file any response to the sur-reply no later than August 5, 2021.

**SO ORDERED** this _____ day of _____, 2021.

_____
HONORABLE TIMOTHY J. KELLY
United States District Judge