UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ETHAN NORDEAN, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>) Case No. 1:21-cr-175<br>)<br>) **District Judge Timothy J. Kelly**<br>)<br>)<br>) |

## DECLARATION OF MICHAEL NORDEAN

I, MICHAEL NORDEAN, a resident of the State of Washington, hereby declare under penalty of perjury that the following is true and correct:

1. I am the father of Ethan Nordean, who is currently jailed as he awaits trial. In his motion to reopen the bail proceedings in this case, Ethan offered a bond secured by $1 million in cash.

2. In response to that offer, the government filed a response in Court stating, "Defendant has not offered the Court any information about the source of the funds, and the sudden windfall raises more questions about Defendant's continuing power and clout than it resolves." Directly after the government made that filing, several media outlets repeated the government's innuendo about my son.

3. The government's statement is outrageous. The proposed bail funds do not belong to Ethan, who is jailed, but to me. I am the owner of the funds. They are legally sourced.

4.   It is my understanding that, after the government filed that inaccurate statement in court, Ethan's counsel offered to show this statement to the government, so that it would correct the misleading impression it has created with the public and the Court about my son.

Executed on August 4, 2021.

Respectfully submitted,

_Michael Nordean /P.P. Judy Nordean_
Michael Nordean