UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) <br> ) <br> ) <br> ) |
| v. | ) Case No. 1:21-cr-175 <br> ) |
| ETHAN NORDEAN, et al., | ) **District Judge Timothy J. Kelly** <br> ) |
| Defendants. | ) <br> ) <br> ) |

## DECLARATION OF MICHAEL NORDEAN

I, MICHAEL NORDEAN, a resident of the State of Washington, hereby declare under penalty of perjury that the following is true and correct:

1. I am the father of Ethan Nordean. I have lived in Seattle all my life, where I have operated a successful restaurant company for the last 30 years.

2. My ties to this community are lifelong, deep, and above reproach. I reside two blocks from Ethan's residence.

3. Ethan had a stable two-parent upbringing. He was raised in a Christian home and also has strong ties to the community. A lifetime resident of the Seattle area, Ethan has participated in sports, church, youth groups, family activities and our family business. What the government says about him pains me greatly, but Ethan is honest and of good character. He has no criminal history. Ethan has many family, social and church connections to this community. I have personal knowledge that my son never intended to make good on any statement that he would relocate away from Seattle.

1

4.  I have offered a bond of $1 million, which constitutes the bulk of my life savings. I do this without fear of loss. That is because I know my son will honor the terms of his bond. I am grateful for the Court's consideration of this declaration.

Executed on August 10, 2021.

Respectfully submitted,

*/s/ Michael Nordean*
Michael Nordean