UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Case No. 1:21-cr-175 |
| | ) |
| ETHAN NORDEAN, et al., | ) **Judge Timothy J. Kelly** |
| | ) |
| Defendants. | ) |

**DEFENDANT NORDEAN'S MOTION TO RECEIVE BAIL HEARING TRANSCRIPT**

Defendant Nordean moves the Court for permission to receive a transcript of the sealed portion of the bail hearing on September 13. Nordean submitted yesterday an e-voucher for the transcript and informed the court reporter. The reporter advised counsel that because a portion of the hearing was sealed, Nordean would require a court order, according to instructions the reporter received from the Court.

Nordean's counsel is a party to the protective order in this matter. ECF No. 103. Counsel has received from the government the underlying sensitive materials that prompted the sealed portion of the hearing. Accordingly, he requests permission to receive the sealed portion of the September 13 hearing transcript, acknowledging that portion is subject to the protective order to the same extent as the underlying sensitive materials.

Dated: September 14, 2021        Respectfully submitted,

/s/ David B. Smith
David B. Smith (D.C. Bar No. 403068)
108 N. Alfred St.
Alexandria, VA 22314
Phone:(703)548-8911
Fax:(703)548-8935
dbs@davidbsmithpllc.com

1

Nicholas D. Smith (D.C. Bar No. 1029802)
7 East 20th Street
New York, NY 10003
Phone: (917) 902-3869
nds@davidbsmithpllc.com

**Certificate of Service**

I hereby certify that on the 14th day of September, 2021, I filed the foregoing motion with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following CM/ECF user(s):

Jim Nelson
Assistant United States Attorney
555 4th Street, N.W., Room 4408
Washington, D.C. 20530
(202) 252-6986

And I hereby certify that I have mailed the document by United States mail, first class postage prepaid, to the following non-CM/ECF participant(s), addressed as follows: [none].

/s/ David B. Smith
David B. Smith, D.C. Bar No. 403068
David B. Smith, PLLC
108 North Alfred Street, 1st FL
Alexandria, Virginia 22314
(703) 548-8911 / Fax (703) 548-8935
dbs@davidbsmithpllc.com
*Counsel to Ethan Nordean*