## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) <br> ) <br> ) CRIMINAL NO.:21-cr-175-TJK <br> ) |
| v. | ) <br> ) |
| ETHAN NORDEAN, et al., | ) <br> ) |
| Defendants. | ) <br> ) |

### [PROPOSED] ORDER

Before the Court is Defendant Ethan Nordean's motion to receive the sealed portion of the September 13, 2021 hearing transcript. Nordean's counsel is subject to the protective order in this case. ECF No. 103. For the reasons set forth in the motion, it is

**ORDERED**, that the motion is **GRANTED**, and it is further

**ORDERED**, that Nordean's counsel may receive the sealed portion of the September 13 hearing transcript, which is subject to the protective order to the same extent as the underlying sensitive materials discussed therein.

**IT IS SO ORDERED**.

Date: September ___, 2021

_____
TIMOTHY J. KELLY
UNITED STATES DISTRICT JUDGE