UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-CR-175 (TJK) |
| | : | |
| **ETHAN NORDEAN,** | : | |
| also known as "Rufio Panman," | : | |
| **JOSEPH BIGGS,** | : | |
| **ZACHARY REHL,** and | : | |
| **CHARLES DONOHOE,** | : | |
| | : | |
| **Defendants.** | : | |

## GOVERNMENT'S NOTICE REGARDING STATUS OF DISCOVERY

The United States of America, by and through undersigned counsel, respectfully submits the attached memorandum, prepared by the U.S. Attorney's Office for the District of Columbia, regarding the status of discovery in cases related to the events at the U.S. Capitol on January 6, 2021. The memorandum does not address discovery in this particular case—rather, its purpose is to address discovery across all cases related to January 6, 2021, and to provide an update on the status of the government's efforts to meet its discovery obligations across all of those cases since its previous notice that was filed on July 14, 2021 (ECF 120-1).

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
DC Bar No. 415793

By:  */s/ Jason McCullough*
JASON B.A. MCCULLOUGH
D.C. Bar No. 998006; NY Bar No. 4544953
LUKE M. JONES
VA Bar No. 75053
Assistant United States Attorneys
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7233 // jason.mccullough2@usdoj.gov