**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | |
| | **:** | **Case Number 21-cr-175 (TJK)** |
| **ETHAN NORDEAN *et al.*,** | **:** | |
| | **:** | |
| **Defendants.** | **:** | |

**UNITED STATES' NOTICE OF RECENT AUTHORITY**
**RELEVANT TO DEFENDANTS' MOTIONS TO DISMISS**

The United States respectfully files this notice to alert the Court and counsel to recent authority relevant to defendant Ethan Nordean's motion to dismiss (ECF 94), which has been joined by defendants Joseph Biggs and Charles Donohoe and is scheduled for oral argument on September 21, 2021.

On September 15, 2021, in a case pending in the District of Oregon, the district court issued an opinion and order denying defendant's motion to dismiss an indictment charging a violation of 18 U.S.C. § 231(a)(3). *United States v. Kevin Phomma*, 3:20-cr-465-JO, ECF No. 37 (D. Or. Sept. 15, 2021) (attached as Exhibit 1). In particular, the government directs the Court and counsel's attention to the *Phomma* court's rejection of arguments that 18 U.S.C. § 231(a)(3) violates the First and Fifth Amendments because it is either overbroad, potentially criminalizing protected speech, or unconstitutionally vague. *See* Ex. 1 at 8-13.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
DC Bar No. 415793

By:     */s/ Luke M. Jones*
        LUKE M. JONES
        VA Bar No. 75053
        JASON B.A. MCCULLOUGH
        D.C. Bar No. 998006; NY Bar No. 4544953
        Assistant United States Attorneys
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 252-7066
        Luke.Jones@usdoj.gov

2