# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | Case Number 21-cr-175 (TJK) |
| **ETHAN NORDEAN** *et al.*, | : | |
| | : | |
| **Defendants.** | : | |

## UNITED STATES' NOTICE OF CORRESPONDENCE TO DEFENDANTS IN ADVANCE OF SEPTEMBER 21, 2021, HEARING ON MOTIONS TO DISMISS

The United States respectfully files this notice regarding correspondence provided by the government earlier today to counsel for all defendants. The correspondence relates to the charges in the superseding indictment based on 18 U.S.C. § 231(a)(3) (civil disorder), and the government wishes to alert the Court to the substance of the correspondence in advance of next week's hearing on defendant Ethan Nordean's motion to dismiss (ECF 94), which has been joined by defendants Joseph Biggs and Charles Donohoe and is scheduled for 11:00 a.m. on September 21, 2021.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
DC Bar No. 415793

By:   */s/ Luke M. Jones*
LUKE M. JONES
VA Bar No. 75053
JASON B.A. MCCULLOUGH
D.C. Bar No. 998006; NY Bar No. 4544953
Assistant United States Attorneys
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7066
Luke.Jones@usdoj.gov