# EXHIBIT 1

Zachary Rehl
FDC Philadelphia
PO Box 562
Phila, PA 19105

Attn: Honorable Judge Timothy Kelly
Garrett Prettyman
US Courthouse
333 Constitution Ave NW
Washington, DC 20001

Hon. Judge Kelly,

My name is Zachary Rehl and I am writing you from the FDC Philadelphia Facility with a formal request to terminate my lawyer Mr. Shaka Johnson from my case effective immediately, due to ineffective counsel. The reasons for the immediate termination are due to how detrimental Mr. Johnson has been with handling my case, that I no longer feel confident that he will have my best interests in mind in future proceedings. Those reasons are including but not limited to:

1) Requesting continuances numerous times without my knowledge or discussing with me reasons for continuances due to being unprepared or unaware of scheduled court date.

2) Missing clearly defined filing dates, even those discussed with Mr. Johnson in court and ordered by the court.

3) Missing, skipping, or cancelling other hearings that involve important matters for unknown reasons to me due to the same lack of communication in past grievances.

4) Ignoring numerous requests to speak with Mr. Johnson over a five month span to discuss my case. In five months, I have met with Mr. Johnson once in the middle of May for approximately 30 minutes; due to the nature of this case and the amount of discovery involved, this is clearly unacceptable and displays a complete disregard for his client and his needs regarding his potential freedom and this case in general. To be clear, inmates have been able to meet with their lawyers mostly unrestricted since I have been here in March.

5) Mr. Johnson has been my lawyer officially since March 19th, 2021 and since that time, through numerous means of communication, his office has repeatedly refused or ignored requests for basic information such as discovery or even my own indictment. As of August 13th, 2021, I have yet to see any discovery against me, much less even read or have my own indictment discussed with me, let alone any matters brought up in various court sessions. In the five months since I've been indicted, I still have no idea pertinent details or accusations regarding this case, which are very much needed in order to create a viable defense.

Although it may not have been necessary to include the reasons for termination, I wanted it on record for any other potential counselors reading this, that this termination was not a case of petty differences, rather a clear case of ineffective counsel.

Further, after being partially charged for his services upfront, my finances are now too low to afford private counsel at this time and hope, given the circumstances, the court could possibly approve a court appointed counsel from Philadelphia so I can at last, start to work on my case with an attorney. I wish to extend my sincere appreciation for your time and generosity regarding this matter and hope we can swiftly put this situation behind us so we can focus on more important matters.

Sincerely,
Zachary Rehl

Aug 13, 2021