**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ETHAN NORDEAN,<br><br>Defendant.<br><br>CABLE NEWS NETWORK, INC., AMERICAN BROADCASTING COMPANIES, INC. d/b/a ABC NEWS, THE ASSOCIATED PRESS, BUZZFEED, INC. d/b/a BUZZFEED NEWS, CBS BROADCASTING INC. o/b/o CBS NEWS, DOW JONES & COMPANY, INC., publisher of THE WALL STREET JOURNAL, THE E.W. SCRIPPS COMPANY, GANNETT CO., INC., GRAY MEDIA GROUP, INC., LOS ANGELES TIMES COMMUNICATIONS LLC, publisher of THE LOS ANGELES TIMES, NATIONAL PUBLIC RADIO, INC., NBCUNIVERSAL MEDIA, LLC d/b/a NBC NEWS, THE NEW YORK TIMES COMPANY, PRO PUBLICA, INC., TEGNA, INC., AND WP COMPANY LLC, d/b/a THE WASHINGTON POST,<br><br>Proposed Intervenors. | Case No. 21-cr-175-TJK-1 |

## [PROPOSED] ORDER

Upon consideration of the Press Coalition's Motion to Intervene, any response(s) thereto, and the entire record herein, it is hereby **ORDERED** that:

1. The Press Coalition's Motion to Intervene for the limited purpose of challenging the Government's designation of the CCTV Videos as "Highly Sensitive" is **GRANTED**; and

2. The Government shall immediately remove its "Highly Sensitive" designation from the CCTV Videos and make the CCTV Videos available to the Press Coalition.

**SO ORDERED.**

_____
United States District Judge