# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-CR-175 (TJK) |
| | : | |
| **ETHAN NORDEAN,** | : | |
| also known as "Rufio Panman," | : | |
| **JOSEPH BIGGS,** | : | |
| **ZACHARY REHL,** and | : | |
| **CHARLES DONOHOE,** | : | |
| | : | |
| **Defendants.** | : | |

## GOVERNMENT'S NOTICE REGARDING DISCOVERY CORRESPONDENCE

The United States of America, by and through undersigned counsel, respectfully submits this notice of recent correspondence to defense counsel regarding discovery productions to date. Filed as attachments to this notice are letters to counsel, some of which contain limited redactions to protect personal information or matters under seal. The letters are identified in the following chart, which includes the number of the attachment as well as the date and recipient(s) of the correspondence.

| Attachment | Date | Recipient(s) |
|---|---|---|
| 1 | 7/28/2021 | Counsel for All Defendants |
| 2 | 7/28/2021 | Counsel for All Defendants |
| 3 | 7/28/2021 | Counsel for All Defendants |
| 4 | 7/29/2021 | Counsel for All Defendants |
| 5 | 8/9/2021 | Counsel for Defendant Biggs |
| 6 | 8/24/2021 | Counsel for All Defendants |
| 7 | 9/9/2021 | Counsel for Defendant Biggs |
| 8 | 9/9/2021 | Counsel for Defendants Nordean, Donohoe |
| 9 | 9/11/2021 | Counsel for Defendants Nordean, Biggs, Donohoe |
| 10 | 9/16/2021 | Counsel for Defendant Nordean |
| 11 | 9/16/2021 | Counsel for Defendants Biggs, Rehl, Donohoe |
| 12 | 9/16/2021 | Counsel for Defendant Rehl |
| 13 | 9/16/2021 | Counsel for Defendant Rehl |
| 14 | 9/20/2021 | Counsel for All Defendants |
| 15 | 9/20/2021 | Counsel for Defendant Donohoe |
| 16 | 9/20/2021 | Counsel for Defendants Nordean, Biggs, Rehl |

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
DC Bar No. 415793

By:    /s/ Luke M. Jones
LUKE M. JONES
VA Bar No. 75053
JASON B.A. MCCULLOUGH
D.C. Bar No. 998006; NY Bar No. 4544953
Assistant United States Attorneys
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7066
Luke.Jones@usdoj.gov