

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

July 28, 2021

***Via Email and Electronic File Transfer***

Lisa Costner
Federal Public Defender MDNC
251 N. Main St. Suite 849
Winston-Salem NC 27101

J. Daniel Hull
Hull McGuire PC
888 Seventeenth Street, NW
Suite 1200
Washington, DC 20006

Shaka Johnson
Law Offices of Shaka Johnson, LLC
1333 Christian Street
Philadelphia, PA 19147

Nicholas Smith
7 East 20th Street
Suite 4R
New York, NY 10003

        Re:     *United States v. Ethan Nordean et al.*, 21-cr-175 (TJK)
                HIGHLY SENSITIVE PRODUCTION

Dear Counsel:

     I write to memorialize another production related to the above-captioned case as part of the government's ongoing efforts to produce preliminary discovery on an expedited basis. Specifically, this afternoon, the government produced via USAfx two 40-minute surveillance videos provided by the U.S. Capitol Police. These surveillance videos depict the Upper West Terrace Door of the Capitol and, among other things, Ethan Nordean's entrance into the Capitol.

Please note that Ethan Nordean's counsel claims that these videos show "a law enforcement officer authorizing Nordean's entrance into the building." ECF 113 at *44. The government disagrees.

The materials provided in this production have been designated **Highly Sensitive** under the Protective Orders entered in this case.

A list of the materials included with the production is provided below. Note that the file naming convention (as received from U.S. Capitol Police) indicates the camera number (e.g., "0126") the camera name (e.g., "USCS 01 Upper West Terrace"), and the date and time.

| Name | Size |
|---|---|
| 0126 I USCS 01 Upper West Terrace-2021-01-06_14h20min00s000ms.asf | 627,375 KB |
| 0912 I USCS 01 Upper West Terrace Door-2021-01-06_14h20min00s000ms.asf | 1,014,727 KB |

Please keep in mind that all of the items placed in the USAfx case-folder will be deleted automatically – some in as few as 60 days. Please let me know immediately if you have been unable to access and download the materials for your use in this case.

Please contact me should you have any questions or concerns.

                                                          Sincerely yours,

                                                          CHANNING D. PHILLIPS
                                                          ACTING UNITED STATES ATTORNEY

By:         /s/
                                            Jason B.A. McCullough
                                            Assistant United States Attorney
                                            555 4th Street, N.W.
                                            Washington, D.C. 20530
                                            (202) 252-7233
                                            jason.mccullough2@usdoj.gov