

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

---

*Jason B.A. McCullough*
*Assistant United States Attorney*
*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*
*Direct Line   202-252-7233*

August 9, 2021

*Via Email and Federal Express*

J. Daniel Hull
Hull McGuire PC
888 Seventeenth Street, NW
Suite 1200
Washington, DC 20006

      Re:   <u>United States v. Ethan Nordean et al.</u>, Cr. No.:  21-cr-175 (TJK)

Dear Counsel:

     I write to memorialize another production related to the above-captioned case as part of the government's ongoing efforts to produce preliminary discovery on an expedited basis. Specifically, today, the government is transmitting by FedEx a copy of this letter and a hard drive. The hard drive contains copies of digital evidence obtained  during the execution of a search warrant at ▇▇▇▇▇▇▇▇▇▇. The contents of the hard drive are listed below, identified by FBI case file numbers and a description of the source of the evidence.

| Item | Description |
|---|---|
| 1B5 | Go Pro |
| 1B8 | HP Laptop |
| 1B18 | iMac Laptop |
| 1B20.1 – 20.3 | SD Cards |
| 1B22 | Macbook Pro |
| 1B23 | Apple iPhone |
| 1B24 | MacBook Pro |
| 1B37 | SD Card from MacBook |

1

Please contact me should you have any questions or concerns.

                                      Sincerely yours,

                                      CHANNING D. PHILLIPS
                                      ACTING UNITED STATES ATTORNEY

By:       _____/s/_____
              Luke M. Jones
              Assistant United States Attorney
              555 4th Street, N.W.
              Washington, D.C. 20530
              (202) 252-7066
              luke.jones@usdoj.gov