

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

August 24, 2021

**Via Email and FedEx**

Lisa Costner
Federal Public Defender MDNC
251 N. Main St. Suite 849
Winston-Salem NC 27101

J. Daniel Hull
Hull McGuire PC
888 Seventeenth Street, NW
Suite 1200
Washington, DC 20006

Shaka Johnson
Law Offices of Shaka Johnson, LLC
1333 Christian Street
Philadelphia, PA 19147

Nicholas Smith
7 East 20th Street
Suite 4R
New York, NY 10003

      Re:    <u>United States v. Ethan Nordean et al.</u>, Cr. No.:  21-cr-175 (TJK)

Dear Counsel:

    I write to memorialize another production related to the above-captioned case as part of the government's ongoing efforts to produce preliminary discovery on an expedited basis. Specifically, this evening, the government produced a collection of videos that were recovered from the iPhone 12 of Eddie Block. The FBI has advised that the 107 photo and video files were created on January 6, 2021, and the files were recovered from the device's photo and library folder (i.e., the iPhone's camera roll).

A list of the file names and file sizes has been included as an attachment hereto.

The materials described herein have been made available for download on USAfx. Please keep in mind that all of the items placed in the USAfx case-folder will be deleted automatically – some in as few as 60 days. Please let me know immediately if you have been unable to access and download the materials for your use in this case.

Please contact me should you have any questions or concerns.

          Sincerely yours,

          CHANNING D. PHILLIPS
          ACTING UNITED STATES ATTORNEY

By:    */s/ Jason McCullough*
       Jason B.A. McCullough
       Assistant United States Attorney
       555 4th Street, N.W.
       Washington, D.C. 20530
       (202) 252-7233
       jason.mccullough2@usdoj.gov

**Attachment A**

| Name | Type | Size |
|---|---|---|
| 0e13f60c425286952ac69e5e664081c2.jpg | JPG File | 1,785 KB |
| 0e13f60c425286952ac69e5e664081c2.jpg.thumbnail.large.png | PNG File | 2,010 KB |
| 1d5c4887519c3f66cda1dee2f5154512.mov | MOV Video File (VLC) | 348,149 KB |
| 2aa8fb9720c6dbc77b700dcddbe331bf.jpg | JPG File | 1,813 KB |
| 2aa8fb9720c6dbc77b700dcddbe331bf.jpg.thumbnail.large.png | PNG File | 2,388 KB |
| 4b80579e6c1220aeee09a307da532ef8.jpg | JPG File | 2,772 KB |
| 4b80579e6c1220aeee09a307da532ef8.jpg.thumbnail.large.png | PNG File | 2,003 KB |
| 4ccfa3cc84a79520119df8eb2918e355.jpg | JPG File | 2,608 KB |
| 4ccfa3cc84a79520119df8eb2918e355.jpg.thumbnail.large.png | PNG File | 1,927 KB |
| 06c31a9b3f20c32bcad23b8901a1b1ff.mov | MOV Video File (VLC) | 511,510 KB |
| 6c70e35cf3d4366bb2b0eb9b9dea78ce6b39bc8b4ac231b0f598c91caf464a5d.... | PNG File | 2,591 KB |
| 6f36b12b7861e395be74fdea1868a474.mov | MOV Video File (VLC) | 952,582 KB |
| 7ef8f4a02900d3da3458dabec504bba3.jpg | JPG File | 1,828 KB |
| 7ef8f4a02900d3da3458dabec504bba3.jpg.thumbnail.large.png | PNG File | 2,528 KB |
| 8a9d842073eaaeecc3d9437a52879047da45122ffc744707902c1afa5b66e128.png | PNG File | 2,221 KB |
| 8c1bc426409494f635e8eba908875e77.mov | MOV Video File (VLC) | 646,489 KB |
| 8ef224c8104a74e5a81c41e07a7f985c.jpg | JPG File | 2,392 KB |
| 8ef224c8104a74e5a81c41e07a7f985c.jpg.thumbnail.large.png | PNG File | 1,801 KB |
| 9ad65acedd5661ffe791c121fa1d6487.mov | MOV Video File (VLC) | 5,741 KB |
| 9bd1fabd740c57dfff155add1dbce129.mov | MOV Video File (VLC) | 12,345 KB |
| 9be304b50e63c1310189db7f161b595b.mov | MOV Video File (VLC) | 136,765 KB |
| 9ce70490ebca655b188209cffe462f55.mov | MOV Video File (VLC) | 2,710,714 KB |
| 26a97ee19e153a9d72b30bcca1a69eff.mov | MOV Video File (VLC) | 614,214 KB |
| 027eefae57c11e421da62db35f95b32a.jpg | JPG File | 1,690 KB |
| 027eefae57c11e421da62db35f95b32a.jpg.thumbnail.large.png | PNG File | 1,700 KB |
| 28d66a48bf274b9a6e44136b67bb3a5d.mov | MOV Video File (VLC) | 3,392 KB |
| 30c6659f85574fef1ef621018dad304c.jpg | JPG File | 2,601 KB |
| 30c6659f85574fef1ef621018dad304c.jpg.thumbnail.large.png | PNG File | 2,390 KB |
| 0035f19920e0967779a4088fdb8a88a3.mov | MOV Video File (VLC) | 27,281 KB |
| 38a4e773c2ab992780229bd07a878280.mov | MOV Video File (VLC) | 325,749 KB |
| 38ad70314c256982c5a8e75b8dc89f54.jpg | JPG File | 1,768 KB |
| 38ad70314c256982c5a8e75b8dc89f54.jpg.thumbnail.large.png | PNG File | 1,685 KB |
| 42e8fcaf7c563aa8b747db5b321abf53.jpg | JPG File | 2,578 KB |
| 42e8fcaf7c563aa8b747db5b321abf53.jpg.thumbnail.large.png | PNG File | 1,785 KB |
| 44d92b1373367a998e9783f9f4d542d3.jpg | JPG File | 1,933 KB |
| 44d92b1373367a998e9783f9f4d542d3.jpg.thumbnail.large.png | PNG File | 1,885 KB |
| 60d2f4b00ac6992e17623d5e50edb92a.mp4 | MP4 Video | 895 KB |
| 63af8b3b137b2f0d5dc4a6f5e52b4e33.jpg | JPG File | 3,018 KB |
| 63af8b3b137b2f0d5dc4a6f5e52b4e33.jpg.thumbnail.large.png | PNG File | 2,262 KB |
| 64a588dedb04c9438c622ce9f0968233.jpg | JPG File | 2,027 KB |
| 64a588dedb04c9438c622ce9f0968233.jpg.thumbnail.large.png | PNG File | 1,873 KB |
| 74e9f936887c83721f9090111b98b1ab.mov | MOV Video File (VLC) | 38,685 KB |

