

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

*Jason B.A. McCullough*
*Assistant United States Attorney*
*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*
*Direct Line:  202-252-7233*

September 9, 2021

*Via Email and Electronic File Transfer*

J. Daniel Hull
Hull McGuire PC
888 Seventeenth Street, NW
Suite 1200
Washington, DC 20006

      Re:    <u>United States v. Ethan Nordean et al.</u>, Cr. No.:  21-cr-175 (TJK)

Dear Counsel:

    I write to memorialize another production related to the above-captioned case as part of the government's ongoing efforts to produce preliminary discovery on an expedited basis. Specifically, this afternoon, the government produced certain materials from Mr. Biggs' case file maintained by the Federal Bureau of Investigation. Please note that the file names bear the titles as assigned by the FBI's electronic systems.

    **Please note that certain of the materials have been designated Sensitive and Highly Sensitive under the Protective Order entered in this case.** Such materials have been produced in separate folders that have been marked "Sensitive" and "Highly Sensitive."

    In addition, an index of the produced materials is included with the production. **The index has been designated Sensitive under the Protective Order.** The "titles" and "file names" that appear in the index are a reproduction of the information that exists in the FBI's electronic systems.

    The materials described herein have been made available for download on USAfx. Please keep in mind that all of the items placed in the USAfx case-folder will be deleted automatically – some in as few as 60 days.  Please let me know immediately if you have been unable to access and download the materials for your use in this case.

We understand that our discovery obligations are ongoing and intend to supplement our disclosures on a rolling basis. If you have any questions, please do not hesitate to contact us.

Please contact me should you have any questions or concerns.

          Sincerely yours,

          CHANNING D. PHILLIPS
          ACTING UNITED STATES ATTORNEY

By:      /s/
          Jason B.A. McCullough
          Assistant United States Attorney
          555 4th Street, N.W.
          Washington, D.C. 20530
          (202) 252-7233
          jason.mccullough2@usdoj.gov