

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

September 16, 2021

**Via Email and Electronic File Transfer**

Jonathon A. Moseley
5765-F Burke Center Parkway #337
Burke, VA 22015
contact@jonmosely.com

    Re:  <u>United States v. Ethan Nordean et al</u>, Cr. No.: 21-cr-175 (TJK)

Dear Counsel:

  I write to memorialize additional productions related to the above-captioned case as part of the government's ongoing efforts to produce preliminary discovery on an expedited basis. Specifically, this afternoon, the government produced certain materials from Mr. Rehl's case file maintained by the Federal Bureau of Investigation. Please note that the file names bear the titles as assigned by the FBI's electronic systems.

  The production is in two parts. The first part is a re-production of files that were provided to previous counsel for Mr. Rehl on June 2, 2021. Those files, including an index of the files, have been made available to you through USAfx in a folder named "2021.06.02_Production_FBI Sentinel Files_Part One." Please note that the files were also previously provided in "cross-discovery" to counsel for defendants Ethan Nordean, Joseph Biggs, and Charles Donohoe on July 6, 2021. (Although we understand that you have obtained or expect to obtain discovery materials from Mr. Rehl's prior counsel, the government is re-producing these materials from Mr. Rehl's FBI file to ensure you have ready access to them.)

  The second part of the production contains additional materials from Mr. Rehl's FBI case file that are being provided, with an index, in a folder named "2021.09.16_Production_FBI Sentinel Files_Part Two." On September 11, 2021, prior to your appointment as counsel in this case, these files were also provided to counsel for Mr. Rehl's co-defendants in "cross-discovery." For your reference, we will provide you with copies of the cover letters from the cross-discovery productions to other counsel.

Please note that certain of the materials have been designated Sensitive or Highly Sensitive" under the Protective Order entered in this case. Such materials have been produced in separate folders marked "Sensitive" and "Highly Sensitive."  Other files are produced in a folder titled "Standard."

The materials described herein have been made available for download on USAfx. Please keep in mind that all of the items placed in the USAfx case-folder will be deleted automatically – some in as few as 60 days.  Please let me know immediately if you have been unable to access and download the materials for your use in this case.

Sincerely yours,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY

By: _____/s/_____
Luke M. Jones
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7066
Luke.jones@usdoj.gov