UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) )  ) ) |
| v. | ) Case No. 1:21-cr-175-TJK ) |
| ETHAN NORDEAN, et al., | ) ) ) |
| Defendants. | ) ) |

**DEFENDANT NORDEAN'S NOTICE OF COMPREHENSIVE JANUARY 6
GOVERNMENT PLEA AGREEMENT CHART**

After briefing concluded on Defendant Nordean's Motion to Dismiss the First Superseding Indictment, a media outlet published a comprehensive database that breaks down all of the government's January 6 plea agreements through October 13. *100 Capitol Rioters Have Pleaded Guilty. Here's What They Did And What They're Facing.* BuzzFeed News, Oct. 13, 2021, https://www.buzzfeednews.com/article/zoetillman/100-capitol-riot-guilty-pleas.

Over 640 defendants have been charged. Of the 100 plea agreements, approximately 90 involve defendants who pled guilty to one of the following misdemeanor offenses and who did not plead guilty to a felony offense: (1) parading, demonstrating or picketing in the Capitol Building, 40 U.S.C. § 5104(e)(2)(G); (2) disorderly conduct in the Capitol Building, § 5104(e)(2)(D); or (3) entering a restricted area. 18 U.S.C. § 1752(a)(1). Nordean attaches to this notice an exhibit that charts every one of those misdemeanor guilty pleas by the criterion of offense conduct, i.e., the conduct to which the defendant stipulated in the statement of the offense attached to the plea agreement. Exh. 1.

In connection with Nordean's vagueness doctrine argument that the government's interpretation of § 1512(c)(2) provides no notice as to when conduct that constitutes a six-month-

1

maximum § 5104(e)(2)(G) misdemeanor parading offense transforms into a 20-year-maximum § 1512(c)(2) felony obstruction of justice offense, Nordean would be grateful if the Court would please consider Exhibit 1 attached to this notice and the offense conduct descriptions for the 90 guilty pleas to which the government was a party. The Court will notice that many of those agreements do not contain cooperation provisions, and when they do, cooperation tends to consist of sharing mobile phone photographs with the government.

Dated: October 14, 2021                               Respectfully submitted,

/s/ David B. Smith
David B. Smith, D.C. Bar No. 403068
David B. Smith, PLLC
108 North Alfred Street, 1st FL
Alexandria, Virginia 22314
(703) 548-8911 / Fax (703) 548-8935
dbs@davidbsmithpllc.com

Nicholas D. Smith, D.C. Bar No. 1029802
David B. Smith, PLLC
7 East 20th Street, Suite 4R
New York, NY 10003
(917) 902-3869
nds@davidbsmithpllc.com

*Counsel to Ethan Nordean*

## Certificate of Service

I hereby certify that on the 14th day of October, 2021, I filed the foregoing notice with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following CM/ECF user(s):

James Nelson
Assistant United States Attorney
555 4th Street, N.W., Room 4408
Washington, D.C. 20530
(202) 252-6986

And I hereby certify that I have mailed the document by United States mail, first class postage prepaid, to the following non-CM/ECF participant(s), addressed as follows: [none].

/s/ David B. Smith
David B. Smith, VA Bar No. 25930
David B. Smith, PLLC
108 North Alfred Street, 1st FL
Alexandria, Virginia 22314
(703) 548-8911 / Fax (703) 548-8935
dbs@davidbsmithpllc.com

3