UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-CR-175 (TJK) |
| | : | |
| **ETHAN NORDEAN,** | : | |
| also known as "Rufio Panman," | : | |
| **JOSEPH BIGGS,** | : | |
| **ZACHARY REHL,** and | : | |
| **CHARLES DONOHOE,** | : | |
| | : | |
| **Defendants.** | : | |

**GOVERNMENT'S NOTICE REGARDING DISCOVERY CORRESPONDENCE**

The United States of America, by and through undersigned counsel, respectfully submits this notice of recent correspondence to defense counsel regarding discovery productions. Filed as attachments to this notice are three letters. The first reflects the production of certain media files capturing events on January 6, 2021, that were obtained by the government during its investigation. The second and third reflect "cross-discovery" from other cases—that is, discovery that is related to defendants not charged in this case but that is nonetheless relevant here. The attachments include the following:

| Attachment | Date | Recipients and Content |
|---|---|---|
| 1 | 9/21/2021 | Counsel for All Defendants (hard drive with electronic media) |
| 2 | 10/15/2021 | Counsel for All Defendants (cross-discovery from *U.S. v. Jackman et al.*, 21-cr-378) |
| 3 | 10/20/2021 | Counsel for All Defendants (cross discovery from *U.S. v. Pezzola et al.*, 21-cr-52) |

In addition to the above productions, the government has provided several detailed letters to all counsel regarding the government's efforts to provide discovery across all Capitol Riot cases, including descriptions of the materials that have been made available. That correspondence, which is not attached, includes the following:

| Date | Materials Made Available |
|---|---|
| 9/28/2021 | U.S. Capitol Police ("USCP") Closed Circuit Video (CCV)<br>USCP Office of Professional Responsibility (OPR) Records<br>Metropolitan Police Department (MPD) Internal Investigation Records |
| 10/5/2021 | Additional USCP CCV<br>MPD Body-Worn-Camera (BWC) Footage |
| 10/19/2021 | Additional USCP CCV<br>Interior U.S. Capitol Maps<br>Recordings of USCP Radio Communications (with draft transcripts)<br>Additional USCP OPR Records<br>MPD Radio Global Positioning Satellite (GPS) Records |
| 10/25/2021 | U.S. Secret Service Surveillance Footage<br>Additional USCP CCV<br>Camera Map of U.S. Capitol Grounds<br>MPD Aerial Surveillance Images<br>Demonstration Permits Received by USCP |
| 10/29/2021 | Audio Files of MPD Radio Transmissions (with transcript)<br>USCP After-Action Reports<br>Fairfax County Police BWC Footage<br>Montgomery County BWC Footage |

Additional information regarding the government's ongoing efforts to provide discovery across all Capitol riot cases was provided in the government's October 25, 2021, status report. *See* ECF 214.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
DC Bar No. 415793

By:      /s/ Luke M. Jones
LUKE M. JONES, Virginia Bar 75053
ERIK M. KENERSON, Ohio Bar 82960
JASON B.A. MCCULLOUGH, DC Bar 998006
Assistant United States Attorneys
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7066
Luke.Jones@usdoj.gov