

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

_____

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*


September 21, 2021


***Via Overnight Mail***

Lisa Costner
Federal Public Defender MDNC
251 N. Main St. Suite 849
Winston-Salem NC 27101

J. Daniel Hull
Hull McGuire PC
888 Seventeenth Street, NW
Suite 1200
Washington, DC 20006

Jonathon Moseley
5765-F Burke Centre Parkway
Suite 337
Burke, Virginia 22015

Nicholas Smith
7 East 20th Street
Suite 4R
New York, NY 10003

           Re:     <u>*United States v. Ethan Nordean et al.*</u>, Cr. No.:  21-cr-175 (TJK)

Dear Counsel:

     Please find enclosed an external hard drive that contains electronic media relating to the events on January 6, 2021. The media was recorded by a documentary filmmaker and his associates. Specifically, the enclosed hard drive contains 2,275 files. An index of the files is included on the external hard drive.

The government respectfully requests that you download the 2,275 files to a local storage device and return the external hard drive at your earliest convenience.

**These files have all been designated as Sensitive pursuant to the terms of the Protective Orders entered in this case** because at least some of the files contain contact information for, photographs of, and private conversations with individuals that may not be related to the criminal conduct in this case. *See* ECF 83 at ¶ 1.c.

Please contact me should you have any questions or concerns.

Sincerely yours,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY

By:      _____/s/_____
Jason B.A. McCullough
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7233
jason.mccullough2@usdoj.gov