**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA**

**v.**                                                          **Case No.  21-CR-175-2**

**JOSEPH RANDALL BIGGS,**                      **Judge Timothy J. Kelly**

          **Defendant.**

**DEFENDANT BIGGS'S RESPONSE TO GOVERNMENT'S**
**SUPPLEMENTAL BRIEF ON 18 U.S.C. SECTION 1512(c)(2)**

Defendant Biggs adopts in all respects the arguments made by his co-defendant Nordean in

ECF 226 concerning the terms "corruptly" and "wrongfully" in 18 U.S.C. Section 1512(c)(2).  Further,

he would again note that, in enacting Section 1102 of the Sarbanes-Oxley Act of 2002 ("tampering

with a record or otherwise impeding an official proceeding"), now codified as the provision in

question, nothing that Congress said or did suggests that Section 1512(c)(2), the violation of which

can imprison for up to 20 years, covers the conduct of Biggs or of his co-defendants on January 6

at the U.S. Capitol. The provision concerns official proceedings where an adjudication is--or will be--

in full play, or "justice" is being done, i.e., where compelled attendance, sworn testimony and findings

are fixtures and necessary to a decision.  *See*, cases cited at Biggs's 7/1/2021 Motion to Join, Doc. 105,

at 3. Section 1512(c)(2) is not a catchall. It does not cover the Biden-Harris election certification. It

covers documents, records, testimony, and tangible and intangible evidence in a federal adjudication.

                                                Respectfully submitted,

Dated: November 24, 2021                      By: */s/John Daniel Hull*
                                        J. DANIEL HULL, DC Bar No. 323006
                                        COUNSEL FOR JOSEPH R. BIGGS
                                        Hull McGuire PC
                                        1420 N Street, N.W.
                                        Washington, D.C.  20005
                                        202-429-6520/619-895-8336
                                        jdhull@hullmcguire.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that on November 24, 2021, he served a true and correct copy of

the foregoing Defendant Biggs's Response to Government's Supplemental Brief on 18 U.S.C.

Section 1512(c)(2) via Electronic Case Filing (ECF) system upon counsel for the government and

all counsel of record.

By:  /s/*John Daniel Hull*
J. DANIEL HULL
DC Bar No. 323006
COUNSEL FOR JOSEPH R. BIGGS
Hull McGuire PC
1420 N Street, N.W.
Washington, D.C.  20005
202-429-6520/619-895-8336
jdhull@hullmcguire.com