

U.S. Department of Justice

Matthew M. Graves
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

December 14, 2021

***Via Email and Electronic File Transfer***

Carmen D. Hernandez
7166 Mink Hollow Road
Highland, MD 20777
Email: chernan7@aol.com

          Re:     <u>United States v. Zachary Rehl</u>, Cr. No.: 21-cr-175-3 (TJK)

Dear Counsel:

     Earlier today, you were appointed to represent Mr. Rehl in the above-captioned case. We look forward to working with you.

     As part of our ongoing effort to provide discovery materials on an expedited bases, we are making available certain materials from Mr. Rehl's case file maintained by the Federal Bureau of Investigation.  These include materials produced on June 2, 2021, and September 16, 2021, as well as a third set of materials produced today.  Indices of the produced materials, as well as the letters that accompanied the prior productions, are included. Please note that the file names bear the titles as assigned by the FBI's electronic systems.  Please also note that certain materials have been designative as sensitive or highly sensitive pursuant to the protective order in this case.

     The materials described have been made available for download on USAfx.  Please keep in mind that all of the items placed in the USAfx case-folder will be deleted automatically – some in as few as 60 days.  Please let me know immediately if you have been unable to access and download the materials for your use in this case.

     We understand that our discovery obligations are ongoing and intend to supplement our disclosures on a rolling basis.  If you have any questions, please do not hesitate to contact us.

     Please contact me should you have any questions or concerns.

        Sincerely yours,

        MATTHEW M. GRAVES
        UNITED STATES ATTORNEY

By:      /s/
        Luke M. Jones
        Assistant United States Attorney
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 252-7066
        Luke.jones@usdoj.gov

## Index of Production of Rehl Files on December 14, 2021

**Files Designated <u>Sensitive</u> as to All Defendants (except Rehl)**

| Serial Number | File Name |
|---|---|
| 2 | 0176-PH-3400577_0000002_1A0000001_0000004.pdf |
| 5 | 0176-PH-3400577_0000005.pdf |
| 5 | 0176-PH-3400577_0000005_1A0000006_0000001.png |
| 5 | 0176-PH-3400577_0000005_1A0000006_0000002.png |
| 24 | 0176-PH-3400577_0000024_1A0000111_0000001.docx |
| 47 | 0176-PH-3400577_0000047.pdf |
| 47 | 0176-PH-3400577_0000047_1A0000015_0000001.pdf |
| 47 | 0176-PH-3400577_0000047_1A0000015_0000002.JPG |
| 48 | 0176-PH-3400577_0000048.pdf |
| 48 | 0176-PH-3400577_0000048_1A0000016_0000001.JPG |
| 48 | 0176-PH-3400577_0000048_1A0000016_0000002.jpeg |
| 48 | 0176-PH-3400577_0000048_1A0000016_0000003.JPG |
| 48 | 0176-PH-3400577_0000048_1A0000016_0000004.JPG |
| 48 | 0176-PH-3400577_0000048_1A0000016_0000005.jpeg |
| 59 | 0176-PH-3400577_0000059.pdf |
| 59 | 0176-PH-3400577_0000059_1A0000017_0000001.pdf |
| 59 | 0176-PH-3400577_0000059_1A0000018_0000001.pdf |
| 59 | 0176-PH-3400577_0000059_1A0000018_0000002.pdf |
| 59 | 0176-PH-3400577_0000059_1A0000018_0000003.pdf |
| 59 | 0176-PH-3400577_0000059_1A0000018_0000004.pdf |
| 60 | 0176-PH-3400577_0000060.pdf |
| 60 | 0176-PH-3400577_0000060_1A0000019_0000001.pdf |
| 60 | 0176-PH-3400577_0000060_1A0000019_0000002.pdf |
| 61 | 0176-PH-3400577_0000061.pdf |
| 61 | 0176-PH-3400577_0000061_1A0000020_0000001.pdf |
| 65 | 0176-PH-3400577_0000065.pdf |
| 65 | 0176-PH-3400577_0000065_1A0000023_0000001.zip |
| 73 | 0176-PH-3400577_0000073.pdf |
| 73 | 0176-PH-3400577_0000073_1A0000029_0000001_PHYSICAL.pdf |
| 73 | 0176-PH-3400577_0000073_Import.pdf |
| 74 | 0176-PH-3400577_0000074.pdf |
| 74 | 0176-PH-3400577_0000074_1A0000030_0000001.docx |
| 74 | 0176-PH-3400577_0000074_1A0000031_0000001.pdf |
| 75 | 0176-PH-3400577_0000075.pdf |
| 75 | 0176-PH-3400577_0000075_1A0000032_0000001.PNG |
| 75 | 0176-PH-3400577_0000075_1A0000032_0000002.pdf |
| 78 | 0176-PH-3400577_0000078.pdf |