

U.S. Department of Justice

Matthew M. Graves
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

December 17, 2021

**Via Email and Electronic File Transfer**

| | |
|---|---|
| Lisa Costner<br>Ira Knight<br>Federal Public Defender MDNC<br>251 N. Main St. Suite 849<br>Winston-Salem NC 27101 | Carmen D. Hernandez<br>7166 Mink Hollow Road<br>Highland, MD 20777 |
| J. Daniel Hull<br>Hull McGuire PC<br>888 Seventeenth Street, NW<br>Suite 1200<br>Washington, DC 20006 | Nicholas Smith<br>7 East 20th Street<br>Suite 4R<br>New York, NY 10003 |

Re:    <u>United States v. Ethan Nordean et al.</u>, Cr. No.: 21-cr-175 (TJK)

Dear Counsel:

In an effort to provide discovery to Ms. Hernandez, who was recently appointed to represent Mr. Rehl, we have compiled material previously produced to all counsel in this case in a single USAfx folder, which is titled "Cross Discovery." We have made the folder available to all of you for your convenience. You should have received an invitation to the USAfx folder, but we will also send a link by email. (Please note that the folder does not contain materials that were produced only to individual defendants—for example, unscoped copies of devices or accounts belonging to an individual defendant.)

The sub-folders within the Cross Discovery folder are labled with a date, which reflects the initial production of the material in this case, and a descriptive title. The subfolders also contain production correspondence, including letters and emails, for your reference. (We would also refer

you to ECF 119, 180, and 216, as those filings memorialize prior discovery productions in this case.)

Please note that the Cross Discovery folder contains a new production as part of the government's efforts to produce preliminary discovery on an ongoing basis. That production includes a third round of FBI Sentinel files for each of the defendants (labled "[defendant] Sentinel Files 3"). You previously received copies of the files from your client's FBI case file, and we are now cross-producing that material to the other defendants.

For your reference, below is a list of the folders in the Cross Discovery folder:

| Folder Name (Date of Initial Production / Title) |
| --- |
| 2021-03-29 - Telegram 1-1494 and Videos 1495-99 |
| 2021-04-08 - Videos_00001545-00001555 |
| 2021-04-29 - Telegram_00002503 - 7649 |
| 2021-05-18 - Telegram_00007639 - 35924 |
| 2021-06-02 - CAPVID Videos |
| 2021-06-03 - Nordean CCTV and AOC |
| 2021-07-02 - Scoped Nordean Phone (via disc) |
| 2021-07-09 - Grand Jury Subpoena Materials |
| 2021-07-13 - Memorialization of Earlier Productions |
| 2021-07-13 - Search Warrant Affidavits |
| 2021-07-14 - Scoped Biggs Apple Return (via discs) |
| 2021-07-28 - Biggs CCTV |
| 2021-07-28 - Nordean CCTV |
| 2021-07-28 - Nordean Serial 76 Videos |
| 2021-07-29 - Scoped Nordean MacBook |
| 2021-09-10 - Biggs Sentinel Files 2 |
| 2021-09-11 - Rehl Sentinel Files 2 |
| 2021-09-16 - Nordean Sentinel Files 2 |
| 2021-09-20 - Donohoe Sentinel Files 2 |
| 2021-09-20 - Memorializing Block Productions |
| 2021-09-21 - NQ Video (via hard drives) |
| 2021-10-15 - Cross Discovery from Jackman |
| 2021-10-21 - Cross Discovery from Pezzola |
| 2021-11-30 - Nordean Sentinel Files 3 |
| 2021-12-03 - Biggs Sentinel Files 3 |
| 2021-12-13 - Donohoe Sentinel Files 3 |
| 2021-12-14 - Rehl Sentinel Files 3 |

The materials described above have been made available for download on USAfx. Please keep in mind that all of the items placed in the USAfx case-folder will be deleted automatically –

some in as few as 60 days.  Please let me know immediately if you have been unable to access and download the materials for your use in this case.

To assist our future productions of discovery, we would again request that you return external hard drives that we have supplied, once you have had an opportunity to copy the materials.

We understand that our discovery obligations are ongoing and intend to supplement our disclosures on a rolling basis.  If you have any questions, please do not hesitate to contact us.

                                        Sincerely yours,

                                        MATTHEW M. GRAVES
                                        UNITED STATES ATTORNEY

By:       /s/
                                        Luke M. Jones
                                        Assistant United States Attorney
                                        555 4th Street, N.W.
                                        Washington, D.C. 20530
                                        (202) 252-7066
                                        Luke.jones@usdoj.gov