

U.S. Department of Justice

Matthew M. Graves
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

January 21, 2022

**By e-mail and FedEx**

Carmen D. Hernandez
7166 Mink Hollow Road
Highland, MD 20777

      Re:    United States v. Zachary Rehl, 1:21-cr-175 (TJK)

Dear Counsel:

    Please find enclosed one external hard drive containing a forensic image of the cell phone seized from your client, Mr. Rehl, at the time of his arrest (Item 1B7).  A copy of this data was previously produced in discovery on April 30, 2020, but our understanding is that you have not been able to obtain that discovery.

    Because this forensic image was too large to share through USAfx, we are providing it on an external hard drive.  To facilitate additional discovery productions that may involve large sets of data, we would appreciate if you would copy the data on the external hard drive and return the drive to us so that we can use it again for other productions in this case.

                       Sincerely,

                       Matthew M. Graves
                       United States Attorney

By:     /s/
        LUKE M. JONES
        Assistant United States Attorney
        luke.jones@usdoj.gov
        (202) 252-7066