

U.S. Department of Justice

Matthew M. Graves
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

January 28, 2022

***Via Email and Electronic File Transfer***

Lisa Costner
Ira Knight
Federal Public Defender MDNC
251 N. Main St. Suite 849
Winston-Salem NC 27101

Carmen D. Hernandez
7166 Mink Hollow Road
Highland, MD 20777

J. Daniel Hull
Hull McGuire PC
888 Seventeenth Street, NW
Suite 1200
Washington, DC 20006

Nicholas Smith
7 East 20th Street
Suite 4R
New York, NY 10003

Re:   <u>United States v. Ethan Nordean et al.</u>, Cr. No.:  21-cr-175 (TJK)

Dear Counsel:

     I write to memorialize another production related to the above-captioned case as part of the government's efforts to produce preliminary discovery on an ongoing basis.  Today the government produced search warrant returns from T-Mobile (SW 21-sc-2331) relating to T-Mobile account numbers associated with defendant Charles Donohoe and ten other individuals, whose names are listed in the returns.  The production is contained in two zip files titled, "Filtered T-Mobile Production.zip" and "Filtered Text Records.zip".

     The materials have been made available for download in the Cross Discovery folder on USAfx.  They are designated SENSITIVE under the protective order, with the exception that the Donohoe returns are not sensitive as to Donohoe.  Please let me know immediately if you have been unable to access and download the materials for your use in this case.

To assist our future productions of discovery, we would again request that you return external hard drives that we have supplied, once you have had an opportunity to copy the materials.

We understand that our discovery obligations are ongoing and intend to supplement our disclosures on a rolling basis. If you have any questions, please do not hesitate to contact us.

        Sincerely yours,

        MATTHEW M. GRAVES
        UNITED STATES ATTORNEY

By:    /s/
        Luke M. Jones
        Assistant United States Attorney
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 252-7066
        Luke.jones@usdoj.gov