

U.S. Department of Justice

Matthew M. Graves
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

January 30, 2022

**Via Email and Electronic File Transfer**

| | |
|---|---|
| Lisa Costner | Carmen D. Hernandez |
| Ira Knight | 7166 Mink Hollow Road |
| Federal Public Defender MDNC | Highland, MD 20777 |
| 251 N. Main St. Suite 849 | |
| Winston-Salem NC 27101 | |
| | |
| J. Daniel Hull | Nicholas Smith |
| Hull McGuire PC | 7 East 20th Street |
| 888 Seventeenth Street, NW | Suite 4R |
| Suite 1200 | New York, NY 10003 |
| Washington, DC 20006 | |

    Re: <u>United States v. Ethan Nordean et al.</u>, Cr. No.:  21-cr-175 (TJK)

Dear Counsel:

  I write to memorialize another production related to the above-captioned case as part of the government's efforts to produce preliminary discovery on an ongoing basis, including discovery produced in other Capitol cases that may be relevant to your clients. Today the government produced materials from *United States v. Gabriel Garcia*, 21-cr-129.

  The production is contained within a zip file accompanied by two discovery letters from the government to counsel for Mr. Garcia. For purposes of this cross-discovery, all of the materials are designated as at least Sensitive, primarily because they contain personal identification information (PII). Any materials produced to Mr. Garcia as Highly Sensitive are designated Highly Sensitive in this case as well. Excluded from this production are the Facebook materials and Phone Contacts referenced in the July 18, 2021, letter, as those materials had not been "scoped" and therefore cannot be produced except to Mr. Garcia.

The materials have been made available for download in the Cross Discovery folder on USAfx. Please let us know if you have been unable to access and download the materials for your use in this case.

To assist our future productions of discovery, we would again request that you return external hard drives that we have supplied, once you have had an opportunity to copy the materials.

We understand that our discovery obligations are ongoing and intend to supplement our disclosures on a rolling basis. If you have any questions, please do not hesitate to contact us.

                                                Sincerely yours,

                                                MATTHEW M. GRAVES
                                                UNITED STATES ATTORNEY

By:           /s/
                Luke M. Jones
                Assistant United States Attorney
                555 4th Street, N.W.
                Washington, D.C. 20530
                (202) 252-7066
                Luke.jones@usdoj.gov