

U.S. Department of Justice

Matthew M. Graves
United States Attorney

*District of Columbia*

---

Judiciary Center
555 Fourth St., N.W.
Washington, D.C.  20530

February 4, 2022

***Via Email and Electronic File Transfer***

Lisa Costner                                    Carmen D. Hernandez
Ira Knight                                      7166 Mink Hollow Road
Federal Public Defender MDNC                    Highland, MD 20777
251 N. Main St. Suite 849
Winston-Salem NC 27101


J. Daniel Hull                                  Nicholas Smith
Hull McGuire PC                                 7 East 20th Street
888 Seventeenth Street, NW                      Suite 4R
Suite 1200                                      New York, NY 10003
Washington, DC 20006

Re:     <u>*United States v. Ethan Nordean et al.*</u>, Cr. No.:  21-cr-175 (TJK)

Dear Counsel:

I write to memorialize another production related to the above-captioned case as part of the government's efforts to produce preliminary discovery on an ongoing basis.   Today the government produced a fourth round of materials from Mr. Rehl's case file maintained by the Federal Bureau of Investigation (FBI).  The materials described herein have been made available for download in the Cross Discovery folder on USAfx, and an index is provided with the production.

Please note that the file names bear the titles as assigned by the FBI's electronic systems. This production includes grand jury subpoena material, some of which were previously produced by the U.S. Attorney's Office (see production of July 9, 2021).  Given the personal identification information and financial information contained in those materials, certain of those have been designated HIGHLY SENSITIVE, except as to the individual to whom the information pertains.

Consistent with other cross-discovery productions, all other materials are designated SENSITIVE except as to defendant Rehl.

Please let us know if you have been unable to access and download the materials for your use in this case.  To assist our future productions of discovery, we would again request that you return external hard drives that we have supplied, once you have had an opportunity to copy the materials.

We understand that our discovery obligations are ongoing and intend to supplement our disclosures on a rolling basis.  If you have any questions, please do not hesitate to contact us.

Sincerely yours,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

By:      /s/
Luke M. Jones
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7066
Luke.jones@usdoj.gov

## Index of Production of Rehl FBI Files on February 4, 2022

**Highly Sensitive Files are identified below and are being produced in a separate folder.  All other files are designated Sensitive, except as to defendant Rehl, as described in the discovery correspondence.**

| Serial Number | File Name | Highly Sensitive |
|---|---|---|
| 80 | 0176-PH-3400577_0000080.pdf | |
| 80 | 0176-PH-3400577_0000080_1A0000006_0000001.zip | |
| 81 | 0176-PH-3400577_0000081.pdf | |
| 81 | 0176-PH-3400577_0000081_1A0000034_0000001.pdf | |
| 82 | 0176-PH-3400577_0000082.pdf | |
| 83 | 0176-PH-3400577_0000083.pdf | Yes |
| 83 | 0176-PH-3400577_0000083_1A0000054_0000001.zip | Yes |
| 83 | 0176-PH-3400577_0000083_1A0000055_0000001.zip | Yes |
| 85 | 0176-PH-3400577_0000085.pdf | |
| 85 | 0176-PH-3400577_0000085_Import.pdf | |
| 87 | 0176-PH-3400577_0000087.pdf | |
| 87 | 0176-PH-3400577_0000087_1A0000035_0000001.pdf | |
| 88 | 0176-PH-3400577_0000088.pdf | |
| 89 | 0176-PH-3400577_0000089.pdf | |
| 1 | 0176-PH-3400577-GJ_0000001.pdf | |
| 1 | 0176-PH-3400577-GJ_0000001_1A0000008_0000001.pdf | |
| 1 | 0176-PH-3400577-GJ_0000001_Import.pdf | |
| 2 | 0176-PH-3400577-GJ_0000002.pdf | |
| 2 | 0176-PH-3400577-GJ_0000002_1A0000010_0000001.pdf | |
| 2 | 0176-PH-3400577-GJ_0000002_Import.pdf | |
| 3 | 0176-PH-3400577-GJ_0000003.pdf | |
| 3 | 0176-PH-3400577-GJ_0000003_1A0000011_0000001.pdf | |
| 3 | 0176-PH-3400577-GJ_0000003_Import.msg | |
| 4 | 0176-PH-3400577-GJ_0000004.pdf | |
| 4 | 0176-PH-3400577-GJ_0000004_Import.pdf | |
| 5 | 0176-PH-3400577-GJ_0000005.pdf | |
| 5 | 0176-PH-3400577-GJ_0000005_1A0000013_0000001.zip | Yes |
| 5 | 0176-PH-3400577-GJ_0000005_1A0000013_0000002.msg | Yes |
| 5 | 0176-PH-3400577-GJ_0000005_1A0000013_0000003.xlsx | Yes |
| 5 | 0176-PH-3400577-GJ_0000005_1A0000013_0000004.pdf | Yes |
| 5 | 0176-PH-3400577-GJ_0000005_Import.pdf | Yes |
| 6 | 0176-PH-3400577-GJ_0000006.pdf | Yes |
| 6 | 0176-PH-3400577-GJ_0000006_Import.xlsx | Yes |
| 7 | 0176-PH-3400577-GJ_0000007.pdf | Yes |

| | | |
|---|---|---|
| 7 | 0176-PH-3400577-GJ_0000007_1A0000014_0000001.pdf | Yes |
| 7 | 0176-PH-3400577-GJ_0000007_Import.pdf | Yes |
| 8 | 0176-PH-3400577-GJ_0000008.pdf | Yes |
| 8 | 0176-PH-3400577-GJ_0000008_1A0000015_0000001.zip | Yes |
| 8 | 0176-PH-3400577-GJ_0000008_Import.pdf | Yes |
| 9 | 0176-PH-3400577-GJ_0000009.pdf | Yes |
| 9 | 0176-PH-3400577-GJ_0000009_1A0000016_0000001.pdf | Yes |
| 9 | 0176-PH-3400577-GJ_0000009_Import.xlsx | Yes |
| 10 | 0176-PH-3400577-GJ_0000010.pdf | Yes |
| 10 | 0176-PH-3400577-GJ_0000010_Import.msg | Yes |
| 11 | 0176-PH-3400577-GJ_0000011.pdf | Yes |
| 11 | 0176-PH-3400577-GJ_0000011_Import.zip | Yes |
| 12 | 0176-PH-3400577-GJ_0000012.pdf | |
| 12 | 0176-PH-3400577-GJ_0000012_1A0000017_0000001.pdf | |
| 12 | 0176-PH-3400577-GJ_0000012_1A0000017_0000002.zip | |
| 12 | 0176-PH-3400577-GJ_0000012_1A0000017_0000003.msg | |