UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-CR-175 (TJK) |
| | : | |
| ETHAN NORDEAN, | : | |
| JOSEPH BIGGS, | : | |
| ZACHARY REHL, and | : | |
| CHARLES DONOHOE, | : | |
| | : | |
| | : | |
| Defendants. | : | |

## GOVERNMENT'S MOTION FOR LIMITED UNSEALING OF THE TRANSCRIPT OF THE HEARING ON FEBRARY 8, 2022

On February 8, 2022, the Court held a status hearing in the above case that was partially sealed. The government moves the Court to issue an order unsealing the transcript from the sealed hearing for the limited purpose of allowing the court reporter to provide copies of the transcript to the parties in this case. The transcript should otherwise remain sealed and be treated as such by the parties.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:    */s/ Luke M. Jones*
LUKE M. JONES, VA Bar No. 75053
ERIK M. KENERSON, OH Bar No. 82960
JASON B.A. MCCULLOUGH
D.C. Bar No. 998006; NY Bar No. 4544953
Assistant United States Attorneys
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7066
Luke.Jones@usdoj.gov