UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-CR-175 (TJK) |
| | : | |
| ETHAN NORDEAN, | : | |
| JOSEPH BIGGS, | : | |
| ZACHARY REHL, and | : | |
| CHARLES DONOHOE, | : | |
| | : | |
| | : | |
| Defendants. | : | |

**PROPOSED ORDER**

Upon consideration of the government's motion for limited unsealing of the sealed transcript of the hearing in the above case on February 8, 2022, the motion is GRANTED and it is hereby

ORDERED that the sealed transcript from the February 8, 2022, hearing is unsealed for the limited purpose of allowing the court reporter to provide copies of the sealed transcript to the parties in this case. The transcript shall remain sealed for all other purposes.

Date: February __, 2022

_____
The Honorable Timothy J. Kelly
United States District Judge