# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.  : | 21-CR-175-1 (TJK) |
| : | 21-CR-175-2 (TJK) |
| ETHAN NORDEAN, : | |
| also known as "Rufio Panman," : | |
| : | |
| JOSEPH BIGGS, : | |
| : | |
| DEFENDANTS. : | |

## MOTION TO CONTINUE THE DEADLINE TO REPORT ON THE STATUS OF THE TRANSPORT OF DEFENDANTS TO THE DISTRICT OF COLUMBIA

The United States of America, by and through the United States Attorney for the District of Columbia, hereby moves for a continuance of two days to file its response on behalf of the United States Marshals Service ("USMS"). Specifically, on January 21, 2022, the Court ordered the USMS to transport defendants Nordean and Biggs to the District of Columbia (ECF 281). On February 8, 2022, the defendants were still in their respective jurisdictions: Ethan Nordean remained detained in Seattle, Washington, and Joseph Biggs remained detained in Seminole County, Florida. At the status hearing on February 8, 2022, the Court ordered the government to file a detailed response by February 9, 2022, on behalf of USMS, explaining when the Court's January 21, 2022, order would be complied with. Counsel for the government has worked diligently to ascertain that information. As the Court knows, however, prisoner movement is a complex process, and the current protocols related to COVID-19 have further complicated prisoner movement. The government respectfully asks for a two-day extension, to Friday, February 11, 2022, to enable it to provide a fulsome response.

Wherefor, the government requests a two-day continuance, to February 11, 2022, to provide the requested information to the Court concerning when defendants Biggs and Nordean will be transported to the District of Columbia.

                                        Respectfully submitted,

                                        MATTHEW M. GRAVES
                                        United States Attorney
                                        DC Bar No. 481052

By:    /s/ Jason McCullough

                                        JASON B.A. MCCULLOUGH
D.C. Bar No. 998006; NY Bar No. 4544953
ERIK M. KENERSON
Ohio Bar No. 82960
LUKE JONES
VA Bar No. 75053
Assistant United States Attorneys
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7233 //
jason.mccullough2@usdoj.gov
(202) 252-7201 // Erik.Kenerson@usdoj.gov
(202) 252-7066 // Luke.Jones@usdoj.gov

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that I caused a copy of this pleading to be served upon defense counsel via the Electronic Case Filing (ECF) system, on February 9, 2022

By:   /s/ Jason McCullough

    JASON B.A. MCCULLOUGH