UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **21-CR-175-1 (TJK)** |
| | : | **21-CR-175-2 (TJK)** |
| **ETHAN NORDEAN,** | : | |
| also known as "Rufio Panman," | : | |
| | : | |
| **JOSEPH BIGGS,** | : | |
| | : | |
| DEFENDANTS. | : | |

**[PROPOSED] ORDER**

The Government has submitted a motion to continue the deadline to submit its response to the Court's oral order of February 8, 2022. In light of the representations by the Government in its motion and for good cause shown, the Court hereby ORDERS the Government to file a response on or before February 11, 2022.

SO ORDERED

DATE: February __, 2022

                                                                 TIMOTHY J. KELLY
                                                                 United States District Judge