UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | 21-CR-175 (TJK) |
| | : | |
| **ETHAN NORDEAN,** | : | |
| also known as "Rufio Panman," | : | |
| | : | |
| **JOSEPH BIGGS,** | : | |
| | : | |
| **ZACHARY REHL,** | : | |
| | : | |
| **CHARLES DONOHOE,** | : | |
| | : | |
| **ENRIQUE TARRIO,** | : | |
| also known as "Henry Tarrio," | : | |
| | : | |
| **DOMINIC PEZZOLA,** | : | |
| also known as "Spaz," | : | |
| also known as "Spazzo," | : | |
| also known as "Spazzolini," | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

Upon consideration of the Government's Motion to Vacate Trial Date and to Exclude Time Under the Speedy Trial Act, it is for good cause shown ORDERED that the Government's motion is GRANTED.  The trial date, presently scheduled for May 18, 2022, is VACATED.  Jury selection in this case shall now commence on _____.  It is

FURTHER ORDERED That the time between today's date and _____ shall be excluded from calculation under the Speedy Trial

Act for the reasons stated in the government's motion.  *See* 18 U.S.C. § 3161(h)(6), (h)(7)(A), & (h)(7)(B)(i), (ii), and (iv).

_____                                        _____
Date                                                                          Timothy J. Kelly
                                                                                     United States District Judge