UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) <br> ) <br> ) <br> ) |
| v. | ) Case No. 1:21-cr-175-TJK <br> ) |
| ETHAN NORDEAN, et al., | ) <br> ) |
| Defendants. | ) <br> ) |

**DEFENDANT NORDEAN'S NOTICE OF WAIVER REGARDING HIS PRESENCE AT APRIL 5, 2022 STATUS CONFERENCE**

On March 30, the Court advised Nordean that although the status conference on April 5, 2022 is scheduled as a videoconference, he will be brought to the courthouse where he will appear without counsel because his facility cannot accommodate a VTC connection for Nordean at the scheduled time.

For the following reasons, Nordean should not be transported to the courthouse. First, the hearing on April 5 is a status conference. The defendant's presence is therefore not required. Fed. R. Crim. P. 43(b)(3). A defendant's presence is only required at the initial appearance, the initial arraignment, the plea, trial, and sentencing. Fed. R. Crim. P. 43(a).

Second, even if the defendant's presence were required under the Federal Rules, the question involves a right, not a duty, and Nordean waives any right to be present at a status conference. Nordean may not be compelled to exercise a right. *E.g.*, Fed. R. Crim. P. 43(c) (referring to waiver of "the right to be present").

Finally, transporting Nordean to the courthouse over his waiver and notwithstanding Fed. R. Crim. P. 43(b)(3) imposes hardship. He is woken up in the middle of the night and placed in a freezing cell in chains for hours as he awaits transfer to this district. The commute can last about

1

five to six hours roundtrip. Counsel cannot be present with the defendant in the courtroom. Accordingly, Nordean requests that he not be transported to the courthouse for the status conference. If Nordean's presence were still somehow required, he requests that he be allowed simply to call into the status conference using the telephone available to him at his facility.

Dated: March 30, 2022                          Respectfully submitted.

                                                                                  /s/ David B. Smith
David B. Smith (D.C. Bar No. 403068)
108 N. Alfred St.
Alexandria, VA 22314
Phone:(703)548-8911
Fax:(703)548-8935
dbs@davidbsmithpllc.com

Nicholas D. Smith (Va. Bar No. 79745)
7 East 20th Street
New York, NY 10003
Phone: (917) 902-3869

### Certificate of Service

I hereby certify that on the 30th day of March, 2022, I filed the foregoing motion with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following CM/ECF user(s):

    Jim Nelson
Assistant United States Attorney
555 4th Street, N.W., Room 4408
Washington, D.C. 20530
(202) 252-7846

And I hereby certify that I have mailed the document by United States mail, first class postage prepaid, to the following non-CM/ECF participant(s), addressed as follows: [none].

                                                           /s/ David B. Smith
David B. Smith, D.C. Bar No. 403068
David B. Smith, PLLC

108 North Alfred Street, 1st FL<br>
Alexandria, Virginia 22314<br>
(703) 548-8911 / Fax (703) 548-8935<br>
dbs@davidbsmithpllc.com

3