Key:
- Nordean — Nordean Motions or Appeals
- Biggs — Biggs Motions or Appeals
- Rehl — Rehl Motions or Appeals
- Donohoe — Donohoe Motions or Appeals
- Government — Government Motions
- Pandemic — Chief Judge Pandemic Findings
- Interests of Justice — Court interests of Justice findings

April 2021

| Date | Nordean | Biggs | Rehl | Donohoe | Government | Pandemic | Interests of Justice |
|---|---|---|---|---|---|---|---|
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |
| 22 | ■ | ■ | | | ■ | ■ | ■ |
| 23 | ■ | ■ | | | ■ | ■ | ■ |
| 24 | ■ | ■ | | | ■ | ■ | ■ |
| 25 | ■ | ■ | | | ■ | ■ | ■ |
| 26 | ■ | ■ | | | ■ | ■ | ■ |
| 27 | ■ | ■ | | | ■ | ■ | ■ |
| 28 | ■ | ■ | | | ■ | ■ | ■ |
| 29 | ■ | ■ | | | ■ | ■ | ■ |
| 30 | ■ | ■ | | | ■ | ■ | ■ |

May 2021

| Date | Nordean | Biggs | Rehl | Donohoe | Government | Pandemic | Interests of Justice |
|---|---|---|---|---|---|---|---|
| 1 | ■ | ■ | | | ■ | ■ | ■ |
| 2 | ■ | ■ | | | ■ | ■ | ■ |
| 3 | ■ | ■ | | ■ | ■ | ■ | ■ |
| 4 | ■ | ■ | | ■ | ■ | ■ | ■ |
| 5 | ■ | ■ | | ■ | ■ | ■ | ■ |
| 6 | ■ | ■ | | ■ | ■ | ■ | ■ |
| 7 | ■ | ■ | | ■ | ■ | ■ | ■ |
| 8 | ■ | ■ | | ■ | ■ | ■ | ■ |
| 9 | ■ | ■ | | ■ | ■ | ■ | ■ |
| 10 | ■ | ■ | | ■ | ■ | ■ | ■ |
| 11 | ■ | ■ | | ■ | ■ | ■ | ■ |
| 12 | ■ | ■ | | ■ | ■ | ■ | ■ |
| 13 | ■ | ■ | | ■ | ■ | ■ | ■ |
| 14 | ■ | ■ | | ■ | ■ | ■ | ■ |
| 15 | ■ | ■ | | ■ | ■ | ■ | ■ |
| 16 | ■ | ■ | | ■ | ■ | ■ | ■ |
| 17 | ■ | ■ | | | ■ | ■ | ■ |
| 18 | ■ | ■ | | | ■ | ■ | ■ |



















