**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Case No. 21-CR-175 (TJK)** |
| | **:** | |
| **ETHAN NORDEAN, et al.,** | **:** | |
| | **:** | |
| **Defendants.** | **:** | |

**GOVERNMENT'S NOTICE REGARDING DISCOVERY CORRESPONDENCE**

The United States of America, by and through undersigned counsel, respectfully submits this notice of recent correspondence to defense counsel regarding discovery productions. Filed as attachments to this notice are letters to counsel, identified in the following chart:

| Attachment | Date | Recipients and Content |
|---|---|---|
| 1 | 2/18/2022 | Counsel for All Defendants (Scoped Search Warrant Returns) |
| 2 | 2/21/2022 | Counsel for All Defendants (Cross-Discovery) |
| 3 | 3/1/2022 | Counsel for All Defendants (Biggs Sentinel Files) |
| 4 | 3/1/2022 | Counsel for All Defendants (Nordean Sentinel Files) |
| 5 | 3/2/2022 | Counsel for All Defendants (Rehl Sentinel Files) |
| 6 | 3/20/2022 | Counsel for All Defendants (Donohoe Sentinel Files) |
| 7 | 3/4/2022 | Counsel for All Defendants (Cross-Discovery) |
| 8 | 3/14/2022 | Counsel for All Defendants (Scoped Search Warrant Returns and GJ Material) |
| 9 | 4/6/2022 | Counsel for All Defendants (GJ Transcript and Exhibits) |
| 10 | 4/13/2022 | Counsel for All Defendants (Information regarding Telegram Materials) |
| 11 | 4/20/2022 | Counsel for Tarrio and Pezzola (Video previously produced to other Defendants) |
| 12 | 4/21/2022 | Counsel for All Defendants (Memorializing Productions; Sentinel Files via Relativity) |
| 13 | 4/22/2022 | Counsel for All Defendants (Sentinel Files via Relativity) |
| 14 | 4/28/2022 | Counsel for All Defendants (FD-302) |

In addition to the above productions, the government has provided counsel with several detailed letters, not attached here, memorializing the government's global discovery productions. Those include the following:

- Global Production 12 (3/4/2022)
- Global Production 13 (4/2/2022)
- Global Production 14 (4/25/2022)
- Global Productions 1-14 with Evidence.com and Relativity Indexes (4/25/2022)

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:      _/s/ Luke M. Jones_
LUKE M. JONES, Virginia Bar 75053
ERIK M. KENERSON, Ohio Bar 82960
JASON B.A. MCCULLOUGH, DC Bar 998006
Assistant United States Attorneys
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7066
Luke.Jones@usdoj.gov