

U.S. Department of Justice

**Matthew M. Graves**
**United States Attorney**

*District of Columbia*

---

Judiciary Center
555 Fourth St., N.W.
Washington, D.C.  20530

February 18, 2022

*Via Email and USAfx*

Lisa Costner
Ira Knight
Federal Public Defender MDNC
251 N. Main St. Suite 849
Winston-Salem NC 27101

Carmen D. Hernandez
7166 Mink Hollow Road
Highland, MD 20777

J. Daniel Hull
Hull McGuire PC
888 Seventeenth Street, NW
Suite 1200
Washington, DC 20006

Nicholas Smith
7 East 20th Street
Suite 4R
New York, NY 10003

Re:     *United States v. Ethan Nordean et al.*, Cr. No.:  21-cr-175 (TJK)

Dear Counsel:

  I write to memorialize another production related to the above-captioned case as part of the government's efforts to produce preliminary discovery on an ongoing basis.  This production relates to evidence obtained pursuant to a search warrant ███████████████████████████████ ██████████████████████, and a search warrant for an Apple account associated with Zachary Rehl.

  Today, through USAfx, the government is producing a copy of item 1B53 from the FBI case file of Joseph Biggs, which contains information from the ██████ Apple iPhone 11 Pro that the FBI determined was within the scope of the search warrant of ██████████████.  This material was previously provided to you as part of the December 27, 2021, production ███████████████ ████████████████████████████████████████████████████████████████████████████

The material produced today is designated SENSITIVE as to all defendants.

Also today, through USAfx, the government is producing a copy of item 1B8 from the FBI case file of Zachary Rehl.  This item contains information from Rehl's Apple account that the FBI determined was within the scope of the search warrant of the account.  This material is designated SENSITIVE as to all defendants except Rehl.

We understand that our discovery obligations are ongoing and intend to supplement our disclosures on a rolling basis.  If you have any questions, please do not hesitate to contact us.

Sincerely yours,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

By:　　　　　/s/
　　　　　Luke M. Jones
　　　　　Assistant United States Attorney
　　　　　555 4th Street, N.W.
　　　　　Washington, D.C. 20530
　　　　　(202) 252-7066
　　　　　Luke.jones@usdoj.gov