

U.S. Department of Justice

Matthew M. Graves
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

March 14, 2022

***Via Email and Electronic File Transfer***

Nicholas Smith
David Smith
*Counsel for Ethan Nordean*

Lisa Costner
Ira Knight
*Counsel for Charles Donohoe*

J. Daniel Hull
*Counsel for Joseph Biggs*

Carmen D. Hernandez
*Counsel for Zachary Rehl*

Steven Metcalf II
Martin Tankleff
*Counsel for Dominic Pezzola*

      Re:    <u>United States v. Ethan Nordean et al.</u>, Cr. No.:  21-cr-175 (TJK)

Dear Counsel:

    I write to memorialize additional productions related to the above-captioned case as part of the government's efforts to produce preliminary discovery on an ongoing basis.

    On March 8, 2022, the government made available the following items, which were designated Sensitive:

- Scoped Results from Tarrio phone
- PowerPoint Presentation for Second Superseding Indictment.

Today the government made available via USAfx the following items (protective order designations noted in paretheses):

- Scoped Results from Donohoe Phone (Sensitive to all but Donohoe)
- Scoped Results of Rehl Apple Account (Sensitive to all but Rehl)

Among the files contained within the scoped results of the Tarrio phone and referenced in the Second Superseding Intdictment was a document referred to as "1776 Returns." In response to requests from counsel, a copy of that document is separately being made available on USAfx in today's production.

Please let us know if you have been unable to access and download the materials for your use in this case. To assist our future productions of discovery, we would again request that you return external hard drives that we have supplied, once you have had an opportunity to copy the materials.

We understand that our discovery obligations are ongoing and intend to supplement our disclosures on a rolling basis. If you have any questions, please do not hesitate to contact us.

Sincerely yours,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

By: _____/s/_____
Luke M. Jones
Erik M. Kenerson
Jason B.A. McCullough
Assistant United States Attorneys
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7066
Luke.jones@usdoj.gov