

U.S. Department of Justice

Matthew M. Graves
United States Attorney

*District of Columbia*

*Patrick Henry Building*
*601 D Street N.W.*
*Washington, D.C. 20530*

April 22, 2022

*Via Email*

Nicholas Smith
David Smith
*Counsel for Ethan Nordean*

J. Daniel Hull
*Counsel for Joseph Biggs*

Steven Metcalf II
Martin Tankleff
*Counsel for Dominic Pezzola*

Carmen D. Hernandez
*Counsel for Zachary Rehl*

Nayib Hassan
Sabino Jauregui
*Counsel for Enrique Tarrio*

   Re: <u>United States v. Ethan Nordean et al.</u>, Cr. No.: 21-cr-175 (TJK)

Dear Counsel:

  As we stated in our letter dated yesterday, April 21, 2022, we have begun making FBI case file materials (Sentinel serials and digital attachments) available through the FPD Relativity Database, in which records are searchable and identifiable based on unique BATES numbers. We write to alert you that materials from the FBI case file of defendant Tarrio are now available on the FPD Relativity Database.

  As we've noted before, to identify only those items in the FPD Relativity Database that are associated with a particular individual, you can filter the "CODE_IndivDefendant" field by the relevant individual's name. The specific materials from defendant Tarrio's case file made available today are uniquely identified by Bates numbers CAPD_000386950 - CAPD_000389278. They can be isolated based on that BATES range, or by filtering the "GLOBAL_Prod_Vol" field by "DOJCB_017." As you review the materials, the FPD Relativity Database should also indicate any sensitivity designations under the protective order.

We expect that the FPD Relativity Database will allow for more efficient review of FBI case file materials and that it will significantly enhance your ability to prepare for trial. If you have questions regarding the database or the materials, however, please let us know so that we can address them.

~~~

To assist our future productions of discovery, we would again request that you return external hard drives that we have supplied, once you have had an opportunity to copy the materials. Please note that our office has moved, and our new address appears below.

We understand that our discovery obligations are ongoing and intend to supplement our disclosures on a rolling basis. If you have any questions, please do not hesitate to contact us.

    Sincerely yours,

    MATTHEW M. GRAVES
    UNITED STATES ATTORNEY

By:    /s/
    Luke M. Jones
    Jason B.A. McCullough
    Erik M. Kenerson
    Assistant United States Attorneys
    601 D Street N.W.
    Washington, D.C. 20530
    (202) 252-7066
    Luke.Jones@usdoj.gov