

U.S. Department of Justice

Matthew M. Graves
United States Attorney

*District of Columbia*

*Patrick Henry Building*
*601 D Street N.W.*
*Washington, D.C. 20530*

April 28, 2022

***Via Email***

Nicholas Smith
David Smith
*Counsel for Ethan Nordean*

J. Daniel Hull
*Counsel for Joseph Biggs*

Steven Metcalf II
Martin Tankleff
*Counsel for Dominic Pezzola*

Carmen D. Hernandez
*Counsel for Zachary Rehl*

Nayib Hassan
Sabino Jauregui
*Counsel for Enrique Tarrio*

      Re:    <u>United States v. Ethan Nordean et al.</u>, Cr. No.:  21-cr-175 (TJK)

Dear Counsel:

    We write to memorialize additional productions related to the above captioned case as part of the government's ongoing efforts to produce preliminary discovery on an ongoing basis.

    Today the government made available via USAfx the following item:

- Donohoe FD-302

    The Donohoe 302 is designated Highly Sensitive under the protective orders in this case.

    Please let us know if you are unable to access the above-referenced materials for your use in this case.  <u>To assist our future productions of discovery, we would again request that you return external hard drives that we have supplied, once you have had an opportunity to copy the materials.</u>

    We understand that our discovery obligations are ongoing and intend to supplement our disclosures on a rolling basis.  If you have any questions, please do not hesitate to contact us.

Sincerely yours,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

By:  _____/s/_____
Luke M. Jones
Jason B.A. McCullough
Erik M. Kenerson
Assistant United States Attorneys
601 D Street N.W.
Washington, D.C. 20530
(202) 252-7066
Luke.Jones@usdoj.gov