| Case Number | Subject | 1A/1B/1D | Item Number | FBI Data Descripton | Description for Counsel |
|---|---|---|---|---|---|
| 100T-WF-3414040-SUB_A_VIDEO | 100T-WF-3414040-SUB_A_VIDEO | 1A | 5 | Open source videos | Open Souirce Videos incl MOSD Meeting) |
| 100T-WF-3414040-SUB_B | 100T-WF-3414040-SUB_B | 1A | 78 | Surveillance Footage | Colonial Parking and Airbnb Surveillance Video (also in 1B2 and 1B3) |
| 100T-WF-3414040-SUB_B | 100T-WF-3414040-SUB_B | 1A | 106 | Original Interview Notes | ▮▮▮ Interview and Notes |
| 100T-WF-3414040-SUB_B | 100T-WF-3414040-SUB_B | 1A | 136 | Video from TTK "ML_DC_20210106_Sony_GC280A_0497.MXF audio mp4" | ▮▮▮ Video Biggs Samsel |
| 100T-WF-3414040-SUB_B | 100T-WF-3414040-SUB_B | 1B | 1 | Videos depicting the Capitol Riot on January 6, 2021, were downloaded from the internet and copied onto the captioned Blu-ray disc | Open Source Videos (Various) |
| 100T-WF-3414040-SUB_B | 100T-WF-3414040-SUB_B | 1B | 2 | One DVD containing video surveillance footage from Colonial Parking Garage captured on January 5, 2021 | Colonial Parking Video |
| 100T-WF-3414040-SUB_B | 100T-WF-3414040-SUB_B | 1B | 3 | One DVD containing video surveillance footage captured at ▮▮▮, Washington, DC | Airbnb Surveillance Video |
| 100T-WF-3414040-SUB_B | 100T-WF-3414040-SUB_B | 1B | 4 | Hard Drive in an orange case containing video footage of the Capitol Riots | ▮▮▮ Videos |
| 100T-WF-3414040-SUB_B | 100T-WF-3414040-SUB_B | 1B | 7 | Western digital 2TB harddrive, serial number WXG2A20K3FZ4, containing seized evidence from review of evidence item 100T-WF-3414040-SUB_B_1B4 | This item contains a subset of the ▮▮▮ videos in item 1B4. |
| 100T-WF-3414040-SUB_B | 100T-WF-3414040-SUB_B | 1D | 4 | Recording of ▮▮▮ interview | ▮▮▮ Interview |
| 100T-WF-3414040-SUB_B_GJ | 100T-WF-3414040-SUB_B_GJ | 1A | 42 | (U) Return provided by Kroll | Kroll ▮▮▮ Returns re Airbnb |
| 100T-WF-3414040-SUB_B_VIDEO | 100T-WF-3414040-SUB_B_VIDEO | 1A | 2 | Official USCP footage of Ethan Nordean in the Capitol | Nordean Capitol CCV |
| 100T-WF-3414040-SUB_B_VIDEO | 100T-WF-3414040-SUB_B_VIDEO | 1A | 3 | Official USCP footage of Joseph Biggs in the Capitol | Biggs Capitol CCV |
| 100T-WF-3414040-SUB_B_VIDEO | 100T-WF-3414040-SUB_B_VIDEO | 1A | 5 | DVD of Paul Rae Videos | Videos from Rae's Phone |
| 100T-WF-3414040-SUB_B_VIDEO | 100T-WF-3414040-SUB_B_VIDEO | 1B | 1 | ONE CELLOPHANE CONTAINING: External Hard Drive containing footage from U.S Capitol breach on 01/06/2021 | Initial Copy of ▮▮▮ Videos |
| 176-CE-3401971 | CHARLES DONOHOE | 1A | 11 | Compact disc of YouTube video "Support For President Trump at the Capital" | Donohoe with Shield Video |
| 176-CE-3401971 | CHARLES DONOHOE | 1A | 25 | LA Times Video | Donohoe LA Times Bottle Throw Video |
| 176-CE-3401971 | CHARLES DONOHOE | 1B | 11 | Contains scoped results of 1B1 | Donohoe Scoped Phone |

| Case Number | Subject | 1A/1B/1D | Item Number | FBI Data Descripton | Description for Counsel |
|---|---|---|---|---|---|
| 176-PH-3400577 | ZACHARY REHL | 1A | 11 | Search Warrant Execution Log; Sign-In Log; Photograph Log; and search photographs on compact discs | Rehl Search Photos - Storage Unit |
