UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | |
| : | Case Number 21-cr-175 (TJK) |
| **ETHAN NORDEAN, et. al.,** : | |
| : | |
| **Defendants.** : | |

## ORDER

Upon consideration of the government's Motion for Extension of Time to Respond to Defendants' Motions to Dismiss, it is this ___ day of _____, 2022, **ORDERED** that the motion is **GRANTED.** It is

**FURTHER ORDERED** that the government's response to ECF Nos. 434, 437, 439, 440, 442, and 443 shall be filed on or before September 7, 2022. It is **FURTHER ORDERED**

That any reply by the defendants in support of ECF Nos. 434, 437, 439, 440, 442, and 443 shall be filed no later than September 15, 2022.

**SO ORDRED.**

_____
Date

_____
Timothy J. Kelly
United States District Judge