UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | No. 1:21-cr-175-1, 2, 3, 5 (TJK) |
| v. | : | |
| ETHAN NORDEAN, | : | |
| JOSEPH BIGGS, | : | |
| ZACHARY REHL, and | : | |
| ENRIQUE TARRIO, | : | |
| Defendants. | : | |

**GOVERNMENT'S MOTION TO FILE OVERSIZE OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS SOME OR ALL OF THE THIRD SUPESEDING INDICTMENT**

The United States of America, by and through its attorney the United States Attorney for the District of Columbia, hereby requests leave of Court to file an omnibus opposition to the defendants' collective motions to dismiss that is two pages over the 45-page limit prescribed by LCrR 47(e). In support of its request, the government states as follows:

On August 30, 2022, this Court granted by Minute order the government's motion for an extension of time to file an omnibus response to the defendants' various motions to dismiss the Third Superseding Indictment. Minute Order dated August 30, 2022. One of the reasons the government moved for the extension was that filing an omnibus opposition would increase judicial economy. *See* ECF No. 444. The government submits that, because it is responding to six separate motions, filing this omnibus response two pages over the size limit that is in place for responding to one motion is supported by good cause.

Government counsel reached out to counsel for the above-captioned defendants shortly before filing to ask their position on this motion. Defendant Rehl represented through counsel

that he does not oppose. As of filing, undersigned has not heard back from counsel for the other defendants.

Accordingly, the government requests that the Court sign the attached proposed order granting the government's motion to file its omnibus opposition two pages over the size limit.

        Respectfully Submitted,

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar No. 481052

By:    */s/ Erik M. Kenerson*
        ERIK M. KENERSON // Ohio Bar No. 82960
        JASON B.A. MCCULLOUGH
          D.C. Bar No. 998006
        NADIA E. MOORE // N.Y. Bar No. 4826566
          On Detail to the District of Columbia
        Assistant United States Attorneys
        601 D Street NW
        Washington, D.C. 20530
        (202) 252-7201
        Erik.Kenerson@usdoj.gov

        */s/ Conor Mulroe*
        Conor Mulroe // N.Y. Bar No. 5289640
        Trial Attorney // U.S. Department of Justice,
         Criminal Division
        1301 New York Avenue, Suite 700
        (202) 330-1788
        conor.mulroe@usdoj.gov

        */s/ James I. Pearce*
        James I. Pearce
        Appellate Counsel, Capitol Siege Section
        United States Attorney's Office
        NC Bar No. 44691
        601 D Street NW
        Washington, DC 20530
        James.Pearce@usdoj.gov