UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | No. 1:21-cr-175-1, 2, 3, 5 (TJK) |
| v. | : | |
| | : | |
| **ETHAN NORDEAN,** | : | |
| | : | |
| **JOSEPH BIGGS,** | : | |
| | : | |
| **ZACHARY REHL, and** | : | |
| | : | |
| **ENRIQUE TARRIO,** | : | |
| | : | |
| Defendants. | : | |

## ORDER

Upon consideration of the government's Motion to File Oversize Omnibus Opposition to Defendants' Motions to Dismiss Some or All of the Third Superseding Indictment, it is this ___ day of September, 2022, **ORDERED** that the motion is **GRANTED**. The Clerk's Office shall allow the government's omnibus opposition, ECF No. ___, to be docketed.

**SO ORDRED.**

_____                             _____
Date                                              Timothy J. Kelly
                                                  United States District Judge