UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | No. 1:21-cr-175 (TJK) |
| v. | : | |
| | : | |
| | : | |
| ETHAN NORDEAN, et. al., | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF FILING

Pursuant to the Court's scheduling order, ECF No. 426, the government files the attached updated expert notice for FBI Forensic Examiner Jennifer Kathryn Kain.

                                      Respectfully Submitted,

                                      MATTHEW M. GRAVES
                                      United States Attorney
                                      D.C. Bar No. 481052

By:    */s/ Erik M. Kenerson*
        ERIK M. KENERSON // Ohio Bar No. 82960
        JASON B.A. MCCULLOUGH
          D.C. Bar No. 998006
       NADIA E. MOORE // N.Y. Bar No. 4826566
         On Detail to the District of Columbia
       Assistant United States Attorneys
       601 D Street NW
       Washington, D.C. 20530
       (202) 252-7201
       Erik.Kenerson@usdoj.gov

        */s/ Conor Mulroe*
       Conor Mulroe // N.Y. Bar No. 5289640
       Trial Attorney // U.S. Department of Justice,
        Criminal Division
       1301 New York Avenue, Suite 700
       (202) 330-1788
       conor.mulroe@usdoj.gov