1   SUPREME COURT OF THE CITY OF NEW YORK
    COUNTY OF NEW YORK:     PART   41
2   ----------------------------------------X

3   THE PEOPLE OF THE STATE OF NEW YORK    :   INDICTMENT NO.

4                                          :   4041/2018

5              -against-                   :

6   JOHN KISNMAN & MAXWELL HARE,           :
                        Defendant.
7   ----------------------------------------X
                        100 Centre Street
8                       New York, N.Y. 10013
                        August 1, 2019

9

10  H O N O R A B L E:

11                          MARK DWYER,

12              Justice of the Supreme Court.

13  A P P E A R A N C E S:

14      FOR THE PEOPLE:

15          CYRUS VANCE, JR., ESQ.
                DISTRICT ATTORNEY
16              NEW YORK's COUNTY
            BY:  JOSHUA STEINGLASS, ESQ.
17              JAMIE KELIDMAN, ESQ.
                AMBER STRICKLAND, ESQ.
18

19      FOR THE DEFENDANT:

20          JACK G. GOLDBERG, ESQ.
                225 BROADWAY
21              NEW YORK, NEW YORK

22          RONALD P. HART, ESQ.
                225 BROADWAY
23              NEW YORK, NEW YORK

24                  YVONNE OVIEDO
                OFFICIAL COURT REPORTER

25

**Yvonne Oviedo, Senior Court Reporter**

DIRECT - OREN SEGAL - MS. KLEIDMAN

1

2      (Whereupon, a brief recess was taken, after which

3  the following proceedings were had:)

4      THE COURT: Are we ready to see if the jury can

5  come in?

6      MR. GOLDBERG: Yes.

7      (Pause in the proceedings)

8      COURT OFFICER: Jury entering.

9      COURT CLERK:  Case on trial continues.

10      THE COURT: Ladies and gentlemen, at this point we

11  will proceed with the evidence.

12      People may call their first witness.

13      MS. KLEIDMAN: People call Oren Segal.

14      THE COURT: Ladies and gentlemen, you will see

15  throughout the trial that every time a witness is called we

16  have to pause for a minute or two.  That's because we don't

17  want witnesses in the courtroom while other witnesses are

18  testifying, for reasons that I suppose are pretty obvious,

19  but it takes a minute or so, but it's worth the wait.

20      COURT OFFICER: Witness entering.

21      Remain standing.

22      Please raise your right hand.

23      COURT CLERK:  Do you swear or affirm that the

24  testimony you are about to give is the truth, the whole

25  truth, and nothing but the truth?

DIRECT - OREN SEGAL - MS. KLEIDMAN

1         THE WITNESS:  I do.

2         OREN SEGAL, having been duly called as a witness,

3    and having been duly sworn, testified as follows:

4         COURT OFFICER:  State your name, spelling your

5    last name.

6         THE WITNESS:  Oren Segal, S E G A L.

7         THE COURT: You may examine.

8    DIRECT-EXAMINATION

9    BY MS. KLEIDMAN:

10   Q.   Good morning.

11        Where are you currently employed?

12   A.   I work for the Anti-Defamation League.

13   Q.   What is the Anti-Defamation League?

14   A.   The Anti-Defamation League is a hundred and six-year

15   old anti-hate organization, whose mission it to stop the

16   defamation of the Jewish people, but to also secure justice and

17   fair treatment for all.

18   Q.   How long have you worked at the Anti-Defamation League?

19   A.   I have been with ADL for approximately 20 years.

20   Q.   Going forward is it easier to call it ADL rather than

21   the Anti-Defamation League?

22   A.   I find it easier.

23   Q.   Prior to working there, where were you employed?

24   A.   Prior to ADL I was working at the New York Times for

25   about a year or so.

DIRECT - OREN SEGAL - MS. KLEIDMAN

1     Q.   And tell the jury what your educational background is?

2     A.   So, I'm a graduate of Wheaton College in Massachusetts.

3   I'm an English major.

4     Q.   What did you major in?

5     A.   I majored in English.

6     Q.   What is your current position at the ADL?

7     A.   I am the director of ADL's Center on Extremism.

8     Q.   How long have you been in that position for?

9     A.   I have been in that position for about 13 years.

10    Q.   What is the ADL's Center on Extremism?

11    A.   The Center on Extremism at the ADL is focusing on

12  tracking and monitoring the extremist movement across the

13  idealogical spectrum.

14              We go and investigate extremist movements on-line

15    and off-line.  We work to provide information to law

16    enforcement about emerging threats.  We work with the tech

17    industry to try to help deal with the exploitation of those

18    platforms and we stand up for communities when they are

19    victimized, to provide support and even intelligence.

20    Q.   You said you research across the idealogical spectrum.

21              What do you mean by that?

22    A.   We are not looking at any one type of extremist.  We

23  sort of go where the hate is, if you will.

24              So my group of analysts and investigators, and

25    experts, are spending time looking at the way those are

DIRECT - OREN SEGAL - MS. KLEIDMAN

1  inspired by ISIS and Al Qaeda, that want to engage in

2  violence.  We look at white supremacy, the far left extremism

3  movement, anybody engaging in violence, or whose idealogy is

4  predicated on forms of hate.

5           We are interested in learning more and frankly

6  mitigating those threats.

7  **Q.**   As director of the Center on Extremism, what are your

8  duties and responsibilities?

9  **A.**   My duties and responsibilities vary.

10          I oversee a team of about 14 investigators and

11  analysts, to make sure that we are prioritizing the right

12  issues, dealing with operations.

13          I also, you know, investigate and try to educate

14  myself about as much of the extremist activities and their

15  tactics, as possible.

16          I represent the Center on Extremism publically and

17  frequently in media, and conferences, working with law

18  enforcement.  So it's also managing the processes, directing

19  production, and frankly providing guidance and assistance.

20  **Q.**   You mentioned that you oversee a number of employees.

21          Do any of your employees have a background in law

22  enforcement?

23  **A.**   Yes.  A couple of my investigators, certainly over a

24  period of time, have had law enforcement backgrounds and military

25  backgrounds, in a couple of occasions.

DIRECT - OREN SEGAL - MS. KLEIDMAN

1    Q.   Have you published any articles or papers on the

2  subject of extremist groups and movements?

3    A.   Yes.  So, the Center on Extremism publishes --

4          MR. GOLDBERG: Objection.

5          Question was did he publish.

6          THE COURT: Overruled.

7    A.   The Center on Extremism publishes a range of blogs and

8  reports, and analyses, on a regular basis, on the wide range of

9  extremism that I mentioned.

10        I particularly also have written multiple op-eds

11    on the subject of extremism over time and I also oversee the

12    actual production, providing editorial guidance to many of

13    the products that we produce.

14    Q.   So, the Center on Extremism, you publish your own

15  articles, but the group itself publishes articles on extremist

16  groups, is that correct?

17    A.   We do.

18    Q.   As director, do you oversee the process of writing and

19  putting these out to the public?

20    A.   I do.

21          MR. GOLDBERG: Objection, leading.

22          THE COURT: Overruled.

23    A.   Do I oversee the process, yes.

24        To be clear we are investigating and collecting

25  information all the time.  Then we have discussions.  I

DIRECT - OREN SEGAL - MS. KLEIDMAN

1    discuss with my team, you know, is this something - - is that

2    news worthy, that will help educate the public.  Is this

3    something that will help people understand, you know, the

4    complicated issues of extremism.  Then I decide how to

5    outline and produce that piece.

6        Q.    Have you personally written any op-eds on the subject

7    of extremist groups and movements?

8        A.    I have.

9        Q.    Approximately how many?

10       A.    I would say dozens.  Perhaps ten or so in my own name.

11       Q.    Have you also been quoted and cited in other

12   publications about your work on these groups?

13       A.    Yes.  I am preliminarily cited by major domestic and

14   international media on issues of extremism.

15       Q.    Going back to the Center on Extremism.  It publishes

16   its own papers on the subject of the groups and movements.

17             Has the center published materials on the Proud

18   Boys?

19       A.    We have.

20       Q.    Has it published material on Antifa?

21       A.    We have.

22       Q.    Now, you mentioned earlier that you provided assistance

23   to law enforcement.

24             Can you explain it to the jury?

25       A.    Sure.

DIRECT - OREN SEGAL - MS. KLEIDMAN

1    So we work with law enforcement in two major ways.

2  One is doing training.  So for state, local, federal law

3  enforcement around the country we go in and teach them about

4  the idealogy that extremists have and tactics they employ,

5  symbols they use, so that they could have a better

6  understanding of the trends that we are seeing.

7    We educate them so they are better prepared to

8  identify extremists in their area.

9    Another way we work with law enforcement is if we

10 are seeing particular threats, a lot of these on-line,

11 somebody that might be threatening to attack a particular

12 community or particular group of people, you know, we see

13 something, we say something as well, and that's what we

14 provide; intelligence to law enforcement.

15 Q.    Have you testified on the subject of extremist groups

16 before?

17 A.    I have.

18    MR. GOLDBERG: Objection.

19    THE COURT: Overruled.

20    MR. GOLDBERG:  Did he say Court or before?

21    THE COURT: Testified before.

22    MR. GOLDBERG: In Court?

23    THE COURT: Have you testified in Court?

24 A.    I have testified at a Congressional Hearing in

25 Washington, DC.

DIRECT - OREN SEGAL - MS. KLEIDMAN

1    MR. GOLDBERG: So the answer is no.

2    THE COURT: I take it the answer is he has

3    testified in a Congressional Hearing.

4    Q.    Can you explain to the jury what that was?

5    A.    So, that particular testimony involved extremist and

6    terrorist fund raising, focused on modern ways that extremists

7    raise money through crypto-currency, et cetera.

8        But also I was there to also remind people that,

9    you know, you raise money through basically donors, Go Fund

10   Me, campaign and membership dues, as well.  We looked at a

11   wide range of ways extremists are raising money.

12   Q.    When did you give that testimony before Congress?

13   A.    That was last year, I believe June or July, but I have

14   to double check.

15   Q.    June or July of 2018?

16   A.    Yes.

17   Q.    Aside from appearing before Congress, have you again

18   given written testimony to Congress?

19   A.    I have supplied written testimony on issues related to

20   extremists at large, right wing extremists, Islamic extremists,

21   and a whole range of topics, both on-line and off-line.

22   Q.    Have you spoken at conferences about extremist groups

23   before?

24   A.    I have.  I speak at conferences regularly, sometimes

25   several times a month, both in the United States, around the

DIRECT - OREN SEGAL - MS. KLEIDMAN

1  country and internationally.  They are conferences either

2  organized by law enforcement, academia, or think tanks, public

3  events, et cetera.

4       Q.    And what type of conferences are these that you are

5  speaking at?

6       A.    It's a range, I mean primarily these conferences tend

7  to focus on developments in extremism and hate, because that's

8  where my expertise lies.

9       Q.    Have you spoken about either Proud Boys or Antifa in

10  going to these conferences?

11       A.    So, where I have spoken about Proud Boys and Antifa is

12  to some law enforcement audiences that I have spoken to, with a

13  lot of concern for law enforcement about how they will handle

14  these events.

15            MR. GOLDBERG: Objection.

16            THE COURT: I'll overrule the objection.

17       Q.    You can continue.

18       A.    How they deal with issues of extremism.  That's where

19  the majority of my time is spent, sort of discussing what I know

20  about Antifa, Proud Boys.  That being said, in the continuum,

21  looking at broader conversations, I'm confident that in other

22  conferences that are not law enforcement, that Proud Boys and

23  Antifa have come up, and provided my perspective on that.

24       Q.    Have you received any awards or honors for your work?

25       A.    I have.  In 2006, the FBI provided me with an award for

DIRECT - OREN SEGAL - MS. KLEIDMAN

1    public service, basically distinctive service in the public

2    service.

3                    MR. GOLDBERG: Sorry.  What year?

4        A.    In 2006.

5                    MS. KLEIDMAN:  At this time I would ask that Oren

6        Segal be qualified as as expert in extremist groups and

7        movements.

8                    MR. GOLDBERG: May I voir dire?

9                    THE COURT: Yes.

10   VOIR DIRE

11   BY MR. GOLDBERG:

12       Q.    Did you ever testify in Court?

13       A.    Not in a Court like this.  I do not think so, no.

14       Q.    Well, have you testified in some other Court?

15       A.    No.

16       Q.    So, we are talking about a Court like this.

17       A.    I have not.

18       Q.    And are you being paid to testify today?

19       A.    No.

20       Q.    When did you meet the District Attorney's Office?

21       A.    I have had relationships with District Attorney's

22   Offices individually.

23       Q.    This District Attorney's Office?

24                   THE COURT: Sorry.  The Manhattan District

25   Attorney's Office, were you about to answer as to that?

DIRECT - OREN SEGAL - MS. KLEIDMAN

1    A.    Yes, with these prosecutors, I spoke to them first a
2  couple of weeks ago.

3    Q.    Couple weeks ago?

4    A.    Yes.

5    Q.    And was that - - did you get a Subpoena?  Are you here
6  because you volunteered, or they asked you to come?

7    A.    They asked me to come.

8    Q.    So you are not here under Subpoena?

9    A.    I am not.

10   Q.    Now, you've never been published?

11   A.    That's not correct.

12   Q.    An op-ed was all that was published?

13   A.    Yes.

14   Q.    How many op-eds?  Ten?

15   A.    Yeah, I would say around ten.

16   Q.    Did you write an op-ed for the New York Times?

17   A.    No.  The New York Times, not under my name, no.

18   Q.    So you use another name?

19   A.    For colleagues, for my boss.

20   Q.    So you don't have anything published in the New York
21  Times?

22   A.    I do not.  I have been quoted in the New York Times,
23  not been published.

24   Q.    What about other newspapers that you've written op-eds
25  for?

DIRECT - OREN SEGAL - MS. KLEIDMAN

1    **A.**    Yeah.

