| | |
|---|---|
| **From:** | Mulroe, Conor (CRM) |
| **To:** | dbs_davidbsmithpllc.com; nds@davidbsmithpllc.com; jdhull@hullmcguire.com; Norm Pattis; chernan7_aol.com; jkahanmd@hotmail.com; hassan@nhassanlaw.com; sabino@jaureguilaw.com; fedcases@metcalflawnyc.com |
| **Cc:** | McCullough, Jason (USADC); Kenerson, Erik (USADC); Moore, Nadia (USADC) |
| **Subject:** | US v. NORDEAN et al (21-cr-175) - First preliminary trial materials |
| **Date:** | Friday, August 19, 2022 5:43:26 PM |
| **Attachments:** | NORDEAN et al - Preliminary exhibit list Aug 2022.pdf<br>NORDEAN et al - Preliminary witness list Aug 2022.pdf<br>NORDEAN et al - Letter to counsel 2022-08-19.pdf |

Counsel,

Please see the attached letter memorializing our production of preliminary trial materials. The materials can be found at this link: https://usafx.box.com
The preliminary exhibit and witness lists are also attached to this email.

**Conor Mulroe | Trial Attorney**
U.S. Department of Justice | Criminal Division
1301 New York Ave. NW | Washington, DC 20005
202.330.1788 |  conor.mulroe@usdoj.gov