| | |
|---|---|
| **Government** ☑ | United States |
| **Plaintiff** ☐ | **VS.**    Criminal No. <u>21-CR-175 (TJK)</u> |
| **Defendant** ☐ | Ethan Nordean, Joseph Biggs, Zachary Rehl, Enrique Tarrio and Dominic Pezzola |
| **Joint** ☐ | |
| **Court** ☐ | |

### GOVERNMENT'S FIRST PRELIMINARY EXHIBIT LIST

| EX. # | DESCRIPTION | SOURCE |
|---|---|---|
| | **Series:** | |
| | **Physical Evidence** | |
| | Megaphone seized from Joseph Biggs (1B33) | Rule 41 Residential Search (Biggs) |
| | Face Gaiter seized from Joseph Biggs (1B3) | Rule 41 Residential Search (Biggs) |
| | Face Gaiter seized from Joseph Biggs (1B4) | Rule 41 Residential Search (Biggs) |
| | Flannel seized from Joseph Biggs (1B6) | Rule 41 Residential Search (Biggs) |
| | Proud Boys Protective Vest seized from Joseph Biggs (1B7) | Rule 41 Residential Search (Biggs) |
| | Proud Boys Flag seized from Joseph Biggs (1B9) | Rule 41 Residential Search (Biggs) |
| | Proud Boys T-Shirt seized from Joseph Biggs (1B10) | Rule 41 Residential Search (Biggs) |
| | Proud Boys T-Shirt seized from Joseph Biggs (1B11) | Rule 41 Residential Search (Biggs) |
| | Proud Boys Patch seized from Joseph Biggs (1B12) | Rule 41 Residential Search (Biggs) |
| | Proud Boys Coins seized from Joseph Biggs (1B16) | Rule 41 Residential Search (Biggs) |
| | Proud Boys Coins seized from Joseph Biggs (1B16) | Rule 41 Residential Search (Biggs) |
| | Proud Boys Coins seized from Joseph Biggs (1B16) | Rule 41 Residential Search (Biggs) |
| | Proud Boys Coins seized from Joseph Biggs (1B16) | Rule 41 Residential Search (Biggs) |
| | Proud Boys Coins seized from Joseph Biggs (1B16) | Rule 41 Residential Search (Biggs) |
| | Proud Boys Coins seized from Joseph Biggs (1B19) | Rule 41 Residential Search (Biggs) |
| | Proud Boys Coins seized from Joseph Biggs (1B19) | Rule 41 Residential Search (Biggs) |
| | Proud Boys Card seized from Ethan Nordean (1B1) | Rule 41 Residential Search (Nordean) |
| | Hat and Bump Cap seized from Ethan Nordean (1B2) | Rule 41 Residential Search (Nordean) |
| | Face Gaiter seized from Ethan Nordean (1B3) | Rule 41 Residential Search (Nordean) |
| | Sunglasses seized from Ethan Nordean (1B4) | Rule 41 Residential Search (Nordean) |
| | Proud Boys Patch seized from Ethan Nordean (1B6) | Rule 41 Residential Search (Nordean) |
| | Protective Vest seized from Ethan Nordean (1B11) | Rule 41 Residential Search (Nordean) |
| | Challenge Coin Holder Notebook seized from Ethan Nordean (1B14) | Rule 41 Residential Search (Nordean) |
| | Proud Boys Coin seized from Ethan Nordean (1B14) | Rule 41 Residential Search (Nordean) |

| EX. # | DESCRIPTION | SOURCE |
|---|---|---|
| | Proud Boys Coin seized from Ethan Nordean (1B14) | Rule 41 Residential Search (Nordean) |
| | Proud Boys Coin seized from Ethan Nordean (1B14) | Rule 41 Residential Search (Nordean) |
| | Proud Boys Coin seized from Ethan Nordean (1B14) | Rule 41 Residential Search (Nordean) |
| | Proud Boys Coin seized from Ethan Nordean (1B14) | Rule 41 Residential Search (Nordean) |
| | Proud Boys Polo Shirt seized from Ethan Nordean (1B15) | Rule 41 Residential Search (Nordean) |
| | Proud Boys Polo Shirt seized from Ethan Nordean (1B15) | Rule 41 Residential Search (Nordean) |
| | Rebel Rufio T-Shirt seized from Ethan Nordean (1B16) | Rule 41 Residential Search (Nordean) |
| | Jacket seized from Zachary Rehl (1B1) | Rule 41 Residential Search (Rehl) |
| | Proud Boys Coin seized from Zachary Rehl (1B3) | Rule 41 Residential Search (Rehl) |
| | Proud Boys Coin seized from Zachary Rehl (1B3) | Rule 41 Residential Search (Rehl) |
| | Proud Boys Coin seized from Zachary Rehl (1B3) | Rule 41 Residential Search (Rehl) |
| | Proud Boys Coin seized from Zachary Rehl (1B3) | Rule 41 Residential Search (Rehl) |
| | Proud Boys Coin seized from Zachary Rehl (1B5) | Rule 41 Residential Search (Rehl) |
| | Notebook seized from Dominic Pezzola (1B15) | Rule 41 Residential Search (Pezzola) |
| | Proud Boys T-Shirt seized from Dominic Pezzola (1B2) | Rule 41 Residential Search (Pezzola) |
| | Proud Boys Documents seized from Dominic Pezzola (1B4) | Rule 41 Residential Search (Pezzola) |
| | Proud Boys Card seized from Dominic Pezzola (1B6) | Rule 41 Residential Search (Pezzola) |
| | Proud Boys Document seized from Dominic Pezzola (1B8) | Rule 41 Residential Search (Pezzola) |
| | Proud Boys Patches seized from Dominic Pezzola (1B11) | Rule 41 Residential Search (Pezzola) |
| | Proud Boys Protective Vest seized from Dominic Pezzola (1B16) | Rule 41 Residential Search (Pezzola) |
| | Jacket seized from Charles Donohoe (1B2) | Rule 41 Residential Search (Donohoe) |
| | Proud Boys Scarf seized from Charles Donohoe (1B3) | Rule 41 Residential Search (Donohoe) |
| | Proud Boys Sign seized from Charles Donohoe (1B4) | Rule 41 Residential Search (Donohoe) |
| | Search Warrant Photographs (Biggs) (Various) | |
| | Search Warrant Photographs (Nordean) (Various) | |
| | Search Warrant Photographs (Rehl) (Various) | |
| | Search Warrant Photographs (Pezzola) (Various) | |
| | Cellular Telephone seized from Enrique Tarrio | |
| | Cellular Telephone seized from Ethan Nordean | |
| | Cellular Telephone seized from Zachary Rehl | |
| | Cellular Telephone seized from Paul Rae | |
| | Cellular Telephone seized from Gabriel Garcia | |
| | Cellular Telephone seized from Nicholas Ochs | |

