# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 21-CR-175 (TJK) |
| : | |
| ETHAN NORDEAN, et. al., : | |
| : | |
| Defendants. : | |

## ORDER

Upon consideration of the government's Motion to Compel Witness and Exhibit Lists, it is this ___ day of November, 2022, ORDERED that the government's motion is GRANTED. It is further

ORDERED that the defendants shall provide copies of their witness lists to counsel for the government late than November ___, 2022; it is further

ORDERED that the defendants shall provide copies of their exhibit lists, and any exhibits listed thereon, to counsel for the government no later than November ___, 2022; it is further

ORDERED that any discovery listed in Fed. R. Crim. P. 16(b), other than that related to expert witnesses, be provided no later than November ___, 2022.

SO ORDERED.


_____                                       _____
Date                                                                    Timothy J. Kelly
                                                                                United States District Judge