**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ETHAN NORDEAN, et al.,<br><br>Defendants. | Case No. 21-cr-175-TJK |

### [PROPOSED] ORDER

Upon consideration of the Press Coalition's Motion for Access, and the entire record herein, it is hereby **ORDERED** that the Press Coalition's Motion is **GRANTED**. A transcript of the motions hearing held in this matter on November 14, 2022, all of the filings addressed at that hearing, and all of the exhibits introduced or shown to the Court at that hearing shall be placed on the public docket within 24 hours of the issuance of this Order. The Court will provide notice on the public docket at least 48 hours in advance of any further closed proceeding(s) in this case.

**SO ORDERED.**

_____
TIMOTHY J. KELLY
United States District Judge