# Ministry of Self Defense – MAIN

**Dec. 27, 2020**








| Time | Name | Message |
|---|---|---|
| 8:23:50 PM | [redacted] | Im ready to log into minecraft |

**Ministry of Self Defense – MAIN**

**Dec. 28, 2020**

    


| Time | Name | Message |
| --- | --- | --- |
| 1:04:14 AM | [redacted] | We need to be better organized. Instead of marching in a giant unit that's easy to cut off of we split into groups with coms and GPS tracking we can control our forces better. |
| 1:06:28 AM | [redacted] | *Uh, yeah, um, I completely agree with this; I actually have a lot to say about that, um… go figure. When we're doing a, uh, I'm gonna call them "seek and destroy" type missions where we have a goal, such as in DC, where we had a target which was Black Lives Matter plaza and we were trying to take it, absolutely, we need to split into smaller groups, probably around 30 people per group. Um, that way we can flank and surround an area, because when we're choked off in grid-type city like that, the streets laid out in perpendicular patterns, its just a box; all they have to do is block off one street with 10 cops. In that kinda case, yes, we should definitely split off into smaller groups.*<br><br>*Now if there's a different kind of thing where we're just doing a march around town, like Kalamazoo-type rally, or we're staying in place, like a Portland-type rally, uh, obviously splitting off from the groups is not necessary. But yes, if we're planning on moving and doing a seek and destroy type rally, um, yes, we absolutely should look into smaller groups, probably around the size of 30. They're quick enough we can scale them to speed of the individuals, like this is a fast group, this is a slow group, these are our young and spry guys that can get there before the cops can move, these are our 40-plus year-old guys with canes and shit that'll get there later as reinforcements, but yeah if we could to that, that would be fuckin awesome.* |

# Ministry of Self Defense – MAIN

**Dec. 29, 2020**

+ Others

| Time | Name | Message |
|---|---|---|
| 8:19:32 PM | [redacted] | *Well, I'll tell you what, I'm, it's, it's a good thing that we've, uh, figured out how to raise good amount of money off of Parler and everything else, because we're gonna need to fuckin probably raise a lot of bail money, uh, um, that's a strong possibility, just saying.* |

**Ministry of Self Defense – MAIN**

**Dec. 29, 2020**








| Time | Name | Message |
| --- | --- | --- |
| 9:08:32 PM | [redacted] | *[Music]*<br><br>*Protest time again,*<br>*Hop in the car, gonna punch 'em in the face.*<br>*Protest time again,*<br>*Gonna get a rap sheet in every state.*<br><br>*Protest time again,*<br>*This time we're gonna go straight to jail.*<br>*Everybody get your money together*<br>*So we can pay his fuckin bail.*<br><br>*Here comes Sal, America's favorite Proud Boy.*<br>*He is full of cocaine and beef tips.*<br>*Here comes Sal, America's favorite Proud Boy.*<br>*He is full of cocaine and beef tips.*<br><br>*Protest time again,*<br>*Hop in the car, gonna punch 'em in the face.*<br>*Protest time again,*<br>*Gonna get a rap sheet in every state.*<br><br>*Protest time again,*<br>*This time we're gonna go straight to jail.*<br>*Everybody get your money together*<br>*So we can pay his fuckin bail.*<br><br>*Here comes Sal, America's favorite Proud Boy.*<br>*He is full of cocaine and beef tips.*<br>*Here comes Sal, America's favorite Proud Boy.*<br>*He is full of cocaine and beef tips.*<br><br>*Protest time again,*<br>*Hop in the car, gonna punch 'em in the face.*<br>*Protest time again,*<br>*Gonna get a rap sheet in every state.*<br><br>*Protest time again,*<br>*This time we're gonna go straight to jail.*<br>*Everybody get your money together*<br>*So we can pay his fuckin bail.*<br><br>*Here comes Sal, America's favorite Proud Boy.*<br>*He is full of cocaine and beef tips.*<br>*Here comes Sal, America's favorite Proud Boy.*<br>*He is full of cocaine and beef tips.*<br><br>*Protest time again,*<br>*Hop in the car, gonna punch 'em in the face.*<br>*Protest time again,*<br>*Gonna get a rap sheet in every state.*<br><br>*Protest time again,*<br>*This time we're gonna go straight to jail.*<br>*Everybody get your money together*<br>*So we can pay his fuckin bail.*<br><br>*Here comes Sal, America's favorite Proud Boy.*<br>*He is full of cocaine and beef tips.*<br>*Here comes Sal, America's favorite Proud Boy.*<br>*He is full of cocaine and beef tips.* |

**Ministry of Self Defense – MAIN**

**Dec. 30, 2020**








| Time | Name | Message |
|---|---|---|
| 5:09:41 PM | [redacted] | [redacted] *What I took away from this whole thing was, uh, to be in this group, you need to be three things, or have three things: One, not being a hothead; two, being able to market and / or be PR; and three, be able to fucking kick as if you need to kick the fuck ass. Um, and being picked to be here is a fuckin honor and I dig all three of those things, and if that's what this is about then I'm, I'm fuckin honored to be here. Um, I wanna kick ass when fuckin its time to kick ass, I wanna fuckin wear my kilt and show my ball bag to fuckin antifa, and, um, I wanna be able to be with brothers that know how to fuckin keep cool when time comes to be cool. That's just me.* |