

**Dec. 18, 2020**

| Time | Name | Message |
|---|---|---|
| | | *Anitifa and the other agitators were cowards. We kept chasing them. And they kept running behind the cops. Ironic huh? Same people that want to defund the police were so glad they were there to protect them from real men. COWARDS. Well we will be here. Continuing to save the West. us💯👊👊* |
| 12:59:15 PM | Spazzolini | R u the brother I met in the hotel after I got maced by the punk ass 5-0 |