**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal Action No. 21-175 (TJK) |
| ETHAN NORDEAN et al., | |
| *Defendants*. | |

**[PROPOSED] SCHEDULING ORDER**

To facilitate the orderly resolution of outstanding pretrial matters, it is hereby **ORDERED** that the following deadlines shall apply to the trial of this matter:

1. A hearing to resolve Defendants' outstanding objections to the Court's proposed juror questionnaire shall take place on December 2, 2022, at 9:30 a.m. via videoconference.

2. The parties shall begin to meet and confer regarding which jurors to excuse for cause based on the pre-*voir dire* juror questionnaires by December 7, 2022.

3. A hearing at which the Court will rule on the Government's and Defendants' various outstanding motions *in limine* will take place on December 12, 2022, at 1:00 p.m.

4. The parties shall jointly submit to the Court, at Kelly_Chambers@dcd.uscourts.gov, a list of jurors they agree to excuse for cause based on the pre-*voir dire* juror questionnaires by December 14, 2022.

5. Modifying the Court's Minute Order of November 28, 2022, Defendants shall satisfy their reciprocal discovery obligations, if any, under Rule 16(b) and produce to the Government a list of exhibits they may seek to introduce during their case-in-chief by December 15, 2022.

It is further **ORDERED** that jury selection and trial in this matter are **CONTINUED** until <u>December 19, 2022, at 9:00 a.m.</u>

**SO ORDERED.**

<u>/s/ Timothy J. Kelly</u>
TIMOTHY J. KELLY
United States District Judge

Date: November 29, 2022