UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ETHAN NORDEAN et al.,<br><br>  *Defendants*. | Criminal Action No. 21-175 (TJK) |

## SCHEDULING ORDER

To facilitate the orderly resolution of outstanding pretrial matters, and with the consent of the parties, it is hereby **ORDERED** that the following deadlines shall apply in this matter:

1. A brief hearing to resolve Defendants' outstanding objections to the Court's proposed juror questionnaire shall take place on December 2, 2022, at 9:30 a.m. via videoconference. Upon consideration of Defendant Biggs's motion at ECF No. 561, Attorney Pattis is excused from this hearing. Furthermore, counsel shall notify the Court today if they do *not* waive their clients' appearance for this brief hearing.

2. The parties shall begin to meet and confer regarding which jurors to excuse for cause based on the pre-*voir dire* juror questionnaires by December 7, 2022.

3. A hearing at which the Court will rule on the Government's and Defendants' outstanding motions *in limine* shall take place on December 12, 2022, at 1:00 p.m. in Courtroom 11. In addition, the parties shall be prepared to discuss the Court's proposed *preliminary* jury instructions, which it will provide the parties in advance of the hearing.

4. The parties shall jointly submit to the Court, at Kelly_Chambers@dcd.uscourts.gov, a list of jurors they agree to excuse for cause based on the pre-*voir dire* juror questionnaires by December 14, 2022.

5. Modifying the Court's Minute Order of November 28, 2022, Defendants shall satisfy their reciprocal discovery obligations, if any, under Rule 16(b) and produce to the Government a list of exhibits they may seek to introduce during their case-in-chief by December 15, 2022.

It is further **ORDERED** that jury selection and trial in this matter are **CONTINUED** until December 19, 2022, at 9:00 a.m.

**SO ORDERED.**

/s/ Timothy J. Kelly
TIMOTHY J. KELLY
United States District Judge

Date: November 30, 2022