# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|  | ) |
|  | ) Case No. 1:21-cr-175-TJK |
|  | ) |
| v. | ) |
|  | ) |
| ETHAN NORDEAN, et al., | ) |
|  | ) |
| Defendants. | ) |
|  | ) |

## DECLARATION OF ADRIENNA DICIOCCIO

I, ADRIENNA DICIOCCIO, a resident of the State of Missouri, hereby declare under penalty of perjury that the following is true and correct:

1.      I am a stay-at-home mother of a 17-month-old son.  I know Ethan Nordean through personal and professional connections.

2.      I was present on the evening of January 5, 2021 in an Airbnb residence in Washington, D.C., where Ethan and others were gathered.

3.      In September 2021, FBI agents interviewed me in connection with the events of January 5 and January 6, 2021.  During the September interview, one of the agents indicated that the government wanted to keep its meeting with me "discreet." At some point after the interview, the agents texted me to inquire whether I would agree to be interviewed again.  Initially, I did not respond.  The agents persisted, again inquiring whether I would agree to a second interview.  I relented, indicating I was available on November 4, 2021.

4.      On November 4, the government's agents arrived at my home.  I was surprised to see them accompanied by two prosecutors, one named Jason and the other Nadia.  I had never met them before.

5.      During this second interview, the agents and prosecutors asked for my recollections about the evening of January 5 in the Airbnb residence where Ethan and others were gathered.  I do not recall the specific words I used, but I informed the interviewers generally that I disagreed with the suggestion that Ethan and the others in his group were planning violence or an attack on the Capitol on January 6.  I generally informed the agents and prosecutors that, as someone involved in planning peaceful events with the Proud Boys in the past, I disagreed with their suggestion that Ethan and others in the Airbnb were planning violence the following day in D.C.

6.      The November interview lasted approximately two hours.  Near the end of the interview, I could see the prosecutors were not satisfied with what I was telling them.  The conversation became heated.  For most of the interview, my son was sitting in my lap.  The government's interviewers were using rhetoric like, "You don't want to lose him."

7.      One of the prosecutors, Nadia, indicated that I would be charged with offenses for my conduct on January 6.  I asked, "What charges?" The prosecutor responded that they would include obstruction of justice charges and trespass.  I remember that the prosecutor's indication that I would be charged came after my comments to the group that I did not agree with their questions implying that the group in the Airbnb on January 5 were planning to attack the Capitol or commit violence on January 6.  My partner who arrived home later, who is not a government employee, said something to the effect that this meant I would be prosecuted if I didn't give the government what it wanted.  That was also my understanding.  The prosecutor responded to the effect that I would be prosecuted because of what I did.  Shortly after this exchange, the agents and prosecutors left my home.

8.      Approximately one hour later, I received a phone call from one of the agents in contact with me, Trevor.  I cannot repeat the agent's exact words but they were to the effect that he knew I did not like the way the meeting ended.  The agent added words to the effect that I should not worry, that if I did end up being charged it would end up being a misdemeanor offense, not obstruction of justice.  The agent made reference to a certain unnamed January 6 defendant whose obstruction charges were dropped for a misdemeanor and said it would be this way for me if I were charged.  The agent added words to the effect that they would not come arrest me and make it a public deal.

9.      After hearing the prosecutor's statement about being charged, I was terrified for myself and for my son.

Executed on December 8, 2022

_Adrienna DiCioccio_
Adrienna DiCioccio