Hendrik Eddie Block

Travel from ███████████████ to Washington DC

2839 miles each way for a total of 5678 miles
5678 at $.575 per mile is $3264.85



This is a 42 hour drive without trafiic.
Driving 8 hours a day would take 5.25 days
4 nights hotel each way for a total of 4 nights
Average hotel rate is $150 before taxes. For a total of 12 nights

That is $1800 plus taxes for the hotels

I cannot stay in a hotel chain that is susceptible to unhealthy cleaning procedures. I have metal in my back that if gets infected due to bedbugs I can die.

I took the cheapest price using my marriott bonvoy discount.

That is $1800 plus taxes for the hotels