UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | No. 1:21-cr-175-1 (TJK) |
| v. : | |
| : | |
| **ETHAN NORDEAN,** : | |
| : | |
| : | |
| **Defendant.** : | |

# ORDER

Upon consideration of the government's Motion to Compel Expert Notice, it is this ___ day of January, 2023, **ORDERED** that the motion is **GRANTED**. The potential expert testimony identified by Nordean is of the type that requires notice to the government under Fed. R. Crim. P. 16. Nordean shall provide notice that complies with that rule no later than January 9, 2023.

**SO ORDRED.**


_____                                  _____
Date                                                            Timothy J. Kelly
                                                                     United States District Judge