**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **)** | **Case No. 1:21-CR-175-TJK** |
| **v.** | **)** | |
| | **)** | |
| **ETHAN NORDEAN, et al.** | **)** | |
| **Defendants** | **)** | |

**WITNESS HENDRICK BLOCK'S MOTION TO QUASH SUBPOENA**

**COMES NOW**  Mr. Block, by Gregory B. English, his court-appointed attorney, and hereby asks this court to quash the subpoena which has been issued to him to appear as a defense witness in the subject trial.  The basis for this motion is that Mr. Block will assert his 5th Amendment rights if called as a witness in this proceeding unless he is granted testimonial immunity, so it would be pointless for him to travel across the country to appear at this proceeding.  Mr. Block's physical limitations have been described in the defense motion for a Rule 15 video deposition and  related pleadings.  (Document 599 at et seq.).

Assuming, arguendo, the court will deny this request, we ask to be heard on the question of what means of transportation  Mr. Block will be authorized to use

to come to this court.  As previously stated, the court is aware of his physical limitations and the extreme difficulty of him being required to travel by air.

We ask this court to conduct a motion hearing by Zoom to address this matter.  We further request that when Mr. Block describes  his physical infirmities that portion of the proceeding be conducted under seal in order to preserve his privacy.

Respectfully submitted,


/signed by/
Gregory B. English, DC Bar #398564
The English Law Firm, PLLC
601 King Street, Suite 406
Alexandria, Virginia 22314
(703) 739-1368/Fax (703) 836-6842
gbeuva@gmail.com
*Counsel for the Defendant*

**Certificate of Service**

I hereby certify that on the 7th day of January, 2023, I filed the foregoing motion with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following CM/ECF user(s):

AUSA Erik Kenerson

Via email to Erik Kenerson@usdoj.gov

/signed by/
Gregory B. English, DC Bar #398564
The English Law Firm, PLLC
601 King Street, Suite 406
Alexandria, Virginia 22314
(703) 739-1368/Fax (703) 836-6842
gbeuva@gmail.com
*Counsel for the Defendant*