## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **Case No. 1:21-CR-175-TJK** |
| **v.** | ) | |
| | ) | |
| **ETHAN NORDEAN, et al.** | ) | |
| **Defendants** | ) | |

### ORDER

Witness Henrick Block's Motion for Leave to File a Motion to Quash Subpoena is hereby granted.

**SO ORDERED**, this_____ day of January 2023.

_____
Timothy J. Kelly
United States District Judge