UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:21-CR-175-TJK |
| v. | ) | |
| | ) | |
| ETHAN NORDEAN, et al. | ) | |
| Defendants | ) | |

ORDER

Witness Hendrick Block's Motion to Quash Subpoena is hereby granted. The court recognizes that Mr. Block cannot be compelled to testify if he asserts his Fifth Amendment rights, and it would be contrary to the ends of judicial economy for him to travel to this court from California for the purpose of asserting these rights when his counsel has stated that he will invoke them.

**SO ORDERED**, this_____ day of January 2023.

Timonthy J. Kelly
United States District Judge