UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case No. 1:21-cr-175-TJK |
| v. | ) |
| | ) |
| ETHAN NORDEAN, et al., | ) |
| | ) |
| Defendants. | ) |

**NORDEAN'S EXPEDITED MOTION TO CLARIFY ORDER THAT DEFENDANTS PRODUCE ALL POTENTIAL PRIOR INCONSISTENT STATEMENTS TO THE GOVERNMENT BEFORE CROSS-EXAMINATION OF WITNESS**

On February 22, government witness Jeremy Bertino testified at trial. Defendant Nordean's cross-examination began in the late afternoon. After the jury was excused at around 5:15 p.m., and before the conclusion of cross-examination, the Court ordered defense counsel to produce to the government by 9 p.m. this evening any of Bertino's potential prior inconsistent statements with which the defendants may cross-examine the witness in the coming days. Nordean seeks clarification of the Court's order.

A prior inconsistent statement is compared with a witness's contemporary testimony at trial. Fed. R. Evid. 613. The defendants have advised the Court that they will not receive today's trial transcript until after the 9 p.m. deadline. Thus, they are unable to provide the government with page and line citations to trial testimony that may be contradicted by a prior statement from the witness. Defendants have emailed the Court for an extension of the deadline but have not received a response.

As for future testimony Bertino may give at trial, the defendants cannot foresee how the witness will respond to as-yet-unasked questions on examination. Therefore, they cannot alert

1

the government in advance to prior statements that may be inconsistent with testimony the witness has yet to provide.

Nordean notes that he has notified the government of the entire universe of Bertino's prior statements by providing relevant transcripts and audio files as trial exhibits in November and December 2022, pursuant to the Court's pretrial scheduling order. He also notes that the entire universe consists of interviews conducted by the government itself and indeed by the Assistant United States Attorneys prosecuting this case. It is therefore not clear why the government would require advance notice of page and pin cites to potential prior inconsistent statements before the cross-examination of their witness.

The Court indicated that its order was not based on a suggestion of surprise to the government but rather on trial efficiency grounds. However, Nordean submits that trial efficiency is not advanced when the defendants are required to alert the government to potential future use of prior inconsistent statements before they have received relevant trial transcripts of the witness's contemporary statements and before the witness has offered future testimony that may be subject to contradiction. Nordean is not aware of any authority requiring such notice from a criminal defendant.

The Court has also ordered Nordean to respond to a defense witness's motion to quash a trial subpoena by this evening, though the defense case will likely not begin for approximately 2-3 weeks. That complicates Nordean's ability to comply with the 9 p.m. notice deadline for potential prior inconsistent statements. Nordean moves the Court to allow the defendants to view relevant trial transcripts before they are required to provide advance notice to the government of the subject-matter areas of potential cross-examination.

Dated: February 22, 2023                                                  Respectfully submitted,

2

/s/ David B. Smith
David B. Smith, D.C. Bar No. 403068
David B. Smith, PLLC
108 North Alfred Street, 1st FL
Alexandria, Virginia 22314
(703) 548-8911 / Fax (703) 548-8935
dbs@davidbsmithpllc.com


Nicholas D. Smith, D.C. Bar No. 1029802
1123 Broadway, Suite 909
New York, NY 10010
(917) 902-3869
nds@davidbsmithpllc.com
*Counsel to Ethan Nordean*


**Certificate of Service**

I hereby certify that on the 22nd day of February, 2023, I filed the foregoing motion with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following CM/ECF user(s):

Jim Nelson
Assistant United States Attorney
555 4th Street, N.W., Room 4408
Washington, D.C. 20530
(202) 252-6986

And I hereby certify that I have mailed the document by United States mail, first class postage prepaid, to the following non-CM/ECF participant(s), addressed as follows: [none].

/s/ David B. Smith
David B. Smith, D.C. Bar No. 403068
David B. Smith, PLLC
108 North Alfred Street, 1st FL
Alexandria, Virginia 22314
(703) 548-8911 / Fax (703) 548-8935
dbs@davidbsmithpllc.com