UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ETHAN NORDEAN, et. al.,<br><br>                    Defendants. | Crim. Action No. 21-175 (TJK) |

**ORDER**

Upon consideration of the government's Unopposed Motion to Continue Deadline for Filings Regarding Scope of Cross-Examination, it is this ___ day of March, 2023, **ORDERED** that the motion is **GRANTED.** It is

**FURTHER ORDERED** that all parties' filings on the scope of Special Agent Miller's cross-examination shall be filed no later than 12:00 p.m. on March 12, 2023.

    **SO ORDRED.**

_____
Date

_____
Timothy J. Kelly
United States District Judge