# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | No. 1:21-cr-175 (TJK) |
| v. : | |
| : | |
| ETHAN NORDEAN, et. al. : | |
| : | |
| Defendants. : | |

## GOVERNMENT'S NOTICE OF CORRECTED BRIEF

The United States of America respectfully files this notice of a corrected brief. After filing, the government realized that its response to Nordean's notice of argument in support of impeachment of witness with hidden *Jencks*-related communications, ECF 687, had typographical errors on page 14 and 17. A corrected brief is attached hereto as Exhibit 1, and the original Exhibit A to that brief is attached hereto as Exhibit A.

Respectfully Submitted,

MATTHEW M. GRAVES
United States Attorney // D.C. Bar No. 481052

By:   /s/ Erik M. Kenerson
ERIK M. KENERSON // Ohio Bar No. 82960
JASON B.A. MCCULLOUGH
  NY Bar No. 4544953
NADIA E. MOORE // N.Y. Bar No. 4826566
  On Detail to the District of Columbia
Assistant United States Attorneys
601 D Street NW
Washington, D.C. 20530
(202) 252-7201
Erik.Kenerson@usdoj.gov

  /s/ Conor Mulroe
Conor Mulroe // N.Y. Bar No. 5289640
Trial Attorney // U.S. Department of Justice,
  Criminal Division
1301 New York Avenue, Suite 700
(202) 330-1788
conor.mulroe@usdoj.gov