UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|  | ) |
|  | ) Case No. 1:21-cr-175-TJK |
| v. | ) |
|  | ) |
| ETHAN NORDEAN, et al., | ) |
|  | ) |
| Defendants. | ) |

**NORDEAN'S MOTION FOR ORDER PERMITTING WITNESS TO TESTIFY ACCOMPANIED BY HIS SERVICE DOG**

Nordean, through his counsel, moves the Court to permit witness Hendrik "Eddie" Block to be accompanied by his service dog during his testimony the week of March 20.

The Code of the District of Columbia provides,

(a) Persons with physical and mental disabilities are entitled to full and equal accommodations, advantages, facilities, and privileges of all common carriers, airplanes, motor vehicles, railroad trains, motor buses, streetcars, boats, or any other public conveyances or modes of transportation in the District of Columbia, hotels, lodging places, places of public accommodation, amusement, or resort, and other places to which the general public is invited in the District of Columbia, subject only to the conditions and limitations established by law or in accordance with law applicable alike to all persons.

(b) **Persons with physical or mental disabilities shall have the right to be accompanied by a service animal in any of the places, accommodations, or conveyances listed in subsection (a) of this section without being denied access because of the service animal.** Such persons shall not be required to pay an extra charge for the service animal but shall be liable for any damage done to the premises or facilities by the service animal.

D.C. Code**,** § 7-1002 (emboldening added).

Accordingly, "It is the policy of the District of Columbia Courts to welcome court users with service animals as defined by the Americans with Disabilities Act. The DC Courts also welcome court users with service animals-in-training as defined by District of Columbia statute."

1

District of Columbia Courts, *Service Animal Policy*, available at: https://www.dccourts.gov/jurors/service-animal-policy. Nordean understands that a judge who sits in this courthouse is regularly accompanied by a service dog.

Block is a paraplegic. To testify next week, he is driving across the country from California. He is accompanied by his service and therapy dog. The service animal has not left Block's presence since its birth. Block has a right to be accompanied by the dog in public places in the District of Columbia under D.C. and federal law.

Wherefore, Nordean moves the Court for an order permitted Block to enter the courthouse with, and testify in the company of, his service dog the week of March 20.

Dated: March 15, 2023                                    Respectfully submitted,

/s/ David B. Smith
David B. Smith, D.C. Bar No. 403068
David B. Smith, PLLC
108 North Alfred Street, 1st FL
Alexandria, Virginia 22314
(703) 548-8911 / Fax (703) 548-8935
dbs@davidbsmithpllc.com

Nicholas D. Smith, D.C. Bar No. 1029802
1123 Broadway, Suite 909
New York, NY 10010
(917) 902-3869
nds@davidbsmithpllc.com
*Counsel to Ethan Nordean*

**Certificate of Service**

I hereby certify that on the 15th day of March, 2023, I filed the foregoing notice with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following CM/ECF user(s):

And I hereby certify that I have mailed the document by United States mail, first class postage prepaid, to the following non-CM/ECF participant(s), addressed as follows: [none].

/s/ David B. Smith
David B. Smith, D.C. Bar No. 403068
David B. Smith, PLLC
108 North Alfred Street, 1st FL
Alexandria, Virginia 22314
(703) 548-8911 / Fax (703) 548-8935
dbs@davidbsmithpllc.com