**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Case No. 21-cr-175-TJK |
| ETHAN NORDEAN, et al., | |
| Defendants. | |

**[PROPOSED] ORDER**

Upon consideration of the Press Coalition's Motion for Access to the March 23, 2023 Hearing, and the entire record herein, it is hereby **ORDERED** that the Press Coalition's Motion is **GRANTED**.  The March 23, 2023 hearing in this matter shall be open to the press and public.

**SO ORDERED.**

_____
TIMOTHY J. KELLY
United States District Judge