## **DECLARATION OF KRISTINA M. SPINDEL**

1. I, Kristina M. Spindel, have personal knowledge of the facts below and will testify to them if called to do so.

2. I have been a Special Agent with the Federal Bureau of Investigation since 2014.

3. The FBI-San Antonio Office retained a person listed on the defendant's Joint Defense Witness List as a confidential human source on April 19, 2021 ("CHS-SA"). This individual was previously known to the FBI-SA, and had, on occasion, provided information to the FBI, starting in fall of 2019. Some of this information pertained to her status as a victim.

4. Some of the information that the CHS-SA provided, prior to being officially opened as a CHS, related, in part, to the events on January 6, 2021 at the United States Capitol. The information provided by CHS-SA related to the events of January 6, 2021, is documented in a 302. Upon information and belief, this 302 has been produced to the defendants.

5. Some of the information that the CHS-SA provided, prior to being officially opened as a CHS, related to two of the defendants in this matter. That information was provided to the FBI in 2019, and did not pertain to their status as defendants in this matter.

6. CHS-SA was not tasked with collecting information on the defendants in this case. FBI did not ask the CHS-SA about any knowledge of the defendants, including Enrique Tarrio, or the other defendants in this matter.

7. The FBI did not become aware that the CHS-SA was identified as a defense witness in this case until on or about January 9, 2023, when the CHS-SA informed the FBI that the CHS-SA had received a subpoena to testify in this matter and had already participated in a deposition.

8. CHS-SA was terminated as a source on or about January 18, 2023, shortly after the FBI became aware that the CHS-SA had been subpoenaed to testify in this matter.

9. CHS-SA was never tasked to communicate with the defendants or their counsel in this matter, or to gather any information about the defendants or their counsel. The FBI was never provided information about any contact or communications that CHS-SA may have had with the defendants or their counsel in this matter. Nor was the FBI provided with any specific information regarding any contact the CHS had with any family members of the defendants other than generalized knowledge about assisting in fundraising efforts and petitioning against their conditions of confinement.

10. I have spoken with the agents to whom CHS-SA was assigned, and I have reviewed the official file. My review of the file and discussions with law enforcement confirm that CHS-SA was never tasked with obtaining information from the defendants or their counsel, nor did they receive any such information regarding the defendants and their counsel.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
KRISTINA M. SPINDEL
Special Agent
Federal Bureau of Investigations-San Antonio