UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ETHAN NORDEAN,<br>JOSEPH BIGGS,<br>ZACHARY REHL,<br>ENRIQUE TARRIO, and<br>DOMINIC PEZZOLA,<br><br>*Defendants.* | Criminal Action No. 21-175 (TJK) |

### RESPONSE TO JURY NOTE OF APRIL 26, 2023 AT 4:35 P.M.

The exhibits that are responsive to your two questions are indicated on the attached copy of your note to me.

TIMOTHY J. KELLY
United States District Judge