CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

ETHAN NORDEAN et al

Civil/Criminal No.: 21-CR-175 (TJK)

## NOTE FROM JURY

Hi! Could the government please remind us of two exhibit numbers —
1) the video from Pehl's phone crossing the barricade at breach ① Govt. Ex. 400D
Govt. Ex. 1001 at 9:50
and
2) the video where Biggs suggests they pull their masks up? Govt. Ex. 404K
Govt. Ex. 404KX

Thank you!

Date: 4/26
Time: 4:35