CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
vs. ) Civil/Criminal No.: 21-CR-175 (TJK)
)
ETHAN NORDEAN et al )
)

## NOTE FROM JURY

We request the following
Evidence exhibits:
Police Shield (USCP riot shield)
PB megaphone
MOSD Leader/membership chat

Date: 4/27/
Time: 10:20am

FOREPERSON