CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

ETHAN NORDEAN et al

Civil/Criminal No.: 21-CR-175 (TJK)

### NOTE FROM JURY

Our drive is missing exhibit: 490A.

Can we please get someone to check our drive/ or add this to our drive?

Can we also get a stapler, please?

Date: 4/27/23
Time: 11:45 am

FOREPERSON