# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ETHAN NORDEAN,<br>JOSEPH BIGGS,<br>ZACHARY REHL,<br>ENRIQUE TARRIO, and<br>DOMINIC PEZZOLA,<br><br>*Defendants.* | Criminal Action No. 21-175 (TJK) |

## RESPONSE TO JURY NOTE OF MAY 3, 2023 AT 9:11 A.M.

The attached page corrects the typographical error that you identified on the Verdict Form.

TIMOTHY J. KELLY
United States District Judge