# ATTACHMENT NOT AVAILABLE FOR PUBLIC VIEWING AT THIS TIME