| Governn t | ☐ |
| Plaintiff | ☐ |
| Defendant | ☑ |
| Joint | ☐ |
| Court | ☐ |

UNITED STATES of AMERICA

VS.

ETHAN NORDEAN et al

Civil/Criminal No. 21-CR-175 (TJK)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 101 | Telegram chat 4755540701 (Skull and Bones) | | | | |
| 102 | Telegram chat 4778170400 (MOSD Leaders) | 3-16-2023 | 3-16-2023 | P. Dubrowski | 4/26/2023 2:45PM |
| 103 | Telegram chat 4705489933 (MoSD vetting) | | | | |
| 104 | Telegram chat 4780775523 (Ministry of Self Defense) | | | | |
| 105 | Telegram chat 4792323454 (Ministry of Self Defense - Op Dec. 31) | | | | |
| 106 | Telegram chat 9914926158 (Ministry of Self Defense - Op Jan. 1) | | | | |
| 107 | Telegram chat 9776195887 (MOSD Members Main Jan. 2) | | | | |
| 108 | Telegram chat 9905672244 (Elders Chat Jan. 4) | | | | |
| 109 | Telegram chat 4710878295 ("New MOSD" Jan. 4) | 2-13-2023 | 3-15-2023 | P. Dubrowski | 4/26/2023 2:45PM |
| 110 | Telegram chat 4668308464 (MOSD Member Main 2 Jan. 4) | | | | |

Government [ ]
Plaintiff [ ]
Defendant [✔]
Joint [ ]
Court [ ]

UNITED STATES AMERICA

VS.

ETHAN NORDEAN et al

Civil/Criminal No. 21-CR-175 (TJK)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 111 | Telegram chat (Stop the Steal Campaign) | | | | |
| 112 | Telegram chat 4699280758 (Boots on Ground Jan. 5) | | | | |
| 113 | Telegram chat (East Coast Prospects Dec. 27) | | | | |
| 114 | Telegram chat 9850768804 (Official President's Chat April 2020) | | | | |
| 115 | Telegram chat 4651269150 (OG Pickleback Crew) | | | | |
| 116 | Telegram chat 4778170400 (Ministry Of Self Defense Jan. 9) | | | | |
| 117 | Telegram chat 9770715506 (Space Force) | | | | |
| 118 | Text Messages between Tarrio - Biggs - Nordean) | | | | |
| 119 | Tarrio Telegram with Biggs | | | | |
| 120 | Telegram chat 1443484443 between " Avva" and "NOBLE LEAD" (Dec. 22) | | | | |

UNITED STATES OF AMERICA

VS.

ETHAN NORDEAN et al

Civil/Criminal No. 21-CR-175 (TJK)

| Governnt | ☐ |
|---|---|
| Plaintiff | ☐ |
| Defendant | ✔ |
| Joint | ☐ |
| Court | ☐ |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 121 | Telegram chat 1494371435 (Spazzo 2nd - NobleLead) | | | | |
| 122 | Telegram chat 1495972635 between "Reaper 1st" and "NOBLE LEAD" (Dec. 28) | | | | |
| 123 | All Text Messages/Chats/Communications between Ethan Nordean and Enrique Tarrio - RE: January 6, 2021 | | | | |
| 124 | All Text Messages/Chats/Communications between Ethan Nordean and Joseph Biggs - RE: January 6, 2021 | | | | |
| 125 | All Text Messages/Chats/Communications between Ethan Nordean and Zachary Rehl - RE: January 6, 2021 | | | | |
| 126 | All Text Messages/Chats/Communications between Ethan Nordean and Dominic Pezzola - RE: January 6, 2021 | | | | |
| 127 | All Text Messages/Chats/Communications between Ethan Nordean and Charles Donohoe - RE: January 6, 2021 | | | | |
| 128 | All Text Messages/Chats/Communications between Ethan Nordean and Jeremy Bertino - RE: January 6, 2021 | | | | |
| 129 | All Text Messages/Chats/Communications between Ethan Nordean and John Stewart - RE: January 6, 2021 | | | | |
| 130 | All Text Messages/Chats/Communications between Ethan Nordean and Adrienna Dicioccio - RE: January 6, 2021 | | | | |

UNITED STATES OF AMERICA

VS.

