UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) ) ) Case No. 1:21-cr-175-TJK ) |
| v. | ) ) |
| ETHAN NORDEAN, et al., | ) ) |
| Defendants. | ) ) |

**NORDEAN'S RESPONSE TO THE GOVERNMENT'S PROPOSED SCHEDULE FOR POST-TRIAL PROCEEDINGS**

Nordean has been incarcerated since February 2021. The jury returned a verdict in this matter on May 4, 2023. The Federal Rules of Criminal Procedure provide that post-trial motions would be filed within 14 days of that date. Fed. R. Crim. P. 29(c)(1); Fed. R. Crim. P. 33(b)(2). On May 16, the Court scheduled Nordean's sentencing hearing for August 30, 2023. ECF 808. The government now asks the Court to delay post-trial briefing and sentencing for an indefinite period of time, for all five defendants, because one defense lawyer in this case is attempting to represent two of them in the same matter. ECF 818.[1]

The government's scheduling proposal would delay the entry of judgment in this case but serve no other purpose. Nordean's post-trial briefing schedule need not be postponed until the Court determines whether the same lawyer may represent Zachary Rehl and Joseph Biggs under the ethics rules. The government does not make any substantive argument otherwise. It simply says that delay is what "judicial economy dictates." ECF 818, p. 3. Judicial economy does not

---

[1] Before this conflict issue arose, the government successfully requested a dilated post-trial briefing schedule but for a different reason. ECF 806. Then, the government said the interests of justice would not be served by "rush[ing] through" legal issues the parties have briefed since April 2021. *Id.*, p. 2.

1

dictate delaying the entry of judgment in Nordean's case for that reason. Counsel for Biggs did not file pretrial or trial motions in this matter; there is no basis for speculation that the volume of Biggs' motion practice will materially expand after trial has concluded. In any case, even if the Court were inclined to delay post-trial briefing for efficiency reasons the government has not specifically articulated, that would not necessitate suspending the sentencing hearing schedule. ECF 818, p. 2. Nordean's sentencing hearing can still proceed on August 30 even if the Court sets post-trial briefing deadlines in late June or July. The government has secured a favorable jury verdict in this matter. It is not clear why it should now resist the entry of judgment. Nordean respectfully requests that the Court maintain his August 30 sentencing date and objects on due process and Sixth Amendment grounds to further delay.

Dated: June 12, 2023                                  Respectfully submitted,

/s/ David B. Smith
David B. Smith, D.C. Bar No. 403068
David B. Smith, PLLC
108 North Alfred Street, 1st FL
Alexandria, Virginia 22314
(703) 548-8911 / Fax (703) 548-8935
dbs@davidbsmithpllc.com

Nicholas D. Smith, D.C. Bar No. 1029802
1123 Broadway, Suite 909
New York, NY 10010
(917) 902-3869
nds@davidbsmithpllc.com
*Counsel to Ethan Nordean*

## Certificate of Service

I hereby certify that on the 12th day of June, 2023, I filed the foregoing motion with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following CM/ECF user(s): counsel of record.

And I hereby certify that I have mailed the document by United States mail, first class postage prepaid, to the following non-CM/ECF participant(s), addressed as follows: [none].

/s/ David B. Smith
David B. Smith, D.C. Bar No. 403068
David B. Smith, PLLC
108 North Alfred Street, 1st FL
Alexandria, Virginia 22314
(703) 548-8911 / Fax (703) 548-8935
dbs@davidbsmithpllc.com