**Kenerson, Erik (USADC)**

| | |
|---|---|
| **From:** | Norm Pattis < ██████████████ |
| **Sent:** | Wednesday, February 1, 2023 9:17 AM |
| **To:** | Kelly Chambers; Kenerson, Erik (USADC) |
| **Subject:** | [EXTERNAL] Agreement — Urgent limiting instruction. |

The parties agree as follows:

You have heard evidence about statements made to and by some defendants and other individuals. If the evidence supports it, you may consider the statements made by defendants and other individuals as evidence that, for example, a conspiracy existed, a defendant entered into a conspiracy, or a defendant had a certain motive, intent or knowledge. The First Amendment of the United States Constitution protects an individual's right to free speech, where that speech does not pose an imminent risk of violence and is not likely to produce such violence. You may not find that a defendant committed a crime or that a conspiracy existed simply because you find that a defendant or other individuals engaged in speech that you may find to be vile, hateful or offensive.

Sent from my iPhone