# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Criminal No. 21-cr-175-1 (TJK)** |
| : | |
| **ETHAN NORDEAN** : | |
| : | |
| **Defendant.** : | |

## GOVERNMENT'S NOTICE OF SENTENCING EXHIBITS

The United States of America, by and through its attorney the United States Attorney for the District of Columbia, respectfully files the attached exhibits for the Court's consideration at sentencing.[1] The exhibits are cited in its individual sentencing memorandum, specifically ECF 855-2 (Attachment B - Ethan Nordean Additional Sentencing Arguments). In addition to the documents attached hereto, the government notifies the Court and counsel that it is submitting video exhibits to the Court via USAfx. The chart below summarizes the proffered exhibits. The government does not have any objection to the public dissemination of any of the video exhibits summarized below.

| Exhibit Name | Format | Description |
|---|---|---|
| Nordean Exhibit 1 | Video | Warboys Podcast Excerpt |
| Nordean Exhibit 2 | Video | Nordean in the West Plaza |
| Nordean Exhibit 3 | PDF | Telegram Messages – Presidents' Chat |
| Nordean Exhibit 4 | Video | Interview with Alex Jones |
| Nordean Exhibit 5 | Video | YouTube – Battle of Portland video |
| Nordean Exhibit 6 | PDF | Telegram Messages – OG Pickleback Crew |
| Nordean Exhibit 7 | PDF | Social Media post by Mike Nordean |
| Nordean Exhibit 8 | PDF | Telegram Messages – PNW Officers Chat |
| Nordean Exhibit 9 | PDF | Telegram Messages – PNW Officers Chat |
| Nordean Exhibit 10 | PDF | Telegram Messages – PNW Officers Chat |
| Nordean Exhibit 11 | PDF | Telegram Messages – OG Pickleback Crew |

---

[1] The government is not re-submitting herewith any of the exhibits that were previously admitted at trial. We will provide copies of any such exhibit to the Court and counsel upon request.

                          Respectfully Submitted,

                          MATTHEW M. GRAVES
                          United States Attorney
                          D.C. Bar No. 481052

By:     */s/ Jason B.A. McCullough*
            JASON B.A. MCCULLOUGH
                NY Bar No. 4544953
            ERIK M. KENERSON, OH Bar No. 82960
            NADIA E. MOORE, NY Bar No. 4826566
                  On Detail to the District of Columbia
            Assistant United States Attorneys
            601 D Street NW
            Washington, D.C. 20530

            */s/ Conor Mulroe*
            CONOR MULROE, NY Bar No. 5289640
            Trial Attorney
            U.S. Department of Justice, Criminal Division
            1301 New York Ave. NW, Suite 700
            Washington, D.C. 20530
            (202) 330-1788
            Conor.Mulroe@usdoj.gov