Nordean Exhibit 1

Clip from "War Boys" show

(Multimedia file submitted via USAFx)