Nordean Exhibit 2

Nordean in West Plaza

(Multimedia file submitted via USAFx)