Nordean Exhibit 4

Interview with Alex Jones

(Multimedia file submitted via USAFx)