Nordean Exhibit 5

"Battle of Portland" Video

(Multimedia file submitted via USAFx)