**From: 654712116 Joe Bigs**

im down

8/6/2020 5:23:56 PM(UTC-7)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x1A2A2719 (Size: 873086976 bytes)

**From: 792631195 Paul Rae (pb)**

It's the same fucking day as the parade.

8/6/2020 7:27:43 PM(UTC-7)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x1A2863D7 (Size: 873086976 bytes)

**From: 654712116 Joe Bigs**

Gay

8/6/2020 7:32:01 PM(UTC-7)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x1A2DFD24 (Size: 873086976 bytes)

**From: 792631195 Paul Rae (pb)**

Attachments:

Size: 0
(Empty File)

8/7/2020 10:56:39 AM(UTC-7)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x1A39A70C (Size: 873086976 bytes)

**From: 777508242 Planet**

very interesting

8/8/2020 3:42:25 PM(UTC-7)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x1A173511 (Size: 873086976 bytes)

**From: 792631195 Paul Rae (pb)**

About 30+ leftist rioters followed about a dozen supposed Proud Boys as they were making their exit.  Apparently they fucked around and found out.  @ProudBoysUncensored.

Attachments:

Size: 0
(Empty File)

8/9/2020 4:03:16 PM(UTC-7)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x1A70A79D (Size: 873086976 bytes)

**From: 792631195 Paul Rae (pb)**

Sounds like you guys had a good time @ChiefPanman

8/9/2020 4:03:40 PM(UTC-7)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x1A70DA05 (Size: 873086976 bytes)

**From: 573782641 Rufio Panman (owner)**

I got bear maced real good, but I put one in the hospital

8/9/2020 4:39:36 PM(UTC-7)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x1A70D951 (Size: 873086976 bytes)

**From: 654712116 Joe Bigs**

I got beer maced just now when I dropped a can of beer on my face

8/9/2020 4:55:56 PM(UTC-7)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x1A70A398 (Size: 873086976 bytes)

**From: 581632416 Enrique Florida Pb**

Crisscross hot sauce

8/9/2020 4:56:45 PM(UTC-7)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x1A70A4DF (Size: 873086976 bytes)

**From: 792631195 Paul Rae (pb)**

I heard you guys left a few bodies on the ground.

8/9/2020 4:59:45 PM(UTC-7)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x1A70A448 (Size: 873086976 bytes)

**From: 573782641 Rufio Panman (owner)**

Attachments:

Size: 0
(Empty File)

8/9/2020 5:02:10 PM(UTC-7)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x1A70AD2B (Size: 873086976 bytes)

**From: 792631195 Paul Rae (pb)**

Time to move to Florida

8/9/2020 5:04:23 PM(UTC-7)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x1A70CCB6 (Size: 873086976 bytes)