**From: 1184521847 Conner MacManus**

If they are going to go to one that is

1/21/2021 3:14:53 PM(UTC-8)

Source Info: e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x1C232AAA (Size: 873086976 bytes)

**From: 573782641 Rufio Panman (owner)**

Attachments:

Size: 0
(Empty File)

1/21/2021 3:16:41 PM(UTC-8)

Source Info: e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x32D35DDA (Size: 873086976 bytes)

**From: 1184521847 Conner MacManus**

Yeah we where talking to the vest guys at the gun show.

1/21/2021 3:18:14 PM(UTC-8)

Source Info: e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x320C7C59 (Size: 873086976 bytes)

**From: 573782641 Rufio Panman (owner)**

Think if we had 100+orders of all uniforms it would probably cost $200-250 per dude that would include everything

1/21/2021 3:19:43 PM(UTC-8)

Source Info: e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x321E0EFE (Size: 873086976 bytes)

**From: 573782641 Rufio Panman (owner)**

Med kits, boots, pants, shirts (stab proof) vests, gloves(cut proof) masks etc

1/21/2021 3:20:42 PM(UTC-8)

Source Info: e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x1C232B77 (Size: 873086976 bytes)

**From: 1184521847 Conner MacManus**

I can't find cut shirts online. They say you can only buy in store and closest store I found was Florida

1/21/2021 3:21:51 PM(UTC-8)

Source Info: e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x320C7E29 (Size: 873086976 bytes)

**From: 752612623 Dan Tooze**

Attachments:

Size: 0
(Empty File)

1/21/2021 6:00:52 PM(UTC-8)

Source Info: e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x32D4D265 (Size: 873086976 bytes)

21CR175_00003645

15603