From: 573782641 Rufio Panman (owner)

Jan 6th meet
Pictures and video of activity
Setting up regional training every 3 months
Regional bulk orders of gear
Communications
Rally's
Uniform
SHTF protocol

1/27/2021 3:06:45 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x32DAF40F (Size: 873086976 bytes)

Unknown
**Status:** Unsent

1/27/2021 3:09:20 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x2F23A3FA (Size: 873086976 bytes)

Unknown

9____

**Status:** Unsent

1/27/2021 3:09:53 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x32DAF168 (Size: 873086976 bytes)

From: 600189182 Anthony (POYB)

During this time we should be doing less government and more drinking club, put that on the list

1/27/2021 3:10:32 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x29EF0038 (Size: 873086976 bytes)

Unknown

___}_._____i_____p_:_O_____ti_____tp_:_O_____

**Status:** Unsent

1/27/2021 3:11:50 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x2EA9DC63 (Size: 873086976 bytes)

From: 625495084 Daniel Garris (poyb)

Our chapter is actually a transjewish lgbt non profit now.

1/27/2021 3:13:09 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x32DAFE66 (Size: 873086976 bytes)