# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ETHAN NORDEAN, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>) Case No. 1:21-cr-175-TJK<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT NORDEAN'S NOTICE OF TRIAL MATERIALS SUBMITTED DIRECTLY TO CHAMBERS

Nordean, by counsel, files this notice in order to docket certain submissions made by the parties directly to chambers in this matter.

On November 2, 2022, the parties jointly emailed chambers with documents titled: (1) "Joint Proposed Jury Instructions"; (2) "Joint Statement re Lesser Offenses"; and (3) "Parties Joint Proposed Juror Questionnaire." Exh. 1.

On January 25, 2023, the parties emailed chambers concerning a dispute over Federal Rule of Evidence 613(b).  Exh. 2.

On February 3, 2023, Nordean emailed chambers with objections to the government's Telegram chat evidence.  Exh. 3.[1]

On March 7, 2023, Nordean emailed chambers regarding the Court's sealed order for partial jury sequestration.  Exh. 4.

---

[1] Nordean's submission included a file in .xls format which he hereby incorporates into the trial record.

1

On April 13, 2023, Nordean emailed chambers with objections to the jury instruction concerning conspiracy law.  Exh. 5.

On May 3, 2023, counsel for Defendant Rehl emailed chambers concerning an error in the verdict form.  Exh. 6.

On May 8, 2023, Nordean's counsel emailed chambers regarding reporting that notes apparently containing attorney-client communications had been taken from the defense table in the courtroom and provided to the news media. Exh. 7.

Dated: September 6, 2023                                Respectfully submitted,


                                                        */s/ David B. Smith*
                                                        David B. Smith (D.C. Bar No. 403068)
                                                        108 N. Alfred St.
                                                        Alexandria, VA 22314
                                                        Phone:(703)548-8911
                                                        Fax:(703)548-8935
                                                        dbs@davidbsmithpllc.com

                                                        Nicholas D. Smith (D.C. Bar No. 1029802)
                                                        1123 Broadway, Suite 909
                                                        New York, NY 10010
                                                        Phone: (917) 902-3869
                                                        nds@davidbsmithpllc.com

                                                        *Attorneys for Ethan Nordean*

## Certificate of Service

I hereby certify that on the 6th day of September, 2023, I filed the foregoing filing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following CM/ECF user(s): counsel of record.

And I hereby certify that I have mailed the document by United States mail, first class postage prepaid, to the following non-CM/ECF participant(s), addressed as follows: [none].

/s/ David B. Smith
David B. Smith, VA Bar No. 25930
David B. Smith, PLLC
108 North Alfred Street, 1st FL
Alexandria, Virginia 22314
(703) 548-8911 / Fax (703) 548-8935
dbs@davidbsmithpllc.com

*Attorneys for Ethan Nordean*