# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ETHAN NORDEAN, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)  Case No. 1:21-cr-175-TJK<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT NORDEAN'S NOTICE OF SECOND AMENDMENT TO MOTION FOR RULE 17 WITNESS FEES

Defendant Nordean filed a motion seeking an order directing the U.S. Marshals to reimburse defense witness Hendrik "Eddie" Block for travel costs associated with his trial testimony. ECF 606. Rule 17 provides that, if the defendant is indigent, subpoenaed defense witness fees will be paid in the same manner as those paid for government witnesses. Fed. R. Crim. P. 17(b). Block later moved to quash Nordean's subpoena but subsequently withdrew his challenge to process. 3/14/2023 Minute Order. However, the Court did not at that point rule on Nordean's witness fee motion at ECF No. 606.

Nordean provides this supplement to the motion to clarify the exact amount of witness fees incurred by Block. Block drove from his home in North Fork, California to the courthouse. That is 2,842 miles. The current GSA mileage rate is 65.5 cents per mile. That works out to $1,861.51, which is doubled to $3,723.02 because Block drove back to North Fork. Block incurred hotel and parking expenses in the amount of $1,398.82. Exh. 1. Thus, Nordean respectfully requests an order directing the Marshals to reimburse Hendrik Block in the amount of $5,121.84.

1

Dated: October 5, 2023                                  Respectfully submitted,

                                                        /s/ David B. Smith
                                                        David B. Smith, D.C. Bar No. 403068
                                                        David B. Smith, PLLC
                                                        108 North Alfred Street, 1st FL
                                                        Alexandria, Virginia 22314
                                                        (703) 548-8911 / Fax (703) 548-8935
                                                        dbs@davidbsmithpllc.com

                                                        Nicholas D. Smith, D.C. Bar No. 1029802
                                                        David B. Smith, PLLC
                                                        7 East 20th Street, Suite 4R
                                                        New York, NY 10003
                                                        (917) 722-1096
                                                        nds@davidbsmithpllc.com
                                                        *Counsel to Ethan Nordean*

**Certificate of Service**

I hereby certify that on the 5th day of October, 2023, I filed the foregoing notice with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following CM/ECF user(s):

> Jim Nelson
> Assistant United States Attorney
> 555 4th Street, N.W., Room 4408
> Washington, D.C. 20530
> (202) 252-6986

And I hereby certify that I have mailed the document by United States mail, first class postage prepaid, to the following non-CM/ECF participant(s), addressed as follows: [none].

                                                        /s/ David B. Smith
                                                        David B. Smith, D.C. Bar No. 403068
                                                        David B. Smith, PLLC

2

108 North Alfred Street, 1st FL
Alexandria, Virginia 22314
(703) 548-8911 / Fax (703) 548-8935
dbs@davidbsmithpllc.com