# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 21-CR-175 (TJK) |
| : | |
| ETHAN NORDEAN, et al., : | |
| : | |
| Defendants. : | |

## GOVERNMENT'S MOSTION TO PROVIDE ACCESS TO SEALED TRANSCRIPTS TO APPELLATE COUNSEL OF RECORD

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court to authorize the court reporters who produced transcripts in this case to provide sealed transcripts to appellate counsel who represents any defendant on appeal, for use in that appeal. The government requests that the transcripts and information contained therein remain sealed, given the findings that the Court made for conducting sealed proceedings in the first place. In support of this motion, the government states as follows:

During both trial and pretrial proceedings in the matter, the Court addressed some issues that came up in sealed settings. The Court generally, upon request, allowed the transcripts of those proceedings to be produced to the parties, but ordered that the transcripts remain sealed.

The government was recently contacted by Ryan Norwood, Esq., an assistant federal public defender based in the District of Nevada, who represents defendant Dominic Pezzola on appeal. Mr. Norwood informed the government that he was informed by the court reporter that a court order would be required to produce sealed transcripts to appellate counsel. Accordingly, the government moves the Court to enter the attached order, which would allow Mr. Norwood, as well as any counsel who may enter an appearance on behalf of one of the defendants on appeal, to access the transcripts of the sealed proceedings in this case for use on that appeal.

WHEREFORE, for the foregoing reasons, and any reasons as may be cited at a hearing on this motion, the government respectfully requests that the Court enter the attached order.

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        DC Bar No. 481052

By:   */s/ Erik M. Kenerson*
       ERIK M. KENERSON, OH Bar No. 82960
       JASON B.A. MCCULLOUGH
       NY Bar No. 4544953
       CONOR MULROE, NY Bar No. 5289640
       Assistant United States Attorneys
       601 D Street, N.W.
       Washington, D.C. 20530
       (202) 252-7201
       Erik.Kenerson@usdoj.gov