1
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

2

3      * * * * * * * * * * * * * * *    )
UNITED STATES OF AMERICA,              )      Criminal Action
4                                      )       No. 21-00175
                   Plaintiff,          )
5                                      )
     vs.                               )
6                                      )
ETHAN NORDEAN, JOSEPH R. BIGGS,        )      Washington, D.C.
7  ZACHARY REHL, ENRIQUE TARRIO and    )      January 13, 2023
   DOMINIC J. PEZZOLA,                  )      9:11 a.m.
8                                      )
                   Defendants.         )
9                                      )
     * * * * * * * * * * * * * * *      )

10

11

                   TRANSCRIPT OF JURY TRIAL - DAY 14
12            BEFORE THE HONORABLE TIMOTHY J. KELLY,
                   UNITED STATES DISTRICT JUDGE

13

14

15   APPEARANCES:

16   FOR THE GOVERNMENT:      JASON B.A. McCULLOUGH, ESQ.
                              ERIK M. KENERSON, ESQ.
17                            CONOR MULROE, ESQ.
                              NADIA MOORE, ESQ.
18                            UNITED STATES ATTORNEY'S OFFICE
                                FOR THE DISTRICT OF COLUMBIA
19                            555 Fourth Street, Northwest
                              Eleventh Floor
20                            Washington, D.C. 20530

21

     FOR THE DEFENDANT         NICHOLAS D. SMITH, ESQ.
22         NORDEAN:            DAVID B. SMITH, PLLC
                              1123 Broadway
23                            Suite 909
                              New York, New York 10010

24

25

1    APPEARANCES, CONT'D:

2

3    FOR THE DEFENDANT          JOHN D. HULL, IV, ESQ.
              BIGGS:           HULL McGUIRE, P.C.
                               1420 N Street, Northwest
4                              Washington, D.C. 20005

5                              NORMAN A. PATTIS, ESQ.
                               PATTIS & SMITH, LLC
6                              383 Orange Street
                               First Floor
7                              New Haven, Connecticut 06511

8

9    FOR THE DEFENDANT          CARMEN D. HERNANDEZ, ESQ.
              REHL:            7166 Mink Hollow Road
                               Highland, Maryland 20777
10

11   FOR THE DEFENDANT          NAYIB HASSAN, ESQ.
              TARRIO:          LAW OFFICES OF NAYIB HASSAN, P.A.
12                             6175 Northwest 153rd Street
                               Suite 209
13                             Miami Lakes, Florida 33014

14                             SABINO JAUREGUI, ESQ.
                               JAUREGUI LAW, P.A.
15                             1014 West 49th Street
                               Hialeah, Florida 33012

16

17   FOR THE DEFENDANT          STEVEN METCALF, II, ESQ.
              PEZZOLA:         METCALF & METCALF, P.C.
18                             99 Park Avenue
                               Sixth Floor
19                             New York, New York 10016

20                             ROGER ROOTS, ESQ.
                               LAW OFFICES OF ROGER ROOTS
21                             113 Lake Drive East
                               Livingston, Montana 59047

22

23

24

25

3463

1    REPORTED BY:              LISA EDWARDS, RDR, CRR
                               Official Court Reporter
2                              United States District Court for the
                                 District of Columbia
3                              333 Constitution Avenue, Northwest
                               Room 6706
4                              Washington, D.C. 20001
                               (202) 354-3269
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

3464

1                             I N D E X

2

3                                   Direct      Cross        Red.

4

5        WITNESSES FOR THE GOVERNMENT:

6
         Thomas Loyd                    3481
7

8        EXHIBITS RECEIVED IN EVIDENCE                          PAGE

9        Government's Exhibit No. 105                          3488
         Government's Exhibit Nos. 101-104                     3489
10       Government's Exhibit Nos. 111-180                     3497
         Government's Exhibit Nos. 354-398                     3500
11       Government's Exhibits Nos. 200 through 235;
         259; 261; 411-A through D; 414-A and B; 415;
12       417; 425; 429-C; 430-A; 432; 434; 446-A; 451;
         454; 455-A; 456; 457; 460; 468; 477; 478;
13       479-A through D; and 499-A through D                  3501
         Government's Exhibit No. 100                          3506
14       Government's Exhibit No. 74                           3508
         Government's Exhibit No. 107                          3542

15

16

17

18

19

20

21

22

23

24

25

1          THE COURTROOM DEPUTY:  Your Honor, this is

2    Criminal Matter 21-175, the United States of America versus

3    Defendant 1, Ethan Nordean; Defendant 2, Joseph Biggs;

4    Defendant 3, Zachary Rehl; Defendant 5, Enrique Tarrio; and

5    Defendant 6, Dominic J. Pezzola.

6          Present for the Government are Jason McCullough,

7    Erik Kenerson, Conor Mulroe and Nadia Moore.

8          Present for Defendant 1 is Nicholas Smith; present

9    for Defendant 2 are John Hull and Norman Pattis; counsel is

10   not present for Defendant 3; present for Defendant 5 are

11   Nayib Hassan and Sabino Jauregui; and present for Defendant

12   6 is Steven Metcalf.

13         Also present are Defendant 1, Mr. Nordean;

14   Defendant 2, Mr. Biggs; Defendant 3, Mr. Rehl; Defendant 5,

15   Mr. Tarrio; and Defendant 6, Mr. Pezzola.

16         THE COURT:  Well, good morning, everyone.

17         First, I guess, let me -- so we do not have

18   Ms. Hernández with us.  Correct?

19         MR. JAUREGUI:  Good morning, your Honor.  Sabino

20   Jauregui on behalf of Tarrio.

21         Judge, I received a text this morning.  We all

22   received it; we're in a group chat together.  She's running

23   a little late.  She wasn't feeling well, so she had to go

24   and get a COVID test.  Thank God, she's negative.  But she

25   should be here any minute now, I hope.

```
1            THE COURT:  All right.  Well, we'll wait for her.
2            MR. JAUREGUI:  Thank you.
3            THE COURT:  The trial -- I just direct counsel
4    again to the trial procedures order, which indicates that
5    counsel is to be present, unless otherwise ordered, at 9:00
6    here every day to deal with preliminary issues.
7            I granted her the courtesy of not taking the bench
8    until 9:10.  But here we are.  And we have many counsel, our
9    Defendants and everyone else waiting for her to be present.
10           And we all know this is going to be a longer
11   trial, but it's only going to get longer if folks can't
12   comply with my orders.
13           So we'll wait.
14           MR. JAUREGUI:  Judge, if I may address another
15   issue, if it's okay, so we can, you know, move forward a
16   little bit.
17           THE COURT:  Well, we'll see if I can address it
18   without her present.  Go ahead.
19           MR. JAUREGUI:  Well, Judge, yesterday, we talked
20   about the order of how the defense was going to be doing --
21   conducting the cross-examination.  If your Honor would
22   please allow us, we'd like to conduct the cross-examination
23   in an order that we determine.  We're going to determine it
24   ahead of time so there will be no delay, so it's as
25   efficient as possible.
```

1          And if your Honor would allow that, we'd greatly

2     appreciate it.

3          There's also going to be a default order anyway

4     between us, so if nobody needs to go first, there will be a

5     default order.  So we just wanted to ask your Honor to allow

6     that.  I think it's going to make cross-examining much

7     quicker, much more efficient because, let's be frank,

8     there's going to be witnesses that we're not going to ask

9     many questions of and we're going to be in and out, whereas

10    other Defendants are going to have a much more lengthy and

11    detailed cross-examination.

12          THE COURT:  How about we do this:  I'm all for

13    efficiency and I'm all for trying to move forward as

14    expeditiously as possible.

15          So I'll give you -- we'll start with the way

16    you're proposing.  However, if -- the first time this comes

17    up, or the second time, or I don't see efficiency, if I

18    don't see the next counsel up to conduct a cross, if I see

19    folks looking between each other, "Oh, who's going next,"

20    that will be the end of that.

21          MR. JAUREGUI:  Understood.  Thank you so much,

22    your Honor.

23          THE COURT:  So if it's clear and you all work it

24    out in advance and there isn't any confusion that I observe,

25    that's fine.  But the minute I observe, "Well, are you

1    going?  Am I going," that will be over.

2              MR. JAUREGUI:  Thank you so much, your Honor.

3              THE COURT:  All right.

4              MR. McCULLOUGH:  Your Honor, before we move to the

5    next issue, your Honor, just from the Government's

6    perspective, delays prejudice the Government.  That's just

7    our position.  We have a jury.  We are ready to go.  You

8    have asked us to have witnesses ready to go.  And these

9    delays will prejudice the Government.

10             And so I think, your Honor, both arriving on time

11   and the efficiency with -- we have no objection to them

12   deciding an order ahead of time and being ready to go.  And

13   we think that that's great.

14             But, you know, I don't want to get into a

15   three-strikes rule here on issues like showing up late or

16   kind of -- or the kind of order of cross because I just --

17   again, I think that those --

18             THE COURT:  On the order of cross issue, I've said

19   the minute I see confusion, that will be over.  All right?

20   There won't be three strikes.  There will be one strike and

21   that will be it.

22             On the delays here, I mean, what -- what would you

23   propose that I do, given that here we are, it's 9:16, and

24   Ms. Hernández is not present?  I mean, it's not the first

25   time.  So, you know, I'm open to hearing from any party

1    about what they think I can really do about this.  I don't

2    think we can proceed with Mr. Rehl not having his attorney.

3    So, you know, if I need -- well, anyway.

4         So Mr. McCullough, I'll hear from you.

5         MR. McCULLOUGH:  At this moment, I do not have a

6    proposal.  I agree with you that we cannot proceed without

7    Ms. Hernández.  I also agree with you that I think in

8    pretrial we have experienced this, and I think that we just

9    need to make sure that all parties are on the same page as

10   to your Honor's expectations and what the repercussions

11   would be for missing those expectations.

12        I will tell you my heart has been pounding a

13   couple of times when I have come back at, you know, 58 as

14   opposed to at the right number.  So that's the way that we

15   approach this.  And we recognize your Honor's authority to

16   offer us a rebuke or take the bench and put the jury in the

17   box and wait for us to arrive.  And those are things that

18   concern me and concern us.  And I just hope all counsel are

19   on that same page.

20        THE COURT:  Rebuke or to take the bench.  Yes.

21   Right.  I can do that.  Correct.  And I think it is fair for

22   me to mention that.  That had been something I had been

23   contemplating before today.  And so -- I guess I should

24   just -- and I wouldn't have done it without telling

25   everyone.

1          So I think that's fair.  You know, I think counsel

2    should be on notice that if something like this happens

3    again, that's what I'll do:  I'll put the -- we'll put the

4    jury in the box and we'll wait.  And if someone is late,

5    they're late.

6          Mr. Hull?

7          MR. HULL:  Good morning, your Honor.  Dan Hull for

8    Joe Biggs.

9          Just by way of reminder, we would be grateful if

10   the Court could give a cautionary -- or an instruction with

11   respect to no adverse inferences drawn from not opening for

12   Mr. Biggs.

13         We will probably -- I will -- for everyone's

14   information, I will open for Mr. Biggs whenever the

15   Government is done with its case.  And I gather that we're

16   going to have Mr. Pattis close.  But I think they need to

17   know that.  And we appreciate it.

18         THE COURT:  Well, here's what I plan to say:

19   Defendant Biggs has elected to reserve giving an opening

20   statement at this time, as is his right.  You should not

21   hold that against him in any way.

22         MR. HULL:  Thank you.

23         MR. METCALF:  Your Honor, just briefly, I just

24   wanted to note for your Honor that Mr. Roots has some sort

25   of a conflict with a suppression hearing, and I'm going to

```
 1     be covering for today.
 2             THE COURT:  All right.  When I hear the word
 3     "conflict," you know, I'm going to get traumatized.
 4             (Laughter.)
 5             MR. METCALF:  You and me both.  I was actually
 6     trying to avoid that word.
 7             THE COURT:  Right.  You mean a time conflict?
 8             MR. METCALF:  Yes.
 9             THE COURT:  All right.  Very well.
10             Well, actually -- he has a conflict right now?
11             MR. METCALF:  Right this second.  Yes.
12             THE COURT:  And does he have any other conflicts?
13             MR. METCALF:  As far as scheduling goes?
14             THE COURT:  Yes.
15             MR. METCALF:  No.  This -- this is new by me.  I
16     just learned about it this morning.
17             THE COURT:  All right.
18             MR. METCALF:  And I have no problem proceeding
19     today on Mr. Pezzola's --
20             THE COURT:  Well, you're lead counsel.
21             MR. METCALF:  Yes.
22             THE COURT:  So very well.
23             MR. METCALF:  I just wanted your Honor to know and
24     let the record reflect that.
25             Thank you.
```

```
 1                THE COURT:  All right.

 2                MR. PATTIS:  I had a left-handed request --

 3      recommendation, and I've been ordered to speak more slowly

 4      by the court reporter.

 5                Have you ever considered bringing all counsel into

 6      chambers for an off-the-record trial management discussion?

 7      It's harder to do some things in public than it is

 8      privately.  And so some of the -- you know, I take your

 9      concerns very much to heart and get it.  And there may be --

10      so I offer that suggestion for what it's worth.

11                THE COURT:  Mr. Pattis, I think everything that we

12      do here should be in public.  I take the right to a public

13      trial very seriously.

14                MR. PATTIS:  Okay.

15                THE COURT:  And it's certainly not the practice in

16      this courthouse to do that and it's certainly not my

17      practice.

18                MR. PATTIS:  Great.

19                THE COURT:  So I have not considered that.

20                MR. PATTIS:  Fair enough.

21                THE COURT:  And I don't expect to consider it

22      going forward.

23                Let me ask the Government -- again, I guess the

24      one other thing we could do while we're waiting is, how long

25      do you expect your direct of this witness to be?  Whoever is
```

1    best positioned to answer that question.

2            MR. MULROE:  Good morning, your Honor.  Conor

3    Mulroe for the United States.

4            We expect probably in the neighborhood of two and

5    a half hours of direct.  It will be a more lengthy witness.

6            THE COURT:  All right.

7            MR. MULROE:  On the topic of that witness, I've

8    spoken with the counsel who are present and we've got a

9    demonstrative map, not to be offered into evidence, on the

10    easel right there.  Just for the sake of efficiency, we'd

11    ask the Court's permission to have that up ahead of time

12    when the jury comes in.  Obviously, Ms. Hernández has not

13    weighed in on that, but I've heard no objections from the

14    counsel who are present.

15            THE COURT:  All right.  Any objection?

16            MR. HASSAN:  No objection from Tarrio, Judge.

17            MR. SMITH:  No objection.

18            But while we have some time waiting for

19    Ms. Hernández, I think one issue that we might profitably

20    discuss now is whether this witness will be a means to

21    introduce some of the tools evidence that the Government has

22    been referring to.  And if so, I think there could be a

23    preliminary proffer from the Government on what the

24    connection between these Defendants and videos -- these

25    protesters and videos have to these Defendants.

1              THE COURT:  It may be tools --

2         Well, Mr. Mulroe, why don't you just let me know

3    if we're likely to have any dispute between the parties

4    about that or anything else about this witness that I can

5    address now.  Again, that's just out of -- for efficiency's

6    sake.

7         MR. MULROE:  Your Honor, I don't expect that there

8    will be a dispute.  Certainly I don't think there should be

9    a dispute.

10            This witness is going to be largely an overview

11   witness who gives the account of the progression of the riot

12   throughout the course of the day.  He's not going to zero in

13   on, you know, specific individuals so much as provide the

14   big picture, including some of his firsthand observations on

15   the ground.  So there will be individuals shown.

16            I think that every one of the videos that we

17   intend to put in through the first witness, Inspector Loyd,

18   either has the Defendants themselves visible in the video

19   or, in the limited number where the Defendants may not be

20   depicted, it is members of the marching group that they led

21   to the Capitol, which we understand, pursuant to the Court's

22   ruling on the motions *in limine*, is sort of fair game under

23   the tools theory.

24            (Thereupon, Ms. Hernández entered the courtroom

25   and the following proceedings were had:)

1          THE COURT:  Right.  All right.  So it sounds like

2     there won't be a dispute there.  And even after -- even sort

3     of slightly beyond what Mr. Mulroe mentioned, as you all

4     know, I have ruled the Government has some leeway even to go

5     beyond what Mr. Mulroe laid out in terms of proving the

6     charge relating to civil disorder.

7          So, you know, they have a little leeway there.  So

8     it sounds like we won't have a dispute.

9          MR. MULROE:  And your Honor, I'll just note, for

10    counsel's benefit, in our preliminary exhibit productions,

11    we had what we call the riot montage.  It was kind of a

12    stitched-together -- different footage from different places

13    throughout the 6th at the Capitol.

14         We're not going to offer that through this

15    witness.  We've elected instead to just offer the individual

16    pieces of footage kind of separately, as separate exhibits.

17    I just preview that for the benefit of counsel.

18         THE COURT:  All right.

19         MR. HASSAN:  Judge, there is one thing about some

20    of the statements that this officer can make, and most

21    importantly, based upon one of the 302s that were provided

22    regarding this witness that we anticipate his testimony

23    could be some of the incidents that occurred with Ms. Ashli

24    Babbitt.  I don't know if the Government intends to go into

25    that.  That would be highly prejudicial, and I don't

1   anticipate the Government going into that.  But that's going

2   to be a concern that the defense would have, and that would

3   be one of the objections I would be raising throughout the

4   testimony, Judge.

5          THE COURT:  Mr. Mulroe?

6          MR. MULROE:  Your Honor, as the Court is aware,

7   there was an officer-involved shooting; Capitol Police

8   officers outside the -- near the House chamber fired upon

9   rioters who were trying to make entry into the chamber and

10  Ashli Babbitt, as he mentioned, was killed in that episode.

11         That certainly is not going to be any prominent

12  feature of Inspector Loyd's testimony.  I do think that the

13  fact that shots were fired within the Capitol Building is an

14  important thing that happened in the course of the day that

15  did affect the responses and the reactions of any number of

16  officers who are going to testify.  So that is going to be

17  mentioned in the trial.  But we're certainly not going to

18  dwell on it or go into detail or talk about what Ms. Babbitt

19  was doing or anything like that.  No videos of that, no

20  photos of that.

21         THE COURT:  That doesn't seem to me objectionable,

22  given the fact that a shot was fired or whatever was

23  happening in some other part of the Capitol might have

24  affected the goings-on that they're going to present.

25         MR. HASSAN:  Judge, but nonetheless, there's no

1    connection between what occurred with -- where the shots

2    fired were and none of these individuals that are here

3    present, nor Proud Boys, per se, Judge.

4              THE COURT:  I mean, that's true, and you can make

5    that clear on cross.  You know, if they're not going to

6    dwell on it, I assume you're not going --

7              The fact that she was killed, is that going to be

8    part of what someone testifies to?

9              MR. MULROE:  I don't expect that it would, your

10   Honor.  We wouldn't seek to elicit that fact.  I think it's

11   going to be along the lines of an officer testifies:  I was

12   in this place doing this thing and then I heard on the radio

13   that shots were fired and so I responded to another place

14   based on hearing that.

15             THE COURT:  Okay.

16             MR. PATTIS:  Judge, I understand you don't want

17   and will not permit speaking objections.  I anticipate, with

18   an overview witness, a lot of offering of evidence on the

19   grounds of present sense impressions.  And certainly I get

20   that.

21             But to the degree that this officer seeks to draw

22   conclusions from those sensory impressions about states of

23   mind or otherwise, we'll just tender a one-word objection,

24   "Speculation," at that point, and that's what we'll be

25   signaling, that we think that it goes beyond a present sense

1    impression.

2             THE COURT:  All right.  We'll take that up as it

3    comes.

4             Ms. Hernández, can I call you up to the podium,

5    please.

6             MS. HERNANDEZ:  Good morning, your Honor.

7             THE COURT:  Good morning.

8             Do you have an explanation as to why you're 25

9    minutes late?

10            MS. HERNANDEZ:  Right.  I have a cold.  I don't

11   know if the Court has heard me sneezing and hacking in the

12   back.  And I've been testing for COVID every other day since

13   my son was exposed.

14            And I wasn't feeling well this morning.  I had

15   tested yesterday.  I wouldn't ordinarily -- I decided I'd

16   better test.  And that test takes longer -- you have to wait

17   15 minutes for the results.  So that's why I'm late.

18            THE COURT:  Ms. Hernández, it's not -- I'm sorry

19   you feel bad.  I'm glad you're negative.  But that's not a

20   sufficient explanation given the number of people we have in

21   this courtroom waiting for you.

22            MS. HERNANDEZ:  Right.

23            THE COURT:  I understand the test takes 15

24   minutes.  If you're not feeling well, get up 15 minutes

25   earlier, take your test and either you'll be here -- you

1    know, either you're here or not.  The next time this

2    happens, you know, I'll bring the jury in and have them sit

3    there and we'll all wait collectively.

4         The reason I'm saying this, again, is not -- you

5    know, I wouldn't be saying this if it was the first time.

6    But throughout the pretrial proceedings here, you have been

7    late on many occasions.  And we just have too many people

8    here waiting for all of us to be here for the parties not to

9    be prompt.

10        MS. HERNANDEZ:  Correct.  You know, I was late

11   when -- the first day when my son exposed me to COVID and,

12   unexpectedly, I needed to test.  I don't believe I've been

13   late at other occasions.  But I'll take the Court's -- the

14   Court asked for the explanation.  That's what happened this

15   morning.

16        THE COURT:  All right.  I'm glad you're not

17   seriously sick.

18        MS. HERNANDEZ:  I mean, I'm not feeling well, but

19   I understand my responsibility.  I understand the number of

20   people that are sitting here waiting.

21        THE COURT:  All right.  Everyone should be on

22   notice that it is a possibility that I will simply just put

23   the jury in the box and wait for whoever is late.

24        MS. HERNANDEZ:  And although I'd prefer not to

25   wear a mask, I -- just out of courtesy to others, I've been

 1    wearing it just in this case.

 2              THE COURT:  And as I've said from the beginning,

 3    masks are optional.  While I'm not ordering counsel to wear

 4    masks, masks are perfectly -- if counsel would like to wear

 5    a mask, they're perfectly entitled to that.

 6              All right.  Let's bring in the jury.

 7              Mr. Pattis, I appreciate you previewing -- I think

 8    that's an efficient way to proceed.  If you have something

 9    you think is going to come up, to just preview it like you

10    did for me.

11              MR. PATTIS:  Yes, sir.

12              THE COURTROOM DEPUTY:  Jury panel.

13              (Whereupon, the jury entered the courtroom at 9:32

14    a.m. and the following proceedings were had:)

15              THE COURT:  You all may be seated.

16              Ladies and gentlemen, good morning.  Welcome back.

17              THE JURY:  Good morning.

18              THE COURT:  A few housekeeping notes for you all:

19    Number one, today we're only going to be going until 12:00

20    noon.  For various reasons, on Fridays, in part to allow me

21    to attend to totally unrelated matters, we may have

22    truncated days on Fridays; in some instances, we may not sit

23    on Fridays at all.  I'll try to give you more notice than

24    I'm giving you today about what our schedule will be in

25    advance.  But just so you all know, that's our timing for

1    today.

2              Second, as to the monitor, we had someone look at

3    it.  They weren't able to address it before this morning.

4    The jurors who don't have that monitor near them obviously

5    still have the big screen.  But after we wrap up today,

6    there is going to be somebody to look at it, and I think be

7    able to complete that fix, so that monitor will be taken

8    care of.

9              Defendant Biggs -- just so you all know, Defendant

10   Biggs has elected at this time to reserve giving an opening

11   statement, as is his right.  You should not hold that

12   against him in any way.

13             So we'll now turn to the Government's case, and

14   I'll ask the Government to call their first witness.

15             MR. MULROE:  Your Honor, the United States calls

16   Thomas Loyd.

17             THE COURTROOM DEPUTY:  Will you please remain

18   standing and raise your right hand.

19              THOMAS LOYD, GOVERNMENT WITNESS, SWORN.

20             THE COURTROOM DEPUTY:  Thank you.  You may be

21   seated.

22                      DIRECT EXAMINATION

23   BY MR. MULROE:

24   Q.  Good morning, sir.

25   A.  Good morning.

1    Q.  Why don't you start by telling the jury, where do you

2    work?

3    A.  I work for the United States Capitol Police.

4    Q.  And what's your position with --

5              THE COURT REPORTER:  Could you just have him state

6    his name for the record, please, and spell it?

7              MR. MULROE:  Apologies.

8    BY MR. MULROE:

9    Q.  Sir, please start by stating and spelling your name for

10   the court reporter.

11   A.  Inspector Tom Loyd, L-O-Y-D.

12   Q.  Inspector Loyd, you were telling us you work at Capitol

13   Police.  Do you have a particular position there?

14   A.  Yes.  I'm currently assigned as the division commander

15   at the United States Capitol Building.

16   Q.  So division commander.  Tell us, where does that fall in

17   the chain of command for the Capitol Police?

18   A.  You have the first-line officers out in the field.  Then

19   you have sergeants who supervise them.  Above the sergeants

20   are the lieutenants.  And above the lieutenants, you have

21   captains.  And above the captains, you have inspector, my

22   position.

23   Q.  And then what about -- above the inspector?

24   A.  I'm sorry?

25   Q.  What about above the inspector?

Loyd - DIRECT - By Mr. Mulroe

1    A.  Above the inspector, you have -- you start with deputy

2    chief.  Then the deputy chiefs report to the assistant

3    chiefs.  And then the assistant chiefs report to the chief

4    of police.

5    Q.  And so, in your position as inspector, there are

6    officers who are under your command?

7    A.  Yes.

8    Q.  How long have you been with the Capitol Police,

9    Inspector?

10   A.  32 years.

11   Q.  And in your 32 years with the department, have you held

12   other positions?

13   A.  Yes.  I've been basically all around the Hill, working

14   mostly in the uniformed services bureau.  I started off at

15   the Senate office buildings, went to the Library of Congress

16   office buildings.  Then I moved to the House office

17   buildings.  And currently I've been at the Capitol for the

18   past four and a half years.

19   Q.  And prior to joining the department, any other law

20   enforcement or military or professional experience?

21   A.  No.  Just school.

22   Q.  Inspector, generally speaking, what goes on at the

23   Capitol?

24   A.  The Capitol is the house of the legislative branch of

25   the government, comprised of the House of Representatives

1    and the U.S. Senate.  And it's their job to legislate, put

2    bills together in order to forward to the president to sign

3    into law.  It's also the Congress's -- another great

4    responsibility is their oversight over the rest of the

5    Federal Government.

6    Q.  And who all works at the Capitol?

7    A.  You have the members with the House of Representatives;

8    you have the U.S. senators; and you have the thousands of

9    staff members that work for the Congress.

10   Q.  So thousands of people working for the members of

11   Congress?

12   A.  Yes.

13   Q.  What all do they include?

14   A.  They just keep the individual offices running.  On the

15   House side, it's much bigger, obviously; you have 435

16   members on the House, so they have tens of thousands of

17   employees.

18           On the Senate, it's a little bit smaller because

19   there's only 100 senators, so a lot less on the Senate.

20   Q.  And are there also kind of maintenance staff and just

21   general upkeep and people who keep the lights on?

22   A.  Yes.  We have the Architect of the Capitol that's

23   responsible for the maintenance and the upkeep of the

24   building.

25   Q.  Inspector, you mentioned the senators and the

1   representatives.  Apart from members of Congress, are there

2   other what we might call VIPs who come to the Capitol

3   Building from time to time?

4   A.  Yes.  We have a very -- a lot of visitors, ranging from,

5   you know, the vice president, the president, heads of state,

6   ambassadors, prime ministers from all over the world come to

7   visit the Congress on a regular basis.

8   Q.  What about ordinary Americans?  Do people come from

9   other parts of the country to visit?

10  A.  Yes.  Actually, all over the world.  The buildings just

11  recently opened up to pubic tours, so anybody from all over

12  the world can come visit, and they do.

13  Q.  Is the Capitol an important place?

14  A.  Yes.

15  Q.  Now, Inspector, as part of your work with Capitol

16  Police, are you familiar with the location and layout of the

17  Capitol?

18  A.  Yes.

19  Q.  Where is the Capitol located geographically?

20  A.  It's in the center of the city.  The official address is

21  No. 1 First Street, Northwest.

22  Q.  The city being the District of Columbia?

23  A.  Yes.

24  Q.  And what all does the Capitol property writ large

25  consist of?

1    A.  It consists of the grounds and a couple dozen buildings

2    overall between the House buildings, the Senate buildings

3    and so forth.  A couple dozen buildings on the grounds.

4    Q.  Inspector, I'm going to direct you to the poster that's

5    over your shoulder there that's marked Government Exhibit

6    106 for identification.

7         Does that demonstrative exhibit help to illustrate

8    the layout of the parts of the Capitol grounds that are

9    going to be most relevant to your testimony?

10   A.  Yes.

11   Q.  And so what all do we see on the map, 106, up there?

12   A.  You'll see the outline of the Capitol Building itself

13   and you'll also have a depiction of the inaugural stage

14   right below it.

15   Q.  And if you would, could you orient us as to which

16   direction is which on the map in terms of north, south,

17   east, west?

18        Inspector, I'll ask you, if you step away from the

19   microphone, with the Court's permission, to really make your

20   voice loud without the microphone.

21   A.  This is the outline of the United States Capitol.  Up

22   there above, this is the inaugural stage that was in place

23   on January 6th.  This is the north side of the building

24   where the U.S. Senate resides.  In the middle is the Rotunda

25   with the circle.  And on the south side is the House of

1    Representatives, where they meet.

2    Q.  And what about the green area down on the bottom of the

3    poster?

4    A.  The green area is the west front of the Capitol.  And we

5    have the Pennsylvania Avenue walkway that comes down, the

6    Peace Circle, Peace Monument.  And you have the Maryland

7    Avenue walkway that goes down to Garfield Circle.

8    Q.  Thank you, Inspector.  You can return to the stand.

9    A.  (Witness complies.)

10              MR. MULROE:  And if we could have the display only

11    for the witness.

12              I'm going to ask Ms. Rohde if you could pull up

13    Government Exhibit No. 105.

14              MR. PATTIS:  I didn't hear the number, sir.

15              MR. MULROE:  105.

16              Apologies.  I'm not sure if I'm supposed to have

17    that on this monitor.

18              Thank you, Madam Deputy.

19    BY MR. MULROE:

20    Q.  Inspector, do you recognize what's on your screen as

21    Government 105?

22    A.  Yes.

23    Q.  What's that?

24    A.  That's a picture of the United States Capitol Building,

25    to include the inauguration stage.

```
 1   Q.  It's kind of a computer rendering of the building?

 2   A.  Yes.

 3   Q.  And is it accurate?

 4   A.  Yes.

 5           MR. MULROE:  Move to admit 105.

 6           THE COURT:  Without objection.

 7           MR. HASSAN:  No objection.

 8           (Whereupon, Government's Exhibit No. 105 was

 9   entered into evidence.)

10           MR. MULROE:  Let's publish that to the jury with

11   the Court's permission.

12           THE COURT:  Permission to publish.

13   BY MR. MULROE:

14   Q.  If you could just point out to the jury, Inspector, what

15   the parts of the building are that you had pointed to us on

16   the map earlier.

17   A.  Yes.  In the middle you have the complete building.  You

18   see the dome in the middle of the Rotunda.  And to the left

19   of the dome is the United States Senate wing, which houses

20   the U.S. Senate.  And to the right on the south side is the

21   House of Representatives.  That's where they meet, the House

22   wing.

23   Q.  So with the Senate on the north end, House on the south,

24   are we viewing the Capitol in this rendering from the west

25   side?
```

```
 1    A.  Yes.  The west side.
 2              MR. MULROE:  If we could have the screen just for
 3    the witness.
 4              And I'm going to ask Ms. Rhode, if you would, to
 5    show in sequence Government's Exhibits 101 through 104.
 6    Just pause on each one for a moment.
 7    BY MR. MULROE:
 8    Q.  Did you get a chance to see 101 through 104, Inspector?
 9    A.  Yes.
10    Q.  And what are those?
11    A.  The blueprints of the Capitol Building.
12    Q.  And is it one diagram for each floor?
13    A.  Yes.
14    Q.  Are you familiar with those from your work?
15    A.  Yes.
16    Q.  And are those accurate?
17    A.  Yes.
18              MR. MULROE:  Move to admit Government Exhibit 101
19    through 104.
20              MR. HASSAN:  No objection.
21              MR. PATTIS:  No objection.
22              THE COURT:  No objection.
23              (Whereupon, Government's Exhibit Nos. 101 through
24    104 were entered into evidence.)
25              THE COURT:  And permission to publish.
```

```
1                    MR. MULROE:  Thank you.

2                    Ms. Rohde, if you could show those one by one to

3        the jury.

4                    THE COURT:  To be clear, they'll be admitted

5        without objection, and permission to publish.

6                    MR. PATTIS:  Brief moment with the Government,

7        Judge.

8                    (Discussion had off the record between counsel.)

9                    MR. PATTIS:  Thank you, sir.

10       BY MR. MULROE:

11       Q.  So, Inspector, moving from the layout of the Capitol to

12       the structure of the Capitol Police, tell us, what is the

13       mission of the United States Capitol Police?

14       A.  Protect the Congress.

15       Q.  And what is the size of the entire department overall?

16       A.  It fluctuates.  Currently, I believe we have

17       approximately 1800 sworn, approximately 400 to 500 civilian.

18       But it does fluctuate.

19       Q.  Do those sworn and civilian employees exercise different

20       responsibilities, depending on their role?

21       A.  Yes.

22       Q.  What kinds of things are those?

23       A.  The sworn would deal with law enforcement issues or

24       security.  The civilians would mostly do administrative

25       tasks.
```

Loyd – DIRECT - By Mr. Mulroe

```
1    Q.  You described some of them as sworn officers, Inspector.

2    Do the sworn officers take any type of oath when they join

3    the department?

4    A.  Yes.

5    Q.  Sitting here today, do you remember the entire oath?

6    A.  I'm familiar with it.

7    Q.  Do you have it memorized?

8    A.  No, I do not.

9    Q.  Is there something that would refresh your memory about

10   the oath?

11   A.  Yes.

12            MR. MULROE:  May I approach the witness, your

13   Honor?

14            THE COURT:  Yes, you may.

15   BY MR. MULROE:

16   Q.  Inspector, does that paper I've handed you refresh your

17   memory of the full text of the oath of office for Capitol

18   Police?

19   A.  Yes.

20   Q.  What is that oath?

21   A.  Do you want me to read it?

22   Q.  Yes, please.

23   A.  Okay.  I, Tom Lloyd, do solemnly swear that I will

24   support and defend the Constitution of the United States

25   against all enemies, foreign and domestic, that I will bear
```

Loyd - DIRECT - By Mr. Mulroe

1    true faith and allegiance to the same, that I take this

2    obligation freely, without any mental reservation or purpose

3    of evasion, and that I will and [sic] faithfully discharge

4    the duties of the office on which I'm about to enter, so

5    help me God.

6    Q.  So, Inspector, when you joined 32 years ago, you took

7    that oath?

8    A.  Yes.

9    Q.  And all the officers under your command, do they take

10   that oath?

11   A.  Yes.

12          MR. PATTIS:  Judge, that should be marked as a

13   full exhibit if he's now read it into the record.

14          THE COURT:  It was used to refresh recollection.

15          MR. PATTIS:  But it's not been marked, and he was

16   reading from a document not in evidence.  We'd ask that it

17   be marked as a full exhibit.

18          MR. MULROE:  Your Honor, I think the jury heard

19   the text, and the transcript is going to reflect that.  We

20   don't object to marking it.

21          THE COURT:  We'll mark -- we'll take this up at

22   the next break.

23          Continue, counsel.

24   BY MR. MULROE:

25   Q.  Inspector, in carrying out its mission, does the Capitol

1    Police ever have opportunity to cooperate with other law

2    enforcement agencies?

3    A.  Yes.

4    Q.  Which ones, primarily?

5    A.  Several.  The primary one that we deal with is the

6    United States Secret Service.  They have a five-agent team

7    who is permanently assigned to the United States Capitol,

8    and I work with them on a daily basis to ensure that any

9    protectee under Secret Service protection -- that we make

10   sure the arrival of the visit and the departure goes

11   smoothly.