| Name | Type | Size |
|---|---|---|
| 90f303a8d398f0a2da2af99f523bee6c.mov | MOV Video File (VLC) | 149,699 KB |
| 183f7f32750b3a53013c92a5a96524ba.jpg | JPG File | 1,639 KB |
| 183f7f32750b3a53013c92a5a96524ba.jpg.thumbnail.large.png | PNG File | 1,916 KB |
| 300f7fb1a1db94ce8cdc4c5485d3b38582c5ff4e2f8071126fe09b1026fd9716.png | PNG File | 2,582 KB |
| 448de87a625d2b2a890f7ce0c788926a.jpeg | JPEG File | 2,552 KB |
| 448de87a625d2b2a890f7ce0c788926a.jpeg.thumbnail.large.png | PNG File | 1,894 KB |
| 473ade0426e3b45e09d771d64732a300.jpg | JPG File | 2,527 KB |
| 473ade0426e3b45e09d771d64732a300.jpg.thumbnail.large.png | PNG File | 2,134 KB |
| 486f40f14a3280fcbc9b36aa9e9045f7.jpg | JPG File | 2,450 KB |
| 486f40f14a3280fcbc9b36aa9e9045f7.jpg.thumbnail.large.png | PNG File | 1,756 KB |
| 608ae1e1cefce27a027cfe6d93a5c08e.mov | MOV Video File (VLC) | 10,178 KB |
| 0609f8419a236e7e8e82bf3b05476f8a.jpg | JPG File | 2,874 KB |
| 0609f8419a236e7e8e82bf3b05476f8a.jpg.thumbnail.large.png | PNG File | 2,073 KB |
| 851f3e95c805e6eaa215bc7cece5fdf4.mov | MOV Video File (VLC) | 516,375 KB |
| 982a0ab9303ea6b2d1aa792dcb161098.jpg | JPG File | 2,474 KB |
| 982a0ab9303ea6b2d1aa792dcb161098.jpg.thumbnail.large.png | PNG File | 2,270 KB |
| 2711b5f15b3535ae10bca58c0030937a.jpg | JPG File | 2,508 KB |
| 2711b5f15b3535ae10bca58c0030937a.jpg.thumbnail.large.png | PNG File | 1,964 KB |
| 4272b6ea311c086c5702d37eebf3acd8.mov | MOV Video File (VLC) | 3,591,139 KB |
| 5011b7d94a35e385fdfeaace1bc4fbbcda1d252e7dc0fa602235a216d4dc2bc4.p... | PNG File | 2,173 KB |
| 6411fea9c48b4dedbd716d2dd32071d3.mov | MOV Video File (VLC) | 4,239,987 KB |
| 6899ce9498fe9c8f499a90734f65085b.mov | MOV Video File (VLC) | 678,225 KB |
| 7037f26b5bfab38ed327841c19ba0dc6ddd24f229bdc5bcc0b94326b546988fa.... | PNG File | 2,313 KB |
| 09852a79b6ef3f7f0a392542b6d34044.mov | MOV Video File (VLC) | 1,100,989 KB |
| 54988dc0400a0e2a3b51738ec5a0a9ca.mov | MOV Video File (VLC) | 1,795,759 KB |
| 80295f0bb09f34ce15bc7edb7c8338e1.jpg | JPG File | 1,536 KB |
| 80295f0bb09f34ce15bc7edb7c8338e1.jpg.thumbnail.large.png | PNG File | 1,742 KB |
| 91976a741c5b647f6ea44de4fec8e0a1.jpg | JPG File | 2,452 KB |
| 91976a741c5b647f6ea44de4fec8e0a1.jpg.thumbnail.large.png | PNG File | 1,757 KB |
| 931666c8f3b7ca14446e601e048d2867.jpg | JPG File | 2,556 KB |
| 931666c8f3b7ca14446e601e048d2867.jpg.thumbnail.large.png | PNG File | 1,930 KB |
| 3597615d793743c2b66bb71505201a78.mov | MOV Video File (VLC) | 17,543 KB |
| 5478947e643862d10dce9ca2fbd1c533.mp4 | MP4 Video | 1,029 KB |
| 40621180b42d40dd14bc02cd60353e19.mov | MOV Video File (VLC) | 581,352 KB |
| 5136808097d9cf6e882dfecd6cb86f95.mov | MOV Video File (VLC) | 1,232,979 KB |
| 75419402127dc286106d6c19cb06e210.mov | MOV Video File (VLC) | 6,611 KB |
| b00e1fb151f354c0f814c7be54bca55a.jpg | JPG File | 2,749 KB |
| b00e1fb151f354c0f814c7be54bca55a.jpg.thumbnail.large.png | PNG File | 2,013 KB |
| b5b9821c0305a9b18a05836e67a3ca46.jpg | JPG File | 1,466 KB |
| b5b9821c0305a9b18a05836e67a3ca46.jpg.thumbnail.large.png | PNG File | 1,662 KB |
| b8b871324e80b6e278f70ab55e948af8.mov | MOV Video File (VLC) | 17,253,698 ... |
| bc52a701599f711f376b695eab816ee2.mov | MOV Video File (VLC) | 28,133 KB |
| be8bd602e435a573783016f85d138be3.mov | MOV Video File (VLC) | 7,004 KB |