| 176-PH-3400577 | ZACHARY REHL | 1A | 13 | Search Warrant Execution Log; Sign-In Log; Photograph Log; Diagram/Sketch; Evidence Collected Item Log; original executed FD-597 Receipt for Property Seized; Search photographs (on compact discs); evidence item number labels; room labels; and notes taken by | Rehl Search Photos - House |
| 176-PH-3400577 | ZACHARY REHL | 1B | 11 | Scoped Results of 1B7 | Rehl Scoped iPhone |
| 176-PH-3400577-GJ | ZACHARY REHL | 1A | 27 | (U) Information from FDC | Rehl Jail Calls and Docs |
| 176-PH-3422014 | ISAIAH GIDDINGS | 1A | 47 | US Capitol CCTV footage for January 6, 2021 at 14:53:23 EST | Giddings Captiol CCV |
| 176-PH-3422014 | ISAIAH GIDDINGS | 1A | 65 | TTK Files | Giddings Captiol CCV |
| 176-PH-3422014 | ISAIAH GIDDINGS | 1A | 69 | Interview Recording | Giddings Post Arrest Interview |
| 176-PH-3422014 | ISAIAH GIDDINGS | 1A | 70 | Photos shown during Interview (Photo 1, Photo 2, Photo 3, and Photo 5) | Giddings Post Arrest Interview (Photos) |
| 176-PH-3422014 | ISAIAH GIDDINGS | 1B | 2 | Copy of the United States (US) Capitol Police CCTV Footage for the January 6, 2021 US Capitol Building Breach - CD Format (Derivative) | Giddings Captiol CCV |
| 176-PH-3422014 | ISAIAH GIDDINGS | 1B | 4 | One derivative DVD-R containing evidence from a Samsung Phone (IMEI: 356544763002182), RHRCFL 22-203 | Giddings Scoped Samsung Phone |
| 176-PH-3422014 | ISAIAH GIDDINGS | 1D | 2 | Interview (Custodial) DTD - 12/10/21 - FBI Philadelphia | Giddings Post Arrest Interview (Copy) |
| 176-PH-3513699 | BRIAN HEALION | 1A | 10 | Signed advise of rights form | Healion Advice of Rights Form |
| 176-PH-3513699 | BRIAN HEALION | 1A | 11 | 1) Digital copy of the search warrant with attachments; (2) Search photographs (on compact discs) and Photograph Log (with digital copy); (3) Administrative search paperwork (with digital copies) to include the Search Warrant Execution Log, Sign-In Log, and Diagram/Sketch; and (4) room labels | Healion Search Photos and Docs |
| 176-SE-3393205 | JEREMY GRACE | 1A | 7 | Agent notes | Jeremy Grace Interview and Notes |
| 176-SE-3393205 | JEREMY GRACE | 1A | 15 | Original DVD containing digital search photographs and corresponding photo log; room label forms; sketch of the residence; evidence collected item log; and receipt of property form | Jeremy Grace Search Docs |
| 176-SE-3393205 | JEREMY GRACE | 1A | 16 | FD-597s | Jeremy Grace Phone Receipt |

| Case Number | Subject | 1A/1B/1D | Item Number | FBI Data Descripton | Description for Counsel |
|---|---|---|---|---|---|
| 176-SE-3393205 | JEREMY GRACE | 1A | 20 | One DVD containing a YouTube video file that was posted on YouTube chennl "Buggs Media Network." The video depicts the initial breach on the west side of the U.S. Capitol grounds. | Grace Open Source Video |
| 176-SE-3393205 | JEREMY GRACE | 1A | 23 | Agent notes | Jeremy Grace Interview and Notes |
| 176-SE-3393205 | JEREMY GRACE | 1A | 24 | Agent notes | Jeremy Grace Interview and Notes |