2    **Q.**    What newspaper were they?  Would I recognize any of

3    them?

4    **A.**    Op-eds under my byline have appeared in Time Magazine,

5    have appeared - - I have to go back and look - - in Ford, the

6    Jerusalem Post.

7    Op-eds that have not been under my byline have

8    appeared in the New York Times, Washington Post and

9    everywhere else.

10    **Q.**    So Jerusalem Post is the one with your name?

11    THE COURT: I don't think that's - - could you ask

12    another question?

13    MR. GOLDBERG: Sure.

14    **Q.**    Do you consider yourself an expert on terrorist groups?

15    **A.**    Yes.

16    **Q.**    Is Antifa a terrorist group?

17    MS. KLEIDMAN:  Objection.

18    THE COURT: I'll sustain as to the qualifications

19    issue.

20    **Q.**    What groups do you consider to be terrorists?

21    MR. STEINGLASS: Objection.

22    MR. GOLDBERG: I oppose him being qualified.  He's

23    never testified before.  A Judge has never qualified him as

24    an expert in a Court of law.

25    THE COURT: Mr. Hart.

DIRECT - OREN SEGAL - MS. KLEIDMAN

1          MR. HART: Yes.

2      VOIR DIRE

3      BY MR. HART:

4      Q.      Mr. Segal, what op-eds have you written on the Proud

5 Boys and Antifa?

6      A.      Op-eds on the Proud Boys and Antifa, specifically,

7 none.  Although there may have been some op-eds that I have

8 written about right wing extremists, that have mentioned both.

9      Q.      But no op-eds on the Proud Boys and Antifa?

10     A.      Not as the main subject.

11     Q.      And you never testified in a Court of law other than

12 today, about Antifa or Proud Boys, correct?

13     A.      Written testimony that I provided to Congressional

14 Hearings have mentioned the Proud Boys and Antifa, but not in any

15 oral testimony.

16     Q.      I'm not talking about Congress or written testimony but

17 oral testimony in a Court of law such as this.

18     A.      Correct.

19     Q.      You never testified?

20     A.      Correct.

21     Q.      You said you have been working for the Anti-Defamation

22 League for 20 years?

23     A.      Correct.

24     Q.      And during those 20 years you covered various groups

25 that you viewed to be extremist groups?

DIRECT - OREN SEGAL - MS. KLEIDMAN

1    **A.**    Correct.

2    **Q.**    And these groups would include right wing extremist

3    groups?

4    **A.**    Correct.

5    **Q.**    And amongst those right wing extremist groups are white

6    nationalist groups?

7    **A.**    Yes.

8    **Q.**    White nationalist groups would be a group that would

9    not allow minorities or Jews or gays in their group, would that

10   be a fair statement?

11              MR. STEINGLASS: Objection.

12              THE COURT: I agree.  That's inappropriate for this

13      examination.

14              MR. HART: Okay.

15   **Q.**    And you said in 2006 you were given an award for your

16   public service.

17              Was that by the FBI?

18   **A.**    FBI for exceptional service in the public interest.

19   **Q.**    And also, is it not, fair to say on or after 2012,

20   2014, the FBI stopped using you to designate terrorist groups?

21              THE COURT: By you, do you mean him personally?

22   **Q.**    The ADL of which you are a member.

23   **A.**    Um, I'm not sure.  The FBI used us to designate

24   terrorist groups, so I would say no, they did not stop.

25   **Q.**    What I understood your testimony is you trained the FBI

DIRECT - OREN SEGAL - MS. KLEIDMAN

1   to help designate terrorist groups or - - withdrawn.

2          Did you ever train the FBI to understand what is an

3   extremist group?

4   **A.**    Yes.  We train FBI and law enforcement on the tactics,

5   idealogy, activities of extremist groups, of various kinds,

6   movement of various kinds, not for the purpose of any list or

7   designation, but to help educate them about what we are seeing.

8          What we do at ADL is different than what law

9   enforcement does.

10          MR. HART: That's all I have.

11          THE COURT: I will overrule the objection and deem

12   this witness to be an expert in that subject area.

13          MR. GOLDBERG: What subject area?

14          THE COURT: On hate groups, I believe.

15          How did you phrase it?

16          MS. KLEIDMAN: Extremist groups and movements.

17          THE COURT: I will tell you about what that means.

18          Most witnesses are not allowed to give opinions.

19   Most witnesses simply tell you facts that they heard or

20   observed.

21          Expert witnesses are a little different.  They are

22   allowed to give opinions and background in the area of their

23   expertise.

24          As always, though, with any witness, it's up to

25   you to decide whether to credit the testimony or not, and how

DIRECT - OREN SEGAL - MS. KLEIDMAN

1    much weight to give to any testimony that you credit.  That's

2    as true for an expert as anybody else.  You are ultimately

3    the finders of fact, and I'll talk about experts again at the

4    end of the trial.

5              You may continue.

6    CONTINUED DIRECT:

7    Q.    You were just asked and I want to ask again, are you

8    being compensated today for your testimony?

9    A.    I am not.

10   Q.    Or the fact you spoke to the District Attorney's Office

11   before?

12   A.    I am not.

13   Q.    Are you familiar with a group called Antifa?

14   A.    I am.

15   Q.    Explain to the jury what Antifa is?

16   A.    Sure.  First I would say I won't call it a group.

17   Antifa, I would call it more of a loosely affiliated movement.

18             Antifa stands for anti-fascist, so those who oppose

19   fascism.  This particular group of individuals, they are - -

20   primary belief is that the only way to prevent nazism and fascism

21   from rising in this country, is to physically confront those that

22   support those ideas, in the street.  So, basically beat them up.

23             When they look at history they believe that in the '20s

24   and '30s, people were going into the street and beating up

25   people, those were pro-nazism, and they would prevent the rise of

DIRECT - OREN SEGAL - MS. KLEIDMAN

1  nazism in Europe.

2          It's made up of a very loose knit sort of network

3  of individuals.  There is no sort of membership or dues.

4  It's people who share that idealogy; who feel that they have

5  to physically confront those who they view as nazis or

6  fascists in order to meet their agenda.

7          Some of them are made up of anarchists.  They have

8  been around a lot.  They reject government.  Some may have

9  views that are in opposition to police, or they view police

10  as sort of guarding those fascists and nazis, that they

11  oppose, et cetera.  It's not a particularly coherent group.

12  It's a movement of the people.

13          And one last thing about them is that a lot of

14  times people refer to counter-demonstrators, those who are

15  protesting at white supremacy events, as all Antifa.

16          Majority of counter-protesters are peaceful.  They

17  are there to express their opposition, but there are a

18  handful of those who are willing to engage in physical

19  violence in order to push back, and those are the Antifa.

20  Q.    A few follow-up questions to that.

21        Is Antifa focused on specific groups themselves, as the

22  target of --

23          MR. GOLDBERG: Objection.

24          THE COURT: Overruled.

25  Q.    As the target of their - - sorry, I'll rephrase.

DIRECT - OREN SEGAL - MS. KLEIDMAN

1    What specific groups does Antifa focus on?

2        A.    So, Antifa focuses on a range of groups and movements,

3    and events.  So they oppose white supremacy, neo-nazis, a range

4    of white supremacists; those who believe we need to live in a

5    white ethno state, and all Muslims and Jews, and others, need to

6    be removed.

7               They will protest them as they did in

8    Charlottesville, or occurred here in New York.

9               From time to time they also oppose others who they

10   consider to be nazis or white supremacists and that may

11   include at times those who are rallying together, who are

12   pro-Trump.

13              And so their definition, depending on the area of

14   the country, and those individuals involved, is pretty wide

15   range, in terms of where they will decide to counter

16   demonstrate.

17       Q.    What types of events do Antifa individuals show up at?

18       A.    Usually Antifa shows up at rallies, protests, events

19   that are held or organized by groups I mentioned before, white

20   supremacists and others.

21       Q.    And what does Antifa typically do when they show up at

22   these types of events?

23       A.    So, Antifa tend to try to find ways to engage in

24   physical confrontations.  They are there to shout them down.  At

25   times they - - part of their tactics is to throw bottles, bike

*Phyllis Dauria, Senior Court Reporter*

DIRECT - OREN SEGAL - MS. KLEIDMAN

1    locks, to throw bags filled with urine, to try to reach those who

2    they oppose, physically, with objects.  And at times they are

3    also looking to get into their face and start a brawl.

4        Q.    How do Antifa members usually dress?

5        A.    So, the Antifa generally wear black clothes.  They will

6    cover their face with a mask.  They don't want to be identified

7    but that doesn't mean there are not Antifa supporters, those who

8    engage in that activity, who are not wearing black.

9            The standard clothing tends to be black, but it doesn't

10   mean that if you are wearing black you are Antifa, and if you are

11   not, that you are not Antifa.

12       Q.    Does Antifa have a symbol that is associated with them?

13       A.    There tend to be multiple symbols.  Those can be

14   regionally based, because the standard for Antifa is two flags, a

15   red flag and black flag, with Antifa written in a circle around

16   it.

17       Q.    Showing you what we marked as People's Exhibit 1 for

18   identification.

19            (Handing)

20            Do you recognize that?

21       A.    This is a symbol of Antifa.

22            THE COURT: Without telling us what it is, do you

23       recognize it?

24       A.    Yes.

25       Q.    What is it?

DIRECT - OREN SEGAL - MS. KLEIDMAN

1    A.   This is the logo of Antifa, on what appears to be a

2  flag.

3    Q.   Does that fairly and accurately depict what the Antifa

4  flag looks like?

5    A.   Yes.

6         MS. KLEIDMAN: I offer that into evidence.

7         MR. GOLDBERG: No objection.

8         THE COURT: Exhibit 1 is in evidence.

9         MS. KLEIDMAN: I'll publish that to the jury.

10        (Whereupon the Exhibit was displayed on the

11   screen).

12        There are two different flags displayed in

13   People's 1.

14        Can you explain to the jury what we are looking at

15   here?

16   A.   So, the flag on the bottom is the logo that I

17  described, sort of black flag, red flag, underneath with a circle

18  that says anti-fascist action.  So that's the symbol commonly

19  used by Antifa.

20        The one above is also used by anti-fascists and at

21   times can also symbolize the anarchy.  As with most symbols,

22   most code words, context is always key.

23        So where this would have appeared would also help

24   identify what is the intent behind it.

25   Q.   Who are the Proud Boys?

*Phyllis Dauria, Senior Court Reporter*

DIRECT - OREN SEGAL - MS. KLEIDMAN

1    **A.**    So, the Proud Boys are a group, sort of group slash

2    movement, that was created in 2016, founded by Gavin McInnes.

3         They essentially view themselves as sort of defending

4    conservative values in this country, but have put a premium on

5    the need to attack physically and confront their opponents who

6    they view as the left; that is Antifa, that is the left, more

7    broadly.

8              And at times certain members, leaders, have also

9         engaged in language that is bigoted towards Muslims, towards

10        women, and towards others.

11             So, I consider them to be an extremist group

12        because the tactics are extremist in terms of glorifying

13        violence, and objectionable, hateful comments that are

14        sometimes made by some of its members.

15   **Q.**    So, explain more what tactics they use that you just

16   mentioned?

17   **A.**    So, Proud Boys tend to -- around the country, have

18   provided security at sort of free speech events, is how they

19   describe it.  They could be pro-Trump rallies or events where

20   they bring people who self-identify as right wing.

21             They provide security by showing up and being

22        there, trying to act as a buffer, sometimes, between

23        counter-protestors and Antifa, but they also promote the

24        notion of beating back an opposing Antifa and those on the

25        left, through physical confrontation.

DIRECT - OREN SEGAL - MS. KLEIDMAN

1          We have seen several acts of physical violence

2     with members of Proud Boys around the country, often in

3     regard to Antifa.

4     Q.    Now, you mentioned that Gavin McInnes was the founder

5     of the Proud Boys.

6          Is he still the leader today?

7     A.    So from what I understand, Gavin McInnes has stepped

8     down and he's referred to as founder, but no longer as the chair

9     or chairman, or head.  What his specific role remains in the

10    Proud Boys is a little unclear, because he's still viewed as

11    representing them, but what his official capacity is, is unclear.

12    Q.    In the fall of 2018, October of 2018, was Gavin McInnes

13    still the founder and leader of the Proud Boys?

14    A.    Yes.

15    Q.    And in fall of 2018 what was --

16          MR. GOLDBERG: Objection to leading.

17          THE COURT: Please try to not to lead but I'll

18    overrule that objection.

19    Q.    What was Gavin McInnes' position on violence within the

20    group in October of 2018?

21    A.    Gavin McInnes has used podcasts, his Gavin McInnes show

22    on YouTube and elsewhere, his writing to promote and glorify the

23    concept of violence in opposition to his enemies.  So, his

24    position on violence has been one that --

25          MR. GOLDBERG: I'll object to this.

DIRECT - OREN SEGAL - MS. KLEIDMAN

1    THE COURT: Overruled.

2    **A.**    He embraces violence, and encourages membership to

3    engage in violence, and really has made violence the core - - one

4    of the core tenets of the Proud Boys.