| EX. # | DESCRIPTION | SOURCE |
|---|---|---|
| | Disk Containing Interview of Biggs; 266O-JK-3374931_0000003_1A0000001_0000001.MP3 (Jan. 18, 2021) | |
| | | |
| | **Series:** | |
| | **Maps/Diagrams & Demonstrative Aids** | |
| | Aerial Map of Restricted Area on January 6, 2021 | |
| | U.S. Capitol Floor Plan – Basement | |
| | U.S. Capitol Floor Plan – First Floor | |
| | U.S. Capitol Floor Plan – Second Floor | |
| | U.S. Capitol Floor Plan – Third Floor | |
| | 3-D Image of Exterior of the U.S. Capitol Building | |
| | | |
| | **Series:** | |
| | **U.S. Capitol Police CCTV and Body Worn Camera Video** | |
| | Video Montage of USCP Footage | USCP CCTV Footage – **Draft provided** |
| | Pence Evacuation Footage (Various) | USCP CCTV Footage |
| | Camera 102 (2:12pm - 3:12pm) | USCP CCTV Footage |
| | Camera 113 (2:15pm - 2:53pm) | USCP CCTV Footage |
| | Camera 117 (2:15pm, 2:53pm) | USCP CCTV Footage |
| | Camera 126 (2:30pm - 2:50pm) | USCP CCTV Footage |
| | Camera 178 (2:30pm) | USCP CCTV Footage |
| | Camera 204 (2:53pm) | USCP CCTV Footage |
| | Camera 205 (2:52pm) | USCP CCTV Footage |
| | Camera 213 (2:13pm - 2:55pm) | USCP CCTV Footage |
| | Camera 300 (2:42pm) | USCP CCTV Footage |
| | Camera 301 (2:46pm) | USCP CCTV Footage |
| | Camera 303 (2:42pm - 2:51pm) | USCP CCTV Footage |
| | Camera 304 (2:42pm - 2:51pm) | USCP CCTV Footage |
| | Camera 305 (2:51pm) | USCP CCTV Footage |
| | Camera 402 (2:27pm) | USCP CCTV Footage |
| | Camera 403 (2:30pm) | USCP CCTV Footage |
| | Camera 686 (2:39pm - 3:11pm) | USCP CCTV Footage |
| | Camera 0756 (12:04pm - 12:35pm) | USCP CCTV Footage |
| | Camera 0903 (12:54pm - 2:00pm) | USCP CCTV Footage |
| | Camera 0905 (11:28 - 12:05pm) | USCP CCTV Footage |
| | Camera 0907 (11:33am - 12:00pm) | USCP CCTV Footage |
| | Camera 912 (2:37pm) | USCP CCTV Footage |

| EX. # | DESCRIPTION | SOURCE |
|---|---|---|
| | Camera 924 (2:10pm - 2:23pm | USCP CCTV Footage |
| | Camera 925 (2:09pm - 2:24pm | USCP CCTV Footage |
| | Camera 926 (2:12pm - 2:15pm | USCP CCTV Footage |
| | Camera 927 (2:12pm - 2:15pm | USCP CCTV Footage |
| | Camera 944 (12:50pm - 2:00pm) | USCP CCTV Footage |
| | Camera 951 ((2:17pm - 2:26pm) | USCP CCTV Footage |
| | Camera 959 (2:42pm - 3:04pm) | USCP CCTV Footage |
| | Camera 960 (2:38pm) | USCP CCTV Footage |
| | Camera 961 (2:21pm; 2:52pm) | USCP CCTV Footage |
| | Camera 7029 (2:40pm) | USCP CCTV Footage |
| | Camera 7216 (2:40pm) | USCP CCTV Footage |
| | Camera 7218 (2:41pm) | USCP CCTV Footage |
| | Camera 7198 (11:55am - 12:00pm) | USCP CCTV Footage |
| | Camera 7199 (11:52am - 12:00pm) | USCP CCTV Footage |
| | USCP Photograph (DSC_0001.jpeg) | ██████████ |
| | USCP Photograph  (DSC_0004.jpeg) | ██████████ |
| | USCP Photograph (DSC_0029.jpeg) | ██████████ |
| | USCP Video (DSC_0035.MOV) | ██████████ |
| | USCP Photograph (DSC_0077.jpeg) | ██████████ |
| | USCP Photograph (DSC_0078.jpeg) | ██████████ |
| | USCP Photograph (DSC_0079.jpeg) | ██████████ |
| | USCP Photograph (DSC_0080.jpeg) | ██████████ |
| | USCP Photograph (DSC_0163.jpeg) | ██████████ |
| | USCP Photograph (DSC_0165.jpeg) | ██████████ |
| | USCP Photograph (DSC_0166.jpeg) | ██████████ |
| | USCP Photograph (DSC_0031.jpeg) | ██████████ |
| | USCP Photograph (DLL_0009.jpeg) | ██████████ |
| | USCP Photograph (DLL_0011.jpeg) | ██████████ |
| | USCP Video (DSC_0001.mov) | ██████████ |
| | USCP Video (DSC_0002.mov) | ██████████ |
| | USCP Video (DSC_0003.mov) | ██████████ |
| | USCP Video (DSC_0004.mov) | ██████████ |
| | USCP Video (DSC_0006.mov) | ██████████ |
| | USCP Video (DSC_0007.mov) | ██████████ |
| | USCP Video (DSC_0008.mov) | ██████████ |
| | USCP Video (DSC_0013.mov) | ██████████ |
| | USCP Video (DSC_0015.mov) | ██████████ |
| | USCP Video (DSC_0016.mov) | ██████████ |

| EX. # | DESCRIPTION | SOURCE |
|---|---|---|
| | USCP Video (DSC_0017.mov) | ██████████████ |
| | MPD BWC (Various) | |
| | MPD BWC From MPD Officer ████████, 1:24pm | BWC MPD |
| | MPD BWC From MPD Officer ████████, 1:24pm | BWC MPD |
| | MPD BWC From MPD Officer ████████, 2:03pm | BWC MPD |
| | MPD BWC From MPD Officer ████████, 2:52pm | BWC MPD |
| | MPD BWC From MPD Officer ████████, 3:06pm | BWC MPD |
| | MPD Radio Runs (Various) | |
| | USCP Radio Runs (Various) | |
| | | |
| | | |
| | **Series:** | |
| | **Defendant Video and Photographs** | |
| | IMG_1851.MOV (12:36 pm) (January 6, 2021) | Rehl iPhone 11 Pro (1B7) |
| | IMG_1854.MOV (12:52 pm) (January 6, 2021) | Rehl iPhone 11 Pro (1B7) |
| | IMG_1855.MOV (12:53 pm) (January 6, 2021) | Rehl iPhone 11 Pro (1B7) |
| | IMG_1856.MOV (12:54 pm) (January 6, 2021) | Rehl iPhone 11 Pro (1B7) |
| | IMG_1857.MOV (12:57 pm) (January 6, 2021) | Rehl iPhone 11 Pro (1B7) |
| | IMG_1858.MOV (12:59 pm) (January 6, 2021) | Rehl iPhone 11 Pro (1B7) |
| | IMG_1859.MOV (12:59 pm) (January 6, 2021) | Rehl iPhone 11 Pro (1B7) |
| | IMG_1860.MOV (1:03 pm) (January 6, 2021) | Rehl iPhone 11 Pro (1B7) |
| | IMG_1861.MOV (1:04 pm) (January 6, 2021) | Rehl iPhone 11 Pro (1B7) |
| | IMG_1864.MOV (1:11 pm) (January 6, 2021) | Rehl iPhone 11 Pro (1B7) |
| | IMG_1867.MOV (1:13 pm) (January 6, 2021) | Rehl iPhone 11 Pro (1B7) |
| | IMG_1870.MOV (1:25 pm) (January 6, 2021) | Rehl iPhone 11 Pro (1B7) |
| | IMG_1871.MOV (1:32 pm) (January 6, 2021) | Rehl iPhone 11 Pro (1B7) |
| | IMG_1872.MOV (1:34 pm) (January 6, 2021) | Rehl iPhone 11 Pro (1B7) |
| | IMG_1873.MOV (1:39 pm) (January 6, 2021) | Rehl iPhone 11 Pro (1B7) |
| | IMG_1875.MOV (2:13 pm) (January 6, 2021) | Rehl iPhone 11 Pro (1B7) |
| | IMG_1888.MOV (2:28 pm) (January 6, 2021) | Rehl iPhone 11 Pro (1B7) |
| | IMG_1892.MOV (2:32 pm) (January 6, 2021) | Rehl iPhone 11 Pro (1B7) |
| | IMG_1893.MOV (2:40 pm) (January 6, 2021) | Rehl iPhone 11 Pro (1B7) |
| | IMG_1894.MOV (2:40 pm) (January 6, 2021) | Rehl iPhone 11 Pro (1B7) |
| | IMG_1896.MOV (2:41 pm) (January 6, 2021) | Rehl iPhone 11 Pro (1B7) |
| | IMG_1897.MOV (2:42 pm) (January 6, 2021) | Rehl iPhone 11 Pro (1B7) |
| | IMG_1898.MOV (2:42 pm) (January 6, 2021) | Rehl iPhone 11 Pro (1B7) |
| | IMG_1918.MOV (3:11 pm) (January 6, 2021) | Rehl iPhone 11 Pro (1B7) |