ETHAN NORDEAN et al

Civil/Criminal No. 21-CR-175 (TJK)

Government ☐
Plaintiff ☐
Defendant ☑
Joint ☐
Court ☐

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 131 | All Text Messages/Chats/Communications between Ethan Nordean and Tab A - RE: January 6, 2021 | | | | |
| 132 | All Text Messages/Chats/Communications between Ethan Nordean and Tab B - RE: January 6, 2021 | | | | |
| 133 | All Text Messages/Chats/Communications between Ethan Nordean and Tab C - RE: January 6, 2021 | | | | |
| 134 | All Text Messages/Chats/Communications between Ethan Nordean and Tab G - RE: January 6, 2021 | | | | |
| 135 | All Text Messages/Chats/Communications between Ethan Nordean and Travis Nugent - RE: January 6, 2021 | | | | |
| 136 | All Text Messages/Chats/Communications between Ethan Nordean and Paul Rae - RE: January 6, 2021 | | | | |
| 137 | All Text Messages/Chats/Communications between Ethan Nordean and Daniel Lyons Scott - RE: January 6, 2021 | | | | |
| 138 | Text messages between Tarrio and Eryka | | | | |
| 140 | Text messages between Tarrio and Biggs | | | | |
| 141 | Telegram chat between Tarrio and Eryk-A | | | | |

| Government | ☐ |
|---|---|
| Plaintiff | ☐ |
| Defendant | ☑ |
| Joint | ☐ |
| Court | ☐ |

UNITED STATES AMERICA

VS.

ETHAN NORDEAN et al

Civil/Criminal No.   21-CR-175 (TJK)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 142 | Text messages between Tarrio and Amy Harris | | | | |
| 143 | Text messages between Tarrio and Bertino | | | | |
| 144 | Text messages between Bertino and Donohoe | | | | |
| 145 | Text messages between Bertino and " Nicole" (+1 803-230-xxxx) | | | | |
| 146 | Text messages between Tarrio and 949-212-xxxx | | | | |
| 147 | Telegram chat 4723148487 (WB Stream) | | | | |
| 148 | Telegram chat 9819067529 (DC 6th PB Dance off) | | | | |
| 149 | Telegram chat 1286343384 (The Official PB Leadership) | | | | |
| 150 | Telegram chat 9921423703 (DC Streetsweepers) | | | | |
| 151 | Telegram chat 1431764167 (Tarrio message with Mamafe) | | | | |

| Governm... | ☐ |
|---|---|
| Plaintiff | ☐ |
| Defendant | ✔ |
| Joint | ☐ |
| Court | ☐ |

UNITED STATES  AMERICA

VS.

ETHAN NORDEAN et al

Civil/Criminal No.  21-CR-175 (TJK)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 152 | Telegram chat 4749869571 (Philly E-Board) | | | | |
| 153 | Rehl texts with Mom | | | | |
| 154 | Rehl texts with Damon and John | | | | |
| 155 | Rehl texts with Philadelphia group | | | | |
| 156 | Telegram chat 4705500185 (East Coast Rally Command) | | | | |
| 157 | Nordean texts with Ronald Loehrke | | | | |
| 158 | Telegram Chat 10004680412 (Official Presidents Chat - Main) | | | | |
| 159 | Telegram Chat 4744663392 (PNW PREZ/VP) | | | | |
| 160 | Telegram Chat 10014594094 (Ministry of Self Defense) | | | | |
| 161 | Rehl texts with Quested | | | | |

UNITED STATES AMERICA

VS.