12   Q.  Does the Capitol Police sometimes cooperate also with

13   Metropolitan Police Department?

14   A.  Yes.

15   Q.  How does that happen?

16   A.  Just on a mutual support basis, depending on the event

17   or the need.

18   Q.  Inspector, if you could -- the microphone is

19   adjustable -- to make sure it's pointed directly at your

20   mouth there so the jury can hear you.

21   A.  Got it.  Thank you.

22   Q.  The Metropolitan Police Department, is that just kind of

23   the local city police for D.C.?

24   A.  It's the city police that has jurisdiction throughout

25   the entire city.

1    Q.  Now, Inspector, looking back over your 32-year career,

2    have there been times in your work when large groups of

3    people have gathered at the Capitol?

4    A.  Yes.

5    Q.  In the course of your career, have there been episodes

6    of violence at the Capitol?

7    A.  Yes.

8    Q.  And throughout your career, does any one event stand out

9    to you?

10   A.  January 6th.

11   Q.  What happened on January 6th?

12   A.  There was a very large riot that day.

13   Q.  In the course of that large riot, did rioters get inside

14   the building?

15   A.  Yes.

16   Q.  And the rioters getting in the building, Inspector, did

17   that happen all at once or did that take place kind of step

18   by step?

19   A.  Step by step.

20   Q.  Was there what we might call a series of breaches?

21   A.  Yes.

22   Q.  I'm going to walk you through the day with a focus on

23   some of the major breaches.  And when I do that, would it be

24   helpful to you to use audio and visuals to help you tell the

25   story?

Loyd - DIRECT - By Mr. Mulroe

```
 1   A.  Yes.
 2   Q.  I'm going to ask you about a couple categories, then.
 3           First, Inspector, does the Capitol use a system of
 4   security cameras --
 5   A.  Yes.
 6   Q.  -- as part of its routine operations?
 7   A.  Yes.
 8   Q.  Are you familiar with how those work?
 9   A.  Yes.
10   Q.  And in your experience working with the cameras, are
11   those a reliable way of recording what's taking place at a
12   given location?
13   A.  Yes.
14   Q.  When those cameras record footage, do they also record a
15   timestamp that indicates what time of day it was when any
16   particular footage was taken?
17   A.  Yes.
18   Q.  In your experience, are those accurate?
19   A.  Yes.
20           MR. MULROE:  May I approach with a set of
21   exhibits, your Honor?
22           THE COURT:  You may.
23   BY MR. MULROE:
24   Q.  Inspector Loyd, I've handed you a USB drive that's
25   labeled CCTV, and that contains media files that are marked
```

Loyd - DIRECT - By Mr. Mulroe

1    Government Exhibits 111 through 180.

2         Before coming to court today, did you have a

3    chance to open up that drive and review all the video files

4    on the drive?

5    A.  Yes.

6    Q.  And are those your initials on the drive indicating

7    that's the one you reviewed?

8    A.  Yes.

9    Q.  Is each of the files on that drive a clip from the

10   Capitol Police security cameras on January 6th, 2021?

11   A.  Yes.

12   Q.  And these clips collectively, do they show the overall

13   progression of events on the 6th?

14   A.  Yes.

15   Q.  Does each of those clips fairly and accurately depict

16   what was happening at each respective time and place?

17   A.  Yes.

18   Q.  And based on your knowledge of the camera system, do the

19   timestamps on those videos actually reflect what time it was

20   when all the footage was taken?

21   A.  Yes.

22         MR. MULROE:  Your Honor, we move to admit the set

23   of Government Exhibits 111 through 180.

24         MR. PATTIS:  Brief voir dire, Judge?

25         THE COURT:  Pardon me?

1          MR. PATTIS:  Brief voir dire on the question of

2     its admissibility?

3          THE COURT:  Do you have an objection?  What's your

4     objection?

5          MR. PATTIS:  I don't know who prepared the overall

6     progression of events.  In other words, this is a document

7     that has been edited.  The Government asked:  Does it show

8     the overall progression?

9          Who assembled that overall progression and by what

10    means?

11         THE COURT:  The witness has -- the objection is

12    overruled.

13         MR. MULROE:  Are the exhibits admitted, your

14    Honor?

15         THE COURT:  Any other objection?

16         They will be admitted.

17         (Whereupon, Government's Exhibit Nos. 111 through

18    180 were entered into evidence.)

19    BY MR. MULROE:

20    Q.  Moving on, Inspector, does the Capitol Police Department

21    also use radios as part of its routine operations?

22    A.  Yes.

23         MR. MULROE:  May I approach again, your Honor?

24         THE COURT:  Yes, you may.

25

1    BY MR. MULROE:

2    Q.  Inspector Loyd, I've handed you another drive that's

3    labeled USCP radio runs.  And that contains media filings

4    that are marked Government Exhibits 354 through 398.

5         Did you review those files before coming to court

6    today?

7    A.  Yes.

8    Q.  And are they all clips from the Capitol Police radio on

9    January 6th?

10   A.  Yes.

11   Q.  Does each one of those clips contain a statement from

12   one or more officers that they made sort of in real time

13   about their activities as events were progressing on the

14   6th?

15   A.  Yes.

16   Q.  And for each clip, does the audio in the file fairly and

17   accurately reproduce what was transmitted over the Capitol

18   Police radio on the 6th?

19   A.  Yes.

20   Q.  Those clips are in the form of a short video file that

21   has a transcript visible.  Is that correct?

22   A.  Yes.

23   Q.  And are each of those transcripts accurate?

24   A.  Yes.

25   Q.  Does each of the clips have a timestamp that indicates

 1    when the particular transmission occurred?

 2    A.  Yes.

 3    Q.  Inspector, how does one know what time a particular

 4    radio transmission happened?

 5    A.  Every time there's a radio transmission by anybody, the

 6    dispatcher gives a timestamp over the air.

 7    Q.  And so based on your review of the clips on that drive,

 8    are each of the timestamps on each of the files accurate?

 9    A.  Yes.

10            MR. MULROE:  Move to admit Government Exhibits 354

11    through 398.

12            MR. PATTIS:  Request for voir dire of who selected

13    what and when.

14            THE COURT REPORTER:  I'm sorry.  Who is speaking,

15    please?

16            MR. PATTIS:  Pattis on behalf of Biggs.  Request

17    for voir dire for grounds similar to previously.

18            THE COURT:  I'm going to overrule the objection.

19            But I'm admitting -- let me amend my prior ruling

20    about 111 through 180 and apply it to 354 to 398.  They'll

21    be conditionally admitted subject to any relevance objection

22    that, as the Government uses any of these particular

23    materials, if the defense wants to make a relevance

24    objection, I'll certainly hear that.

25            MS. HERNANDEZ:  Your Honor, I wasn't clear from

 1    the testimony if those exhibits include the transcripts of

 2    the radio runs.

 3              THE COURT:  Mr. Mulroe, do they?

 4              MR. MULROE:  I think the testimony was that they

 5    do.

 6              MS. HERNANDEZ:  There are objections on the

 7    transcripts, which don't need to be raised at this moment.

 8    Just so the Court knows that there are objections to the

 9    transcripts on two different grounds.

10              THE COURT:  So I'm going to conditionally admit

11    these exhibits subject to objections that may come up to

12    relevance or any other particular objections you may have

13    going forward.

14              MS. HERNANDEZ:  Thank you.

15              (Whereupon, Government's Exhibit Nos. 354 through

16    398 were entered into evidence.)

17    BY MR. MULROE:

18    Q.  Inspector Loyd, apart from the footage from the security

19    cameras, are you familiar with other images and videos that

20    were captured on January 6th?

21    A.  Yes.

22    Q.  Do those include photos and videos taken by the Capitol

23    Police crime scene squad?

24    A.  Yes.

25    Q.  Do they include body-worn camera footage from

Loyd - DIRECT - By Mr. Mulroe

1    Metropolitan Police Department officers who responded?

2    A.  Yes.

3    Q.  Do they include photos and videos taken by journalists

4    or reporters who were present at the scene?

5    A.  Yes.

6    Q.  Do they include photos and videos taken by members of

7    the crowd?

8    A.  Yes.

9           MR. MULROE:  May I approach once more, your Honor?

10          THE COURT:  You may.

11   BY MR. MULROE:

12   Q.  I've handed you a drive labeled Other Media that

13   contains each of the following exhibits:  Government

14   Exhibits 200 through 235; 259; 261; 411-A through D; 414-A

15   and B; 415; 417; 425; 429-C; 430-A; 432; 434; 446-A; 451;

16   454; 455-A; 456; 457; 460; 468; 477; 478; 479-A through D;

17   and 499-A through D.

18          Inspector, based on your experience on

19   January 6th, does each of those videos or photos fairly and

20   accurately depict things that took place on the Capitol that

21   day?

22   A.  Yes.

23          MR. MULROE:  Your Honor, subject to the same

24   condition of relevance, we'd move to admit each of those

25   exhibits.

1              MR. PATTIS:  We'd reserve on -- the right to

2      object on a case-by-case basis.  If he saw it and he knows

3      it to be fair and accurate, he can authenticate it;

4      otherwise, he can't.

5              THE COURT:  He has already testified that he had

6      seen it and it is fair and accurate.

7              So they're admitted, subject to the relevance

8      objection that the Defendants may raise on a case-by-case

9      basis.

10             MR. PATTIS:  Reserve a right to argue.

11             (Whereupon, Government's Exhibit Nos. 200 through

12     235; 259; 261; 411-A through D; 414-A and B; 415; 417; 425;

13     429-C; 430-A; 432; 434; 446-A; 451; 454; 455-A; 456; 457;

14     460; 468; 477; 478; 479-A through D; and 499-A through D

15     were entered into evidence.)

16             THE COURTROOM DEPUTY:  Judge Kelly, I apologize,

17     but I'm going to need counsel to go through that list again

18     that we're admitting, the list of numbers.

19             THE COURT REPORTER:  I can give it to you later.

20             THE COURTROOM DEPUTY:  Okay.

21     BY MR. MULROE:

22     Q.  Inspector, let me take you first to the general

23     timeframe of January 6th and early January of 2021.

24             Was there anything that was structurally different

25     about the Capitol grounds during that time?

Loyd - DIRECT - By Mr. Mulroe

1    A.  Yes.  Every four years, an inaugural stage is built on

2    the west front of the Capitol.  It begins in the fall and is

3    completed before the inauguration early in the following

4    year.

5              MR. MULROE:  Ms. Rohde, if we could have

6    Government 105, which has been admitted, on the screen.

7    BY MR. MULROE:

8    Q.  Can you point out to us the inaugural stage on this

9    exhibit?

10   A.  (Witness indicates.)

11   Q.  And does the stage appear on the large demonstrative map

12   that's behind you?

13   A.  Yes.

14   Q.  Is it the kind of spaceship-looking thing in the middle

15   there?

16   A.  Yes.  Just below the building.

17   Q.  On the day of the 6th itself, was the platform finished

18   or was it still under construction?

19   A.  No, it was still an active construction site.

20   Q.  So were there workers there?

21   A.  Yes.

22   Q.  Now, again, in general, Inspector, are members of the

23   public allowed to come inside of the Capitol Building?

24   A.  Yes.

25   Q.  Are they subject to any security restrictions?

```
 1    A.  Yes.

 2    Q.  Tell us about those.

 3    A.  Anybody who enters the Capitol Building who is not a

 4    member of Congress or law enforcement has to go through a

 5    basic airport security screen.  The person has to walk

 6    through a magnetometer to make sure there's nothing

 7    nefarious on their person.  If they have any bags with them,

 8    the bags have to go through an x-ray machine to make sure

 9    there's nothing nefarious in the bags.

10    Q.  What's the purpose of those procedures?

11    A.  Security.  Just to make sure there's no weapons coming

12    in the building.

13    Q.  What about specifically on January 6th?  If someone was

14    willing to go through the whole airport screening, would

15    they be allowed inside the Capitol?

16    A.  If they were a member of Congress, a staffer or an

17    invited guest, they could enter the building once going

18    through the security.

19    Q.  What about anyone else?

20    A.  No.  It was not open to the public.

21    Q.  Why was that?

22    A.  Two reasons:  Number one, the buildings at the time were

23    completely shut down to the public because of the COVID

24    virus.  And on this particular day, we had the presidential

25    ballot process, the certification process being held.
```

Loyd - DIRECT - By Mr. Mulroe

1    Q.  Inspector, apart from the building itself, I'll ask you

2    the same question about the grounds of the Capitol.  Are the

3    Capitol grounds usually open to the public?

4    A.  Yes.

5    Q.  What about on January 6th?

6    A.  They were partially open.  On the east side, the east

7    plaza, which is the paved portion on the east side where the

8    vehicles are parked, that was bike racked off to segregate

9    protesters from the members and the staff.

10            On the west side, the west -- the entire west half

11   of the square was cordoned off.  Originally, it was cordoned

12   off for the stage itself, the inauguration stage.  But then,

13   late Friday, on January 5th into early morning January 6th,

14   the entire square was reinforced with a bike rack.

15            MR. MULROE:  If we could have the screen just for

16   the witness for a moment.

17            And I'll ask Ms. Rohde to please pull up

18   Exhibit 100.

19   BY MR. MULROE:

20   Q.  Inspector, do you recognize what's shown here on the

21   screen?

22   A.  Yes.

23   Q.  What is this?

24   A.  That's the outer perimeter that was in place on

25   January 6th.

1           MR. MULROE:  Move to admit 100.

2           MR. PATTIS:  No objection.

3           THE COURT:  Without objection, it will be

4      admitted.

5           (Whereupon, Government's Exhibit No. 100 was

6      entered into evidence.)

7           THE COURT:  And permission to publish.

8   BY MR. MULROE:

9   Q.  So, Inspector, I think you started telling us; but this

10  red-line security perimeter, how, if at all, was that marked

11  or made apparent to members of the public on the 6th?

12  A.  In addition to the bike rack itself, there were signs

13  posted periodically on the fence basically telling people

14  they could not enter that area.

15  Q.  You said bike rack.  Describe the bike rack in a little

16  more detail for us.

17  A.  The bike rack is a piece of metal fencing.  It looks

18  like a bike rack.  In some places, it's actually bolted to

19  the ground so people can secure their bicycles in the

20  particular area.  And we use it as a perimeter when needed.

21  Q.  About how high is the bike rack?

22  A.  Waist level, three or four feet.

23  Q.  And what's it made of?

24  A.  Metal.

25  Q.  Aside from the bike rack, was there any other type of

1    barrier in place?

2    A.  Yes.  For the inauguration stage, every four years, up

3    until January 6th, we segregated the west front with green

4    snow fence just to keep people out.  And the snow fence had

5    signs saying you cannot cross this area.  And it was just

6    basically a way to segregate the stage because the stage was

7    a construction area.

8    Q.  Inspector, you've mentioned signs.  I'm going to hold up

9    what's marked Government Exhibit 74.

10             Do you recognize this?

11   A.  Yes.

12   Q.  What's this?

13   A.  That's the signs that are used every four years for the

14   inauguration stage.  And it was also used for the outer

15   perimeter on January 6th.

16   Q.  And so -- did you say these signs were on the bike

17   racks?

18   A.  Yes.

19   Q.  And were they also on the snow fence?

20   A.  Yes.

21   Q.  Was that only on January 6th or was that some period of

22   time prior to January 6th?

23   A.  The snow fence had it beginning back in the fall when

24   the construction was started.  The bike rack received the

25   signs very shortly before January 6th.

```
 1                MR. MULROE:  Your Honor, we move to admit 74.

 2                MR. PATTIS:  No objection.

 3                THE COURT:  Without objection, it will be

 4      admitted.

 5                (Whereupon, Government's Exhibit No. 74 was

 6      entered into evidence.)

 7                THE COURT:  And permission to publish.

 8                MS. HERNANDEZ:  I'm sorry, your Honor.  I'm

 9      standing at the back of room.  This is just so I can see the

10      exhibits, because we can't see them from where they are,

11      just to let the Court know.

12                THE COURT:  Very well.

13      BY MR. MULROE:

14      Q.  Now, these "Area Closed" signs, Inspector, do you have a

15      count of how many there were?

16      A.  No, I don't.

17      Q.  Were they isolated or were there many of them?

18      A.  The original signs on the snow fence was every few feet,

19      because we had plenty of time to hang those.  The bike rack,

20      it was hit or miss.  They were supposed to be on each piece

21      of bike rack.  I'm not sure if every piece got hit, but

22      there was enough signs around -- on the bike rack that

23      people knew to stay out.

24      Q.  You may have alluded to this earlier --

25                MR. HASSAN:  Judge, I'm going to object to the
```

1    last statement of the witness as speculative.

2                THE COURT REPORTER:  Who is speaking, please?

3                MR. HASSAN:  Nayib Hassan on behalf of Tarrio.

4    Judge, that would be speculation.  Judge, he's speculating

5    as to what individuals could see.

6                THE COURT:  Overruled.

7    BY MR. MULROE:

8    Q.  Inspector, you may have alluded to this a bit earlier --

9                THE COURT:  Well, actually, let's have the

10   witness -- I'll strike the testimony -- so I'll just -- the

11   objection is sustained as to the conclusion about what other

12   people knew.

13   BY MR. MULROE:

14   Q.  Inspector, I'll ask you the question this way:  Was

15   there anyplace anywhere around that security perimeter where

16   these signs would not have been visible?

17   A.  No.

18   Q.  You may have mentioned this before, but was there any

19   reason that, on January 6th, there were extra signs and

20   measures in place?

21   A.  Yes; because of the presidential ballot process that

22   day.

23   Q.  And why did that make additional security necessary?

24   A.  Oh, we were expecting a very large crowd that day.

25   Q.  Were you aware on the 6th of whether there were any

1    permitted demonstrations planned?

2    A.  Yes.

3    Q.  Were any of those permitted demonstrations planned for

4    inside the restricted area?

5    A.  No.

6    Q.  Were any of those permitted demonstrations planned for a

7    place that might be mistaken for somewhere inside the

8    restricted area?

9    A.  No.

10   Q.  Now, the certification process, what, if any,

11   responsibilities did you personally have in connection with

12   the process?

13   A.  I was responsible for routine operations within the

14   Capitol.

15   Q.  And so what was kind of the primary mission or objective

16   for you that day?

17   A.  Make sure the United States House of Representatives

18   gets to the House floor safely, along with their staff.  The

19   same for the U.S. Senate.  And also, the visit from the vice

20   president of the United States.

21   Q.  On that last point, did you at all cooperate with other

22   law enforcement agencies in connection with your duties on

23   the 6th?

24   A.  Yes.  Early in the morning on January 6th, I met very

25   briefly with Paul Wade, who at the time was the lead agent

1    of the Secret Service team that's assigned to the Capitol,

2    just to go over the vice president's arrival.  It was a very

3    short meeting because, prior to the COVID, the vice

4    president came up on a weekly basis, so it was pretty

5    routine for us.

6    Q.  And the vice president, was that Mike Pence at the time?

7    A.  Yes.

8    Q.  And he was going to be present at the Capitol for the

9    certification on the 6th?

10   A.  Yes.

11   Q.  If you could walk us through the morning of the 6th.

12   When did your day start at work?

13   A.  Around 7:30 in the morning.

14   Q.  And what did you do at 7:30?

15   A.  The first thing I did was meet with my sergeants, my

16   lieutenants and my captains to go over the COVID absences.

17   At that time, the COVID was a very hot issue, so I met with

18   them, and they assured me that it was very minor as far as

19   the absences and that operations would continue.

20   Q.  Did you have any meetings with any other law enforcement

21   entities in the morning?

22   A.  Yes.  Around 9:30, I met very briefly with Paul Wade

23   that I just mentioned, just to go over the vice president's

24   arrival.

25   Q.  Did you have any opportunity during the morning to go

1    outside the building?

2    A.  Yes.  Around 10:00, I went out on the east plaza just to

3    observe things.  And I also met with the officers at the

4    barricade where the vice president was scheduled to arrive

5    just to make sure the barriers were working properly.

6    Q.  So you said the east plaza.  Would that be at the top of

7    the map that's behind you?

8    A.  Yes.

9    Q.  Were there crowds gathered on the east plaza when you

10   went out in the morning?

11   A.  Yes.

12   Q.  How would you characterize the crowds?

13   A.  They were angry and making comments, inappropriate

14   comments.

15   Q.  When you were outside in the morning, were all the

16   barriers that constituted the security perimeter still in

17   place?

18   A.  Yes.

19   Q.  Let me take you to about 11:00 that morning.  What were

20   you doing at that time?

21   A.  Making my rounds and checking on all the officers.

22   Q.  And as you're making your rounds, are you monitoring

23   Capitol Police radio channels?

24   A.  Yes.

25               MR. MULROE:  I'm going to ask Ms. Rohde to play an

1  exhibit that's been conditionally admitted, and that is

2  Government's Exhibit 354.

3              MR. PATTIS:  354, sir?

4              MR. MULROE:  354.

5              (Whereupon, Government's Exhibit No. 354 was

6  published in open court.)

7  BY MR. MULROE:

8  Q.  Inspector, with something like the certification taking

9  place, was it relevant to you, in the exercise of your

10  duties, whether there were large groups of people moving

11  together?

12  A.  Yes.

13  Q.  Why is that?

14  A.  Just to make sure there was not going to be any

15  disruptions, pedestrian or vehicle obstructions to the

16  complex.

17              MR. MULROE:  If we could have Government 355,

18  please.

19              (Whereupon, Government's Exhibit No. 355 was

20  published in open court.)

21  BY MR. MULROE:

22  Q.  Inspector, you mentioned the vice president earlier and

23  his plans to come to the Capitol.

24              Did he, in fact, come to the Capitol that day?

25  A.  Yes.

1    Q.  Approximately when did that happen?

2    A.  Between 12:35 and 12:40 in the afternoon.

3    Q.  What, if anything, did you do in connection with the

4    vice president's arrival?

5    A.  Just helped escort him to make sure he gets safely to

6    the Senate chamber.

7    Q.  And so at 12:45, approximately, where were you then?

8    A.  I was in the area of the Ohio Clock Hallway, adjacent to

9    the Senate chamber.

10   Q.  Were you still monitoring the radio?

11   A.  Yes.

12              MR. MULROE:  Exhibit 358, please.

13              (Whereupon, Government's Exhibit No. 358 was

14   published in open court.)

15   BY MR. MULROE:

16   Q.  What does condition yellow --

17              MS. HERNANDEZ:  What exhibit was that?

18              MR. MULROE:  358.

19   BY MR. MULROE:

20   Q.  What does condition yellow mean?

21   A.  Condition yellow is the order that's given to raise

22   any -- there's four sets of barriers that protect the

23   Capitol square that can be activated at any time.  If a

24   supervisor tells a particular checkpoint to go to condition

25   yellow, that means to safely raise the barriers to block any

1    vehicles coming up that way.

2    Q.  Would this condition yellow have been any cause for

3    unusual alarm for you at that time?

4    A.  No.  We experience that all the time with large

5    pedestrian crowds.

6                    MR. MULROE:  Exhibit 359, please.

7                    (Whereupon, Government's Exhibit No. 359 was

8    published in open court.)

9    BY MR. MULROE:

10   Q.  Would this message have been a cause for concern for

11   you?

12   A.  Yes.

13   Q.  What, if anything, did you do when you heard this radio

14   call?

15   A.  When I heard the radio call, I moved from the Ohio Clock

16   area into Senator McConnell's office, who was -- whose

17   office was right adjacent to the Ohio Clock, because his

18   office has the bird's-eye view of where the breach was

19   occurring.

20   Q.  And Inspector, if you don't mind standing up, could you

21   point us roughly on the demonstrative where that office is

22   located?

23   A.  His office would be in the area right around here,

24   looking down Pennsylvania Avenue to the Peace Monument where

25   the original breach took place.

1    Q.  What did you see from the office?

2    A.  I saw the --

3    Q.  Inspector, you can return.

4    A.  (Witness complies.)

5          Okay.  When I looked out of the window, I saw

6    protesters breaching the barricades there and beating up my

7    officers.

8          MR. MULROE:  Ms. Rohde, could we play Government

9    446-A.

10          (Whereupon, segments of Government's Exhibit No.

11    446-A were published in open court.)

12          MR. MULROE:  We can pause there, please.

13    BY MR. MULROE:

14    Q.  Tell us what we saw in this video, Inspector.

15    A.  That's the original breach down at Peace Circle.

16    Q.  And earlier in your testimony, you testified about a

17    series of breaches.  Was this the first major breach?

18    A.  Yes.

19    Q.  Inspector, you've got a couple pieces of paper with tape

20    on them there.  One of them has got a little 1 on the back.

21    If you would, take that sticker and place it on the map

22    where that first major breach took place.

23    A.  (Witness complies.)

24    Q.  You can take a seat.  Thanks.

25          MR. MULROE:  Your Honor, I'd note for the record

1    that the witness has placed a rectangle that says "Breach 1"

2    with an arrow pointing to the walkway going north from Peace

3    Monument on the demonstrative.

4    BY MR. MULROE:

5    Q.  Inspector, did you continue to monitor the radio after

6    you saw this breach take place?

7    A.  Yes, as well as responding to the west front to assist.

8                MR. MULROE:  360.  Exhibit 360, please.

9                (Whereupon, Government's Exhibit No. 360 was

10   published in open court.)

11   BY MR. MULROE:

12   Q.  What, if anything, did you do in response to this

13   breach?

14   A.  Responded immediately to the stage, the west front.

15   Q.  You physically went there?

16   A.  Yes.

17   Q.  Why did you do that?

18   A.  To help.

19   Q.  Did you take any action in terms of ordering anything?

20   A.  Yes.  When I got on the stage and saw the continued rush

21   of the crowd, I ended up locking down the Capitol Building

22   and calling for additional assets.

23                MR. MULROE:  Ms. Rohde, Government Exhibit 361,

24   please.

25                (Whereupon, Government's Exhibit No. 361 was

1    published in open court.)

2    BY MR. MULROE:

3    Q.  How common is it to order a lockdown of the Capitol?

4    A.  It's very rare.

5    Q.  Do you have a count of how many times it's happened in

6    your 32 years with the department?

7    A.  Less than ten.

8    Q.  And why did you think it necessary to order a lockdown

9    at this time?

10   A.  Because the crowd was surging and was obviously --

11   eventually were going to make it to the edge of the

12   building.

13   Q.  So we saw the video of the breach and the crowd rushing

14   forward.  What actions did your officers take in response to

15   that?

16   A.  Initially, retreating from Peace Circle, and then they

17   attempted to form -- did temporarily form a line at the

18   lower west terrace.

19           MR. MULROE:  Ms. Rohde, if we could have

20   Government 160, please.

21           MR. PATTIS:  That number again, please?

22           MR. MULROE:  160.

23           MR. PATTIS:  Thank you.

24           MR. MULROE:  I'll ask to go to timestamp 6:45 of

25   the video, 6 minutes 45 seconds.

1    BY MR. MULROE:

2    Q.  Inspector Loyd, the Capitol Police security footage does

3    not have sound.  Is that right?

4    A.  It does not have sound.

5    Q.  And what are we seeing here on Government 160 at

6    approximately the seven-minute mark?

7    A.  This is a video of the crowd that has breached the

8    entire west front, surging up to the lower west terrace.

9    Q.  As we watch them surge up to the terrace, are there any

10   physical barriers that we can see on the screen that are

11   between the crowd and the Capitol Building?

12   A.  Yes.  Through the middle of the screen, there's that

13   black fence that the crowd is walking up to.  And that fence

14   is actually temporary.  It's only brought out every four

15   years for the inauguration setup.  And it's used to

16   segregate ticket holders who have invites to the actual

17   inauguration.  That fence is used to segregate one set of

18   tickets from the other.

19   Q.  You said it's temporary.  Is it secured to the ground in

20   any way?

21   A.  Yes.  It is secured to the ground.

22   Q.  What's it made of?

23   A.  It's made of metal.

24            (Whereupon, segments of Government's Exhibit No.

25   160 were published in open court.)

```
1              MR. MULROE:  Ms. Rohde, if you could pause it
2     there.
3     BY MR. MULROE:
4     Q.  So at 7:57 of Government 160, Inspector Loyd, at this
5     point, has the crowd more or less stopped at this black
6     metal fence?
7     A.  Yes.
8     Q.  Were you in a position to see the crowd at this point?
9     A.  Yes.
10    Q.  Where were you?
11    A.  I was out on the main -- in the center of the stage, out
12    in that area.
13              MR. MULROE:  Government Exhibit 363, please.
14              (Whereupon, segments of Government's Exhibit
15    No. 363 were published in open court.)
16              MR. SMITH:  That was 160, sir?
17              MR. MULROE:  The video was 160.  The radio
18    currently up is 363.
19              And we can start at the beginning, please.
20              (Whereupon, Government's Exhibit No. 363 was
21    published in open court.)
22    BY MR. MULROE:
23    Q.  So 400 at the beginning, what's 400?
24    A.  That's my call sign at the Capitol.
25    Q.  And so that was you saying that they're getting ready to
```

```
 1    take over the stage?

 2    A.  Yes.

 3    Q.  What are you referring to when you say the stage?

 4    A.  The stage is the inaugural stage for the president.

 5    Q.  And could you point out to us where you were concerned

 6    on the map that the crowd might take over?

 7    A.  This is the outline of the inauguration stage for

 8    January 6th.  And I was worried they were going to take over

 9    the entire stage.

10    Q.  You can return to your seat.

11    A.  (Witness complies.)

12    Q.  What about the terrace area beneath the stage?  Was the

13    crowd in that area at this point when they're at the black

14    fence?

15    A.  Yes.

16    Q.  Had they gotten past the black fence yet?

17    A.  No.

18    Q.  What was it about the crowd's behavior that made you

19    think they were going to take over the stage?

20    A.  Just the angry animosity towards law enforcement that

21    day.

22    Q.  And would they need to get across that black fence line

23    before they took it over?

24    A.  Yes.

25              MR. MULROE:  Government 417, please.
```

1              Ms. Rohde, if you could play the first few seconds

2     and then just pause it.

3              (Whereupon, segments of Government's Exhibit No.

4     417 were published in open court.)

5     BY MR. MULROE:

6     Q.  So, Inspector, if you could just orient us to our

7     perspective here in terms of where the footage is being

8     taken from and which direction it's facing.

9     A.  Yes.  That footage is being taken from the crowd who has

10    approached that black fence on the lower west terrace.  And

11    we're facing east.

12             MR. MULROE:  Continue the video.

13             (Whereupon, segments of Government's Exhibit No.

14    417 were published in open court.)

15             MR. MULROE:  Maybe another second or two.

16             (Whereupon, segments of Government's Exhibit No.

17    417 were published in open court.)

18    BY MR. MULROE:

19    Q.  Inspector, we heard a voice say, "We are on the front

20    lines."  Was this the front lines of the rioters at this

21    point?

22    A.  Yes.

23    Q.  And did members of the crowd eventually go through this

24    black metal fence?

25    A.  Yes.

1              MR. MULROE:  Continue the video.

2              (Whereupon, segments of Government's Exhibit No.

3    417 were published in open court.)

4    BY MR. MULROE:

5    Q.  Once the crowd got past the black metal fence, was the

6    fence still in place?

7    A.  No.  It was destroyed.

8    Q.  And other than breaking it, did the crowd do anything

9    else?  Did anything else happen to that fence?

10   A.  Yes.  It was eventually broken apart, and each

11   individual bar that you saw there was -- a lot of it was

12   thrown at us as a weapon.

13   Q.  The fence was?

14   A.  Yes.

15   Q.  Let's see another angle at Government 160, back to the

16   surveillance.

17             MR. MULROE:  Ms. Rohde, if you would start that at

18   8:30, please.  And just pause when you get to that

19   timestamp, if you would.

20   BY MR. MULROE:

21   Q.  So I just want to note, Inspector, before we go on, what

22   is the time of day that the clip is starting at here, if we

23   look at the CCTV timestamp?

24   A.  That's 12:58 p.m.

25   Q.  12:58 and 30 seconds?

```
 1    A.  33 seconds.  Yeah.

 2              MR. MULROE:  All right.  Let's play the clip,

 3    please.

 4              (Whereupon, segments of Government's Exhibit No.

 5    160 were published in open court.)

 6              MR. MULROE:  We can pause there.

 7    BY MR. MULROE:

 8    Q.  What have we seen in this clip, Inspector?

 9    A.  You saw me walk out to the middle of the stage.  Now I'm

10    off to the right here on the stage.  And as the crowd

11    breached that fence line, I stepped back to make a radio

12    call to lock down the building and to request additional

13    resources.

14    Q.  Now, the crowd going through this fence line here, is

15    that the second major breach of the day?

16    A.  Yes.

17    Q.  And you've got a sticker with a little 2 on it up there.

18    With the Court's permission, I'll ask you to step down and

19    place that sticker up on the map where Breach No. 2

20    occurred.

21    A.  This is the black fence line right there.  Breach No. 2.

22              MR. MULROE:  Can we go back about ten seconds in

23    the video, Ms. Rohde.  Maybe 8:40.

24              (Whereupon, segments of Government's Exhibit No.

25    160 were published in open court.)
```

 1    BY MR. MULROE:

 2    Q.  And so looking at the footage, Inspector, did that

 3    breach happen right in the middle, the center of the fence

 4    line or was it kind of on one side or the other?

 5    A.  That was on the northern side of the lower west terrace.

 6    Q.  And so if you would, just put the sticker kind of on the

 7    side that it took place.

 8    A.  (Witness complies.)

 9    Q.  I think you pointed out -- had you come onto the stage

10    at this point?

11    A.  Yes.

12    Q.  So you're watching these events?

13    A.  Yes.

14    Q.  Were your officers able to contain this breach?

15    A.  No.

16    Q.  Did they eventually take over this whole area, as you

17    predicted?

18    A.  Yes.

19          MR. MULROE:  Ms. Rohde, if we could resume the

20    video and bump it up to four-times speed so we can see kind

21    of a time lapse.

22          (Whereupon, segments of Government's Exhibit No.

23    160 were published in open court.)

24          MR. MULROE:  And we'll pause that when it reaches

25    the 10:30 mark in the video.

1          (Whereupon, segments of Government's Exhibit No.

2    160 were published in open court.)

3    BY MR. MULROE:

4    Q.  What do we see here, Inspector?

5    A.  The crowd has surged to the base of the stage.

6    Q.  Have they taken over the entire terrace area?

7    A.  Yes.

8    Q.  And if we look at the timestamp in the upper left, what

9    time of day is it where we've got the video paused at 10:31?

10   A.  1:00 p.m. and 31 seconds.

11   Q.  So is that -- about two minutes have elapsed since we

12   saw the crowd at the fence at 12:58:33 p.m. earlier?

13   A.  Yes.

14   Q.  At this point of the day, how would you rate the overall

15   demeanor of the crowd on a scale from peaceful to violent?

16   A.  Very violent.

17   Q.  Tell us more about that.

18   A.  Just the -- their actions, breaching the barricades,

19   physically assaulting my officers.  At this point, they had

20   breached two fence lines and had assaulted the officers in

21   both occasions.  And just the constant derogatory comments

22   that were coming from the crowd.

23          MR. MULROE:  Ms. Rohde, if we could go to the

24   11:30 mark and then let it play at normal speed.

25          (Whereupon, segments of Government's Exhibit No.

1    160 were published in open court.)

2    BY MR. MULROE:

3    Q.  Now, I see two figures walking up from the bottom of the

4    screen there.  Who are they?

5    A.  That's part of our less lethal team.

6    Q.  What is the less lethal team?

7    A.  Less lethal team has weapons assigned to them that are

8    used to not use deadly force, but we call them an

9    attention-getter, that they've been targeted and that they

10   need to cease their activities.

11           MR. MULROE:  Ms. Rohde, could we have Government

12   Exhibit 364.

13           (Whereupon, Government's Exhibit No. 364 was

14   published in open court.)

15   BY MR. MULROE:

16   Q.  In your 32 years with the Capitol Police, how often does

17   less lethal get called into action?

18   A.  It's been called a few times.  On January 6th, it was

19   the first time that it was actually used.

20   Q.  And what was it about the events of January 6th that

21   warranted the use of this technique?

22   A.  The actions of the crowd breaching the barricades and

23   assaulting the police officers.