| Name | Type | Size |
|---|---|---|
| c7e02acdb1ccfa328c4c53e0d5e8a9e5.jpeg | JPEG File | 1,738 KB |
| c7e02acdb1ccfa328c4c53e0d5e8a9e5.jpeg.thumbnail.large.png | PNG File | 2,285 KB |
| c8f32f8b6780ca0e8dd161b88511f096.mov | MOV Video File (VLC) | 114,500 KB |
| cb82abb28c0c8d4101aa079c9254c7ee.jpg | JPG File | 1,734 KB |
| cb82abb28c0c8d4101aa079c9254c7ee.jpg.thumbnail.large.png | PNG File | 1,969 KB |
| cffa82a189c76c3e9c560a16c87ce73a.jpg | JPG File | 2,803 KB |
| cffa82a189c76c3e9c560a16c87ce73a.jpg.thumbnail.large.png | PNG File | 2,055 KB |
| d7bfd06ac8c7215d5dd6ec6d06f98c71.jpg | JPG File | 1,582 KB |
| d7bfd06ac8c7215d5dd6ec6d06f98c71.jpg.thumbnail.large.png | PNG File | 2,242 KB |
| d8c7793091f009e69b264f328ab39142.jpg | JPG File | 3,293 KB |
| d8c7793091f009e69b264f328ab39142.jpg.thumbnail.large.png | PNG File | 2,446 KB |
| ddcfb9b3b2a16d18dbd2a4870672c744.mov | MOV Video File (VLC) | 98,368 KB |
| e07f9bc0ff19b06c0d23a75f1d675bfb.jpg | JPG File | 2,586 KB |
| e07f9bc0ff19b06c0d23a75f1d675bfb.jpg.thumbnail.large.png | PNG File | 1,869 KB |
| e9f1dba630652704141dcd5922aa1a35.mov | MOV Video File (VLC) | 806,522 KB |
| e0396d6e5906d5b9266cd31a01dea9f2.mov | MOV Video File (VLC) | 26,602 KB |
| e0998825ba71788317e99b077902d982.mov | MOV Video File (VLC) | 1,148,384 KB |
| eced61d0aaf618d9b25e3387eb800669.jpg | JPG File | 2,892 KB |
| eced61d0aaf618d9b25e3387eb800669.jpg.thumbnail.large.png | PNG File | 1,951 KB |
| f0a5005f751d945d5423df1af498856b.mov | MOV Video File (VLC) | 62,632 KB |
| fcf584d806f0a629dc853367db81b21e.jpg | JPG File | 4,148 KB |
| fcf584d806f0a629dc853367db81b21e.jpg.thumbnail.large.png | PNG File | 2,682 KB |