| 176-SE-3393205 | JEREMY GRACE | 1D | 1 | One CD containing two recordings. Note, the recording device's time clock was 19 minutes ahead of actual time. The times noted below are per the captured inaccurate time start/end times. Session 1: 8:19 AM / 8:24 AM Session 2: 9:41 AM/ 10:15 AM | Grace Interview Recording |
| 176-TP-3398917 | PAUL RAE | 1A | 12 | Two CDs photos, photo log, sign-in log, administrative worksheet, FD-597, execution log, room letters, evidence log, sketch | Rae Search Photos and Docs |
| 176-TP-3398917 | PAUL RAE | 1A | 18 | Photographs of Evidence Items Checked Out on 4/27/2021 | Rae Photos of Evidence Items |
| 176-TP-3398917 | PAUL RAE | 1A | 19 | Disc containing photographs of items seized from Paul Rae's residence on 3/24/2021 | Rae Photos of Evidence Items |
| 176-TP-3398917 | PAUL RAE | 1A | 24 | Video clip from inside the U.S. Capital Building | Rae Capitol CCV |
| 176-TP-3398917 | PAUL RAE | 1A | 25 | Three (3) DVDs containing video surveillance footage. | Rae Capitol CCV |
| 176-TP-3398917 | PAUL RAE | 1A | 29 | Video from January 6, 2021 | Rae Open Source Videos |
| 176-TP-3405844 | NATHANIEL TUCK | 1B | 13 | Blu-ray disc containing the scoped copy of 1B11 - Samsung cellular phone | N. Tuck Scoped Samsung Phone |
| 176-TP-3405844 | NATHANIEL TUCK | 1B | 14 | Scoped Information from 1B8 - iPhone 11 Pro; Serial: F17ZH5YJN6XQ | N. Tuck Scoped iPhone |
| 176-TP-3405844 | NATHANIEL TUCK | 1B | 15 | Scoped Information from 1B10 - Apple laptop MacBook Pro; S/N: C02RR4NQFVH3 with black Jabra | N. Tuck Scoped MacBook |
| 176-TP-3405844 | NATHANIEL TUCK | 1D | 1 | One original computer disk dated 7/15/21. | N. Tuck Custodial Interview |
| 176-WF-3366759-BIGGS | JOSEPH BIGGS | 1A | 14 | (U) Search Warrant Photos | ▅▅▅ Residence Search Photos |
| 176-WF-3366759-BIGGS | JOSEPH BIGGS | 1B | 5 | DEWFScoped_iCloud_E6823327_1B2: One (1) 25GB Blu-Ray disc containing a master copy Cellebrite Reader report of "Scoped_iCloud_Biggs." | Initial Scoping of Biggs Apple Account - item 1B2 in WF file) |
| 176-WF-3366759-GARCIA | GABRIEL GARCIA | 1A | 6 | Disc containing footage of from the U.S. Capitol Rotunda | Garcia Captiol CCV |
| 176-WF-3366759-GARCIA | GABRIEL GARCIA | 1A | 8 | Disc containing footage of from the U.S. Capitol "Senate Wing Door" entrance and Crypt | Carcia Capitol CCV |

| Case Number | Subject | 1A/1B/1D | Item Number | FBI Data Descripton | Description for Counsel |
|---|---|---|---|---|---|
| 176-WF-3366759-GREENE | MATTHEW GREENE | 1A | 18 | (U//FOUO) ▮▮▮▮▮ Interrogation Report for Lock #245 Two (2) thumb drives containing surveillance photos | Greene JW Marriott Garage Video |
| 176-WF-3366759-NORDEAN | ETHAN NORDEAN | 1A | 11 | Video 5446-Youtube_video_blog - Video by YouTuber who goes by Stephen Ignoramus filmed himself and others entering the Capitol building | Open Souce Video |
| 176-WF-3366759-NORDEAN | ETHAN NORDEAN | 1A | 12 | Video provided of Interior Rotunda by USCP of January 06, 2021 | Nordean Capitol CCV |
| 176-WF-3366759-NORDEAN | ETHAN NORDEAN | 1A | 13 | Copy of video obtained from CIARPELLI's device | Video from Ciarpelli |
| 176-WF-3366759-NORDEAN | ETHAN NORDEAN | 1A | 15 | Videos from Rumble RufioPanman | Nordean Open Source Rumble Videos |