5    **Q.**    And has he directed these statements about violence

6    towards any specific groups?

7    **A.**    So, Gavin McInnes has talked about, on his program,

8    that if you are at an event, referring to his followers and

9    somebody asks you your name, start choking them out.

10    He talks about if you see the Antifa we need to

11    punch them and slap them, and fight with them.  In fact,

12    again, this notion of violence is so much at the core of much

13    of what he has discussed over the years on his podcasts, and

14    writing that violence is actually built in sort of to the

15    Proud Boys idealogy if you will.

16    **Q.**    Now, are there specific tenets or brains within the

17    Proud Boys?

18    **A.**    Say that again.

19    **Q.**    Are there specific ranks within the Proud Boys?

20    **A.**    So, you have the leadership.  You have members.  Then

21    you have probationary members who have to go through a process of

22    becoming full fledged members.

23    **Q.**    And are there what is known as the four different

24    degrees of being a Proud Boy?

25    **A.**    Well, in a sense there is an initiation process to

DIRECT - OREN SEGAL - MS. KLEIDMAN

1    become a Proud Boy, and each one has a degree.

2               So the first degree is to pledge an oath of

3    allegiance, if you will, to the Proud Boys, to say I am a

4    proud western chauvinist, I will not apologize for creating

5    the modern world.  I believe that's what it is.  I may be

6    paraphrasing a little bit.  But you pledge an oath to the

7    Proud Boys.

8               The second stage is to basically get beat up by

9    your sort of other members, while you are reciting the names

10   of five breakfast cereals.  Sort of a hazing type of stage in

11   order to prove that you are willing to become a Proud Boy.

12              There are other rules that go with this, like

13   abstain from masturbation except for one time a month.

14              The third stage is to get a tattoo of the Proud

15   Boys.  And then the fourth stage has been to get in a

16   physical confrontation or get arrested for the cause.

17   Q.    Now, were those the different degrees in October of

18   2018?

19   A.    Yes.

20   Q.    Did there come a time in November of 2018 where the

21   Proud Boys codified what the different degrees and levels of the

22   Proud Boys were?

23   A.    So, the Proud Boys, under new leadership, put out a

24   document that articulated what it takes to be --

25              MR. HART: I'll object to what happened after this

DIRECT - OREN SEGAL - MS. KLEIDMAN

1    event, in November of 2018.

2         THE COURT: I'll overrule that, if it's brief.

3    We'll say how things have changed.

4    Q.   You can continue.

5    A.   There was a document in the fall of 2018, in November,

6    that identified what you need to do to become a member of the

7    Proud Boys, or the bylaws, what they believe in, and in that, a

8    change that was made, was that last stage that we refer to of,

9    you know, getting into a physical confrontation on behalf of the

10   group or getting arrested, was removed, as a necessary stage to

11   become a member.

12   Q.   I'm showing you what has been marked as People's

13   Exhibit 2 for identification.

14        (Handing)

15             MR. GOLDBERG: We have never been shown this.

16             MR. STEINGLASS:  That's is not true.

17             THE COURT: No discussion please.  We'll let you

18   object.

19             MR. GOLDBERG: I object, of course.

20             I would like to examine it.

21             THE COURT: We haven't had a question yet.

22             (Pause in the proceedings)

23             Miss Kleidman, is there another area you can

24   address while we wait?

25             MS. KLEIDMAN:  No.  This is - - well, I can ask

DIRECT - OREN SEGAL - MS. KLEIDMAN

1    one additional question before we get to that.

2        Q.    Is there something that members of Proud Boys or some

3    members of Proud Boys typically wear?

4        A.    Some members of Proud Boys wear Fred Perry shirts.

5    They are black or dark blue with a sort of gold brand name.  And

6    so you are able to identify some by that clothing.

7                Again, it's really important, context is always

8        key; just because somebody is wearing a Fred Perry shirt

9        doesn't mean they are a Proud Boy, and if they are not,

10       doesn't mean they are not a Proud Boy.

11               MR. GOLDBERG: Do you have an extra copy?

12               MS. KLEIDMAN: They have been provided.

13               MR. STEINGLASS: We'll make a copy.

14               THE COURT: Until you get a chance to look at it,

15       the jury won't see anything about it one way or the other, so

16       why don't you continue.

17               MS. KLEIDMAN: This is my last area.

18               THE COURT: Let's show it to the witness.

19               (Handing)

20               We are not gonna talk about it.  We have to move

21       along to get it described by the witness.

22       Q.    Do you recognize that?

23       A.    I do.

24       Q.    What is that?

25       A.    This is the bylaws of the Proud Boys that was developed

DIRECT - OREN SEGAL - MS. KLEIDMAN

1   on November 24th of 2018.

2      Q.    Have you seen and researched those bylaws as part of

3   your work at the Center on Extremism?

4      A.    I have and my staff has looked at these bylaws previous

5   to today.

6            MS. KLEIDMAN: I offer them into evidence.

7            MR. GOLDBERG: Objection.

8            THE COURT: I'm not going to let the jury know

9   about them now.

10           Were you going to ask questions to follow up?

11           MS. KLEIDMAN: No.

12           THE COURT: Then I'll hold the application in

13   abeyance until after lunch.

14      Q.    In November of 2018, when those bylaws came out,

15   without referring to the bylaws, is that when the level four of

16   becoming a Proud Boy changed?

17           MR. GOLDBERG: Asked and answered.

18           THE COURT: Overruled.

19      A.    The fourth level was changed, based on this document.

20           MS. KLEIDMAN: No further questions.

21           THE COURT: Which defense attorney would like to

22   cross-examine first, if either.

23           MR. HART: I want to review the bylaws.

24           THE COURT: We are not going to ask any questions

25   about the bylaws before lunch.

*Phyllis Dauria, Senior Court Reporter*

CROSS - OREN SEGAL - MR. GOLDBERG

1      Do you have anything else to talk about?

2      MR. GOLDBERG: I'll go.

3   CROSS-EXAMINATION

4   BY MR. GOLDBERG:

5   Q.   So, you never testified in a Court of law before?

6   A.   Correct.

7   Q.   You only testified in Congress.

8      When was that?

9   A.   2018.

10  Q.   And before that?

11  A.   Written testimony 2018 and 2015.

12  Q.   What committee was that?

13  A.   It was the - - which one?

14  Q.   2018?

15  A.   2018 was the Financial Services Committee, I believe.

16  Q.   And at that time were you concerned with the raising of

17  money by extremist groups?

18  A.   We are always concerned about the way extremist groups

19  operate, and what it takes to operate.

20  Q.   Have you ever gone out into the field to investigate

21  these protests or counter-protests?

22  A.   Yes.

23  Q.   Just tell me when?

24  A.   So, myself, correct?

25  Q.   Yourself.

CROSS - OREN SEGAL - MR. GOLDBERG

1    A.    I think the last one I went to, because it was near

2    where my office is located, was an anti-Muslim rally on 42nd

3    Street, that featured all right-type figures, like Milo

4    Yiannopoulos.

5              Some Proud Boys were there, and I spent time

6    observing.

7    Q.    Was there any violence that day?

8    A.    That day there was no violence.

9    Q.    No violence.   Proud Boys were there?

10   A.    Yes.

11   Q.    Milo, he's a speaker?

12   A.    Yeah.

13   Q.    And he's also spoken at Berkley and other places?

14   A.    He has.

15   Q.    And matter of fact Antifa follows him around, is that

16   correct?

17   A.    Antifa tends to show up where Milo will be speaking.

18   Q.    Were you aware of what Antifa did at President Trump's

19   inauguration?

20              MS. KLEIDMAN: Objection.

21              THE COURT: Overruled.

22              Are you aware?

23   A.    I have seen reports of what Antifa has done.   I cannot

24   confirm whether all the activities that were described were

25   actually Antifa.

CROSS - OREN SEGAL - MR. GOLDBERG

1   **Q.**   Did you see reports that six police officers were
2   injured at the inauguration by Antifa?
3   **A.**   I saw reports of police officers being injured.  I
4   don't know if it was Antifa.
5   **Q.**   Did you make any - - you are an investigator.  Did you
6   investigate?
7   **A.**   No.
8   **Q.**   It was in Washington, DC?
9   **A.**   Right.
10  **Q.**   You have access to police records?
11  **A.**   No, not necessarily.  I mean public records, sure.
12  **Q.**   A police record is a public record?
13  **A.**   Some times.
14  **Q.**   Did you make any efforts to ascertain who injured those
15  six police officers?
16  **A.**   No.
17  **Q.**   What about the Antifa riots that occurred in Portland,
18  Oregon.
19              Did you investigate that?
20  **A.**   Can you define investigate.
21  **Q.**   In other words reading about - - you are an
22  investigator, you train people.
23  **A.**   We investigated in Portland and in DC.
24  **Q.**   And in Seattle?
25  **A.**   Yes.

CROSS - OREN SEGAL - MR. GOLDBERG

1    Q.    What happened -- what did Antifa do at those rallies?

2    A.    Antifa, as I described before, when there are specific

3    rallies, whether it's white supremacy, sometimes pro-Trump

4    rallies, they will try to engage in physical violence in

5    opposition to the events that are occurring.

6    Q.    Does that physical violence include burning police

7    cars?

8    A.    I would have to --

9    Q.    Are you having trouble with that?

10   A.    I'm not sure if a police car being burned at an event

11   is Antifa, or some other -- I don't recall a police car being

12   burned in the examples you gave.

13   Q.    You don't know?  There was no police car burned in

14   Portland?

15   A.    Well, there's been many events in Portland, so depends

16   which one.

17   Q.    The one on January 20, 2017?

18   A.    Okay.

19   Q.    Was there a police car burned there?

20   A.    I believe there was.

21   Q.    What about in Dallas; did you investigate the Antifa

22   attacks and riots in Dallas?

23   A.    Yes.

24   Q.    What happened there?

25   A.    I don't recall.

CROSS - OREN SEGAL - MR. GOLDBERG

1    Q.   Well, did you bring any records with you today about --
2  or newspaper articles or anything that would disclose what you
3  heard or read about, and saw about Antifa?
4    A.   No.  I didn't bring any written material to read.
5    Q.   Did Mr. Steinglass ask for any information you had on
6  Antifa?
7    A.   Yes, information we have is publically available on our
8  website.
9    Q.   Did you download it?
10   A.   No.
11   Q.   Did you give it to him?
12   A.   I shared that information with him.
13   Q.   Shared it with him in person or through documents?
14   A.   Via e-mail.
15   Q.   How many times have you met with Mr. Steinglass?
16   A.   In person, once.  We've talked three or four times.
17   Q.   On the phone?
18   A.   Yes.
19   Q.   And this is all within the past couple of weeks?
20   A.   Yes.
21   Q.   And he told you about this trial?
22   A.   Yes.
23   Q.   Incidentally, you train police officers in law
24  enforcement?
25   A.   Yes.

CROSS - OREN SEGAL - MR. GOLDBERG

1    Q.    Did you train any of the members of the New York City
2    Police Department?
3    A.    Yes.
4    Q.    When?
5    A.    We do this quite frequently.
6          The last time there was a training that included the
7    NYPD was in 2018, I think the first quarter of 2018, both NYPD
8    and was the FBI as well.  We meet regularly with various law
9    enforcement and share information with law enforcement.
10   Q.    Where is your office generally?
11   A.    It's in Midtown, East side.
12   Q.    Near the 19th Precinct?
13   A.    Perhaps, sure.
14   Q.    And you - - did you train any police officers before
15   the October 12th incident?
16   A.    In the NYPD, yeah.  We have done training before that
17   date, yes.  However, that training may not have been specifically
18   about right wing extremism.
19   Q.    What is your training with police - - what does your
20   training with the New York City Police Department consist of?
21   A.    We have held training where we provide an overview of
22   extremist groups, their tactics, movements, what their beliefs
23   are, so they understand how to recognize them.
24   Q.    Do you provide anything in writing to the Police
25   Department?

CROSS - OREN SEGAL - MR. GOLDBERG

1      A.    Anything in writing usually is downloaded of what we
2  make available on our website.  However, there are times that we
3  communicate in a non-training context, with law enforcement, by
4  providing information that we think they need to know because we
5  are concerned about an event that's happening or threat that we
6  see.
7      Q.    Did you see the videos in this case?
8      A.    I have seen some videos.
9      Q.    And how did you come to see them?
10     A.    Twitter, YouTube, nightly news.
11     Q.    Did Mr. Steinglass play any for you?
12     A.    Of this, no.
13     Q.    Did you see any of the Metropolitan Republican Club?
14     A.    Sorry.
15     Q.    Did you see any of the Metropolitan Republican Club?
16           THE COURT: You mean did he see the club on a
17  video?
18           MR. GOLDBERG: Yeah, the club itself.
19     A.    Did I see the building in the video?  I don't recall.
20     Q.    Did you see the symbol of Antifa on the building - - on
21  the Metropolitan Republican Club?
22     A.    So, in our investigations we know that Antifa, prior to
23  that event, put graffiti on that club, scrawled the word nazis on
24  it.
25     Q.    How long, prior to the event?