| EX. # | DESCRIPTION | SOURCE |
|---|---|---|
| | IMG_1863.HEIC (9:10 am) (January 6, 2021) | Rehl iPhone 11 Pro (1B7) |
| | IMG_1847.HEIC (11:33 am) (January 6, 2021) | Rehl iPhone 11 Pro (1B7) |
| | IMG_1849.HEIC (11:44 am) (January 6, 2021) | Rehl iPhone 11 Pro (1B7) |
| | IMG_1850.HEIC (12:19 pm) (January 6, 2021) | Rehl iPhone 11 Pro (1B7) |
| | IMG_1862.HEIC (1:06 pm) (January 6, 2021) | Rehl iPhone 11 Pro (1B7) |
| | IMG_1843.HEIC (1:07 pm) (January 6, 2021) | Rehl iPhone 11 Pro (1B7) |
| | IMG_1865.HEIC (1:13 pm) (January 6, 2021) | Rehl iPhone 11 Pro (1B7) |
| | IMG_1868.HEIC (1:24 pm) (January 6, 2021) | Rehl iPhone 11 Pro (1B7) |
| | IMG_1869.HEIC (1:24 pm) (January 6, 2021) | Rehl iPhone 11 Pro (1B7) |
| | IMG_1874.HEIC (2:02 pm) (January 6, 2021) | Rehl iPhone 11 Pro (1B7) |
| | IMG_1876.HEIC (2:15 pm) (January 6, 2021) | Rehl iPhone 11 Pro (1B7) |
| | IMG_1877.HEIC (2:15 pm) (January 6, 2021) | Rehl iPhone 11 Pro (1B7) |
| | IMG_1878.HEIC (2:17 pm) (January 6, 2021) | Rehl iPhone 11 Pro (1B7) |
| | IMG_1881.HEIC (2:21 pm) (January 6, 2021) | Rehl iPhone 11 Pro (1B7) |
| | IMG_1882.HEIC (2:23 pm) (January 6, 2021) | Rehl iPhone 11 Pro (1B7) |
| | IMG_1883.HEIC (2:26 pm) (January 6, 2021) | Rehl iPhone 11 Pro (1B7) |
| | IMG_1884.HEIC (2:27 pm) (January 6, 2021) | Rehl iPhone 11 Pro (1B7) |
| | IMG_1886.HEIC (2:28 pm) (January 6, 2021) | Rehl iPhone 11 Pro (1B7) |
| | IMG_1887.HEIC (2:28 pm) (January 6, 2021) | Rehl iPhone 11 Pro (1B7) |
| | IMG_1889.HEIC (2:30 pm) (January 6, 2021) | Rehl iPhone 11 Pro (1B7) |
| | IMG_1890.HEIC (2:30 pm) (January 6, 2021) | Rehl iPhone 11 Pro (1B7) |
| | IMG_1890.HEIC (2:30 pm) (January 6, 2021) | Rehl iPhone 11 Pro (1B7) |
| | IMG_1897.HEIC (2:42 pm) (January 6, 2021) | Rehl iPhone 11 Pro (1B7) |
| | IMG_1899.HEIC (2:43 pm) (January 6, 2021) | Rehl iPhone 11 Pro (1B7) |
| | IMG_1900.HEIC (2:47 pm) (January 6, 2021) | Rehl iPhone 11 Pro (1B7) |
| | IMG_1901.HEIC (2:48 pm) (January 6, 2021) | Rehl iPhone 11 Pro (1B7) |
| | IMG_1903.HEIC (2:50 pm) (January 6, 2021) | Rehl iPhone 11 Pro (1B7) |
| | IMG_1902.HEIC (2:50 pm) (January 6, 2021) | Rehl iPhone 11 Pro (1B7) |
| | IMG_1920.HEIC (3:32 pm) (January 6, 2021) | Rehl iPhone 11 Pro (1B7) |
| | IMG_1919.HEIC (3:32 pm) (January 6, 2021) | Rehl iPhone 11 Pro (1B7) |
| | IMG_1922.HEIC (3:33 pm) (January 6, 2021) | Rehl iPhone 11 Pro (1B7) |