ETHAN NORDEAN et al

Civil/Criminal No. 21-CR-175 (TJK)

Governn... |  |
Plaintiff |  |
Defendant | ✔ |
Joint |  |
Court |  |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 162 | Nordean voice note - 1_5165934853438308656 (1).ogg |  |  |  |  |
| 201 | Parler Search Warrant Production Excerpts (Nordean) |  |  |  |  |
| 202 | 2021-01-28_10-37-58 - Rebel Talk Episode 1.mp4 |  |  |  |  |
| 203 | 2021-01-28_8-28-16- Rebel Talk Episode 2.mp4 | 1-31-2023 | 1-31-2023 | K. Camiliere | 4/26/2023 2:45PM |
| 204 | 2021-01-28_12-13-34- Proudboys Portland rally video.mp4 |  |  |  |  |
| 205 | 2021-01-28_10-49-30 - Rufio Panman on the War Room.mp4 |  |  |  |  |
| 206 | CAPVID_00019 Miami Proudboy - MoSD brief youtube.mp4 |  |  |  |  |
| 207 | MOSD Application Form |  |  |  |  |
| 208 | MOSD Application Form Responses |  |  |  |  |
| 208.001 | Donohoe MOSD Application Form Response |  |  |  |  |

UNITED STATES  7  AMERICA

VS.

ETHAN NORDEAN et al

Civil/Criminal No. 21-CR-175 (TJK)

| Governme. | t | ☐ |
| Plaintiff | | ☐ |
| Defendant | | ✔ |
| Joint | | ☐ |
| Court | | ☐ |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 208.002 | Bertino MOSD Application Form Response | | | | |
| 208.003 | Tarrio MOSD Application Form Response | | | | |
| 208.004 | MOSD Application Form Response #4 | | | | |
| 209 | OPC - Chairman DUNKTANK.mp4 | 2-13-2023 | 2-13-2023 | P. Dubrowski | 4/26/2023 2:45PM |
| 301 | march.mp4 | 1-17-2023 | 1-17-2023 | T. Loyd | ↓ |
| 301.001 | -Montage, (Block, Hemphill, and Quested footage) | | | | |
| 302 | ABQ Raw Anatomy of a Riot.mp4 | | | | |
| 303 | BREAKING - Trump Supporters Breach Barriers and Storm Capitol.mp4 | | | | |
| 304 | Townhall-s Frontline Footage of Capitol Building.mp4 | | | | |
| 305 | US Capitol west side breach as it happened---.mp4 | 1-19-2023 | 1-19-2023 | N. Quested | 4/26/2023 2:45PM |

UNITED STATES OF AMERICA

VS.

ETHAN NORDEAN et al

Civil/Criminal No. 21-CR-175 (TJK)

| | | |
|---|---|---|
| Government | ☐ | |
| Plaintiff | ☐ | |
| Defendant | ☑ | |
| Joint | ☐ | |
| Court | ☐ | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 306 | zOZ8CgfNU1SY_cvt.mp4 | | | | |
| 307 | 1A11 - SUPPORT FOR THE PRESIDENT TRUMP AT THE CAPITAL.mp4 | | | | |
| 308 | LA times never before seen footage youtube.com.mp4 | | | | |
| 309 | Trump supporters smash windows at U.S. Capitol building.mp4 | | | | |
| 310 | Window Smash.mp4 | | | | |
| 311 | Open Source West Door.mp4 | | | | |
| 312 | "Zip Tie Guy" Capitol Attack YouTube Video | | | | |
| 313 | 266O-SE-3380382_0000113_1A0000009_0000001.png through 266O-SE-3380382_0000113_1A0000009_0000013.png | | | | |
| 315 | 15046.JPG | | | | |
| 316 | 3154.MOV | 3-13-2023 | 3-13-2023 | N. Miller | 4/26/2023 2:45PM |

| Governm... t | ☐ |
| Plaintiff | ☐ |
| Defendant | ☑ |
| Joint | ☐ |
| Court | ☐ |

UNITED STATES AMERICA

VS.