24           MR. MULROE:  398, please.

25           (Whereupon, segments of Government's Exhibit

1    No. 398 were published in open court.)

2        MR. MULROE:  Ms. Rohde, if we could bring it

3    somewhere in the middle and pause it so that the transcript

4    is visible.

5        (Whereupon, segments of Government's Exhibit

6    No. 398 were published in open court.)

7    BY MR. MULROE:

8    Q.  Just to ask you about a couple of parts of that,

9    Inspector, I see a reference and we heard a reference to

10   giving warnings about chemical munitions.

11        What does warnings refer to?

12   A.  A warning will consist of somebody on the scene telling

13   the crowd that we're getting ready to deploy less lethal

14   munitions.

15   Q.  Did the crowd respond to that in any way?

16   A.  No.

17   Q.  And I see -- and we heard -- the phrase "identify the

18   agitators."

19        What does that mean?

20   A.  Yes.  That's the protocol for the less lethal team.

21   They cannot just lay cover fire with their less lethal

22   projectiles in a crowd.  They have to specifically target

23   somebody who is an agitator; and they will focus their

24   attention and any firing of the less lethal on that

25   particular individual.

1    Q.  Now, did you tell us at this point of the day -- you

2    were up there on the stage with less lethal?

3    A.  Yes.

4    Q.  Did you stay up there?

5    A.  No.  I eventually went down to the base of the stage

6    where the crowd was.

7    Q.  Why did you do that?

8    A.  Because my officers were down there getting abused and I

9    wanted to be down there with them and to help lead them and

10   take care of them.

11   Q.  Ordinarily, for an inspector in your position, do your

12   duties generally involve kind of going and being on the

13   front line and --

14   A.  No.

15   Q.  What was it about this situation that made --

16   A.  It was a very dire situation.  The two breaches that we

17   had and the level of injuries to the officers -- the initial

18   breach at Peace Circle, I had one female officer who was

19   knocked unconscious.  I had a second female officer who

20   suffered an almost career-ending leg injury when the bike

21   rack was pinned against her leg.

22         So the initial breach was very violent.  And so

23   the second breach at the black fence, it continued the

24   violence to the base of the stage.

25         MR. MULROE:  Ms. Rohde, could we have Government

1    203, please.

2              (Whereupon, segments of Government's Exhibit

3    No. 203 were published in open court.)

4              MR. MULROE:  Pause for a moment.

5    BY MR. MULROE:

6    Q.  Inspector --

7              THE COURT:  Mr. Mulroe, can you pause for a

8    second.

9              Just while -- I didn't want to interrupt the video

10   from playing, but I have to ask everyone at counsel table to

11   keep their voices down while videos like that are playing.

12             Mr. Mulroe, you may proceed.

13             MR. MULROE:  Thank you, your Honor.

14   BY MR. MULROE:

15   Q.  Inspector, how did the Capitol Police officers match up

16   against the crowd at this point in terms of numbers?

17   A.  We were greatly outnumbered.  You're seeing thousands of

18   people in the crowd to a couple dozen officers on the line.

19   Q.  Did Capitol Police receive any help from anyone else?

20   A.  Yes.

21   Q.  What happened?

22   A.  The D.C. Metropolitan Police Department were the first

23   ones to show up on the scene.

24   Q.  Was that an important event from your perspective?

25   A.  Yes.

Loyd - DIRECT - By Mr. Mulroe

1    Q.  Why was that?

2    A.  I was getting ready to evacuate -- give up the entire

3    stage and evacuate into the building because we were getting

4    beaten up so bad.  And then Metropolitan Police showed up

5    and took over the line.

6              MR. MULROE:  Let's continue the video.

7              (Whereupon, segments of Government's Exhibit

8    No. 203 were published in open court.)

9              MR. MULROE:  Pause it there.

10   BY MR. MULROE:

11   Q.  Inspector Loyd, can we see you on the video at this

12   point?

13   A.  Yes.  That's where I am, circled in blue.

14             MR. MULROE:  And I'll just note for the record

15   he's circled the figure on the left side of the screen who's

16   facing to the right with the cap on.

17             Continue, please.

18             (Whereupon, segments of Government's Exhibit

19   No. 203 were published in open court.)

20             MR. MULROE:  Ms. Rohde, let's pause it for a

21   moment.

22   BY MR. MULROE:

23   Q.  Inspector, I'm circling something that's kind of in the

24   top left quadrant of the screen.  Can you see that?

25   A.  Yes.

 1    Q.  What's that?

 2    A.  That's part of the black fence, the temporary black

 3    fence, that we talked about earlier.

 4    Q.  And what kind of shape is that piece of black fence in?

 5    A.  It's destroyed.

 6    Q.  And what did you tell us they were doing with the parts

 7    of the fence?

 8    A.  If you see the individual pieces that are hanging with

 9    that one bar, they were taking individual pieces of the

10    fence and throwing them at us.

11    Q.  Other than the parts of the fence, was the crowd using

12    other things as weapons?

13    A.  Yes.

14    Q.  Were they throwing things?

15    A.  Yes.

16    Q.  What kind of things did they throw?

17    A.  Anything they could get their hands on.  It was an

18    active construction site, the stage.  So we had tools that

19    were left behind by the construction workers, screwdrivers,

20    hammers, drills and so forth.  There were fire

21    extinguishers.  The inaugural stage is made of nothing but

22    plywood and nails, so there was dozens of fire extinguishers

23    for safety purposes on the stage.  Those fire extinguishers

24    were thrown at us.

25            Homemade weapons, poles, flagpoles.  Some of the

1    flagpoles have nails at the end of them that were thrown at

2    us.  Frozen water bottles and tons and tons of pepper spray,

3    bear spray, all kinds of spray were thrown our way.

4    Q.  For an officer working in conditions like this, what

5    type of threat does it pose to have things thrown at you?

6    A.  It can be deadly, depending on what's thrown and the

7    lack of equipment that you have.

8    Q.  Were members of the crowd spraying officers?

9    A.  Yes.

10   Q.  With what?

11   A.  Bear spray and pepper spray that I'm aware of.

12                MR. MULROE:  I'll clear the annotation.

13                And, Ms. Rohde, if we could continue the video.

14                (Whereupon, segments of Government's Exhibit

15   No. 203 were published in open court.)

16   BY MR. MULROE:

17   Q.  Now, Inspector, at the end there, did we see you move to

18   a different position on the screen?

19   A.  Yes.  I moved up to the front line.

20                MR. MULROE:  Let's go back to that in a moment.

21                For now, on the radio, Ms. Rohde, could we have

22   369.

23                (Whereupon, Government's Exhibit No. 369 was

24   published in open court.)

25

Loyd - DIRECT - By Mr. Mulroe

1    BY MR. MULROE:

2    Q.  Why cases of water?

3    A.  For the large amounts of spray that we were taking.

4    Q.  What does the water do for that?

5    A.  It helps dilute the effects of the spray.

6    Q.  So they would use the water bottles to wash their eyes?

7    A.  Yes.

8              MR. MULROE:  371, please.

9              (Whereupon, Government's Exhibit No. 371 was

10   published in open court.)

11   BY MR. MULROE:

12   Q.  Inspector, what is a decon tent?

13   A.  A decon tent is a temporary structure that is put

14   together by our HAZMAT team to help decon any exposure to

15   any irritant by our HAZMAT team.

16   Q.  In your view, did the circumstances on the west front

17   call for a decon tent?

18   A.  Yes.

19   Q.  Is that the spray that you were telling us about a

20   moment ago?

21   A.  Yes.

22   Q.  Did you have any firsthand experience with that?

23   A.  Yes.

24   Q.  Tell the jury about that.

25   A.  Several times while out on the west front, I did take

1    direct hits from pepper spray or bear spray and, when that

2    happens, you have to retreat from the front line, go

3    rehabilitate until you're prepared to go back to the line

4    after the exposure dissipates.

5    Q.  Why does the spray force you to rehabilitate?

6    A.  It blinds you and makes it tough to breathe.

7            THE COURT:  Mr. Mulroe, is now a good time to

8    pause?

9            MR. MULROE:  Sure.  Yes, your Honor.

10            THE COURT:  I just want to give the court reporter

11    a break.  We have to give her one break this morning at some

12    place, and this seems like a decent place maybe to pause.

13            Ladies and gentlemen of the jury, we're going to

14    take a quick break for the court reporter.  Ten minutes.

15    We'll have you back here in a moment.

16            (Whereupon, the jury exited the courtroom at 10:49

17    a.m. and the following proceedings were had:)

18            THE COURT:  Inspector Loyd, you may step down.

19    You all may be seated.  Before we go on break, can I have --

20    you may step down, sir.

21            (Witness excused.)

22            THE COURT:  Before we go on break, can I have

23    counsel pick up the phone.

24            (Whereupon, the following proceedings were had at

25    sidebar:)

1          THE COURT:  I just want to make this point:

2    Following up on an objection that Mr. Pattis made earlier,

3    Mr. Mulroe, I think this is a highly technical, but I think

4    accurate, point.  You know, the witness does have to say

5    that the thing -- the videos, the audio are fair and

6    accurate depictions of the things they purport to reflect.

7          I don't think -- I think you asked him at one

8    point:  Are the transcripts accurate?  He said they are.

9    But I think technically you need to ask him:  Are the videos

10   fair and accurate depictions of the things they purport to

11   reflect that happened on January 6th?  And same with the

12   audio, before the proper foundation is laid.

13         MR. PATTIS:  Judge, Norman Pattis speaking, and

14   speaking slowly.

15         I'm new to your courtroom.  And so I didn't want

16   to press hypertechnical points.  But with respect to the

17   refresh recollection document, may I be heard briefly on

18   that?

19         THE COURT:  Well, we'll take it up, but I don't

20   want to burn time right now on it.  Well, go ahead.

21         MR. PATTIS:  My understanding is that documents

22   can be used for a number of purposes to refresh

23   recollection.  They can be past recollection recorded.  They

24   can be admissible in and of themselves.  But when a witness

25   fails to recall, they can be shown something, but they can't

1       read the document.  That is really not refreshed

2       recollection; that's reading a document not in evidence.

3       Hence, my request to have it marked.

4               I see -- you know, it may not be -- in this

5       context, it didn't matter.  But who knows where we're going.

6       And I don't know how you conduct your proceedings.  So I

7       lodged that objection.

8               THE COURT:  Regardless of how I conduct my

9       proceedings, you may object if you think appropriate, of

10      course.

11              I think in that case, the record reflects -- let's

12      put it this way:  If you want to mark it on

13      cross-examination for some reason, that's fine.  But I don't

14      think the Rules of Evidence require the Government -- if the

15      witness says, That has refreshed my recollection, and

16      they're sort of partially reading it, partially doing it

17      from their recollection, I don't think they need to mark it.

18      But I --

19              MR. PATTIS:  I respectfully disagree.  It may

20      matter with respect to the refreshed recollection of a

21      cooperator.  It didn't matter in this context.  But we want

22      to lay down a hard marker to suggest there may be fights to

23      come.

24              THE COURT:  I'll say this:  The Government said at

25      some point, We don't mind marking it.  So maybe in response

1    to your objection, they will mark it.  But my own ruling is

2    I don't think they necessarily need to.  But they may decide

3    to.  And we'll take up these future issues when they come

4    up.

5            MR. PATTIS:  One last thing:  I saw you seemed

6    puzzled when I asked to voir-dire a witness.  Some

7    jurisdictions permit voir dire preliminarily.  And so with

8    respect to, for example, a larger exhibit -- he said these

9    things fairly and accurately reflected something.  But he

10   didn't say they fairly and accurately reflected what he saw.

11   And so that was the basis of that objection.

12           And the hope was to voir-dire -- to suggest that

13   there was either an adequate or inadequate foundation.  It

14   was not to challenge authenticity.

15           THE COURT:  I understand.  And I think if you

16   would just say, "Lack of foundation," that would be clear to

17   me.

18           And again, that's why I responded the way I'm

19   responding now.  I don't think -- by the way, I don't think

20   he has to say he looked at them and they accurately -- he

21   doesn't have to say they accurately reflect what he saw.

22           MR. PATTIS:  There's no foundation if he doesn't.

23           THE COURT:  He can say they're fair and accurate

24   depictions of what happened on January 6th.

25           MR. PATTIS:  I'm not so sure, your Honor.  Your

Loyd - DIRECT - By Mr. Mulroe

1    Honor --

2           MR. MULROE:  I would just note we've briefed this

3    in our motion *in limine* on authenticity.  We laid out the

4    various bases for authenticating this, one of which is

5    firsthand observations.  But there are others as well such

6    as, for example, cross-authenticating it to other ones that

7    he's already authenticated.  So the witness's testimony is

8    sufficient on this, I think.

9           THE COURT:  Look, if the Government agrees that he

10   has to say, based on his observations, these are fair and

11   accurate depictions about what happened on January 6th,

12   that's fine.  I don't think the record right now -- my point

13   is, I'm not sure the record is clear that he has said that.

14   And so, to that extent, I think Mr. Pattis was right in

15   terms of the objection.

16          MR. PATTIS:  We will work it out, Judge.

17          THE COURT:  Again, that's also a highly technical

18   point.  But I wanted to -- I was looking back at the

19   realtime.

20          I think you were technically right, Mr. Pattis.

21          MR. PATTIS:  You could say that on the record,

22   your Honor.

23          THE COURT:  Well, I know.  I'm sensitive to the

24   fact that the witness is in the room and so --

25          MR. PATTIS:  Right.

```
 1                 THE COURT:  -- that's why we do this this way.
 2                 MS. HERNANDEZ:  I'm sorry, your Honor.  Carmen
 3      Hernandez.
 4                 I know the Court has at an earlier time stated
 5      that you want each Defendant to make objections.  You won't
 6      allow one Defendant to -- for purposes of trial, I think
 7      it's going to get crazy if we --
 8                 THE COURT:  100 percent, Ms. Hernández.
 9                 I'm not going to require each of you to pop up.
10      And I've noticed that you seem to be dividing and
11      conquering, observing you here today.  So for purposes of
12      trial objections, yes; one objection for all the Defendants
13      will take care of all of you.
14                 MR. MULROE:  Your Honor, back to the original
15      point:  From the Court's perspective, would it satisfy if we
16      authenticated -- if we treated them as a whole batch to say
17      all of those videos and audio fairly and accurately reflect
18      what they purport to reflect?
19                 THE COURT:  And based on your observations of what
20      happened on January 6th, I think that's -- yes.  Yes.
21                 MR. PATTIS:  We can work this out.  Part of this
22      is default moves.  In every trial, the law of the case
23      emerges.
24                 Well, I apologize if I broke the spirit of our
25      agreement.  But it's -- you know, you see something; you
```

 1    start shooting.  That's the way it is.

 2              THE COURT:  I totally get it.  And because you had

 3    referenced in your objection the fair and accurate, that's

 4    the standard language, of course.  And then when I went back

 5    and I actually didn't see the words "fair and accurate," I

 6    just wanted to bring it your attention.

 7              MR. PATTIS:  I get a little goofy that way.  I'll

 8    talk to the Government at the break and see if we can

 9    streamline this.

10              THE COURT:  Fair enough.  Thanks.

11              (Whereupon, the following proceedings were had in

12    open court:)

13              THE COURT:  It's now -- we'll come back at five

14    after, which is maybe five minutes -- because of what we

15    discussed and I want the parties to be able to just have a

16    moment to discuss that.  So it's 10:57.  I'll come back on

17    the bench at 11:05 and we'll continue from there.

18              We'll be in recess for seven minutes.

19              (Thereupon a recess was taken, after which the

20    following proceedings were had:)

21              THE COURTROOM DEPUTY:  Your Honor, we're back on

22    the record in Criminal Matter 21-175, the United States of

23    America versus Ethan Nordean, et al.

24              THE COURT:  All right, Ms. Harris.  Let's bring

25    the jury back in.

1          MR. MULROE:  Should we bring the witness in, your

2    Honor?

3          THE COURT:  Yes.  The witness may retake the

4    stand.  Yes.

5          (Witness retakes the witness stand.)

6          THE COURT:  Welcome back, sir.

7          THE WITNESS:  Thank you.

8          THE COURTROOM DEPUTY:  Jury panel.

9          (Whereupon, the jury entered the courtroom at

10    11:11 a.m. and the following proceedings were had:)

11          THE COURT:  You may be seated.

12          Welcome back, ladies and gentlemen.  We'll resume

13    with the Government's examination of Inspector Loyd.

14    BY MR. MULROE:

15    Q.  Inspector Loyd, we'll pick up where we left during the

16    break.

17          MR. MULROE:  Before we do that, your Honor, I've

18    marked the paper that refreshed the witness's recollection

19    with -- as Government 107.  We would offer that into

20    evidence at this time.

21          THE COURT:  All right.  Any objection?

22          MR. PATTIS:  None, sir.

23          THE COURT:  It will be admitted.

24          (Whereupon, Government's Exhibit No. 107 was

25    entered into evidence.)

1      BY MR. MULROE:

2      Q.  Inspector, on the exhibits, let me also make sure that

3      I've asked -- all the exhibits that I asked you about at the

4      beginning, so the surveillance videos and the radio clips

5      with transcripts and the other videos and photos, do all of

6      those videos fairly and accurately depict the events of

7      January 6th based on your own observations and experiences

8      that day?

9      A.  Yes.

10     Q.  Let's continue, then.  And you were telling us about the

11     west front, Inspector, and the spray that was being used

12     against officers there.

13              Now, you yourself, despite being sprayed, were you

14     able to keep fighting on the west front?

15     A.  Yes.  You just step off the line when you're sprayed.

16     If you have water, you hose yourself down with water, or you

17     just get out of the line of fire until you can actually see

18     and breathe again properly.

19              MR. MULROE:  Ms. Rohde, if we could have

20     Government 468.

21              (Whereupon, Government's Exhibit No. 468 was

22     published in open court.)

23     BY MR. MULROE:

24     Q.  Inspector Loyd, tell the jury, if you would, what did we

25     see in that video?

1    A.  Metropolitan had taken over the line for the most part

2    during that video clip and I -- most of my team was going

3    into the building to get rehabilitated.  I stayed out there

4    with Metropolitan and assisted them.  And whenever there was

5    a gap in the line, I would step up and fill in that gap.

6    Q.  And at the end of the clip, what did we see you do with

7    your hat?

8    A.  I tossed it aside.

9    Q.  Why did you toss your hat?

10            MS. HERNANDEZ:  Can you --

11            THE COURT:  If you could just -- Inspector, if you

12   could just speak into the microphone.

13            THE WITNESS:  Oh, okay.  I apologize.

14            I tossed my hat aside because it was becoming a

15   problem with all the fighting going on.

16            MR. MULROE:  Ms. Rohde, 261, please.

17            (Whereupon, Government's Exhibit No. 261 was

18   published in open court.)

19   BY MR. MULROE:

20   Q.  Did you see yourself in that video?

21   A.  Yes.

22   Q.  Was that another angle of the same scene before you

23   threw your hat?

24   A.  Yes.

25            MS. HERNANDEZ:  Your Honor, I'm sorry.  Can we...

1                    (Whereupon, the following proceedings were had at

2        sidebar outside the presence of the jury:)

3                    MS. HERNANDEZ:  Your Honor, the defense is

4        prepared to concede that there was -- or to stipulate that

5        at this point the Government has proved there was civil

6        disorder.  We would request that any evidence from now on be

7        directed at the testimony regarding our clients specifically

8        rather than continuing to produce these videos that do not

9        necessarily -- or do not involve our clients, do not picture

10       our clients.

11                   MR. HULL:  Biggs joins, your Honor.

12                   MR. MULROE:  This is Conor Mulroe for the

13       Government.

14                   As is clear at this point, the witness does not

15       know the Defendants.  I can proffer that.  For the most

16       part, these individuals, as I said at the beginning, have

17       included the Defendants and/or members of the marching

18       group, the tools of the conspiracy.

19                   So in the most recent one we just watched, there

20       is a member of the marching group who deployed spray against

21       officers.  That's something that this witness doesn't know

22       about because he doesn't know that person.  We'll tie it up

23       later.  The same is going to go for all the other videos

24       we're going to show.

25                   THE COURT:  As far as this particular -- where we

Loyd - DIRECT - By Mr. Mulroe

1    are right now, it's not -- these are connected factually.

2    They're at the side of the Capitol that the Defendants

3    themselves breached, number one.

4             As the Government represents, they are -- it

5    captures some of the people who marched with them.  And so I

6    think -- so based on that, and based on the fact that --

7    I'll give them a little bit of leeway to talk about the

8    overall event.  I think I'm going to overrule the objection.

9    I think we may hit a point when we're talking about things

10   that are totally unrelated.  But I don't think we're

11   anywhere near that point.

12            I'm sure on cross-examination you'll be able to

13   point out that -- the lack of connection of some of this to

14   your clients.  I'm sure you're prepared to do that.  So I'm

15   going to give the Government that leeway.

16            (Whereupon, the following proceedings were had in

17   open court:)

18   BY MR. MULROE:

19   Q.  So that video that we were just looking at, Inspector,

20   that was another angle of the same one that we saw before?

21   A.  Yes.  From a Metropolitan body cam.

22   Q.  Was there hand-to-hand fighting taking place on the west

23   front?

24   A.  Yes.

25   Q.  And were your officers taking part in that hand-to-hand

```
 1   combat?

 2   A.  Yes.

 3   Q.  Do your officers carry firearms?

 4   A.  Yes.

 5   Q.  Out on the west front at this time, did any of them use

 6   their firearms?

 7   A.  No.

 8   Q.  Why was that?

 9   A.  It's a personal decision.  You know, every officer --

10            MR. PATTIS:  Objection as to form at that point.

11   Personal decision.  And foundation.

12            THE COURT:  The officer can talk about his

13   decisions and what he knows about other people's decisions

14   if he knows them.

15   BY MR. MULROE:

16   Q.  So what about you personally, Inspector?  Do you carry a

17   gun?

18   A.  Yes.  I carry a gun.

19   Q.  Did you use it on the west front?

20   A.  No.

21   Q.  Why not?

22   A.  Circumstances for me did not dictate the use of deadly

23   force as far as I'm concerned.

24   Q.  Why was that?

25   A.  There was no situation where I could -- number one,
```

1    needed to or had the ability to safely protect other people,

2    innocent people, if a target is identified.

3    Q.  As you were out there on the west front, did you know

4    whether or not members of the crowd were armed?

5    A.  With firearms, I'm not aware of anybody on the west

6    front armed with firearms.  Other weapons, yes.

7    Q.  At the time, did you know one way or the other?

8    A.  No, I did not.

9    Q.  Did that play into your decision of whether or not to

10   use your own firearm?

11   A.  Yes.

12   Q.  How so?

13   A.  If you're not sure -- you know, you're going to think

14   about using deadly force.  But until the situation is right

15   before you that requires deadly force, that's when you will

16   decide, for me personally, to use the firearm.

17   Q.  So what, if anything, were you and the other officers

18   trying to achieve out there on the west front at the time

19   that we've been seeing videos from?

20   A.  The last videos we saw, we're there to maintain a line,

21   to stop the surge of the crowd until enough resources come

22   in there to save us.

23   Q.  And were there times when you had at least some degree

24   of success in maintaining and holding a line?

25   A.  Very briefly.

```
 1              MR. MULROE:  Let's have Exhibit 145.  And let's
 2    start that at the 25:30 mark and play it at four-times
 3    speed, please.
 4              MR. METCALF:  That was 145?
 5              MR. MULROE:  Exhibit 145, starting at timestamp
 6    25:30.
 7              (Whereupon, segments of Government's Exhibit No.
 8    145 were published in open court.)
 9    BY MR. MULROE:
10    Q.  Inspector, what kind of techniques are we seeing at work
11    here?
12    A.  Metropolitan has come in to help us establish another
13    fence line, and there's a tremendous battle going on right
14    now.  Things are being thrown at us, a tremendous amount of
15    spray and some hand-to-hand combat.
16              (Thereupon, Mr. Roots entered the courtroom and
17    the following proceedings were had:)
18              (Whereupon, segments of Government's Exhibit No.
19    145 were published in open court.)
20    BY MR. MULROE:
21    Q.  And do we see whether that fence line is more or less
22    holding?
23    A.  Yes.  Temporarily.
24              (Whereupon, segments of Government's Exhibit No.
25    145 were published in open court.)
```

 1                MR. MULROE:  All right.  Let's pause it there.

 2    BY MR. MULROE:

 3    Q.  Now, Inspector, you've walked us through the first

 4    breach at Peace Circle and the second breach at the black

 5    fence line.

 6                MR. MULROE:  And I may not have said this before,

 7    but for the record, Breach No. 2 sticker that the inspector

 8    has placed up there is sort of in the center left part of

 9    the short stairs in front of the inaugural stage on the

10    demonstrative, just for the record.

11    BY MR. MULROE:

12    Q.  Apart from those two breaches, were there further

13    breaches on January 6th?

14    A.  Yes.

15                MR. MULROE:  Let's have Exhibit 451.

16                And, Ms. Rohde, if you could pull that up and then

17    just pause it right at the beginning so we have a still

18    frame.

19                (Whereupon, segments of Government's Exhibit No.

20    451 were published in open court.)

21    BY MR. MULROE:

22    Q.  Inspector, what are we seeing in this frame?

23    A.  You're seeing scaffolding, the base of scaffolding on

24    the north side of the stage.  And the scaffolding is

25    covering the stairs.  You can see a small bit of the stairs

1    that go from the lower west terrace to the upper west

2    terrace.

3    Q.  Would you show the jury on the demonstrative what we're

4    looking at in the frame?

5    A.  Right in this area, the scaffolding is covering up the

6    stairs that lead from the lower west terrace to the upper

7    west terrace.

8    Q.  Take your seat, please.

9    A.  (Witness complies.)

10   Q.  What, if anything, is the significance of those stairs

11   in terms of defending the Capitol?

12   A.  Those stairs lead right to the first floor of the

13   building where there are doors and windows.

14   Q.  Would that pose a threat to the crowd getting inside?

15   A.  Yes.

16   Q.  Did the crowd, in fact, get up those stairs?

17   A.  Yes.

18            MR. MULROE:  Let's let the exhibit play.

19            (Whereupon, segments of Government's Exhibit No.

20   451 were published in open court.)

21            MR. MULROE:  We can stop it there.

22            Ms. Rohde, 411-C, please.

23            (Whereupon, segments of Government's Exhibit No.

24   411-C were published in open court.)

25            MR. MULROE:  Pause at the beginning.

```
1        BY MR. MULROE:

2        Q.  Are we seeing the same scene here?

3        A.  Yes.

4                 MR. MULROE:  Let's let that play.

5                 (Whereupon, segments of Government's Exhibit No.

6        411-C were published in open court.)

7                 MR. MULROE:  We can stop that exhibit.

8                 Play 382, please.

9                 MR. HERNANDEZ:  Sorry.  Are there times for these

10       particular -- when this is happening?  Because the

11       Government hasn't said.

12                THE COURT:  Do you have an objection,

13       Ms. Hernández?

14                MS. HERNANDEZ:  Yes, your Honor.  I would ask --

15                THE COURT:  What's the objection in one word?

16                MS. HERNANDEZ:  To identify the time when this is

17       occurring, when this video is occurring.

18                THE COURT:  Okay.  That's overruled.

19                MR. MULROE:  382, please.

20                (Whereupon, Government's Exhibit No. 382 was

21       published in open court.)

22                MR. MULROE:  And Exhibit 383, please.

23                (Whereupon, Government's Exhibit No. 383 was

24       published in open court.)

25
```

Loyd - DIRECT - By Mr. Mulroe

1    BY MR. MULROE:

2    Q.  We heard a reference to the upper west terrace.

3    Inspector, would you tell the jury, using the map, where is

4    the upper west terrace?

5    A.  Down here you have the lower west terrace.  And the

6    stairs that they're talking about right now in the audio

7    lead up to the upper west terrace.  Here's the upper level.

8    The upper west terrace.

9    Q.  So the map is two dimensions.  But is the upper west

10   terrace higher than the lower west terrace?

11   A.  Yes.  About a story -- a building story higher.

12   Q.  You can return to the stand.

13   A.  (Witness complies.)

14   Q.  What would it mean for the crowd to reach the upper west

15   terrace?

16   A.  On the west side, that would mean that they would have

17   direct access to doors and windows.

18   Q.  Was that something to be alarmed about?

19   A.  Yes.

20   Q.  And, Inspector, the crowd -- we saw the video, but did

21   the crowd get up those stairs?

22   A.  Yes.

23   Q.  Did they get past the line of officers to do that?

24   A.  Yes.

25   Q.  Is that another major breach?

Loyd - DIRECT - By Mr. Mulroe

```
1    A.  Yes.

2    Q.  Please take the exhibit sticker -- not exhibit, but

3    Sticker 3 there that you have on the stand and place that

4    one up on the demonstrative.  And then you can return to

5    your seat and tell us where you've put it.

6    A.  The third breach was the breach going up the stairs

7    underneath the scaffolding going from the lower west terrace

8    up to the upper west terrace.

9    Q.  You mentioned the scaffolding.  Was there any fighting

10   taking place inside the scaffolding?

11   A.  Yes.

12          MR. MULROE:  Exhibit 429-C, please.

13          (Whereupon, segments of Government's Exhibit No.

14   429-C were published in open court.)

15          MR. MULROE:  Pause there, please.

16   BY MR. MULROE:

17   Q.  So, Inspector, we paused the video at zero minutes and

18   37 seconds.  And can you see what looks like some clear

19   plastic objects in the middle of the frame?

20   A.  Yes.

21   Q.  Do you recognize what those are?

22   A.  Those are shields.

23   Q.  What kind of shields?

24   A.  Used for defending yourself during a riot.

25   Q.  Are they Capitol Police equipment?  Or can you tell?
```

Loyd - DIRECT - By Mr. Mulroe

1    A.  It's tough to tell from that particular angle.

2    Q.  Apart from the fighting happening inside the

3    scaffolding, did the scaffolding itself pose any safety

4    risks at this time?

5    A.  Yes.  My original concern when they entered the

6    scaffolding was that they were going to topple the

7    scaffolding, topple the main part of the stage.

8                MR. MULROE:  Government's Exhibit 386, please.

9                (Whereupon, Government's Exhibit No. 386 was

10   published in open court.)

11   BY MR. MULROE:

12   Q.  Inspector, you told us a moment ago that the upper west

13   terrace gives direct access to the doors and windows.

14                Did the crowd ultimately reach the upper west

15   terrace?

16   A.  Yes.

17                MR. MULROE:  429-C, please, Ms. Rohde.  And if you

18   could start that at the 9-minute, 20-second mark.

19                (Whereupon, segments of Government's Exhibit No.

20   429-C were published in open court.)

21                MR. MULROE:  If we can stop it there at about ten

22   minutes and ten seconds and play Exhibit 387, please.

23                (Whereupon, Government's Exhibit No. 387 was

24   published in open court.)

25

1    BY MR. MULROE:

2    Q.  Inspector, when the officer says, "They're coming and we

3    can't stop them from breaching," was that accurate, in your

4    opinion?

5    A.  Yes.

6             MR. MULROE:  385, please.

7             (Whereupon, Government's Exhibit No. 385 was

8    published in open court.)

9    BY MR. MULROE:

10   Q.  What did the crowd do when it reached the upper west

11   terrace?

12   A.  I'm sorry.  I didn't hear.

13   Q.  What did the crowd do once it reached the upper west

14   terrace?

15   A.  They got to the terrace.  There was a small line of

16   officers at the very top.  They easily got past them and

17   eventually made their way to the base of the building.

18             MR. MULROE:  Please, Exhibit 147 and start at 1

19   minute and 25 seconds.

20             (Whereupon, segments of Government's Exhibit No.

21   147 were published in open court.)

22   BY MR. MULROE:

23   Q.  What part of the Capitol do we see here, Inspector?

24   A.  The portion that's in the center is referred to as the

25   Senate wing door.

1    Q.  And is this on the upper west terrace?

2    A.  Yes.

3           (Whereupon, segments of Government's Exhibit No.

4    147 were published in open court.)

5           MR. MULROE:  If we could pause it there at about

6    two minutes and two seconds.

7    BY MR. MULROE:

8    Q.  Inspector, in the video, did we see some individuals

9    running toward the three archways in the middle of the

10   screen?

11   A.  Yes.

12   Q.  Would you get up and point out on the demonstrative map

13   where those are?

14   A.  Right in this area right here.  That small little area

15   right there.

16   Q.  So you're pointing at kind of a recessed rectangle on

17   the left side of the Capitol Building --

18   A.  Yes.

19   Q.  -- from our view?

20          Does that pose any security concerns?  You can

21   return to the seat to tell us.

22   A.  (Witness complies.)

23          Yes.  The door that's in the center of that

24   picture and the windows on either side, once you break

25   through that, you're in the building.

```
 1                   MR. MULROE:  Let's have Exhibit 425, please.

 2                   (Whereupon, Government's Exhibit No. 425 was

 3       published in open court.)

 4       BY MR. MULROE:

 5       Q.  Inspector, did the crowd break the windows?

 6       A.  Yes.

 7       Q.  And did they use any implements to do that?

 8       A.  I saw a two-by-four and a Capitol Police riot shield.

 9                   MR. MULROE:  Let's look at Exhibit 112.

10                   (Whereupon, segments of Government's Exhibit No.

11       112 were published in open court.)

12                   MR. MULROE:  And just pause at the beginning.

13       BY MR. MULROE:

14       Q.  Is this an interior view of the same windows and doors?

15       A.  Yes.

16                   MR. MULROE:  Let's continue.

17                   (Whereupon, segments of Government's Exhibit No.

18       112 were published in open court.)

19       BY MR. MULROE:

20       Q.  Now, as it's playing, Inspector, let me ask you about

21       something we see on the screen.  When we view these windows

22       from the inside, do they have shutters?

23       A.  Yes.

24       Q.  Tell us about those shutters.  And specifically, do they

25       serve any security purpose?
```

1    A.  No security related to today.  I'm not sure -- they were

2    installed in 1800, when the building first opened.  They may

3    or may not have been used for security back then.

4            But as of today, they're strictly used for

5    shielding the sun from the building [sic].  That's the only

6    thing they're used for.

7    Q.  Those shutters are original to the building?

8    A.  Yes.

9    Q.  And when was the Capitol built?

10   A.  The first section that was opened was 1800.

11   Q.  I'm sorry?

12   A.  1800.  And you're actually in the original part of the

13   building at that point.

14   Q.  So those shutters would be more than 200 years old?

15   A.  Yes.

16   Q.  Did part of your lockdown order involve closing those

17   shutters at all?

18   A.  No.

19           (Whereupon, segments of Government's Exhibit No.

20   112 were published in open court.)

21           MR. MULROE:  Pausing here at 1 minute and 18

22   seconds.