| 176-WF-3366759-OCHS | NICHOLAS OCHS | 1D | 1 | RECORDING OF CUSTODIAL INTERVIEW on 01/07/2021 of Nicholas R. OCHS at Kapolei, Hawaii, (FBI Honolulu FO). | Ochs Custodial Interview |
| 176-WF-3366759-PEZZOLA | DOMINIC PEZZOLA | 1A | 22 | (U//FOUO) Interview notes for ▮▮▮▮▮. | ▮▮▮▮▮ Interview Notes |
| 176-WF-3366759-PEZZOLA | DOMINIC PEZZOLA | 1A | 88 | (U//FOUO) Open source videos | Open Source Videos |
| 176-WF-3366759-REHL | ZACHARY REHL | 1B | 5 | (2) Blu-ray DVDs with Scoped Results for Zachary Rehl(Apple Return) | Rehl Scoped Apple Account |
| 266N-TP-3395185 | CHRISTOPHER WORRELL | 1A | 23 | Photo Log and and Scene Sketch | Worrell Search Photos and Docs |
| 266N-TP-3395185 | CHRISTOPHER WORRELL | 1A | 24 | Photo Log and Search Warrant Photos | Worrell Search Photos and Docs |
| 266N-TP-3395185 | CHRISTOPHER WORRELL | 1B | 28 | Evidence Grade CD-R disk (DETP2) containing #SgtPepperSprayer video from www.jan6attack.com | Worrell Open Source Videos |
| 266N-TP-3395185 | CHRISTOPHER WORRELL | 1B | 29 | Evidence Grade CD-R disk (DETP3) containing photos downloaded from fliclr website | Worrell Open Source Flickr Images |
| 266N-TP-3395185 | CHRISTOPHER WORRELL | 1B | 31 | Imation DVD+R disk (DETP4) containing "bellingcat" videos downloaded from internet website | Worrell Open Source Videos |
| 266N-TP-3395185 | CHRISTOPHER WORRELL | 1B | 33 | Verbatim DVD+R DL disk (DETP6) contains updated final bookmark | Worrell Scoped iPhone, Laptop |
| 266N-TP-3395185 | CHRISTOPHER WORRELL | 1B | 34 | Verbatim CD-R disk containing copy of case file serial #70 and 1A package material | Worrell Scoped Facebook Account |
| 266O-BF-3370697 | DOMINIC PEZZOLA | 1A | 16 | CD-R with a copy of the full video, downloaded from YouTube on April 8, 2021. | Pezzola w Riot Shield Video |
| 266O-BF-3370697 | DOMINIC PEZZOLA | 1A | 19 | Video Footage | Pezzola Dec 2020 Marriott Footage |
| 266O-BF-3370697 | DOMINIC PEZZOLA | 1B | 20 | Copy of thumb drive 1B12. | Pezzola Thumb Drive w Docs re Bombs etc. |
| 266O-JK-3374931 | JOSEPH BIGGS | 1A | 4 | (U) Search Photos | Biggs Residence Search Photos |
| 266O-JK-3374931 | JOSEPH BIGGS | 1A | 18 | (U) Official USCP footage of Joseph Biggs in the Capitol | Biggs Captitol CCV |

| Case Number | Subject | 1A/1B/1D | Item Number | FBI Data Descripton | Description for Counsel |
|---|---|---|---|---|---|
| 266O-JK-3374931 | JOSEPH BIGGS | 1B | 44 | Scoped results of 1B2, 1B5, 1B18, 1B22, 1B24, and 1B40. | Scoped Items: 1B2 (Apple Acct); 1B5 (Go Pro); 1B18 (iMac); 1B22 (Apple Laptop); 1B24 (MacBook); 1B40 (Google SW) |
| 266O-JK-3374931 | JOSEPH BIGGS | 1B | 45 | Original copy - scoped version of Evidence Item 1B53 in case 176-WF-3366759, iPhone 11 Pro (IMEI 353232105690418, MSISDN 15597181770). | Scoped ▓▓▓ iPhone 11 Pro |
| 266O-JK-3374931 | JOSEPH BIGGS | 1B | 46 | Scoped results of Block iPhone 12 Pro. | Scoped ▓▓▓ iPhone 12 |
| 266O-JK-3374931 | JOSEPH BIGGS | 1D | 1 | One CD of the audio of non custodial overt interview of Joseph Randall Biggs on 01/18/2021 at ▓▓▓ ▓▓▓ Interview was conducted by SA Todd Myers and TFO Tarek Houssamy | Biggs Interview 1.18.2021 |