CROSS - OREN SEGAL - MR. GOLDBERG

1      A.    It was either the day of, or the day before, but close
2  proximity to the event.
3      Q.    And you saw the word nazi on the club?
4      A.    Yeah, I recall, yes.
5      Q.    How is it - - how did you recall it, from a symbol or
6  word, what do you recall seeing?
7      A.    Was it a swastika, or actually spelled out?  I believe
8  it was spelled out.
9      Q.    N A Z I?
10     A.    Correct.
11     Q.    Right on 122 East 83rd Street, is that correct?
12     A.    I don't know where it's located, but, yes, sounds
13  right.
14     Q.    Anything else?  Did you notice any broken windows aside
15  from seeing the nazi sign?
16     A.    Yeah, I believe there was broken windows.
17     Q.    Did you see a manifesto?
18     A.    Again, this is all not live, this is all - - I didn't
19  pay a visit.  This is all based on social media and video clips
20  and so it's hard to know with certainty, what you are looking at,
21  but I do recall what you were describing.
22     Q.    Well, I mean this is what you do, right, you train
23  people?
24             MR. STEINGLASS: Objection.
25             THE COURT: I'll sustain it.  It's an unclear

CROSS - OREN SEGAL - MR. GOLDBERG

1   question.

2   Q.   So you saw the broke windows.

3        Do you know how many there were?

4   A.   No.

5   Q.   Did you see a manifesto?

6   A.   Can you be more specific?

7   Q.   Did you see an Antifa manifesto.

8        May I have it?

9        (Handing)

10       THE COURT: I take it you mean in connection with

11   the events of October 12th?

12       MR. GOLDBERG:  Yes.

13       MS. KLEIDMAN: I'll object.  This is not the

14   witness to testify to this.

15       THE COURT: I know that.  I'll allow that question.

16       Did you see a manifesto connected with October

17   12th?

18   A.   I don't know.  Sometimes people call a post on HN a

19   manifesto.  Sometimes people call an 80 page document a

20   manifesto.  Depends on what you are referring to, if it's an

21   actual manifesto.

22   Q.   I would like you to take a look at a document.

23       THE COURT: This is Defense A for identification.

24       (Handing)

25   Q.   Would you examine it?

CROSS - OREN SEGAL - MR. GOLDBERG

1          (Pause in the proceedings)

2     A.    I read it.

3     Q.    That exhibit - -

4          THE COURT: It's Defense A for identification.

5          MR. GOLDBERG: I would like to offer it into

6     evidence.

7          MS. KLEIDMAN: I'm going to object.

8          THE COURT: I will sustain that objection.

9          Have you ever seen that before?

10    A.    I can't say I have seen it in this form.

11         THE COURT: I mean have you seen that, obviously

12    the original or copy, have you seen that piece of paper

13    before?

14    A.    I don't think I have seen the piece of paper.

15    Q.    Do you know where that came from?

16    A.    It's possible - - I mean was this taped to the door?

17         THE COURT: So you weren't there.  You don't know.

18         This is the wrong witness to introduce this.

19    Q.    So you don't know much about that document that you are

20    looking at?

21    A.    I don't know, if it was - - where it was taped to the

22    door or if it was taped to the door.

23    Q.    Well, do you remember reading it over a computer or

24    otherwise?

25         MS. KLEIDMAN: Objection.

CROSS - OREN SEGAL - MR. GOLDBERG

1        THE COURT: I'll allow that.

2        Do you remember reading it before?

3    A.   Yes, but in perhaps a different context.

4    Q.   Meaning?

5    A.   Not taped on a door.

6    Q.   But on a computer screen?

7    A.   Yeah.  Usually, if I may, when there are claims of

8    responsibility or messages sent around an act of harassment,

9    vandalism, et cetera, those messages appear in different places.

10        They can appear in a tweet.  They can appear in a

11    post on HN or a flier.  I do recall some of this language.  I

12    cannot tell you where I saw it exactly, but I definitely

13    didn't see it on the building.

14   Q.   Does Antifa issue warnings before they terrorize

15   people?

16   A.   Antifa issues warnings before they show up at events.

17   Q.   What are the warnings for?

18   A.   They want to intimidate and let people know maybe they

19   should join them, if they want to engage in the same activity.

20   Q.   How does a person join an organization that has no - -

21   there is no leader, no way to join, how do you go about that?

22   A.   You join their activity.  You don't necessarily join

23   the group, but you engage in the activity that you engage in.

24   You join in - - in other words you show up and attack somebody

25   and become a member of Antifa.

CROSS - OREN SEGAL - MR. GOLDBERG

1      You will become a member, but you are part of
2    their activity.
3      Q.   Do you give a name or do you just show up and do
4    damage?
5      A.   Sometimes people give names.  Sometimes they remain
6    anonymous.
7      Q.   Is there a reason why there is no set organization for
8    Antifa?
9      A.   It's a more effective way of organizing, to have a
10   decentralized network.
11     Q.   Or is it a more effective way of avoiding the
12   consequences of what they do?
13     A.   It may be, if you don't have a structure.  Here's the
14   reality.  Most extremists are not part of any actual group.
15   Those are independent actors.  This is true for white supremacy,
16   Islamist extremists.
17     When I look at deadly attacks in this country,
18   they tend to be by people acting alone or motivated by
19   idealogy.
20     Q.   Those are individual persons most of the time, correct?
21     A.   Many times, yes.
22     Q.   But I'm not talking about that now.  I'm talking about
23   Antifa.  It's a group you said loosely knit.
24     Isn't that to avoid being arrested or being
25   identified?

CROSS - OREN SEGAL - MR. GOLDBERG

1    **A.**   No.  You can be arrested even if you are not an

2    official member of the group, because of the activity you are

3    engaging in.

4    **Q.**   Did you see the videos in this case?

5    **A.**   Yes, I have seen some.

6    **Q.**   Did you see the Antifa individuals?

7    **A.**   Yeah, I believe so.

8    **Q.**   Were you able to get a good look at their faces?

9              MS. KLEIDMAN: Objection.

10             THE COURT: I will sustain that objection.

11   **Q.**   Did you see their faces?

12             THE COURT: I will sustain that objection.

13   **Q.**   Are Democrats far right?

14             MS. KLEIDMAN: Objection.

15             THE COURT: Overruled.

16             Are Democrats a far right group?

17   **A.**   No.

18   **Q.**   And they are on their -- the subject of the manifesto?

19             THE COURT: That's not in evidence.

20   **Q.**   Do you know whether or not Antifa threatens Democrats?

21   **A.**   They usually do not.

22             Antifa views themselves as against the right,

23   whether it's the far right or increasingly those who they

24   view as sympathetic with the far right.

25   **Q.**   So, what you are saying is that Democrats being

CROSS - OREN SEGAL - MR. GOLDBERG

1   threatened would be unusual?

2       A.    By Antifa?

3       Q.    Yes.

4       A.    It's unusual, yeah.

5       Q.    So would you characterize that particular group,

6   loosely knitted fellows and women, as unusual?

7                 THE COURT: I didn't understand the question.

8       Q.    Well, would the group that threatens Democrats be

9   unusual in so far as Antifa?

10                THE COURT: If there were a threat?

11      Q.    If there were a threat against Democrats, would you

12  consider the group making the threat to be unusual?

13                THE COURT: Sorry.  Are youo asking, would you

14   consider it an unusual thing for a member of Antifa to do?

15                MR. GOLDBERG: Yes.

16      A.    For Antifa to threaten left wing or Democrats, would be

17  unusual.

18      Q.    Do you know what Antifa means by the word attack --

19  they use the word attack all the time, is that correct?

20      A.    Yes.

21      Q.    In warnings?

22      A.    Yes.

23      Q.    What do they mean by attack?  What does that mean to

24  you as an investigator?

25      A.    Well, attack generally means, in the case of looking at

CROSS - OREN SEGAL - MR. GOLDBERG

1  their activity, means throwing objects at those who they oppose,

2  trying to confront them physically by beating them up if they

3  can, and so attack means physical, violent confrontation.

4      **Q.**  Against individuals?

5      **A.**  Against individuals, and sometimes property, but it's

6  mostly individuals.

7                We shouldn't confuse sort of anarchists who are

8    more established in sort of property destruction than Antifa,

9    which is, again, is looking to stop the rise of fascism and

10    nazism.

11      **Q.**  But you would -- in this case you were asked about

12  Antifa, is that correct, not anarchists?

13      **A.**  Correct.

14      **Q.**  Now, have you ever met a member of Antifa?

15      **A.**  It's possible, not officially.

16      **Q.**  I mean a member of Antifa doesn't stand out in your

17  memory?

18      **A.**  No.

19      **Q.**  What about a Proud Boy?

20      **A.**  Not officially.

21      **Q.**  Have you ever talked to a member of Antifa or Proud

22  Boy?

23      **A.**  I don't think so.  Certainly with no intention.

24      **Q.**  You talked about tenets early on, Proud Boy tenets.

25                What does tenet mean?

CROSS - OREN SEGAL - MR. GOLDBERG

1    A.    It means - -  we talked about stages of becoming a

2    member.

3    Q.    I'm talking about a tenet?

4    A.    Tenet is basically a belief system, guiding principles

5    that help people develop their ideology, what they want to be.

6          THE COURT: I take it we are talking T E N E T?

7    A.    Correct.

8    Q.    Is a tenet of the Proud Boys minimal government?

9    A.    Yes.

10   Q.    Is a tenet of the Proud Boys maximum freedom?

11   A.    Yes.

12   Q.    Anything wrong with those two tenets?

13         MS. KLEIDMAN: Objection.

14         THE COURT:  Sustained.

15   Q.    Is a tenet of the Proud Boy anti-political correctness?

16   A.    Yes.

17   Q.    Antidrug war?

18   A.    Yes.

19   Q.    Closed borders?

20   A.    Generally, yes.

21   Q.    Anti-racial guilt?

22   A.    I'm not sure what that means.  I have seen that

23   written.

24   Q.    Antiracism?

25   A.    That I would say no.

CROSS - OREN SEGAL - MR. GOLDBERG

1   Q.   There was an exhibit we marked for identification.
2        Did you examine that exhibit in total?
3   A.   May I state that as --
4   Q.   I'm just asking you a question.
5        Did you examine that exhibit?
6   A.   Yeah.
7   Q.   You still don't know anything about antiracism or
8   against racism?
9        THE COURT: Sustained.
10  Q.   Is it your statement that Proud Boys are not
11  antiracism?
12  A.   That the Proud Boys are not antiracists, yes.  I do not
13  think the Proud Boys are antiracist.
14  Q.   Free speech, is that another tenet?
15  A.   Yes.
16  Q.   Gun rights?
17  A.   Yes.
18  Q.   Glorifying the anti-entrepreneur, is that another of
19  their tenets?
20  A.   I mean, perhaps.  Tenets to me, just so we are clear,
21  is more sort of a broader guiding principle.  Not every belief
22  that one might put on a piece of paper.  So I would say maybe to
23  that one.
24  Q.   What about generating the housewife?
25  A.   Yes.

CROSS - OREN SEGAL - MR. GOLDBERG

1    Q.    Reinstating the spirit of western chauvinism?

2    A.    That's what they say.

3    Q.    You know - - is that a central tenet?

4    A.    Yes.

5    Q.    Now, aside from what I asked you about on January 20th,

6    inauguration day, is there a member of - - block of Antifa called

7    the black block?

8    A.    Black block is more of a tactic.

9    Q.    What does it mean?

10   A.    It means when Antifa, who I described are wearing

11   black, generally sort of move together as a unit, very closely

12   combined, sort of a black block tactic.

13   Q.    Did Antifa, using black block tactics, cause $100,000

14   in damage to the University of California at Berkley on

15   February 1st, 2017?

16   A.    Members of Antifa were there.  Who engaged in

17   destruction, I don't know, how much was at the hands of Antifa,

18   or for a range of other people who were at those protests.

19   Q.    On March 4th there was another incident at Berkley.

20             On that day you recall reading that Antifa people

21   used, as Mr. Steinglass calls it, baseball bats?

22   A.    Antifa has used baseball bats.

23   Q.    What do they do with those bats, hit balls?

24   A.    Probably not.

25   Q.    Not at those events?

CROSS - OREN SEGAL - MR. GOLDBERG

1    A.    Well, they use it as a weapon.

2    Q.    To what; damage physical property, or hit people?

3    A.    It can be both.

4    Q.    Did you see any weapons in the video in this case?

5          THE COURT: I'll sustain that.

6    Q.    Do you recall a police officer in Berkley being stabbed

7    with a knife on March 4, 2017?

8    A.    I recall reports of a stabbing, yes.

9    Q.    Of a police officer?  I believe his name,

10   coincidentally, is Byron White, does that ring a bell?

11   A.    No.

12   Q.    Have there been instances when people get to a protest,

13   they are going to conduct, and the target doesn't show up, so

14   instead of protesting the target, or the conservative, or free

15   speech advocate, they attack the press; did that happen?

16   A.    I mean, ever?  I don't know.

17   Q.    Well, on May 1st in Portland, Oregon, did that happen?

18   A.    I was not there.  I do not recall the details of that

19   and what led to who was there and who was not.

20   Q.    Do you recall the event in Olympia, Washington, where a

21   mob threw rocks at individuals and had sling shots?

22   A.    Yes, that sounds pretty common, yes.

23   Q.    So, it's common for them to throw rocks and carry sling

24   shots, is that right?