| EX. # | DESCRIPTION | SOURCE |
|---|---|---|
| | IMG_1923.HEIC (3:33 pm) (January 6, 2021) | Rehl iPhone 11 Pro (1B7) |
| | IMG_1924.HEIC (3:36 pm) (January 6, 2021) | Rehl iPhone 11 Pro (1B7) |
| | IMG_1926.HEIC (3:36 pm) (January 6, 2021) | Rehl iPhone 11 Pro (1B7) |
| | IMG_1927.HEIC (3:40 pm) (January 6, 2021) | Rehl iPhone 11 Pro (1B7) |
| | IMG_1928.HEIC (3:53 pm) (January 6, 2021) | Rehl iPhone 11 Pro (1B7) |
| | IMG_1930.HEIC (4:06 pm) (January 6, 2021) | Rehl iPhone 11 Pro (1B7) |
| | IMG_1901.HEIC (N/T pm) (January 6, 2021) | Rehl iPhone 11 Pro (1B7) |
| | IMG_1939.HEIC (N/T pm) (January 6, 2021) | Rehl iPhone 11 Pro (1B7) |
| | telegram-cloud-document-1-5165743714508734747_partial | Rehl iPhone 11 Pro (1B7) |
| | telegram-cloud-document-1-5165745788977938822_partial | Rehl iPhone 11 Pro (1B7) |
| | telegram-cloud-document-1-5165745788977938823_partial | Rehl iPhone 11 Pro (1B7) |
| | telegram-cloud-document-1-5165745788977938824 | Rehl iPhone 11 Pro (1B7) |
| | telegram-cloud-document-1-5165745788977938830 | Rehl iPhone 11 Pro (1B7) |
| | telegram-cloud-document-1-5165878331668693354_partial | Rehl iPhone 11 Pro (1B7) |
| | telegram-cloud-document-1-5166003985231905082 | Rehl iPhone 11 Pro (1B7) |
| | telegram-cloud-document-1-5166121538486796527_partial | Rehl iPhone 11 Pro (1B7) |
| | telegram-cloud-document-1-5166156284772221196_partial | Rehl iPhone 11 Pro (1B7) |
| | IMG_9471.HEIC; IMG_9471.HEIC.csv (4:10:53 UTC) (January 6, 2021) | Biggs Google SW Return (1B44) |
| | IMG_9472.HEIC; IMG_9472.HEIC.csv (4:10:55 UTC) (January 6, 2021) | Biggs Google SW Return (1B44) |
| | IMG_9473.HEIC; IMG_9473.HEIC.csv (4:11:04 UTC) (January 6, 2021) | Biggs Google SW Return (1B44) |
| | IMG_9474.HEIC; IMG_9474.HEIC.csv (4:11:07 UTC) (January 6, 2021) | Biggs Google SW Return (1B44) |
| | IMG_9475.MOV; IMG_9475.MOV.csv (5:55:51 UTC) (January 6, 2021) | Biggs Google SW Return (1B44) |
| | IMG_9476.MOV; IMG_9476.MOV.csv (5:55:54 UTC) (January 6, 2021) | Biggs Google SW Return (1B44) |
| | IMG_9477.MOV; IMG_9477.MOV.csv (5:59:25 UTC) (January 6, 2021) | Biggs Google SW Return (1B44) |
| | IMG_9478.HEIC; IMG_9478.HEIC.csv (6:04:48 UTC) (January 6, 2021) | Biggs Google SW Return (1B44) |
| | IMG_9479.HEIC; IMG_9479.HEIC.csv (6:04:49 UTC) (January 6, 2021) | Biggs Google SW Return (1B44) |

| EX. # | DESCRIPTION | SOURCE |
|---|---|---|
|  | IMG_9480.HEIC; IMG_9480.HEIC.csv (6:04:50 UTC) (January 6, 2021) | Biggs Google SW Return (1B44) |
|  | IMG_9481.MOV; IMG_9481.MOV.csv  (6:04:53 UTC) (January 6, 2021) | Biggs Google SW Return (1B44) |
|  | IMG_9482.HEIC; IMG_9482.HEIC.csv (6:05:19 UTC) (January 6, 2021) | Biggs Google SW Return (1B44) |
|  | IMG_9483.MOV; IMG_9483.MOV.csv  (6:06:56 UTC) (January 6, 2021) | Biggs Google SW Return (1B44) |
|  | IMG_9484.HEIC; IMG_9484.HEIC.csv (6:08:04 UTC) (January 6, 2021) | Biggs Google SW Return (1B44) |
|  | IMG_9485.HEIC; IMG_9485.HEIC.csv (6:08:06 UTC) (January 6, 2021) | Biggs Google SW Return (1B44) |
|  | IMG_9486.HEIC; IMG_9486.HEIC.csv (6:08:07 UTC) (January 6, 2021) | Biggs Google SW Return (1B44) |
|  | IMG_9487.HEIC; IMG_9487.HEIC.csv (6:08:09 UTC) (January 6, 2021) | Biggs Google SW Return (1B44) |
|  | IMG_9488.HEIC; IMG_9488.HEIC.csv (6:08:11 UTC) (January 6, 2021) | Biggs Google SW Return (1B44) |
|  | IMG_9489.HEIC; IMG_9489.HEIC.csv (6:08:11 UTC) (January 6, 2021) | Biggs Google SW Return (1B44) |
|  | IMG_9490.HEIC; IMG_9490.HEIC.csv (6:08:12 UTC) (January 6, 2021) | Biggs Google SW Return (1B44) |
|  | IMG_9491.HEIC; IMG_9491.HEIC.csv (6:08:13 UTC) (January 6, 2021) | Biggs Google SW Return (1B44) |
|  | IMG_9492.MOV; IMG_9492.MOV.csv  (6:11:53 UTC) (January 6, 2021) | Biggs Google SW Return (1B44) |
|  | IMG_9493.HEIC; IMG_9493.HEIC.csv (6:14:40 UTC) (January 6, 2021) | Biggs Google SW Return (1B44) |
|  | IMG_9494.HEIC; IMG_9494.HEIC.csv (6:14:42 UTC) (January 6, 2021) | Biggs Google SW Return (1B44) |
|  | IMG_9495.MOV; IMG_9495.MOV.csv  (6:14:44 UTC) (January 6, 2021) | Biggs Google SW Return (1B44) |
|  | IMG_9496.MOV; IMG_9496.MOV.csv  (6:16:25 UTC) (January 6, 2021) | Biggs Google SW Return (1B44) |
|  | IMG_9497.HEIC; IMG_9497.HEIC.csv (6:18:19 UTC) (January 6, 2021) | Biggs Google SW Return (1B44) |
|  | IMG_9498.HEIC; IMG_9498.HEIC.csv (6:18:21 UTC) (January 6, 2021) | Biggs Google SW Return (1B44) |
|  | IMG_9499.HEIC; IMG_9499.HEIC.csv (6:18:23 UTC) (January 6, 2021) | Biggs Google SW Return (1B44) |
|  | IMG_9500.HEIC; IMG_9500.HEIC.csv (6:18:28 UTC) (January 6, 2021) | Biggs Google SW Return (1B44) |
|  | IMG_9501.HEIC; IMG_9501.HEIC.csv (6:18:32 UTC) (January 6, 2021) | Biggs Google SW Return (1B44) |