ETHAN NORDEAN et al

Civil/Criminal No.  21-CR-175 (TJK)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 317 | DSC_0003.mov | 1-17-2023 | 1-17-2023 | T. Loyd | 4/26/2023 2:45PM |
| 318 | DSC_0035.mov | | | | |
| 319 | IMG_0627.JPG through IMG_0637.JPG | | | | |
| 320 | 266O-SE-3380382_0000126_1A0000014_0000002.mp4 | | | | |
| 321 | 266O-SE-3380382_0000126_1A0000014_0000003.mp4 | | | | |
| 322 | 266O-SE-3380382_0000126_1A0000014_0000001.png | | | | |
| 323 | 20210106_125940.mp4 | | | | |
| 324 | 20210106_130451.mp4 | | | | |
| 325 | 20210106_141354_1.mp4 | | | | |
| 326 | 20210106_145831.mp4 | | | | |

| | Government | ☐ |
|---|---|---|
| | Plaintiff | ☐ |
| | Defendant | ☑ |
| | Joint | ☐ |
| | Court | ☐ |

UNITED STATES AMERICA

VS.

ETHAN NORDEAN et al

Civil/Criminal No. 21-CR-175 (TJK)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 327 | 100T-WF-3414040-SUB_B_VIDEO_0000 002_1A0000003_0000001.png | | | | |
| 328 | 100T-WF-3414040-SUB_B_VIDEO_0000 002_1A0000003_0000002.png | | | | |
| 329 | 100T-WF-3414040-SUB_B_VIDEO_0000 002_Import.mov | | | | |
| 330 | Iphone_AS_DC_20210106_IMG_8612.MOV through Iphone_AS_DC_20210106_IMG_8742.MOV | | | | |
| 331 | Iphone_Nick_DC_20210106_1786DE23-3 75F-47BC-8F10-F83D8DF69EF5.jpg | | | | |
| 332 | Iphone_Nick_DC_20210106_085384D5-0 149-4D5E-ABE2-7F19A8939042.jpg | | | | |
| 333 | Iphone_Nick_DC_20210106_63164601235__2D222692 -D9ED-43EB-BD8C-14B1DD89F45D.fullsizerender.jpeg | | | | |
| 334 | Iphone_Nick_DC_20210106_63165778380__313512BB -6ADE-41CE-875E-A006AF9B6A7D.fullsizerender 2.jpeg | | | | |
| 335 | Iphone_Nick_DC_20210106_63165778380__313512BB -6ADE-41CE-875E-A006AF9B6A7D.fullsizerender.jpeg | | | | |
| 336 | Iphone_Nick_DC_20210106_63165781083__3C3DB05 8-72EE-4C6E-8AB2-BD00E6FE84E3.fullsizerender.jpeg | | | | |

| | UNITED STATES AMERICA | | |
|---|---|---|---|
| | VS. | | Civil/Criminal No. 21-CR-175 (TJK) |
| | ETHAN NORDEAN et al | | |

Government ☐
Plaintiff ☐
Defendant ☑
Joint ☐
Court ☐

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 337 | Iphone_Nick_DC_20210106_63165782215__F20C088F-3A0C-45C7-B397-B9BAF3F0196D.fullsizerender.jpeg | | | | |
| 338 | Iphone_Nick_DC_20210106_DZVHE7354.jpg | | | | |
| 339 | Iphone_Nick_DC_20210106_FullSizeRender.jpeg | | | | |
| 340 | Iphone_Nick_DC_20210106_FullSizeRender 2.jpeg | | | | |
| 341 | Iphone_Nick_DC_20210106_FullSizeRender 3.jpeg | | | | |
| 342 | Iphone_Nick_DC_20210106_FullSizeRender 4.jpeg | | | | |
| 343 | Iphone_Nick_DC_20210106_FullSizeRender 5.jpeg | | | | |
| 344 | Iphone_Nick_DC_20210106_HVXZE4821.jpg | | | | |
| 345 | Iphone_Nick_DC_20210106_IMG_1056.mov through Iphone_Nick_DC_20210106_IMG_1162.mov | 1-20-2023 | 1-20-2023 | N. Quested | 4/26/2023 2:45PM |
| 346 | Iphone_Nick_DC_20210106_IMG_1060.jpeg through Iphone_Nick_DC_20210106_IMG_1173.jpeg | | | | |