23   BY MR. MULROE:

24   Q.  Do we see the crowd enter from an interior angle?

25   A.  Yes.

```
 1                    MR. MULROE:  Exhibit 388, please.

 2                    MR. PATTIS:  Which one, sir?

 3                    MR. MULROE:  388.

 4              (Whereupon, Government's Exhibit No. 388 was

 5      published in open court.)

 6      BY MR. MULROE:

 7      Q.  Now, once the crowd got into the Capitol, did they stay

 8      put or did they keep moving?

 9      A.  They kept moving.

10                    MR. MULROE:  432, please.

11              (Whereupon, segments of Government's Exhibit No.

12      432 were published in open court.)

13      BY MR. MULROE:

14      Q.  And it looked in this clip like we just saw the crowd go

15      through a door.  We're paused at 11 seconds into the video.

16              Was that door locked on January 6th?

17      A.  Yes.

18      Q.  How was it that the crowd managed to open the door?

19      A.  It was forced open.

20                    MR. MULROE:  All right.  Let's let the video play.

21              (Whereupon, segments of Government's Exhibit No.

22      432 were published in open court.)

23      BY MR. MULROE:

24      Q.  Do you know, Inspector, who was that one officer that we

25      saw interacting with the crowd?
```

```
 1    A.  That was Officer Goodman.

 2    Q.  And do you know what his assignment is within Capitol

 3    Police?

 4    A.  You want for that day or currently?

 5    Q.  For that day.

 6    A.  For that day -- his home assignment is the Senate

 7    chamber section.  So he would be assigned to the Senate

 8    chamber.  Due to the COVID situation and the buildings were

 9    closed and there was need for less manpower around the

10    Senate chamber, he was actually assigned to the rest of us

11    out on the west front.

12    Q.  Ordinarily, Senate chamber, though?

13    A.  Yeah.  Ordinarily, Senate chambers.

14              MR. MULROE:  389, please.

15              (Whereupon, Government's Exhibit No. 389 was

16    published in open court.)

17    BY MR. MULROE:

18    Q.  Did we hear Officer Goodman's voice at all on that radio

19    clip?

20    A.  Yes.

21    Q.  Which one was he?

22    A.  Towards the last, on that first slide, where he was

23    indicating that they were heading to the Senate floor.  The

24    person who made that comment "To the Senate floor" was

25    Goodman.
```

Loyd - DIRECT - By Mr. Mulroe

```
 1    Q.  Headed -- did he say Senate chamber?

 2    A.  I think he said Senate floor, if I remember.

 3    Q.  Senate floor?

 4              MR. MULROE:  Let's play Exhibit 457, please.

 5              (Whereupon, Government's Exhibit No. 457 was

 6    published in open court.)

 7    BY MR. MULROE:

 8    Q.  Now, Inspector, I neglected to do it before, but if you

 9    would take the fourth sticker there for Breach 4 and place

10    that --

11              MS. HERNANDEZ:  Your Honor, before we go on, can

12    we...

13              (Whereupon, the following proceedings were had at

14    sidebar outside the presence of the jury:)

15              MR. SMITH:  Your Honor, this is not -- as the

16    Court probably knows, this is not part of the Government's

17    standard January 6th civil disorder evidence.  What they're

18    attempting to do is link these Defendants to Officer

19    Goodman's interaction with the Defendant Jensen and others

20    up on the Ohio Clock Corridor.  This is irrelevant.  It's

21    inflammatory.  And it has nothing to do with this case.

22    None of these Defendants are involved with this exchange.

23              MR. MULROE:  Your Honor --

24              MR. SMITH:  It's an iconic kind of exchange in

25    the --
```

```
 1              MR. MULROE:  Your Honor --

 2              MR. SMITH:  -- in the January 6 cases.  So this is

 3   not admissible evidence.

 4              MR. MULROE:  Your Honor, Pezzola was there.

 5              THE COURT:  Does any other Defendant want to make

 6   an objection?

 7              MS. HERNANDEZ:  Your Honor, Carmen Hernandez.

 8              Two things with respect to this.  I would ask for

 9   a limiting instruction if it doesn't involve my client or --

10   and I understand the Government is going to say Mr. Pezzola

11   was originally in this group of people.  But I think at this

12   point he's not.

13              And again, I believe that we are back to this

14   issue of how much evidence the Court [sic] is going to

15   introduce of background or whatever.  And depending on

16   whatever the purpose the Court introduces it for, I would

17   ask that there may be a limiting instruction, depending on

18   the Court's ruling, what purpose this is coming in for.

19              THE COURT:  We can take up -- I don't think any --

20   let me back up.

21              Mr. Mulroe was starting to say Mr. Pezzola is

22   there; and he is there.

23              So it's relevant evidence, broadly speaking, to

24   the conspiracy, because Mr. Pezzola is there all the way up

25   through -- and I happen to be very familiar with this scene
```

Loyd - DIRECT - By Mr. Mulroe

1    because -- from another trial I presided over.  So he is

2    there in the Ohio Clock Corridor while this is going on.

3              So it's relevant and admissible.

4              I don't think an instruction makes sense.  But

5    because obviously some parts of evidence of a conspiracy

6    will pertain to one Defendant and some to others, we can

7    talk about that later, if you think it's appropriate.

8              MR. SMITH:  Mr. Nordean moves to sever.

9              THE COURT:  Okay.  The motion is denied.  Thank

10   you.

11             MS. HERNANDEZ:  I'm sorry, your Honor.  One last

12   thing:  The reason I asked for the time when some videos

13   were being shown is it applies to where my client may or may

14   not be.

15             THE COURT:  I understand why you asked that.  But

16   it's not an objection.  If you want to do that on cross,

17   that's fine.  The Government doesn't have to put on its case

18   the way you would like.

19             Let's --

20             MS. HERNANDEZ:  I think the objection would be to

21   relevance depending on what particular time it is.

22             THE COURT:  That wasn't the objection you lodged.

23             (Whereupon, the following proceedings were had in

24   open court:)

25             THE COURT:  You may proceed, sir.

1              MR. MULROE:  Thank you.

2    BY MR. MULROE:

3    Q.  Inspector Loyd, we just saw a video of Officer Goodman

4    leading a group of members of the crowd through the Capitol.

5              For those of us unfamiliar with the interior

6    layout of the Capitol Building, was there anything

7    significant about the route that he took?

8    A.  Yes.  The group, once they breached the Senate wing

9    door, they went north from the door probably about 10 or 15

10   yards and they made a right and went east in the building,

11   and then they made another right, where they met Officer

12   Goodman, as we first saw Officer Goodman.  And Officer

13   Goodman is at the base of the east Senate grand staircase.

14   And that's the staircase that they backed him up in the

15   video.

16   Q.  In your professional opinion, what would have been the

17   consequence if he had taken them in a different direction?

18              MR. PATTIS:  Objection.  Speculation.

19              THE COURT:  If the witness can articulate the

20   basis for his conclusion, he may answer the question.

21              MS. HERNANDEZ:  Objection.  Relevance.

22              THE COURT:  The objection is overruled.

23   BY MR. MULROE:

24   Q.  You can answer the question.

25   A.  Yes.  When Officer Goodman got to the base of the stairs

                    Loyd - DIRECT - By Mr. Mulroe

1    on the second level, you see him look over his left shoulder

2    down the hallway, the empty hallway, and he sort of taunts

3    the lead demonstrator to come with him as he backs them

4    around the corner.

5            If the demonstrators had gone to where Officer

6    Goodman looked over his left shoulder, that leads you to the

7    rear of the Senate lobby where the vice president and the

8    senators were located.

9    Q.  So was Vice President Pence and the members of the

10   Senate in the chamber at that time?

11   A.  Yes.

12   Q.  And if they had gone to that side of the chamber, is

13   there anything about the architecture there that --

14   A.  Yes.

15   Q.  -- would have posed any threat?

16   A.  Yes.  The doors that lead into the Senate -- back of the

17   Senate chamber, the Senate lobby, are made of nothing but

18   glass, mostly glass.  So they're easily breachable.  And if

19   those doors had been breached, more than likely there would

20   have been gunfire at that point.

21   Q.  Where was the location that we saw at the end of the

22   previous video where Officer Goodman had led them into

23   another part of the building?

24   A.  Yes.  Officer Goodman leads them to -- you know, the end

25   of that video, and I come into the scene.  That is the Ohio

1    Clock area.

2              MR. MULROE:  Let's have 126, please.

3              (Whereupon, segments of Government's Exhibit No.

4    126 were published in open court.)

5    BY MR. MULROE:

6    Q.  And as the video plays, Inspector, can we see you on the

7    screen right now?

8    A.  Yes.  I'm with the Class A hat.

9    Q.  Is that, the type of hat you're wearing, part of your

10   uniform?

11   A.  Yes.

12   Q.  What are you doing as the video plays?

13   A.  Trying to calm the crowd down.  I have four other police

14   officers trying to set up another police line to stop the

15   surge at that particular point.

16   Q.  Are members of the crowd continuing to filter in?

17   A.  Yes.

18              (Whereupon, segments of Government's Exhibit No.

19   126 were published in open court.)

20              MR. MULROE:  Let's stop it there at 45 seconds.

21              Ms. Rohde, if you could pull up 499-A, please.

22              (Whereupon, Government's Exhibit No. 499-A was

23   published in open court.)

24   BY MR. MULROE:

25   Q.  Is this a photo of the same scene?

 1    A.  Yes.

 2    Q.  Is that you on the right with your back to the camera?

 3    A.  Yes.

 4            MR. MULROE:  499-C, please.

 5            (Whereupon, Government's Exhibit No. 499-C was

 6    published in open court.)

 7    BY MR. MULROE:

 8    Q.  Same scene?

 9    A.  Yes.

10            MR. MULROE:  499-D, please.

11            (Whereupon, Government's Exhibit No. 499-D was

12    published in open court.)

13    BY MR. MULROE:

14    Q.  Is this the same interaction?

15    A.  Same interaction, but I am no longer there.

16            MR. MULROE:  And 499-B.

17            (Whereupon, Government's Exhibit No. 499-B was

18    published in open court.)

19    BY MR. MULROE:

20    Q.  Are you in this photo?

21    A.  Yes.

22    Q.  And what are you doing here?

23    A.  I'm speaking with the gentleman to the right of me.

24    Q.  And on the right side of the photo, there's a man

25    holding a transparent object.  Do you recognize that?

1    A.  Yeah.  That's one of our police riot shields.

2    Q.  Inspector Loyd, tell the jury what was going through

3    your mind at this point.

4                MS. HERNANDEZ:  Objection.

5                THE COURT:  What's the objection?

6                MS. HERNANDEZ:  Relevance.

7                THE COURT:  Overruled.

8    BY MR. MULROE:

9    Q.  You can answer.

10   A.  Just trying to delay the surge, stop the surge at any

11   point to delay the time long enough that we would have

12   sufficient reinforcements to resolve the issue.

13   Q.  Inspector, if you could just bend the microphone so it's

14   pointing a little more directly at you.

15               Had the officers, broadly speaking, made retreats

16   up to this point?

17   A.  Yes; starting at 12:53 at Peace Circle.

18               MR. MULROE:  And if we could keep the exhibit up.

19   BY MR. MULROE:

20   Q.  The encounter that we're seeing here, was retreat an

21   option at this point?

22   A.  No.

23   Q.  Why not?

24   A.  They're at the door of the Senate chamber.

25   Q.  Was there anywhere left to retreat to?

1   A.  No.  At that point, the final stand is the Senate

2   chamber at that particular location.

3   Q.  And I think you testified that you were trying to kind

4   of buy time here.  Were you successful in doing that?

5   A.  Yes.

6   Q.  What happened next?

7   A.  Shortly after this, Deputy Chief Waldow, who was on the

8   west front with me, also joined me at the Ohio Clock area.

9   I was relatively satisfied that the situation, as dire as it

10  looks, it was fairly stable because my officers had done

11  what they were trained to do:  Whenever there is a threat

12  inside the building, they retreat back into the Senate

13  chamber, lock the doors and they shelter in place.  And

14  that's what occurred here.

15           And I spoke with Deputy Chief Waldow.  I asked for

16  permission to go from the Senate chamber to the House

17  chamber to check on the status of that.

18           THE COURT:  Mr. Mulroe, is now a decent time to

19  break for the day, given that I have --

20           MR. MULROE:  I think so, your Honor.  I think I

21  probably have 20 minutes left, so...

22           THE COURT:  All right.  You know, I do have a stop

23  at noon.

24           All right.  So, ladies and gentlemen of the jury,

25  as I told you, we're stopping at noon today.  We'll pick up

1    with the rest of Inspector Loyd's testimony on Tuesday.

2         So I'll have Ms. Harris release you for the day.

3    Have a great long weekend.  And thank you all -- let me also

4    just say, thank you all for your punctuality this morning.

5    If you all will continue to be so punctual, hopefully we'll

6    be able to start on time every day and get the case to you

7    as soon as we can.

8         Thank you.  And have a great weekend.

9         (Whereupon, the jury exited the courtroom at 11:57

10   a.m. and the following proceedings were had:)

11        THE COURT:  You may be seated.

12        All right.  So we'll pick up -- if counsel will be

13   here again promptly at 9:00, we will take up whatever

14   preliminary matters we need to, if we need to, and we'll

15   begin the testimony as soon as possible after that.

16        Are there any matters either side wants to be

17   heard on very quickly here today?  Again, because I do have

18   another matter and I -- and more importantly.  Ms. Harris

19   and other folks need to have lunch before we begin that

20   other matter.

21        MR. McCULLOUGH:  Your Honor, we have a number of

22   out-of-state witnesses.  It would be helpful for our

23   planning purposes -- if the Court knows at this point

24   whether next Friday we will be sitting a half day or full

25   day, that would be helpful to the Government for its

 1    planning purposes.

 2              THE COURT:  That is a good and fair request.

 3              As of right now, it looks like I do have a full

 4    day, so we will probably not sit next Friday.

 5              MS. HERNANDEZ:  At all?

 6              THE COURT:  That having been said, if between now

 7    and then I can adjust things to give us part of the day, I

 8    would like to do that so that we can move forward as

 9    expeditiously as possible.  It is a fairly -- it is a

10    reasonably full day.  But I'm going to -- I'll attempt to

11    see if I can move things around.  If we do, I'll let the

12    parties know if we might have a few hours in the morning

13    like we have here today.

14              It won't be a full day.  We know that.  We know

15    that.  If I can crunch things into half of a day, I'll --

16    we'll let you all know as soon as we can.

17              MS. HERNANDEZ:  I have a 2:00 p.m. matter before

18    Judge Nichols that day.  So if the Court could --

19              THE COURT:  There's no way -- again, the maximum

20    we could do is the morning --

21              MS. HERNANDEZ:  Okay.

22              THE COURT:  -- so you'll be fine for your 2:00.

23              MS. HERNANDEZ:  Thank you.

24              Your Honor, on this issue of relevance, limiting

25    instructions, as the Court may recall, I filed a motion to

1    sever, and also based on Mr. Rehl's position that there are

2    multiple conspiracies involved in here -- that is, my

3    client's conspiracy involves the Ministry of Self-Defense,

4    does not involve the random -- what I will identify, and

5    which some of the Government witnesses have described, as

6    random acts of violence.

7         I don't know whether the Court wants us to brief

8    these over the weekend or -- because they're going to

9    continue to come up as the evidence comes up.

10        THE COURT:  If you want to raise it with me --

11   however you would like to proceed.  If you want to just

12   raise it with me -- I mean, obviously, I've ruled on this --

13        MS. HERNANDEZ:  Right.

14        THE COURT:  -- and there's nothing -- let me put

15   it this way:  There's no new evidence here.  There's no

16   evidence that no one anticipated would be part of the case.

17        So, you know, you can proceed however you would

18   like.  But I'm happy on Tuesday at 9:00 to hear from you if

19   you want to be heard briefly on the issue.

20        MS. HERNANDEZ:  Right.  I mean, I think the issue

21   is that we believe there are multiple conspiracies.  And so

22   I understand the Court has ruled at this point.  But this

23   is -- it's going to be a continuing issue and if it is -- it

24   is multiple conspiracies, then obviously we're entitled to

25   either severance or a limiting instruction.

1          I can continue to make the objections at each

2     juncture.  Or -- I don't know how the Court wants to handle

3     it.  Do we want a continuing objection?

4          THE COURT:  If you want to just put on the record

5     that you have this objection, again, that's -- I'm happy to

6     give you just a continuing objection to this.  It's

7     something I've ruled on.

8          Let me put it this way:  I've ruled on it

9     pretrial.  I don't think anything has materially changed

10    from now to then.  But if you think it has and you want to

11    raise that material change with me and say, Judge, does this

12    change your mind, I would hear from you because I'm an

13    open-minded judge and I want to get it right.

14         MS. HERNANDEZ:  Right.

15         THE COURT:  But nothing has changed between when I

16    ruled on that motion and now.

17         MS. HERNANDEZ:  Correct.  I just think that the --

18    it's a conditional -- it's a ruling based on a conditional

19    fact.  And I think the issue will be joined more properly

20    once the Government introduces evidence of what the

21    conspiracy is rather than, you know, this evidence.

22         And also -- and, again, I would request, and I can

23    make the objections again, that when these videos are

24    played, that the time when the video is taking place is

25    relevant to whether this is direct evidence of my client's

1    involvement or whether I can put on a defense that my client

2    was somewhere else at the time and could not have seen it.

3         THE COURT:  Again, I'll hear you on this on Monday

4    if you would like.  But there's no -- the Government doesn't

5    have to put on its case the way you would like.

6         Mr. Hull, did you have something you wanted to

7    say?

8         MR. HULL:  Your Honor, it would be helpful if the

9    Government, say, by mid-next week could give us a heads-up

10   estimate on how many trial days they think they will be

11   putting their case in chief -- is that a fair request?

12        THE COURT:  I mean, the parties have been talking

13   about the length of this trial for a while.  I encourage

14   them to -- I encourage you all to continue to do so.  I

15   mean, I'm not going to order that.  But --

16        MR. HULL:  No.

17        THE COURT:  -- this isn't -- I absolutely think

18   the parties should be talking about -- and part of my order

19   sets out the types of notice and things like that that the

20   parties need to provide each other.  But as far as -- and I

21   encourage the parties to do that.

22        MR. HULL:  Mr. McCullough was kind enough to talk

23   with me yesterday about this and said maybe, perhaps by

24   Tuesday or Wednesday of next week, they'll have a better

25   idea.  But it would be good to know as a reminder for

1    everyone.

2              THE COURT:  I agree.

3              Is it there's nothing further, everyone have an

4    excellent weekend.  We'll see you Monday -- Tuesday at 9:30.

5              (Proceedings concluded.)

3577

1                          **<u>CERTIFICATE</u>**

2

3              I, LISA EDWARDS, RDR, CRR, do hereby

4    certify that the foregoing constitutes a true and accurate

5    transcript of my stenographic notes, and is a full, true,

6    and complete transcript of the proceedings produced to the

7    best of my ability.

8

9

10             Dated this 13th day of January, 2023.

11

12             <u>/s/ Lisa Edwards, RDR, CRR</u>
               Official Court Reporter
13             United States District Court for the
                 District of Columbia
14             333 Constitution Avenue, Northwest
               Washington, D.C. 20001
15             (202) 354-3269

16

17

18

19

20

21

22

23

24

25

3578

## /

**/s** [1] - 3577:12

## 0

**06511** [1] - 3462:7

## 1

**1** [8] - 3465:3, 3465:8, 3465:13, 3485:21, 3516:20, 3517:1, 3556:18, 3559:21
**10** [1] - 3565:9
**100** [6] - 3464:13, 3484:19, 3505:18, 3506:1, 3506:5, 3540:8
**10010** [1] - 3461:23
**10016** [1] - 3462:19
**101** [4] - 3489:5, 3489:8, 3489:18, 3489:23
**101-104** [1] - 3464:9
**1014** [1] - 3462:15
**104** [4] - 3489:5, 3489:8, 3489:19, 3489:24
**105** [7] - 3464:9, 3487:13, 3487:15, 3487:21, 3488:5, 3488:8, 3503:6
**106** [2] - 3486:6, 3486:11
**107** [3] - 3464:14, 3542:19, 3542:24
**10:00** [1] - 3512:2
**10:30** [1] - 3525:25
**10:31** [1] - 3526:9
**10:49** [1] - 3535:16
**10:57** [1] - 3541:16
**11** [1] - 3560:15
**111** [4] - 3496:1, 3496:23, 3497:17, 3499:20
**111-180** [1] - 3464:10
**112** [4] - 3558:9, 3558:11, 3558:18, 3559:20
**1123** [1] - 3461:22
**113** [1] - 3462:21
**11:00** [1] - 3512:19
**11:05** [1] - 3541:17
**11:11** [1] - 3542:10
**11:30** [1] - 3526:24
**11:57** [1] - 3571:9

**126** [3] - 3567:2, 3567:4, 3567:19
**12:00** [1] - 3480:19
**12:35** [1] - 3514:2
**12:40** [1] - 3514:2
**12:45** [1] - 3514:7
**12:53** [1] - 3569:17
**12:58** [2] - 3523:24, 3523:25
**12:58:33** [1] - 3526:12
**13** [1] - 3461:7
**13th** [1] - 3577:10
**14** [1] - 3461:11
**1420** [1] - 3462:3
**145** [6] - 3549:1, 3549:4, 3549:5, 3549:8, 3549:19, 3549:25
**147** [3] - 3556:18, 3556:21, 3557:4
**15** [4] - 3478:17, 3478:23, 3478:24, 3565:9
**153rd** [1] - 3462:12
**160** [13] - 3518:20, 3518:22, 3519:5, 3519:25, 3520:4, 3520:16, 3520:17, 3523:15, 3524:5, 3524:25, 3525:23, 3526:2, 3527:1
**18** [1] - 3559:21
**180** [4] - 3496:1, 3496:23, 3497:18, 3499:20
**1800** [4] - 3490:17, 3559:2, 3559:10, 3559:12
**1:00** [1] - 3526:10

## 2

**2** [7] - 3465:3, 3465:9, 3465:14, 3524:17, 3524:19, 3524:21, 3550:7
**20** [1] - 3570:21
**20-second** [1] - 3555:18
**200** [4] - 3464:11, 3501:14, 3502:11, 3559:14
**20001** [2] - 3463:4, 3577:14
**20005** [1] - 3462:4
**202** [2] - 3463:4, 3577:15
**2021** [2] - 3496:10,

3502:23
**2023** [2] - 3461:7, 3577:10
**203** [5] - 3530:1, 3530:3, 3531:8, 3531:19, 3533:15
**20530** [1] - 3461:20
**20777** [1] - 3462:9
**209** [1] - 3462:12
**21-00175** [1] - 3461:4
**21-175** [2] - 3465:2, 3541:22
**235** [3] - 3464:11, 3501:14, 3502:12
**25** [2] - 3478:8, 3556:19
**259** [3] - 3464:11, 3501:14, 3502:12
**25:30** [2] - 3549:2, 3549:6
**261** [5] - 3464:11, 3501:14, 3502:12, 3544:16, 3544:17
**2:00** [2] - 3572:17, 3572:22

## 3

**3** [4] - 3465:4, 3465:10, 3465:14, 3554:3
**30** [1] - 3523:25
**302s** [1] - 3475:21
**31** [1] - 3526:10
**32** [5] - 3483:10, 3483:11, 3492:6, 3518:6, 3527:16
**32-year** [1] - 3494:1
**33** [1] - 3524:1
**33012** [1] - 3462:15
**33014** [1] - 3462:13
**333** [2] - 3463:3, 3577:14
**3481** [1] - 3464:6
**3488** [1] - 3464:9
**3489** [1] - 3464:9
**3497** [1] - 3464:10
**3500** [1] - 3464:10
**3501** [1] - 3464:13
**3506** [1] - 3464:13
**3508** [1] - 3464:14
**354** [8] - 3498:4, 3499:10, 3499:20, 3500:15, 3513:2, 3513:3, 3513:4, 3513:5
**354-3269** [2] - 3463:4, 3577:15
**354-398** [1] - 3464:10

**3542** [1] - 3464:14
**355** [2] - 3513:17, 3513:19
**358** [3] - 3514:12, 3514:13, 3514:18
**359** [2] - 3515:6, 3515:7
**360** [3] - 3517:8, 3517:9
**361** [2] - 3517:23, 3517:25
**363** [4] - 3520:13, 3520:15, 3520:18, 3520:20
**364** [2] - 3527:12, 3527:13
**369** [2] - 3533:22, 3533:23
**37** [1] - 3554:18
**371** [2] - 3534:8, 3534:9
**382** [2] - 3552:8, 3552:19, 3552:20
**383** [2] - 3462:6, 3552:22, 3552:23
**385** [2] - 3556:6, 3556:7
**386** [2] - 3555:8, 3555:9
**387** [2] - 3555:22, 3555:23
**388** [1] - 3560:1, 3560:3, 3560:4
**389** [2] - 3561:14, 3561:15
**398** [7] - 3498:4, 3499:11, 3499:20, 3500:16, 3527:24, 3528:1, 3528:6

## 4

**4** [1] - 3562:9
**400** [1] - 3490:17, 3520:23
**411-A** [3] - 3464:11, 3501:14, 3502:12
**411-C** [3] - 3551:22, 3551:24, 3552:6
**414-A** [3] - 3464:11, 3501:14, 3502:12
**415** [3] - 3464:11, 3501:15, 3502:12
**417** [8] - 3464:12, 3501:15, 3502:12, 3521:25, 3522:4, 3522:14, 3522:17, 3523:3
**425** [5] - 3464:12,

3501:15, 3502:12, 3558:1, 3558:2
**429-C** [7] - 3464:12, 3501:15, 3502:13, 3554:12, 3554:14, 3555:17, 3555:20
**430-A** [2] - 3464:12, 3501:15, 3502:13
**432** [6] - 3464:12, 3501:15, 3502:13, 3560:10, 3560:12, 3560:22
**434** [3] - 3464:12, 3501:15, 3502:13
**435** [1] - 3484:15
**446-A** [5] - 3464:12, 3501:15, 3502:13, 3516:9, 3516:11
**45** [2] - 3518:25, 3567:20
**451** [3] - 3464:12, 3501:15, 3502:13, 3550:15, 3550:20, 3551:20
**454** [3] - 3464:12, 3501:16, 3502:13
**455-A** [3] - 3464:12, 3501:16, 3502:13
**456** [3] - 3464:12, 3501:16, 3502:13
**457** [3] - 3464:12, 3501:16, 3502:13, 3562:4, 3562:5
**460** [3] - 3464:12, 3501:16, 3502:14
**468** [3] - 3464:12, 3501:16, 3502:14, 3543:20, 3543:21
**477** [3] - 3464:12, 3501:16, 3502:14
**478** [3] - 3464:12, 3501:16, 3502:14
**479-A** [3] - 3464:13, 3501:16, 3502:14
**499-A** [5] - 3464:13, 3501:17, 3502:14, 3567:21, 3567:22
**499-B** [2] - 3568:16, 3568:17
**499-C** [2] - 3568:4, 3568:5
**499-D** [2] - 3568:10, 3568:11
**49th** [1] - 3462:15

## 5

**5** [3] - 3465:4, 3465:10, 3465:14

**500** [1] - 3490:17
**555** [1] - 3461:19
**58** [1] - 3469:13
**59047** [1] - 3462:21
**5th** [1] - 3505:13

## 6

**6** [5] - 3465:5,
3465:12, 3465:15,
3518:25, 3563:2
**6175** [1] - 3462:12
**6706** [1] - 3463:3
**6:45** [1] - 3518:24
**6th** [40] - 3475:13,
3486:23, 3494:10,
3494:11, 3496:10,
3496:13, 3498:9,
3498:14, 3498:18,
3500:20, 3501:19,
3502:23, 3503:17,
3504:13, 3505:5,
3505:13, 3505:25,
3506:11, 3507:3,
3507:15, 3507:21,
3507:22, 3507:25,
3509:19, 3509:25,
3510:23, 3510:24,
3511:9, 3511:11,
3521:8, 3527:18,
3527:20, 3536:11,
3538:24, 3539:11,
3540:20, 3543:7,
3550:13, 3560:16,
3562:17

## 7

**7166** [1] - 3462:9
**74** [4] - 3464:14,
3507:9, 3508:1,
3508:5
**7:30** [2] - 3511:13,
3511:14
**7:57** [1] - 3520:4

## 8

**8:30** [1] - 3523:18
**8:40** [1] - 3524:23

## 9

**9-minute** [1] -
3555:18
**909** [1] - 3461:23
**99** [1] - 3462:18

**9:00** [3] - 3466:5,
3571:13, 3573:18
**9:10** [1] - 3466:8
**9:11** [1] - 3461:7
**9:16** [1] - 3468:23
**9:30** [2] - 3511:22,
3576:4
**9:32** [1] - 3480:13

## A

**a.m** [5] - 3461:7,
3480:14, 3535:17,
3542:10, 3571:10
**ability** [2] - 3548:1,
3577:7
**able** [7] - 3481:3,
3481:7, 3525:14,
3541:15, 3543:14,
3546:12, 3571:6
**absences** [2] -
3511:16, 3511:19
**absolutely** [1] -
3575:17
**abused** [1] - 3529:8
**access** [2] - 3553:17,
3555:13
**account** [1] -
3474:11
**accurate** [17] -
3488:3, 3489:16,
3495:18, 3498:23,
3499:8, 3502:3,
3502:6, 3536:4,
3536:6, 3536:8,
3536:10, 3538:23,
3539:11, 3541:3,
3541:5, 3556:3,
3577:4
**accurately** [9] -
3496:15, 3498:17,
3501:20, 3538:9,
3538:10, 3538:20,
3538:21, 3540:17,
3543:6
**achieve** [1] - 3548:18
**action** [2] - 3517:19,
3527:17
**Action** [1] - 3461:3
**actions** [3] -
3518:14, 3526:18,
3527:22
**activated** [1] -
3514:23
**active** [2] - 3503:19,
3532:18
**activities** [2] -
3498:13, 3527:10
**acts** [1] - 3573:6

**actual** [1] - 3519:16
**addition** [1] -
3506:12
**additional** [3] -
3509:23, 3517:22,
3524:12
**address** [5] -
3466:14, 3466:17,
3474:5, 3481:3,
3485:20
**adequate** [1] -
3538:13
**adjacent** [2] -
3514:8, 3515:17
**adjust** [1] - 3572:7
**adjustable** [1] -
3493:19
**administrative** [1] -
3490:24
**admissibility** [1] -
3497:2
**admissible** [3] -
3536:24, 3563:3,
3564:3
**admit** [8] - 3488:5,
3489:18, 3496:22,
3499:10, 3500:10,
3501:24, 3506:1,
3508:1
**admitted** [10] -
3490:4, 3497:13,
3497:16, 3499:21,
3502:7, 3503:6,
3506:4, 3508:4,
3513:1, 3542:23
**admitting** [2] -
3499:19, 3502:18
**advance** [2] -
3467:24, 3480:25
**adverse** [1] -
3470:11
**affect** [1] - 3476:15
**affected** [1] -
3476:24
**afternoon** [1] -
3514:2
**agencies** [2] -
3493:2, 3510:22
**agent** [2] - 3493:6,
3510:25
**agitator** [1] - 3528:23
**agitators** [1] -
3528:18
**ago** [3] - 3492:6,
3534:20, 3555:12
**agree** [3] - 3469:6,
3469:7, 3576:2
**agreement** [1] -
3540:25
**agrees** [1] - 3539:9

**ahead** [5] - 3466:18,
3466:24, 3468:12,
3473:11, 3536:20
**air** [1] - 3499:6
**airport** [2] - 3504:5,
3504:14
**al** [1] - 3541:23
**alarm** [1] - 3515:3
**alarmed** [1] -
3553:18
**allegiance** [1] -
3492:1
**allow** [5] - 3466:22,
3467:1, 3467:5,
3480:20, 3540:6
**allowed** [2] -
3503:23, 3504:15
**alluded** [2] -
3508:24, 3509:8
**almost** [1] - 3529:20
**ambassadors** [1] -
3485:6
**amend** [1] - 3499:19
**America** [2] - 3465:2,
3541:23
**AMERICA** [1] -
3461:3
**Americans** [1] -
3485:8
**amount** [1] - 3549:14
**amounts** [1] - 3534:3
**angle** [5] - 3523:15,
3544:22, 3546:20,
3555:1, 3559:24
**angry** [2] - 3512:13,
3521:20
**animosity** [1] -
3521:20
**annotation** [1] -
3533:12
**answer** [4] - 3473:1,
3565:20, 3565:24,
3569:9
**anticipate** [3] -
3475:22, 3476:1,
3477:17
**anticipated** [1] -
3573:16
**anyplace** [1] -
3509:15
**anyway** [2] - 3467:3,
3469:3
**apart** [6] - 3485:1,
3500:18, 3505:1,
3523:10, 3550:12,
3555:2
**apologies** [2] -
3482:7, 3487:16
**apologize** [3] -
3502:16, 3540:24,

**3544:13**
**apparent** [1] -
3506:11
**appear** [1] - 3503:11
**APPEARANCES** [1] -
3462:1
**aPPEARANCES** [1] -
3461:15
**applies** [1] - 3564:13
**apply** [1] - 3499:20
**appreciate** [3] -
3467:2, 3470:17,
3480:7
**approach** [5] -
3469:15, 3491:12,
3495:20, 3497:23,
3501:9
**approached** [1] -
3522:10
**appropriate** [2] -
3537:9, 3564:7
**Architect** [1] -
3484:22
**architecture** [1] -
3566:13
**archways** [1] -
3557:9
**area** [21] - 3487:2,
3487:4, 3506:14,
3506:20, 3507:5,
3507:7, 3510:4,
3510:8, 3514:8,
3515:16, 3515:23,
3520:12, 3521:12,
3521:13, 3525:16,
3526:6, 3551:5,
3557:14, 3567:1,
3570:8
**Area** [1] - 3508:14
**argue** [1] - 3502:10
**armed** [2] - 3548:4,
3548:6
**arrival** [4] - 3493:10,
3511:2, 3511:24,
3514:4
**arrive** [2] - 3469:17,
3512:4
**arriving** [1] - 3468:10
**arrow** [1] - 3517:2
**articulate** [1] -
3565:19
**Ashli** [2] - 3475:23,
3476:10
**aside** [3] - 3506:25,
3544:8, 3544:14
**assaulted** [1] -
3526:20
**assaulting** [2] -
3526:19, 3527:23
**assembled** [1] -

3580

3497:9
**assets** [1] - 3517:22
**assigned** [6] -
3482:14, 3493:7,
3511:1, 3527:7,
3561:7, 3561:10
**assignment** [2] -
3561:2, 3561:6
**assist** [1] - 3517:22
**assistant** [2] -
3483:2, 3483:3
**assisted** [1] - 3544:4
**assume** [1] - 3477:6
**assured** [1] -
3511:18
**attempt** [1] - 3572:10
**attempted** [1] -
3518:17
**attempting** [1] -
3562:18
**attend** [1] - 3480:21
**attention** [3] -
3527:9, 3528:24,
3541:6
**attention-getter** [1] -
3527:9
**attorney** [1] - 3469:2
**ATTORNEY'S** [1] -
3461:18
**audio** [6] - 3494:24,
3498:16, 3536:5,
3536:12, 3540:17,
3553:6
**authenticate** [1] -
3502:3
**authenticated** [2] -
3539:7, 3540:16
**authenticating** [2] -
3539:4, 3539:6
**authenticity** [2] -
3538:14, 3539:3
**authority** [1] -
3469:15
**Avenue** [6] -
3462:18, 3463:3,
3487:5, 3487:7,
3515:24, 3577:14
**avoid** [1] - 3471:6
**aware** [4] - 3476:6,
3509:25, 3533:11,
3548:5

# B

**B.A** [1] - 3461:16
**Babbitt** [3] -
3475:24, 3476:10,
3476:18
**backed** [1] - 3565:14

**background** [1] -
3563:15
**backs** [1] - 3566:3
**bad** [2] - 3478:19,
3531:4
**bags** [3] - 3504:7,
3504:8, 3504:9
**ballot** [2] - 3504:25,
3509:21
**bar** [2] - 3523:11,
3532:9
**barricade** [1] -
3512:4
**barricades** [3] -
3516:6, 3526:18,
3527:22
**barrier** [1] - 3507:1
**barriers** [5] - 3512:5,
3512:16, 3514:22,
3514:25, 3519:10
**base** [7] - 3526:5,
3529:5, 3529:24,
3550:23, 3556:17,
3565:13, 3565:25
**based** [12] - 3475:21,
3477:14, 3496:18,
3499:7, 3501:18,
3539:10, 3540:19,
3543:7, 3546:6,
3573:1, 3574:18
**bases** [1] - 3539:4
**basic** [1] - 3504:5
**basis** [8] - 3485:7,
3493:8, 3493:16,
3502:2, 3502:9,
3511:4, 3538:11,
3565:20
**batch** [1] - 3540:16
**battle** [1] - 3549:13
**bear** [4] - 3491:25,
3533:3, 3533:11,
3535:1
**beaten** [1] - 3531:4
**beating** [1] - 3516:6
**becoming** [1] -
3544:14
**BEFORE** [1] -
3461:12
**begin** [2] - 3571:15,
3571:19
**beginning** [9] -
3480:2, 3507:23,
3520:19, 3520:23,
3543:4, 3545:16,
3550:17, 3551:25,
3558:12
**begins** [1] - 3503:2
**behalf** [3] - 3465:20,
3499:16, 3509:3
**behavior** [1] -