| 266O-MM-3372461 | HENRY ENRIQUE TARRIO | 1A | 28 | Search Warrant return | Tarrio Biggs Pezzola Parler Returns |
| 266O-MM-3372461 | HENRY ENRIQUE TARRIO | 1A | 83 | Search Documentation | Tarrio Residence Search Photos |
| 266O-MM-3372461 | HENRY ENRIQUE TARRIO | 1B | 7 | Scoped Results of 1B1. Contains all scoped sub-reports for 1B1. | Tarrio Scoped Silver iPhone (1B1) |
| 266O-MM-3372461 | HENRY ENRIQUE TARRIO | 1D | 4 | (U) Non-custodial surreptitious interview intercepted on 3/8/22 at ▓▓▓ ▓▓▓ Miami, FL. Downloaded on 3/11/22 with the following interceptee(s): Enrique Tarrio | Tarrio Post Arrest Interview |
| 266O-MM-3372461-GJ | HENRY ENRIQUE TARRIO | 1A | 26 | (U) Return | Tarrio FL Dept Econ Opp ▓▓▓ |
| 266O-MM-3407180 | GILBERT FONTICOBA | 1A | 12 | Capitol Building Videos | Fonticoba Capitol CCV |
| 266O-MM-3407180 | GILBERT FONTICOBA | 1A | 19 | Evidence Collected Item Log, Crime Scene Sign-In Log, ERT Photographic Log, disc containing photographs and two FD-597 | Fonticoba Search Photos and Docs |
| 266O-MM-3407180 | GILBERT FONTICOBA | 1A | 21 | DVD containing Telegram photos and videos | Fonticoba Telegram Channel Media |
| 266O-MM-3407180 | GILBERT FONTICOBA | 1A | 23 | 2 DVDs containing clips from the Quested interview. | Fonticoba Clips from ▓▓▓ Video |
| 266O-NY-3368357 | WILLIAM PEPE | 1B | 17 | ONE CELLOPHANE containing: DEWFResults_256865_1B1: One (1) 8.5 Gigabyte Verbatim DVD disc containing Cellebrite Reader report of tagged/scoped items from evidence item 1B1. | Pepe Scoped Galaxy Phone 1B1 |
| 266O-PH-3483403 | ▓▓▓ | 1A | 8 | See attached 1A for collected evidence item log, sign in sheet, photo log, Photos (one original and one copy), copy of search warrant and attachments, room labels, sketch, and receipt (FD-759) | ▓▓▓ Search Photos and Docs |

| Case Number | Subject | 1A/1B/1D | Item Number | FBI Data Descripton | Description for Counsel |
|---|---|---|---|---|---|
| 266O-PH-3483403 | ▮ | 1A | 1 | DVD with copy of PGC bodycam video from Incident on July 31, 2021 | ▮ PA Bodycam Video |
| 266O-SE-3378347 | JEFFREY GRACE | 1A | 4 | Agent notes. | Jeffrey Grace Interview and Notes |
| 266O-SE-3378347 | JEFFREY GRACE | 1A | 6 | Agent notes. | Jeremy Grace Interview and Notes |
| 266O-SE-3378347 | JEFFREY GRACE | 1A | 12 | Agent notes. | Jeffrey Grace Arrest Notes |
| 266O-SE-3378347 | JEFFREY GRACE | 1A | 18 | WSJ Video | WSJ Version of Block Video |
| 266O-SE-3378347 | JEFFREY GRACE | 1A | 19 | One compact disc containing recorded video recorded interviews JEFFREY GRACE conducted with KATU News on March 19, 2021, and KGW News on March 22, 2021. | Jeffrey Grace News Interview |
| 266O-SE-3378347 | JEFFREY GRACE | 1A | 25 | Compact disc containing a video posted on YouTube.com at URL www.youtube.com/watch?v=7iJhSz-crII. The video was posted on YouTube Channel Buggs Media Network | Jeffrey Grace Open Source Video |
| 266O-SE-3378347 | JEFFREY GRACE | 1A | 26 | One compact disc containing the following video and audio files: YouTube:  Our House USA - 05/29/2021 YouTube:  Our House USA - 06/22/2021 Oreo Express Interviews Jeff Grace - 06/16/2021 Talk Radio 1550 KXEX - 06/15/2021 Rebel Radio Now!  EP56 Meet Jeff Grace - 06/14/2021 | Jeffrey Grace Open Source Video |