25   A.    They use all available means as weapons in their events

CROSS - OREN SEGAL - MR. GOLDBERG

1    - - in their counter-protestors.

2              MR. GOLDBERG: I have no further questions.

3              THE COURT: Ladies and gentlemen, before --

4              MR. GOLDBERG: I reserve the right to be able to --

5              THE COURT: You will have a right to question about

6    that, if you want to.

7              Before Mr. Hart's cross-examination, we'll take

8    our lunch break.

9              I'll ask you be back at 2:15, in the jury room.

10             Please don't talk about the case.

11             (Jury exits)

12             Anything else to talk about at the moment?

13             Okay, have a good lunch.

14             (Witness exits.)

15             (Whereupon, a lunch recess was taken, after which

16   the following proceedings were had:)

17             (Continued on next page)

18

19

20

21

22

23

24

25

PROCEEDINGS

1          THE CLERK:  Case on trial continues.

2          THE COURT:  Before we call the witness in, I

3    thought we might resolve evidentiary question about

4    People's Exhibit 2.  Is the defense ready to take a

5    position.

6          MR. GOLDBERG:  I thought we were making a copy of

7    it, but it was never made.

8          THE COURT:  You haven't read it yet?

9          MR. GOLDBERG:  No, I thought we had copies.

10         MR. STEINGLASS:  Let's just be very clear about

11   this, for the record, both counsels were given copies, both

12   of the entire Bylaws on their hard drives over a week ago.

13   So the implication in front of the jury that somehow they

14   haven't yet seen it is offensive, incorrect and should not

15   be said.

16         MR. HART:  Judge, no one is trying to --

17         THE COURT:  Could you please read the things now,

18   quickly.

19         MR. GOLDBERG:  Where is it?

20         MR. STEINGLASS:  On your hard drive.

21         MR. GOLDBERG:  I don't have my hard drive with

22   me.

23         MR. HART:  All right, Judge, we've read it.

24         MR. GOLDBERG:  We both read it.

25         THE COURT:  Do the defendants have an objection?

**Yvonne Oviedo, Senior Court Reporter**

PROCEEDINGS

1    MR. GOLDBERG:  Absolutely.

2    THE COURT:  What's the objection?

3    MR. GOLDBERG:  It's irrelevant.

4    THE COURT:  My guess is that this details what

5    the Proud Boys are all about, am I right?

6    MR. STEINGLASS:  That's right.

7    THE COURT:  I haven't seen it.  I wonder if one

8    of you can explain for the record what the exhibit holds.

9    Obviously, you can disagree with the characterization if

10   you disagree.

11   MR. STEINGLASS:  It has a lot of the governing

12   structure of the Proud Boys, how they are established, how

13   it's there to be organized.  But most significantly, it

14   lists the degrees of Proud Boy.

15   THE COURT:  I wonder then if I could take a look

16   at it.  I will admit the exhibit.  I think it's relevant in

17   the same way a lot of the testimony about both the Proud

18   Boys and Antifa has been relevant.  This corroborates

19   essentially the testimony about those levels of discipline,

20   of membership which are important, as the People see it

21   because it provides a motive for some of the individuals to

22   be involved here.

23   I think we're ready for the witness.

24   MR. GOLDBERG:  Once again, my objection, it's

25   more than background and motive.  It's totally prejudicial.

CROSS-MR. HART-SEGAL

1          THE COURT:  Understood.

2          COURT OFFICER:  Witness entering.

3          THE COURT:  We're ready for the jury.

4          COURT OFFICER:  Jury entering.

5          THE CLERK:  Case on trial continues.  All parties

6     are present.

7          THE COURT:  Mr. Hart, you may cross examine.

8          MR. HART:  Thank you, your Honor.

9     CROSS-EXAMINATION

10    BY MR. HART:

11        Q    Good afternoon, Mr. Segal.

12        A    Hi.

13        Q    Mr. Segal, as I understood from your testimony,

14    Antifa's mode of operation, their modus operandi, they show up

15    at events to engage, correct?

16        A    Correct.

17        Q    And by engage, I think your testimony was pretty

18    clear, you mean to engage in a physical confrontation, correct?

19        A    Yes, they want to fight with who they perceive to be

20    Nazis and fascists.

21        Q    When they fight, I heard you testify that sometimes

22    they use, they throw projectiles, correct?

23        A    Correct.

24        Q    And some of those projectiles might be bottles filled

25    with urine?

**Yvonne Oviedo, Senior Court Reporter**

CROSS-MR. HART-SEGAL

1      A      Yes.

2      Q      Feces?

3      A      Sometimes bags filled with feces or urine, yes.

4      Q      Acid and other types of chemicals?

5      A      I'm not so sure about acid.

6      Q      Is it safe to say that they employee this particular

7  tactic at most of the events that they show up to disrupt?

8             THE COURT:  By this particular tactic, I'll ask

9      that you be specific.

10     Q      When I say this particular tactic, I'm talking about

11  throwing projectiles?

12     A      They frequently do that at events, yes.

13     Q      And I believe on cross examination by Mr. Goldberg,

14  when he talked about the Portland, Oregon event -- you're aware

15  of the Portland, Oregon event, correct?

16     A      There have been many events in Portland, Oregon.

17     Q      Are you aware of the event where Andy Ngo was doused

18  with some type of milk-like chemical or milkshake type of thing?

19     A      Milkshake, yes.

20     Q      That was the Antifa, correct?

21     A      Yes.

22     Q      And those elements have Antifa, without any

23  provocation from Mr. Ngo, they punched and kicked him in

24  addition to dousing him with that milk shake type of substance,

25  correct?

CROSS-MR. HART-SEGAL

1    A    I can't speak to what precipitated that.  I was not

2  there.  I only know what I read.

3    Q    You're aware that Andy Ngo is a journalist?

4    A    Yes.

5    Q    And you are aware that Antifa, as part of their MO,

6  their modus operandi, they often times attack journalists for

7  filming their events?

8    A    Journalists have been attacked by Antifa, yes.

9    Q    And journalists have been violently attacked by

10  Antifa, correct?

11    A    Yes.

12    Q    You are aware that in many of those instances, the

13  journalists did not approach Antifa in any type of aggressive

14  manner, correct?  I'm talking about as an expert from which

15  you've read over the internet and your testimony before

16  congress.  None of those journalists ever attacked Antifa.

17  They're just filming what's going on, correct?

18    A    So this is where it gets a little complicated, because

19  there are times where journalists have been attacked, appears to

20  be unprovoked by Antifa.  There are other times where people who

21  are videotaping an event, documenting it, they may not actually

22  be journalists, not part of some journalist association, maybe

23  an on-line blogger, et cetera.

24        So it sort of depends how we define journalists.  But

25  sometimes Antifa has engaged in physical violence against those

CROSS-MR. HART-SEGAL

1   who are recording them in some way.

2       Q    And as I understood your testimony, Antifa, they're

3   trying to prevent the rise of fascism in the United States,

4   correct?

5       A    Yes, they view themselves as the frontline in the

6   battle against Nazis and fascists, and they do that through

7   physical violence.

8       Q    So they, at many of their rallies, they show up not

9   only chanting that they're against Anti-Fascists, but they

10  proclaim, in many of these events, that they're against white

11  supremacy, correct?

12          THE COURT:  You said against Anti-Fascists.  Is

13      that what you meant to stay?

14      Q    Well, two-fold, one, that they're against

15  Anti-Fascists, correct?

16          THE COURT:  Are they against Anti-Fascists?

17          THE WITNESS:  Antifa would not be against

18      themselves.

19      Q    Antifa is against fascism?

20      A    Correct.

21      Q    And the rise of fascism in the United States, correct,

22  or the world, for that matter?

23      A    Yes.

24      Q    By the way, is Antifa limited to the United States or

25  are there elements of Antifa in other parts of the world?

CROSS-MR. HART-SEGAL

1      A     Those who identify as Anti-Fascists operate in

2  different countries around the world.

3      Q     When Antifa often times shows up at these events, they

4  may have signs and banners that they're against white supremacy,

5  correct?

6      A     Correct.

7      Q     And they also had signs and banners that Black Lives

8  Matter, correct?  You haven't seen that as part --

9      A     I have seen Black Lives Matter signs at

10 demonstrations, at counter demonstrations, because there are

11 various different groups that go to these counter

12 determinations.  Knowing exactly who is who is not always easy.

13 So I can't say for certain that Antifa, holding signs, it's not

14 really there MO to hold signs.  It's other protestors that tend

15 to come and hold signs.

16     Q     They also promote that they're against anti-attacks

17 against Muslims and Jews, correct, Antifa?

18     A     Yes, Antifa views themselves as being in opposition to

19 Nazis who hate Muslims, Jews, African Americans, minorities in

20 general.

21     Q     Yet, when they go to these events, wherever these

22 events are in the United States, their sole purpose of attending

23 these events is to physically disrupt these events, I want to be

24 clear on that, correct?

25     A     So, their tactic is to physically confront those that

**Yvonne Oviedo, Senior Court Reporter**

CROSS-MR. HART-SEGAL

1   they oppose.  That may not be the case in every event.  They may

2   not have the opportunity to do that, but the underlying ideology

3   of this group is to make it so that they have a physical

4   confrontation.  Sometimes they may show up and not have that

5   option, or may not decide to do that.

6           So I can't say every event that Antifa folks have

7   attended has resulted in violence.  But I can say, that's their

8   ideology, that's what they believe in, that's how they believe

9   they will fight back against those they oppose.

10      Q    Would it not be correct to say that the Proud Boys, as

11  a group, they never go out and actively look for Antifa events,

12  as far as your experience?

13      A    Antifa events tend to be events in opposition to

14  events that are already occurring.  Antifa tend to be counter

15  demonstrations.

16      Q    So they're like birds of pray.  They seek out Proud

17  Boys and other groups that they think are promoting fascism,

18  racism, bigotry, etc.  They seek out these groups to disrupt

19  them physically by any means necessary, correct?

20      A    To disrupt them physically, yes.

21      Q    Now, you said you've trained the FBI, members of the

22  FBI, correct?

23      A    Correct.

24      Q    You've also trained members of the NYPD?

25      A    Correct.

**Yvonne Oviedo, Senior Court Reporter**

CROSS-MR. HART-SEGAL

1      Q     And isn't it true that the NYPD does not describe the

2  Proud Boys as a terroristic organization, correct?

3      A     I'm not sure how the NYPD would describe it, but

4  generally, police departments don't designate groups or

5  movements that they deal with in that fashion.

6      Q     You have no idea how the NYPD views the Proud Boys,

7  correct?

8      A     Not in an official way, no.

9      Q     Wouldn't it be safe to say, and correct to say, that

10 the Proud Boys, they're not a white supremacist group, correct?

11     A     I do not believe they are a white supremacist group.

12     Q     You're aware that the Proud Boys have blacks in their

13 groups, Asians, Indians, gays, et cetera?

14     A     I'm aware.

15     Q     Are you aware that the present president, for want of

16 a better word, is and Afro-American Cuban person in Florida, and

17 he's currently in charge of the Proud Boys, an Afro-Cuban, are

18 you aware of that?

19     A     Enrique Tarrio, yes.

20     Q     He's black and Hispanic, correct?

21     A     I understood him to be Cuban, yes.

22     Q     If I were to tell you that John Kinsman is married to

23 a black woman, that wouldn't surprise you, would it?

24     A     I guess not, maybe not.

25     Q     Because many members of the Proud Boys, they don't

CROSS-MR. HART-SEGAL

1    promote -- withdrawn.  Black block.  So this is a technique that

2    the Proud Boys employee when they first -- let's just go back.

3    What is black block?

4        A    So a black block is, sometimes Antifa or anarchists

5    have occurred to -- it's really a tactic where Antifa or

6    anarchists gather together closely as they're moving forward or

7    engaging in a protest or counterprotest.

8        Q    And often times, correct me if I'm wrong, when the

9    Antifa gather together, they wear masks?

10       A    Yes.

11       Q    The purpose of wearing these masks is to conceal their

12   identities, correct?

13       A    Correct.

14       Q    To make it hard for law enforcement to track who they

15   are so that if and when they commit their crimes, they tend to

16   get away with those crimes?

17       A    It's to conceal from law enforcement, but also to

18   conceal from those that are in opposition to Antifa, so that

19   they don't get harassed in their homes, et cetera.

20       Q    Based on your experience, you have seen, from reading,

21   from your investigation, from your written testimony, before

22   congress, where the Antifa who shows up with these black masks

23   to hide their identity, often times they provoke violence,

24   correct?

25       A    Yes.

**Yvonne Oviedo, Senior Court Reporter**

CROSS-MR. HART-SEGAL

1       Q    And they start these confrontations, correct?

2       A    Yes.

3       Q    And those confrontations sometimes results in the

4  Antifa throwing bricks, or using bats against civilians and the

5  police, correct?

6       A    Correct.  There are hundreds of events and counter

7  events counterprotests that have occurred.  So, when I respond

8  frequently this is true.  I can't speak to every single one.

9  Since you're not talking about a specific event, I just want to

10 be clear that we're talking about generally this is what we've

11 seen around the country over a period of years, yes.

12      Q    And you had testified that you saw, from your reading

13 of articles, and from reading this event, that the Antifa, they

14 put their sign on the Metropolitan, the doors of the

15 Metropolitan Republic Club, correct?

16      A    I remember there was graffiti that indicated that they

17 were calling it like Nazis.  Their own, you mean logo?