| EX. # | DESCRIPTION | SOURCE |
|---|---|---|
| | IMG_9502.HEIC; IMG_9502.HEIC.csv (6:18:35 UTC) (January 6, 2021) | Biggs Google SW Return (1B44) |
| | IMG_9503.HEIC; IMG_9503.HEIC.csv (6:25:23 UTC) (January 6, 2021) | Biggs Google SW Return (1B44) |
| | IMG_9504.HEIC; IMG_9504.HEIC.csv (6:27:10 UTC) (January 6, 2021) | Biggs Google SW Return (1B44) |
| | IMG_9505.HEIC; IMG_9505.HEIC.csv (6:27:14 UTC) (January 6, 2021) | Biggs Google SW Return (1B44) |
| | IMG_9506.HEIC; IMG_9506.HEIC.csv (6:27:19 UTC) (January 6, 2021) | Biggs Google SW Return (1B44) |
| | IMG_9507.HEIC; IMG_9507.HEIC.csv (6:27:21 UTC) (January 6, 2021) | Biggs Google SW Return (1B44) |
| | IMG_9508.MOV; IMG_9508.MOV.csv  (6:27:30 UTC) (January 6, 2021) | Biggs Google SW Return (1B44) |
| | IMG_9509.HEIC; IMG_9509.HEIC.csv (6:57:28 UTC) (January 6, 2021) | Biggs Google SW Return (1B44) |
| | IMG_9510.HEIC; IMG_9510.HEIC.csv (6:57:29 UTC) (January 6, 2021) | Biggs Google SW Return (1B44) |
| | IMG_9511.HEIC; IMG_9511.HEIC.csv (6:57:35 UTC) (January 6, 2021) | Biggs Google SW Return (1B44) |
| | IMG_9512.HEIC; IMG_9512.HEIC.csv (7:12:55 UTC) (January 6, 2021) | Biggs Google SW Return (1B44) |
| | IMG_9513.HEIC; IMG_9513.HEIC.csv (7:12:56 UTC) (January 6, 2021) | Biggs Google SW Return (1B44) |
| | IMG_9514.HEIC; IMG_9514.HEIC.csv (7:13:01 UTC) (January 6, 2021) | Biggs Google SW Return (1B44) |
| | IMG_9515.HEIC; IMG_9515.HEIC.csv (7:13:04 UTC) (January 6, 2021) | Biggs Google SW Return (1B44) |
| | IMG_9516.HEIC; IMG_9516.HEIC.csv (7:13:05 UTC) (January 6, 2021) | Biggs Google SW Return (1B44) |
| | IMG_9517.HEIC; IMG_9517.HEIC.csv (7:13:07 UTC) (January 6, 2021) | Biggs Google SW Return (1B44) |
| | IMG_9518.HEIC; IMG_9518.HEIC.csv (7:16:13 UTC) (January 6, 2021) | Biggs Google SW Return (1B44) |
| | IMG_9519.HEIC; IMG_9519.HEIC.csv (7:16:18 UTC) (January 6, 2021) | Biggs Google SW Return (1B44) |
| | IMG_9520.HEIC; IMG_9520.HEIC.csv (7:24:55 UTC) (January 6, 2021) | Biggs Google SW Return (1B44) |
| | IMG_9521.HEIC; IMG_9521.HEIC.csv (7:25:01 UTC) (January 6, 2021) | Biggs Google SW Return (1B44) |
| | IMG_9522.HEIC; IMG_9522.HEIC.csv (7:27:32 UTC) (January 6, 2021) | Biggs Google SW Return (1B44) |
| | IMG_9523.HEIC; IMG_9523.HEIC.csv (7:27:33 UTC) (January 6, 2021) | Biggs Google SW Return (1B44) |

| EX. # | DESCRIPTION | SOURCE |
|---|---|---|
| | IMG_9524.HEIC; IMG_9524.HEIC.csv (7:27:35 UTC) (January 6, 2021) | Biggs Google SW Return (1B44) |
| | IMG_9525.HEIC; IMG_9525.HEIC.csv (7:27:42 UTC) (January 6, 2021) | Biggs Google SW Return (1B44) |
| | IMG_9526.HEIC; IMG_9526.HEIC.csv (7:27:44 UTC) (January 6, 2021) | Biggs Google SW Return (1B44) |
| | IMG_9527.HEIC; IMG_9527.HEIC.csv (7:27:49 UTC) (January 6, 2021) | Biggs Google SW Return (1B44) |
| | IMG_9528.HEIC; IMG_9528.HEIC.csv (7:27:50 UTC) (January 6, 2021) | Biggs Google SW Return (1B44) |
| | IMG_9529.HEIC; IMG_9529.HEIC.csv (7:30:15 UTC) (January 6, 2021) | Biggs Google SW Return (1B44) |
| | IMG_9530.HEIC; IMG_9530.HEIC.csv (7:30:19 UTC) (January 6, 2021) | Biggs Google SW Return (1B44) |
| | IMG_9531.MOV; IMG_9531.MOV.csv  (7:30:22 UTC) (January 6, 2021) | Biggs Google SW Return (1B44) |
| | IMG_9532.HEIC; IMG_9532.HEIC.csv (7:30:41 UTC) (January 6, 2021) | Biggs Google SW Return (1B44) |
| | IMG_9533.HEIC; IMG_9533.HEIC.csv (7:30:45 UTC) (January 6, 2021) | Biggs Google SW Return (1B44) |
| | IMG_9534.HEIC; IMG_9534.HEIC.csv (7:30:50 UTC) (January 6, 2021) | Biggs Google SW Return (1B44) |
| | IMG_9535.HEIC; IMG_9535.HEIC.csv (7:30:50 UTC) (January 6, 2021) | Biggs Google SW Return (1B44) |
| | IMG_9536.HEIC; IMG_9536.HEIC.csv (7:31:17 UTC) (January 6, 2021) | Biggs Google SW Return (1B44) |
| | IMG_9537.HEIC; IMG_9537.HEIC.csv (7:31:18 UTC) (January 6, 2021) | Biggs Google SW Return (1B44) |
| | IMG_9538.HEIC; IMG_9538.HEIC.csv (7:34:16 UTC) (January 6, 2021) | Biggs Google SW Return (1B44) |
| | IMG_9539.HEIC; IMG_9539.HEIC.csv (7:34:17 UTC) (January 6, 2021) | Biggs Google SW Return (1B44) |
| | IMG_9540.HEIC; IMG_9540.HEIC.csv (7:43:06 UTC) (January 6, 2021) | Biggs Google SW Return (1B44) |
| | IMG_9541.HEIC; IMG_9541.HEIC.csv (7:43:07 UTC) (January 6, 2021) | Biggs Google SW Return (1B44) |
| | IMG_9542.HEIC; IMG_9542.HEIC.csv (7:43:08 UTC) (January 6, 2021) | Biggs Google SW Return (1B44) |
| | IMG_9543.HEIC; IMG_9543.HEIC.csv (7:43:09 UTC) (January 6, 2021) | Biggs Google SW Return (1B44) |
| | IMG_9544.HEIC; IMG_9544.HEIC.csv (7:43:10 UTC) (January 6, 2021) | Biggs Google SW Return (1B44) |
| | IMG_9545.HEIC; IMG_9545.HEIC.csv (7:43:11 UTC) (January 6, 2021) | Biggs Google SW Return (1B44) |