| | | | |
|---|---|---|---|
| Governn t | ☐ | UNITED STATES AMERICA | |
| Plaintiff | ☐ | VS. | Civil/Criminal No. 21-CR-175 (TJK) |
| Defendant | ☑ | ETHAN NORDEAN et al | |
| Joint | ☐ | | |
| Court | ☐ | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 347 | iPhone_Nick_DC_20210106_IMG_1129 | | | | |
| 348 | Peace Monument Parler Video | | | | |
| 349 | IMG_1601.mov | | | | |
| 350 | 179c23711080d1b31f15df8c8460469c.mp4 | | | | |
| 351 | 644ed0b263c0c035ae2b93c59f9be785.mp4 | | | | |
| 352 | 7431878b48872f151bc79f15d4b38283.mp4 | 1-17-2023 | 1-17-2023 | T. Loyd | 4/26/2023 2:45PM |
| 353 | GH010036.MP4 | | | | |
| 354 | IMG_0503.HEIC | | | | |
| 355 | CAPVID_00044_IMG_9475.MOV through CAPVID_00056_camvideo_5702bda6.mp4 | | | | |
| 356 | Enrique Tarrio_INTV with Amy_2021-02-12_Take_1 | | | | |

Governn[t]  [ ]

Plaintiff  [ ]

Defendant  [✔]

Joint  [ ]

Court  [ ]

UNITED STATES   AMERICA

VS.

ETHAN NORDEAN et al

Civil/Criminal No.  21-CR-175 (TJK)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 357 | AirBnB Surviellance footage | | | | |
| 401 | 013 - Exhibit #6 to USCP OPR Report 21-006 (CAPD_000001600) | 1-17-2023 | 1-17-2023 | T. Loyd | 4/26/2023 2:45PM |
| 402 | 012 - Exhibit #6 to USCP OPR Report 21-006 (CAPD_000001599) | 1-17-2023 | 1-17-2023 | T. Loyd | ↓ |
| 403 | 0686 USCH 02 Rotunda Door Interior (1_6_2021 3_11_51 PM EST).png | | | | |
| 404 | 0686 USCH 02 Rotunda Door Interior (1_6_2021 3_12_13 PM EST).png | | | | |
| 405 | 0686 USCH 02 Rotunda Door Interior (1_6_2021 3_12_40 PM EST).png | | | | |
| 406 | 0686 USCH 02 Rotunda Door Interior (1_6_2021 3_12_47 PM EST).png | | | | |
| 407 | 7029 USCS 02 Rotunda Door Interior (1_6_2021 3_12_16 PM EST).png | | | | |
| 408 | 0686 USCH 02 Rotunda Door Interior-2021-01-06_15h11min28s000ms.mp4 | 1-17-2023 | 1-17-2023 | T. Loyd | 4/26/2023 2:45PM |
| 409 | 7029 USCS 02 Rotunda Door Interior-2021-01-06_15h12min00s000ms.mp4 | | | | |

| | | | | |
|---|---|---|---|---|
| Governm___ t ☐ | | UNITED STATES ___ AMERICA | | |
| Plaintiff ☐ | | VS. | Civil/Criminal No. | 21-CR-175 (TJK) |
| Defendant ☑ | | ETHAN NORDEAN et al | | |
| Joint ☐ | | | | |
| Court ☐ | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 501 | Bertino Criminal History | | | | |
| 502 | Bertino Witness Assistance Program Expenditures | | | | |
| 503 | Bertino Plea Documents | | | | |
| 503A | Bertino Plea Agreement | | | | |
| 503B | Bertino Statement of Offense | | | | |
| 504 | March 18 2022 Interview of Bertino - 302 | | | | |
| 505 | March 18 2022 Interview of Bertino | | | | |
| 506 | March 18 2022 Interview of Bertino - Recordings | 2-22-2023 | 2-22-2023 | J. Bertino | 4/26/2023 2:45PM |
| 507 | June 9 2022 Interview of Bertino - 302 | | | | |
| 508 | June 9 2022 Interview of Bertino - Transcript | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Government | ☐ | | | | |
| Plaintiff | ☐ | | | | |
| Defendant | ☑ | | | | |
| Joint | ☐ | | | | |
| Court | ☐ | | | | |

UNITED STATES AMERICA

VS.