3521:18
**behind** [3] - 3503:12,
3512:7, 3532:19
**below** [2] - 3486:14,
3503:16
**bench** [4] - 3466:7,
3469:16, 3469:20,
3541:17
**bend** [1] - 3569:13
**beneath** [1] -
3521:12
**benefit** [3] - 3475:10,
3475:17
**best** [2] - 3473:1,
3577:7
**better** [2] - 3478:16,
3575:24
**between** [11] -
3467:4, 3467:19,
3473:24, 3474:3,
3477:1, 3486:2,
3490:8, 3514:2,
3519:11, 3572:6,
3574:15
**beyond** [3] - 3475:3,
3475:5, 3477:25
**bicycles** [1] -
3506:19
**big** [2] - 3474:14,
3481:5
**bigger** [1] - 3484:15
**BIGGS** [2] - 3461:6,
3462:3
**Biggs** [10] - 3465:3,
3465:14, 3470:8,
3470:12, 3470:14,
3470:19, 3481:9,
3481:10, 3499:16,
3545:11
**bike** [15] - 3505:8,
3505:14, 3506:12,
3506:15, 3506:17,
3506:18, 3506:21,
3506:25, 3507:16,
3507:24, 3508:19,
3508:21, 3508:22,
3529:20
**bills** [1] - 3484:2
**bird's** [1] - 3515:18
**bird's-eye** [1] -
3515:18
**bit** [5] - 3466:16,
3484:18, 3509:8,
3546:7, 3550:25
**black** [14] - 3519:13,
3520:5, 3521:13,
3521:16, 3521:22,
3522:10, 3522:24,
3523:5, 3524:21,
3529:23, 3532:2,

3532:4, 3550:4
**blinds** [1] - 3535:6
**block** [1] - 3514:25
**blue** [1] - 3531:13
**blueprints** [1] -
3489:11
**body** [2] - 3500:25,
3546:21
**body-worn** [1] -
3500:25
**bolted** [1] - 3506:18
**bottles** [2] - 3533:2,
3534:6
**bottom** [2] - 3487:2,
3527:3
**box** [3] - 3469:17,
3470:4, 3479:23
**Boys** [1] - 3477:3
**branch** [1] - 3483:24
**breach** [19] -
3515:18, 3515:25,
3516:15, 3516:17,
3516:22, 3517:6,
3517:13, 3518:13,
3524:15, 3525:3,
3525:14, 3529:18,
3529:22, 3529:23,
3550:4, 3553:25,
3554:6
**Breach** [5] - 3517:1,
3524:19, 3524:21,
3550:7, 3562:9
**breachable** [1] -
3566:18
**breached** [6] -
3519:7, 3524:11,
3526:20, 3546:3,
3565:8, 3566:19
**breaches** [6] -
3494:20, 3494:23,
3516:17, 3529:16,
3550:12, 3550:13
**breaching** [4] -
3516:6, 3526:18,
3527:22, 3556:3
**break** [11] - 3492:22,
3535:11, 3535:14,
3535:19, 3535:22,
3541:8, 3542:16,
3557:24, 3558:5,
3570:19
**breaking** [1] - 3523:8
**breathe** [2] - 3535:6,
3543:18
**brief** [4] - 3490:6,
3496:24, 3497:1,
3573:7
**briefed** [1] - 3539:2
**briefly** [6] - 3470:23,
3510:25, 3511:22,

3536:17, 3548:25,
3573:19
**bring** [6] - 3479:2,
3480:6, 3528:2,
3541:6, 3541:24,
3542:1
**bringing** [1] - 3472:5
**broadly** [2] -
3563:23, 3569:15
**Broadway** [1] -
3461:22
**broke** [1] - 3540:24
**broken** [1] - 3523:10
**brought** [1] -
3519:14
**building** [27] -
3484:24, 3486:23,
3488:1, 3488:15,
3488:17, 3494:14,
3494:16, 3503:16,
3504:12, 3504:17,
3505:1, 3512:1,
3518:12, 3524:12,
3531:3, 3544:3,
3551:13, 3553:11,
3556:17, 3557:25,
3559:2, 3559:5,
3559:7, 3559:13,
3565:10, 3566:23,
3570:12
**Building** [12] -
3476:13, 3482:15,
3485:3, 3486:12,
3487:24, 3489:11,
3503:23, 3504:3,
3517:21, 3519:11,
3557:17, 3565:6
**buildings** [10] -
3483:15, 3483:16,
3483:17, 3485:10,
3486:1, 3486:2,
3486:3, 3504:22,
3561:8
**built** [2] - 3503:1,
3559:9
**bump** [1] - 3525:20
**bureau** [1] - 3483:14
**burn** [1] - 3536:20
**buy** [1] - 3570:4
**BY** [87] - 3463:1,
3481:23, 3482:8,
3487:19, 3488:13,
3489:7, 3490:10,
3491:15, 3492:24,
3495:23, 3497:19,
3498:1, 3500:17,
3501:11, 3502:21,
3503:7, 3505:19,
3506:8, 3508:13,
3509:7, 3509:13,

3581

3513:7, 3513:21, 3514:15, 3514:19, 3515:9, 3516:13, 3517:4, 3517:11, 3518:2, 3519:1, 3520:3, 3520:22, 3522:5, 3522:18, 3523:4, 3523:20, 3524:7, 3525:1, 3526:3, 3527:2, 3527:15, 3528:7, 3530:5, 3530:14, 3531:10, 3531:22, 3533:16, 3534:1, 3534:11, 3542:14, 3543:1, 3543:23, 3544:19, 3546:18, 3547:15, 3549:9, 3549:20, 3550:2, 3550:11, 3550:21, 3552:1, 3553:1, 3554:16, 3555:11, 3556:1, 3556:9, 3556:22, 3557:7, 3558:4, 3558:13, 3558:19, 3559:23, 3560:6, 3560:13, 3560:23, 3561:17, 3562:7, 3565:2, 3565:23, 3567:5, 3567:24, 3568:7, 3568:13, 3568:19, 3569:8, 3569:19

## C

**calm** [1] - 3567:13
**cam** [1] - 3546:21
**camera** [3] - 3496:18, 3500:25, 3568:2
**cameras** [5] - 3495:4, 3495:10, 3495:14, 3496:10, 3500:19
**cannot** [3] - 3469:6, 3507:5, 3528:21
**cap** [1] - 3531:16
**Capitol** [77] - 3474:21, 3475:13, 3476:7, 3476:13, 3476:23, 3482:3, 3482:12, 3482:15, 3482:17, 3483:8, 3483:17, 3483:23, 3483:24, 3484:6, 3484:22, 3485:2, 3485:13, 3485:15, 3485:17, 3485:19, 3485:24, 3486:8,

3486:12, 3486:21, 3487:4, 3487:24, 3488:24, 3489:11, 3490:11, 3490:12, 3490:13, 3491:17, 3492:25, 3493:7, 3493:12, 3494:3, 3494:6, 3495:3, 3496:10, 3497:20, 3498:8, 3498:17, 3500:22, 3501:20, 3502:25, 3503:2, 3503:23, 3504:3, 3504:15, 3505:2, 3505:3, 3510:14, 3511:1, 3511:8, 3512:23, 3513:23, 3513:24, 3514:23, 3517:21, 3518:3, 3519:2, 3519:11, 3520:24, 3527:16, 3530:15, 3530:19, 3546:2, 3551:11, 3554:25, 3556:23, 3557:17, 3558:8, 3559:9, 3560:7, 3561:2, 3565:4, 3565:6
**captains** [3] - 3482:21, 3511:16
**captured** [1] - 3500:20
**captures** [1] - 3546:5
**care** [3] - 3481:8, 3529:10, 3540:13
**career** [4] - 3494:1, 3494:5, 3494:8, 3529:20
**career-ending** [1] - 3529:20
**CARMEN** [1] - 3462:8
**Carmen** [2] - 3540:2, 3563:7
**carry** [3] - 3547:3, 3547:16, 3547:18
**carrying** [1] - 3492:25
**case** [15] - 3470:15, 3480:1, 3481:13, 3502:2, 3502:8, 3537:11, 3540:22, 3562:21, 3564:17, 3571:6, 3573:16, 3575:5, 3575:11
**case-by-case** [2] - 3502:2, 3502:8
**cases** [2] - 3534:2, 3563:2
**categories** [1] -

3495:2
**cautionary** [1] - 3470:10
**CCTV** [2] - 3495:25, 3523:23
**cease** [1] - 3527:10
**center** [6] - 3485:20, 3520:11, 3525:3, 3550:8, 3556:24, 3557:23
**certainly** [7] - 3472:15, 3472:16, 3474:8, 3476:11, 3476:17, 3477:19, 3499:24
**CERTIFICATE** [1] - 3577:1
**certification** [4] - 3504:25, 3510:10, 3511:9, 3513:8
**certify** [1] - 3577:4
**chain** [1] - 3482:17
**challenge** [1] - 3538:14
**chamber** [17] - 3476:8, 3476:9, 3514:6, 3514:9, 3561:7, 3561:8, 3561:10, 3561:12, 3562:1, 3566:10, 3566:12, 3566:17, 3569:24, 3570:2, 3570:13, 3570:16, 3570:17
**chambers** [2] - 3472:6, 3561:13
**chance** [2] - 3489:8, 3496:3
**change** [2] - 3574:11, 3574:12
**changed** [2] - 3574:9, 3574:15
**channels** [1] - 3512:23
**characterize** [1] - 3512:12
**charge** [1] - 3475:6
**chat** [1] - 3465:22
**check** [1] - 3570:17
**checking** [1] - 3512:21
**checkpoint** [1] - 3514:24
**chemical** [1] - 3528:10
**chief** [3] - 3483:2, 3483:3, 3575:11
**Chief** [2] - 3570:7, 3570:15
**chiefs** [3] - 3483:2,

3483:3
**circle** [1] - 3486:25
**Circle** [7] - 3487:6, 3487:7, 3516:15, 3518:16, 3529:18, 3550:4, 3569:17
**circled** [2] - 3531:13, 3531:15
**circling** [1] - 3531:23
**circumstances** [2] - 3534:16, 3547:22
**city** [5] - 3485:20, 3485:22, 3493:23, 3493:24, 3493:25
**civil** [3] - 3475:6, 3545:5, 3562:17
**civilian** [2] - 3490:17, 3490:19
**civilians** [1] - 3490:24
**Class** [1] - 3567:8
**clear** [9] - 3467:23, 3477:5, 3490:4, 3499:25, 3533:12, 3538:16, 3539:13, 3545:14, 3554:18
**client** [3] - 3563:9, 3564:13, 3575:1
**client's** [2] - 3573:3, 3574:25
**clients** [4] - 3545:7, 3545:9, 3545:10, 3546:14
**clip** [9] - 3496:9, 3498:16, 3523:22, 3524:2, 3524:8, 3544:2, 3544:6, 3560:14, 3561:19
**clips** [8] - 3496:12, 3496:15, 3498:8, 3498:11, 3498:20, 3498:25, 3499:7, 3543:4
**Clock** [7] - 3514:8, 3515:15, 3515:17, 3562:20, 3564:2, 3567:1, 3570:8
**close** [1] - 3470:16
**closed** [1] - 3561:9
**Closed** [1] - 3508:14
**closing** [1] - 3559:16
**cold** [1] - 3478:10
**collectively** [2] - 3479:3, 3496:12
**Columbia** [3] - 3463:2, 3485:22, 3577:13
**COLUMBIA** [2] - 3461:1, 3461:18
**combat** [2] - 3547:1,

3549:15
**coming** [7] - 3496:2, 3498:5, 3504:11, 3515:1, 3526:22, 3556:2, 3563:18
**command** [3] - 3482:17, 3483:6, 3492:9
**commander** [2] - 3482:14, 3482:16
**comment** [1] - 3561:24
**comments** [3] - 3512:13, 3512:14, 3526:21
**common** [1] - 3518:3
**complete** [3] - 3481:7, 3488:17, 3577:6
**completed** [1] - 3503:3
**completely** [1] - 3504:23
**complex** [1] - 3513:16
**complies** [8] - 3487:9, 3516:4, 3516:23, 3521:11, 3525:8, 3551:9, 3553:13, 3557:22
**comply** [1] - 3466:12
**comprised** [1] - 3483:25
**computer** [1] - 3488:1
**concede** [1] - 3545:4
**concern** [5] - 3469:18, 3476:2, 3515:10, 3555:5
**concerned** [2] - 3521:5, 3547:23
**concerns** [2] - 3472:9, 3557:20
**concluded** [1] - 3576:5
**conclusion** [2] - 3509:11, 3565:20
**conclusions** [1] - 3477:22
**condition** [6] - 3501:24, 3514:16, 3514:20, 3514:21, 3514:24, 3515:2
**conditional** [2] - 3574:18
**conditionally** [3] - 3499:21, 3500:10, 3513:1
**conditions** [1] - 3533:4

3582

**conduct** [4] - 3466:22, 3467:18, 3537:6, 3537:8

**conducting** [1] - 3466:21

**conflict** [4] - 3470:25, 3471:3, 3471:7, 3471:10

**conflicts** [1] - 3471:12

**confusion** [2] - 3467:24, 3468:19

**Congress** [8] - 3483:15, 3484:9, 3484:11, 3485:1, 3485:7, 3490:14, 3504:4, 3504:16

**Congress's** [1] - 3484:3

**connected** [1] - 3546:1

**Connecticut** [1] - 3462:7

**connection** [6] - 3473:24, 3477:1, 3510:11, 3510:22, 3514:3, 3546:13

**Conor** [3] - 3465:7, 3473:2, 3545:12

**CONOR** [1] - 3461:17

**conquering** [1] - 3540:11

**consequence** [1] - 3565:17

**consider** [1] - 3472:21

**considered** [2] - 3472:5, 3472:19

**consist** [2] - 3485:25, 3528:12

**consists** [1] - 3486:1

**conspiracies** [3] - 3573:2, 3573:21, 3573:24

**conspiracy** [5] - 3545:18, 3563:24, 3564:5, 3573:3, 3574:21

**constant** [1] - 3526:21

**constituted** [1] - 3512:16

**constitutes** [1] - 3577:4

**Constitution** [3] - 3463:3, 3491:24, 3577:14

**construction** [6] - 3503:18, 3503:19,

3507:7, 3507:24, 3532:18, 3532:19

**CONT'D** [1] - 3462:1

**contain** [2] - 3498:11, 3525:14

**contains** [3] - 3495:25, 3498:3, 3501:13

**contemplating** [1] - 3469:23

**context** [2] - 3537:5, 3537:21

**continue** [15] - 3492:23, 3511:19, 3517:5, 3522:12, 3523:1, 3531:6, 3531:17, 3533:13, 3541:17, 3543:10, 3558:16, 3571:5, 3573:9, 3574:1, 3575:14

**continued** [2] - 3517:20, 3529:23

**continuing** [5] - 3545:8, 3567:16, 3573:23, 3574:3, 3574:6

**cooperate** [3] - 3493:1, 3493:12, 3510:21

**cooperator** [1] - 3537:21

**cordoned** [2] - 3505:11

**corner** [1] - 3566:4

**correct** [5] - 3465:18, 3469:21, 3479:10, 3498:21, 3574:17

**Corridor** [2] - 3562:20, 3564:2

**counsel** [20] - 3465:9, 3466:3, 3466:5, 3466:8, 3467:18, 3469:18, 3470:1, 3471:20, 3472:5, 3473:8, 3473:14, 3475:17, 3480:3, 3480:4, 3490:8, 3492:23, 3502:17, 3530:10, 3535:23, 3571:12

**counsel's** [1] - 3475:10

**count** [2] - 3508:15, 3518:5

**country** [1] - 3485:9

**couple** [7] - 3469:13, 3486:1, 3486:3, 3495:2, 3516:19, 3528:8, 3530:18

**course** [6] - 3474:12, 3476:14, 3494:5, 3494:13, 3537:10, 3541:4

**COURT** [129] - 3461:1, 3465:16, 3466:1, 3466:3, 3466:17, 3467:12, 3467:23, 3468:3, 3468:18, 3469:20, 3470:18, 3471:2, 3471:7, 3471:9, 3471:12, 3471:14, 3471:17, 3471:20, 3471:22, 3472:1, 3472:11, 3472:15, 3472:19, 3472:21, 3473:6, 3473:15, 3474:1, 3475:1, 3475:18, 3476:5, 3476:21, 3477:4, 3477:15, 3478:2, 3478:7, 3478:18, 3478:23, 3479:16, 3479:21, 3480:2, 3480:15, 3480:18, 3482:5, 3488:6, 3488:12, 3489:22, 3489:25, 3490:4, 3491:14, 3492:14, 3492:21, 3495:22, 3496:25, 3497:3, 3497:11, 3497:15, 3497:24, 3499:14, 3499:18, 3500:3, 3500:10, 3501:10, 3502:5, 3502:19, 3506:3, 3506:7, 3508:3, 3508:7, 3508:12, 3509:2, 3509:6, 3509:9, 3530:7, 3535:7, 3535:10, 3535:18, 3535:22, 3536:1, 3536:19, 3537:8, 3537:24, 3538:15, 3538:23, 3539:9, 3539:17, 3539:23, 3540:1, 3540:8, 3540:19, 3541:2, 3541:10, 3541:13, 3541:24, 3542:3, 3542:6, 3542:11, 3542:21, 3542:23, 3544:11, 3545:25, 3547:12, 3552:12, 3552:15, 3552:18, 3563:5, 3563:19, 3564:9, 3564:15, 3564:22, 3564:25, 3565:19, 3565:22,

3569:5, 3569:7, 3570:18, 3570:22, 3571:11, 3572:2, 3572:6, 3572:19, 3572:22, 3573:10, 3573:14, 3574:4, 3574:15, 3575:3, 3575:12, 3575:17, 3576:2

**Court** [20] - 3463:1, 3463:2, 3470:10, 3476:6, 3478:11, 3479:14, 3500:8, 3508:11, 3540:4, 3562:16, 3563:14, 3563:16, 3571:23, 3572:18, 3572:25, 3573:7, 3573:22, 3574:2, 3577:12, 3577:13

**court** [70] - 3472:4, 3482:10, 3496:2, 3498:5, 3513:6, 3513:20, 3514:14, 3515:8, 3516:11, 3517:10, 3518:1, 3519:25, 3520:15, 3520:21, 3522:4, 3522:14, 3522:17, 3523:3, 3524:5, 3524:25, 3525:23, 3526:2, 3527:1, 3527:14, 3528:1, 3528:6, 3530:3, 3531:8, 3531:19, 3533:15, 3533:24, 3534:10, 3535:10, 3535:14, 3541:12, 3543:22, 3544:18, 3546:17, 3549:8, 3549:19, 3549:25, 3550:20, 3551:20, 3551:24, 3552:6, 3552:21, 3552:24, 3554:14, 3555:10, 3555:20, 3555:24, 3556:8, 3556:21, 3557:4, 3558:3, 3558:11, 3558:18, 3559:20, 3560:5, 3560:12, 3560:22, 3561:16, 3562:6, 3564:24, 3567:4, 3567:19, 3567:23, 3568:6, 3568:12, 3568:18

**Court's** [8] - 3473:11, 3474:21, 3479:13, 3486:19, 3488:11, 3524:18, 3540:15, 3563:18

**courtesy** [2] - 3466:7, 3479:25

**courthouse** [1] - 3472:16

**courtroom** [8] - 3474:24, 3478:21, 3480:13, 3535:16, 3536:15, 3542:9, 3549:16, 3571:9

**COURTROOM** [8] - 3465:1, 3480:12, 3481:17, 3481:20, 3502:16, 3502:20, 3541:21, 3542:8

**cover** [1] - 3528:21

**covering** [3] - 3471:1, 3550:25, 3551:5

**COVID** [8] - 3465:24, 3478:12, 3479:11, 3504:23, 3511:3, 3511:16, 3511:17, 3561:8

**crazy** [1] - 3540:7

**crime** [1] - 3500:23

**Criminal** [3] - 3461:3, 3465:2, 3541:22

**cross** [13] - 3466:21, 3466:22, 3467:6, 3467:11, 3467:18, 3468:16, 3468:18, 3477:5, 3507:5, 3537:13, 3539:6, 3546:12, 3564:16

**Cross** [1] - 3464:3

**cross-authenticating** [1] - 3539:6

**cross-examination** [5] - 3466:21, 3466:22, 3467:11, 3537:13, 3546:12

**cross-examining** [1] - 3467:6

**crowd** [50] - 3501:7, 3509:24, 3517:21, 3518:10, 3518:13, 3519:7, 3519:11, 3519:13, 3520:5, 3520:8, 3521:6, 3521:13, 3522:9, 3522:23, 3523:5, 3523:8, 3524:10, 3524:14, 3526:5, 3526:12, 3526:15, 3526:22, 3527:22, 3528:13, 3528:15, 3528:22, 3529:6, 3530:16, 3530:18,

3583

3532:11, 3533:8, 3548:4, 3548:21, 3551:14, 3551:16, 3553:14, 3553:20, 3553:21, 3555:14, 3556:10, 3556:13, 3558:5, 3559:24, 3560:7, 3560:14, 3560:18, 3560:25, 3565:4, 3567:13, 3567:16
**crowd's** [1] - 3521:18
**crowds** [3] - 3512:9, 3512:12, 3515:5
**CRR** [3] - 3463:1, 3577:3, 3577:12
**crunch** [1] - 3572:15

**D**

**D.C** [7] - 3461:6, 3461:20, 3462:4, 3463:4, 3493:23, 3530:22, 3577:14
**daily** [1] - 3493:8
**Dan** [1] - 3470:7
**Dated** [1] - 3577:10
**DAVID** [1] - 3461:22
**DAY** [1] - 3461:11
**days** [2] - 3480:22, 3575:10
**deadly** [5] - 3527:8, 3533:6, 3547:22, 3548:14, 3548:15
**deal** [3] - 3466:6, 3490:23, 3493:5
**decent** [2] - 3535:12, 3570:18
**decide** [2] - 3538:2, 3548:16
**decided** [1] - 3478:15
**deciding** [1] - 3468:12
**decision** [3] - 3547:9, 3547:11, 3548:9
**decisions** [2] - 3547:13
**decon** [4] - 3534:12, 3534:13, 3534:14, 3534:17
**default** [3] - 3467:3, 3467:5, 3540:22
**defend** [1] - 3491:24
**Defendant** [23] - 3465:3, 3465:4, 3465:5, 3465:8,

3465:9, 3465:10, 3465:11, 3465:13, 3465:14, 3465:15, 3470:19, 3481:9, 3540:5, 3540:6, 3562:19, 3563:5, 3564:6
**DEFENDANT** [5] - 3461:2, 3462:2, 3462:8, 3462:11, 3462:17
**Defendants** [14] - 3461:8, 3466:9, 3467:10, 3473:24, 3473:25, 3474:18, 3474:19, 3502:8, 3540:12, 3545:15, 3545:17, 3546:2, 3562:18, 3562:22
**defending** [2] - 3551:11, 3554:24
**Defense** [1] - 3573:3
**defense** [5] - 3466:20, 3476:2, 3499:23, 3545:3, 3575:1
**degree** [2] - 3477:21, 3548:23
**delay** [3] - 3466:24, 3569:10, 3569:11
**delays** [3] - 3468:6, 3468:9, 3468:22
**demeanor** [1] - 3526:15
**demonstrations** [3] - 3510:1, 3510:3, 3510:6
**demonstrative** [9] - 3473:9, 3486:7, 3503:11, 3515:21, 3517:3, 3550:10, 3551:3, 3554:4, 3557:12
**demonstrator** [1] - 3566:3
**demonstrators** [1] - 3566:5
**denied** [1] - 3564:9
**department** [5] - 3483:11, 3483:19, 3490:15, 3491:3, 3518:6
**Department** [5] - 3493:13, 3493:22, 3497:20, 3501:1, 3530:22
**departure** [1] - 3493:10
**depict** [3] - 3496:15, 3501:20, 3543:6

**depicted** [1] - 3474:20
**depiction** [1] - 3486:13
**depictions** [4] - 3536:6, 3536:10, 3538:24, 3539:11
**deploy** [1] - 3528:13
**deployed** [1] - 3545:20
**DEPUTY** [8] - 3465:1, 3480:12, 3481:17, 3481:20, 3502:16, 3502:20, 3541:21, 3542:8
**Deputy** [3] - 3487:18, 3570:7, 3570:15
**deputy** [2] - 3483:1, 3483:2
**derogatory** [1] - 3526:21
**describe** [1] - 3506:15
**described** [2] - 3491:1, 3573:5
**despite** [1] - 3543:13
**destroyed** [2] - 3523:7, 3532:5
**detail** [2] - 3476:18, 3506:16
**detailed** [1] - 3467:11
**determine** [2] - 3466:23
**diagram** [1] - 3489:12
**dictate** [1] - 3547:22
**different** [7] - 3475:12, 3490:19, 3500:9, 3502:24, 3533:18, 3565:17
**dilute** [1] - 3534:5
**dimensions** [1] - 3553:9
**dire** [9] - 3496:24, 3497:1, 3499:12, 3499:17, 3529:16, 3538:6, 3538:7, 3538:12, 3570:9
**direct** [8] - 3466:3, 3472:25, 3473:5, 3486:4, 3535:1, 3553:17, 3555:13, 3574:25
**DIRECT** [1] - 3481:22
**Direct** [1] - 3464:3
**directed** [1] - 3545:7
**direction** [3] - 3486:16, 3522:8,

3565:17
**directly** [2] - 3493:19, 3569:14
**disagree** [1] - 3537:19
**discharge** [1] - 3492:3
**discuss** [2] - 3473:20, 3541:16
**discussed** [1] - 3541:15
**discussion** [2] - 3472:6, 3490:8
**disorder** [3] - 3475:6, 3545:6, 3562:17
**dispatcher** [1] - 3499:6
**display** [1] - 3487:10
**dispute** [5] - 3474:3, 3474:8, 3474:9, 3475:2, 3475:8
**disruptions** [1] - 3513:15
**dissipates** [1] - 3535:4
**DISTRICT** [4] - 3461:1, 3461:1, 3461:12, 3461:18
**District** [4] - 3463:2, 3463:2, 3485:22, 3577:13
**district** [1] - 3577:13
**dividing** [1] - 3540:10
**division** [2] - 3482:14, 3482:16
**document** [5] - 3492:16, 3497:6, 3536:17, 3537:1, 3537:2
**documents** [1] - 3536:21
**dome** [2] - 3488:18, 3488:19
**domestic** [1] - 3491:25
**Dominic** [1] - 3465:5
**DOMINIC** [1] - 3461:7
**done** [3] - 3469:24, 3470:15, 3570:10
**door** [8] - 3556:25, 3557:23, 3560:15, 3560:16, 3560:18, 3565:9, 3569:24
**doors** [7] - 3551:13, 3553:17, 3555:13, 3558:14, 3566:16, 3566:19, 3570:13

**down** [20] - 3487:2, 3487:5, 3487:7, 3504:23, 3515:24, 3516:15, 3517:21, 3524:12, 3524:18, 3529:5, 3529:8, 3529:9, 3530:11, 3535:18, 3535:20, 3537:22, 3543:16, 3553:5, 3566:2, 3567:13
**dozen** [3] - 3486:1, 3486:3, 3530:18
**dozens** [2] - 3532:22
**draw** [1] - 3477:21
**drawn** [1] - 3470:11
**drills** [1] - 3532:20
**drive** [8] - 3495:24, 3496:3, 3496:4, 3496:6, 3496:9, 3498:2, 3499:7, 3501:12
**Drive** [1] - 3462:21
**due** [1] - 3561:8
**during** [5] - 3502:25, 3511:25, 3542:15, 3544:2, 3554:24
**duties** [2] - 3492:4, 3510:22, 3513:10, 3529:12
**dwell** [2] - 3476:18, 3477:6

**E**

**early** [4] - 3502:25, 3503:3, 3505:13, 3510:24
**easel** [1] - 3473:10
**easily** [2] - 3556:16, 3566:18
**East** [1] - 3462:21
**east** [10] - 3486:17, 3505:6, 3505:7, 3512:2, 3512:6, 3512:9, 3522:11, 3565:10, 3565:13
**edge** [1] - 3518:11
**edited** [1] - 3497:7
**Edwards** [1] - 3577:12
**EDWARDS** [2] - 3463:1, 3577:3
**effects** [1] - 3534:5
**efficiency** [4] - 3467:13, 3467:17, 3468:11, 3473:10
**efficiency's** [1] - 3474:5

3584

**efficient** [3] - 3466:25, 3467:7, 3480:8
**either** [7] - 3474:18, 3478:25, 3479:1, 3538:13, 3557:24, 3571:16, 3573:25
**elapsed** [1] - 3526:11
**elected** [3] - 3470:19, 3475:15, 3481:10
**Eleventh** [1] - 3461:19
**elicit** [1] - 3477:10
**emerges** [1] - 3540:23
**employees** [2] - 3484:17, 3490:19
**empty** [1] - 3566:2
**encounter** [1] - 3569:20
**encourage** [3] - 3575:13, 3575:14, 3575:21
**end** [7] - 3467:20, 3488:23, 3533:1, 3533:17, 3544:6, 3566:21, 3566:24
**ended** [1] - 3517:21
**ending** [1] - 3529:20
**enemies** [1] - 3491:25
**enforcement** [7] - 3483:20, 3490:23, 3493:2, 3504:4, 3510:22, 3511:20, 3521:20
**ENRIQUE** [1] - 3461:7
**Enrique** [1] - 3465:4
**ensure** [1] - 3493:8
**enter** [4] - 3492:4, 3504:17, 3506:14, 3559:24
**entered** [13] - 3474:24, 3480:13, 3488:9, 3489:24, 3497:18, 3500:16, 3502:15, 3506:6, 3508:6, 3542:9, 3542:25, 3549:16, 3555:5
**enters** [1] - 3504:3
**entire** [9] - 3490:15, 3491:5, 3493:25, 3505:10, 3505:14, 3519:8, 3521:9, 3526:6, 3531:2
**entities** [1] - 3511:21

**entitled** [2] - 3480:5, 3573:24
**entry** [1] - 3476:9
**episode** [1] - 3476:10
**episodes** [1] - 3494:5
**equipment** [2] - 3533:7, 3554:25
**ERIK** [1] - 3461:16
**Erik** [1] - 3465:7
**escort** [1] - 3514:5
**ESQ** [12] - 3461:16, 3461:16, 3461:17, 3461:17, 3461:21, 3462:2, 3462:5, 3462:8, 3462:11, 3462:14, 3462:17, 3462:20
**establish** [1] - 3549:12
**estimate** [1] - 3575:10
**et** [1] - 3541:23
**Ethan** [2] - 3465:3, 3541:23
**ETHAN** [1] - 3461:6
**evacuate** [2] - 3531:2, 3531:3
**evasion** [1] - 3492:3
**event** [4] - 3493:16, 3494:8, 3530:24, 3546:8
**events** [6] - 3496:13, 3497:6, 3498:13, 3525:12, 3527:20, 3543:6
**eventually** [6] - 3518:11, 3522:23, 3523:10, 3525:16, 3529:5, 3556:17
**evidence** [26] - 3473:9, 3473:21, 3477:18, 3488:9, 3489:24, 3492:16, 3497:18, 3500:16, 3502:15, 3506:6, 3508:6, 3537:2, 3542:20, 3542:25, 3545:6, 3562:17, 3563:3, 3563:14, 3563:23, 3564:5, 3573:9, 3573:15, 3573:16, 3574:20, 3574:21, 3574:25
**Evidence** [1] - 3537:14
**EVIDENCE** [1] - 3464:8
**examination** [6] -

3466:21, 3466:22, 3467:11, 3537:13, 3542:13, 3546:12
**EXAMINATION** [1] - 3481:22
**examining** [1] - 3467:6
**example** [2] - 3538:8, 3539:6
**excellent** [1] - 3576:4
**exchange** [2] - 3562:22, 3562:24
**excused** [1] - 3535:21
**exercise** [2] - 3490:19, 3513:9
**exhibit** [13] - 3475:10, 3486:7, 3492:13, 3492:17, 3503:9, 3513:1, 3514:17, 3538:8, 3551:18, 3552:7, 3554:2, 3569:18
**Exhibit** [100] - 3464:9, 3464:9, 3464:10, 3464:10, 3464:13, 3464:14, 3464:14, 3486:5, 3487:13, 3488:8, 3489:18, 3489:23, 3497:17, 3500:15, 3502:11, 3505:18, 3506:5, 3507:9, 3508:5, 3513:2, 3513:5, 3513:19, 3514:12, 3514:13, 3515:6, 3515:7, 3516:10, 3517:8, 3517:9, 3517:23, 3517:25, 3519:24, 3520:13, 3520:14, 3520:20, 3522:3, 3522:13, 3522:16, 3523:2, 3524:4, 3524:24, 3525:22, 3526:1, 3526:25, 3527:12, 3527:13, 3527:25, 3528:5, 3530:2, 3531:7, 3531:18, 3533:14, 3533:23, 3534:9, 3542:24, 3543:21, 3544:17, 3549:1, 3549:5, 3549:7, 3549:18, 3549:24, 3550:15, 3550:19, 3551:19, 3551:23, 3552:5, 3552:20, 3552:22, 3552:23,

3554:12, 3554:13, 3555:8, 3555:9, 3555:19, 3555:22, 3555:23, 3556:7, 3556:18, 3556:20, 3557:3, 3558:1, 3558:2, 3558:9, 3558:10, 3558:17, 3559:19, 3560:1, 3560:4, 3560:11, 3560:21, 3561:15, 3562:4, 3562:5, 3567:3, 3567:18, 3567:22, 3568:5, 3568:11, 3568:17
**exhibits** [10] - 3475:16, 3495:21, 3497:13, 3500:1, 3500:11, 3501:13, 3501:25, 3508:10, 3543:2, 3543:3
**EXHIBITS** [1] - 3464:8
**Exhibits** [7] - 3464:11, 3489:5, 3496:1, 3496:23, 3498:4, 3499:10, 3501:14
**exited** [2] - 3535:16, 3571:9
**expect** [5] - 3472:21, 3472:25, 3473:4, 3474:7, 3477:9
**expectations** [2] - 3469:10, 3469:11
**expecting** [1] - 3509:24
**expeditiously** [2] - 3467:14, 3572:9
**experience** [6] - 3483:20, 3495:10, 3495:18, 3501:18, 3515:4, 3534:22
**experienced** [1] - 3469:8
**experiences** [1] - 3543:7
**explanation** [3] - 3478:8, 3478:20, 3479:14
**exposed** [2] - 3478:13, 3479:11
**exposure** [2] - 3534:14, 3535:4
**extent** [1] - 3539:14
**extinguishers** [3] - 3532:21, 3532:22, 3532:23
**extra** [1] - 3509:19
**eye** [1] - 3515:18

**eyes** [1] - 3534:6

# F

**facing** [3] - 3522:8, 3522:11, 3531:16
**fact** [9] - 3476:13, 3476:22, 3477:7, 3477:10, 3513:24, 3539:24, 3546:6, 3551:16, 3574:19
**factually** [1] - 3546:1
**fails** [1] - 3536:25
**fair** [15] - 3469:21, 3470:1, 3472:20, 3474:22, 3502:3, 3502:6, 3536:5, 3536:10, 3538:23, 3539:10, 3541:3, 3541:5, 3541:10, 3572:2, 3575:11
**fairly** [9] - 3496:15, 3498:16, 3501:19, 3538:9, 3538:10, 3540:17, 3543:6, 3570:10, 3572:9
**faith** [1] - 3492:1
**faithfully** [1] - 3492:3
**fall** [3] - 3482:16, 3503:2, 3507:23
**familiar** [6] - 3485:16, 3489:14, 3491:6, 3495:8, 3500:19, 3563:25
**far** [5] - 3471:13, 3511:18, 3545:25, 3547:23, 3575:20
**feature** [1] - 3476:12
**Federal** [1] - 3484:5
**feet** [2] - 3506:22, 3508:18
**female** [2] - 3529:18, 3529:19
**fence** [35] - 3506:13, 3507:4, 3507:19, 3507:23, 3508:18, 3519:13, 3519:17, 3520:6, 3521:14, 3521:16, 3521:22, 3522:10, 3522:24, 3523:5, 3523:6, 3523:9, 3523:13, 3524:11, 3524:14, 3524:21, 3525:3, 3526:12, 3526:20, 3529:23, 3532:2, 3532:3, 3532:4, 3532:7, 3532:10, 3532:11, 3549:13,