| 266O-SE-3378347 | JEFFREY GRACE | 1A | 27 | CD Containing Police Bodycam Video, Signed FD-597 | Jeffrey Grace BWC Video July 2021 |
| 266O-SE-3380382 | ETHAN NORDEAN | 1A | 79 | Official USCP footage of Ethan Nordean in the Capitol | Nordean Capitol CCV |
| 266O-SE-3380382 | ETHAN NORDEAN | 1A | 81 | Paperwork regarding chain of custody and evidence log | Nordean Chain of Custody Form Macbook Image |
| 266O-SE-3380382 | ETHAN NORDEAN | 1B | 21 | DEWFResults_242794_1B18_1: One (1) 25 Gigabyte Verbatim Blu-Ray disc containing Cellebrite Reader reports of tagged/scoped data from evidence item 1B18 | Nordean Scoped Phone (1B18) |
| 266O-SE-3380382 | ETHAN NORDEAN | 1B | 23 | DEWFResults_2443990_1B8_1: One (1) 25 GB Verbatim Blu-Ray disc containing ADLab and BlackLight reports of tagged/bookmarked items from evidence item 1B8 | Nordean Scoped Laptop (1B8) |
| 266O-SE-3380382 | ETHAN NORDEAN | 1B | 25 | DEWFResults_244390_1B8_2: One (1) 25 GB Verbatim Blu-Ray disc containing Blacklight HTML Report, PDF Report, and Portable Case of messages tagged as scoped from evidence item 1B8 | Nordean Scoped Laptop Messages (1B8) |
| 266O-SE-3380382-GJ | ETHAN NORDEAN | 1A | 41 | (U) ▮ | Nordean Jail Calls |

| Case Number | Subject | 1A/1B/1D | Item Number | FBI Data Descripton | Description for Counsel |
|---|---|---|---|---|---|
| 266O-SE-3409708 | ▮ | 1A | 22 | Original search warrant certification return for telephone number ▮ | ▮ CSLI SW Return Docs |
| 266O-SE-3409708 | ▮ | 1A | 27 | Google Search Warrant Return | ▮ Google SW Return Docs |
| 266O-SE-3409708 | ▮ | 1A | 28 | Signed Apple search warrant return. | ▮ Apple SW Return Docs |
| 266O-SE-3409708 | ▮ | 1A | 29 | Email with two attachments from T-Mobile US, Inc. | ▮ Tmobile Supp Returns) |
| 266O-SE-3409708 | ▮ | 1A | 35 | Images shown to ▮. | ▮ Interview and Photos |
| 266O-SE-3409708 | ▮ | 1A | 39 | DVD of ▮ and "January 6 DC RAW Video \| Capitol building footage, clashes with police." - Benjamin Reports * ▮ previously uploaded the videos to USAfx for use by the case agent and AUSAs | ▮ Open Source Videos |
| 266O-SE-3409708 | ▮ | 1B | 3 | Derivative Evidence (DESE-3) - Disc containing the results of the review of the Cellebrite generated reports and other data from Apple Search Warrant production, reference account DSID 12155011003 | ▮ Scoped Apple Account |
| 266O-SE-3409708 | ▮ | 1B | 4 | Derivative Evidence (DESE4) - Disc containing the results of the review of the Cellebrite generated reports and other data from Google Search Warrant production | ▮ Scoped Google Account |
| 266O-SE-3409708-GJ | ▮ | 1A | 5 | Subpoena for ▮ and completed return of service form. | ▮ Service |
| 266O-TP-3375935 | DAN LYONS SCOTT | 1A | 47 | Physical discs with the videos from YouTube channel Milkshake Happy Hour | Scott Milkshake Happy Hour Youtube Video |
| 266O-TP-3375935 | DAN LYONS SCOTT | 1A | 56 | Crime Scene Sign in Log, Evidence Collected Item Log | Scott Search Photos and Docs |
| 266O-TP-3375935 | DAN LYONS SCOTT | 1A | 57 | Original FD-597 | Scott Search Photos and Docs |