18      Q    Their logo.

19      A    Antifa logo, I don't recall if that was drawn on the

20 building.

21      Q    And before these events, many times, they will engage

22 in criminal mischief to send a message to whoever is at these

23 events, that violence can surely follow, correct?

24           THE COURT:  By the way, by criminal mischief, do

25      you mean property damage?

CROSS-MR. HART-SEGAL

1          MR. HART:  Property damage, yes.

2     A    It's not standard.  Usually they're showing up to an

3     event the day of the event.  Because these are usually in public

4     spaces, and there is no specific target, if you will.

5     Q    You are aware that with respect to this event, they

6     made calls to the Republican Club to try to cancel the --

7          MR. GOLDBERG:  Objection.

8          THE COURT:  In the same sense that he's been

9          testifying as an expert about what he's heard, I'll allow

10         him to answer that.

11         Are you aware of any phone calls to the Republican

12         Club?

13         THE WITNESS:  I don't recall that specifically.

14    Q    Are you aware -- let me give you a hypothetical, since

15    you're an expert.  Assume that the Antifa threw bricks through a

16    window, and this is just a hypothetical, and assume that that

17    happened, wouldn't the purpose of that be to cause fear for

18    whoever would attend the event?

19    A    Yes.

20    Q    And assume also that the Antifa individuals, whoever

21    they may be, they show up at these events in black masks.  By

22    the way, I just want to be clear on this, when they show up in

23    black masks, those who choose to put on black masks, they also

24    generally show up in black clothing as well?

25    A    Generally, yes.

**Yvonne Oviedo, Senior Court Reporter**

CROSS-MR. HART-SEGAL

1      Q     That's pretty frightening, isn't it, to the public?

2            MR. GOLDBERG:  Objection.

3            THE COURT:  I'll sustain that.

4      Q     That's part of their MO, to show up in black masks and

5      black clothing, the Antifa individuals that choose to show up,

6      correct?

7      A     Correct.

8      Q     Generally, for example, if I'm not mistaken, in

9      Portland, Oregon or Seattle rather, didn't 50 Antifa show up

10     wearing masks at that event, do you recall that?

11     A     Yes, it's not uncommon for there to be, especially in

12     the Pacific Northwest a large amount of Anti-Fascist, that

13     number between 50 to 100.

14     Q     In fact, in New York, they show at some of these

15     events wearing black masks and black clothing, correct?

16     A     Correct.

17     Q     Now, you have never heard of the Proud Boys promoting

18     anti-government violence, have you?

19     A     Say that again.

20     Q     You have never heard of the Proud Boys promoting

21     violence against the government of the United States of America?

22     A     Generally, no.

23     Q     In fact, generally individuals that promote violence

24     are these extremists, for example, like the Unabomber, correct?

25     Let me rephrase that question.  I'll rephrase that.  That wasn't

CROSS-MR. HART-SEGAL

1    a good question.

2           When we talk about right wing extremism, the Proud

3    Boys are not part of a group that promotes violence against the

4    government, correct?  I want to be clear on that.

5       A    The Proud Boys may not have a primary ideology of

6    promoting violence against the government.  That does not speak

7    to whether they are considered right wing, per se.

8       Q    That wasn't my question.  The question was --

9       A    You said with respect to right wing, I just want to

10   clarify.

11      Q    I just want to be clear, the Proud Boys don't promote

12   violence against the government to destroy government property

13   and violence against the government, correct?

14      A    Proud Boys are not trying to change this government.

15      Q    Antifa is, correct?

16      A    Elements within Antifa, some anarchist elements who

17   may have sort of an anti-capitalists belief have more concerns

18   about government.  But not all Antifa subscribe necessarily to

19   that strain, if you will, of ideology.

20      Q    Now, you said that Antifa, they intentionally operate

21   in a decentralized manner so that to prosecute them is very

22   difficult, correct?

23      A    They operate in a decentralized manner for multiple

24   reasons.  The result may be that prosecution may be difficult.

25      Q    I want to be clear, what are those multiple reasons,

**Yvonne Oviedo, Senior Court Reporter**

CROSS-MR. HART-SEGAL

1   from your view as an expert, why the Antifa operate at a -- by

2   the way, I just want to be clear, we're talking not just the

3   United States, but worldwide -- they don't just operate

4   decentralized in the United States, they also operate

5   decentralized the world over?

6       A    That's sort of what movements do.  When you don't have

7   like a group with membership dues and requirements, it enables

8   people to go in and out of those groups with much more ease.

9           So as a result, in some ways anybody can decide to

10  join the Antifa during a counterprotest by engaging in the

11  activities they engage in.  It may be wearing the same clothes

12  to demonstrate, you know, some sympathy with that subculture.

13  That does make it more difficult to potentially take down an

14  entire grouping of them, because they may not even know each

15  other.

16          It's also a way for them to protect themselves, where

17  they don't -- you know, traditional extremist movements like to

18  have leadership, and charismatic leaders, or people that sort of

19  give orders.  This is the reverse of that.  They sort of askew

20  not having any individual lead them, but it be more of a

21  collective.

22      Q    Can you help me to understand how does decentralized

23  groups, they just happen to always show up wherever it is in the

24  United States with several followers, at least 10 or 15, there

25  is no one to organize, but yet there are multiple Antifa groups

CROSS-MR. HART-SEGAL

1    that show up?  Isn't there someone in these groups, Antifa,

2    directing them?

3         A    Yes, there are certainly people who play a pivotal

4    role.  A lot of the organizing happens on-line.  Anybody who is

5    familiar with how to organize an event on-line, you may have

6    someone who sets up a page, or there might be, you know,

7    encrypted chat where people are able to communicate, then plans

8    are sort of organized that way.

9              That's different than having, you know, leadership

10   that is publicly directing activities.  But it's not totally

11   disorganized.  But in terms of membership and how people join,

12   it's much more loosely affiliated than other group structures

13   that I think we're mostly familiar with.

14        Q    You're aware that these groups are funded, for

15   example, but Antifa is funded, correct?  Who funds Antifa?

16        A    Well, in part, there is a lot of self-funding.  It

17   doesn't really cost much money to get a black mask and get a bus

18   ticket.

19        Q    However, you were asked by the People, under cross

20   examination, if you had ever read any of the documents that were

21   left at the Metropolitan Republican Club.  Who types up -- I'm

22   asking, from your experience, who would type up such a document?

23   Wouldn't there be some organized individual in the Antifa that

24   says, hey, there is going to be an event on October 12, 2018.

25   We're going to disrupt it.  We're going to type up some pretty

CROSS-MR. HART-SEGAL

1   threatening material and we're going to send it.  Isn't there

2   somebody, some type of head, that would be engaged in that

3   activity?

4       A    Clearly somebody wrote that.  Whether the head or not,

5   it's not -- you don't need to be the head of an organization to

6   type up a letter like that.  It's possible that the others

7   didn't know.  At this point I would be speculating, because I do

8   not know who wrote that letter.

9       Q    Now, you were aware that the Proud Boys was founded by

10  an individual named Gavin McInnes?

11      A    Yes.

12      Q    You know he's said some pretty outrageous things just

13  for the shock value, correct?

14      A    He says outrageous things.

15      Q    You're aware that he's a comedian?

16      A    I understand he's a self-described comedian, yes.

17      Q    For example, the events of that night, the people

18  claim that he was giving an event where there was a reenactment

19  of an assassination of a Japanese nationalist, or Japanese

20  individual?

21      A    I'm aware of that.

22      Q    And he had a plastic samurai, are you aware of that?

23      A    Yes.

24      Q    He entered into the building with a plastic samurai?

25      A    Yes.

**Yvonne Oviedo, Senior Court Reporter**

CROSS-MR. HART-SEGAL

1  Q   And when he exited the building he had a plastic

2  samurai?

3  A   Yes.

4  Q   So you're aware that he sometimes makes satirical

5  statements about politics and things like that?

6  A   I wouldn't categorize his statements as satirical.   It

7  may be to him, it may be to his supporters.   But it's not

8  necessarily to those who are not his supporters.

9         MR. HART:   While I'm on that topic, Judge, the

10        exhibit of the bylaws.

11        THE COURT:   Exhibit 2.

12  Q   Now, you are aware that in the Bylaws, I'm going to

13  refer to, comes under membership, Section 1, eligibility and

14  nondiscrimination.   Membership in the fraternity shall be

15  limited to persons who were born male, who currently identify as

16  male, and who have been initiated through the second degree of

17  the initiation in accordance with these Bylaws.   You've reviewed

18  the Bylaws?

19  A   I have not memorized it, but that sounds accurate.

20  Q   And you're aware that the bylaw says that no person

21  eligible for membership in the fraternity shall be discriminated

22  against, or denied membership in the fraternity on the basis of

23  race, color, creed, national origin, veteran status, disability,

24  religion, marital status, or sexual orientation.   That's part of

25  their bylaws, right?

**Yvonne Oviedo, Senior Court Reporter**

CROSS-MR. HART-SEGAL

1       A      Correct.

2       Q      That's one of the reasons why you certainly wouldn't

3    label the Proud Boys as a white supremacist group, correct?

4       A      I don't put that much stock in some of the bylaws, but

5    that and other reasons why I would not label them a white

6    supremacist group.

7       Q      You wouldn't label them and alt right group, would

8    you?

9       A      No, Alt lite, maybe.

10      Q      L-I-G-H-T?

11      A      Or L-I-T-E, sure.

12      Q      You're aware that it states that a person who believes

13   in the inherent supremacy of any race over another, or who is a

14   member of any organization promoting the supremacy of any one

15   race over another, may not become or remain a member of this

16   fraternity?  That's a pretty bold statement by the Proud Boys,

17   that they don't promote racism, correct?

18      A      I understand that that's written in that document,

19   yes.

20      Q      You don't believe that is what I'm hearing, correct,

21   as an expert having read this?  Let me just finish the

22   statement, although you know there are Indians, Asians, blacks,

23   the current founder, the current president is an Afro-Hispanic

24   person, members of the Proud Boys are married.  In fact, isn't

25   Gavin McInnes married to an Indian?

**Yvonne Oviedo, Senior Court Reporter**

CROSS-MR. HART-SEGAL

1      A     I've read that, yes.

2      Q     So despite all that, you don't believe that they're

3  against racism, correct?

4      A     No, I do not think they're white supremacists, to

5  answer your question.  Do I think they have engaged in

6  misogynistic, antisemitic, antimuslim, and racist statements

7  through it's membership, I do.

8      Q     To be fair, that might be some members, but that

9  doesn't mean members of the New York City club, for example,

10 Maxwell Hare or John Kinsman, have engaged in that type of

11 activity, correct?

12     A     Certainly not all members are engaging in the same

13 activity.

14     Q     So there are members that are against racism and white

15 supremacy, correct?

16     A     Yes.

17     Q     It's kind of hard for a black person to be promoting,

18 if they're a member of the Proud Boys as a black person, it's

19 hard for them to believe in white supremacy, correct?

20     A     Believe it or not, there have been African American

21 white supremacists, but yes, in general, you're correct.

22     Q     Was that a movie that I may have missed?

23           In Section 2 of the bylaws, it talks about the

24 brotherhood for life.  Now let me just go back for a minute,

25 with respect to the first level of initiation, that first level

**Yvonne Oviedo, Senior Court Reporter**

CROSS-MR. HART-SEGAL

1    simply, you're going to give a verbal -- there are four levels,

2    correct, according to your testimony?

3        A    Right.

4        Q    And the first level, you're going to give a verbal

5    pledge that you support Western Chauvinism, correct?

6        A    Right.

7        Q    Now, Western Chauvinism doesn't mean chauvinism as a

8    male against a woman.  Western Chauvinism means you're very

9    proud and you're very patriotic that you are a member of the

10   West.  You're not a male chauvinists pig.  You're proud that

11   you're supporting Western values, correct?

12       A    Western Chauvinism, the terms mean you believe in the

13   superiority of the West over others.

14       Q    Is that a bad thing, by the way?

15            MS. KLEIDMAN:  Objection.

16            MR. HART:  Just a joke.  Withdrawn.

17       Q    Isn't it a fact that if you get through Level 1 in

18   this group, you're a Proud Boy?  You do not have to go through

19   Level 2, Level 3, or Level 4, correct?  Level 1, you're a Proud

20   Boy?

21       A    That seems correct, although, again, there is

22   different sort of Proud Boy chapters.  They probably have

23   different rules and regulations that they make to fit those

24   people in their local area.  But that sounds generally right.

25       Q    Wasn't this organization founded on a joke?  Wasn't

CROSS-MR. HART-SEGAL

1   the this organization founded upon a joke from Aladdin?  Proud

2   Boys, business owning, be proud of your boy?

3          A     If you mean the name?

4          Q     Right.

5          A     From Aladdin, yes.

6          Q     And Level 2, isn't that -- there is no real violence

7   in Level 2.  Level 2, isn't that where they have to get together

8   and they have to name five breakfast cereals and kind of like

9   punch each other, and they laugh, but no one is physically hurt,

10  correct?

11         A     I don't know if they laugh.  I don't know if someone

12  is not physically hurt when they're getting punched.  I know

13  that that happens as they are reciting five breakfast cereals,

14  according to their bylaws and video testimony that they've

15  shown.