| EX. # | DESCRIPTION | SOURCE |
|---|---|---|
| | IMG_9546.HEIC; IMG_9546.HEIC.csv (7:43:46 UTC) (January 6, 2021) | Biggs Google SW Return (1B44) |
| | IMG_9547.HEIC; IMG_9547.HEIC.csv (7:43:52 UTC) (January 6, 2021) | Biggs Google SW Return (1B44) |
| | IMG_9548.HEIC; IMG_9548.HEIC.csv (7:43:54 UTC) (January 6, 2021) | Biggs Google SW Return (1B44) |
| | IMG_9549.HEIC; IMG_9549.HEIC.csv (7:44:50 UTC) (January 6, 2021) | Biggs Google SW Return (1B44) |
| | IMG_9550.HEIC; IMG_9550.HEIC.csv (7:47:56 UTC) (January 6, 2021) | Biggs Google SW Return (1B44) |
| | IMG_9551.HEIC; IMG_9551.HEIC.csv (7:59:16 UTC) (January 6, 2021) | Biggs Google SW Return (1B44) |
| | IMG_9552.HEIC; IMG_9552.HEIC.csv (8:34:48 UTC) (January 6, 2021) | Biggs Google SW Return (1B44) |
| | IMG_9553.HEIC; IMG_9553.HEIC.csv (8:34:50 UTC) (January 6, 2021) | Biggs Google SW Return (1B44) |
| | IMG_9554.HEIC; IMG_9554.HEIC.csv (8:37:38 UTC) (January 6, 2021) | Biggs Google SW Return (1B44) |
| | IMG_9555.HEIC; IMG_9555.HEIC.csv (9:00:24 UTC) (January 6, 2021) | Biggs Google SW Return (1B44) |
| | IMG_9556.HEIC; IMG_9556.HEIC.csv (9:00:26 UTC) (January 6, 2021) | Biggs Google SW Return (1B44) |
| | camvideo_5702bda6.mp4; camvideo_5702bda6.mp4.csv (Jan 6, 2021, 2:40:13 PM UTC) | Biggs Google SW Return (1B44) |
| | IMG_9557.JPG; IMG_9557.JPG.csv (Jan 6, 2021, 10:03:10 PM UTC) | Biggs Google SW Return (1B44) |
| | IMG_9573.MOV; IMG_9573.MOV.csv (Jan 7, 2021, 3:38:08 AM UTC) | Biggs Google SW Return (1B44) |
| | 63168552482__CDBF1543-EA3C-477D-A253-386C867B5FC7.MOV; 63168552482__CDBF1543-EA3C-477D-A253-386C867B5FC7.MOV.csv (Jan 7, 2021, 4:12:04 AM UTC) | Biggs Google SW Return (1B44) |
| | IMG_9115.MOV; IMG_9115.MOV.csv (Dec. 13, 2020, 3:55:01 AM UTC) | Biggs Google SW Return (1B44) |
| | IMG_9406.mp4; CAPD_001356719 | Biggs Apple SW Return (1B44) |
| | -6694055397568480525.m4v; CAPD_001192800 | Biggs Apple SW Return (1B44) |
| | -6694055397568480528.m4v; CAPD_001192802 | Biggs Apple SW Return (1B44) |
| | 6694055397568480564.m4v; CAPD_001192816 | Biggs Apple SW Return (1B44) |
| | 6694055397568480567.m4v; CAPD_001192818 | Biggs Apple SW Return (1B44) |
| | 6694055397568480596.m4v; CAPD_001192831 | Biggs Apple SW Return (1B44) |
| | 6694055397568480743.m4v; CAPD_001192883 | Biggs Apple SW Return (1B44) |

| EX. # | DESCRIPTION | SOURCE |
|---|---|---|
| | 6694055397568480751.mp4; CAPD_001192887 | Biggs Apple SW Return (1B44) |
| | | |
| | **Series:** | |
| | **Other Video and Photographs** | |
| | 20210106_141354_1 | Rule 41 Paul Rae phone |
| | IMG_1173.MOV | Rule 41 Nicholas Ochs iPhone |
| | IMG_1175.MOV | Rule 41 Nicholas Ochs iPhone |
| | IMG_1176.MOV | Rule 41 Nicholas Ochs iPhone |
| | IMG_1177.MOV | Rule 41 Nicholas Ochs iPhone |
| | IMG_1182.MOV | Rule 41 Nicholas Ochs iPhone |
| | IMG_1184.MOV | Rule 41 Nicholas Ochs iPhone |
| | IMG_1204.MOV | Rule 41 Nicholas Ochs iPhone |
| | IMG_1208.MOV | Rule 41 Nicholas Ochs iPhone |
| | IMG_1209.MOV | Rule 41 Nicholas Ochs iPhone |
| | IMG_1211.MOV | Rule 41 Nicholas Ochs iPhone |
| | cam_1fc42017.mp4 | Rule 41 Nicholas Ochs iPhone |
| | cam_8fc2a747.mp4 | Rule 41 Nicholas Ochs iPhone |
| | IMG_1206.HEIC | Rule 41 Nicholas Ochs iPhone |
| | IMG_1204.MOV | Rule 41 Christopher Worrell phone |
| | IMG_1205.MOV | Rule 41 Christopher Worrell phone |
| | IMG_1206.MOV | Rule 41 Christopher Worrell phone |
| | IMG_3966.MOV | Rule 41 Anthony Mariotto phone |
| | IMG_3980.MOV | Rule 41 Anthony Mariotto phone |
| | IMG_0052.MOV | ███████████████ |
| | IMG_0069.MOV | |
| | Insurgence USA | John Earle Sullivan |
| | IMG_5271.MOV; CAPD_000384583 | Paul Westover iPhone |
| | 3154.MOV | Rule 41 Search Hemphill |
| | ML_DC_20210105_Sony_FS5_Clip008 | ███████████████ |
| | ML_DC_20210105_Sony_FS5_Clip009 | |
| | ML_DC_20210105_Sony_FS5_Clip012 | |
| | ML_DC_20210105_Sony_FS5_Clip013 | |
| | ML_DC_20210105_Sony_FS5_Clip017 | |
| | ML_DC_20210105_Sony_FS5_Clip026 | |
| | ML_DC_20210105_Sony_FS5_Clip028 | |
| | ML_DC_20210105_Sony_FS5_Clip029 | |
| | ML_DC_20210105_Sony_FS5_Clip030 | |
| | ML_DC_20210105_Sony_FS5_Clip031 | |

| EX. # | DESCRIPTION | SOURCE | |
|---|---|---|---|
| | ML_DC_20210105_Sony_FS5_Clip032 | ███████████ | |
| | ML_DC_20210105_Sony_FS5_Clip033 | | |
| | ML_DC_20210105_Sony_FS5_Clip042 | | |
| | ML_DC_20210105_Sony_FS5_Clip053 | | |
| | ML_DC_20210105_Sony_FS5_Clip054 | | |
| | ML_DC_20210105_A6500_C0039 | | |
| | *[Placeholder for videos taken by* ████████ *during January 6 event, e.g.,* *Iphone_Nick_DC_20210106_IMG_1127_1.mov,* *Iphone_Nick_DC_20210106_IMG_1129_1.mov]* | ██████████ | |
| | ML_DC_20210106_Sony_FS7-GC_1979 | ███████████ | |
| | ML_DC_20210106_Sony_FS7-GC_1980 | | |
| | ML_DC_20210106_Sony_FS7-GC_1981 | | |
| | ML_DC_20210106_Sony_FS7-GC_1982 | | |
| | ML_DC_20210106_Sony_FS7-GC_1983 | | |
| | ML_DC_20210106_Sony_FS7-GC_1984 | | |
| | ML_DC_20210106_Sony_FS7-GC_1985 | | |
| | ML_DC_20210106_Sony_GC280A_542 | | |
| | ML_DC_20210106_Sony_GC280A_543 | | |
| | ML_DC_20210106_Sony_GC280A_544 | | |
| | ML_DC_20210106_Sony_GC280A_545 | | |
| | fdfffc3173f535df477ff772add9db97 | Rule 41 Residential Search | ████ |
| | bce73d9dca9d871c95968b09a3050899 | Rule 41 Residential Search | |
| | 1480b08135c8ba7b0d3bcfb0c7c4d495 | Rule 41 Residential Search | |
| | 6982e452b7b79bac61bfd936a906c6bf | Rule 41 Residential Search | |
| | 80d8c2c03b176fb153f63ec0b83aca6c | Rule 41 Residential Search | |
| | 8b83a0de4fb8f28ae71205fb4587b834 | Rule 41 Residential Search | |
| | 788810319e10abd5fecdf2f6004e9fb0 | Rule 41 Residential Search | |
| | 7773396753d03f94c2f5316980394b2d | Rule 41 Residential Search | |
| | 854a49f94e9ff7b6e1fd07649510ee24 | Rule 41 Residential Search | |
| | dd4ee5925afcb4973f2de5c5b2118e97 | Rule 41 Residential Search | |
| | 1a7a4a3f78a2539b818c93dccc105f05 | Rule 41 Residential Search | |
| | 9a0954cbadb0a704a7ea21c2c077fd67 | Rule 41 Residential Search | |
| | b6e68e1fb2c5e1ee68811be659b57b9e | Rule 41 Residential Search | |
| | 664d15ba3a3141e17792bf4d302fd6da | Rule 41 Residential Search | |
| | 8cf28b95b4fef2495577c027360e4055 | Rule 41 Residential Search | |
| | c1cf77669120ed67657f30410fd1eb98 | Rule 41 Residential Search | |
| | bdbd0ecd85992f7518560b88d9b90b85 | Rule 41 Residential Search | |
| | 6ee5fb9e57326ca7d25f58ba6e69855d | Rule 41 Residential Search | |