ETHAN NORDEAN et al

Civil/Criminal No. 21-CR-175 (TJK)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 509 | June 9 2022 Interview of Bertino - Recordings | 2-22-2023 | 2-22-2023 | J. Bertino | 4/26/2023 2:45PM |
| 510 | June 22 2022 Interview of Bertino - 302 | | | | |
| 511 | June 22 2022 Interview of Bertino - Transcript | | | | |
| 512 | June 22 2022 Interview of Bertino - Recordings | | | | |
| 513 | Donohoe Reverse Proffer Novermber 22 2021 | | | | |
| 514 | Donohoe March 31 and April 1 2022 Interview | | | | |
| 515 | Donohoe Criminal History | | | | |
| 516 | Donohoe Plea Documents | | | | |
| 516A | Donohoe Plea Agreement | | | | |
| 516B | Donohoe Statement of Offense | | | | |

| Governm. ₹ | ☐ |
| Plaintiff | ☐ |
| Defendant | ☑ |
| Joint | ☐ |
| Court | ☐ |

UNITED STATES AMERICA

VS.

ETHAN NORDEAN et al

Civil/Criminal No. 21-CR-175 (TJK)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 517 | Donohoe Jail Calls - Recordings | | | | |
| 517.001 | P2_5150_68_20220310211537.wav | | | | |
| 517.002 | P2_5150_95_20220129183928.wav | | | | |
| 517.003 | P3_5150_5_20220208200237.wav | | | | |
| 518 | Donohoe August 11 2022 Interview - 302 | | | | |
| 519 | Giddings Plea Documents | | | | |
| 519A | Giddings Plea Agreement | | | | |
| 519B | Giddings Statement of Offense | | | | |
| 520 | October 28 2022 Interview of Giddings - 302 | | | | |
| 521 | December 10 2021 Interview of Giddings - Transcript | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Governn. | ☐ | | | | |
| Plaintiff | ☐ | | UNITED STATES  AMERICA | | Civil/Criminal No.   21-CR-175 (TJK) |
| Defendant | ✔ | | VS. | | |
| Joint | ☐ | | ETHAN NORDEAN et al | | |
| Court | ☐ | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 522 | 1A69 (Giddings Post Arrest Interview) | | | | |
| 523 | 1A24 (Greene Jail Calls and Docs) | | | | |
| 524 | 1A31 (Greene 10.28.2021 Interview and Notes) | | | | |
| 525 | 1D5 (Greene Audio of Interview 4.21.2021) | | | | |
| 526 | January 18 2021 Interview of Greene (1D3) | | | | |
| 527 | January 18 2021 Interview 1D4 (Greene Video of Interview) | 1-24-2023 | 1-24-2023 | M. Greene | 4/26/2023 2:45PM |
| 528 | Greene GJ 2021-09-17 interview - 302 | | | | |
| 529 | Greene 2021-09-17 interview notes | | | | |
| 530 | 2021-02-15 Interview of Quested - 302 | 1-19-2023 | | N. Quested | |
| 531 | 2021-06-08 Interview of Quested - 302 | | | | |

| Government | ☐ |
|---|---|
| Plaintiff | ☐ |
| Defendant | ☑ |
| Joint | ☐ |
| Court | ☐ |

UNITED STATES / AMERICA

VS.