3585

3549:21, 3550:5
**fencing** [1] - 3506:17
**few** [5] - 3480:18,
3508:18, 3522:1,
3527:18, 3572:12
**field** [1] - 3482:18
**fighting** [5] -
3543:14, 3544:15,
3546:22, 3554:9,
3555:2
**fights** [1] - 3537:22
**figure** [1] - 3531:15
**figures** [1] - 3527:3
**file** [2] - 3498:16,
3498:20
**filed** [1] - 3572:25
**files** [5] - 3495:25,
3496:3, 3496:9,
3498:5, 3499:8
**filings** [1] - 3498:3
**fill** [1] - 3544:5
**filter** [1] - 3567:16
**final** [1] - 3570:1
**fine** [5] - 3467:25,
3537:13, 3539:12,
3564:17, 3572:22
**finished** [1] -
3503:17
**fire** [5] - 3528:21,
3532:20, 3532:22,
3532:23, 3543:17
**firearm** [2] - 3548:10,
3548:16
**firearms** [4] - 3547:3,
3547:6, 3548:5,
3548:6
**fired** [5] - 3476:8,
3476:13, 3476:22,
3477:2, 3477:13
**firing** [1] - 3528:24
**first** [23] - 3465:17,
3467:4, 3467:16,
3468:24, 3474:17,
3479:5, 3479:11,
3495:3, 3502:22,
3511:15, 3516:17,
3516:22, 3522:1,
3527:19, 3530:22,
3550:3, 3551:12,
3559:2, 3559:10,
3561:22, 3565:12
**First** [2] - 3462:6,
3485:21
**first-line** [1] -
3482:18
**firsthand** [3] -
3474:14, 3534:22,
3539:5
**five** [3] - 3493:6,

3541:13, 3541:14
**five-agent** [1] -
3493:6
**fix** [1] - 3481:7
**flagpoles** [2] -
3532:25, 3533:1
**Floor** [3] - 3461:19,
3462:6, 3462:18
**floor** [7] - 3489:12,
3510:18, 3551:12,
3562:25, 3561:24,
3562:2, 3562:3
**Florida** [2] - 3462:13,
3462:15
**fluctuate** [1] -
3490:18
**fluctuates** [1] -
3490:16
**focus** [2] - 3494:22,
3528:23
**folks** [3] - 3466:11,
3467:19, 3571:19
**following** [16] -
3474:25, 3480:14,
3501:13, 3503:3,
3535:17, 3535:24,
3536:2, 3541:11,
3541:20, 3542:10,
3545:1, 3546:16,
3549:17, 3562:13,
3564:23, 3571:10
**footage** [11] -
3475:12, 3475:16,
3495:14, 3495:16,
3496:20, 3500:18,
3500:25, 3519:2,
3522:7, 3522:9,
3525:2
**FOR** [9] - 3461:1,
3461:16, 3461:18,
3461:21, 3462:2,
3462:8, 3462:11,
3462:17, 3464:5
**force** [5] - 3527:8,
3535:5, 3547:23,
3548:14, 3548:15
**forced** [1] - 3560:19
**foregoing** [1] -
3577:4
**foreign** [1] - 3491:25
**form** [4] - 3498:20,
3518:17, 3547:10
**forth** [2] - 3486:3,
3532:20
**forward** [7] -
3466:15, 3467:13,
3472:22, 3484:2,
3500:13, 3518:14,
3572:8
**foundation** [5] -

3536:12, 3538:13,
3538:16, 3538:22,
3547:11
**four** [11] - 3483:18,
3503:1, 3506:22,
3507:2, 3507:13,
3514:22, 3519:14,
3525:20, 3549:2,
3558:8, 3567:13
**four-times** [2] -
3525:20, 3549:2
**Fourth** [1] - 3461:19
**fourth** [1] - 3562:9
**frame** [4] - 3550:18,
3550:22, 3551:4,
3554:19
**frank** [1] - 3467:7
**freely** [1] - 3492:2
**Friday** [3] - 3505:13,
3571:24, 3572:4
**Fridays** [3] -
3480:20, 3480:22,
3480:23
**front** [24] - 3487:4,
3503:2, 3507:3,
3517:7, 3517:14,
3519:8, 3522:19,
3522:20, 3529:13,
3533:19, 3534:16,
3534:25, 3535:2,
3543:11, 3543:14,
3546:23, 3547:5,
3547:19, 3548:3,
3548:6, 3548:18,
3550:9, 3561:11,
3570:8
**frozen** [1] - 3533:2
**full** [8] - 3491:17,
3492:13, 3492:17,
3571:24, 3572:3,
3572:10, 3572:14,
3577:5
**future** [1] - 3538:3

## G

**game** [1] - 3474:22
**gap** [2] - 3544:5
**Garfield** [1] - 3487:7
**gather** [1] - 3470:15
**gathered** [2] -
3494:3, 3512:9
**general** [3] -
3484:21, 3502:22,
3503:22
**generally** [2] -
3483:22, 3529:12
**gentleman** [1] -
3568:23

**gentlemen** [4] -
3480:16, 3535:13,
3542:12, 3570:24
**geographically** [1] -
3485:19
**getter** [1] - 3527:9
**given** [6] - 3468:23,
3476:22, 3478:20,
3495:12, 3514:21,
3570:19
**glad** [2] - 3478:19,
3479:16
**glass** [2] - 3566:18
**God** [2] - 3465:24,
3492:5
**goings** [1] - 3476:24
**goings-on** [1] -
3476:24
**Goodman** [10] -
3561:1, 3561:25,
3565:3, 3565:12,
3565:13, 3565:25,
3566:6, 3566:22,
3566:24
**Goodman's** [2] -
3561:18, 3562:19
**goofy** [1] - 3541:7
**Government** [54] -
3465:6, 3468:6,
3468:9, 3470:15,
3472:23, 3473:21,
3473:23, 3475:4,
3475:24, 3476:1,
3481:14, 3484:5,
3486:5, 3487:13,
3487:21, 3489:18,
3490:6, 3496:1,
3496:23, 3497:7,
3498:4, 3499:10,
3499:22, 3501:13,
3503:6, 3507:9,
3513:17, 3516:8,
3517:23, 3518:20,
3519:5, 3520:4,
3520:13, 3523:15,
3527:11, 3529:25,
3537:14, 3537:24,
3539:9, 3541:8,
3542:19, 3543:20,
3545:5, 3545:13,
3546:4, 3546:15,
3552:11, 3563:10,
3564:17, 3571:25,
3573:5, 3574:20,
3575:4, 3575:9
**government** [2] -
3483:25, 3521:25
**GOVERNMENT** [3] -
3461:16, 3464:5,
3481:19

**government's** [7] -
3464:9, 3464:9,
3464:10, 3464:10,
3464:13, 3464:14,
3464:14
**Government's** [77] -
3464:11, 3468:5,
3481:13, 3488:8,
3489:5, 3489:23,
3497:17, 3500:15,
3502:11, 3506:5,
3508:5, 3513:2,
3513:5, 3513:19,
3514:13, 3515:7,
3516:10, 3517:9,
3517:25, 3519:24,
3520:14, 3520:20,
3522:3, 3522:13,
3522:16, 3523:2,
3524:4, 3524:24,
3525:22, 3526:1,
3526:25, 3527:13,
3527:25, 3528:5,
3530:2, 3531:7,
3531:18, 3533:14,
3533:23, 3534:9,
3542:13, 3542:24,
3543:21, 3544:17,
3549:7, 3549:18,
3549:24, 3550:19,
3551:19, 3551:23,
3552:5, 3552:20,
3552:23, 3554:13,
3555:8, 3555:9,
3555:19, 3555:23,
3556:7, 3556:20,
3557:3, 3558:2,
3558:10, 3558:17,
3559:19, 3560:4,
3560:11, 3560:21,
3561:15, 3562:5,
3562:16, 3567:3,
3567:18, 3567:22,
3568:5, 3568:11,
3568:17
**grand** [1] - 3565:13
**granted** [1] - 3466:7
**grateful** [1] - 3470:9
**great** [5] - 3468:13,
3472:18, 3484:3,
3571:3, 3571:8
**greatly** [2] - 3467:1,
3530:17
**green** [3] - 3487:2,
3487:4, 3507:3
**ground** [4] -
3474:15, 3506:19,
3519:19, 3519:21
**grounds** [9] -
3477:19, 3486:1,

3586

3486:3, 3486:8,
3499:17, 3500:9,
3502:25, 3505:2,
3505:3
**group** [7] - 3465:22,
3474:20, 3545:18,
3545:20, 3563:11,
3565:4, 3565:8
**groups** [2] - 3494:2,
3513:10
**guess** [3] - 3465:17,
3469:23, 3472:23
**guest** [1] - 3504:17
**gun** [2] - 3547:17,
3547:18
**gunfire** [1] - 3566:20

## H

**hacking** [1] -
3478:11
**half** [5] - 3473:5,
3483:18, 3505:10,
3571:24, 3572:15
**hallway** [2] - 3566:2
**Hallway** [1] - 3514:8
**hammers** [1] -
3532:20
**hand** [7] - 3481:18,
3546:22, 3546:25,
3549:15
**hand-to-hand** [2] -
3546:22, 3546:25,
3549:15
**handed** [5] - 3472:2,
3491:16, 3495:24,
3498:2, 3501:12
**handle** [1] - 3574:2
**hands** [1] - 3532:17
**hang** [1] - 3508:19
**hanging** [1] - 3532:8
**happy** [2] - 3573:18,
3574:5
**hard** [1] - 3537:22
**harder** [1] - 3472:7
**Harris** [3] - 3541:24,
3571:2, 3571:18
**HASSAN** [9] -
3462:11, 3462:11,
3473:16, 3475:19,
3476:25, 3488:7,
3489:20, 3508:25,
3509:3
**Hassan** [2] -
3465:11, 3509:3
**hat** [6] - 3544:7,
3544:9, 3544:14,
3544:23, 3567:8,
3567:9

**Haven** [1] - 3462:7
**HAZMAT** [2] -
3534:14, 3534:15
**headed** [1] - 3562:1
**heading** [1] -
3561:23
**heads** [2] - 3485:5,
3575:9
**heads-up** [1] -
3575:9
**hear** [10] - 3469:4,
3471:2, 3487:14,
3493:20, 3499:24,
3556:12, 3561:18,
3573:18, 3574:12,
3575:3
**heard** [13] - 3473:13,
3477:12, 3478:11,
3492:18, 3515:13,
3515:15, 3522:19,
3528:9, 3528:17,
3536:17, 3553:2,
3571:17, 3573:19
**hearing** [3] -
3468:25, 3470:25,
3477:14
**heart** [2] - 3469:12,
3472:9
**held** [2] - 3483:11,
3504:25
**help** [8] - 3486:7,
3492:5, 3494:24,
3517:18, 3529:9,
3530:19, 3534:14,
3549:12
**helped** [1] - 3514:5
**helpful** [4] - 3494:24,
3571:22, 3571:25,
3575:8
**helps** [1] - 3534:5
**hence** [1] - 3537:3
**hereby** [1] - 3577:3
**Hernandez** [2] -
3540:3, 3563:7
**HERNANDEZ** [34] -
3462:8, 3478:6,
3478:10, 3478:22,
3479:10, 3479:18,
3479:24, 3499:25,
3500:6, 3500:14,
3508:8, 3514:17,
3540:2, 3544:10,
3544:25, 3545:3,
3552:9, 3552:14,
3552:16, 3562:11,
3563:7, 3564:11,
3564:20, 3565:21,
3569:4, 3569:6,
3572:5, 3572:17,
3572:21, 3572:23,

3573:13, 3573:20,
3574:14, 3574:17
**Hernández** [10] -
3465:18, 3468:24,
3469:7, 3473:12,
3473:19, 3474:24,
3478:4, 3478:18,
3540:8, 3552:13
**Hialeah** [1] - 3462:15
**high** [1] - 3506:21
**higher** [2] - 3553:10,
3553:11
**Highland** [1] -
3462:9
**highly** [3] - 3475:25,
3536:3, 3539:17
**Hill** [1] - 3483:13
**hit** [3] - 3508:20,
3508:21, 3546:9
**hits** [1] - 3535:1
**hold** [3] - 3470:21,
3481:11, 3507:8
**holders** [1] - 3519:16
**holding** [3] -
3548:24, 3549:22,
3568:25
**Hollow** [1] - 3462:9
**home** [1] - 3561:6
**homemade** [1] -
3532:25
**Honor** [58] - 3465:1,
3465:19, 3466:21,
3467:1, 3467:5,
3467:22, 3468:2,
3468:4, 3468:5,
3468:10, 3470:7,
3470:23, 3470:24,
3471:23, 3473:2,
3474:7, 3475:9,
3476:6, 3477:10,
3478:6, 3481:15,
3491:13, 3492:18,
3495:21, 3496:22,
3497:14, 3497:23,
3499:25, 3501:9,
3501:23, 3508:1,
3508:8, 3516:15,
3530:13, 3535:9,
3538:25, 3539:1,
3539:22, 3540:2,
3540:14, 3541:21,
3542:2, 3542:17,
3544:25, 3545:3,
3545:11, 3552:14,
3562:11, 3562:15,
3562:23, 3563:1,
3563:4, 3563:7,
3564:11, 3570:20,
3571:21, 3572:24,
3575:8

**Honor's** [2] -
3469:10, 3469:15
**HONORABLE** [1] -
3461:12
**hope** [3] - 3465:25,
3469:18, 3538:12
**hopefully** [1] -
3571:5
**hose** [1] - 3543:16
**hot** [1] - 3511:17
**hours** [2] - 3473:5,
3572:12
**House** [14] - 3476:8,
3483:16, 3483:25,
3484:7, 3484:15,
3484:16, 3486:2,
3486:25, 3488:21,
3488:23, 3510:17,
3510:18, 3570:16
**house** [1] - 3483:24
**housekeeping** [1] -
3480:18
**houses** [1] - 3488:19
**Hull** [4] - 3465:9,
3470:6, 3470:7,
3575:6
**HULL** [8] - 3462:2,
3462:3, 3470:7,
3470:22, 3545:11,
3575:8, 3575:16,
3575:22
**hypertechnical** [1] -
3536:16

## I

**iconic** [1] - 3562:24
**idea** [1] - 3575:25
**identification** [1] -
3486:6
**identified** [1] -
3548:2
**identify** [3] -
3528:17, 3552:16,
3573:4
**II** [1] - 3462:17
**illustrate** [1] - 3486:7
**images** [1] - 3500:19
**immediately** [1] -
3517:14
**implements** [1] -
3558:7
**important** [3] -
3476:14, 3485:13,
3530:24
**importantly** [2] -
3475:21, 3571:18
**impression** [1] -
3478:1

**impressions** [2] -
3477:19, 3477:22
**IN** [1] - 3464:8
**inadequate** [1] -
3538:13
**inappropriate** [1] -
3512:13
**inaugural** [7] -
3486:13, 3486:22,
3503:1, 3503:8,
3521:4, 3532:21,
3550:9
**inauguration** [8] -
3487:25, 3503:3,
3505:12, 3507:2,
3507:14, 3519:15,
3519:17, 3521:7
**incidents** [1] -
3475:23
**include** [7] -
3484:13, 3487:25,
3500:1, 3500:22,
3500:25, 3501:3,
3501:6
**included** [1] -
3545:17
**including** [1] -
3474:14
**indicates** [4] -
3466:4, 3495:15,
3498:25, 3503:10
**indicating** [2] -
3496:6, 3561:23
**individual** [6] -
3475:15, 3484:14,
3523:11, 3528:25,
3532:8, 3532:9
**individuals** [6] -
3474:13, 3474:15,
3477:2, 3509:5,
3545:16, 3557:8
**inferences** [1] -
3470:11
**inflammatory** [1] -
3562:21
**information** [1] -
3470:14
**initial** [2] - 3529:17,
3529:22
**initials** [1] - 3496:6
**injuries** [1] - 3529:17
**injury** [1] - 3529:20
**innocent** [1] - 3548:2
**inside** [10] - 3494:13,
3503:23, 3504:15,
3510:4, 3510:7,
3551:14, 3554:10,
3555:2, 3558:22,
3570:12
**Inspector** [50] -

3474:17, 3476:12, 3482:12, 3483:9, 3485:15, 3487:8, 3488:14, 3489:8, 3490:11, 3491:1, 3492:6, 3494:1, 3494:16, 3495:3, 3495:24, 3497:20, 3498:2, 3500:18, 3503:22, 3506:9, 3508:14, 3515:20, 3516:14, 3519:2, 3520:4, 3522:6, 3523:21, 3524:8, 3525:2, 3526:4, 3528:9, 3531:11, 3533:17, 3535:18, 3542:13, 3543:11, 3543:24, 3544:11, 3546:19, 3547:16, 3550:3, 3553:20, 3554:17, 3556:23, 3558:20, 3560:24, 3562:8, 3567:6, 3569:2, 3571:1

**inspector** [45] - 3482:11, 3482:21, 3482:23, 3482:25, 3483:1, 3483:5, 3483:22, 3484:25, 3486:4, 3486:18, 3487:20, 3491:16, 3492:25, 3493:18, 3499:3, 3501:18, 3502:22, 3505:1, 3505:20, 3507:8, 3509:8, 3509:14, 3513:8, 3513:22, 3516:3, 3516:19, 3517:5, 3522:19, 3529:11, 3530:6, 3530:15, 3531:23, 3534:12, 3542:15, 3543:2, 3549:10, 3550:7, 3550:22, 3553:3, 3555:12, 3556:2, 3557:8, 3558:5, 3565:3, 3569:13

**installed** [1] - 3559:2
**instances** [1] - 3480:22
**instead** [1] - 3475:19
**instruction** [5] - 3470:10, 3563:9, 3563:17, 3564:4, 3573:25
**instructions** [1] - 3572:25
**intend** [1] - 3474:17

**intends** [1] - 3475:24
**interacting** [1] - 3560:25
**interaction** [3] - 3562:19, 3568:14, 3568:15
**interior** [3] - 3558:14, 3559:24, 3565:5
**interrupt** [1] - 3530:9
**introduce** [2] - 3473:21, 3563:15
**introduces** [2] - 3563:16, 3574:20
**invited** [1] - 3504:17
**invites** [1] - 3519:16
**involve** [5] - 3529:12, 3545:9, 3559:16, 3563:9, 3573:4
**involved** [3] - 3476:7, 3562:22, 3573:2
**involvement** [1] - 3575:1
**involves** [1] - 3573:3
**irrelevant** [1] - 3562:20
**irritant** [1] - 3534:15
**isolated** [1] - 3508:17
**issue** [12] - 3466:15, 3468:5, 3468:18, 3473:19, 3511:17, 3563:14, 3569:12, 3572:24, 3573:19, 3573:20, 3573:23, 3574:19
**issues** [4] - 3466:6, 3468:15, 3490:23, 3538:3
**itself** [6] - 3486:12, 3503:17, 3505:1, 3505:12, 3506:12, 3555:3
**IV** [1] - 3462:2

## J

**January** [35] - 3461:7, 3486:23, 3494:10, 3494:11, 3496:10, 3498:9, 3500:20, 3501:19, 3502:23, 3504:13, 3505:5, 3505:13, 3505:25, 3507:3, 3507:15, 3507:21, 3507:22, 3507:25,

3509:19, 3510:24, 3521:8, 3527:18, 3527:20, 3536:11, 3538:24, 3539:11, 3540:20, 3543:7, 3550:13, 3560:16, 3562:17, 3563:2, 3577:10
**Jason** [1] - 3465:6
**JASON** [1] - 3461:16
**JAUREGUI** [8] - 3462:14, 3462:14, 3465:19, 3466:2, 3466:14, 3466:19, 3467:21, 3468:2
**Jauregui** [2] - 3465:11, 3465:20
**Jensen** [1] - 3562:19
**job** [1] - 3484:1
**Joe** [1] - 3470:8
**JOHN** [1] - 3462:2
**John** [1] - 3465:9
**join** [1] - 3491:2
**joined** [3] - 3492:6, 3570:8, 3574:19
**joining** [1] - 3483:19
**joins** [1] - 3545:11
**Joseph** [1] - 3465:3
**JOSEPH** [1] - 3461:6
**journalists** [1] - 3501:3
**JUDGE** [1] - 3461:12
**judge** [8] - 3465:21, 3466:14, 3475:19, 3476:25, 3477:16, 3492:12, 3536:13, 3574:13
**Judge** [13] - 3466:19, 3473:16, 3476:4, 3477:3, 3490:7, 3496:24, 3502:16, 3508:25, 3509:4, 3539:16, 3572:18, 3574:11
**juncture** [1] - 3574:2
**jurisdiction** [1] - 3493:24
**jurisdictions** [1] - 3538:7
**jurors** [1] - 3481:4
**jury** [29] - 3468:7, 3469:16, 3470:4, 3473:12, 3479:2, 3479:23, 3480:6, 3480:12, 3480:13, 3482:1, 3488:10, 3488:14, 3490:3, 3492:18, 3493:20, 3534:24, 3535:13, 3535:16, 3541:25,

3542:8, 3542:9, 3543:24, 3545:2, 3551:3, 3553:3, 3562:14, 3569:2, 3570:24, 3571:9
**JURY** [2] - 3461:11, 3480:17

## K

**keep** [7] - 3484:14, 3484:21, 3507:4, 3530:11, 3543:14, 3560:8, 3569:18
**Kelly** [1] - 3502:16
**KELLY** [1] - 3461:12
**Kenerson** [1] - 3465:7
**KENERSON** [1] - 3461:16
**kept** [1] - 3560:9
**killed** [1] - 3476:10, 3477:7
**kind** [23] - 3468:16, 3475:11, 3475:16, 3484:20, 3488:1, 3493:22, 3494:17, 3503:14, 3510:15, 3525:4, 3525:6, 3525:20, 3529:12, 3531:23, 3532:4, 3532:16, 3549:10, 3554:23, 3557:16, 3562:24, 3570:3, 3575:22
**kinds** [2] - 3490:22, 3533:3
**knocked** [1] - 3529:19
**knowledge** [1] - 3496:18
**knows** [7] - 3500:8, 3502:2, 3537:5, 3547:13, 3547:14, 3562:16, 3571:23

## L

**L-O-Y-D** [1] - 3482:11
**labeled** [3] - 3495:25, 3498:3, 3501:12
**lack** [3] - 3533:7, 3538:16, 3546:13
**ladies** [4] - 3480:16, 3535:13, 3542:12, 3570:24
**laid** [3] - 3475:5,

3536:12, 3539:3
**Lake** [1] - 3462:21
**Lakes** [1] - 3462:13
**language** [1] - 3541:4
**lapse** [1] - 3525:21
**large** [9] - 3485:24, 3494:2, 3494:12, 3494:13, 3503:11, 3509:24, 3513:10, 3515:4, 3534:3
**largely** [1] - 3474:10
**larger** [1] - 3538:8
**last** [6] - 3509:1, 3510:21, 3538:5, 3548:20, 3561:22, 3564:11
**late** [11] - 3465:23, 3468:15, 3470:4, 3470:5, 3478:9, 3478:17, 3479:7, 3479:10, 3479:13, 3479:23, 3505:13
**Laughter** [1] - 3471:4
**law** [9] - 3483:19, 3484:3, 3490:23, 3493:1, 3504:4, 3510:22, 3511:20, 3521:20, 3540:22
**LAW** [3] - 3462:11, 3462:14, 3462:20
**lay** [2] - 3528:21, 3537:22
**layout** [4] - 3485:16, 3486:8, 3490:11, 3565:6
**lead** [8] - 3471:20, 3510:25, 3529:9, 3551:6, 3551:12, 3553:7, 3566:3, 3566:16
**leading** [1] - 3565:4
**leads** [2] - 3566:6, 3566:24
**learned** [1] - 3471:16
**least** [1] - 3548:23
**led** [2] - 3474:20, 3566:22
**leeway** [4] - 3475:4, 3475:7, 3546:7, 3546:15
**left** [13] - 3472:2, 3488:18, 3526:8, 3531:15, 3531:24, 3532:19, 3542:15, 3550:8, 3557:17, 3566:1, 3566:6, 3569:25, 3570:21
**left-handed** [1] -

3588

3472:2
  **leg** [2] - 3529:20, 3529:21
  **legislate** [1] - 3484:1
  **legislative** [1] - 3483:24
  **length** [1] - 3575:13
  **lengthy** [2] - 3467:10, 3473:5
  **less** [14] - 3484:19, 3518:7, 3520:5, 3527:5, 3527:6, 3527:7, 3527:17, 3528:13, 3528:20, 3528:21, 3528:24, 3529:2, 3549:21, 3561:9
  **lethal** [9] - 3527:5, 3527:6, 3527:7, 3527:17, 3528:13, 3528:20, 3528:21, 3528:24, 3529:2
  **level** [4] - 3506:22, 3529:17, 3553:7, 3566:1
  **Library** [1] - 3483:15
  **lieutenants** [3] - 3482:20, 3511:16
  **lights** [1] - 3484:21
  **likely** [2] - 3474:3, 3566:19
  **limine** [2] - 3474:22, 3539:3
  **limited** [1] - 3474:19
  **limiting** [4] - 3563:9, 3563:17, 3572:24, 3573:25
  **line** [26] - 3482:18, 3506:10, 3518:17, 3521:22, 3524:11, 3524:14, 3524:21, 3525:4, 3529:13, 3530:18, 3531:5, 3533:19, 3535:2, 3535:3, 3543:15, 3543:17, 3544:1, 3544:5, 3548:20, 3548:24, 3549:13, 3549:21, 3550:5, 3553:23, 3556:15, 3567:14
  **lines** [4] - 3477:11, 3522:20, 3526:20
  **link** [1] - 3562:18
  **Lisa** [1] - 3577:12
  **LISA** [2] - 3463:1, 3577:3
  **list** [2] - 3502:17, 3502:18
  **Livingston** [1] -

3462:21
  **LLC** [1] - 3462:5
  **Lloyd** [1] - 3491:23
  **lobby** [2] - 3566:7, 3566:17
  **local** [1] - 3493:23
  **located** [3] - 3485:19, 3515:22, 3566:8
  **location** [4] - 3485:16, 3495:12, 3566:21, 3570:2
  **lock** [2] - 3524:12, 3570:13
  **lockdown** [3] - 3518:3, 3518:8, 3559:16
  **locked** [1] - 3560:16
  **locking** [1] - 3517:21
  **lodged** [2] - 3537:7, 3564:22
  **look** [7] - 3481:2, 3481:6, 3523:23, 3526:8, 3539:9, 3558:9, 3566:1
  **looked** [4] - 3516:5, 3538:20, 3560:14, 3566:6
  **looking** [8] - 3467:19, 3494:1, 3503:14, 3515:24, 3525:2, 3539:18, 3546:19, 3551:4
  **looks** [4] - 3506:17, 3554:18, 3570:10, 3572:3
  **loud** [1] - 3486:20
  **lower** [9] - 3518:18, 3519:8, 3522:10, 3525:5, 3551:1, 3551:6, 3553:5, 3553:10, 3554:7
  **Loyd** [17] - 3464:6, 3474:17, 3481:16, 3482:11, 3482:12, 3495:24, 3498:2, 3500:18, 3519:2, 3520:4, 3531:11, 3535:18, 3542:13, 3542:15, 3543:24, 3565:3, 3569:2
  **LOYD** [1] - 3481:19
  **Loyd's** [2] - 3476:12, 3571:1
  **lunch** [1] - 3571:19

  ## M

  **machine** [1] - 3504:8

**Madam** [1] - 3487:18
  **magnetometer** [1] - 3504:6
  **main** [2] - 3520:11, 3555:7
  **maintain** [1] - 3548:20
  **maintaining** [1] - 3548:24
  **maintenance** [2] - 3484:20, 3484:23
  **major** [5] - 3494:23, 3516:17, 3516:22, 3524:15, 3553:25
  **man** [1] - 3568:24
  **managed** [1] - 3560:18
  **management** [1] - 3472:6
  **manpower** [1] - 3492:6
  **map** [12] - 3473:9, 3486:11, 3486:16, 3488:16, 3503:11, 3512:7, 3516:21, 3521:6, 3524:19, 3553:3, 3553:9, 3557:12
  **marched** [1] - 3546:5
  **marching** [3] - 3474:20, 3545:17, 3545:20
  **mark** [9] - 3492:21, 3519:6, 3525:25, 3526:24, 3537:12, 3537:17, 3538:1, 3549:2, 3555:18
  **marked** [10] - 3486:5, 3492:12, 3492:15, 3492:17, 3495:25, 3498:4, 3506:10, 3507:9, 3537:3, 3542:18
  **marker** [1] - 3537:22
  **marking** [2] - 3492:20, 3537:25
  **Maryland** [2] - 3462:9, 3487:6
  **mask** [2] - 3479:25, 3480:5
  **masks** [3] - 3480:3, 3480:4
  **match** [1] - 3530:15
  **material** [1] - 3574:11
  **materially** [1] - 3574:9
  **materials** [1] - 3499:23
  **Matter** [2] - 3465:2,

3541:22
  **matter** [6] - 3537:5, 3537:20, 3537:21, 3571:18, 3571:20, 3572:17
  **matters** [3] - 3480:21, 3571:14, 3571:16
  **maximum** [1] - 3572:19
  **McConnell's** [1] - 3515:16
  **McCullough** [7] - 3461:16, 3465:6, 3468:4, 3469:4, 3469:5, 3571:21, 3575:22
  **McGUIRE** [1] - 3462:3
  **mean** [13] - 3468:22, 3468:24, 3471:7, 3477:4, 3479:18, 3514:20, 3528:19, 3553:14, 3553:16, 3573:12, 3573:20, 3575:12, 3575:15
  **means** [2] - 3473:20, 3497:10, 3514:25
  **measures** [1] - 3509:20
  **Media** [1] - 3501:12
  **media** [1] - 3495:25, 3498:3
  **meet** [3] - 3487:1, 3488:21, 3511:15
  **meeting** [1] - 3511:3
  **meetings** [1] - 3511:20
  **member** [3] - 3504:4, 3504:16, 3545:20
  **members** [17] - 3474:20, 3484:7, 3484:9, 3484:10, 3484:16, 3485:1, 3501:6, 3503:22, 3505:9, 3506:11, 3522:23, 3533:8, 3545:17, 3548:4, 3565:4, 3566:9, 3567:16
  **memorized** [1] - 3491:7
  **memory** [2] - 3491:9, 3491:17
  **mental** [1] - 3492:2
  **mention** [1] - 3469:22
  **mentioned** [9] - 3475:3, 3476:10, 3476:17, 3484:25,

3507:8, 3509:18, 3511:23, 3513:22, 3554:9
  **message** [1] - 3515:10
  **met** [5] - 3510:24, 3511:17, 3511:22, 3512:3, 3565:11
  **metal** [5] - 3506:17, 3506:24, 3519:23, 3520:6, 3522:24, 3523:5
  **Metcalf** [1] - 3465:12
  **METCALF** [13] - 3462:17, 3462:17, 3470:23, 3471:5, 3471:8, 3471:11, 3471:13, 3471:15, 3471:18, 3471:21, 3471:23, 3549:4
  **Metropolitan** [9] - 3493:13, 3493:22, 3501:1, 3530:22, 3531:4, 3544:1, 3544:4, 3546:21, 3549:12
  **Miami** [1] - 3462:13
  **microphone** [5] - 3486:19, 3486:20, 3493:18, 3544:12, 3569:13
  **mid** [1] - 3575:9
  **mid-next** [1] - 3575:9
  **middle** [10] - 3486:24, 3488:17, 3488:18, 3503:14, 3519:12, 3524:9, 3525:3, 3528:3, 3554:19, 3557:9
  **might** [7] - 3473:19, 3476:23, 3485:2, 3494:20, 3510:7, 3521:6, 3572:12
  **Mike** [1] - 3511:6
  **military** [1] - 3483:20
  **mind** [5] - 3477:23, 3515:20, 3537:25, 3569:3, 3574:12
  **minded** [1] - 3574:13
  **ministers** [1] - 3485:6
  **Ministry** [1] - 3573:3
  **Mink** [1] - 3462:9
  **minor** [1] - 3511:18
  **minute** [6] - 3465:25, 3467:25, 3468:19, 3519:6, 3556:19, 3559:21
  **minutes** [13] - 3478:9, 3478:17,

3589

3478:24, 3518:25,
3526:11, 3535:14,
3541:14, 3541:18,
3554:17, 3555:22,
3557:6, 3570:21
  **miss** [1] - 3508:20
  **missing** [1] -
3469:11
  **mission** [3] -
3490:13, 3492:25,
3510:15
  **mistaken** [1] -
3510:7
  **moment** [12] -
3469:5, 3489:6,
3490:6, 3500:7,
3505:16, 3530:4,
3531:21, 3533:20,
3534:20, 3535:15,
3541:16, 3555:12
  **Monday** [2] - 3575:3,
3576:4
  **monitor** [5] - 3481:2,
3481:4, 3481:7,
3487:17, 3517:5
  **monitoring** [2] -
3512:22, 3514:10
  **montage** [1] -
3475:11
  **Montana** [1] -
3462:21
  **Monument** [3] -
3487:6, 3515:24,
3517:3
  **Moore** [1] - 3465:7
  **MOORE** [1] -
3461:17
  **morning** [28] -
3465:16, 3465:19,
3465:21, 3470:7,
3471:16, 3473:2,
3478:6, 3478:7,
3478:14, 3479:15,
3480:16, 3480:17,
3481:3, 3481:24,
3481:25, 3505:13,
3510:24, 3511:11,
3511:13, 3511:21,
3511:25, 3512:10,
3512:15, 3512:19,
3535:11, 3571:4,
3572:12, 3572:20
  **most** [6] - 3475:20,
3486:9, 3544:1,
3544:2, 3545:15,
3545:19
  **mostly** [3] - 3483:14,
3490:24, 3566:18
  **motion** [4] - 3539:3,
3564:9, 3572:25,

3574:16
  **motions** [1] -
3474:22
  **mouth** [1] - 3493:20
  **move** [13] - 3466:15,
3467:13, 3468:4,
3488:5, 3489:18,
3496:22, 3499:10,
3501:24, 3506:1,
3508:1, 3533:17,
3572:8, 3572:11
  **moved** [3] - 3483:16,
3515:15, 3533:19
  **moves** [2] - 3540:22,
3564:8
  **moving** [5] -
3490:11, 3497:20,
3513:10, 3560:8,
3560:9
  **MR** [284] - 3465:19,
3466:2, 3466:14,
3466:19, 3467:21,
3468:2, 3468:4,
3469:5, 3470:7,
3470:22, 3470:23,
3471:5, 3471:8,
3471:11, 3471:13,
3471:15, 3471:18,
3471:21, 3471:23,
3472:2, 3472:14,
3472:18, 3472:20,
3473:2, 3473:7,
3473:16, 3473:17,
3474:7, 3475:9,
3475:19, 3476:6,
3476:25, 3477:9,
3477:16, 3480:11,
3481:15, 3481:23,
3482:7, 3482:8,
3487:10, 3487:14,
3487:15, 3487:19,
3488:5, 3488:7,
3488:10, 3488:13,
3489:2, 3489:7,
3489:18, 3489:20,
3489:21, 3490:1,
3490:6, 3490:9,
3490:10, 3491:12,
3491:15, 3492:12,
3492:15, 3492:18,
3492:24, 3495:20,
3495:23, 3496:22,
3496:24, 3497:1,
3497:5, 3497:13,
3497:19, 3497:23,
3498:1, 3499:10,
3499:12, 3499:16,
3500:4, 3500:17,
3501:9, 3501:11,
3501:23, 3502:1,