| 266O-TP-3375935 | DAN LYONS SCOTT | 1A | 58 | Original CD Crime Scene Photos | Scott Search Photos and Docs |
| 266O-TP-3375935 | DAN LYONS SCOTT | 1A | 59 | Room letters from crime scene search | Scott Search Photos and Docs |
| 266O-TP-3375935 | DAN LYONS SCOTT | 1A | 60 | Photo logs and sketch from residence | Scott Search Photos and Docs |
| 266O-TP-3402887 | ALAN FISCHER | 1A | 5 | Disc containing TPD body worn camera footage of traffic stop | Fischer Traffic Stop BWC Video |
| 266O-TP-3402887 | ALAN FISCHER | 1A | 15 | U.S. Capitol Surveillance Footage - 0074 USCH BA Lower | Fischer Captiol CCV |
| 266O-TP-3402887 | ALAN FISCHER | 1A | 26 | Videos of Alan Edward Fischer from Jan6Attacks website | Fishcer Open Source Videos |
| 266O-TP-3402887 | ALAN FISCHER | 1A | 29 | Videos of FISCHER | Fischer Open Source Videos |
| 266O-TP-3402887 | ALAN FISCHER | 1A | 36 | Original photos and original photo log from 13 January 2022 search of ▮ | Fischer Search Photos |
| 266T-AL-3370881 | MATTHEW GREENE | 1A | 5 | Interview Notes | Greene Post Arrest Interview and Notes |

| Case Number | Subject | 1A/1B/1D | Item Number | FBI Data Descripton | Description for Counsel |
|---|---|---|---|---|---|
| 266T-AL-3370881 | MATTHEW GREENE | 1A | 24 | CD/DVD of Recorded Inmate Calls | Greene Jail Calls and Docs |
| 266T-AL-3370881 | MATTHEW GREENE | 1A | 31 | Interview Notes | Greene 10.28.2021 Interview and Notes |
| 266T-AL-3370881 | MATTHEW GREENE | 1B | 36 | DEAL5: RESULTS COPY - Bookmarked items from 1B8 Matthew Greene's laptop and 1B25 Samsung Galaxy View | Greene Scoped 1B8 Laptop and 1B25 Phone |
| 266T-AL-3370881-ELA | MATTHEW GREENE | 1D | 1 | Matthew Greene Voluntary Transport Confirmation Recording | Greene Audio of Consent to Transport |
| 266T-AL-3370881-ELA | MATTHEW GREENE | 1D | 2 | Matthew Greene Transport Recording | Greene Audio of Transport |
| 266T-AL-3370881-ELA | MATTHEW GREENE | 1D | 3 | Matthew Greene Interview on 01/18/2021 | Greene Audio of Interview 1.18.2021 |
| 266T-AL-3370881-ELA | MATTHEW GREENE | 1D | 4 | Matthew Greene Interview Audio/Video Recording | Greene Video of Interview 1.18.2021 |
| 266T-AL-3370881-ELA | MATTHEW GREENE | 1D | 5 | DVD-R Disk containing an audio recording of the custodial interview of MATTHEW JAMES GREENE at the Syracuse FBI Office, located at 250 S. Clinton Street, Ste 330, Syracuse, NY on 04/21/2021 | Greene Audio of Interview 4.21.2021 |
| 266T-BA-3407993 | [redacted] | 1A | 20 | sign in log, evidence collected items log, administrative worksheet, search warrant execution log, sketch, photo log, room letters, and copies of the FD-597 receipt form | [redacted] Search Photos and Docs |
| 266T-BA-3407993 | [redacted] | 1B | 12 | Scoped results of 1B1 | [redacted] Scoped G8 Phone |
| 266T-BA-3407993 | [redacted] | 1D | 1 | Surreptitious Interview [redacted] | [redacted] Search Recording |
| 266T-CE-3370832 | [redacted] | 1A | 27 | Stripe subpoena returns. | Stripe GJS Returns |
| 266T-CE-3370832 | [redacted] | 1A | 61 | Search Warrant Documents | [redacted] Search Photos |