16         Q     And you've never heard of anyone being prosecuted for

17  being hurt through Level 2 of initiation, for light punches and

18  saying five breakfast cereals, things like that, correct?

19         A     It's a college, not a cereal, but yes, I understand.

20         Q     Level 3, what is Level 3?

21         A     So Level 3 is where they have to get a tattoo that

22  says Proud Boys on it, if I recall.

23         Q     Again, that's not a requirement.  If you choose to get

24  the tattoo, so be it, correct?

25         A     Sure.

**Yvonne Oviedo, Senior Court Reporter**

CROSS-MR. HART-SEGAL

1    Q    Level 4?

2    A    Level 4 has been to engage in violence on behalf of

3    the cause.  As we discussed earlier, that was the sort of common

4    understanding of Level 4.  That changed in November of last year

5    when these bylaws were written.  It doesn't seem to include that

6    language anymore.

7    Q    Isn't it a fact that even before the bylaws were

8    written, Gavin McInnes put out there that he's not encouraging

9    anyone to go out and attack someone?  His comments were, if

10   you're attacked, then you should defend yourself.  In fact, a

11   common statement was, they don't start fights, but they end the

12   fights.  You've heard that, correct?

13   A    Yes, I disagree with that.

14        MS. KLEIDMAN:  Objection to the compound

15   question.  There are like six questions in one.

16        THE COURT:  We had one answer.  So we'll let it

17   go at that.

18   Q    And you are aware that Gavin McInnes, before

19   October 12, 2018, has always encouraged the Proud Boys not to

20   initiate violence?  Haven't you read that on-line?

21   A    I have heard him.  I don't believe that's an accurate

22   characterization of Gavin McInnes' position on violence.

23   Q    Aren't you aware that individuals, for example, who

24   showed up at Charlotte, if they were a Proud Boy and found to be

25   at these events, they were expelled from the Proud Boys?

**Yvonne Oviedo, Senior Court Reporter**

CROSS-MR. HART-SEGAL

1       A     You said show up in Charlotte.  Do you mean

2   Charlottesville?

3       Q     Charlottesville, not Charlotte, North Carolina, yes.

4   Any Proud Boy member who showed up there, are you aware they

5   were expelled from the Proud Boys?

6       A     So I know that the current head of the Proud Boys was

7   in Charlottesville.  So not every Proud Boy, current Proud Boy

8   who was in Charlottesville has been expelled.

9       Q     You are aware that the Proud Boys expel anyone that

10  they deem to be, anyone who they view as engaging in racist

11  conduct, are you aware of that, yes or no?

12      A     I have heard Gavin McInnes, and perhaps some bylaws

13  suggest that that's what they do.  I don't think that that's

14  always the case.

15      Q     You don't believe it, but you have heard that, and you

16  are aware, correct?

17      A     Yes.

18            THE COURT:  By aware, you mean he's heard it, and

19       he's aware it's been said.

20            MR. HART:  Correct.

21      A     Yes, I have heard that.

22      Q     You are aware that the Antifa has been labeled a

23  terrorist group in New Jersey?

24      A     No.  By whom in New Jersey?

25      Q     By the law enforcement of New Jersey.  I'm not sure

CROSS-MR. HART-SEGAL

1    which law enforcement?

2         A    No.

3         Q    You're not aware of that?

4         A    No.

5         Q    Are you aware of any organization that has labeled

6    Antifa a terrorist organization?

7         A    A law enforcement organization, no.

8         Q    Hasn't the FBI labeled the Antifa a terrorist

9    organization?

10        A    No.  So the FBI doesn't maintain list of domestic

11   terrorist organizations.  What it has are categories of domestic

12   extremism, which include antigovernment extremism, eco

13   terrorism, antiabortion extremism, a race based extremism.

14        Q    You're aware that Ted Cruz wants to label the Antifa a

15   terrorist organization?

16        A    I have read that.

17              MS. KLEIDMAN:  Objection.

18              THE COURT:  I will sustain that objection.

19        Q    You're also aware that the President of the United

20   States wants to label --

21              MS. KLEIDMAN:  Objection.

22              THE COURT:  I will sustain that objection.

23              MR. HART:  That's all I have.

24              THE COURT:  Is there redirect?

25

**Yvonne Oviedo, Senior Court Reporter**

PEOPLE-REDIRECT-SEGAL

1   REDIRECT EXAMINATION

2   BY MS. KLEIDMAN:

3       Q     You were just asked whether you consider, or whether

4   Antifa has been designated a terrorist organization.  At the

5   center of extremism, do you consider either Antifa or the Proud

6   Boys terrorist organizations?

7                   MR. GOLDBERG:  Objection.

8                   THE COURT:  Overruled.

9       A     I do not consider them terrorist organizations.  I

10  consider them extremists, both.

11      Q     What is the difference?

12      A     So a terrorist organization engages in terrorist acts,

13  which include targeting innocent civilians for religious,

14  political, social, ideological reasons, with the intent of

15  creating them harm.  Extremist movement can engage in physical

16  violence, but may not seek to change the course of government,

17  but also included in that is their ideologies of hatred, we

18  consider to be extreme.

19              Extremists, in general, are sort of anything that is

20  not mainstream in reality.  So back in the day, the abolitionist

21  movement to free African Americans could have been viewed as an

22  extremist movement because the mainstream was very different

23  from the mainstream.

24              So in some cases extremism doesn't have to be bad, per

25  se, just out of the ordinary.  But when you combine extremist

**Yvonne Oviedo, Senior Court Reporter**

PEOPLE-REDIRECT-SEGAL

1  tactics like violence with hateful rhetoric, that type of

2  extremism is what we're talking about today.

3      Q    You also said you consider the Proud Boys to be Alt

4  lite, what is the alt lite?

5      A    So to describe the alt lite, we'll start with the alt

6  right, which is a moniker that white supremacists started using

7  several years ago and it became popular around the 2016.

8          Now, ultimately, what the alt right is is a

9  repackaging, a renaming of white supremacy.  White supremacists

10 believe in creating a white ethnostate.  They believe that the

11 white race is under attack and going to be extinct because of

12 demographic changes, immigration, PC culture, liberalism, they

13 view Jews controlling all that.  So that's the fundamental

14 belief of the alt right, which is white supremacy.

15         The alt lite was an effort for us to center on

16 extremism and others to differentiate between those who may

17 engage in antisemitism, hatred of Jews, and antimuslim, bigotry,

18 in misogyny, things that white supremacists use, but that don't

19 buy into the broader white supremacist's concept.  So it's

20 hateful.  So it's not alt right, it's alt lite.

21     Q    Now, Mr. Goldberg asked you on cross examination about

22 a number of specific incidents, violent incidents involving

23 Antifa.  Are you aware of specific acts of violence by the Proud

24 Boys?

25     A    Yes.

**Yvonne Oviedo, Senior Court Reporter**

PEOPLE-REDIRECT-SEGAL

1    Q    And can you tell the jury about some of those specific

2    incidents that you're aware of?

3    A    So you know, in New York, obviously there have been a

4    couple of examples.  There is this trial.  But at Columbia

5    University there was violence between Proud Boys and counter

6    demonstrators, earlier, I think a year before, approximately.

7    We've had incidents that have been raised here, in Oregon, where

8    violence between Proud Boys and Antifa has occurred.

9         The Proud Boys put the Proud Boy of the month on their

10   website.  One month, an individual who knocked out a member of

11   Antifa, that was videotaped, received that privilege.  And so,

12   you know, pretty much, most places in which law enforcement is

13   not able to separate the two groups, there is violence between

14   the Proud Boys and others.

15   Q    You were asked about the specific incidents of

16   violence involving Antifa, but the majority of the incidents

17   that were mentioned, were the Proud Boys also presented for

18   those incident?

19   A    In many, many of the instances that were raised before

20   those, were violent confrontations with the Proud Boys.

21   Q    You were also asked, on cross examination, about the

22   Unite the Right Rally in Charlottesville, Virginia, in 2017,

23   were Proud Boys present at that rally?

24   A    Yes.

25   Q    Who is the current leader of the Proud Boys?

**Yvonne Oviedo, Senior Court Reporter**

PEOPLE-REDIRECT-SEGAL

1    A    Enrique Tarrio, in Florida.

2    Q    Was he also present at the Unite the Right Rally?

3    A    He was.

4    Q    What was that rally, and what happened there?

5         MR. GOLDBERG:  Objection.

6         THE COURT:  I think we'll sustain that objection.

7         MS. KLEIDMAN:  They opened the door based on

8    their line of cross examination.

9         THE COURT:  I understand, but we didn't go into

10   details of that one.

11   Q    Are you also familiar with a Patriot Prayer Rally in

12   Portland in June of 2018?

13   A    Yes.

14   Q    And are you familiar with an event that occurred at

15   that Patriot Prayer Rally in Portland, where Proud Boys

16   assaulted an activist that was not associated with Antifa?

17        MR. HART:  Objection.

18        THE COURT:  Overruled.

19   A    I do know that individuals who are not members of

20   Antifa tend to get -- who are present in a place where there is

21   violence, they sometimes get impacted by that violence.  So I am

22   familiar with that, yes.

23   Q    Are you also familiar with an event in May of 2018

24   where a Proud Boy attacked a black teenager at a Vancouver mall

25   that was not associated what Antifa or any kind of protest?

**Yvonne Oviedo, Senior Court Reporter**

PEOPLE-REDIRECT-SEGAL

1     A     I read about that.

2     Q     Are you also familiar with a Patriots Day Rally in

3  Berkeley, that occurred in the Spring of 2018, where a member of

4  the Proud Boys punched a female counter protestor also not

5  involved with Antifa?

6     A     Yes.

7     Q     Are you familiar with the Freedom to be Violent Rally

8  held in Berkeley, California in March of 2017, where a member of

9  the Proud Boys beat someone with a stick?

10    A     Yes.

11    Q     Are you also familiar with the Deplorable Ball that

12  was held in January of 2017, where Gavin McInnes punched a

13  protestor outside the event?

14    A     Yes.

15    Q     Now, again, you were asked about a number of violent

16  incidents that Antifa may or may not have participated in on

17  cross examination.  Is it fair to say that as the director at

18  the Center on Extremism, you are not familiar with every

19  specific act of violence perpetrated by any extremist group in

20  the last 13 years?

21    A     Yes, there just -- and to give context to that, one of

22  the resources that we have on our website is a list of terrorist

23  plots, terrorist attacks, incidents of white supremacists

24  propaganda, antisemitic incidents.  We're looking at over 8,000

25  or so in that period of time, and that's not all the extremists

PEOPLE-REDIRECT-SEGAL

1    activity that occurs.  So that just gives a context to how much

2    we're talking about in this country alone.

3        Q    You were also asked on cross examination about whether

4    the Proud Boys promote violence against government.  How about

5    against Antifa?

6        A    Yes.

7        Q    As far as Antifa goes, isn't it true that Proud Boys

8    have been heard saying, and I quote, "I would like any Antifa,

9    any of these fucking dumb social justice warriors to know, if

10   you show up to cause trouble, you'll get it back 10 fold.  If

11   you show up to harass anyone --

12                   MR. GOLDBERG:  Objection.

13                   THE COURT:  I will overrule the objection at this

14        time.

15       Q    -- we will harass you into oblivion.  If you show up

16   and you want to fight anyone, well that's just a gift from

17   above, because we will fucking break your nose.  We won't just

18   break your nose, we will collapse your eye socket.  The only

19   thing --

20                   THE COURT:  I think we got the idea.

21             Have you heard that?

22                   THE WITNESS:  Yes.  I believe -- and I hope this

23        was Gavin McInnes.

24       Q    You've heard Gavin McInnes make that statement before?

25       A    Yes.

**Yvonne Oviedo, Senior Court Reporter**

PEOPLE-REDIRECT-SEGAL

1    Q    Have you heard him advocate for violence against

2  Antifa at other times?

3    A    Yes.  On his podcast it shows, et cetera, Gavin

4  McInnes glorifies violence against Antifa and the left more

5  broadly.  You know, there is different terms that people use to

6  mean the same thing.  It's standard.

7    Q    Has Gavin McInnes also stated, and I quote --

8         THE COURT:  I think we get it.

9         MR. GOLDBERG:  Objection.

10         THE COURT:  I'll sustain that objection.  I think

11    we have the idea.

12    Q    Now, you were also asked on cross examination about

13  the Proud Boys' guiding principles.  What are the Proud Boys'

14  guiding principles?

15         MR. GOLDBERG:  Objection to the use of guiding

16    principles.

17         THE COURT:  Whatever the term was, if you

18    understand it, you can answer the question.

19    A    So the Proud Boys view themselves as a conservative

20  organization that is a fraternity of mostly men, primarily

21  men -- although there have been some women who have been

22  involved -- whose goal it is to defend their viewpoint from

23  those who oppose it, in particular the left.  That includes

24  Antifa and others.

25         What is the ultimate goal of this group?  I mean, some

**Yvonne Oviedo, Senior Court Reporter**

PEOPLE-REDIRECT-SEGAL

1   may view, when you monitor their activities, when you monitor

2   what they're talking about, I think it's to get a bunch of guys

3   primarily together, under some sort of political ideology, and

4   to provide them with an opportunity to push back against their

5   perceived political enemies.  That's pretty much what they've

6   been doing since 2016.

7       Q    Now, you were also asked if one of the things that the

8   Proud Boys believe in is venerating the housewife.  Can you

9   explain what that means?