| EX. # | DESCRIPTION | SOURCE |
|---|---|---|
| | 1e85360a4618e70f747deb8a43641592 | Rule 41 Residential Search █ |
| | 7e0b72762f9615e5767e7edb7d027c0c | Rule 41 Residential Search █ |
| | 2b2274073b9f656586539f6843efd1e2 | Rule 41 Residential Search █ |
| | 7923867141eee9160372225a4fdecbac | Rule 41 Residential Search █ |
| | 7ad1a2a750da8e4019a7dc168e38bb34 | Rule 41 Residential Search █ |
| | ABQ Raw Anatomy of a Riot youtube.com | Open Source (CAPVID_00003; 21CR175_00001499) |
| | Banned-Video What REALLY Happen at the Capitol | Open Source (CAPVID_00005) |
| | Brendan Gutenschwager - BG on the Scene (22:38) | Open Source |
| | Channel 4 News Proud boys leader will continue to happen youtube | Open Source (CAPVID_00010) |
| | ElijahSchaffer Twitter assault on the barricades | Open Source (CAPVID_00011) |
| | Insurgence USA | Open Source (CAPVID_00018) |
| | Nigrotime Capitol Riots Raw Footage youtube.com | Open Source (CAPVID_00022) |
| | Nigrotime The US Capitol Breach as it happened youtube.com | Open Source (CAPVID_00023) |
| | RFIRN Eastside Capitol Building youtube.com. | Open Source (CAPVID_00038) |
| | SRM Scenes of Chaos outside US Capitol youtube.com | Open Source (CAPVID_00040) |
| | The Sun Live Stream youtube.com.mp4 | Open Source (CAPVID_00041) |
| | Washington dc the ellipse live irl LIVE in DC where Trump has called in the PATRIOTS (WYSIWYG - Christopher Brow) | Open Source (CAPVID_00042 21CR175_00001496) |
| | RMG News (1:21:17) | Open Source (CAPVID_00043 21CR175_00001495) |
| | Bangumi French News Video | Open Source and MLAT (France) |
| | LA Times "Never Before Seen Footage" (Kent Nishimura) | Open Source (YouTube) |
| | Million MAGA March on DC | Open Source |
| | videoplayback.mp4 (Video of Donohoe, Pezzola, and Greene at rear of west plaza) | Open Source (YouTube - Patrick Sullivan) |
| | Periscope \| ███████████████ - Uh oh.mp4 | Open Source |
| | Facebook - Access to Activism | Open Source (YouTube) |
| | RMG Inside the 2021 Storming of the United States Capitol. Full, Unedited 81 Minutes.mp4 | Open Source |
| | Benjamin Reports (31:03) | Open Source |
| | Bellingcat | Open Source |
| | Video of Joseph Biggs Capitol Entry (s8XNlAskWNvi) | Open Source (ProPublica Parler Collection) |

| EX. # | DESCRIPTION | SOURCE |
|---|---|---|
| | Video of Northwest Capitol Lawn (peNvmsYiM29N) | Open Source (ProPublica Parler Collection) |
| | West Plaza Pezzola (lM9IhrO85Tyy) | Open Source (ProPublica Parler Collection) |
| | Scaffolding (zOZ8CgfNU1SY) | Open Source (ProPublica Parler Collection) |
| | | |
| | **Series:** | |
| | **Assembled Videos and Photographs** | |
| | Capitol Trace Module (Nordean) | Composite - **Draft provided** |
| | Capitol Trace Module (Biggs) | Composite - **Draft provided** |
| | Capitol Trace Module (Rehl) | Composite - **Draft provided** |
| | Capitol Trace Module (Pezzola) | Composite - **Draft provided** |
| | Proud Boys March | Composite - **Draft provided** |
| | Module 12:54pm - 12:57pm | Composite - **Draft provided** |
| | Module 12:59pm - 1:16pm | Composite - **Draft provided** |
| | Module 1:14pm - 1:37pm | Composite |
| | Module 1:36pm - 1:52pm | Composite - **Draft provided** |
| | Module 1:52pm - 2:13pm | Composite |
| | Module 2:13pm - 2:50pm | Composite |
| | | |
| | **Series:** | |
| | **Telegram Messages and Other Communications** | |
| | Telegram chat 4778170400 (MOSD Leaders Dec. 20) | Tarrio iPhone 11 (1B1) |
| | Excerpts from Telegram chat 4778170400 (Exhibits "A" - "GGG") | Tarrio iPhone 11 (1B1) – **Draft provided** |
| | Telegram chat 9776195887 (MOSD Members Main Jan. 2) | Tarrio iPhone 11 (1B1) |
| | Excerpts from Telegram chat 9776195887 (Exhibits "A" - "P") | Tarrio iPhone 11 (1B1) |
| | Telegram chat 9914926158 (Ministry of Self Defense - Op Jan. 1) | Tarrio iPhone 11 (1B1) |
| | Excerpts from Telegram chat 9914926158 (Exhibits "A" - "S") | Tarrio iPhone 11 (1B1) |
| | Telegram chat 4710878295 ("New MOSD" Jan. 4) | Nordean iPhone 8+ (1B18) |
| | Telegram chat 4710878295 (Jan. 4) | Rehl iPhone 11 Pro (1B7) |
| | Excerpts from Telegram chat 4710878295 (Exhibits "A" - "HH") | Nordean iPhone 8+ (1B18); Rehl iPhone 11 Pro (1B7) |
| | Telegram chat 1495972635 between "Reaper 1st" and "NOBLE LEAD" (Dec. 28) | Tarrio iPhone 11 (1B1) |