ETHAN NORDEAN et al

Civil/Criminal No.  21-CR-175 (TJK)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 532 | 1A13 - Roberson Parler | | | | |
| 534 | 2021-11-02 Roberson Interview - 302 and Photos | | | | |
| 535 | 2021-11-03 Roberson Interview - 302 | | | | |
| 536 | Roberson Plea Docs | | | | |
| 536A | Roberson Plea Agreement | | | | |
| 536B | Roberson Statement of Offense | | | | |
| 537 | 2021-09-08 Roberson Interview - 302 | | | | |
| 538 | 2021-11-03 Roberson GJ Transcript | | | | |
| 539 | 2022-11-25 Roberson Interview | | | | |
| 540 | 1A1 (Stewart Bodycam Video) | | | | |

| | Governn... | | |
|---|---|---|---|
| | Plaintiff | | |
| | Defendant | ✔ | |
| | Joint | | |
| | Court | | |

UNITED STATES AMERICA

VS.

ETHAN NORDEAN et al

Civil/Criminal No. 21-CR-175 (TJK)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 541 | Stewart GoPro Videos | | | | |
| 542 | 2022-03-08 Stewart Interview (1D1, 1D2, and 1D3) | | | | |
| 543 | 2022-03-08 Stewart Interview Summary | | | | |
| 544 | 2022-03-08 Stewart Interview Transcript | | | | |
| 545 | 2022-03-08 Stewart Interview Photos | | | | |
| 546 | 2022-05-05 Stewart Interview 302 and Agents' Notes | | | | |
| 547 | 2022-05-05 Stewart Interview Audio Recording | | | | |
| 548 | 2022-05-25 Stewart Interview Agents' Notes | | | | |
| 549 | 2022-05-25 Stewart Interview - 302 | | | | |
| 550 | Stewart Plea Docs | | | | |

UNITED STATES  AMERICA

VS.

ETHAN NORDEAN et al

Civil/Criminal No.  21-CR-175 (TJK)

Governm.  ☐
Plaintiff  ☐
Defendant ☑
Joint  ☐
Court  ☐

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 550A | Stewart Plea Agreement | | | | |
| 550B | Stewart Statement of Offense | | | | |
| 551 | Stewart Messages | | | | |
| 552 | Miller Lync Messages | | | | |
| 553 | Miller, Nicole - Greenside Emails 1 | | | | |
| 554 | Miller, Nicole - Greenside Emails 2 | | | | |
| 555 | Miller, Nicole - Greenside Emails 3 | | | | |
| 556 | Miller, Nicole - Redside Emails 1 | | | | |
| 557 | Miller, Nicole - Redside Emails 2 | | | | |
| 558 | Nicole_Miller_Texts | | | | |

| Governm... | ☐ |
| Plaintiff | ☐ |
| Defendant | ☑ |
| Joint | ☐ |
| Court | ☐ |

UNITED STATES  AMERICA

VS.

ETHAN NORDEAN et al

Civil/Criminal No.   21-CR-175 (TJK)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 559 | Miller, Nicole - 2021-08-02 GJ Information - 302 | | | | |
| 560 | 2022-11-15 Bertino Interview 302 | | | | |
| 561 | 2022-11-22 Bertino Interview 302 | | | | |
| 562 | Quested Instagram Images | | | | |
| 563 | 2022-11-27 Stewart Interview 302 and Agent Notes | | | | |
| 564 | 2022-12-04 Stewart Interview 302 | | | | |
| 565 | Miller, Nicole - Sentinel Materials | | | | |
| 601 | 2021-09-08 Dicioccio Interview - Transcript | | | | |
| 602 | 2021-09-08 Dicioccio Interview - Video Recording | | | | |
| 603 | 2021-01-21 Jeffrey Grace Interview - 302 | | | | |

| Government | ☐ |
|---|---|
| Plaintiff | ☐ |
| Defendant | ☑ |
| Joint | ☐ |
| Court | ☐ |

UNITED STATES AMERICA

VS.