3502:10, 3502:21,
3503:5, 3503:7,
3505:15, 3505:19,
3506:1, 3506:2,
3506:8, 3508:1,
3508:2, 3508:13,
3508:25, 3509:3,
3509:7, 3509:13,
3512:25, 3513:3,
3513:4, 3513:7,
3513:17, 3513:21,
3514:12, 3514:15,
3514:18, 3514:19,
3515:6, 3515:9,
3516:8, 3516:12,
3516:13, 3516:25,
3517:4, 3517:8,
3517:11, 3517:23,
3518:2, 3518:19,
3518:21, 3518:22,
3518:23, 3518:24,
3519:1, 3520:1,
3520:3, 3520:13,
3520:16, 3520:17,
3520:22, 3521:25,
3522:5, 3522:12,
3522:15, 3522:18,
3523:1, 3523:4,
3523:17, 3523:20,
3524:2, 3524:6,
3524:7, 3524:22,
3525:1, 3525:19,
3525:24, 3526:3,
3526:23, 3527:2,
3527:11, 3527:15,
3527:24, 3528:2,
3528:7, 3529:25,
3530:4, 3530:5,
3530:13, 3530:14,
3531:6, 3531:9,
3531:10, 3531:14,
3531:20, 3531:22,
3533:12, 3533:16,
3533:20, 3534:1,
3534:8, 3534:11,
3535:9, 3536:13,
3536:21, 3537:19,
3538:5, 3538:22,
3538:25, 3539:2,
3539:16, 3539:21,
3539:25, 3540:14,
3540:21, 3541:7,
3542:1, 3542:14,
3542:17, 3542:22,
3543:1, 3543:19,
3543:23, 3544:16,
3544:19, 3545:11,
3545:12, 3546:18,
3547:10, 3547:15,
3549:1, 3549:4,
3549:5, 3549:9,

3549:20, 3550:1,
3550:2, 3550:6,
3550:11, 3550:15,
3550:21, 3551:18,
3551:21, 3551:25,
3552:1, 3552:4,
3552:7, 3552:9,
3552:19, 3552:22,
3553:1, 3554:12,
3554:15, 3554:16,
3555:8, 3555:11,
3555:17, 3555:21,
3556:1, 3556:6,
3556:9, 3556:18,
3556:22, 3557:5,
3557:7, 3558:1,
3558:4, 3558:9,
3558:12, 3558:13,
3558:16, 3558:19,
3559:21, 3559:23,
3560:1, 3560:2,
3560:3, 3560:6,
3560:10, 3560:13,
3560:20, 3560:23,
3561:14, 3561:17,
3562:4, 3562:7,
3562:15, 3562:23,
3562:24, 3563:1,
3563:2, 3563:4,
3564:8, 3565:1,
3565:2, 3565:18,
3565:23, 3567:2,
3567:5, 3567:20,
3567:24, 3568:4,
3568:7, 3568:10,
3568:13, 3568:16,
3568:19, 3569:8,
3569:18, 3569:19,
3570:20, 3571:21,
3575:8, 3575:16,
3575:22
  **MS** [32] - 3478:6,
3478:10, 3478:22,
3479:10, 3479:18,
3479:24, 3499:25,
3500:6, 3500:14,
3508:8, 3514:17,
3540:2, 3544:10,
3544:25, 3545:3,
3552:14, 3552:16,
3562:11, 3563:7,
3564:11, 3564:20,
3565:21, 3569:4,
3569:6, 3572:5,
3572:17, 3572:21,
3572:23, 3573:13,
3573:20, 3574:14,
3574:17
  **MULROE** [207] -
3461:17, 3473:2,
3473:7, 3474:7,

3475:9, 3476:6,
3477:9, 3481:15,
3481:23, 3482:7,
3482:8, 3487:10,
3487:15, 3487:19,
3488:5, 3488:10,
3488:13, 3489:2,
3489:7, 3489:18,
3490:1, 3490:10,
3491:12, 3491:15,
3492:18, 3492:24,
3495:20, 3495:23,
3496:22, 3497:13,
3497:19, 3497:23,
3498:1, 3499:10,
3500:4, 3500:17,
3501:9, 3501:11,
3501:23, 3502:21,
3503:5, 3503:7,
3505:15, 3505:19,
3506:1, 3506:8,
3508:1, 3508:13,
3509:7, 3509:13,
3512:25, 3513:4,
3513:7, 3513:17,
3513:21, 3514:12,
3514:15, 3514:18,
3514:19, 3515:6,
3515:9, 3516:8,
3516:12, 3516:13,
3516:25, 3517:4,
3517:8, 3517:11,
3517:23, 3518:2,
3518:19, 3518:22,
3518:24, 3519:1,
3520:1, 3520:3,
3520:13, 3520:17,
3520:22, 3521:25,
3522:5, 3522:12,
3522:15, 3522:18,
3523:1, 3523:4,
3523:17, 3523:20,
3524:2, 3524:6,
3524:7, 3524:22,
3525:1, 3525:19,
3525:24, 3526:3,
3526:23, 3527:2,
3527:11, 3527:15,
3527:24, 3528:2,
3528:7, 3529:25,
3530:4, 3530:5,
3530:13, 3530:14,
3531:6, 3531:9,
3531:10, 3531:14,
3531:20, 3531:22,
3533:12, 3533:16,
3533:20, 3534:1,
3534:8, 3534:11,
3535:9, 3539:2,
3540:14, 3542:1,
3542:14, 3542:17,

3543:1, 3543:19, 3543:23, 3544:16, 3544:19, 3545:12, 3546:18, 3547:15, 3549:1, 3549:5, 3549:9, 3549:20, 3550:1, 3550:2, 3550:6, 3550:11, 3550:15, 3550:21, 3551:18, 3551:21, 3551:25, 3552:1, 3552:4, 3552:7, 3552:19, 3552:22, 3553:1, 3554:12, 3554:15, 3554:16, 3555:8, 3555:11, 3555:17, 3555:21, 3556:1, 3556:6, 3556:9, 3556:18, 3556:22, 3557:5, 3557:7, 3558:1, 3558:4, 3558:9, 3558:12, 3558:13, 3558:16, 3558:19, 3559:21, 3559:23, 3560:1, 3560:3, 3560:6, 3560:10, 3560:13, 3560:20, 3560:23, 3561:14, 3561:17, 3562:4, 3562:7, 3562:23, 3563:1, 3563:4, 3565:1, 3565:2, 3565:23, 3567:2, 3567:5, 3567:20, 3567:24, 3568:4, 3568:7, 3568:10, 3568:13, 3568:16, 3568:19, 3569:8, 3569:18, 3569:19, 3570:20

**Mulroe** [14] - 3465:7, 3473:3, 3474:2, 3475:3, 3475:5, 3476:5, 3500:3, 3530:7, 3530:12, 3535:7, 3536:3, 3545:12, 3563:21, 3570:18

**multiple** [3] - 3573:2, 3573:21, 3573:24

**munitions** [2] - 3528:10, 3528:14

**mutual** [1] - 3493:16

## N

**Nadia** [1] - 3465:7
**NADIA** [1] - 3461:17
**nails** [2] - 3532:22,

3533:1
  **name** [2] - 3482:6, 3482:9
  **Nayib** [2] - 3465:11, 3509:3
  **NAYIB** [2] - 3462:11, 3462:11
  **near** [3] - 3476:8, 3481:4, 3546:11
  **necessarily** [2] - 3538:2, 3545:9
  **necessary** [2] - 3509:23, 3518:8
  **need** [16] - 3469:3, 3469:9, 3470:16, 3493:17, 3500:7, 3502:17, 3521:22, 3527:10, 3536:9, 3537:17, 3538:2, 3561:9, 3571:14, 3571:19, 3575:20
  **needed** [3] - 3479:12, 3506:20, 3548:1
  **needs** [1] - 3467:4
  **nefarious** [2] - 3504:7, 3504:9
  **negative** [2] - 3465:24, 3478:19
  **neglected** [1] - 3562:8
  **neighborhood** [1] - 3473:4
  **New** [5] - 3461:23, 3462:7, 3462:19
  **new** [3] - 3471:15, 3536:15, 3573:15
  **next** [10] - 3467:18, 3467:19, 3468:5, 3479:1, 3492:22, 3570:6, 3571:24, 3572:4, 3575:9, 3575:24
  **NICHOLAS** [1] - 3461:21
  **Nicholas** [1] - 3465:8
  **Nichols** [1] - 3572:18
  **nobody** [1] - 3467:4
  **none** [3] - 3477:2, 3542:22, 3562:22
  **nonetheless** [1] - 3476:25
  **noon** [3] - 3480:20, 3570:23, 3570:25
  **Nordean** [4] - 3465:3, 3465:13, 3541:23, 3564:8
  **NORDEAN** [1] - 3461:6
  **nORDEAN** [1] -

3461:22
  **normal** [1] - 3526:24
  **Norman** [2] - 3465:9, 3536:13
  **NORMAN** [1] - 3462:5
  **north** [6] - 3486:16, 3486:23, 3488:23, 3517:2, 3550:24, 3565:9
  **northern** [1] - 3525:5
  **Northwest** [6] - 3461:19, 3462:3, 3462:12, 3463:3, 3485:21, 3577:14
  **Nos** [8] - 3464:9, 3464:10, 3464:10, 3464:11, 3489:23, 3497:17, 3500:15, 3502:11
  **note** [6] - 3470:24, 3475:9, 3516:25, 3523:21, 3531:14, 3539:2
  **notes** [2] - 3480:18, 3577:5
  **nothing** [8] - 3504:6, 3504:9, 3532:21, 3562:21, 3566:17, 3573:14, 3574:15, 3576:3
  **notice** [4] - 3470:2, 3479:22, 3480:23, 3575:19
  **noticed** [1] - 3540:10
  **number** [13] - 3469:14, 3474:19, 3476:15, 3478:20, 3479:19, 3480:19, 3487:14, 3504:22, 3518:21, 3536:22, 3546:3, 3547:25, 3571:21
  **numbers** [2] - 3502:18, 3530:16

## O

  **oath** [7] - 3491:2, 3491:5, 3491:10, 3491:17, 3491:20, 3492:7, 3492:10
  **object** [5] - 3492:20, 3502:2, 3508:25, 3537:9, 3568:25
  **objection** [48] - 3468:11, 3473:15, 3473:16, 3473:17, 3477:23, 3488:6,

3488:7, 3489:20, 3489:21, 3489:22, 3490:5, 3497:3, 3497:4, 3497:11, 3497:15, 3499:18, 3499:21, 3499:24, 3502:8, 3506:2, 3506:3, 3508:2, 3508:3, 3509:11, 3536:2, 3537:7, 3538:1, 3538:11, 3539:15, 3540:12, 3541:3, 3542:21, 3546:8, 3547:10, 3552:12, 3552:15, 3563:6, 3564:16, 3564:20, 3564:22, 3565:18, 3565:21, 3565:22, 3569:4, 3569:5, 3574:3, 3574:5, 3574:6

  **objectionable** [1] - 3476:21
  **objections** [11] - 3473:13, 3476:3, 3477:17, 3500:6, 3500:8, 3500:11, 3500:12, 3540:5, 3540:12, 3574:1, 3574:23
  **objective** [1] - 3510:15
  **objects** [1] - 3554:19
  **obligation** [1] - 3492:2
  **observations** [5] - 3474:14, 3539:5, 3539:10, 3540:19, 3543:7
  **observe** [3] - 3467:24, 3467:25, 3512:3
  **observing** [1] - 3540:11
  **obstructions** [1] - 3513:15
  **obviously** [7] - 3473:12, 3481:4, 3484:15, 3518:10, 3564:5, 3573:12, 3573:24
  **occasions** [3] - 3479:7, 3479:13, 3526:21
  **occurred** [5] - 3475:23, 3477:1, 3499:1, 3524:20, 3570:14
  **occurring** [3] - 3515:19, 3552:17

**OF** [6] - 3461:1, 3461:3, 3461:11, 3461:18, 3462:11, 3462:20
  **off-the-record** [1] - 3472:6
  **offer** [5] - 3469:16, 3472:10, 3475:14, 3475:15, 3542:19
  **offered** [1] - 3473:9
  **offering** [1] - 3477:18
  **office** [11] - 3483:15, 3483:16, 3491:17, 3492:4, 3515:16, 3515:17, 3515:18, 3515:21, 3515:23, 3516:1
  **OFFICE** [1] - 3461:18
  **officer** [11] - 3475:20, 3476:7, 3477:11, 3477:21, 3529:18, 3529:19, 3533:4, 3547:9, 3547:12, 3556:2, 3560:24
  **Officer** [11] - 3561:1, 3561:18, 3562:18, 3565:3, 3565:11, 3565:12, 3565:25, 3566:5, 3566:22, 3566:24
  **officer-involved** [1] - 3476:7
  **officers** [32] - 3476:8, 3476:16, 3482:18, 3483:6, 3491:1, 3491:2, 3492:9, 3498:12, 3501:1, 3512:3, 3512:21, 3516:7, 3518:14, 3525:14, 3526:19, 3526:20, 3527:23, 3529:8, 3529:17, 3530:15, 3530:18, 3533:8, 3543:12, 3545:21, 3546:25, 3547:3, 3548:17, 3553:23, 3556:16, 3567:14, 3569:15, 3570:10
  **offices** [1] - 3484:14
  **OFFICES** [2] - 3462:11, 3462:20
  **Official** [1] - 3463:1
  **official** [2] - 3485:20, 3577:12
  **often** [1] - 3527:16
  **Ohio** [3] - 3514:8, 3515:15, 3515:17,

3562:20, 3564:2, 3566:25, 3570:8
**old** [1] - 3559:14
**once** [9] - 3494:17, 3501:9, 3504:17, 3523:5, 3556:13, 3557:24, 3560:7, 3565:8, 3574:20
**one** [45] - 3468:20, 3472:24, 3473:19, 3474:16, 3475:19, 3475:21, 3476:3, 3477:23, 3480:19, 3489:6, 3489:12, 3490:2, 3493:5, 3494:8, 3496:7, 3498:11, 3498:12, 3499:3, 3504:22, 3516:20, 3519:17, 3525:4, 3529:18, 3532:9, 3535:11, 3536:7, 3538:5, 3539:4, 3540:6, 3540:12, 3545:19, 3546:3, 3546:20, 3547:25, 3548:7, 3552:15, 3554:4, 3560:2, 3560:24, 3561:21, 3564:6, 3564:11, 3569:1, 3573:16
**one-word** [1] - 3477:23
**ones** [3] - 3493:4, 3530:23, 3539:6
**open** [73] - 3468:25, 3470:14, 3496:3, 3504:20, 3505:3, 3505:6, 3513:6, 3513:20, 3514:14, 3515:8, 3516:11, 3517:10, 3518:1, 3519:25, 3520:15, 3520:21, 3522:4, 3522:14, 3522:17, 3523:3, 3524:5, 3524:25, 3525:23, 3526:2, 3527:1, 3527:14, 3528:1, 3528:6, 3530:3, 3531:8, 3531:19, 3533:15, 3533:24, 3534:10, 3541:12, 3543:22, 3544:18, 3546:17, 3549:8, 3549:19, 3549:25, 3550:20, 3551:20, 3551:24, 3552:6, 3552:21, 3552:24, 3554:14, 3555:10,

3555:20, 3555:24, 3556:8, 3556:21, 3557:4, 3558:3, 3558:11, 3558:18, 3559:20, 3560:5, 3560:12, 3560:18, 3560:19, 3560:22, 3561:16, 3562:6, 3564:24, 3567:4, 3567:19, 3567:23, 3568:6, 3568:12, 3568:18, 3574:13
**open-minded** [1] - 3574:13
**opened** [3] - 3485:11, 3559:2, 3559:10
**opening** [3] - 3470:11, 3470:19, 3481:10
**operations** [4] - 3495:6, 3497:21, 3510:13, 3511:19
**opinion** [2] - 3556:4, 3565:16
**opportunity** [2] - 3493:1, 3511:25
**opposed** [1] - 3469:14
**option** [1] - 3569:21
**optional** [1] - 3480:3
**Orange** [1] - 3462:6
**order** [15] - 3464:4, 3466:20, 3466:23, 3467:3, 3467:5, 3468:12, 3468:16, 3468:18, 3484:2, 3514:21, 3518:3, 3518:8, 3559:16, 3575:15, 3575:18
**ordered** [2] - 3466:5, 3472:3
**ordering** [2] - 3480:3, 3517:19
**orders** [1] - 3466:12
**ordinarily** [4] - 3478:15, 3529:11, 3561:12, 3561:13
**ordinary** [1] - 3485:8
**orient** [2] - 3486:15, 3522:6
**original** [7] - 3508:18, 3515:25, 3516:15, 3540:14, 3555:5, 3559:7, 3559:12
**originally** [2] - 3505:11, 3563:11
**otherwise** [3] - 3466:5, 3477:23,

3502:4
**out-of-state** [1] - 3571:22
**outer** [2] - 3505:24, 3507:14
**outline** [3] - 3486:12, 3486:21, 3521:7
**outnumbered** [1] - 3530:17
**outside** [5] - 3476:8, 3512:1, 3512:15, 3545:2, 3562:14
**overall** [8] - 3486:2, 3490:15, 3496:12, 3497:5, 3497:8, 3497:9, 3526:14, 3546:8
**overrule** [2] - 3499:18, 3546:8
**overruled** [5] - 3497:12, 3509:6, 3552:18, 3565:22, 3569:7
**oversight** [1] - 3484:4
**overview** [2] - 3474:10, 3477:18
**own** [3] - 3538:1, 3543:7, 3548:10

## P

**P.A** [2] - 3462:11, 3462:14
**P.C** [2] - 3462:3, 3462:17
**p.m** [4] - 3523:24, 3526:10, 3526:12, 3572:17
**page** [2] - 3469:9, 3469:19
**PAGE** [1] - 3464:8
**panel** [2] - 3480:12, 3542:8
**paper** [3] - 3491:16, 3516:19, 3542:18
**pardon** [1] - 3496:25
**Park** [1] - 3462:18
**parked** [1] - 3505:8
**part** [23] - 3476:23, 3477:8, 3480:20, 3485:15, 3495:6, 3497:21, 3527:5, 3532:2, 3540:21, 3544:1, 3545:16, 3546:25, 3550:8, 3555:7, 3556:23, 3559:12, 3559:16, 3562:16, 3566:23,

3567:9, 3572:7, 3573:16, 3575:18
**partially** [3] - 3505:6, 3537:16
**particular** [16] - 3482:13, 3495:16, 3499:1, 3499:3, 3499:22, 3500:12, 3504:24, 3506:20, 3514:24, 3528:25, 3545:25, 3552:10, 3555:1, 3564:21, 3567:15, 3570:2
**parties** [3] - 3469:9, 3474:3, 3479:8, 3541:15, 3572:12, 3575:12, 3575:18, 3575:20, 3575:21
**parts** [7] - 3485:9, 3486:8, 3488:15, 3528:8, 3532:6, 3532:11, 3564:5
**party** [1] - 3468:25
**past** [6] - 3483:18, 3521:16, 3523:5, 3536:23, 3553:23, 3556:16
**PATTIS** [41] - 3462:5, 3462:5, 3472:2, 3472:14, 3472:18, 3472:20, 3477:16, 3480:11, 3487:14, 3489:21, 3490:6, 3490:9, 3492:12, 3492:15, 3496:24, 3497:1, 3497:5, 3499:12, 3499:16, 3502:1, 3502:10, 3506:2, 3508:2, 3513:3, 3518:21, 3518:23, 3536:13, 3536:21, 3537:19, 3538:5, 3538:22, 3538:25, 3539:16, 3539:21, 3539:25, 3540:21, 3541:7, 3542:22, 3547:10, 3560:2, 3565:18
**Pattis** [9] - 3465:9, 3470:16, 3472:11, 3480:7, 3499:16, 3536:2, 3536:13, 3539:14, 3539:20
**Paul** [2] - 3510:25, 3511:22
**pause** [20] - 3489:6, 3516:12, 3520:1, 3522:2, 3523:18, 3524:6, 3525:24, 3528:3, 3530:4,

3530:7, 3531:9, 3531:20, 3535:8, 3535:12, 3550:1, 3550:17, 3551:25, 3554:15, 3557:5, 3558:12
**paused** [3] - 3526:9, 3554:17, 3560:15
**pausing** [1] - 3559:21
**paved** [1] - 3505:7
**Peace** [9] - 3487:6, 3515:24, 3516:15, 3517:2, 3518:16, 3529:18, 3550:4, 3569:17
**peaceful** [1] - 3526:15
**pedestrian** [2] - 3513:15, 3515:5
**Pence** [2] - 3511:6, 3566:9
**Pennsylvania** [2] - 3487:5, 3515:24
**people** [18] - 3478:20, 3479:7, 3479:20, 3484:10, 3484:21, 3485:8, 3494:3, 3506:13, 3506:19, 3507:4, 3508:23, 3509:12, 3513:10, 3530:18, 3546:5, 3548:1, 3548:2, 3563:11
**people's** [1] - 3547:13
**pepper** [3] - 3533:2, 3533:11, 3535:1
**per** [1] - 3477:3
**percent** [2] - 3540:8
**perfectly** [2] - 3480:4, 3480:5
**perhaps** [1] - 3575:23
**perimeter** [6] - 3505:24, 3506:10, 3506:20, 3507:15, 3509:15, 3512:16
**period** [1] - 3507:21
**periodically** [1] - 3506:13
**permanently** [1] - 3493:7
**permission** [10] - 3473:11, 3486:19, 3488:11, 3488:12, 3489:25, 3490:5, 3506:7, 3508:7, 3524:18, 3570:16
**permit** [2] - 3477:17,

3592

3538:7

**permitted** [3] - 3510:1, 3510:3, 3510:6

**person** [4] - 3504:5, 3504:7, 3545:22, 3561:24

**personal** [2] - 3547:9, 3547:11

**personally** [3] - 3510:11, 3547:16, 3548:16

**perspective** [4] - 3468:6, 3522:7, 3530:24, 3540:15

**pertain** [1] - 3564:6

**PEZZOLA** [2] - 3461:7, 3462:17

**Pezzola** [6] - 3465:5, 3465:15, 3563:4, 3563:10, 3563:21, 3563:24

**Pezzola's** [1] - 3471:19

**phone** [1] - 3535:23

**photo** [3] - 3567:25, 3568:20, 3568:24

**photos** [6] - 3476:20, 3500:22, 3501:3, 3501:6, 3501:19, 3543:5

**phrase** [1] - 3528:17

**physical** [1] - 3519:10

**physically** [2] - 3517:15, 3526:19

**pick** [4] - 3535:23, 3542:15, 3570:25, 3571:12

**picture** [4] - 3474:14, 3487:24, 3545:9, 3557:24

**piece** [4] - 3506:17, 3508:20, 3508:21, 3532:4

**pieces** [4] - 3475:16, 3516:19, 3532:8, 3532:9

**pinned** [1] - 3529:21

**place** [29] - 3477:12, 3477:13, 3485:13, 3486:22, 3494:17, 3495:11, 3496:16, 3501:20, 3505:24, 3507:1, 3509:20, 3510:7, 3512:17, 3513:9, 3515:25, 3516:21, 3516:22, 3517:6, 3523:6, 3524:19, 3525:7,

3535:12, 3546:22, 3554:3, 3554:10, 3562:9, 3570:13, 3574:24

**placed** [2] - 3517:1, 3550:8

**places** [2] - 3475:12, 3506:18

**Plaintiff** [1] - 3461:4

**plan** [1] - 3470:18

**planned** [3] - 3510:1, 3510:3, 3510:6

**planning** [2] - 3571:23, 3572:1

**plans** [1] - 3513:23

**plastic** [1] - 3554:19

**platform** [1] - 3503:17

**play** [13] - 3512:25, 3516:8, 3522:1, 3524:2, 3526:24, 3548:9, 3549:2, 3551:18, 3552:4, 3552:8, 3555:22, 3560:20, 3562:4

**played** [1] - 3574:24

**playing** [3] - 3530:10, 3530:11, 3558:20

**plays** [2] - 3567:6, 3567:12

**plaza** [4] - 3505:7, 3512:2, 3512:6, 3512:9

**plenty** [1] - 3508:19

**PLLC** [1] - 3461:22

**plywood** [1] - 3532:22

**podium** [1] - 3478:4

**point** [41] - 3477:24, 3488:14, 3503:8, 3510:21, 3515:21, 3520:5, 3520:8, 3521:5, 3521:13, 3522:21, 3525:10, 3526:14, 3526:19, 3529:1, 3530:16, 3531:12, 3536:1, 3536:4, 3536:8, 3537:25, 3539:12, 3539:18, 3540:15, 3545:5, 3545:14, 3546:9, 3546:11, 3546:13, 3547:10, 3557:12, 3559:13, 3563:12, 3566:20, 3567:15, 3569:3, 3569:11, 3569:16, 3569:21, 3570:1, 3571:23, 3573:22

**pointed** [3] - 3488:15, 3493:19, 3525:9

**pointing** [3] - 3517:2, 3557:16, 3569:14

**points** [1] - 3536:15

**poles** [1] - 3532:25

**Police** [29] - 3476:7, 3482:3, 3482:13, 3482:17, 3483:8, 3485:16, 3490:12, 3490:13, 3491:18, 3493:1, 3493:12, 3493:13, 3493:22, 3496:10, 3497:20, 3498:8, 3498:18, 3500:23, 3501:1, 3512:23, 3519:2, 3527:16, 3530:15, 3530:19, 3530:22, 3531:4, 3554:25, 3558:8, 3561:3

**police** [7] - 3483:4, 3493:23, 3493:24, 3527:23, 3567:13, 3567:14, 3569:1

**pop** [1] - 3540:9

**portion** [2] - 3505:7, 3556:24

**pose** [4] - 3533:5, 3551:14, 3555:3, 3557:20

**posed** [1] - 3566:15

**position** [9] - 3468:7, 3482:4, 3482:13, 3482:22, 3483:5, 3520:8, 3529:11, 3533:18, 3573:1

**positioned** [1] - 3473:1

**positions** [1] - 3483:12

**possibility** [1] - 3479:22

**possible** [4] - 3466:25, 3467:14, 3571:15, 3572:9

**posted** [1] - 3506:13

**poster** [2] - 3486:4, 3487:3

**pounding** [1] - 3469:12

**practice** [2] - 3472:15, 3472:17

**predicted** [1] - 3525:17

**prefer** [1] - 3479:24

**prejudice** [2] - 3468:6, 3468:9

**prejudicial** [1] -

3475:25

**preliminarily** [1] - 3538:7

**preliminary** [4] - 3466:6, 3473:23, 3475:10, 3571:14

**prepared** [4] - 3497:5, 3535:3, 3545:4, 3546:14

**presence** [2] - 3545:2, 3562:14

**present** [19] - 3465:6, 3465:8, 3465:10, 3465:11, 3465:13, 3466:5, 3466:9, 3466:18, 3468:24, 3473:8, 3473:14, 3476:24, 3477:3, 3477:19, 3477:25, 3501:4, 3511:8

**presided** [1] - 3564:1

**president** [10] - 3484:2, 3485:5, 3510:20, 3511:4, 3511:6, 3512:4, 3513:22, 3521:4, 3566:7

**President** [1] - 3566:9

**president's** [3] - 3511:2, 3511:23, 3514:4

**presidential** [2] - 3504:24, 3509:21

**press** [1] - 3536:16

**pretrial** [3] - 3469:8, 3479:6, 3574:9

**pretty** [1] - 3511:4

**preview** [2] - 3475:17, 3480:9

**previewing** [1] - 3480:7

**previous** [1] - 3566:22

**previously** [1] - 3499:17

**primarily** [1] - 3493:4

**primary** [2] - 3493:5, 3510:15

**prime** [1] - 3485:6

**privately** [1] - 3472:8

**problem** [2] - 3471:18, 3544:15

**procedures** [2] - 3466:4, 3504:10

**proceed** [7] - 3469:2, 3469:6, 3480:8, 3530:12, 3564:25, 3573:11, 3573:17

**proceeding** [1] - 3471:18

**proceedings** [17] - 3474:25, 3479:6, 3480:14, 3535:17, 3535:24, 3537:6, 3537:9, 3541:11, 3541:20, 3542:10, 3545:1, 3546:16, 3549:17, 3562:13, 3564:23, 3571:10, 3577:6

**Proceedings** [1] - 3576:5

**process** [5] - 3504:25, 3509:21, 3510:10, 3510:12

**produce** [1] - 3545:8

**produced** [1] - 3577:6

**productions** [1] - 3475:10

**professional** [2] - 3483:20, 3565:16

**proffer** [2] - 3473:23, 3545:15

**profitably** [1] - 3473:19

**progressing** [1] - 3498:13

**progression** [5] - 3474:11, 3496:13, 3497:6, 3497:8, 3497:9

**projectiles** [1] - 3528:22

**prominent** [1] - 3476:11

**prompt** [1] - 3479:9

**promptly** [1] - 3571:13

**proper** [3] - 3512:5, 3543:18, 3574:19

**property** [1] - 3485:24

**proposal** [1] - 3469:6

**propose** [1] - 3468:23

**proposing** [1] - 3467:16

**protect** [3] - 3490:14, 3514:22, 3548:1

**protectee** [1] - 3493:9

**protection** [1] - 3493:9

**protesters** [3] - 3473:25, 3505:9,

3516:6
**protocol** [1] - 3528:20
**Proud** [1] - 3477:3
**proved** [1] - 3545:5
**provide** [2] - 3474:13, 3575:20
**provided** [1] - 3475:21
**proving** [1] - 3475:5
**pubic** [1] - 3485:11
**public** [8] - 3472:7, 3472:12, 3503:23, 3504:20, 3504:23, 3505:3, 3506:11
**publish** [6] - 3488:10, 3488:12, 3489:25, 3490:5, 3506:7, 3508:7
**published** [61] - 3513:6, 3513:20, 3514:14, 3515:8, 3516:11, 3517:10, 3518:1, 3519:25, 3520:15, 3520:21, 3522:4, 3522:14, 3522:17, 3523:3, 3524:5, 3524:25, 3525:23, 3526:2, 3527:1, 3527:14, 3528:1, 3528:6, 3530:3, 3531:8, 3531:19, 3533:15, 3533:24, 3534:10, 3543:22, 3544:18, 3549:8, 3549:19, 3549:25, 3550:20, 3551:20, 3551:24, 3552:6, 3552:21, 3552:24, 3554:14, 3555:10, 3555:20, 3555:24, 3556:8, 3556:21, 3557:4, 3558:3, 3558:11, 3558:18, 3559:20, 3560:5, 3560:12, 3560:22, 3561:16, 3562:6, 3567:4, 3567:19, 3567:23, 3568:6, 3568:12, 3568:18
**pull** [4] - 3487:12, 3505:17, 3550:16, 3567:21
**punctual** [1] - 3571:5
**punctuality** [1] - 3571:4
**purport** [3] - 3536:6, 3536:10, 3540:18
**purpose** [5] - 3492:2,

3504:10, 3558:25, 3563:16, 3563:18
**purposes** [6] - 3532:23, 3536:22, 3540:6, 3540:11, 3571:23, 3572:1
**pursuant** [1] - 3474:21
**put** [17] - 3469:16, 3470:3, 3474:17, 3479:22, 3484:1, 3525:6, 3534:13, 3537:12, 3554:5, 3560:8, 3564:17, 3573:14, 3574:4, 3574:8, 3575:1, 3575:5
**putting** [1] - 3575:11
**puzzled** [1] - 3538:6

## Q

**quadrant** [1] - 3531:24
**questions** [1] - 3467:9
**quick** [1] - 3535:14
**quicker** [1] - 3467:7
**quickly** [1] - 3571:17

## R

**rack** [13] - 3505:14, 3506:12, 3506:15, 3506:17, 3506:18, 3506:21, 3506:25, 3507:24, 3508:19, 3508:21, 3508:22, 3529:21
**racked** [1] - 3505:8
**racks** [1] - 3507:17
**radio** [17] - 3477:12, 3498:3, 3498:8, 3498:18, 3499:4, 3499:5, 3500:2, 3512:23, 3514:10, 3515:13, 3515:15, 3517:5, 3520:17, 3524:11, 3533:21, 3543:4, 3561:18
**radios** [1] - 3497:21
**raise** [7] - 3481:18, 3502:8, 3514:21, 3514:25, 3573:10, 3573:12, 3574:11
**raised** [1] - 3500:7
**raising** [1] - 3476:3
**random** [2] - 3573:4, 3573:6

**ranging** [1] - 3485:4
**rare** [1] - 3518:4
**rate** [1] - 3526:14
**rather** [2] - 3545:8, 3574:21
**ray** [1] - 3504:8
**RDR** [3] - 3463:1, 3577:3, 3577:12
**reach** [2] - 3553:14, 3555:14
**reached** [2] - 3556:10, 3556:13
**reaches** [1] - 3525:24
**reactions** [1] - 3476:15
**read** [3] - 3491:21, 3492:13, 3537:1
**reading** [3] - 3492:16, 3537:2, 3537:16
**ready** [6] - 3468:7, 3468:8, 3468:12, 3520:25, 3528:13, 3531:2
**real** [1] - 3498:12
**really** [3] - 3469:1, 3486:19, 3537:1
**realtime** [1] - 3539:19
**rear** [1] - 3566:7
**reason** [4] - 3479:4, 3509:19, 3537:13, 3564:12
**reasonably** [1] - 3572:10
**reasons** [2] - 3480:20, 3504:22
**rebuke** [2] - 3469:16, 3469:20
**receive** [1] - 3530:19
**RECEIVED** [1] - 3464:8
**received** [3] - 3465:21, 3465:22, 3507:24
**recent** [1] - 3545:19
**recently** [1] - 3485:11
**recess** [2] - 3541:18, 3541:19
**recessed** [1] - 3557:16
**recognize** [6] - 3469:15, 3487:20, 3505:20, 3507:10, 3554:21, 3568:25
**recollection** [9] - 3492:14, 3536:17, 3536:23, 3537:2,

3537:15, 3537:17, 3537:20, 3542:18
**recommendation** [1] - 3472:3
**record** [17] - 3471:24, 3472:6, 3482:6, 3490:8, 3492:13, 3495:14, 3516:25, 3531:14, 3537:11, 3539:12, 3539:13, 3539:21, 3541:22, 3550:7, 3550:10, 3574:4
**recorded** [1] - 3536:23
**recording** [1] - 3495:11
**rectangle** [2] - 3517:1, 3557:16
**red** [1] - 3506:10
**Red** [1] - 3464:3
**red-line** [1] - 3506:10
**refer** [1] - 3528:11
**reference** [1] - 3528:9, 3553:2
**referenced** [1] - 3541:3
**referred** [1] - 3556:24
**referring** [2] - 3473:22, 3521:3
**reflect** [8] - 3471:24, 3492:19, 3496:19, 3536:6, 3536:11, 3538:21, 3540:17, 3540:18
**reflected** [2] - 3538:9, 3538:10
**reflects** [1] - 3537:11
**refresh** [5] - 3491:9, 3491:16, 3492:14, 3536:17, 3536:22
**refreshed** [4] - 3537:1, 3537:15, 3537:20, 3542:18
**regarding** [2] - 3475:22, 3545:7
**regardless** [1] - 3537:8
**regular** [1] - 3485:7
**rehabilitate** [2] - 3535:3, 3535:5
**rehabilitated** [1] - 3544:3
**Rehl** [3] - 3465:4, 3465:14, 3469:2
**REHL** [2] - 3461:7, 3462:9
**Rehl's** [1] - 3573:1
**reinforced** [1] -

3505:14
**reinforcements** [1] - 3569:12
**related** [1] - 3559:1
**relating** [1] - 3475:6
**relatively** [1] - 3570:9
**release** [1] - 3571:2
**relevance** [9] - 3499:21, 3499:23, 3500:12, 3501:24, 3502:7, 3564:21, 3565:21, 3569:6, 3572:24
**relevant** [5] - 3486:9, 3513:9, 3563:23, 3564:3, 3574:25
**reliable** [1] - 3495:11
**remain** [1] - 3481:17
**remember** [2] - 3491:5, 3562:2
**reminder** [2] - 3470:9, 3575:25
**rendering** [2] - 3488:1, 3488:24
**repercussions** [1] - 3469:10
**report** [2] - 3483:2, 3483:3
**REPORTED** [1] - 3463:1
**reporter** [4] - 3472:4, 3482:10, 3535:10, 3535:14
**Reporter** [2] - 3463:1, 3577:12
**REPORTER** [4] - 3492:5, 3499:14, 3502:19, 3509:2
**reporters** [1] - 3501:4
**Representatives** [5] - 3483:25, 3484:7, 3487:1, 3488:21, 3510:17
**representatives** [1] - 3485:1
**represents** [1] - 3546:4
**reproduce** [1] - 3498:17
**request** [9] - 3472:2, 3499:12, 3499:16, 3524:12, 3537:3, 3545:6, 3572:2, 3574:22, 3575:11
**require** [2] - 3537:14, 3540:9
**requires** [1] - 3548:15