| 266T-CE-3370832 | [redacted] | 1B | 1 | DVD - Video recordings from Rumble | [redacted] Rumble Videos |
| 266T-HN-3371332 | NICHOLAS OCHS | 1A | 47 | Scoped/Reviewed SW returns | Ochs Scoped Google |
| 266T-HN-3371332 | NICHOLAS OCHS | 1B | 11 | CART: DEHN4 CART generated report pursuant of case agent select material of 1B7. | Ochs Scoped Twitter |
| 266T-HN-3371332 | NICHOLAS OCHS | 1B | 12 | CART: DEHN5 CART generated report pursuant of case agent select material of 1B2. | Ochs Scoped Parler |
| 266T-HN-3371332 | NICHOLAS OCHS | 1B | 14 | CART: DEHN7 Report of case agent selected material from WF-3366759-OCHS Silver HP laptop. | Ochs Scoped Laptop |
| 266T-HN-3371332 | NICHOLAS OCHS | 1B | 15 | DEHN8: CART generated report pursuant SUID: 255874 of case agent select material of 1B15 | Ochs Scoped Phone |
| 176-WF-3366759-COLON | LOUIS ENRIQUE COLON | 1D | 1 | Recorded Interview of Louis Colon | Recorded Interview of Colon |
| 266T-PG-3397952 | JEFFREY FINLEY | 1A | 21 | Video of JEFFERY FINLEY inside U.S. Capitol | Finley Capitol CCV |
| 266T-PG-3397952 | JEFFREY FINLEY | 1A | 25 | Search of [redacted]., [redacted] WV | Finley Search Photos and Docs |
| 266T-PG-3397952 | JEFFREY FINLEY | 1A | 38 | Receipt of NTOC Lead and Review of 5 April 2021 Twitch Live Stream Featuring Jeffery | Finley Twitch Livestream |
| 266T-PG-3397952 | JEFFREY FINLEY | 1A | 41 | To Document Original Proffer Notes in 1A | Finley Proffer Notes |

| Case Number | Subject | 1A/1B/1D | Item Number | FBI Data Descripton | Description for Counsel |
|---|---|---|---|---|---|
| 266T-PG-3397952 | JEFFREY FINLEY | 1B | 21 | BD-R containing CAIR results from evidence items 1B1, 1B2 and 1B3 for Capital Riot Discovery | Finley Scoped Phones and Computer |
| 266T-SL-3445017 | ▮ | 1A | 5 | Blu-Ray with videos. | ▮ Open Source Videos |
| 266T-SL-3445017 | ▮ | 1A | 18 | MPD BWC Full Videos Showing Trevor McDonald Spraying Police with Pepper Spray | ▮ BWC Videos |
| 266T-TP-3409274 | EDDIE GEORGE | 1B | 8 | One (1) DVD containing artifacts of interest from ▮ Google search warrant return. | George Scoped Google Return |
| 266T-TP-3409274 | EDDIE GEORGE | 1B | 10 | Original copy - scoped version of Evidence Item 1B4 in case 266-TP-3409274, LG Tablet (IMEI 014300006122699, FCC ID ZNFV410) | George Scoped LG Tablet |
| 266T-WF-3480662 | RONALD LOEHRKE | 1A | 18 | 2 DVDs containing the recorded attempt to interview Ronald Loehrke (One labeled "Original" and one labeled "Working Copy") | Loehrke Interview Audio and Video |
| 266T-WF-3480662 | RONALD LOEHRKE | 1B | 8 | Scoped Media results generation of Loehrke 1B2 | Loehrke Scoped Macbook |
| 266T-WF-3480662 | RONALD LOEHRKE | 1B | 9 | Working copy of 1B1 scoped results. | Loehrke Scoped iPhone |
| 266T-WF-3491253 | JAMES HAFFNER | 1A | 27 | (U) CD with search photos | Haffner Search Photos, Docs and Interview |
| 266T-WF-3491253 | JAMES HAFFNER | 1A | 31 | (U) Recorded Interview of Haffner | Haffner Interview Video |
| 266T-WF-3491253 | JAMES HAFFNER | 1B | 4 | Scoped Results of 1B1 and 1B3 | Haffner Scoped Phone and iPad |
| 266T-WF-3491253 | JAMES HAFFNER | 1D | 1 | Custodial Interview of James Haffner | Haffner Interview Audio |