10      A    I don't exactly know what they mean by that.  I have

11  heard them talk about they respect women so much, they really

12  believe that the role of women, for example, in the 1950s, sort

13  of the being at home, more traditional values is how they,

14  that's sort of the world view that they appreciate.

15      Q    Have you heard that Gavin McInnes preach the Proud

16  Boys that women shouldn't vote and should stick to fashion?

17              MR. GOLDBERG:  Objection.

18              THE COURT:  Overruled.

19      A    I have heard that.

20      Q    Have you also heard him talk about how sexual

21  harassment doesn't exist as it pertains to women?

22      A    Yes.

23              MR. HART:  Objection.

24              THE COURT:  I'll overrule that.  But I think we

25  can move on.

PEOPLE-REDIRECT-SEGAL

1    Q    Now, you were also asked on cross examination about

2   whether the Proud Boys are antiracist.  Can you tell us a little

3   more about the views that the Proud Boys have expressed with

4   regards to race and religion?

5    A    I think some of the key ideological points for the

6   Proud Boys is their opposition to Islam.  Gavin McInnes has

7   said, I'm an Islamophobe.  If you call me that, you're accurate.

8   Something like that.  They've had protests in front of Muslim

9   community in Upstate New York called Islamberg where members of

10  the Proud Boys were involved there.

11         Gavin McInnes himself has written, created a video,

12  The Top 10 Things I Hate About Jews.  He's talked about women

13  as, you know, lazy.  So the collection of antimuslim sentiment,

14  from its leadership and other members, the misogyny, what some

15  might regard as jokes against other communities, all is part of

16  this atmosphere that is created by this group, which is why I

17  don't consider them antiracist at all.  If anything, I view them

18  leveraging issues of race and religion to try to attract more

19  followers.

20   Q    Now, you were specifically asked, on cross

21  examination, about the Proud Boys and black members.  Despite

22  the fact that there are members that are black, have you heard

23  Gavin McInnes make racial remarks before?

24   A    I have heard Gavin McInnes call Jada Pinkett, the

25  actress, a monkey.

**Yvonne Oviedo, Senior Court Reporter**

PEOPLE-REDIRECT-SEGAL

1    Q    Have you also frequently heard them use the N word,

2 which I won't use in Court?

3    A    Gavin McInnes, I've heard him use the N word.  He's

4 sort of done the Sieg Heil, that Nazi salute as well.

5    Q    Have you also heard him mock the Black Lives Matter

6 movement?

7    A    I would say I don't recall at this point on that

8 specific point.

9    Q    Have you heard him refer to the United States as white

10 country?

11    A    Yes.

12    Q    Have you heard Gavin McInnes say, the day we fight for

13 the 14th Amendment, I may have a tummy ache?

14         THE COURT:  Could you try to talk into the mic?

15    Q    The day we fight for the 14th Amendment, I may have a

16 tummy ache.

17    A    I feel like I have read that one.

18    Q    Have you heard him say, blacks can take pain better.

19 Maybe those lashings weren't so painful?

20    A    Yes.

21    Q    Have you also heard Gavin McInnes express antiasian

22 views?

23    A    You know, I don't recall.  If I may note, there are

24 hours, upon hours, upon hours of video, and podcasts, and

25 speeches.  Much of this becomes repetitive.  So everything that

RECROSS-MR. GOLDBERG-SEGAL

1   you've talked about is very much characteristic of what Gavin

2   McInnes has said on his podcasts, even if I don't remember every

3   specific little example.

4       Q    But you've heard him make antiblack, antiasian,

5   antihispanic, and antihomosexual remarks?

6       A    Yes.  The thing about extremist speech today in

7   particular, I think this is important, is that a lot of it is

8   couched in intentional efforts to create irony or humor.  And a

9   lot of times people will make comments and say, I'm just

10  kidding, or deliver it in a way they think might be funny or

11  humorous.  But the impact of that type of hatred, those trigger

12  words, those code words land on people in different ways.

13          So I would just say that actually part of what you're

14  describing is a tactic to combine what is sort of classically

15  known as hatred with humor because it makes it easier to digest,

16  especially for younger people on-line.

17              MS. KLEIDMAN:  No further questions.

18              THE COURT:  Anything further?

19              MR. GOLDBERG:  I have a couple.

20  RECROSS-EXAMINATION

21  BY MR. GOLDBERG:

22      Q    Did you speak with the prosecutor over lunch?

23      A    No.

24      Q    Did you go to lunch yourself?

25      A    With a colleague.

**Yvonne Oviedo, Senior Court Reporter**

RECROSS-MR. GOLDBERG-SEGAL

1  Q Have you -- is there anything you said today that you

2 haven't discussed with the prosecutor on a prior occasion?

3  A Yeah, I think so.

4  Q You discussed everything, all your answers this

5 afternoon with Ms. Steinglass?

6    MS. KLEIDMAN:  Objection.

7    THE COURT:  It's not Ms. Steinglass, it's

8 Mr. Steinglass.

9   You've spoken to the prosecutor about what your

10 testimony would involve?

11    THE WITNESS:  Yes, not every last thing.

12  Q The questions you were asked this afternoon, which

13 were not asked on direction examination, were you asked those

14 questions by the prosecutors in this case?

15  A In prep, yes.

16  Q So you had them available?

17  A I had the prosecutors available?

18  Q My question to you is:  Is there anything in writing,

19 that you can show us, where this is what you actually told them,

20 any notes that you made?

21    MS. KLEIDMAN:  Objection.

22    THE COURT:  I'll overrule the objection.

23  Q Is this from your memory?

24  A Yes.

25  Q When I ask you about Antifa, you seem to have lapses

**Yvonne Oviedo, Senior Court Reporter**

RECROSS-MR. GOLDBERG-SEGAL

1    in memory, isn't that correct?

2              MS. KLEIDMAN:  Objection?

3       A    I disagree.

4       Q    Let me ask you a question:  How do you distinguish a

5    real journalist from a person walking in an event with Antifa

6    with a cap on?  How would Antifa distinguish who the real

7    journalist or someone trying to take their picture?

8       A    I don't know how they would do that.

9       Q    But they beat them up anyway, isn't that correct?

10      A    Who?

11      Q    The journalist, actual journalist?

12      A    In Portland?

13      Q    In just about every City you've named?

14             MS. KLEIDMAN:  Objection.

15             THE COURT:  I'll allow the question.  You can

16    answer.

17      A    I would say I don't really know what you're talking

18    about on that.

19      Q    Have you heard of Proud Boys blowing up and setting

20    fire to police cars?

21      A    I have not.

22      Q    But you've heard Antifa has?

23      A    I have.

24      Q    On how many occasions?

25      A    A handful.

**Yvonne Oviedo, Senior Court Reporter**

RECROSS-MR. GOLDBERG-SEGAL

1    Q    A handful, does that mean six?

2    A    I don't have that number.

3    Q    I'm curious, you say that the Antifa people wear masks

4    and black clothing, even when they're with each other having

5    meetings, as you say?

6    A    I'm not sure I talked about what they do in meetings

7    with each other.  I'm not there.  I can't comment.

8    Q    You were asked, by the --

9              THE COURT:  Let the witness answer.  Go ahead.

10   A    I don't know what they wear in meetings that I'm not

11   there.

12   Q    But you told us, a little while ago, that you have

13   heard, or seen, or read, that Antifa people wear masks and black

14   clothing even when they're with themselves?

15   A    I don't recall that.  What you may be referring to is

16   that these individuals meet and organize on-line, and I still

17   don't know what they wear.

18   Q    While we're on that, you indicated there is no

19   organization amongst Antifa people, is that what you said?

20   A    It's loosely affiliated.  There is some organization

21   in terms of, you know, on-line alerting each other to where an

22   event might be.  But it's not as structured as a membership

23   organization.

24   Q    So in other words, a person who wants to don a mask

25   and wears black clothing can show up at an event for whatever

**Yvonne Oviedo, Senior Court Reporter**

RECROSS-MR. GOLDBERG-SEGAL

1    reason he wants?

2         A    Sure.

3         Q    No matter how deranged or abnormal that person is, he

4    would be accepted by the group?

5                   MS. KLEIDMAN:  Objection.

6                   THE COURT:  Do they check who is there and look

7         for membership cards?

8                   THE WITNESS:  No.

9                   THE COURT:  So if somebody deranged shows up, he

10        might just be there, right?

11                  THE WITNESS:  Yes.

12        Q    So anybody who has a gripe with the government, and

13   can afford a mask, and wear black clothing, and show up in a

14   protest, would be a perfectly welcome as an Antifa individual,

15   isn't that right?

16        A    I don't know.  I don't know how to answer that

17   question.

18        Q    Is there any reason why he couldn't be a card-carrying

19   member of Antifa, show up no matter how deranged he is?

20        A    He couldn't be a card-carrying member because they

21   don't carry cards.

22                  MR. GOLDBERG:  I have no further questions.

23                  MR. HART:  I have a couple of questions.

24

25

**Yvonne Oviedo, Senior Court Reporter**

RECROSS-MR. HART-SEGAL

1   RECROSS-EXAMINATION

2   BY MR. HART:

3        Q    Aren't you aware that many of the statements that were

4   just read to you by the prosecutor from a Gavin McInnes show,

5   were taken out of context?  For example, there are many times

6   where Gavin McInnes would say, okay, I'm going to be viewed as a

7   racist, so if I use the N word, I just did it, nigger, I'm going

8   to be viewed as a racist.  And a lot of times those statements

9   are taken out of context.  So they say, oh, Gavin McInnes used

10  the N word, so therefore, he must be a racist, correct, you've

11  heard that before, right?

12       A    This is the first time I've heard that framing.  I'm

13  not sure I understand the question.

14       Q    The question is that many of the statements you're

15  hearing from the prosecutor, that he's a racist, he's against

16  Asians, a lot of those statements, the use of the N word, all he

17  was saying was, you know what, if I'm accused of being a racist.

18  If I use the N word, I'm going to be accused of being a racist.

19  So guess what, I'm going to use the N word, nigger.  So now I'm

20  going to be called a racist?

21            THE COURT:  You're being asked about the context

22       of the statement.  Have you listened to these podcasts?

23       Can you answer that?

24            THE WITNESS:  I have.  I do believe that, not

25       necessarily all the statements you've just heard, but some

**Yvonne Oviedo, Senior Court Reporter**

RECROSS-MR. HART-SEGAL

1    and others, I think it's Gavin McInnes' MO to be

2    provocative, to try to use language like that, which he

3    thinks is funny.  I don't think it's funny.  I don't think

4    the N word, in any context is funny.

5         I think the concern I have, as somebody who monitors

6    extremists, and extremist violence, not everybody is going

7    to think that's funny.  Some may think it's real, and some

8    people may act on it.  That's why I take extremism and hate

9    speech so seriously and how they're connected.

10   Q    I understand that, but my question is, that since

11   Gavin McInnes defended himself on many of these podcasts will

12   say, hey, the left is accusing me of being a racist.  The left

13   is accusing me of being against Asians.  The left is accusing me

14   as being against Jews.  So if I say anything against Jews, boom,

15   the ADL says now I'm against Jews.  You've heard him say some of

16   those things on the podcast.  To you it's not funny, but he

17   defends himself --

18              THE COURT:  This is getting to be a very

19         complicated question.

20         Do you think some of those, in context, are simply

21         efforts to defend himself?

22              THE WITNESS:  Well, he has made efforts to defend

23         himself from what he's saying, to downplay the significance

24         of it, to say I'm just joking, or I'm trying to make a

25         larger point.  I'm saying, the impact of a hate speech is

RECROSS-MR. HART-SEGAL

1    serious, whether you think you're being serious or not.

2    Q    So you disagree with the way he's been defending

3    himself.  So to you, your view is he's promoting racism when

4    he's defending himself --

5                    MS. KLEIDMAN:  Objection.

6                    THE COURT:  We're getting into a compound

7    question.  How about we try to keep it shorter.

8    Q    Simply, when he defends himself, you are aware that

9    he's defending himself by using humor on these podcasts,

10   correct?

11   A    I am aware that he has defended himself.

12                    (CONTINUED ON NEXT PAGE)

13

14

15

16

17

18

19

20

21

22

23

24

25

CROSS - OREN SEGAL - MR. HART

1    Q.    And he had mentioned, and I believe this was an - - I

2    think the individual's name is Ruffio, (phonetic), where he got

3    arrested.

4              Was he a Proud Boy?

5    A.    I don't remember Ruffio.

6              Is this the case in Portland?

7    Q.    Someone was hit with a metal baton.  I think it was an

8    - - are you aware of an incident where someone was hit with a

9    metal baton, they were a Proud Boy, but he defended himself,

10   police looked at the video, realized this was an individual who

11   defended himself from someone who attacked --

12             MS. KLEIDMAN: Objection.

13             THE COURT: We have had so many instances on both

14      sides.  It's repetitive.  Let's move on.

15             MR. HART: I'll withdraw that question.

16             I have nothing further.

17             MS. KLEIDMAN:  I don't have any additional

18      questions.

19             I want to make sure People's 2 is admitted into

20      evidence.

21             THE COURT: It is in evidence.

22             Sir, thank you.  You may step down.

23             (Witness exits)

24             Ladies and gentlemen, in just a minute we'll take

25      our break.  I want to talk to you a little first about what