| EX. # | DESCRIPTION | SOURCE |
|---|---|---|
| | Telegram chat 1443484443 between "Avva" and "NOBLE LEAD" (Dec. 22) | Tarrio iPhone 11 (1B1) |
| | Telegram chat 4792323454 (Ministry of Self Defense - Op Dec. 31) | Tarrio iPhone 11 (1B1) |
| | Telegram chat 4705489933 (MoSD vetting Dec. 27) | Tarrio iPhone 11 (1B1) |
| | Telegram chat 4780775523 (Ministry of Self Defense Dec. 27) | Tarrio iPhone 11 (1B1) |
| | Telegram chat 1494371435 between "Spazzo - 2nd" and NOBLE LEAD (Dec. 29) | Tarrio iPhone 11 (1B1) |
| | Telegram chat 14121086837 between between ▉▉▉ ▉▉ and Tarrio | Tarrio iPhone 11 (1B1) |
| | Communications between ▉▉▉▉▉▉▉ and Tarrio | Tarrio iPhone 11 (1B1) |
| | Telegram chat 9819067529 (Jan. 6) | Ochs iPhone XR (1B2) |
| | Telegram chat 9905672244 (Elders Chat Jan. 4) | Ochs iPhone XR (1B2) |
| | Telegram chat 4668308464 (MOSD Member Main 2 Jan. 4) | Ochs iPhone XR (1B2) |
| | Telegram chat 4674593691 (Jan. 5) | Ochs iPhone XR (1B2) |
| | Telegram chat 10004680412 (Official President's Chat Jan. 5) | Ochs iPhone XR (1B2) |
| | Telegram chat 4755540701 (Skull and Bones Sept. 27) | Ochs iPhone XR (1B2) |
| | Telegram chat 4778170400 (Ministry Of Self Defense Jan. 9) | Rehl iPhone 11 Pro (1B7) |
| | Telegram chat 4699280758 (Boots on Ground Jan. 5) | Nordean iPhone 8+ (1B18) |
| | Telegram chat (MOSD Prospects Dec. 27) | Garcia Samsung Galaxy S20 (1B1) |
| | Nordean messages with Ronald Loehrke | Nordean iPhone 8+ (1B18) |
| | Text messages between Bertino and ▉▉▉▉▉▉ ) | Bertino iPhone (1B49) |
| | Text messages between Bertino and Nordean | Bertino iPhone (1B49) |
| | Text messages between Bertino and Donohoe | Bertino iPhone (1B49) |
| | | |
| | **Series:** | |
| | **Social Media and Other Communications** | |
| | Parler Search Warrant Production (Tarrio) | ECPA Search (Parler) |
| | Parler Search Warrant Production Excerpts (Tarrio) | ECPA Search (Parler) – **Draft provided** |
| | Parler Search Warrant Production (Nordean) | ECPA Search (Parler) |
| | Parler Search Warrant Production (Rehl) | ECPA Search (Parler) |
| | Parler Search Warrant Production (Biggs) | ECPA Search (Parler) |
| | Parler Search Warrant Production (Bertino) | ECPA Search (Parler) |
| | Parler Search Warrant Production (Pezzola) | ECPA Search (Parler) |

16

| EX. # | DESCRIPTION | SOURCE |
|---|---|---|
| | Bertino Rumble Podcast 16624075.mp4 | Open Source |
| | Bertino Rumble Podcast 16730537 (1).mp4 | Open Source |
| | "Rebel Talk with Rufio" Podcast | Open Source |
| | Video Podcast Biggs (civilwar_1.mp4); CAPD_001356695 | Biggs Apple SW Return |
| | Biggs Video Censored.TV; (fuckyoufinal_1.mp4); CAPD_001356736 | Biggs Apple SW Return |
| | Miami Proudboy - MoSD brief youtube.mp4 | Open Source (CAPVID_00019) |
| | | |
| | **Series:** | |
| | **Telephone Location and Toll Records** | |
| | Cellular records - Verizon ▮▮▮▮▮ (Pezzola) | Search warrant 21-sc-107 |
| | Cellular records - AT&T ▮▮▮▮▮ (Biggs) | Search warrant 21-sc-601 |
| | Cellular records - Verizon ▮▮▮▮▮ (Rehl) | Search warrant 21-sc-341 |
| | Cellular records - AT&T ▮▮▮▮▮ (Tarrio) | Search warrant 21-sc-662 |
| | Expert report(s) – FBI CAST analysis (historical cell-site analysis) | To be provided |
| | | |
| | **Series:** | |
| | **Travel, Financial and Other Records** | |
| | Summary Exhibit – Financial and travel records | Summary exhibit - **Draft provided** |
| | Business records - Paypal (Pezzola) | ▮▮▮▮▮ |
| | Business records - Armored Republic Holdings LLC (Pezzola) | ▮▮▮▮▮ |
| | Business records - ESL Federal Credit Union (Pezzola) | ▮▮▮▮▮ |
| | Business records - Hampton Inn (Pezzola) | ▮▮▮▮▮ |
| | Business records - Bass Pro Shops (Tarrio) | ▮▮▮▮▮ |
| | Business records - Space Coast Credit Union (Tarrio) | ▮▮▮▮▮ |
| | Business records - American Airlines (Tarrio) | ▮▮▮▮▮ |
| | Business records - American Airlines (Tarrio) | ▮▮▮▮▮ |
| | Business records - Phoenix Park Hotel (Tarrio) | ▮▮▮▮▮ |
| | Business records - Bank of America (Nordean) | ▮▮▮▮▮ |
| | Business records - Bank of America (Nordean) | ▮▮▮▮▮ |
| | Business records - Chase (Nordean) | ▮▮▮▮▮ |
| | Business records - Square (Nordean) | ▮▮▮▮▮ |
| | Business records - Alaska Airlines (Nordean) | ▮▮▮▮▮ |
| | Business records - American Airlines (Nordean) | ▮▮▮▮▮ |
| | Business records - Spirit Airlines (Biggs) | ▮▮▮▮▮ |
| | Business records - Stripe (Nordean) | ▮▮▮▮▮ |

| EX. # | DESCRIPTION | SOURCE |
|---|---|---|
| | Business records - Truist / Suntrust (Biggs) | |
| | Business records - AirBnB (Biggs) | |
| | Business records - Early Warning / Zelle (Biggs) | |
| | Business records - Block Inc. (Biggs) | |
| | Business records - Stripe (Rehl) | |
| | Business records - Darcy hotel (Rehl) | |
| | Business records - Amazon (Rehl) | |
| | Business records - USAA Federal Savings Bank (Rehl) | |
| | Business records - EZPass (Rehl) | |
| | Business records - Google geofence (AirBnB) | Search warrant 21-sc-2158 |
| | | |
| | **Series:** | |
| | **Congressional Records, Constitutional Articles, Statutes** | |
| | U.S. Constitution, Amend. XII | |
| | U.S. Constitution, Amend. XII | |
| | (highlighted version) | |
| | Title 3, United States Code, § 15 | |
| | Title 3, United States Code, § 15 | |
| | (highlighted version) | |
| | Title 3, United States Code, § 16 | |
| | Title 3, United States Code, § 16 | |
| | (highlighted version) | |
| | Senate Concurrent Resolution 1 (January 3, 2021) | |
| | Senate Concurrent Resolution 1 (January 3, 2021) | |
| | (highlighted) | |
| | Video Montage – including Congressional Record (Vol. 167, No. 4) at S13, S14, S18, H75, H76, H84 and video footage from the House and Senate | |
| | | |
| | | |
| | **Series:** | |
| | **Other Records** | |
| | Mayor Muriel Bowser Curfew Order, January 6, 2021 | |
| | Safeway Affidavit and accompanying business records | |
| | | |