ETHAN NORDEAN et al

Civil/Criminal No. 21-CR-175 (TJK)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 604 | 2022-05-09 Jeffrey Grace Interview - 302 | | | | |
| 605 | Jeffrey Grace - 7 Open-source/Media Interviews | | | | |
| 606 | Morales body cam footage of Jeffrey Grace | | | | |
| 607 | 2021-10-22 Shahidul Islam Interview - 302 | | | | |
| 608 | Tab A Videos provided to FBI | | | | |
| 609 | Tab A Voicemails provided to FBI | | | | |
| 610 | 2021-10-13 Tab A - 1A105 Interview  and Notes | | | | |
| 611 | 2021-10-14 Tab A Interview - 302 | | | | |
| 612 | 2021-10-15 Tab A Interview Transcript | | | | |
| 613 | 2021-01-13 Knowles Interview Transcript | | | | |

UNITED STATES AMERICA

VS.

ETHAN NORDEAN et al

Civil/Criminal No. 21-CR-175 (TJK)

| | Governm | |
|---|---|---|
| | Plaintiff | ☐ |
| | Defendant | ✔ |
| | Joint | ☐ |
| | Court | ☐ |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 614 | 2021-04-05 Knowles Interview Transcript | | | | |
| 616 | 2022-07-07 Tab B Interview - 302 | | | | |
| 617 | Tab B Messages | | | | |
| 618 | Tab B Text Messages | | | | |
| 619 | Tab B Videos - Evening of Jan. 5 2021 | | | | |
| 620 | Tab C (C-20.pdf) | | | | |
| 621 | Tab C (C-21.pdf and C-21.map.pdf) | | | | |
| 623 | Tab G (G-33.pdf) | | | | |
| 624 | 2022-02-15 Nugent GJ Information - 302 | | | | |
| 625 | 2022-05-06 Nugent GJ Testimony - Transcript | | | | |

Government ☐
Plaintiff ☐
Defendant ☑
Joint ☐
Court ☐

UNITED STATES OF AMERICA

VS.

ETHAN NORDEAN et al

Civil/Criminal No. 21-CR-175 (TJK)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 626 | 2022-05-09 Nugent Interview - 302 | | | | |
| 627 | 2021-11-09 Nugent Interview - 302 | | | | |
| 628 | Nugent Text Messages and Communications | | | | |
| 629 | 2022-10-17 Scott Interview - 302 | | | | |
| 631 | 2021-02-16 Eddie Block 302 | | | | |
| 632 | 2021-03-19 Eddie Block 302 | | | | |
| 633 | 2022-04-21 Eddie Block 302 | | | | |
| 634 | 2021-10-28 Jason Reale 302 | | | | |
| 533 | Transcript | 1-19-2023 | | N. Quested | |
| 1 | Document | 1-31-2023 | 1-31-2023 | K. Camiliere | 4/26/2023 2:45PM |

| | UNITED STATES OF AMERICA | | | | |
|---|---|---|---|---|---|
| | VS. | | | Civil/Criminal No. | 21-CR-175-1 (TJK) |
| | ETHAN NORDEAN et al (Nordean) | | | | |

- Government ☐
- Plaintiff ☐
- Defendant ☑
- Joint ☐
- Court ☐

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 4 | Impeachment Material | 2-8-2023 | 2-8-2023 | J. Cain | 4/26/2023 2:45PM |
| 2 | Impeachment Material | 3-8-2023 | | N. Miller | |
| 3 | Transcript | 3-13-2023 | | N. Miller | |
| 317X | Segment of Exhibit 317 | 3-13-2023 | 3-13-2023 | ↓ | 4/26/2023 2:45PM |
| 5 | Demonstrative | 3-16-2023 | | P. Dubrowski | |
| 6 | Photo | 3-29-2023 | 3-29-2023 | Aaron | 4/26/2023 2:45PM |
| 7 | Video | ↓ | ↓ | ↓ | ↓ |
| 8 | Video | ↓ | ↓ | ↓ | ↓ |
| | | | | | |
| | | | | | |