3594

**reservation** [1] - 3492:2

**reserve** [4] - 3470:19, 3481:10, 3502:1, 3502:10

**resides** [1] - 3486:24

**resolve** [1] - 3569:12

**resources** [2] - 3524:13, 3548:21

**respect** [5] - 3470:11, 3536:16, 3537:20, 3538:8, 3563:8

**respectfully** [1] - 3537:19

**respective** [1] - 3496:16

**respond** [1] - 3528:15

**responded** [4] - 3477:13, 3501:1, 3517:14, 3538:18

**responding** [2] - 3517:7, 3538:19

**response** [3] - 3517:12, 3518:14, 3537:25

**responses** [1] - 3476:15

**responsibilities** [2] - 3490:20, 3510:11

**responsibility** [2] - 3479:19, 3484:4

**responsible** [2] - 3484:23, 3510:13

**rest** [3] - 3484:4, 3561:10, 3571:1

**restricted** [2] - 3510:4, 3510:8

**restrictions** [1] - 3503:25

**results** [1] - 3478:17

**resume** [2] - 3525:19, 3542:12

**retake** [1] - 3542:3

**retakes** [1] - 3542:5

**retreat** [4] - 3535:2, 3569:20, 3569:25, 3570:12

**retreating** [1] - 3518:16

**retreats** [1] - 3569:15

**return** [6] - 3487:8, 3516:3, 3521:10, 3553:12, 3554:4, 3557:21

**review** [3] - 3496:3, 3498:5, 3499:7

**reviewed** [1] - 3496:7

**Rhode** [1] - 3489:4

**riot** [7] - 3474:11, 3475:11, 3494:12, 3494:13, 3554:24, 3558:8, 3569:1

**rioters** [4] - 3476:9, 3494:13, 3494:16, 3522:20

**risks** [1] - 3555:4

**Road** [1] - 3462:9

**ROGER** [2] - 3462:20, 3462:20

**Rohde** [26] - 3487:12, 3490:2, 3503:5, 3505:17, 3512:25, 3516:8, 3517:23, 3518:19, 3520:1, 3522:1, 3523:17, 3524:23, 3525:19, 3526:23, 3527:11, 3528:2, 3529:25, 3531:20, 3533:13, 3533:21, 3543:19, 3544:16, 3550:16, 3551:22, 3555:17, 3567:21

**role** [1] - 3490:20

**room** [2] - 3508:9, 3539:24

**Room** [1] - 3463:3

**Roots** [2] - 3470:24, 3549:16

**ROOTS** [2] - 3462:20, 3462:20

**Rotunda** [2] - 3486:24, 3488:18

**roughly** [1] - 3515:21

**rounds** [2] - 3512:21, 3512:22

**route** [1] - 3565:7

**routine** [4] - 3461:8, 3497:21, 3510:13, 3511:5

**rule** [1] - 3468:15

**ruled** [6] - 3475:4, 3573:12, 3573:22, 3574:7, 3574:8, 3574:16

**Rules** [1] - 3537:14

**ruling** [5] - 3474:22, 3499:19, 3538:1, 3563:18, 3574:18

**running** [3] - 3465:22, 3484:14, 3557:9

**runs** [2] - 3498:3, 3500:2

**rush** [1] - 3517:20

**rushing** [1] - 3518:13

## S

**SABINO** [1] - 3462:14

**Sabino** [2] - 3465:11, 3465:19

**safely** [4] - 3510:18, 3514:5, 3514:25, 3548:1

**safety** [2] - 3532:23, 3555:3

**sake** [2] - 3473:10, 3474:6

**satisfied** [1] - 3570:9

**satisfy** [1] - 3540:15

**save** [1] - 3548:22

**saw** [22] - 3502:2, 3516:2, 3516:5, 3516:14, 3517:6, 3517:20, 3518:13, 3523:11, 3524:9, 3526:12, 3538:5, 3538:10, 3538:21, 3546:20, 3548:20, 3553:20, 3558:8, 3560:14, 3560:25, 3565:3, 3565:12, 3566:21

**scaffolding** [11] - 3550:23, 3550:24, 3551:5, 3554:7, 3554:9, 3554:10, 3555:3, 3555:6, 3555:7

**scale** [1] - 3526:15

**scene** [10] - 3500:23, 3501:4, 3528:12, 3530:23, 3544:22, 3552:2, 3563:25, 3566:25, 3567:25, 3568:8

**schedule** [1] - 3480:24

**scheduled** [1] - 3512:4

**scheduling** [1] - 3471:13

**school** [1] - 3483:21

**screen** [16] - 3481:5, 3487:20, 3489:2, 3503:6, 3504:5, 3505:15, 3505:21, 3519:10, 3519:12, 3527:4, 3531:15, 3531:24, 3533:18, 3557:10, 3558:21, 3567:7

**screening** [1] - 3504:14

**screwdrivers** [1] - 3532:19

**se** [1] - 3477:3

**seat** [5] - 3516:24, 3521:10, 3551:8, 3554:5, 3557:21

**seated** [5] - 3480:15, 3481:21, 3535:19, 3542:11, 3571:11

**second** [10] - 3467:17, 3471:11, 3481:2, 3522:15, 3524:15, 3529:19, 3529:23, 3530:8, 3550:4, 3566:1

**seconds** [3] - 3518:25, 3522:1, 3523:25, 3524:1, 3524:22, 3526:10, 3554:18, 3555:22, 3556:19, 3557:6, 3559:22, 3560:15, 3567:20

**Secret** [3] - 3493:6, 3493:9, 3511:1

**section** [2] - 3559:10, 3561:7

**secure** [1] - 3506:19

**secured** [2] - 3519:19, 3519:21

**security** [17] - 3490:24, 3495:4, 3496:10, 3500:18, 3503:25, 3504:5, 3504:11, 3504:18, 3506:10, 3509:15, 3509:23, 3512:16, 3519:2, 3557:20, 3558:25, 3559:1, 3559:3

**see** [44] - 3466:17, 3467:17, 3467:18, 3468:19, 3486:11, 3486:12, 3488:18, 3489:8, 3508:9, 3508:10, 3509:5, 3516:1, 3519:10, 3520:8, 3523:15, 3525:20, 3526:4, 3527:3, 3528:9, 3528:17, 3531:11, 3531:24, 3532:8, 3533:17, 3537:4, 3540:25, 3541:5, 3541:8, 3543:17, 3543:25, 3544:6, 3544:20, 3549:21, 3550:25, 3554:18, 3556:23, 3557:8, 3558:21, 3559:24,

**seeing** [8] - 3519:5, 3530:17, 3548:19, 3549:10, 3550:22, 3550:23, 3552:2, 3569:20

**seek** [1] - 3477:10

**seeks** [1] - 3477:21

**seem** [2] - 3476:21, 3540:10

**segments** [36] - 3516:10, 3519:24, 3520:14, 3522:3, 3522:13, 3522:16, 3523:2, 3524:4, 3524:24, 3525:22, 3526:1, 3526:25, 3527:25, 3528:5, 3530:2, 3531:7, 3531:18, 3533:14, 3549:7, 3549:18, 3549:24, 3550:19, 3551:19, 3551:23, 3552:5, 3554:13, 3555:19, 3556:20, 3557:3, 3558:10, 3558:17, 3559:19, 3560:11, 3560:21, 3567:3, 3567:18

**segregate** [4] - 3505:8, 3507:6, 3519:16, 3519:17

**segregated** [1] - 3507:3

**selected** [1] - 3499:12

**Self** [1] - 3573:3

**Self-Defense** [1] - 3573:3

**Senate** [33] - 3483:15, 3484:1, 3484:18, 3484:19, 3486:2, 3486:24, 3488:19, 3488:20, 3488:23, 3510:19, 3514:6, 3514:9, 3556:25, 3561:6, 3561:7, 3561:10, 3561:12, 3561:13, 3561:23, 3561:24, 3562:1, 3562:2, 3565:8, 3565:13, 3566:7, 3566:10, 3566:16, 3566:17, 3569:24, 3570:1, 3570:12, 3570:16

**senate** [1] - 3562:3

**Senator** [1] - 3515:16

3566:1, 3567:6, 3572:11, 3576:4

**senators** [4] - 3484:8, 3484:19, 3484:25, 3566:8
**sense** [3] - 3477:19, 3477:25, 3564:4
**sensitive** [1] - 3539:23
**sensory** [1] - 3477:22
**separate** [1] - 3475:16
**separately** [1] - 3475:16
**sequence** [1] - 3489:5
**sergeants** [3] - 3482:19, 3511:15
**series** [2] - 3494:20, 3516:17
**seriously** [1] - 3472:13, 3479:17
**serve** [1] - 3558:25
**Service** [3] - 3493:6, 3493:9, 3511:1
**services** [1] - 3483:14
**set** [4] - 3495:20, 3496:22, 3519:17, 3567:14
**sets** [2] - 3514:22, 3575:19
**setup** [1] - 3519:15
**seven** [2] - 3519:6, 3541:18
**seven-minute** [1] - 3519:6
**sever** [2] - 3564:8, 3573:1
**several** [2] - 3493:5, 3534:25
**severance** [1] - 3573:25
**shape** [1] - 3532:4
**shelter** [1] - 3570:13
**shield** [1] - 3558:8
**shielding** [1] - 3559:5
**shields** [3] - 3554:22, 3554:23, 3569:1
**shooting** [2] - 3476:7, 3541:1
**short** [3] - 3498:20, 3511:3, 3550:9
**shortly** [2] - 3507:25, 3570:7
**shot** [1] - 3476:22
**shots** [3] - 3476:13, 3477:1, 3477:13
**shoulder** [3] -

3486:5, 3566:1, 3566:6
**show** [7] - 3489:5, 3490:2, 3496:12, 3497:7, 3530:23, 3545:24, 3551:3
**showed** [1] - 3531:4
**showing** [1] - 3468:15
**shown** [4] - 3474:15, 3505:20, 3536:25, 3564:13
**shut** [1] - 3504:23
**shutters** [5] - 3558:22, 3558:24, 3559:7, 3559:14, 3559:17
**sic** [2] - 3492:3, 3563:14
**sic]** [1] - 3559:5
**sick** [1] - 3479:17
**side** [21] - 3484:15, 3486:23, 3486:25, 3488:20, 3488:25, 3489:1, 3505:6, 3505:7, 3505:10, 3525:4, 3525:5, 3525:7, 3531:15, 3546:2, 3550:24, 3553:16, 3557:17, 3557:24, 3566:12, 3568:24, 3571:16
**sidebar** [3] - 3535:25, 3545:2, 3562:14
**sign** [2] - 3484:2, 3520:24
**signaling** [1] - 3477:25
**significance** [1] - 3551:10
**significant** [1] - 3565:7
**signs** [11] - 3506:12, 3507:5, 3507:8, 3507:13, 3507:16, 3507:25, 3508:14, 3508:18, 3508:22, 3509:16, 3509:19
**similar** [1] - 3499:17
**simply** [1] - 3479:22
**sit** [3] - 3479:2, 3480:22, 3572:4
**site** [2] - 3503:19, 3532:18
**sitting** [3] - 3479:20, 3491:5, 3571:24
**situation** [6] - 3529:15, 3529:16, 3547:25, 3548:14,

3561:8, 3570:9
**Sixth** [1] - 3462:18
**size** [1] - 3490:15
**slide** [1] - 3561:22
**slightly** [1] - 3475:3
**slowly** [2] - 3472:3, 3536:14
**small** [3] - 3550:25, 3556:15, 3557:14
**smaller** [1] - 3484:18
**Smith** [1] - 3465:8
**SMITH** [9] - 3461:21, 3461:22, 3462:5, 3473:17, 3520:16, 3562:15, 3562:24, 3563:2, 3564:8
**smoothly** [1] - 3493:11
**sneezing** [1] - 3478:11
**snow** [5] - 3507:4, 3507:19, 3507:23, 3508:18
**so..** [1] - 3570:21
**solemnly** [1] - 3491:23
**someone** [4] - 3470:4, 3477:8, 3481:2, 3504:13
**sometimes** [1] - 3493:12
**somewhere** [3] - 3510:7, 3528:3, 3575:2
**son** [2] - 3478:13, 3479:11
**soon** [3] - 3571:7, 3571:15, 3572:16
**sorry** [10] - 3478:18, 3482:24, 3499:14, 3508:8, 3540:2, 3544:25, 3552:9, 3556:12, 3559:11, 3564:11
**sort** [7] - 3470:24, 3474:22, 3475:2, 3498:12, 3537:16, 3550:8, 3566:2
**sound** [2] - 3519:3, 3519:4
**sounds** [2] - 3475:1, 3475:8
**south** [4] - 3486:16, 3486:25, 3488:20, 3488:23
**spaceship** [1] - 3503:14
**spaceship-looking** [1] - 3503:14
**speaking** [9] -

3477:17, 3483:22, 3499:14, 3509:2, 3536:13, 3536:14, 3563:23, 3568:23, 3569:15
**specific** [1] - 3474:13
**specifically** [4] - 3504:13, 3528:22, 3545:7, 3558:24
**speculating** [1] - 3509:4
**speculation** [3] - 3477:24, 3509:4, 3565:18
**speculative** [1] - 3509:1
**speed** [3] - 3525:20, 3526:24, 3549:3
**spell** [1] - 3482:6
**spelling** [1] - 3482:9
**spirit** [1] - 3540:24
**spoken** [1] - 3473:8
**spray** [14] - 3533:2, 3533:3, 3533:11, 3534:3, 3534:5, 3534:19, 3535:1, 3535:5, 3543:11, 3545:20, 3549:15
**sprayed** [2] - 3543:13, 3543:15
**spraying** [1] - 3533:8
**squad** [1] - 3500:23
**square** [3] - 3505:11, 3505:14, 3514:23
**stable** [1] - 3570:10
**staff** [4] - 3484:9, 3484:20, 3505:9, 3510:18
**staffer** [1] - 3504:16
**stage** [37] - 3486:13, 3486:22, 3487:25, 3503:1, 3503:8, 3503:11, 3505:12, 3507:2, 3507:6, 3507:14, 3517:14, 3517:20, 3520:11, 3521:1, 3521:3, 3521:4, 3521:7, 3521:9, 3521:12, 3521:19, 3524:9, 3524:10, 3525:9, 3526:5, 3529:2, 3529:5, 3529:24, 3531:3, 3532:18, 3532:21, 3532:23, 3550:9, 3550:24, 3555:7
**staircase** [2] - 3565:13, 3565:14

**stairs** [11] - 3550:9, 3550:25, 3551:6, 3551:10, 3551:12, 3551:16, 3553:6, 3553:21, 3554:6, 3565:25
**stand** [7] - 3487:8, 3494:8, 3542:4, 3542:5, 3553:12, 3554:3, 3570:1
**standard** [2] - 3541:4, 3562:17
**standing** [3] - 3481:18, 3508:9, 3515:20
**start** [12] - 3467:15, 3482:1, 3482:9, 3483:1, 3511:12, 3520:19, 3523:17, 3541:1, 3549:2, 3555:18, 3556:18, 3571:6
**started** [3] - 3483:14, 3506:9, 3507:24
**starting** [4] - 3523:22, 3549:5, 3563:21, 3569:17
**state** [3] - 3482:5, 3485:5, 3571:22
**statement** [4] - 3470:20, 3481:11, 3498:11, 3509:1
**statements** [1] - 3475:20
**states** [1] - 3477:22
**States** [17] - 3463:2, 3465:2, 3473:3, 3481:15, 3482:3, 3482:15, 3486:21, 3487:24, 3488:19, 3490:13, 3491:24, 3493:6, 3493:7, 3510:17, 3510:20, 3541:22, 3577:13
**STATES** [4] - 3461:1, 3461:3, 3461:12, 3461:18
**stating** [1] - 3482:9
**status** [1] - 3570:17
**stay** [3] - 3508:23, 3529:4, 3560:7
**stayed** [1] - 3544:3
**stenographic** [1] - 3577:5
**step** [10] - 3486:18, 3494:17, 3494:18, 3494:19, 3524:18, 3535:18, 3535:20, 3543:15, 3544:5
**stepped** [1] -

3596

3524:11
**Steven** [1] - 3465:12
**STEVEN** [1] - 3462:17
**sticker** [7] - 3516:21, 3524:17, 3524:19, 3525:6, 3550:7, 3554:2, 3562:9
**Sticker** [1] - 3554:3
**still** [7] - 3481:5, 3503:18, 3503:19, 3512:16, 3514:10, 3523:6, 3550:17
**stipulate** [1] - 3545:4
**stitched** [1] - 3475:12
**stitched-together** [1] - 3475:12
**stop** [9] - 3548:21, 3551:21, 3552:7, 3555:21, 3556:3, 3567:14, 3567:20, 3569:10, 3570:22
**stopped** [1] - 3520:5
**stopping** [1] - 3570:25
**story** [3] - 3494:25, 3553:11
**streamline** [1] - 3541:9
**Street** [6] - 3461:19, 3462:3, 3462:6, 3462:12, 3462:15, 3485:21
**strictly** [1] - 3559:4
**strike** [2] - 3468:20, 3509:10
**strikes** [2] - 3468:15, 3468:20
**structurally** [1] - 3502:24
**structure** [2] - 3490:12, 3534:13
**subject** [5] - 3499:21, 3500:11, 3501:23, 3502:7, 3503:25
**success** [1] - 3548:24
**successful** [1] - 3570:4
**suffered** [1] - 3529:20
**sufficient** [3] - 3478:20, 3539:8, 3569:12
**suggest** [2] - 3537:22, 3538:12
**suggestion** [1] - 3472:10

**Suite** [2] - 3461:23, 3462:12
**sun** [1] - 3559:5
**supervise** [1] - 3482:19
**supervisor** [1] - 3514:24
**support** [2] - 3491:24, 3493:16
**supposed** [2] - 3487:16, 3508:20
**suppression** [1] - 3470:25
**surge** [5] - 3519:9, 3548:21, 3567:15, 3569:10
**surged** [1] - 3526:5
**surging** [2] - 3518:10, 3519:8
**surveillance** [2] - 3523:16, 3543:4
**sustained** [1] - 3509:11
**swear** [1] - 3491:23
**SWORN** [1] - 3481:19
**sworn** [5] - 3490:17, 3490:19, 3490:23, 3491:1, 3491:2
**system** [2] - 3495:3, 3496:18

---

# T

**table** [1] - 3530:10
**tape** [1] - 3516:19
**target** [2] - 3528:22, 3548:2
**targeted** [1] - 3527:9
**TARRIO** [2] - 3461:7, 3462:11
**Tarrio** [5] - 3465:4, 3465:15, 3465:20, 3473:16, 3509:3
**tasks** [1] - 3490:25
**taunts** [1] - 3566:2
**team** [1] - 3493:6, 3511:1, 3527:5, 3527:6, 3527:7, 3528:20, 3534:14, 3534:15, 3544:2
**technical** [2] - 3536:3, 3539:17
**technically** [2] - 3536:9, 3539:20
**technique** [1] - 3527:21
**techniques** [1] - 3549:10

**temporarily** [2] - 3518:17, 3549:23
**temporary** [4] - 3519:14, 3519:19, 3532:2, 3534:13
**ten** [5] - 3518:7, 3524:22, 3535:14, 3555:21, 3555:22
**tender** [1] - 3477:23
**tens** [1] - 3484:16
**tent** [3] - 3534:12, 3534:13, 3534:17
**terms** [7] - 3475:5, 3486:16, 3517:19, 3522:7, 3530:16, 3539:15, 3551:11
**terrace** [27] - 3518:18, 3519:8, 3519:9, 3521:12, 3522:10, 3525:5, 3526:6, 3551:1, 3551:2, 3551:6, 3551:7, 3553:2, 3553:4, 3553:5, 3553:7, 3553:8, 3553:10, 3553:15, 3554:7, 3554:8, 3555:13, 3555:15, 3556:11, 3556:14, 3556:15, 3557:1
**test** [6] - 3465:24, 3478:16, 3478:23, 3478:25, 3479:12
**tested** [1] - 3478:15
**testified** [3] - 3502:5, 3516:16, 3570:3
**testifies** [2] - 3477:8, 3477:11
**testify** [1] - 3476:16
**testimony** [12] - 3475:22, 3476:4, 3476:12, 3486:9, 3500:1, 3500:4, 3509:10, 3516:16, 3539:7, 3545:7, 3571:1, 3571:15
**testing** [1] - 3478:12
**text** [3] - 3465:21, 3491:17, 3492:19
**THE** [149] - 3461:1, 3461:12, 3461:16, 3461:18, 3461:21, 3462:2, 3462:8, 3462:11, 3462:17, 3464:5, 3465:1, 3465:16, 3466:1, 3466:3, 3466:17, 3467:12, 3467:23, 3468:3, 3468:18, 3469:20, 3470:18,

3471:2, 3471:7, 3471:9, 3471:12, 3471:14, 3471:17, 3471:20, 3471:22, 3472:1, 3472:11, 3472:15, 3472:19, 3472:21, 3473:6, 3473:15, 3474:1, 3475:1, 3475:18, 3476:5, 3476:21, 3477:4, 3477:15, 3478:2, 3478:7, 3478:18, 3478:23, 3479:16, 3479:21, 3480:2, 3480:12, 3480:15, 3480:17, 3480:18, 3481:17, 3481:20, 3482:5, 3488:6, 3488:12, 3489:22, 3489:25, 3490:4, 3491:14, 3492:14, 3492:21, 3495:22, 3496:25, 3497:3, 3497:11, 3497:15, 3497:24, 3499:14, 3499:18, 3500:3, 3500:10, 3501:10, 3502:5, 3502:16, 3502:19, 3502:20, 3506:3, 3506:7, 3508:3, 3508:7, 3508:12, 3509:2, 3509:6, 3509:9, 3530:7, 3535:7, 3535:10, 3535:18, 3535:22, 3536:1, 3536:19, 3537:8, 3537:24, 3538:15, 3538:23, 3539:9, 3539:17, 3539:23, 3540:1, 3540:8, 3540:19, 3541:2, 3541:10, 3541:13, 3541:21, 3541:24, 3542:3, 3542:6, 3542:7, 3542:8, 3542:11, 3542:21, 3542:23, 3544:11, 3544:13, 3545:25, 3547:12, 3552:12, 3552:15, 3552:18, 3563:5, 3563:19, 3564:9, 3564:15, 3564:22, 3564:25, 3565:19, 3565:22, 3569:5, 3569:7, 3570:18, 3570:22, 3571:11, 3572:2, 3572:6, 3572:19, 3572:22, 3573:10, 3573:14,

3574:4, 3574:15, 3575:3, 3575:12, 3575:17, 3576:2
**themselves** [3] - 3474:18, 3536:24, 3546:3
**theory** [1] - 3474:23
**Thereupon** [3] - 3474:24, 3541:19, 3549:16
**they've** [1] - 3527:9
**third** [1] - 3554:6
**THOMAS** [1] - 3481:19
**Thomas** [2] - 3464:6, 3481:16
**thousands** [4] - 3484:8, 3484:10, 3484:16, 3530:17
**threat** [4] - 3533:5, 3551:14, 3566:15, 3570:11
**three** [4] - 3468:15, 3468:20, 3506:22, 3557:9
**three-strikes** [1] - 3468:15
**threw** [1] - 3544:23
**throughout** [6] - 3474:12, 3475:13, 3476:3, 3479:6, 3493:24, 3494:8
**throw** [1] - 3532:16
**throwing** [2] - 3532:10, 3532:14
**thrown** [7] - 3523:12, 3532:24, 3533:1, 3533:3, 3533:5, 3533:6, 3549:14
**ticket** [1] - 3519:16
**tickets** [1] - 3519:18
**tie** [1] - 3545:22
**timeframe** [1] - 3502:23
**timestamp** [8] - 3495:15, 3498:25, 3499:6, 3518:24, 3523:19, 3523:23, 3526:8, 3549:5
**timestamps** [2] - 3496:19, 3499:8
**timing** [1] - 3480:25
**TIMOTHY** [1] - 3461:12
**today** [16] - 3469:23, 3471:1, 3471:19, 3480:19, 3480:24, 3481:1, 3481:5, 3491:5, 3496:2, 3498:6, 3540:11,

3559:1, 3559:4, 3570:25, 3571:17, 3572:13
**together** [5] - 3465:22, 3475:12, 3484:2, 3513:11, 3534:14
**Tom** [2] - 3482:11, 3491:23
**tons** [2] - 3533:2
**took** [8] - 3492:6, 3501:20, 3515:25, 3516:22, 3521:23, 3525:7, 3531:5, 3565:7
**tools** [5] - 3473:21, 3474:1, 3474:23, 3532:18, 3545:18
**top** [3] - 3512:6, 3531:24, 3556:16
**topic** [1] - 3473:7
**topple** [2] - 3555:6, 3555:7
**toss** [1] - 3544:9
**tossed** [1] - 3544:8, 3544:14
**totally** [3] - 3480:21, 3541:2, 3546:10
**tough** [2] - 3535:6, 3555:1
**tours** [1] - 3485:11
**toward** [1] - 3557:9
**towards** [2] - 3521:20, 3561:22
**trained** [1] - 3570:11
**transcript** [5] - 3492:19, 3498:21, 3528:3, 3577:5, 3577:6
**TRANSCRIPT** [1] - 3461:11
**transcripts** [6] - 3498:23, 3500:1, 3500:7, 3500:9, 3536:8, 3543:5
**transmission** [3] - 3499:1, 3499:4, 3499:5
**transmitted** [1] - 3498:17
**transparent** [1] - 3568:25
**traumatized** [1] - 3471:3
**treated** [1] - 3540:16
**tremendous** [2] - 3549:13, 3549:14
**TRIAL** [1] - 3461:11
**trial** [12] - 3466:3, 3466:4, 3466:11,

3472:6, 3472:13, 3476:17, 3540:6, 3540:12, 3540:22, 3564:1, 3575:10, 3575:13
**true** [4] - 3477:4, 3492:1, 3577:4, 3577:5
**truncated** [1] - 3480:22
**try** [1] - 3480:23
**trying** [8] - 3467:13, 3471:6, 3476:9, 3548:18, 3567:13, 3567:14, 3569:10, 3570:3
**Tuesday** [4] - 3571:1, 3573:18, 3575:24, 3576:4
**turn** [1] - 3481:13
**two** [14] - 3473:4, 3500:9, 3504:22, 3522:15, 3526:11, 3526:20, 3527:3, 3529:16, 3550:12, 3553:9, 3557:6, 3558:8, 3563:8
**two-by-four** [1] - 3558:8
**type** [4] - 3491:2, 3506:25, 3533:5, 3567:9
**types** [1] - 3575:19

## U

**U.S** [5] - 3484:1, 3484:8, 3486:24, 3488:20, 3510:19
**ultimately** [1] - 3555:14
**unconscious** [1] - 3529:19
**under** [5] - 3474:22, 3483:6, 3492:9, 3493:9, 3503:18
**underneath** [1] - 3554:7
**understood** [1] - 3467:21
**unexpectedly** [1] - 3479:12
**unfamiliar** [1] - 3565:5
**uniform** [1] - 3567:10
**uniformed** [1] - 3483:14
**UNITED** [4] - 3461:1,

3461:3, 3461:12, 3461:18
**United** [16] - 3465:2, 3473:3, 3481:15, 3482:3, 3482:15, 3486:21, 3487:24, 3488:19, 3490:13, 3491:24, 3493:6, 3493:7, 3510:17, 3510:20, 3541:22, 3577:13
**united** [1] - 3463:2
**unless** [1] - 3466:5
**unrelated** [2] - 3480:21, 3546:10
**unusual** [1] - 3515:3
**up** [74] - 3467:17, 3467:18, 3468:15, 3473:11, 3478:2, 3478:4, 3478:24, 3480:9, 3481:5, 3485:11, 3486:11, 3486:21, 3487:12, 3492:21, 3496:3, 3500:11, 3505:17, 3507:2, 3507:8, 3511:4, 3515:1, 3515:20, 3516:6, 3517:21, 3519:8, 3519:9, 3519:13, 3520:18, 3524:17, 3524:19, 3525:20, 3527:3, 3529:2, 3529:4, 3530:15, 3530:23, 3531:2, 3531:4, 3533:19, 3535:23, 3536:2, 3536:19, 3538:3, 3538:4, 3540:9, 3542:15, 3544:5, 3545:22, 3550:8, 3550:16, 3551:5, 3551:16, 3553:7, 3553:21, 3554:4, 3554:6, 3554:8, 3557:12, 3562:20, 3563:19, 3563:20, 3563:24, 3565:14, 3567:14, 3567:21, 3569:16, 3569:18, 3570:25, 3571:12, 3571:13, 3573:9, 3575:9
**upkeep** [2] - 3484:21, 3484:23
**upper** [16] - 3526:8, 3551:1, 3551:6, 3553:2, 3553:4, 3553:7, 3553:8, 3553:9, 3553:14,

3554:8, 3555:12, 3555:14, 3556:10, 3556:13, 3557:1
**USB** [1] - 3495:24
**USCP** [1] - 3498:3
**uses** [1] - 3499:22

## V

**various** [2] - 3480:20, 3539:4
**vehicle** [1] - 3513:15
**vehicles** [2] - 3505:8, 3515:1
**versus** [2] - 3465:2, 3541:23
**vice** [10] - 3485:5, 3510:19, 3511:2, 3511:3, 3511:6, 3511:23, 3512:4, 3513:22, 3514:4, 3566:7
**Vice** [2] - 3566:9
**video** [35] - 3474:18, 3496:3, 3498:20, 3516:14, 3518:13, 3518:25, 3519:7, 3520:17, 3522:12, 3523:1, 3524:23, 3525:20, 3525:25, 3526:9, 3530:9, 3531:6, 3531:11, 3533:13, 3543:25, 3544:2, 3544:20, 3546:19, 3552:17, 3553:20, 3554:17, 3557:8, 3560:15, 3560:20, 3565:3, 3565:15, 3566:22, 3566:25, 3567:6, 3567:12, 3574:24
**videos** [23] - 3473:24, 3473:25, 3474:16, 3476:19, 3496:19, 3500:19, 3500:22, 3501:3, 3501:6, 3501:19, 3530:11, 3536:5, 3536:9, 3540:17, 3543:4, 3543:5, 3543:6, 3545:8, 3545:23, 3548:19, 3548:20, 3564:12, 3574:23
**view** [5] - 3515:18, 3534:16, 3557:19, 3558:14, 3558:21
**viewing** [1] - 3488:24
**violence** [3] - 3494:6, 3529:24,

3573:6
**violent** [3] - 3526:15, 3526:16, 3529:22
**VIPs** [1] - 3485:2
**virus** [1] - 3504:24
**visible** [4] - 3474:18, 3498:21, 3509:16, 3528:4
**visit** [5] - 3485:7, 3485:9, 3485:12, 3493:10, 3510:19
**visitors** [1] - 3485:4
**visuals** [1] - 3494:24
**voice** [3] - 3486:20, 3522:19, 3561:18
**voices** [1] - 3530:11
**voir** [7] - 3496:24, 3497:1, 3499:12, 3499:17, 3538:6, 3538:7, 3538:12
**voir-dire** [2] - 3538:6, 3538:12
**vs** [1] - 3461:5

## W

**Wade** [2] - 3510:25, 3511:22
**waist** [1] - 3506:22
**wait** [7] - 3466:1, 3466:13, 3469:17, 3470:4, 3478:16, 3479:3, 3479:23
**waiting** [6] - 3466:9, 3472:24, 3473:18, 3478:21, 3479:8, 3479:20
**Waldow** [2] - 3570:7, 3570:15
**walk** [4] - 3494:22, 3504:5, 3511:11, 3524:9
**walked** [1] - 3550:3
**walking** [2] - 3519:13, 3527:3
**walkway** [3] - 3487:5, 3487:7, 3517:2
**wants** [4] - 3499:23, 3571:16, 3573:7, 3574:2
**warning** [1] - 3528:12
**warnings** [2] - 3528:10, 3528:11
**warranted** [1] - 3527:21
**wash** [1] - 3534:6
**Washington** [5] -

3598

3461:6, 3461:20, 3462:4, 3463:4, 3577:14

**watch** [1] - 3519:9

**watched** [1] - 3545:19

**watching** [1] - 3525:12

**water** [6] - 3533:2, 3534:2, 3534:4, 3534:6, 3543:16

**we..** [2] - 3544:25, 3562:12

**weapon** [1] - 3523:12

**weapons** [5] - 3504:11, 3527:7, 3532:12, 3532:25, 3548:6

**wear** [3] - 3479:25, 3480:3, 3480:4

**wearing** [2] - 3480:1, 3567:9

**Wednesday** [1] - 3575:24

**week** [2] - 3575:9, 3575:24

**weekend** [4] - 3571:3, 3571:8, 3573:8, 3576:4

**weekly** [1] - 3511:4

**weighed** [1] - 3473:13

**welcome** [3] - 3480:16, 3542:6, 3542:12

**West** [1] - 3462:15

**west** [48] - 3486:17, 3487:4, 3488:24, 3489:1, 3503:2, 3505:10, 3507:3, 3517:7, 3517:14, 3518:18, 3519:8, 3522:10, 3525:5, 3534:16, 3534:25, 3543:11, 3543:14, 3546:22, 3547:5, 3547:19, 3548:3, 3548:5, 3548:18, 3551:1, 3551:6, 3551:7, 3553:2, 3553:4, 3553:5, 3553:7, 3553:8, 3553:9, 3553:10, 3553:14, 3553:16, 3554:7, 3554:8, 3555:12, 3555:14, 3556:10, 3556:13, 3557:1, 3561:11, 3570:8

**whereas** [1] - 3467:9

**whole** [3] - 3504:14, 3525:16, 3540:16

**willing** [1] - 3504:14

**window** [1] - 3516:5

**windows** [7] - 3551:13, 3553:17, 3555:13, 3557:24, 3558:5, 3558:14, 3558:21

**wing** [4] - 3488:19, 3488:22, 3556:25, 3565:8

**WITNESS** [3] - 3481:19, 3542:7, 3544:13

**witness** [32] - 3472:25, 3473:5, 3473:7, 3473:20, 3474:4, 3474:10, 3474:11, 3474:17, 3475:15, 3475:22, 3477:18, 3481:14, 3487:11, 3489:3, 3491:12, 3497:11, 3503:10, 3505:16, 3509:1, 3509:10, 3517:1, 3536:4, 3536:24, 3537:15, 3538:6, 3539:24, 3542:1, 3542:3, 3542:5, 3545:14, 3545:21, 3565:19

**Witness** [10] - 3487:9, 3516:4, 3516:23, 3521:11, 3525:8, 3535:21, 3542:5, 3551:9, 3553:13, 3557:22

**witness's** [2] - 3539:7, 3542:18

**witnesses** [4] - 3467:8, 3468:8, 3571:22, 3573:5

**WITNESSES** [1] - 3464:5

**word** [4] - 3471:2, 3471:6, 3477:23, 3552:15

**words** [2] - 3497:6, 3541:5

**workers** [2] - 3503:20, 3532:19

**works** [1] - 3484:6

**world** [3] - 3485:6, 3485:10, 3485:12

**worn** [1] - 3500:25

**worried** [1] - 3521:8

**worth** [1] - 3472:10

**wrap** [1] - 3481:5

**writ** [1] - 3485:24

**X**

**x-ray** [1] - 3504:8

**Y**

**yards** [1] - 3565:10

**year** [1] - 3503:4

**years** [11] - 3483:10, 3483:11, 3483:18, 3492:6, 3503:1, 3507:2, 3507:13, 3518:6, 3519:15, 3527:16, 3559:14

**yellow** [5] - 3514:16, 3514:20, 3514:21, 3514:25, 3515:2

**yesterday** [3] - 3466:19, 3478:15, 3575:23

**York** [4] - 3461:23, 3462:19

**yourself** [4] - 3543:13, 3543:16, 3544:20, 3554:24

**Z**

**ZACHARY** [1] - 3461:7

**Zachary** [1] - 3465:4

**zero** [2] - 3474:12, 3554:17