```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLUMBIA
- - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA         CR Nos. 1:21-cr-00175-TJK-1
                                         1:21-cr-00175-TJK-2
v.                                       1:21-cr-00175-TJK-3
                                         1:21-cr-00175-TJK-5
1-ETHAN NORDEAN                          1:21-cr-00175-TJK-6
2-JOSEPH R. BIGGS
3-ZACHARY REHL                   Washington, D.C.
5-ENRIQUE TARRIO                 Thursday, January 12, 2023
6-DOMINIC J. PEZZOLA,            9:00 a.m.
                     Defendants.
- - - - - - - - - - - - - - - - x
```

---

                TRANSCRIPT OF JURY TRIAL - DAY 13
                    *** MORNING SESSION ***
         HELD BEFORE THE HONORABLE TIMOTHY J. KELLY
                 UNITED STATES DISTRICT JUDGE

---

APPEARANCES:

```
For the United States:    Jason B.A. McCullough, Esq.
                          Erik M. Kenerson, Esq.
                          Conor Mulroe, Esq.
                          Nadia Moore, Esq.
                          U.S. ATTORNEY'S OFFICE
                          555 4th Street, NW
                          Washington, DC 20530
                          (202) 252-7233

For the Defendants:       Nicholas D. Smith, Esq.
                          DAVID B. SMITH, PLLC
                          7 East 20th Street
                          Suite 4r
                          New York, NY 10003
                          (917) 902-3869

                          John D. Hull, IV, Esq.
                          HULL MCGUIRE PC
                          1420 N Street, NW
                          Washington, DC 20005
                          (202) 429-6520

                          Norman A. Pattis, Esq.
                          PATTIS & SMITH, LLC
                          383 Orange Street
                          1st Floor
                          New Haven, CT 06511
                          (203) 393-3017
```

APPEARANCES CONTINUED:

For the Defendants:        Carmen D. Hernandez, Esq.
                           7166 Mink Hollow Road
                           Highland, MD 20777
                           (240) 472-3391

                           Nayib Hassan, Esq.
                           LAW OFFICES OF NAYIB HASSAN, P.A.
                           6175 NW 153 Street
                           Suite 209
                           Miami Lakes, FL 33014
                           (305) 403-7323

                           Sabino Jauregui, Esq.
                           JAUREGUI LAW, P.A.
                           1014 West 49 Street
                           Hialeah, FL 33012
                           (305) 822-2901

                           Steven A. Metcalf, II, Esq.
                           Roger Roots, Esq.
                           METCALF & METCALF, P.C.
                           99 Park Avenue
                           6th Floor
                           New York, NY 10016
                           (646) 253-0514

Court Reporter:            Timothy R. Miller, RPR, CRR, NJ-CCR
                           Official Court Reporter
                           U.S. Courthouse, Room 6722
                           333 Constitution Avenue, NW
                           Washington, DC 20001
                           (202) 354-3111

Proceedings recorded by machine shorthand; transcript
produced by computer-aided transcription.

# **P R O C E E D I N G S**

THE DEPUTY CLERK:  Your Honor, this is criminal record -- Criminal Matter 21-175, United States of America v. Defendant 1, Ethan Nordean; Defendant 2, Joseph R. Biggs; Defendant 3, Zachary Rehl; Defendant 5, Enrique Tarrio; and Defendant 6, Dominic J. Pezzola.

Present for the Government are Erik Kenerson, Jason McCullough, Conor Mulroe, and Nadia Moore; present for the defendant -- for Defendant 1 is Nicholas Smith; present for Defendant 2 is John Hull; present for Defendant 3 is Carmen Hernandez; present for Defendant 5 are Nayib Hassan and Sabino Jauregui; present for Defendant 6 are Steven Metcalf and Roger Roots.  Also present are Defendant 1, Mr. Nordean; Defendant 2, Mr. Biggs; Defendant 3, Mr. Rehl; Defendant 5, Mr. Tarrio; and Defendant 6, Mr. Pezzola.

THE COURT:  All right.  Good morning to everyone.

I have a few quick other housekeeping matters before we get to the resolution of the conflicts issue.

First, Mr. Hull, I just want you to know, I said yesterday at some point during our discussion that, oh, jeez, I might not let you bring another lawyer into the case to represent Mr. Pattis.  I, you know -- upon reflecting on that, I just don't -- I don't know the answer to that question about whether I would permit you to do that.  I may have been too flip in saying I wouldn't permit it.  So I

```
 1    just wanted to put that on the record.  It's at least a --
 2    from my perspective, it's at least a possibility.  I'd hear
 3    from the Government.  There may be concerns we'd have to
 4    walk through about, for example, whether there would be a
 5    conflict, obviously.  But I just at least wanted to just say
 6    I may have been too pessimistic about whether you'd be able
 7    to do that.  If you'd like to make a quick representation,
 8    that's fine, although it really doesn't -- I just wanted to
 9    clarify that point.
10              MR. HULL:  This may help a little bit.  Good
11    morning, Your Honor.  Dan Hull for Joe Biggs.
12              First of all, I want to apologize for my
13    intemperate words to the Court yesterday.  I also want to
14    apologize to Mr. Pattis.  Mr. Pattis and I had a very
15    understandable disconnect about a certain point of strategy
16    that, I think, would have probably divided even the best of
17    friends.  We have, if you will, hugged it out.  We are --
18              THE COURT:  All right.
19              MR. HULL:  -- going forward.  And since I have
20    your attention at this point, I think probably the most
21    important thing here with respect to the comment you made
22    earlier is Joe Biggs and the Sixth Amendment, and we would
23    like Mr. Pattis --
24              THE COURT:  All right.  We --
25              MR. HULL:  -- to stay in the case.
```

 1              THE COURT:  We can talk about that.  That's --

 2              MR. HULL:  Later.

 3              THE COURT:  -- not -- yeah, that's not something I

 4     have to decide right now.

 5              MR. HULL:  But for -- I wanted you to know about

 6     that --

 7              THE COURT:  All right.

 8              MR. HULL:  -- those apologies and that

 9     development.

10              THE COURT:  You know, I -- very well.  He, you

11     know -- whether he can participate in the case, he -- he

12     can -- I -- he can remain counsel of record, if he would

13     like.  I think, you know, I -- it's an open -- I -- it is

14     not at all --

15              I told you, Mr. Pattis, I would look at this

16     issue.  I don't believe I have -- I looked at it.  There are

17     certainly some questions about whether your -- you can

18     appear at all even apart from the special circumstance --

19     extenuating -- whatever the phrase is, I can't recall, but I

20     believe that I don't have the authority to -- I think that's

21     the disciplinary -- our disciplinary committee's job to

22     decide whether there are those extraordinary circumstances.

23     That, I think -- that much is clear.  So I mean, in any

24     event, I can't effect that one way or another, and I think

25     that's a question for another day about what role you might

1    be able to have.

2            MR. HULL:  And if I can just put this on the

3    record, Your Honor.  I think, under the circumstances, I --

4    and, apparently, you revisited the interpretation of Rule 83

5    that you talked about before.  We think that Sixth Amendment

6    concerns trump even the disciplinary rules to this court.

7    And I would also ask you to be thinking about this.  Should

8    Mr. Pattis be reinstated to this bar at some point during

9    this proceeding, which is a possibility, we would worry that

10   if he were not on the other side of this bar during the

11   case, there might be some jury confusion later.  It's true

12   that under Connecticut law where he is licensed, he is not,

13   for conflicts reasons, allowed to be a paralegal, but -- and

14   I would just ask Your Honor to consider this.  You don't

15   need to make a decision right now.  Can he be on this side

16   of the bar with counsel not participating until such time as

17   his licensure issue is resolved?  That might help down the

18   road.  Just something to think about.

19           THE COURT:  All right.  I mean, I'd hear from --

20   let me just put it this way.  For now, Mr. Pattis is sitting

21   on this side of the bar, but he is not at counsel table.

22   Does the Government have any objection to Mr. Pattis

23   remaining where he is for -- at least for the -- for

24   purposes of right now?

25           MR. KENERSON:  Erik Kenerson for the United

 1   States.

 2              No, Your Honor.  We do not.

 3              THE COURT:  All right.  Mr. Pattis, do you want to

 4   just be heard on this small point?  It's maybe not a

 5   small --

 6              MR. PATTIS:  I'll be brief.  I would request

 7   permission to be at counsel table to avoid jury confusion

 8   issues, period.

 9              THE COURT:  I think, you know, we're instructing

10   right now the jury -- in fact, the very instruction -- part

11   of my preliminary instructions that the parties inserted

12   talks about, sort of, counsel moving in and out and the

13   like.  So I think, for the moment, we don't have a -- we

14   wouldn't have an issue.  So I think let's just keep things

15   the way they are.  Given your status, Mr. Pattis, I'm not

16   going to announce you.  I mean, that's the other thing.  I'm

17   not going to mention your name.  I mean, I don't think I, at

18   the moment, can announce your name as the lawyer.  And,

19   look, if you end up appearing in the case one way or the

20   other, we've instructed them that, you know, people move

21   around, and your name was part of the questionnaire, so it

22   won't be, sort of, out of the blue.  Your name won't be out

23   of the blue to the jurors.

24              All right.  So that's the first issue.  The second

25   issue, I will -- the Government raised this at the end of

1    the day yesterday.  I know there was a motion to exclude

2    some of the exhibits the Government late added to its

3    exhibit list.  After looking at the cases cited by both

4    parties, I'm going to deny that motion.  The Bikundi case in

5    particular at the Circuit level affirmed a trial court's

6    discretion to add a document -- I think it was three weeks

7    into the trial with one day's -- less than one day's notice.

8    Here, I don't think there's any specific prejudice that's

9    been shown.  We're now, I think, three weeks past the time

10    when these documents were identified as potential exhibits.

11    And in the overall context of the case, I think I have the

12    discretion to allow that.  I'm going to allow it.  So I'm

13    going to deny that motion to exclude.

14         The -- and then the third issue we have to deal

15    with preliminarily is one of the -- Juror 13, just so you

16    all know, called in with COVID.  So we will make the

17    appropriate adjustments that I won't mention on the record

18    at least in open court and we will continue, but I'm just

19    letting you all know that at least for the moment -- we can

20    worry about how we seat them going forward, but in any

21    event, 13 will be -- no one will be sitting in Seat 13

22    today.  That is the reason why.

23         Let me ask the Government -- so now, we get to the

24    conflicts issue.  I notice Mr. McCullough is not here.  So

25    does any Government counsel -- and I -- and, look, I

1    understand that you all -- this waiver issue and all the

2    rest has been -- you all have been dealing with -- all --

3    both sides -- kind of, on the fly.  Do we need a -- is

4    Mr. McCullough just outside dealing with this issue or --

5                MR. KENERSON:  Your Honor, Mr. McCullough -- I

6    think -- I will be handling this for the Government.  So I

7    don't think we need Mr. McCullough for that.

8                THE COURT:  All right.  Very well.

9                So why don't the -- why don't we talk about -- I

10   have a copy -- it's been forwarded to me -- a copy of the

11   waiver signed by Mr. Bertino.  So this -- as I thought we --

12   as I thought was going to have to be the case, part of this

13   is it's a -- it's, obviously -- it's a waiver that allows

14   Mr. Hull to represent Mr. Biggs; however, it places certain

15   restrictions on the information and -- well, Mr. --

16   obviously, it places limitations on the information that

17   Mr. Hull could share with Mr. Biggs and use as part of this

18   case; and it also limits certain areas of examination by

19   Mr. Hull; and it also limited -- limits the examination of

20   certain, I would say, fairly ancillary topics.  It's, sort

21   of -- the examination of all defense counsel would be

22   precluded from examining Mr. Bertino about his consultation

23   with Mr. Hull with the March -- in connection with the March

24   8th, 2022, search of his home or in connection with his

25   testimony before the House Committee, including any

1    statements he's made about those interactions to the House

2    Committee.

3              I guess the first question before we get to

4    whether -- well, let me ask this.  Does any party think I

5    need to have a colloquy with Mr. Bertino or is this -- given

6    that he's represented and that he's executed this waiver --

7    at least does the Government, I guess, in the first

8    instance, thinks -- think, at least for Mr. Bertino, this

9    covers him?

10             MR. KENERSON:  I think, ultimately, we would defer

11   to the Court.  I mean, this is -- in terms of the Court's

12   record, Mr. Biggs is the one, I think --

13             THE COURT:  Right.

14             MR. KENERSON:  -- the Court has to have the

15   colloquy with.  The parties have certainly worked this out

16   with Mr. Bertino's counsel.  The Court has had a chance to

17   look at it.  So I think having a colloquy with Mr. Bertino

18   specifically is less important than having one with

19   Mr. Biggs, but we would defer to the Court.  If the Court

20   wants to have one with Mr. Bertino, I think Mr. Davis, his

21   lawyer, is available and will try to make Mr. Bertino

22   available, as well.

23             THE COURT:  All right.  And I assume, then, also,

24   that all -- counsel for all defendants have agreed to the

25   limitations -- I guess it's Point 3 that limits all of you.

```
 1    Can I have each defense counsel for each -- other than

 2    Mr. Hull, all the rest of the defendants acknowledge that

 3    they have -- that this is something they agreed to?

 4              MR. SMITH:  Your Honor, Mr. Smith for Ethan

 5    Nordean.

 6              We are fine with the Bertino waiver.  And we would

 7    just add that this is probably the most comprehensive ethic,

 8    you know -- conflicts analysis I've ever seen in court.  So

 9    that's --

10              THE COURT:  Let me --

11              MR. SMITH:  Yeah.

12              THE COURT:  Mr. Smith, one more way in which this

13    case is not the norm.

14              Let me hear from counsel -- that's counsel for

15    Mr. Nordean.  Counsel for Mr. Tarrio?

16              MR. HASSAN:  Judge, we would also agree to the

17    waiver so long -- and, Judge, just like I mentioned

18    yesterday, to the extent of the communications that

19    Mr. Bertino had with Mr. Hull, Judge.

20              THE COURT:  Well, look, you see the language

21    that's in the waiver.  You -- is there any -- you agree with

22    that language?

23              MR. HASSAN:  That is correct, Judge --

24              THE COURT:  All right.

25              MR. HASSAN:  -- to that extent.
```

 1              THE COURT:  And the parties -- all right.  And

 2     counsel for Mr. Pezzola?

 3              MR. METCALF:  Under these circumstances, we agree

 4     with the waiver, Your Honor.

 5              THE COURT:  All right.  Counsel for Mr. Rehl?

 6              MS. HERNANDEZ:  Again, Your Honor, given the

 7     extraordinary circumstances, I think this is a good

 8     solution.

 9              On another topic, we're still using one

10     microphone.  I understand that the court is very stressed

11     with the number of trials that are going on, but it makes it

12     very awkward because we have four counsel at this table.

13              THE COURT:  Just to clarify, the court you

14     referred to is the entire District Court.

15              MS. HERNANDEZ:  Exactly.

16              THE COURT:  I'm not stressed at all.

17              (Laughter.)

18              MS. HERNANDEZ:  No, I'm talking --

19              THE COURT:  But I have a microphone.  But --

20              MS. HERNANDEZ:  I'm talking about the entire

21     courthouse.

22              THE COURT:  Yes.

23              MS. HERNANDEZ:  I know there are multiple trials

24     going on.

25              THE COURT:  Yes.  As I've mentioned before,

1    obviously, we have many trials going on.  We're going to

2    bring the -- as many resources as we can to this situation.

3    In terms of additional microphones, we will do that.

4                Okay.  All right.  So I will -- given the

5    representations of the parties and how Mr. Bertino is

6    represented and -- given all of that, I'm not going to

7    make -- I won't make an additional -- and the fact that no

8    party is requesting it, I won't have a colloquy with

9    Mr. Bertino.

10                I think I do need to have a colloquy, first,

11    again, similar -- to make sure -- first, with Mr. Hull; and

12    then, of course, with Mr. Biggs.

13                So Mr. Hull, like the other defense lawyers, I'll

14    just ask you, are you -- do you understand the limits of the

15    waiver that Mr. Bertino has provided here?

16                MR. HULL:  I do, Your Honor.

17                THE COURT:  All right.  Anything unclear that --

18    about what you are allowed to use and not use and the

19    limitation -- well, let's put it this way.  Are the

20    limitations on your ability to represent Mr. Biggs clear to

21    you as reflected in the waiver and in the Rules of

22    Professional Responsibility?

23                MR. HULL:  Yes, both clear.

24                THE COURT:  And do you think there's any reason,

25    given those limits -- there's any reason that you wouldn't

1    be able to competently and diligently represent Mr. Biggs in

2    this matter?

3                MR. HULL:  No, sir.

4                THE COURT:  All right.  Mr. Biggs, we've -- as you

5    know, we've had a number of discussions about conflicts.

6                DEFENDANT BIGGS:  Roger that.

7                THE COURT:  I need -- by the way, I need yes or

8    no --

9                DEFENDANT BIGGS:  Oh, yes.

10               THE COURT:  All right.

11               DEFENDANT BIGGS:  It's the military in me.  Sorry.

12               THE COURT:  You understand that -- have you had an

13   opportunity to review -- well, first of all, let's -- let me

14   just -- you've -- even though this is -- no, actually,

15   we've -- we -- the record will reflect our prior colloquies

16   and your -- the background that you gave me about how old

17   you are, your work, et cetera.  Just to be clear, have --

18   are you under the influence of alcohol, drugs, or anything

19   else that would affect your ability to fully understand my

20   questions here today?

21               DEFENDANT BIGGS:  No.

22               THE COURT:  Have you had an opportunity to read

23   this waiver that Mr. Bertino has provided that limits the

24   ways in which your lawyer will be able to -- Mr. Hull, that

25   is -- will be able to represent you at this trial?

1      DEFENDANT BIGGS:  Not at this point, Your Honor,
2  but I'm going to.  I just got here.  So I'm going to read it
3  and look it over.
4      THE COURT:  All right.  I'm going to give you an
5  opportunity to read it and to discuss it with Mr. Hull right
6  now.
7      DEFENDANT BIGGS:  Okay.
8      THE COURT:  Take all the time you need.
9      (Brief pause.)
10      All right.  I'm getting a signal from Mr. Hull
11  that you've had the opportunity to review that document,
12  Mr. Biggs.
13      DEFENDANT BIGGS:  (Indicates affirmatively.)
14      THE COURT:  So before we -- so let me ask you
15  first some just general questions about, sort of, the third
16  paragraph of that document.  It lays out a number of the
17  Rules of Professional Conduct and, sort of, conflicts rules
18  that you and I have discussed in the past in connection with
19  other potential conflicts.
20      The substance of that -- those is that -- I want
21  to make sure you understand that any confidential or secret
22  information that Mr. Hull obtained from Mr. Bertino during
23  these discussions they might have had about the potential
24  for representation by Mr. Hull, that he won't be able to use
25  those -- that information while representing you even if it

1    would benefit you.  Do you understand that, sir?

2         DEFENDANT BIGGS:  Yes.

3         THE COURT:  And, for example, he could not use any

4    such information to cross-examine Mr. Bertino or even

5    provide that information to another lawyer, to use that to

6    cross-examine Mr. Bertino, even though, again, that might

7    help you in your case.  Do you understand that?

8         DEFENDANT BIGGS:  Yes, I do.

9         THE COURT:  Okay.  And, again, not just using that

10   information on cross-examination, but to the extent Mr. Hull

11   has any of that information, he wouldn't be able to even

12   tell you about it, or any other lawyer about it, again, even

13   if it would help you in this case.  Do you understand that?

14        DEFENDANT BIGGS:  Yes, I do.

15        THE COURT:  And knowing all of -- well, so those

16   are the general rules.  Then there have been some very

17   specific conditions put on Mr. Bertino's waiver that -- and

18   I'll just read them into the record -- that are going to

19   bound -- that bind not just Mr. Hull but, in some cases, all

20   the defense lawyers in this case.  He's consenting to

21   Mr. Hull representing you if, one, Mr. Hull is precluded

22   from examining him about the March 8th, 2022, search of his

23   home, to include any questions about the conduct of the

24   search, the items seized, and any criminal charges,

25   potential or actual, arising from the search.  That's the

1    first condition.

2            The second condition is that Mr. Hull is precluded

3    from implying "in his examination of me" -- that is, in his

4    examination of Mr. Bertino -- that, as a result of or based

5    on their conversations, "he has any information that could

6    be embarrassing or detrimental to me."  That's the second

7    one.

8            And, three, that all defense counsel in the case

9    are precluded from examining Mr. Bertino about his

10   consultation with Mr. Hull in connection with the March 8th,

11   2022, search of his home or in connection with his testimony

12   before the House Select Committee, including any statements

13   that he, Mr. Bertino, has made about those interactions to

14   the House Select Committee.

15           So any questions about what those limitations mean

16   on Mr. Hull and the other lawyers in the case?

17           DEFENDANT BIGGS:  No.

18           THE COURT:  Okay.  And knowing -- and these are

19   all reflections of conflicts and ways that the parties are

20   mitigating those potential conflicts.  So knowing all of

21   this, do you still want Mr. Hull to represent you, sir?

22           DEFENDANT BIGGS:  Yes, Your Honor.

23           THE COURT:  Okay.  Does the Government have any

24   other questions for me to ask Mr. Hull -- or -- Mr. Hull or

25   Mr. Biggs?

1          MR. KENERSON:  I think just with respect to

2     Mr. Hull -- I think the parties have discussed this over

3     email -- I think it was implicit from our discussions

4     yesterday that he has not shared any -- anything he learned

5     from those phone calls that may be a confidence or a secret

6     with his co-counsel in this case.  I think it was implicit.

7     I would ask the -- whether the Court would ask him that

8     question explicitly and with the possibility that Mr. Pattis

9     may return to the case at some point and may well be the

10    person on that team who cross-examines Mr. Bertino.  I would

11    ask that the question include whether he has shared anything

12    of that nature with Mr. Pattis, as well.

13         THE COURT:  All right.  Mr. Hull, you heard the

14    question suggested by the Government.  So let me ask you.

15    Again, in Mr. Bertino's waiver, he says he understands that

16    Mr. Hull has advised the Court he hasn't shared any

17    confidential information or secrets that you learned from

18    these interactions with Mr. Bertino.  You haven't shared

19    them -- any of them -- anything of that nature with any

20    other counsel in this case, to include Mr. Pattis; is that

21    true, sir?

22         MR. HULL:  That is true.  It's not been shared

23    with anyone: Mr. Biggs, Mr. Pattis, or defense counsel.

24         THE COURT:  All right.  Mr. Pattis, did you want

25    to just put on the record something?

1              MR. PATTIS:  It is true that's the case.  And just

2      because it hasn't been said yet, I just want, for purposes

3      of review, under United States v. Gonzalez-Lopez, we believe

4      that Mr. Biggs is being deprived of his counsel of choice;

5      that is, me.  I am a member of this bar.  And I just want to

6      make that preservation claim.

7              THE COURT:  All right.  I mean, and for the

8      record, right now, Mr. Pattis does not have a license --

9      and -- a valid license to practice law, just for the record.

10     He also is -- he is suspended -- this is, I think, part of

11     the record at other parts of this proceeding.  He is --

12     although he is attempting to appeal his suspension, the only

13     state in which he is barred is Connecticut.  And he's

14     suspended, at least at this point, I believe, for six

15     months.  He's trying to appeal -- and he's trying to appeal

16     that suspension.  So far, not successfully.

17              There is a provision in -- and -- not -- well,

18     there are mechanisms through which there may be reciprocal

19     discipline through the bar of this court, although -- and

20     although there is a mechanism in the local rules for that

21     discipline to be -- not to be imposed automatically in

22     the -- if there is a finding of extraordinary circumstances.

23              I certainly read the rule to let -- to allow for

24     the disciplinary committee of this court to find whether

25     there are extraordinary circumstances.  Whether that will

1    happen, I do not know.  Mr. Pattis has made the argument

2    that I should be the one to find that, but I -- as I read

3    the rule, that isn't my role here.  As we --

4              MR. PATTIS:  I --

5              THE COURT:  Just a second, Mr. Pattis.

6              MR. PATTIS:  I'm sorry.  I apologize.

7              THE COURT:  And as we go forward in the case,

8    we'll -- I'll certainly take up arguments that Mr. Pattis

9    can be involved in the case, but at the moment, I believe

10   Mr. Pattis's view -- at least his -- I think your view as of

11   a day or two ago was that out of an abundance of caution,

12   you should not participate as a lawyer in the case pending

13   your appeal, pending how reciprocal discipline plays out in

14   this jurisdiction.

15             MR. PATTIS:  As -- just the only thing I'd say,

16   Judge, is, as a matter of law, I am still a member of the

17   bar of this court.  I've not received notice of a show-cause

18   order.  And upon receipt of that, the suspension is

19   immediate.  So that's -- I -- just that that's the only

20   say -- thing I would say to supplement the record you've

21   made.  And with that, I will sit down and let it be.

22             THE COURT:  Very well.  And I'll supplement by

23   saying the specific part of the rule that Mr. Pattis has

24   referenced is -- there is a -- membership in the bar of this

25   court is predicated on an attorney having a bar license --

 1    an active and in good standing bar license in another

 2    jurisdiction.  So again, it's, I think, at best, an open

 3    question about whether Mr. Pattis can practice here.  And my

 4    understanding, again, from the way we've handled this over

 5    the last few days has been that Mr. Pattis thinks that out

 6    of an abundance of caution, he should not function as a

 7    lawyer until we get more information, until he feels

 8    comfortable, and until the disciplinary process plays out

 9    one way or the other in this jurisdiction.

10              MR. PATTIS:  (Indicating.)

11              THE COURT:  No?

12              MR. PATTIS:  That certainly was the role in

13    preliminary proceedings, but now that jury proceedings are

14    beginning, Mr. Biggs asserts that he has a right to counsel,

15    and I am counsel.  As a courtesy and -- to you, sir, and so

16    as not to delay the proceedings, I'm not going to press the

17    issue any further.  We'll revisit it as time -- as required

18    later.

19              THE COURT:  All right.  Very well.

20              All right.  We moved through our preliminary

21    matters.  So maybe, we're going to get on a roll here,

22    because that's the first time we've moved things, I think,

23    quicker than I expected.

24              All right.  So what I would -- have the parties --

25    before we bring in the jury, have the parties talked

1    about -- the one thing Mr. -- the Government left me with as

2    we were leaving yesterday was the issue of the rule on

3    witnesses and whether the parties had discussed whether -- I

4    think there were, like, four agents the Government would

5    have liked to have been present.  Have the parties talked

6    about that?

7              MR. KENERSON:  We have, Your Honor, and I think we

8    were just coming to agreement as the Court took the bench.

9    So if I misstate the agreement, I'd invite the defense to

10   correct me on it.

11             It's my -- my understanding is that the defense

12   will not object to FBI agents who may testify being in the

13   courtroom for the Government's opening.  The Government will

14   not object to defendants' family members who may be on the

15   witness lists who want to be in the courtroom during that

16   defendant's opening.

17             Did I get that right?

18             (Brief pause.)

19             Correct.  But otherwise, the rule on witnesses

20   would apply.

21             THE COURT:  Right.  Okay.  So both sides have

22   that.  Are there, then, any reasons we shouldn't bring in --

23   I think we've hit all the preliminary matters.  What I would

24   propose we do, then, bring in the jury.  We will -- I'll --

25   we'll have -- we'll swear them.  I'll instruct them, and

1    probably at about that time -- well --

2        MS. HERNANDEZ:  I'm sorry, with the Court's

3    indulgence on this agreement --

4        THE COURT:  Mm-hmm.

5        MS. HERNANDEZ:  -- on this agreement --

6        THE COURT:  All right.

7        MS. HERNANDEZ:  -- it really applies to my

8    client's wife who's in here.

9        THE COURT:  We'll -- we'll pause for a moment,

10   because I know it sounds like you were working this out

11   while I took the bench.  So do you want to --

12       MS. HERNANDEZ:  We can talk about it before

13   opening -- if the Court --

14       THE COURT:  I see.  All right.

15       MS. HERNANDEZ:  If the Court is going to do

16   something, it doesn't become an issue until we actually

17   start opening statements.

18       THE COURT:  So maybe, what I'll do is bring them

19   in, welcome them, swear them, instruct them, then we'll take

20   a quick break for the court reporter, and you all can

21   discuss the rule on witnesses issue.

22       MS. HERNANDEZ:  I'm sorry, Your Honor.  You

23   indicated one of the jurors -- we're going to have to lose

24   that jury -- juror.  I wasn't clear what we're doing -- are

25   we replacing that juror or how was the Court --

```
 1                    THE COURT:  Yes --
 2                    MS. HERNANDEZ:  -- going to --
 3                    THE COURT:  -- as we discussed, the first --
 4                    MS. HERNANDEZ:  Alternate.
 5                    THE COURT:  -- alternate will now be seated.
 6       Correct.  But note -- just so everyone's clear, the -- we
 7       will not move the position of the jurors or anything.  So we
 8       will have -- Chair 13 will simply -- we won't have a juror
 9       sitting in it.
10                    MS. HERNANDEZ:  Okay.  And I -- so with respect to
11       all the objections we've made to the slides and that type of
12       thing, will the Court accept those objections without having
13       to remake them during opening statements?
14                    THE COURT:  Yes, of course.
15                    MS. HERNANDEZ:  Okay.
16                    THE COURT:  You've objected and I've overruled
17       the -- to the extent I've not sided with you, I've overruled
18       the objection --
19                    MS. HERNANDEZ:  Okay.  I just --
20                    THE COURT:  -- you know?  There were a few things
21       where we had -- various parties were making adjustments to
22       what the slides said, including, as I recall, in your case,
23       there were one or two situations where there was a factual
24       question about whether someone was on a particular chain at
25       a particular time and I agreed with you.  I said, Look, if
```

1    it's inaccurate, you all have to get together and make sure

2    it's accurate, or any other objection that anyone made.

3    Yes, all your objections --

4            MS. HERNANDEZ:  Okay.

5            THE COURT:  --  are preserved.

6            MS. HERNANDEZ:  And on that one slide that I --

7    remember, there was -- I submitted something to the Court

8    yesterday morning and I was arguing over Slide -- it was

9    Slide -- the Government's arguing over Slide 36 and I'm

10   arguing over the exhibit itself.  It was one where I thought

11   it was inflammatory.  I don't know if the Court ever got to

12   review the actual item that I submitted to the Court.

13           THE COURT:  Maybe I'm confused.  I left our

14   discussion yesterday understanding that what you had

15   submitted was not something the Government was going to play

16   during their opening.

17           MS. HERNANDEZ:  Correct.

18           THE COURT:  Correct?  Okay.

19           MS. HERNANDEZ:  But it is a -- what they're going

20   to play during the opening is -- I don't want to -- I don't

21   know whether you'd describe it as part of -- it's almost --

22   it's shorter than what I was objecting, but a lot of the

23   same objections apply to that.  That's the only thing that

24   I'm not sure the -- I wasn't sure whether the Court

25   considered those objections.

```
1          THE COURT:  I considered your objections to the
2    things the Government represented they would use at opening.
3    I did not go back and look at what you submitted only
4    because it wasn't something that was teed up.  The
5    Government wasn't representing they were going to use it.
6          MS. HERNANDEZ:  Right.
7          THE COURT:  So your objections to all of it are
8    preserved.  With regard to the broader video, if they seek
9    to introduce that at some point in evidence, you can object
10   and I'll hear you.  I didn't look at it only because it
11   wasn't an issue for opening.
12         MS. HERNANDEZ:  But Your Honor did look at
13   Slide 36; is that what the Court --
14         THE COURT:  I did look at that.  Yes.
15         MS. HERNANDEZ:  Because -- and Slide 36 -- and I
16   hate to do this --
17         THE COURT:  Ms. Hernandez, no, no, no, no, no.
18   Your objection --
19         MS. HERNANDEZ:  There's something missing from
20   Slide 36.
21         THE COURT:  Ms. Hernandez, all I can tell you is
22   we -- I gave everyone lots of process on this.  I'm not
23   going to relitigate objections to it.  I read it.  I heard
24   you for quite a while on anything you wanted to be heard on,
25   but I've -- well, I haven't -- I've ruled that they can play
```

 1    it in their opening.

 2                MS. HERNANDEZ:  And I preserve my objections.  I

 3    think they're both -- they're inflammatory and irrelevant.

 4                THE COURT:  I understand.

 5                All right.  Let's bring in the jury.

 6                (Brief pause.)

 7                THE DEPUTY CLERK:  Jury panel.

 8                (Jury returned to jury box.)

 9                THE COURT:  You may be seated.

10                This is a criminal case entitled United States v.

11    Ethan Nordean, Joseph Biggs, Zachary Rehl, Enrique Tarrio,

12    and Dominic Pezzola.  All the defendants are charged with

13    three separate conspiracy counts:  Obstruction of an

14    official proceeding; destruction of government property; and

15    assault.  One defendant is charged with robbery of

16    government property.  The Government alleges that the

17    charges relate to the proceedings and events that took place

18    before Congress on January 6th, 2021.  All five defendants

19    have pleaded not guilty to all charges and they are presumed

20    innocent under the Constitution and laws of the United

21    States, and the Government bears the burden of proving each

22    defendant guilty beyond a reasonable doubt.

23                My name is Judge Kelly.  I want to thank -- first

24    of all, I want to announce, if it's not obvious to all of

25    you, that you have been selected to be the jury in our case.

1    I know this is a process that's -- takes some -- has taken

2    some time, involved a lot of waiting around for you all.

3            First, I want to thank you for your willingness to

4    serve on this case, and every case, and tell you that going

5    forward, we're -- all the -- both myself and all the lawyers

6    and all the parties in the case are going to really do our

7    best to respect your time.  We all do respect your time, and

8    we're going to do our best to not have -- to waste your time

9    and keep you waiting.  There are going to be legal issues

10   that come up from time to time that we'll have to discuss

11   outside your presence, but part of our process to this point

12   has been hopefully to minimize those issues as much as

13   possible.

14           Ms. -- at our first break, Ms. Harris and the

15   other court personnel will talk to you about procedures, how

16   to access the courthouse, and the like, as we proceed with

17   the trial.  But for now, what we're going to do is swear you

18   in, and then I'm going to give you some preliminary

19   instructions to, kind of, set the scene and explain some of

20   the basics of your roles as jurors.

21           Ms. Harris?

22           THE DEPUTY CLERK:  Will you please stand and raise

23   your right hand?

24           Do you, and each of you, solemnly swear or affirm

25   that you will well and truly try and true deliberance make

 1    between the United States and Ethan Nordean, Joseph R.

 2    Biggs, Zachary Rehl, Enrique Tarrio, and Dominic J. Pezzola,

 3    the defendants at the bar, and a true verdict render

 4    according to the evidence of [sic] the law?

 5            THE JURY:  We do.

 6            THE DEPUTY CLERK:  Thank you.  You may be seated.

 7            THE COURT:  All right.  So before we begin, I want

 8    to explain some of the legal rules that will be important in

 9    this trial.  I want to emphasize that my remarks to you

10    today are not meant to be a substitute for the detailed

11    instructions that I will give you at the end of the trial

12    just before you begin your deliberations.  These preliminary

13    instructions are intended to give you a sense of what will

14    be going on in the courtroom and what your responsibilities

15    as jurors will be.  When you took your seats, you probably

16    noticed that each of you had a notebook and pencil waiting

17    for you --

18            THE DEPUTY CLERK:  (Indicating.)

19            THE COURT:  No?  We don't -- we did -- Ms. Harris,

20    this is, maybe, the first thing that -- this is the first

21    time she's put a foot wrong in the time -- in the five years

22    we've worked together.  She's going to hand out those

23    notebooks and pencils right now.

24            This is because I permit jurors to take notes

25    during the trial, if they wish.  Whether you take notes or

3203

not is entirely up to you.  Many people find that taking notes helps them remember testimony and evidence.  Others find it distracts them from listening to the witnesses.  So it's up to you.  You will be permitted to take your notebooks back with you into the jury room during deliberations.  You should remember, however, that your notes are only an aid to your memory.  They are not evidence in the case and they should not replace your own memory of the evidence.  Those jurors who did not take notes should rely on their own memory of the evidence and should not be influenced by another juror's notes.

Now, other than your deliberations, the notebooks will remain locked in the courtroom during recesses and overnight.  You will not be able to take the notebooks with you as you come and go, and you will not be able to -- permitted to take them home with you overnight.

At the end of the trial, when you come back to the courtroom and deliver your verdict, your notebooks will be collected and the pages torn out and destroyed.  No one, including myself, will ever look at any notes you have taken, and so you may feel free to write whatever you wish.

You've probably noticed that there are now 15 of you sitting in the jury box.  Only 12 of you will retire to deliberate in this matter.  Before any of you even enter the courtroom, we randomly selected the alternates' seats.  I

1   will not disclose who the alternate jurors are until the end

2   of my final instructions just before you begin your

3   deliberations.  As any seat might turn out to be the

4   alternate seat, it's important that each of you think of

5   yourselves as regular jurors during this trial and that all

6   of you give this case your fullest and most serious

7   attention.

8          During the jury selection process, the parties,

9   lawyers, and potential witnesses were identified for you by

10  name.  If, at any time during the trial, you suddenly

11  realize that you might recognize or know any witness,

12  lawyer, or someone who is mentioned in the testimony or

13  evidence or anyone else connected with this case in any way,

14  you should raise your hand immediately and speak with me.

15         Now, let me explain briefly some of the procedures

16  we will follow and some of the rules of law that will be

17  important in this case.  This is a criminal case in which

18  the grand jury returned an indictment.  In the relevant

19  indictment, the grand jury charged all five defendants with

20  the following crimes:

21         Count 1, seditious conspiracy, in violation of 18

22  United States Code Section 2384; Count 2, conspiracy to

23  obstruct an official proceeding, in violation of 18 United

24  States Code Section 1512(k); Count 3, obstruction of an

25  official proceeding and aiding and abetting the same, in

1    violation of 18 United States Code Sections 1512(c)(2)

2    and 2; Count 4, conspiracy to prevent an officer from

3    discharging any duties, in violation of 18 United States

4    Code Section 372; Count 5, obstruction of a law enforcement

5    officer during a civil disorder and aiding and abetting the

6    same, in violation of 8 [sic] United States Code Section

7    231 -- Sections 231(a)(3) and 2; Counts 6 and 7, destruction

8    of government property and aiding and abetting the same, in

9    violation of 18 United States Code Sections 1361 and 2; and

10   Counts 8 and 9, assaulting, resisting, or impeding certain

11   officers, in violation of 18 United States Code

12   Section 111(a)(1).

13            Additionally, the indictment charges only

14   Defendant Pezzola with robbery of personal property of the

15   United States, in violation of 18 United States Code

16   Section 2112.

17            You should understand clearly that the indictment

18   is not evidence.  The indictment is just a formal way of

19   charging a person with a crime in order to bring him or her

20   to trial.  You must not think of the indictment as any

21   evidence of the guilt of the defendants or draw any

22   conclusion about the guilt of the defendants just because

23   they have been indicted.

24            At the end of the trial, you will have to decide

25   whether or not the evidence presented has convinced you

1   beyond a reasonable doubt that each defendant committed the

2   offenses with which he has been charged.

3         Every defendant in a criminal case is presumed to

4   be innocent.  This presumption of innocence remains with the

5   defendant throughout the trial, unless and until he is

6   proven guilty beyond a reasonable doubt.  The burden is on

7   the Government to prove the defendant guilty beyond a

8   reasonable doubt, and that burden never shifts throughout

9   the trial.  The law does not require a defendant to prove

10  his or her innocence or produce any evidence at all.

11        If you find that the Government has proven beyond

12  a reasonable doubt every element of a particular offense

13  with which a defendant is charged, it is your duty to find

14  that defendant guilty of the offense.  On the other hand, if

15  you find that the defendant [sic] has failed to prove any

16  element of a particular offense beyond a reasonable doubt

17  against the defendant, you must find that defendant not

18  guilty of that offense.

19        As I explain how the trial will proceed, I will

20  refer to the Government and to the defense or the

21  defendants.  When I mention the Government, I am referring

22  to the prosecutors, Erik Kenerson, Jason McCullough, Nadia

23  Moore, and Conor Mulroe; when I mention the defendants or

24  the defense, I'm referring collectively to Mr. Nordean and

25  his attorneys, Mr. Nicholas Smith and Mr. David Smith;

1    Mr. Biggs and his attorney, Mr. Hull; Mr. Rehl and his

2    attorney, Ms. Hernandez; Mr. Tarrio and his attorneys

3    Mr. Hassan and Mr. Jauregui; and Mr. Pezzola and his

4    attorneys, Mr. Metcalf and Mr. Roots.

5        Both sides have a number of other individuals

6    assisting them with the case, including paralegals, clerks,

7    other lawyers, and, in the case of the Government, FBI

8    agents.  Those individuals will sometimes be sitting at the

9    table with the other lawyers and sometimes in the benches

10   behind them.  To make the presentation of evidence more

11   efficient from you -- for you, those other individuals, and

12   sometimes even one of the prosecutors or defense lawyers,

13   will be doing work related to this case outside the

14   courtroom.  Do not make any assumptions or hold against any

15   party the fact that you sometimes see them or members of

16   their team here in the courtroom and sometimes you don't.

17       At the first step in this trial, the Government

18   and the defendants will have an opportunity to make opening

19   statements.  The defendants may make opening statements

20   immediately after the Government's opening statement or they

21   may wait until the beginning of their cases or they may

22   choose not to make an opening statement at all.  You should

23   understand, again, that the opening statements are not

24   evidence.  They are only intended to help you understand the

25   evidence that the lawyers expect will be introduced.

1          After the opening statement or statements, the
2     Government will put on what is called its case in chief.
3     That means that the Government will call witnesses to the
4     witness stand and ask them questions.  This is called direct
5     examination.  When the Government is finished, the
6     defendants may ask questions.  This is called
7     cross-examination.  When the defendants are finished, the
8     Government may have a brief redirect examination.  And after
9     the Government presents its evidence, the defendants may
10    each present evidence, but they are not required to do so.
11    As I mentioned a moment ago, the law does not require a
12    defendant to prove his or her innocence or produce any
13    evidence.
14          If a defendant does put on evidence, defense
15    counsel will call witnesses to the stand and ask questions
16    on direct examination.  The prosecutors will cross-examine
17    and the defense counsel may have brief redirect examination.
18    When all the defendants are finished, the Government may
19    offer a rebuttal case which would operate along the same
20    lines as its case in chief.
21          At the end of the evidence, I will tell you in
22    detail about the rules of law that you must follow when you
23    consider what your verdicts shall be; then each side will
24    have the opportunity to make a closing argument in support
25    of its case.  The lawyers' closing arguments, just like

1    their opening statements, are not evidence in the case.

2    They are only intended to help you understand the evidence

3    and what each side claims the evidence shows.

4        Finally, at the end of the closing arguments, I

5    will have a few additional instructions for you before you

6    begin your deliberations.  Your verdicts must be unanimous;

7    that is, all 12 jurors must agree on the verdicts.

8        I want to briefly describe my responsibilities as

9    the judge and your responsibilities as the jury.  My

10   responsibility is to conduct this trial in an orderly, fair,

11   and efficient manner; to rule on legal questions that come

12   up in the course of the trial; and to instruct you about the

13   law that applies in this case.  It is your sworn duty as

14   jurors to accept and apply the law as I state it to you.

15   Your responsibility as jurors is to determine the facts in

16   this case.  You, and only you, are the judges of the facts.

17   You alone determine the weight, the effect, and the value of

18   the evidence as well as the credibility or believability of

19   the witnesses.  You must consider and weigh the testimony of

20   all witnesses who appear before you.  You alone must decide

21   the extent to which you believe any witness.

22       You must pay very careful attention to the

23   testimony of all the witnesses, because you will not have

24   any transcripts or summaries of the testimony available to

25   you during your deliberations.  You will have to rely

1    entirely on your memory and your notes, if you choose to

2    take any.

3          During this trial, I may rule on motions and

4    objections by the lawyers, make comments to the lawyers,

5    question -- I may question the witnesses, and I will

6    instruct you on the law.  You should not take any of my

7    statements or actions as any indication of my opinion about

8    how you should decide the facts.  If you think that,

9    somehow, I have expressed or even hinted at any opinion of

10   the facts of this case, you should disregard it.  The

11   verdict in this case is your sole and exclusive

12   responsibility.

13         You may consider only the evidence properly

14   admitted in this case.  That evidence includes the sworn

15   testimony of witnesses and exhibits that are admitted into

16   evidence.

17         Sometimes a lawyer's question suggests the

18   existence of a fact, but the lawyer's question alone is not

19   evidence.  If the evidence includes anything other than

20   testimony and exhibits, I will instruct you about these

21   other types of evidence when they are admitted during the

22   trial.

23         During the trial, if the Court or a lawyer makes a

24   statement and asks a question that refers to evidence that

25   you remember differently, you should rile -- rely on your

1    memory of the evidence during your deliberations.

2           The lawyers may object when the other side asks a

3    question, makes an argument, or offers evidence that the

4    objecting lawyer believes is not properly admissible.  You

5    must not hold such objections against the lawyer who makes

6    them or the party that he or she represents.  It's the

7    lawyer's responsibility to object to evidence that they

8    believe is not admissible.

9           If I substain [sic] -- if I sustain an objection

10   to a question asked by a lawyer, the question must be

11   withdrawn and you must not guess or speculate what the

12   answer to the question would have been.  If a question is

13   asked and answered and I rule that the answer should be

14   stricken from the record, you must disregard both the

15   question and the answer in your deliberations.  You should

16   follow this same rule if any of these exhibits are stricken.

17          You are not permitted to discuss this case with

18   anyone until the case is submitted to you for your decision

19   at the end of my final instructions.  This means that until

20   the case is submitted to you, you may not talk about it even

21   with your fellow jurors.  This is because we don't want you

22   making decisions until you've heard all the evidence and my

23   instructions of law.  In addition, you may not talk about

24   the case with anyone else.  It should go without saying that

25   you may not -- and you've heard me -- all heard me say this

1    before.  It should go without saying that you may also not

2    write about the case electronically through any blog,

3    posting, or other communication, including social networking

4    sites such as Facebook and Twitter, and many more sites that

5    are more recently created than those two, until you've

6    delivered your verdict and the case is over.  This is

7    because you must decide the case based on what happens here

8    in the courtroom and not upon -- not on what someone may or

9    may not tell you outside the courtroom.

10            You know, I'm sure that when we take our first

11    recess, you will call home or work and -- you will want to

12    call home and work and tell them that you've been selected

13    for a jury.  They'll undoubtedly ask, What kind of case are

14    you on?  You can tell them it's a criminal case, but nothing

15    else.  When the case is over, you may discuss any part of it

16    with anyone you wish, but until then, you may not do so.

17            Although it is a natural human tendency to talk

18    with people with whom you come into contact, you must not

19    talk to any of the parties or their attorneys or any

20    witnesses in this case during the time you serve on the

21    jury.  If you encounter anyone connected with the case

22    outside the courtroom, you should avoid having any

23    conversation with them, overhearing their conversation, or

24    having any contact with them at all.  For example, if you

25    find yourself in a courthouse corridor, elevator, or any

1    other location where the case is being discussed by

2    attorneys, parties, witnesses, or anyone else, you should

3    immediately leave the area to avoid hearing such

4    discussions.  If you do overhear a discussion about the

5    case, you should report that to me as soon as you can.

6           Finally, if you see any of the attorneys or

7    witnesses involved in the case and they turn and walk away

8    from you, they're not being rude; they're merely following

9    this same instruction that I gave them.

10           Now, it's very unlikely, but if someone tries to

11    talk with you about the case, you should refuse to do so and

12    immediately let me know by telling Ms. Harris.  Don't tell

13    the other jurors; just let me know and we'll address it.

14           Between now and when you are discharged with the

15    duty -- with -- from jury duty, then, you must not provide

16    or receive from anyone, including friends, coworkers, family

17    members, any information about your jury service.  You can

18    tell those who need to know, of course, where you are, that

19    you've been picked for a jury, how long the case may take,

20    and all the like, but don't talk to anyone, again, about the

21    case itself or the people involved in the case.

22           You must also warn people not to try to -- not to

23    try to say anything to you or write to you about your jury

24    service in the case.  That includes face to face, phone, or

25    computer communications.

1              So to return to this topic one more time, in the

2       age of electronic communication, I want to stress that you

3       must not use electronic devices or computers to talk about

4       this case, including Tweeting, texting, blogging, emailing,

5       posting information on a website or chat room or any other

6       means at all.  Do not send or accept messages, including

7       email and text messages, about your jury service.  You must

8       not disclose your thoughts about your jury service or ask --

9       or ask for advice about how to decide any issue in the case.

10             You must decide the facts based on the evidence

11      presented in court and according to the legal principles

12      about which I will instruct you.  You are not permitted

13      during the course of the trial to conduct any independent

14      investigation or research about the case.  That means, for

15      example, you can't use the Internet to do research about the

16      facts or the law or people involved in the case.  Research

17      includes something even as simple or seemingly harmless as

18      using the Internet to look up a legal term or to try to look

19      at a satellite photo of some relevant location.  So I want

20      to just explain to you the reasons why you shouldn't conduct

21      your own investigation.

22             All parties have a right to have the case decided

23      only on evidence and legal rules that they know about and

24      that they have a chance to respond to.  Relying on

25      information you get outside the courtroom is unfair because

1    the parties would not have a chance to refute, correct, or

2    explain it.  Unfortunately, also, information we get over

3    the Internet or from other sources may be -- I know this is

4    shocking -- incomplete or misleading or just plain wrong.

5    It is up to you to decide whether to credit any of the

6    evidence presented in court, and only the evidence presented

7    in court may be considered.  If evidence or legal

8    information has not been presented in court, you cannot

9    consider it or rely on it.

10              Moreover, if any of you do your own research about

11   the facts and the law, this would result in different jurors

12   basing their decisions on different information.  Each juror

13   must make his or her decision based on the same evidence and

14   under the same rules.

15              In this case, there will be -- very likely be

16   reports in the newspaper or on the radio or Internet or

17   television while the trial is ongoing.  You may be tempted

18   to read, listen to, or watch those reports, but you're going

19   to be not surprised to hear me say you must not read, listen

20   to, or watch such reports because, again, you must decide

21   this case solely on the evidence presented in this

22   courtroom.  If anybody -- if any publicity about this trial

23   inadvertently comes to your attention, do not discuss it

24   with the other jurors or with anyone else.  Let Ms. Harris

25   know and we can briefly discuss it with you.

1          After I submit the case to you, you may discuss it

2     only when I instruct you to do so and only in the jury room

3     and only in the presence of all your other fellow jurors.

4     It's important that you keep an open mind and not decide any

5     issue in the case until I submit the entire case to you with

6     my final instructions.

7          And with that, my preliminary instructions to you

8     are complete.

9          So we're going to press pause just briefly so you

10    can -- you all can get some additional instructions, I can

11    work one or two things out with the lawyers, and we'll come

12    back shortly and begin with opening statements.  Let me,

13    again, thank you for your willingness to serve and we'll see

14    you shortly.

15          (Jury returned to jury room.)

16          THE COURT:  You may be seated.

17          How long -- I know I said I would give you this

18    opportunity to talk about the rule on witnesses issue.  Are

19    there any technical issues that -- I guess it's the

20    Government -- the -- that the Government needs a moment to

21    work out or are you set to go?

22          MR. MCCULLOUGH:  Your Honor, I'll just need a few

23    minutes to connect the laptop and make sure the sound and

24    video are playing.  And I'll also need the lapel mic.

25    Otherwise --

```
 1              THE COURT:  All right.  So --
 2              MR. SMITH:  Your Honor, we also need a mic -- a
 3    traditional mic on the lectern, I believe.  It -- once -- we
 4    just want to make sure that once Mr. McCullough is finished,
 5    that there will be a standard mic as opposed to a lapel mic
 6    that's on the lectern.  Mr. Kramer just advised that it
 7    would be.
 8              THE COURT:  Okay.
 9              MR. SMITH:  So I -- but I don't know.
10              THE COURT:  When you say he just advised,
11    meaning --
12              MR. SMITH:  By email, Your Honor.
13              THE COURT:  Today?
14              MR. SMITH:  This, you know -- probably 15 minutes
15    ago.
16              THE COURT:  All right.  All right.  We'll take a
17    quick -- we'll give you a moment.  We'll -- so I'll take --
18    let's do this.  I'm going to take 10 minutes.  We'll let you
19    all discuss the rule on witnesses.  We'll talk -- we'll --
20    and we'll have that account for the different technical
21    issues.
22              MR. SMITH:  Your Honor, the other issue is, if the
23    Government begins in about 10 or 15 minutes, I understand --
24    Mr. McCullough might correct me -- that they're going to be
25    taking a little over an hour.  So that would bring us to,
```

```
 1    you know, around 12:15.  And then, you know, the defendants
 2    would have the choice of dragging the jurors through the
 3    lunch period or waiting.  So --
 4              THE COURT:  Well, you really wouldn't have the
 5    choice because we bring in lunch for them at a set time.
 6    So -- and that set time, as, I think, in the order I
 7    mentioned, is 12:30.  So that will -- that will work well.
 8    I mean, they'll -- we'll -- we should wrap up -- I mean,
 9    depending upon how long we have to wait here and send them
10    to lunch.
11              MR. SMITH:  So Your Honor, just to be clear, so if
12    the Government were to go until, let's say, 12:15, then
13    would you have -- you're not proposing to have the
14    defendants start for 15 minutes and then break for lunch?
15              THE COURT:  No.
16              MR. SMITH:  So we'll just break and come back?
17              THE COURT:  Yeah.
18              MR. SMITH:  And do we -- let's say the Government
19    were to end at 11:50.
20              THE COURT:  Let's, you know -- we can sit here and
21    talk about hypotheticals all day.  I'll address it as it
22    comes.  All right?
23              MR. SMITH:  Okay.  Thank you, Your Honor.
24              THE COURT:  All right.  So let's take 10 minutes.
25              (Brief recess taken.)
```

```
 1              THE DEPUTY CLERK:  Your Honor, we're back on the

 2     record in Criminal Matter 21-175, United States of

 3     America v. Ethan Nordean, et al.

 4              THE COURT:  All right.  Are we all straight on the

 5     rule on witnesses and technology?

 6              MR. KENERSON:  I believe so, Your Honor.  I think

 7     Ms. Hernandez had requested that Mr. Rehl's wife be

 8     permitted to be in throughout all the openings, not just the

 9     defense, and the Government does not object to that.

10              THE COURT:  All right.  Very well.

11              MS. HERNANDEZ:  Thank you.

12              THE COURT:  Let's bring in the jury.

13              MR. MCCULLOUGH:  Your Honor, I did just want to

14     test -- now that the room is quiet, we wanted to test this

15     mic and make sure that this was projecting properly.

16              THE DEPUTY CLERK:  It is.

17              THE COURT:  It sounds good to me.

18              MR. SMITH:  We can hear you, Mr. McCullough, loud

19     and clear.

20              THE COURT:  Yeah, I can -- yeah.  No, we've, you

21     know -- we've had a too -- a, you know, not-too-hot and

22     not-too-cold issue with the microphones and how close your

23     mouth can be to them in this case, but it sounds good to me.

24              (Brief pause.)

25              THE DEPUTY CLERK:  Jury panel.
```

1          (Jury returned to jury box.)

2          THE COURT:  You may be seated.

3          Ladies and gentlemen, it's time for the opening

4    statements in this case.  So I'll turn first to the

5    Government and ask them to address you with their opening

6    statement.

7          MR. MCCULLOUGH:  Every four years, our nation

8    holds an election to determine the next President of the

9    United States.  And every four years, we count the votes and

10   we determine the winner.  Throughout the course of our

11   nation's history, our citizens have witnessed the peaceful

12   transfer of power after each election.  One president called

13   it nothing less than a miracle that we simply pass the most

14   powerful job in our country from person to person without

15   violence.

16          On January 6th, 2021, these men, Enrique Tarrio,

17   Ethan Nordean, Joe Biggs, Zachary Rehl, and Dominic Pezzola,

18   sought to change that history.  In the days after the

19   election, these men began calling for action, calling for

20   war if their favorite candidate was not reelected.  And when

21   it became clear that Donald Trump would be voted out of

22   office, these men did not stand back.  They did not stand

23   by.  Instead, they mobilized.

24          Led by Enrique Tarrio, these men joined together

25   and agreed to use any means necessary, including force, to

1    stop Congress from certifying the election and declaring Joe

2    Biden the winner.  And they recruited scores of other men to

3    assist them.  On January 6th, they took aim at the heart of

4    our democracy.

5            Ethan Nordean, circled in red; Joe Biggs, circled

6    in blue; and Zachary Rehl, circled in yellow, led a march to

7    the Capitol with a force of nearly 200 under their command.

8            (Video played.)

9            This group was part of the first wave to surge on

10    the Capitol Grounds.  Once they were on Capitol Grounds,

11    they fanned out, standing opposite a line of officers and

12    they defied efforts to disperse the crowd and they continued

13    to move forward until they had entered the building, because

14    they had agreed to use any means necessary, including force,

15    to stop Congress from certifying the election.

16            At 2:12 p.m., Dominic Pezzola, using a stolen

17    police riot shield, busted out two windows of the Capitol.

18    This was the first point of access to the building.  And

19    Dominic Pezzola, Joe Biggs, and others poured inside.

20            Within minutes, Congress was forced to stop its

21    proceedings.  The transfer of power from Donald Trump to Joe

22    Biden was stopped at the hand of these defendants.  And

23    before they realized how much trouble they were in, they

24    celebrated their group's accomplishment.

25            At 2:40 p.m., just minutes after Congress had been

1    forced to cease its proceedings, Enrique Tarrio sent a

2    private encrypted message to other members, to other Proud

3    Boys, and he told them, Make no mistake, we did this.  Those

4    are his words, his thoughts, just minutes after Congress had

5    been forced to stop its work.  They did what they had set

6    out to do.

7          Enrique Tarrio's men, they claimed credit, as

8    well.  Zachary Rehl entered the building and he celebrated

9    with other men.  And with the Court's permission, I will

10   share with you these men's words.  And it includes some foul

11   language, but you need to hear the words of the defendants

12   themselves.  Zach Rehl posted a message the next day to the

13   other men and he said, I'm proud as fuck at what we

14   accomplished yesterday.

15         Dominic Pezzola echoed the same sense of group

16   accomplishment.  He filmed himself inside the building and

17   he said, I knew we could take this motherfucker over if we

18   just tried hard enough.

19         So too with Joe Biggs and Ethan Nordean.  Joe

20   Biggs filmed himself and Ethan Nordean on the lawn of the

21   Capitol during the attack.  And Joe Biggs said, We just

22   stormed the fucking Capitol.  And he went on to say,

23   January 6th will be a day in infamy.  That description, a

24   day in infamy, that was how President Roosevelt described

25   the attack on Pearl Harbor that launched us into

1    World War II.  Those were the specific words that Joe Biggs

2    used to describe this moment.  These defendants believed

3    that it was their mission to use force to keep Donald Trump

4    in office.  And as you will see, the defendants' mission

5    threatened the very foundations of our government.

6            These defendants are members of an organization

7    known as the Proud Boys.  It's a group that was formed in

8    2016, and under the direction of Enrique Tarrio, the

9    organization had become more visible and more active

10   throughout 2020.  In the months leading up to the 2020

11   election, the Proud Boys became known for showing up at

12   public demonstrations in large numbers dressed in their

13   colors of black and yellow.  The group's public profile had

14   exploded in September of 2020.  During a presidential

15   debate, Joe Biden had challenged Donald Trump to condemn the

16   Proud Boys.  And Donald Trump told the Proud Boys to stand

17   back and stand by.

18            (Video played.)

19            As you heard President Trump say, Someone needs to

20   do something about Antifa.  And in that moment, some battle

21   lines were drawn:  President Trump was for the Proud Boys

22   and Joe Biden was for Antifa.

23            Now, it's important for you to know that the Proud

24   Boys organization is not on trial today.  Many Proud Boys,

25   even if they were angry or upset about the election, they

1      took no part in the crimes committed at the Capitol on

2      January 6th.  But you're going to hear the Proud Boys and

3      their slogans and their sayings and their symbols throughout

4      this trial because this case is about these Proud Boys and

5      how these Proud Boys used their status within the

6      organization and their relationship with others to bring

7      about the crimes at the Capitol on January 6th.

8              The leader of the conspiracy to stop the

9      certification is Enrique Tarrio.  He's seated there second

10     from the left with the glasses and the dark beard.  He's the

11     chairman of the Proud Boys and he lives in Miami, Florida,

12     and he refers to himself as Noble Lead.  You will learn that

13     in the preparation for January 6th, Enrique Tarrio created a

14     new chapter within the Proud Boys.  Enrique Tarrio called

15     that new chapter the Ministry of Self-Defense.  And the

16     Ministry of Self-Defense had a hierarchy for leadership.

17     And as with all things with Enrique Tarrio, he was the

18     leader.  And in this trial, we will show you that the term

19     "Ministry of Self-Defense" was just an effort by Enrique

20     Tarrio to manipulate public perception.  As the evidence

21     will show, Enrique Tarrio was a master at creating the

22     public perception that put himself and his men in the best

23     possible light, and it kept his men out of trouble.

24             The leaders on the ground on January 6th were

25     three of Enrique Tarrio's most trusted men: Ethan Nordean,

1    Joe Biggs, and Zachary Rehl.  Ethan Nordean is a Proud Boys

2    member from Washington State.  He's seated in the middle

3    there with the glasses.  He refers to himself as Rufio

4    Panman or just Rufio.  And Enrique Tarrio chose Ethan

5    Nordean to help him lead this new chapter.

6           Joe Biggs is a Proud Boys member from Orlando.

7    He's seated there with the black-framed glasses and the

8    silver hair, the far right.  Joe Biggs is a former Army

9    sergeant, and that experience prepared him to organize and

10   lead men.  And Joe Biggs rounded out the senior leadership

11   of this new chapter.

12          Zachary Rehl is a Proud Boys member from

13   Philadelphia.  He's seated on the far left.  He's

14   clean-shaven in a suit.  His screen name is Captain Trump.

15   And as one of the next tier of operational leaders, Zachary

16   Rehl organized men and equipment as they prepared to return

17   on January 6th.

18          And during the course of this trial, you'll hear

19   about other men that Enrique Tarrio chose to lead this new

20   chapter, and you may hear those other leaders referred to as

21   co-conspirators.  That's a way of saying that they were part

22   of the same criminal agreement to organize and agree to use

23   any means necessary, including force, to stop the transfer

24   of power.  Some of those co-conspirators were at the Capitol

25   on January 6th and others were not present.  They would give

1   guidance and direction from off-site locations.

2           John Stewart is a Proud Boy from Harrisburg,

3   Pennsylvania.  He's also known as Johnny Blackbeard.  Like

4   Zach Rehl, he was an operational leader.  John Stewart was

5   not present at the Capitol on January 6th, but you will see

6   that his words helped guide and direct the members on the

7   ground.

8           Jeremy Bertino is a Proud Boys member from the

9   Carolinas.  He is also known as Noble Beard.  He was

10  assigned a position in the next tier of leadership, the

11  so-called regional leads.  On January 6th, Jeremy Bertino

12  encouraged the men that they had assembled to keep pushing.

13          Charles Donohoe is a Proud Boys member from North

14  Carolina.  He's also known as Yut Yut Cowabunga or just

15  Yut Yut.  A former marine, he was on the ground on

16  January 6th.  And his actions on the ground helped bring

17  about the group's success.

18          These were the leaders of the attack on the

19  Capitol.  And these leaders recruited other men to help them

20  achieve their goal.  Dominic Pezzola is one such recruit.

21  He's a Proud Boys member from Upstate New York.  And he's

22  seated there second from the right in the salt and pepper

23  hair.  It's combed back.  Dominic Pezzola is referred to in

24  messages as Spaz or Spazzo.  Dominic Pezzola was a former

25  marine, and you'll see that he treated the Proud Boys like

1    the military.  He was recruited into Enrique Tarrio's

2    special chapter and he willingly and enthusiastically

3    joined, and even though he was a newer member of the Proud

4    Boys, he was considered by some to be a rising star.

5            On December 31st, just a few days before

6    January 6th, Enrique Tarrio featured Dominic Pezzola in a

7    public post and he captured [sic] that post Lords of War #J6

8    #J20, a post that hinted at what these men were up to, #J6

9    to refer to January 6th, the date that Congress was

10   scheduled to certify the election; and #J20 to refer to

11   January 20th, the date of the presidential inauguration.

12   And that's exactly how this played out.  These lords of war

13   joined together to stop the transfer of presidential power.

14           By January 6th, 2021, all five of these defendants

15   had joined in an agreement to use any means necessary, up to

16   and including force, to stop Congress from certifying the

17   election.  They had joined a conspiracy.

18           Now, "conspiracy" sounds like something that's

19   complicated, but it's not.  A conspiracy is just an

20   agreement, but unlike the agreements that you might form, a

21   criminal conspiracy is an agreement to do something illegal,

22   but it's just an agreement and it forms in the same way as

23   any other agreement.  Two or more people get together and

24   through their words, actions, and experience with one

25   another, they reach a common understanding.  Someone may

1    come along later and learn what the men are doing and they

2    may join that agreement.

3         You form agreements all the time in your life.

4    And you know that when you form an agreement, it can look a

5    lot of different ways.  With people you don't know well, you

6    work out all the details.  With people you know well, it may

7    take only a few words.  And under the law of conspiracy, it

8    does not matter if a defendant was at the Capitol on

9    January 6th.  That's because the crime is in agreeing to the

10   criminal objective, whenever that agreement should form.

11   And by the end of the day on January 6th, these five

12   defendants had agreed to use any means necessary, including

13   force, to stop Congress from transferring power from Joe

14   Biden -- from Donald Trump to Joe Biden.

15        Now, the transfer of power stems from the 2020

16   presidential election that took place on November 3rd, 2020.

17   And from the outset, the defendants believed that the

18   election had been stolen.  On November 4th, Joe Biggs posted

19   a message on social media reacting to the initial results:

20        (Video played.)

21        You're probably going to have a civil war now.

22   And the next day, he put a finer point on what he meant.  He

23   posted, It's time for fucking war if they steal this shit.

24        By Saturday, November 7th, most major outlets were

25   calling the election for Joe Biden.  And in public and

1    private messages, Enrique Tarrio mobilized his followers to

2    action.

3            On November 14th, 2020, President Trump held an

4    election-related rally here in D.C.  Enrique Tarrio traveled

5    to that rally and he posted himself -- he posted a picture

6    of himself en route to that rally and he captioned it, Can

7    of whoop ass is in [sic] route to D.C.

8            During that November rally, the Proud Boys made

9    their presence seen and heard throughout downtown D.C.  Joe

10   Biggs was not present for the November rally, but he used

11   his social media platform to promote the group's activities.

12   At 2:12 a.m., Joe Biggs posted, Just spoke with

13   @Noble Lead -- that's Enrique Tarrio -- and he says that

14   Proud Boys had one hell of a day.  In self-defense, they

15   whipped commie ass and were victorious.

16           Just two minutes later, Ethan Nordean posted a

17   similar message.  He wrote, Proud Boys killed it in D.C.

18   today.  Antifa and BLM got tossed all over the place.  We

19   need to all come together and run these scumbags out of our

20   cities and anyone supporting them.  POYB.  POYB or, as they

21   say, proud of your boy.  And that's a phrase you will hear

22   throughout this trial.

23           You'll also notice that in some of the messages

24   that you see throughout this trial and in this opening

25   statement, that there are some typos in the quoted language.

 1    We've copied the language that they have used and we've not

 2    tried to clean it up.  So you'll see that sometimes, such as

 3    this case where Ethan Nordean posted "if" when he probably

 4    meant "of."

 5              Zachary Rehl also posted messages declaring the

 6    group's participation in the November rally.  One such post

 7    was an edited video that featured scenes of violence.

 8              (Video played.)

 9              This was the image that these defendants sought to

10    promote in their fight to keep Donald Trump in office.

11    Despite the protests in D.C. in November of 2020, all signs

12    continued to point to Donald Trump being forced out of

13    office.  And Enrique Tarrio believed that a Biden presidency

14    was a threat to the Proud Boys' existence, and he vowed to

15    use the Proud Boys to fight back.

16              On November 16th, he said, If Biden steals this

17    election, the Proud Boys will be political prisoners.  We

18    won't go quietly.  I promise.

19              These defendants were not going to let Joe Biden

20    become president without a fight.  They saw the world

21    separating into two camps.  Those who were against them,

22    they were enemies or traitors.  As Ethan Nordean posted on

23    November 27th, The spirit of 1776 has resurfaced and has

24    created groups like the Proud Boys and we will not be

25    extinguished.  Good luck to all you traitors of this country

1    we so deeply love.  You're going to need it.

2            Zach Rehl echoed the same sentiment on the same

3    day.  He posted, Hopefully the firing squads are for the

4    traitors that are trying to steal this election from the

5    American people.

6            A second election-related rally was scheduled for

7    December 2020.  And this time, all the defendants were

8    present.  Dominic Pezzola had joined the Proud Boys in

9    November of 2020 and he wanted to make a name for himself.

10   And during the December 12th rally in Washington, D.C.,

11   Dominic Pezzola positioned himself close to leadership.

12   There's Dominic Pezzola circled in green and he's leading at

13   the front with Enrique Tarrio and Zach Rehl.  There's

14   Dominic Pezzola, again, circled in green, this time at the

15   front with Enrique Tarrio and Ethan Nordean.

16           Now, the events of the December 12th rally provide

17   critical context for these defendants' return to Washington,

18   D.C. on January 6th.  It explains part of their motivation

19   to return.  Two events in particular set these men on a path

20   towards seditious conspiracy.  On the night of

21   December 12th, a large group of Proud Boys was in downtown

22   D.C.  And during an altercation, four members of the Proud

23   Boys were stabbed.  One of those men was Jeremy Bertino.

24   He's one of the leaders -- a man who would become a leader

25   of the Ministry of Self-Defense.  Enrique Tarrio, Ethan

1    Nordean, and Joe Biggs would use this as a rallying cry.  In

2    their view, the D.C. police had let the stabber go.  And

3    they believed that this showed that law enforcement in D.C.

4    had sided against the Proud Boys and with Antifa.

5          Also on the night of December 12th, a group of

6    Proud Boys participated in an act of vandalism in downtown

7    D.C.  Enrique Tarrio joined his men after they had taken

8    down a sign and they lit that sign on fire.

9          (Video played.)

10         There's Enrique Tarrio circled in black.  Enrique

11   Tarrio learned that law enforcement -- this act was under

12   investigation by law enforcement.  And he later learned that

13   he would likely be arrested for that.

14         These two events, the stabbings and the likely

15   arrest of Enrique Tarrio, they enraged these defendants.  To

16   these defendants, it was proof that a Biden

17   administration -- that law enforcement in D.C. had already

18   prepared itself for the incoming Biden administration.

19         President Trump had only weeks left in office and

20   his chances of remaining in office were getting slimmer by

21   the day.  Only one final step remained in the process of

22   certifying the election: January 6th.  Now, as Americans, we

23   know that every four years, we vote for the president, and

24   on election night and sleepless nights that follow, we stare

25   at the screen and we watch the map turn red or blue, but the

1    media does not decide the election.  Congress does.  And by

2    law, the election is not certified -- the votes cannot be

3    certified until Congress says so.  That's not just a

4    practice or a tradition.  That is required under the

5    Constitution of the United States.  And our laws are even

6    more specific than that.  They say that Congress must meet

7    at the Capitol on January 6th at 1:00 p.m., and until

8    Congress acts, the election is not final.  These defendants

9    took aim at that process and they prepared a fighting force

10   to disrupt that process and stop the transfer of power from

11   Donald Trump to Joe Biden.

12           On December 19th at 1:42 a.m., Donald Trump

13   announced plans for a return to Washington, D.C., and

14   another rally on January 6th.  As he said, Big protest in

15   D.C. on January 6th.  Be there; will be wild.

16           To Enrique Tarrio, the time for standing back and

17   standing by was over.  It was time to mobilize.  And just a

18   few hours later, he and Joe Biggs exchanged messages.  Joe

19   Biggs told Enrique Tarrio, Let's get radical and get real

20   men.  No one looks at us from our side and sees a drinking

21   club.  They see men who stand up and fight.

22           The next day, Enrique Tarrio created the Ministry

23   of Self-Defense.  He hand-picked his leadership team, men he

24   trusted, like Ethan Nordean, Joe Biggs, Zachary Rehl, John

25   Stewart, Jeremy Bertino, and Charles Donohoe.  And in

1   finalizing arrangements for the new chapter, he sent a

2   message to some other individuals in the Proud Boys.  He

3   told them, Whispers, 1776, hinting at what this was all

4   about.  Whispers, as in this is a secret; and 1776, as in

5   revolution.

6           Enrique Tarrio did not create the Ministry of

7   Self-Defense to unleash a can of whoop ass against Antifa.

8   The purpose for returning to D.C. was clear.  They were

9   coming to stop Congress from certifying the election for Joe

10  Biden.  As Enrique Tarrio explained in his posts on

11  January 1st, Let's bring in -- let's bring this new year

12  with one word in mind: revolt.  And then later that day, New

13  Year's revolution.

14          Joe Biggs advanced a similar theme the following

15  day.  He posted, Every lawmaker who breaks their own stupid

16  fucking laws should be dragged out of office and hung.  The

17  government should fear the people, not the other way around.

18          And Ethan Nordean echoed a similar view.  On

19  December 31st in a podcast that was broadcast online, Ethan

20  Nordean described the use of force against police and

21  government officials who were, in his view, breaking the

22  law.

23          (Video played.)

24          The organized part of our -- the organized militia

25  part of our freaking Constitution.

1          By January 1st, the leaders of the Ministry of

2     Self-Defense had hand-picked their recruits.  Recruits were

3     told to complete an application form.  And among other

4     things, the application form sought to confirm from the

5     recruits that they would follow the code.  That code, total

6     secrecy.  As explained to them on numerous occasions,

7     Everything that is spoken within this chapter will remain

8     private.

9          Two, adherence to leadership.  As the men were

10    told, This chapter will need your full cooperation for the

11    safety of your brothers.

12         And fighting in only self-defense.  As they said,

13    I will always act in self-defense and I will never initiate

14    a confrontation.  The leaders regularly summed it up for

15    their recruits.  As they would say often, fit in or fuck

16    off.  In other words, stay quiet and do what we tell you to

17    do.  And you will see that on January 6th, their men did as

18    they were instructed to do and they followed the leaders.

19         Encrypted message groups were created so that the

20    leaders and the recruits could begin to prepare for the

21    return to Washington, D.C.  And the recruits of the Ministry

22    of Self-Defense explicitly discussed storming the Capitol.

23    And despite the moniker "Ministry of Self-Defense," these

24    discussions were never discouraged.

25         Here, on January 4th, you see an exchange between

1    one such recruit.  He said, What would they do if 1 million

2    patriots stormed and took the Capitol Building?  Shoot into

3    the crowd?  I think not.

4         And in response, Operational Leader John Stewart

5    replied, They would do nothing because they can do nothing.

6         For messages like this one and others, Enrique

7    Tarrio and the other leaders understood that the recruits

8    were prepared to use any means necessary, including force,

9    to stop the transfer of power.  And the leaders also shared

10    this understanding.  In one exchange on January 3rd and 4th,

11    the leaders were discussing an operational plan for

12    January 6th.  And you will hear John Stewart describe where

13    the operating theater should be.

14         (Audio played.)

15         After some additional discussion, Enrique Tarrio

16    responded.  And he said, I didn't hear this voice note until

17    now.  You want to storm the Capitol.

18         (Audio played.)

19         In some situations in life, you have to guess at

20    whether people mean what they say, but sometimes people do

21    exactly what they say they will do.  In this trial, you

22    won't have to guess.

23         When Enrique Tarrio arrived in D.C. on

24    January 4th, he was arrested for the sign burning.  And when

25    his fellow leaders learned of the arrest, they scurried to

1    delete message groups that Enrique Tarrio had been a part

2    of.  Why would they take that action?  The men understood

3    that they had been discussing criminal activity.  And you

4    will see extensive discussions among the men about how to

5    scrub the chat of any incriminating conversations.

6         As the defendants knew and as one of them voiced,

7    law enforcement might have a warrant for his phone.  They

8    were right.  Law enforcement did have a warrant for his

9    phone.  And in this trial, you will learn that some messages

10   were only recovered from certain devices, including some

11   that were only recovered from the device of Enrique Tarrio.

12        Enrique Tarrio was released from jail on

13   January 5th and he was ordered to stay out of D.C.  That

14   would keep Enrique Tarrio out of Washington, D.C. on

15   January 6th.  But Enrique Tarrio did not give up.  He

16   quickly took action to regain contact with the other leaders

17   and press forward.

18        His co-conspirator Jeremy Bertino said, Enrique is

19   going to get a burner phone.  When he does, he can take the

20   reins back.

21        And, in fact, after Enrique Tarrio's release from

22   jail, he was added back into the encrypted message groups

23   for the Ministry of Self-Defense leaders and the Ministry of

24   Self-Defense recruits.

25        Now, with their commander out of commission, the

1    other leaders had worked to keep the men in line.  Ethan

2    Nordean, Joe Biggs, Zachary Rehl, and the others understood

3    that they had not come back to D.C. to fight Antifa.  They

4    had come back to stop Congress from certifying the election.

5              At 9:00 p.m. that evening, Joe Biggs gave the men

6    an update.  We just had a meeting with a lot of guys.  Info

7    should be coming out.  And he reassured the men that he'd

8    been in touch with Enrique Tarrio.  Just spoke with Enrique.

9              Recruits were told that Ethan Nordean was in

10   charge.  This message to all the recruits said, Rufio is in

11   charge.  Cops are the primary threat.  Don't get caught by

12   them or BLM.

13             With Enrique Tarrio's arrest, the leaders had

14   finalized their understanding.  The D.C. police were against

15   them.  They were not on the side of President Trump or the

16   Proud Boys.

17             The leaders on the ground directed the other men

18   who had come to D.C. to meet at the Washington Monument at

19   10:00 a.m. on January 6th.  They told them, Don't wear your

20   colors.  Come dressed as a patriot.

21             A voice message from Ethan Nordean previewed where

22   they were going.

23             (Audio played.)

24             Marching to the Capitol to use any means

25   necessary, including force, to stop the transfer of power.

1          Shortly after 7:00 a.m. on January 6th, the

2     leaders exchanged messages about their hopes and

3     expectations for the day.  And as they discussed, they

4     expressed hope that the normies; that is, the civilians that

5     were in D.C. -- that's what they called the civilians, the

6     normies -- they hoped the normies would burn that city to

7     ash.  And as one of them said, Fuck it.  Let them loose.

8          And you will see this is exactly what the men on

9     the ground did that day.  Now, as instructed by Ethan

10     Nordean and the other leaders, a large group of Proud Boys

11     met at the Washington Monument at 10:00 a.m.  President

12     Trump was scheduled to speak at the Ellipse later that

13     morning.  That was the headline event for the day.  And the

14     Proud Boys had gathered there at the red star.  President

15     Trump was scheduled to meet -- to speak at that yellow star.

16          But the Ministry of Self-Defense leaders had no

17     intention of attending President Trump's speech.  At

18     approximately 10:30 a.m., they set off toward the Capitol.

19     Those who were not on the ground in D.C. that day, like

20     Jeremy Bertino, they monitored events on the ground using

21     live feeds, live streams.  And they would provide

22     information back to the men on the ground.  On the ground in

23     D.C., Ethan Nordean, Joe Biggs, Zach Rehl, they used

24     megaphones and radios to keep the men together and provide

25     them direction.

1          On the Mall of the Capitol, Joe Biggs prepared the

2    men for conflict.

3          (Video played.)

4          Ethan Nordean, Joe Biggs, and Zachary Rehl are

5    pictured there at the front.  They led the men past the west

6    front of the Capitol at about 11:20 a.m.  And here's what it

7    looked like.  Barriers had been placed out.  Signs had been

8    posted that said, Area closed.  And a sole officer stood

9    watch over the front.  The men on the ground would be led,

10   by Ethan Nordean and Joe Biggs, back to this exact spot when

11   Ethan Nordean and Joe Biggs wanted them to be there.

12         They marched to the other side of the Capitol, the

13   east side.  And even with the public and members of the

14   media all around them, the people marching with them let

15   slip exactly why they were there.  In this clip, you will

16   see one of the men ask Ethan Nordean whether they were going

17   to fucking do it.  When Nordean asks him, What?  He says, Go

18   check out the Capitol.  And you will see Ethan Nordean look

19   around and tell the man to be patient.

20         (Video played.)

21         And just a few minutes later, it was more -- it

22   was even more explicitly stated.

23         (Video played.)

24         You heard the reaction.  He's told, Let's not yell

25   that.  Not, We're not going to do it; we're not going to say

1    it.

2            Ethan Nordean, Joe Biggs, and Zachary Rehl led the

3    men back to the west side of the Capitol, and they arrived

4    at about 12:10 p.m.  By this time, President Trump was

5    speaking at the yellow star there on the map.  And Ethan

6    Nordean, Joe Biggs, and Zachary Rehl kept the men in place

7    at the red star, about two blocks from the Capitol.  And

8    they waited there for over 30 minutes.

9            President Trump was still speaking at 12:45 when

10   Ethan Nordean mustered the men.  And he knew exactly where

11   he wanted them to be.

12           (Video played.)

13           12:45, We're going to go back to this roundabout

14   over here.  They arrived at that roundabout at about

15   12:50 p.m., just 10 minutes before Congress was required by

16   law to begin the process to certify the election.  The time

17   for action had arrived.

18           Joe Biggs used his bullhorn to prepare the men.

19           (Video played.)

20           Whose Capitol?  Our Capitol.

21           At 12:53 p.m., they were doing what they had come

22   there to do, using force in an effort to stop the transfer

23   of power.  They and the crowd surged forward and Zachary

24   Rehl filmed himself moving towards the police line.  And as

25   he did, he called out, Fuck them.  Storm the Capitol.

1          A few days after the attack, Joe Biggs described

2     exactly how this tactic works.

3          (Video played.)

4          That is exactly how it played out.  Here's the

5     scene as the first line of officers were overrun.

6          (Video played.)

7          Dominic Pezzola charged forward with another

8     person in tow.

9          (Video played.)

10         And just behind them were Ethan Nordean and Joe

11    Biggs.  The encrypted messaging group for the leaders of the

12    Ministry of Self-Defense lit up.  Messages were exchanged

13    between those members who were on the ground and those

14    members who were watching it from afar.  Their reaction

15    will, again, reveal that storming the Capitol was precisely

16    why they were there.

17         On the left-hand side of the screen, you can see

18    exactly how the messages appeared, and that's because Jeremy

19    Bertino took a screen capture of the messages as they came

20    in.  He did that so he could share it with someone else.

21    And now you can see exactly what was posted among Enrique

22    Tarrio and the other leaders of the Ministry of Self-Defense

23    as they stormed the Capitol.

24         At 12:56 p.m., Charles Donohoe -- that's Yut Yut

25    pictured on the left -- told the group in mock surprise,

1    Oops, looks like we stormed the Capitol.

2              (Video played.)

3              That's him headed past the first line of

4    barricades.

5              Two minutes later, as he arrived at the next line,

6    he filmed the moment when Ethan Nordean and Joe Biggs

7    combined with the crowd to rip down a fixed metal fence and

8    literally unleash the crowd on the Capitol.

9              (Video played.)

10             And from his off-site location, Jeremy Bertino

11   encouraged the men to keep pushing.

12             (Video played.)

13             These are the real-time communications taking

14   place among the leaders of the Ministry of Self-Defense.

15   There's no hesitation.  They knew exactly why they were

16   there.

17             And Jeremy Bertino posted another message, this

18   one to a larger group, the men who were on the ground that

19   day, the so-called Boots on Ground group.  That group

20   included all of these defendants.  And he posted, Storming

21   the Capitol right now.  Get there.

22             You will hear testimony and audio files from the

23   officers who were on the ground that day.  Just as Joe Biggs

24   told you, they were outnumbered and easily overrun.

25             (Audio played.)

1          As the crowd and these men poured into the west

2    front of the Capitol, Ethan Nordean, Joe Biggs, and Zachary

3    Rehl paused for a moment.  They exchanged high-fives and

4    fist bumps.  They breached police lines and they were now

5    positioned in the shadow of the Capitol.

6          Just to their right, a violent attack unfolded.

7    Dominic Pezzola was there.  That's Dominic Pezzola circled

8    in green.  And he will join in the violence and rip away an

9    officer's riot shield, stripping that officer of a defense

10   that he desperately needed.

11         (Video played.)

12         There's Dominic Pezzola.  He's pulling the shield

13   away.  And there's Zachary Rehl, circled in yellow, with his

14   phone up recording the mayhem.

15         After stealing the shield, Dominic Pezzola linked

16   up with Charles Donohoe, Yut Yut, one of the Ministry of

17   Self-Defense leaders.  And Charles Donohoe took credit for

18   Dominic Pezzola's action.  He posted a message back to the

19   other leaders, Got a riot shield.  And in Charles Donohoe's

20   account, he had a picture of Dominic Pezzola holding a riot

21   shield and flashing the Proud Boy sign.

22         In stark contrast to the chaos that was unfolding

23   outside the building, the joint session of Congress was

24   underway.  Here is the scene inside the building shortly

25   after 1:00 p.m.  And you will hear Vice President Pence

1    describe the work that they were about to do.

2                    (Audio played.)

3                    To count the votes for President and Vice

4    President of the United States.

5                    To these men, Enrique Tarrio, Ethan Nordean, Joe

6    Biggs, Zachary Rehl, and Dominic Pezzola, this was a fraud,

7    and they were there to stop it.

8                    Back outside the Capitol, additional law

9    enforcement had arrived and reinforced some of the police

10    lines and they had managed to push the crowd back somewhat,

11    and they -- the defendants who were there and the men they

12    were with began to sink back into the crowd.

13                    Here's how things looked at about 1:29 p.m.

14    Dominic Pezzola and Charles Donohoe had moved back to the

15    back of the West Plaza, Ethan Nordean and Joe Biggs had

16    moved back onto the lawn, and Zach Rehl had moved back

17    behind the television tower with some of his men from

18    Philadelphia.

19                    Back on the lawn, Joe Biggs filmed himself with

20    Ethan Nordean and they were celebrating their success in

21    storming the Capitol.

22                    (Video played.)

23                    We just stormed the fucking Capitol, took the

24    motherfucking place back.

25                    At 1:34, Zachary Rehl sent a text message to

1    another individual.  He said, We're at a standstill.  Cops

2    are dropping concussion bombs and pepper spraying.  People

3    are pepper spraying and fighting riot cops.  We're at a

4    standstill.  Zachary Rehl was not there to protest.  Ethan

5    Nordean, Joe Biggs, Zach Rehl, and Dominic Pezzola were

6    there to use any means necessary to stop the transfer of

7    power from Donald Trump to Joe Biden.

8            I want to pause here.  Even if you didn't know

9    anything about these -- what these men had said or done

10   leading up to January 6th, you could look at just their

11   words and their actions on that day and you could conclude

12   that they had formed an agreement.  You need look only at

13   their words and actions on that day, their consistent use of

14   the phrase "storm the Capitol," their coordinated actions

15   and movements, and their celebratory comments on behalf of

16   the group.  All that is evidence of a criminal agreement.

17   But there's more.

18           At 1:39, messages were exchanged in the Ministry

19   of Self-Defense leadership that indicated that the

20   normies -- that is, the civilians -- had stopped pushing.

21           By 1:49, Charles Donohoe and Dominic Pezzola had

22   moved back forward.  Joe Biggs and Ethan Nordean moved back

23   forward.  At about 1:49, a group had gathered at the base of

24   a concrete set of steps that led up to the Capitol.

25           Circled there at the front is the individual

1    referred to as Milkshake.  That's the same man who had

2    yelled out, Let's take the fucking Capitol, when they were

3    standing on the east side.  Now, I'll play this clip and

4    you'll see the crowd surge forward behind him.

5              (Video played.)

6              And who was there?  Dominic Pezzola and his stolen

7    riot shield; Charles Donohoe; and just behind them, Joe

8    Biggs and some of the men that he was on the lawn with.  And

9    off to the side, Milkshake and some of the men at the front

10   of that charge threw up the Proud Boy sign.

11             The officers struggled to hold a line, but they

12   were, again, overrun.

13             (Audio played.)

14             Dominic Pezzola faced off against the line at the

15   top of the stairs.

16             (Video played.)

17             You'd better be scared.  We ain't stopping.

18   That's Dominic Pezzola.

19             Within a few minutes, the crowd overwhelmed the

20   line of officers again and they continued towards the

21   Capitol.  Dominic Pezzola and Joe Biggs climbed those

22   concrete stairs.  And when he reached the top, Joe Biggs

23   turned around and he looked down at his men.  That's Joe

24   Biggs pictured on the far left.  And you will see him

25   pointing and waving to the same stairs that he had just come

 1    up.

 2              (Video played.)

 3              Just behind him, Dominic Pezzola headed for the

 4    building.  There, at about 2:12 p.m., Dominic Pezzola used

 5    his stolen riot shield to bust out two windows at the

 6    Capitol.

 7              (Video played.)

 8              This was the first point of access to the

 9    building.  Within minutes, Secret Service scrambled to

10    evacuate Vice President Pence from the Senate chamber.

11    Shortly after that, the proceedings to certify the election

12    were stopped.  These defendants had done what they had come

13    there to do.

14              And with the proceedings stopped, here's where

15    things stood for the defendants at about 2:34 p.m.  Joe

16    Biggs had entered the Capitol, the same route that Dominic

17    Pezzola had, and he traveled through the Capitol and exited

18    the east side where he rejoined some men.  Ethan Nordean and

19    Zachary Rehl had climbed that same set of concrete stairs

20    and were up on the Upper West Terrace of the Capitol.  And

21    Dominic Pezzola remained inside the building where he

22    recorded a victory smoke -- or the -- where he recorded a

23    victory speech.

24              (Video played.)

25              Proud of your motherfucking boy.  Proud of your

1    boy.

2           And that was all that was left to do, a victory

3    smoke.  Just like you might see a sports team win the big

4    game and, after fighting for hours, they just stare and look

5    up at the sky as the confetti falls.  They're just in a

6    state of euphoria.  And that's the state that you will see

7    these defendants in.  That was all that was left.

8           From a location outside of Washington, D.C.,

9    Enrique Tarrio was monitoring.  And in public messages at

10   2:38 p.m., Tarrio encouraged those on the ground to stay.

11   He posted, Don't fucking leave.  And then, Proud of my boys

12   and my country.  Proud of your boy.

13          In private messages around the same time,

14   2:40 p.m., Enrique Tarrio took credit for the actions:  Make

15   no mistake, we did this.

16          And in other private messages around that same

17   time, Tarrio celebrated the actions of the men on the

18   ground.  In a private conversation with Jeremy Bertino, the

19   man who had been stabbed and one of the leaders who was not

20   on the ground that day, they exchanged messages.  2:39 p.m.,

21   Jeremy Bertino told him, Brother, you know we made this

22   happen.  He then added, I'm so proud of my country today.

23          And less than one minute later, Enrique Tarrio

24   said, I know.

25          And a few minutes later, invoking terms of

1    revolution, Jeremy Bertino told him, 1776, motherfucker.

2    And Jeremy -- and -- and Enrique Tarrio responded, The

3    Winter Palace.

4           Now, you will see in the course of this trial that

5    the Winter Palace had a very specific meaning to Enrique

6    Tarrio.  It refers to the storming of government buildings

7    during the Russian Revolution, and to Enrique Tarrio, it

8    meant revolution.

9           And Enrique Tarrio understood that the transfer of

10   power could be stopped by stopping Congress.  As Jeremy

11   Bertino asked him, Did we just influence history?  Tarrio

12   responded, Let's see how this plays out.  Bertino said, They

13   have to certify today or it's invalid.  They had done what

14   they had come there to do.

15          Enrique Tarrio's men on the ground shared in this

16   goal of revolution.  Joe Biggs later compared his actions to

17   the founding fathers and he commented that they were

18   considered -- they were considered terrorists in their day.

19   Here is Joe Biggs a few days after the attack.

20          (Video played.)

21          Joe Biggs's efforts to compare himself to the

22   founding fathers plainly reveals the way that they viewed

23   this action, an act against the government, revolution,

24   1776.

25          Ethan Nordean entered the Capitol on January 6th

1   and he took a true victory lap around the Rotunda, pausing

2   and talking to other people he knew.  And just like Enrique

3   Tarrio and Joe Biggs, Ethan Nordean viewed his acts through

4   the lens of revolution.  In a message that he sent to others

5   on January 23rd, he compared it to 1776.

6            (Video played.)

7            Like Dominic Pezzola, Zachary Rehl entered the

8   Capitol and he paused for a literal victory smoke in a

9   senator's office -- in a representative's office.  And just

10  like Tarrio and Biggs and Nordean, he viewed his actions

11  through the lens of revolution.  Zach Rehl would tell them,

12  I'm proud as fuck at what we accomplished yesterday.  And in

13  a separate message, he would tell others, We lost our

14  country.  We shoulda held the Capitol.

15           Enrique Tarrio echoed the same view.  Referencing

16  his arrest and his inability to be in Washington, D.C., on

17  January 6th, he would tell a group of Proud Boys presidents

18  across the country, God didn't put me there for a reason.

19  We would still be there.

20           But he gave credit to the men who had made it

21  happen.  On January 7th, he posted a message to the recruits

22  of the Ministry of Self-Defense and he told them, Proud of

23  ya'll.  His men had led an attack on the Capitol and were

24  part of every critical breach from the First Street barriers

25  up the concrete steps and through the window.

```
1              I want to pause and give you a brief sense of how
2     we expect this trial to go.  We're going to begin with a
3     brief introduction to the Capitol itself.  I want you to
4     understand the layout of the Capitol and the critical
5     breaches that formed part of January 6th.
6              From there, we're going to return and we're going
7     to present the information roughly chronologically, go back
8     around the time of the election and work forward to
9     January 6th.
10             One thing you should know is that as part of
11    trials and the way that evidence must be presented, there
12    will be witnesses from time to time who will cover the whole
13    period, and we may jump around a bit.  That's just the way
14    that trials work.  But we have tried to organize this
15    information in a way that you will understand how the
16    conspiracy formed and how it came together as they approach
17    January 6th.
18             As Judge Kelly said, you should feel free to take
19    notes.  At the end of the trial, we will summarize the
20    evidence for you in our closing argument.
21             I want to also briefly introduce the charges that
22    you'll be considering.  The Government has charged these
23    defendants with three violations of the United States
24    conspiracy laws.  One agreement violates three conspiracy
25    laws.  Something more common like a traffic violation works
```

1    the same way.  Picture yourself standing on a corner in D.C.

2    and a car blasts through the intersection.  It might be

3    speeding; it might be running a red light; it might be

4    reckless driving; it might be driving the wrong way on a

5    one-way street.  One act, multiple violations.  This works

6    the same way.  Through their single agreement to use any

7    means necessary, including force, to stop the transfer of

8    power, their agreement violates three separate conspiracy

9    laws.

10         The first law is seditious conspiracy.  You can

11    break this law in two ways.  First, it is illegal to agree

12    to oppose by force the authority of the United States.

13    Second, it's illegal to use force to prevent the execution

14    of any law of the United States.  So if you agree with

15    someone to do either of those things, you have violated the

16    law of seditious conspiracy.  When these agreements [sic]

17    agreed to use force to stop the transfer of presidential

18    power and to use force in their process of doing so, they

19    violated both prongs of seditious conspiracy.

20         Second, conspiracy to obstruct an official

21    proceeding.  The official proceeding, as charged, is the

22    congressional proceeding, Congress's joint session to

23    certify the Electoral College votes.  When these agree- --

24    when these defendants agreed to delay or hinder that session

25    by acting corruptly, they violated this law.

1          And third, there's a conspiracy to impede officers

2    of the United States.  This law makes it illegal for

3    individuals to agree to prevent law enforcement officers or

4    members of Congress from discharging or fulfilling their

5    duties or forcing them to leave where they're lawfully

6    required to be.  So when these defendants agrees -- agreed

7    to use force, intimidation, threat to force law enforcement

8    and members of Congress away from where they were legally

9    required to be on January 6th, they violated this law, as

10   well.

11          One agreement violates multiple conspiracy laws.

12          The defendants are also alleged to have violated

13   several other crimes, as well.  With respect to each

14   defendant, we will prove to you that either acting for

15   themselves or through one of their co-conspirators, they

16   violated other laws on January 6th.  The first law is

17   obstruction of an official proceeding; that is, the

18   defendants did act corruptly and delayed the Electoral

19   College certification on January 6th.

20          Civil disorder.  The defendants also interfered

21   with law enforcement during the civil disorder at the

22   Capitol on January 6th.

23          And third, destruction of property.  These

24   defendants did destroy federal property at the Capitol on

25   January 6th.  Specifically, Ethan Nordean and Joe Biggs are

 1     charged with their participation in ripping down a fixed

 2     metal fence at the Capitol.  And Dominic Pezzola is, as you

 3     saw, charged with breaking two windows at the Capitol.

 4              And finally, assault.  These defendants are

 5     responsible for assault on law enforcement.  And that is the

 6     hurling of two water bottles at a line of officers by

 7     Charles Donohoe.

 8              And Dominic Pezzola is also charged separately

 9     with robbery of the police shield.

10              The evidence in this case proves their guilt.  You

11     will see their private communications.  You will see their

12     public statements.  You will see their coordinated actions.

13     You will see their celebration of the group's activities and

14     the attempt to cover their tracks.  And you will know by the

15     way that they took direct aim at the Electoral College

16     certification on January 6th that this was the result of an

17     agreement.

18              And once you've heard all the evidence, my

19     colleague will stand before you and ask you to return the

20     one verdict that is consistent with this evidence; that is,

21     that Enrique Tarrio, Ethan Nordean, Joe Biggs, Zachary Rehl,

22     and Dominic Pezzola are guilty of all charges.

23              Thank you, Your Honor.

24              THE COURT:  All right.  It's 12:46, a little -- a

25     few minutes before when I had hoped to break for lunch, but

1    we're going to do that right now.  So first, let me let you

2    know, ladies and gentlemen, I'm going to excuse you first so

3    you can get started on your lunch.

4           Ms. Harris, if you would do that, and we'll be

5    back in about an hour.

6           (Jury returned to jury room.)

7           THE COURT:  You all may be seated.

8           MS. HERNANDEZ:  Your Honor, I'm going to move for

9    a mistrial.  The opening statement was not a statement of

10   the facts to be introduced.  It was inflammatory.  It

11   contained misleading --

12          THE COURT:  Ms. Hernandez --

13          MS. HERNANDEZ:  -- allegations -- I just need to

14   make the record.

15          THE COURT:  All right.

16          MS. HERNANDEZ:  It contained slides that -- as

17   I've argued in pretrial motions and in the objections to the

18   Government's slides, that were taken out of context.  Mr. --

19   and that are covered -- are protected by the First

20   Amendment.  Mr. Rehl's statement about the -- about using

21   the -- I'm sorry -- the -- Slide 36 ends with a Black woman

22   on the ground but doesn't show that that Black woman,

23   minutes earlier, had a -- was wielding a knife.  So all it

24   shows is that she was knocked out, but it doesn't show her

25   wielding a knife.  That's misleading and inflammatory.

1          There's a slide -- the Government presented a

2     Parler post by Mr. Rehl that alleged that he said, Hope the

3     firing squads are for -- whatever.  And, again, it -- that

4     was in reference to an article by the attorney -- about the

5     attorney general's changes in the death penalty.

6          Continuously -- D.C. police were not on the side

7     of President Trump.  What does that have to do with

8     anything?  He -- the Government alleged that my client said,

9     Fuck them.  Storm the Capitol.  We object to that statement.

10     They've never proved that Mr. Rehl is the speaker on that.

11          Something about they were enraged -- they -- that

12     something -- or what the president said or somebody said

13     enraged the defendants, that they were a fighting force.

14     Mr. Rehl brought not a single weapon to D.C. and neither did

15     any of the other defendants.

16          It was inflammatory, it was not an opening

17     statement, and I move for a mistrial.

18          THE COURT:  All right.  Let me hear from the

19     Government in response.

20          MR. MCCULLOUGH:  Your Honor, the parties litigated

21     the opening slides.  The video that was referenced as well

22     as the Parler post that was referenced had been fully

23     litigated between the parties.  Your Honor has ruled on

24     those.  The Government abided by Your Honor's order.

25          With respect to the statement by Zachary Rehl,

1    Fuck them; storm the Capitol, we have also presented that

2    between the parties in litigation.  There -- the Government

3    will show that at trial.

4         Stepping back from all of that, Your Honor, the

5    Government's opening statement gave an overview of the

6    evidence that it expects that the jury will hear during

7    trial.  It presented that evidence in the, kind of,

8    chronological way and presented the jury with the

9    inferences -- with the statements that it expects the jury

10   to see and the inferences that it expects to draw.  There's

11   no argument in that.  And there -- the Government was not

12   making any inflammatory statements that are objectionable.

13        So Your Honor, the motion for a mistrial should be

14   denied.

15        THE COURT:  All right.  I'm going to deny the

16   motion.  I think, like, you know -- let's put it this way.

17   All the evidence referenced -- as Mr. McCullough mentioned,

18   we fully litigated the slides that were going to be used by

19   the Government.  And with specific reference to the one

20   video that you objected to, Ms. Hernandez, it's something

21   your client -- I mean, to the extent that the images there

22   were incomplete or out of context, it was something your

23   client posted and, as I already ruled, are -- the basis on

24   which it can come in.

25        I don't think the Government did anything in its

1    opening to warrant a mistrial at all.  So the motion's

2    denied.

3            Let's come back at 2:00 o'clock and we'll pick up

4    with the defendants' opening statements.

5            THE DEPUTY CLERK:  All rise.  This Honorable Court

6    stands in recess until the return of Court at 2:00 o'clock.

7            (Luncheon recess taken at 12:52 p.m.)

8                    * * * * * * * * * * * *

9            **CERTIFICATE OF OFFICIAL COURT REPORTER**

10   **I, TIMOTHY R. MILLER, RPR, CRR, NJ-CCR, do hereby certify**

11   **that the above and foregoing constitutes a true and accurate**

12   **transcript of my stenographic notes and is a full, true and**

13   **complete transcript of the proceedings to the best of my**

14   **ability, dated this 12th day of January 2023.**

15                        **/s/Timothy R. Miller, RPR, CRR, NJ-CCR**
                         **Official Court Reporter**
16                       **United States Courthouse**
                         **Room 6722**
17                       **333 Constitution Avenue, NW**
                         **Washington, DC 20001**

18

19

20

21

22

23

24

25

3260

**#**

**#J20** [2] - 3227:8,
3227:10

**/**

**/s/Timothy** -
3259:15

**0**

**06511** [1] - 3174:25

**1**

**1** [5] - 3176:4, 3176:9,
3176:13, 3204:21,
3236:1
**1-ETHAN** [1] - 3174:4
**10** [4] - 3217:18,
3217:23, 3218:24,
3241:15
**10003** [1] - 3174:18
**10016** [1] - 3175:13
**1014** [1] - 3175:9
**10:00** [2] - 3238:19,
3239:11
**10:30** [1] - 3239:18
**111(a)(1)** [1] - 3205:12
**11:20** [1] - 3240:6
**11:50** [1] - 3218:19
**12** [3] - 3174:6,
3203:23, 3209:7
**12:10** [1] - 3241:4
**12:15** [2] - 3218:1,
3218:12
**12:30** [1] - 3218:7
**12:45** [2] - 3241:9,
3241:13
**12:46** [1] - 3255:24
**12:50** [1] - 3241:15
**12:52** [1] - 3259:7
**12:53** [1] - 3241:21
**12:56** [1] - 3242:24
**12th** [5] - 3231:10,
3231:16, 3231:21,
3232:5, 3259:14
**13** [5] - 3174:8,
3181:15, 3181:21,
3197:8
**1361** [1] - 3205:9
**1420** [1] - 3174:21
**14th** [1] - 3229:3
**15** [4] - 3203:22,
3217:14, 3217:23,
3218:14
**1512(c)(2** [1] - 3205:1
**1512(k** [1] - 3204:24
**153** [1] - 3175:5

**16th** [1] - 3230:16
**1776** [6] - 3230:23,
3234:3, 3234:4,
3250:1, 3250:24,
3251:5
**18** [7] - 3204:21,
3204:23, 3205:1,
3205:3, 3205:9,
3205:11, 3205:15
**19th** [1] - 3233:12
**1:00** [2] - 3233:7,
3244:25
**1:21-cr-00175-TJK-1**
[1] - 3174:2
**1:21-cr-00175-TJK-2**
[1] - 3174:3
**1:21-cr-00175-TJK-3**
[1] - 3174:3
**1:21-cr-00175-TJK-5**
[1] - 3174:4
**1:21-cr-00175-TJK-6**
[1] - 3174:4
**1:29** [1] - 3245:13
**1:34** [1] - 3245:25
**1:39** [1] - 3246:18
**1:42** [1] - 3233:12
**1:49** [2] - 3246:21,
3246:23
**1st** [3] - 3174:24,
3234:11, 3235:1

**2**

**2** [7] - 3176:4,
3176:10, 3176:14,
3204:22, 3205:2,
3205:7, 3205:9
**2-JOSEPH** [1] -
3174:5
**200** [1] - 3221:7
**20001** [2] - 3175:17,
3259:17
**20005** [1] - 3174:21
**2016** [1] - 3223:8
**202** [3] - 3174:15,
3174:22, 3175:17
**2020** [9] - 3223:10,
3223:14, 3228:15,
3228:16, 3229:3,
3230:11, 3231:7,
3231:9
**2021** [3] - 3200:18,
3220:16, 3227:14
**2022** [3] - 3182:24,
3189:22, 3190:11
**2023** [2] - 3174:6,
3259:14
**203** [1] - 3174:25
**20530** [1] - 3174:15
**20777** [1] - 3175:3

**209** [1] - 3175:6
**20th** [2] - 3174:17,
3227:11
**21-175** [2] - 3176:3,
3219:2
**2112** [1] - 3205:16
**231** [1] - 3205:7
**231(a)(3** [1] - 3205:7
**2384** [1] - 3204:22
**23rd** [1] - 3251:5
**240** [1] - 3175:3
**252-7233** [1] - 3174:15
**253-0514** [1] - 3175:14
**27th** [1] - 3230:23
**2:00** [2] - 3259:3,
3259:6
**2:12** [3] - 3221:16,
3229:12, 3248:4
**2:34** [1] - 3248:15
**2:38** [1] - 3249:10
**2:39** [1] - 3249:20
**2:40** [2] - 3221:25,
3249:14

**3**

**3** [5] - 3176:5,
3176:10, 3176:14,
3183:25, 3204:24
**3-ZACHARY** [1] -
3174:5
**30** [1] - 3241:8
**305** [2] - 3175:7,
3175:10
**31st** [2] - 3227:5,
3234:19
**33012** [1] - 3175:9
**33014** [1] - 3175:6
**333** [2] - 3175:16,
3259:17
**354-3111** [1] - 3175:17
**36** [5] - 3198:9,
3199:13, 3199:15,
3199:20, 3256:21
**372** [1] - 3205:4
**383** [1] - 3174:24
**393-3017** [1] - 3174:25
**3rd** [2] - 3228:16,
3236:10

**4**

**4** [1] - 3205:2
**403-7323** [1] - 3175:7
**429-6520** [1] - 3174:22
**472-3391** [1] - 3175:3
**49** [1] - 3175:9
**4r** [1] - 3174:18
**4th** [5] - 3174:14,
3228:18, 3235:25,

3236:10, 3236:24

**5**

**5** [4] - 3176:5,
3176:11, 3176:15,
3205:4
**5-ENRIQUE** [1] -
3174:6
**555** [1] - 3174:14
**5th** [1] - 3237:13

**6**

**6** [4] - 3176:6,
3176:12, 3176:15,
3205:7
**6-DOMINIC** [1] -
3174:6
**6175** [1] - 3175:5
**646** [1] - 3175:14
**6722** [2] - 3175:16,
3259:16
**6th** [41] - 3175:13,
3200:18, 3220:16,
3221:3, 3222:23,
3224:2, 3224:7,
3224:13, 3224:24,
3225:17, 3225:25,
3226:5, 3226:11,
3226:16, 3227:6,
3227:9, 3227:14,
3228:9, 3228:11,
3231:18, 3232:22,
3233:7, 3233:14,
3233:15, 3235:17,
3236:12, 3237:15,
3238:19, 3239:1,
3246:10, 3250:25,
3251:17, 3252:5,
3252:9, 3252:17,
3254:9, 3254:16,
3254:19, 3254:22,
3254:25, 3255:16

**7**

**7** [2] - 3174:17, 3205:7
**7166** [1] - 3175:2
**7:00** [1] - 3239:1
**7th** [2] - 3228:24,
3251:21

**8**

**8** [2] - 3205:6, 3205:10
**822-2901** [1] - 3175:10
**83** [1] - 3179:4
**8th** [3] - 3182:24,
3189:22, 3190:10

**9**

**9** [1] - 3205:10
**902-3869** [1] - 3174:19
**917** [1] - 3174:19
**99** [1] - 3175:12
**9:00** [2] - 3174:6,
3238:5

**A**

**a.m** [8] - 3174:6,
3229:12, 3233:12,
3238:19, 3239:1,
3239:11, 3239:18,
3240:6
**abetting** [3] - 3204:25,
3205:5, 3205:8
**abided** [1] - 3257:24
**ability** [3] - 3186:20,
3187:19, 3259:14
**able** [9] - 3177:6,
3179:1, 3187:1,
3187:24, 3187:25,
3188:24, 3189:11,
3203:14, 3203:15
**abundance** [2] -
3193:11, 3194:6
**accept** [3] - 3197:12,
3209:14, 3214:6
**access** [3] - 3201:16,
3221:18, 3248:8
**accomplished** [2] -
3222:14, 3251:12
**accomplishment** [2] -
3221:24, 3222:16
**according** [2] -
3202:4, 3214:11
**account** [2] - 3217:20,
3244:20
**accurate** [2] - 3198:2,
3259:11
**achieve** [1] - 3226:20
**acknowledge** [1] -
3184:2
**act** [6] - 3232:6,
3232:11, 3235:13,
3250:23, 3253:5,
3254:18
**acting** [2] - 3253:25,
3254:14
**action** [7] - 3220:19,
3229:2, 3237:2,
3237:16, 3241:17,
3244:18, 3250:23
**actions** [11] - 3210:7,
3226:16, 3227:24,
3246:11, 3246:13,
3246:14, 3249:14,
3249:17, 3250:16,

3261

3251:10, 3255:12
**active** [2] - 3194:1,
3223:9
**activities** [2] -
3229:11, 3255:13
**activity** [1] - 3237:3
**acts** [2] - 3233:8,
3251:3
**actual** [2] - 3189:25,
3198:12
**add** [2] - 3181:6,
3184:7
**added** [3] - 3181:2,
3237:22, 3249:22
**addition** [1] - 3211:23
**additional** [6] -
3186:3, 3186:7,
3209:5, 3216:10,
3236:15, 3245:8
**additionally** [1] -
3205:13
**address** [3] - 3213:13,
3218:21, 3220:5
**adherence** [1] -
3235:9
**adjustments** [2] -
3181:17, 3197:21
**administration** [2] -
3232:17, 3232:18
**admissible** [2] -
3211:4, 3211:8
**admitted** [3] -
3210:14, 3210:15,
3210:21
**advanced** [1] -
3234:14
**advice** [1] - 3214:9
**advised** [3] - 3191:16,
3217:6, 3217:10
**afar** [1] - 3242:14
**affect** [1] - 3187:19
**affirm** [1] - 3201:24
**affirmatively** [1] -
3188:13
**affirmed** [1] - 3181:5
**age** [1] - 3214:2
**agents** [3] - 3195:4,
3195:12, 3207:8
**ago** [3] - 3193:11,
3208:11, 3217:15
**agree** [9] - 3184:16,
3184:21, 3185:3,
3209:7, 3225:22,
3253:11, 3253:14,
3253:23, 3254:3
**agreed** [9] - 3183:24,
3184:3, 3197:25,
3220:25, 3221:14,
3228:12, 3253:17,
3253:24, 3254:6

**agreeing** [1] - 3228:9
**agreement** [20] -
3195:8, 3195:9,
3196:3, 3196:5,
3225:22, 3227:15,
3227:20, 3227:21,
3227:22, 3227:23,
3228:2, 3228:4,
3228:10, 3246:12,
3246:16, 3252:24,
3253:6, 3253:8,
3254:11, 3255:17
**agreements** [3] -
3227:20, 3228:3,
3253:16
**agrees** [1] - 3254:6
**aid** [1] - 3203:7
**aided** [1] - 3175:19
**aiding** [3] - 3204:25,
3205:5, 3205:8
**aim** [3] - 3221:3,
3233:9, 3255:15
**ain't** [1] - 3247:17
**al** [1] - 3219:3
**alcohol** [1] - 3187:18
**allegations** [1] -
3256:13
**alleged** [3] - 3254:12,
3257:2, 3257:8
**alleges** [1] - 3200:16
**allow** [3] - 3181:12,
3192:23
**allowed** [2] - 3179:13,
3186:18
**allows** [1] - 3182:13
**almost** [1] - 3198:21
**alone** [3] - 3209:17,
3209:20, 3210:18
**altercation** [1] -
3231:22
**alternate** [4] - 3197:4,
3197:5, 3204:1,
3204:4
**alternates'** [1] -
3203:25
**Amendment** [3] -
3177:22, 3179:5,
3256:20
**AMERICA** [1] - 3174:2
**America** [2] - 3176:4,
3219:3
**American** [1] - 3231:5
**Americans** [1] -
3232:22
**analysis** [1] - 3184:8
**ancillary** [1] - 3182:20
**angry** [1] - 3223:25
**announce** [3] -
3180:16, 3180:18,
3200:24

**announced** [1] -
3233:13
**answer** [4] - 3176:23,
3211:12, 3211:13,
3211:15
**answered** [1] -
3211:13
**Antifa** [6] - 3223:20,
3223:22, 3229:18,
3232:4, 3234:7,
3233:3
**apart** [1] - 3178:18
**apologies** [1] - 3178:8
**apologize** [3] -
3177:12, 3177:14,
3193:6
**appeal** [4] - 3192:12,
3192:15, 3193:13
**appear** [2] - 3178:18,
3209:20
**APPEARANCES** [2] -
3174:11, 3175:1
**appeared** [1] -
3242:18
**appearing** [1] -
3180:19
**application** [2] -
3235:3, 3235:4
**applies** [2] - 3196:7,
3209:13
**apply** [3] - 3195:20,
3198:23, 3209:14
**approach** [1] -
3252:16
**appropriate** [1] -
3181:17
**area** [2] - 3213:3,
3240:8
**areas** [1] - 3182:18
**argued** [1] - 3256:17
**arguing** [3] - 3198:8,
3198:9, 3198:10
**argument** [5] - 3193:1,
3208:24, 3211:3,
3252:20, 3258:11
**arguments** [3] -
3193:8, 3208:25,
3209:4
**arising** [1] - 3189:25
**Army** [1] - 3225:8
**arrangements** [1] -
3234:1
**arrest** [4] - 3232:15,
3236:25, 3238:13,
3251:16
**arrested** [2] - 3232:13,
3236:24
**arrived** [6] - 3236:23,
3241:3, 3241:14,
3241:17, 3243:5,

3245:9
**article** [1] - 3257:4
**ash** [1] - 3239:7
**ass** [3] - 3229:7,
3229:15, 3234:7
**assault** [3] - 3200:15,
3255:4, 3255:5
**assaulting** [1] -
3205:10
**assembled** [1] -
3226:12
**asserts** [1] - 3194:14
**assigned** [1] -
3226:10
**assist** [1] - 3221:3
**assisting** [1] - 3207:6
**assume** [1] - 3183:23
**assumptions** [1] -
3207:14
**attack** [7] - 3222:21,
3222:25, 3226:18,
3242:1, 3244:6,
3250:19, 3251:23
**attempt** [1] - 3255:14
**attempting** [1] -
3192:12
**attending** [1] -
3239:17
**attention** [4] -
3177:20, 3204:7,
3209:22, 3215:23
**attorney** [5] - 3193:25,
3207:1, 3207:2,
3257:4, 3257:5
**ATTORNEY'S** [1] -
3174:14
**attorneys** [6] -
3206:25, 3207:2,
3207:4, 3212:19,
3213:2, 3213:6
**audio** [7] - 3236:14,
3236:18, 3238:23,
3243:22, 3243:25,
3245:2, 3247:13
**authority** [2] -
3178:20, 3253:12
**automatically** [1] -
3192:21
**available** [3] -
3183:21, 3183:22,
3209:24
**Avenue** [3] - 3175:12,
3175:16, 3259:17
**avoid** [3] - 3180:7,
3212:22, 3213:3
**awkward** [1] - 3185:12

**B**

**B.A** [1] - 3174:12

**background** [1] -
3187:16
**bar** [11] - 3179:8,
3179:10, 3179:16,
3179:21, 3192:5,
3192:19, 3193:17,
3193:24, 3193:25,
3194:1, 3202:3
**barred** [1] - 3192:13
**barricades** [1] -
3243:4
**barriers** [2] - 3240:7,
3251:24
**base** [1] - 3246:23
**based** [4] - 3190:4,
3212:7, 3214:10,
3215:13
**basics** [1] - 3201:20
**basing** [1] - 3215:12
**basis** [1] - 3258:23
**battle** [1] - 3223:20
**Beard** [1] - 3226:9
**beard** [1] - 3242:10
**bears** [1] - 3200:21
**became** [2] - 3220:21,
3223:11
**become** [4] - 3196:16,
3223:9, 3230:20,
3231:24
**BEFORE** [1] - 3174:9
**began** [2] - 3220:19,
3245:12
**begin** [8] - 3202:7,
3202:12, 3204:2,
3209:6, 3216:12,
3235:20, 3241:16,
3252:2
**beginning** [2] -
3194:14, 3207:21
**begins** [1] - 3217:23
**behalf** [1] - 3246:15
**behind** [6] - 3207:10,
3242:10, 3245:17,
3247:4, 3247:7,
3248:3
**believability** [1] -
3209:18
**believes** [1] - 3211:4
**bench** [2] - 3195:8,
3196:11
**benches** [1] - 3207:9
**benefit** [1] - 3189:1
**Bertino** [35] - 3182:11,
3182:22, 3183:5,
3183:8, 3183:17,
3183:20, 3183:21,
3184:6, 3184:19,
3186:5, 3186:9,
3186:15, 3187:23,
3188:22, 3189:4,

3189:6, 3190:4,
3190:9, 3190:13,
3191:10, 3191:18,
3226:8, 3226:11,
3231:23, 3233:25,
3237:18, 3239:20,
3242:19, 3243:10,
3243:17, 3249:18,
3249:21, 3250:1,
3250:11, 3250:12
**Bertino's** [3] -
3183:16, 3189:17,
3191:15
**best** [6] - 3177:16,
3194:2, 3201:7,
3201:8, 3224:22,
3259:13
**better** [1] - 3247:17
**between** [6] - 3202:1,
3213:14, 3235:25,
3242:13, 3257:23,
3258:2
**beyond** [6] - 3200:22,
3206:1, 3206:6,
3206:7, 3206:11,
3206:16
**Biden** [15] - 3221:2,
3221:22, 3223:15,
3223:22, 3228:14,
3228:25, 3230:13,
3230:16, 3230:19,
3232:16, 3232:18,
3233:11, 3234:10,
3246:7
**big** [2] - 3233:14,
3249:3
**BIGGS** [13] - 3174:5,
3187:6, 3187:9,
3187:11, 3187:21,
3188:1, 3188:7,
3188:13, 3189:2,
3189:8, 3189:14,
3190:17, 3190:22
**Biggs** [70] - 3176:5,
3176:14, 3177:11,
3177:22, 3182:14,
3182:17, 3183:12,
3183:19, 3186:12,
3186:20, 3187:1,
3187:4, 3188:12,
3190:25, 3191:23,
3192:4, 3194:14,
3200:11, 3202:2,
3207:1, 3220:17,
3221:5, 3221:19,
3222:19, 3222:20,
3222:21, 3223:1,
3225:1, 3225:6,
3225:8, 3225:10,
3228:18, 3229:10,

3229:12, 3232:1,
3233:18, 3233:19,
3233:24, 3234:14,
3238:2, 3238:5,
3239:23, 3240:1,
3240:4, 3240:10,
3240:11, 3241:2,
3241:6, 3241:18,
3242:1, 3242:11,
3243:6, 3243:23,
3244:2, 3245:6,
3245:15, 3245:19,
3246:5, 3246:22,
3247:8, 3247:21,
3247:22, 3247:24,
3248:16, 3250:16,
3250:19, 3251:3,
3251:10, 3254:25,
3255:21
**Biggs's** [1] - 3250:21
**Bikundi** [1] - 3181:4
**bind** [1] - 3189:19
**bit** [2] - 3177:10,
3252:13
**black** [5] - 3223:13,
3225:7, 3232:10,
3256:21, 3256:22
**black-framed** [1] -
3225:7
**Blackbeard** [1] -
3226:3
**blasts** [1] - 3253:2
**BLM** [2] - 3229:18,
3238:12
**blocks** [1] - 3241:7
**blog** [1] - 3212:2
**blogging** [1] - 3214:4
**blue** [4] - 3180:22,
3180:23, 3221:6,
3232:25
**bombs** [1] - 3246:2
**Boots** [1] - 3243:19
**bottles** [1] - 3255:6
**bound** [1] - 3189:19
**box** [3] - 3200:8,
3203:23, 3220:1
**boy** [4] - 3229:21,
3248:25, 3249:1,
3249:12
**Boy** [3] - 3226:2,
3244:21, 3247:10
**Boys** [37] - 3222:3,
3223:7, 3223:11,
3223:16, 3223:21,
3223:24, 3224:2,
3224:4, 3224:5,
3224:11, 3224:14,
3225:1, 3225:6,
3225:12, 3226:8,
3226:13, 3226:21,

3226:25, 3227:4,
3229:8, 3229:14,
3229:17, 3230:15,
3230:17, 3230:24,
3231:8, 3231:21,
3231:23, 3232:4,
3232:6, 3234:2,
3238:16, 3239:10,
3239:14, 3251:17
**boys** [1] - 3249:11
**Boys'** [1] - 3230:14
**breach** [1] - 3251:24
**breached** [1] - 3244:4
**breaches** [1] - 3252:5
**break** [6] - 3196:20,
3201:14, 3218:14,
3218:16, 3253:11,
3255:25
**breaking** [2] -
3234:21, 3255:3
**breaks** [1] - 3234:15
**Brief** [4] - 3188:9,
3200:6, 3218:25,
3219:24
**brief** [6] - 3180:6,
3195:18, 3208:8,
3208:17, 3252:1,
3252:3
**briefly** [5] - 3204:15,
3209:8, 3215:25,
3216:9, 3252:21
**bring** [15] - 3176:21,
3186:2, 3194:25,
3195:22, 3195:24,
3196:18, 3200:5,
3205:19, 3217:25,
3218:5, 3219:12,
3224:6, 3226:16,
3234:11
**broadcast** [1] -
3234:19
**broader** [1] - 3199:8
**brother** [1] - 3249:21
**brothers** [1] - 3235:11
**brought** [1] - 3257:14
**building** [9] - 3221:13,
3221:18, 3222:8,
3222:16, 3244:23,
3244:24, 3248:4,
3248:9, 3248:21
**Building** [1] - 3236:2
**buildings** [1] - 3250:6
**bullhorn** [1] - 3241:18
**bumps** [1] - 3244:4
**burden** [3] - 3200:21,
3206:6, 3206:8
**burn** [1] - 3239:6
**burner** [1] - 3237:19
**burning** [1] - 3236:24
**bust** [1] - 3248:5

**busted** [1] - 3221:17

# C

**camps** [1] - 3230:21
**candidate** [1] -
3220:20
**cannot** [2] - 3215:8,
3233:2
**Capitol** [57] - 3221:7,
3221:10, 3221:17,
3222:21, 3222:22,
3224:1, 3224:7,
3225:24, 3226:5,
3226:19, 3228:8,
3233:7, 3235:22,
3236:2, 3236:17,
3238:24, 3239:18,
3240:1, 3240:6,
3240:12, 3240:18,
3241:3, 3241:7,
3241:20, 3241:25,
3242:15, 3242:23,
3243:1, 3243:8,
3243:21, 3244:2,
3244:5, 3245:8,
3245:21, 3245:23,
3246:14, 3246:24,
3247:2, 3247:21,
3248:6, 3248:16,
3248:17, 3248:20,
3250:25, 3251:8,
3251:14, 3251:23,
3252:3, 3252:4,
3254:22, 3254:24,
3255:2, 3255:3,
3257:9, 3258:1
**Captain** [1] - 3225:14
**captioned** [1] - 3229:6
**capture** [1] - 3242:19
**captured** [1] - 3227:7
**car** [1] - 3253:2
**careful** [1] - 3209:22
**Carmen** [2] - 3175:2,
3176:11
**Carolina** [1] - 3226:14
**Carolinas** [1] - 3226:9
**case** [82] - 3176:21,
3177:25, 3178:11,
3179:11, 3180:19,
3181:4, 3181:11,
3182:12, 3182:18,
3184:13, 3189:7,
3189:13, 3189:20,
3190:8, 3190:16,
3191:6, 3191:9,
3191:20, 3192:1,
3193:7, 3193:9,
3193:12, 3197:22,
3200:10, 3200:25,

3201:4, 3201:6,
3203:8, 3204:6,
3204:13, 3204:17,
3206:3, 3207:6,
3207:7, 3207:13,
3208:2, 3208:19,
3208:20, 3208:25,
3209:1, 3209:13,
3209:16, 3210:10,
3210:11, 3210:14,
3211:17, 3211:18,
3211:20, 3211:24,
3212:2, 3212:6,
3212:7, 3212:13,
3212:14, 3212:15,
3212:20, 3212:21,
3213:1, 3213:5,
3213:7, 3213:11,
3213:19, 3213:21,
3213:24, 3214:4,
3214:9, 3214:14,
3214:16, 3214:22,
3215:15, 3215:21,
3216:1, 3216:5,
3219:23, 3220:4,
3224:4, 3230:3,
3255:10
**cases** [3] - 3181:3,
3189:19, 3207:21
**caught** [1] - 3238:11
**caution** [2] - 3193:11,
3194:6
**CCR** [3] - 3175:15,
3259:10, 3259:15
**cease** [1] - 3222:1
**celebrated** [3] -
3221:24, 3222:8,
3249:17
**celebrating** [1] -
3245:20
**celebration** [1] -
3255:13
**celebratory** [1] -
3246:15
**certain** [6] - 3177:15,
3182:14, 3182:18,
3182:20, 3205:10,
3237:10
**certainly** [5] -
3178:17, 3183:15,
3192:23, 3193:8,
3194:12
**CERTIFICATE** [1] -
3259:9
**certification** [3] -
3224:9, 3254:19,
3255:16
**certified** [2] - 3233:2,
3233:3
**certify** [6] - 3227:10,

3263

3241:16, 3248:11, 3250:13, 3253:23, 3259:10

**certifying** [6] - 3221:1, 3221:15, 3227:16, 3232:22, 3234:9, 3238:4

**cetera** [1] - 3187:17

**chain** [1] - 3197:24

**Chair** [1] - 3197:8

**chairman** [1] - 3224:11

**challenged** [1] - 3223:15

**chamber** [1] - 3248:10

**chance** [3] - 3183:16, 3214:24, 3215:1

**chances** [1] - 3232:20

**change** [1] - 3220:18

**changes** [1] - 3257:5

**chaos** [1] - 3244:22

**chapter** [9] - 3224:14, 3224:15, 3225:5, 3225:11, 3225:20, 3227:2, 3234:1, 3235:7, 3235:10

**charge** [3] - 3238:10, 3238:11, 3247:10

**charged** [11] - 3200:12, 3200:15, 3204:19, 3206:2, 3206:13, 3242:7, 3252:22, 3253:21, 3255:1, 3255:3, 3255:8

**charges** [6] - 3189:24, 3200:17, 3200:19, 3205:13, 3252:21, 3255:22

**charging** [1] - 3205:19

**Charles** [10] - 3226:13, 3233:25, 3242:24, 3244:16, 3244:17, 3244:19, 3245:14, 3246:21, 3247:7, 3255:7

**chat** [2] - 3214:5, 3237:5

**check** [1] - 3240:18

**chief** [2] - 3208:2, 3208:20

**choice** [3] - 3192:4, 3218:2, 3218:5

**choose** [2] - 3207:22, 3210:1

**chose** [2] - 3225:4, 3225:19

**chronological** [1] - 3258:8

**chronologically** [1] -

3252:7

**circled** [9] - 3221:5, 3221:6, 3231:12, 3231:14, 3232:10, 3244:7, 3244:13, 3246:25

**circuit** [1] - 3181:5

**circumstance** [1] - 3178:18

**circumstances** [6] - 3178:22, 3179:3, 3185:3, 3185:7, 3192:22, 3192:25

**cited** [1] - 3181:3

**cities** [1] - 3229:20

**citizens** [1] - 3220:11

**city** [1] - 3239:6

**civil** [4] - 3205:5, 3228:21, 3254:20, 3254:21

**civilians** [3] - 3239:4, 3239:5, 3246:20

**claim** [1] - 3192:6

**claimed** [1] - 3222:7

**claims** [1] - 3209:3

**clarify** [2] - 3177:9, 3185:13

**clean** [2] - 3225:14, 3230:2

**clean-shaven** [1] - 3225:14

**clear** [6] - 3178:23, 3186:20, 3186:23, 3187:17, 3196:24, 3197:6, 3218:11, 3219:19, 3220:21, 3234:8

**clearly** [1] - 3205:17

**CLERK** [9] - 3176:2, 3200:7, 3201:22, 3202:6, 3202:18, 3219:1, 3219:16, 3219:25, 3259:5

**clerks** [1] - 3207:6

**client** [3] - 3257:8, 3258:21, 3258:23

**client's** [1] - 3196:8

**climbed** [2] - 3247:21, 3248:19

**clip** [2] - 3240:15, 3247:3

**close** [2] - 3219:22, 3231:11

**closed** [1] - 3240:8

**closing** [4] - 3208:24, 3208:25, 3209:4, 3252:20

**club** [1] - 3233:21

**co** [5] - 3191:6, 3225:21, 3225:24,

3237:18, 3254:15

**co-conspirator** [1] - 3237:18

**co-conspirators** [3] - 3225:21, 3225:24, 3254:15

**co-counsel** [1] - 3191:6

**code** [2] - 3235:5

**Code** [8] - 3204:22, 3204:24, 3205:1, 3205:4, 3205:6, 3205:9, 3205:11, 3205:15

**cold** [1] - 3219:22

**colleague** [1] - 3255:19

**collected** [1] - 3203:19

**collectively** [1] - 3206:24

**College** [3] - 3253:23, 3254:19, 3255:15

**colloquies** [1] - 3187:15

**colloquy** [5] - 3183:5, 3183:15, 3183:17, 3186:8, 3186:10

**colors** [2] - 3223:13, 3238:20

**COLUMBIA** [1] - 3174:1

**combed** [1] - 3226:23

**combined** [1] - 3243:7

**comfortable** [1] - 3194:8

**coming** [3] - 3195:8, 3234:9, 3238:7

**command** [1] - 3221:7

**commander** [1] - 3237:25

**comment** [1] - 3177:21

**commented** [1] - 3250:17

**comments** [2] - 3210:4, 3246:15

**commie** [1] - 3229:15

**commission** [1] - 3237:25

**committed** [2] - 3206:1, 3224:1

**committee** [1] - 3192:24

**Committee** [4] - 3182:25, 3183:2, 3190:12, 3190:14

**committee's** [1] - 3178:21

**common** [2] -

3227:25, 3252:25

**communication** [2] - 3212:3, 3214:2

**communications** [4] - 3184:18, 3213:25, 3243:13, 3255:11

**compare** [1] - 3250:21

**compared** [2] - 3250:16, 3251:5

**competently** [1] - 3187:1

**complete** [3] - 3216:8, 3235:3, 3259:13

**complicated** [1] - 3227:19

**comprehensive** [1] - 3184:7

**computer** [2] - 3175:19, 3213:25

**computer-aided** [1] - 3175:19

**computers** [1] - 3214:3

**concerns** [2] - 3177:3, 3179:6

**conclude** [1] - 3246:11

**conclusion** [1] - 3205:22

**concrete** [4] - 3246:24, 3247:22, 3248:19, 3251:25

**concussion** [1] - 3246:2

**condemn** [1] - 3223:15

**condition** [2] - 3190:1, 3190:2

**conditions** [1] - 3189:17

**Conduct** [1] - 3188:17

**conduct** [4] - 3189:23, 3209:10, 3214:13, 3214:20

**confetti** [1] - 3249:5

**confidence** [1] - 3191:5

**confidential** [2] - 3188:21, 3191:17

**confirm** [1] - 3235:4

**conflict** [2] - 3177:5, 3240:2

**conflicts** [9] - 3176:18, 3179:13, 3181:24, 3184:8, 3187:5, 3188:17, 3188:19, 3190:19, 3190:20

**confrontation** [1] - 3235:14

**confused** [1] - 3198:13

**confusion** [2] - 3179:11, 3180:7

**Congress** [20] - 3200:18, 3221:1, 3221:15, 3221:20, 3221:25, 3222:4, 3227:9, 3227:16, 3228:13, 3233:1, 3233:3, 3233:6, 3233:8, 3234:9, 3238:4, 3241:15, 3244:23, 3250:10, 3254:4, 3254:8

**Congress's** [1] - 3253:22

**congressional** [1] - 3253:22

**connect** [1] - 3216:23

**connected** [2] - 3204:13, 3212:21

**Connecticut** [2] - 3179:12, 3192:13

**connection** [5] - 3182:23, 3182:24, 3188:18, 3190:10, 3190:11

**Conor** [3] - 3174:13, 3176:8, 3206:23

**consenting** [1] - 3189:20

**consider** [5] - 3179:14, 3208:23, 3209:19, 3210:13, 3215:9

**considered** [6] - 3198:25, 3199:1, 3215:7, 3227:4, 3250:18

**considering** [1] - 3252:22

**consistent** [2] - 3246:13, 3255:20

**conspiracy** [21] - 3200:13, 3204:21, 3204:22, 3205:2, 3224:8, 3227:17, 3227:18, 3227:19, 3227:21, 3228:7, 3231:20, 3252:16, 3252:24, 3253:8, 3253:10, 3253:16, 3253:19, 3253:20, 3254:1, 3254:11

**conspirator** [1] - 3237:18

**conspirators** [3] - 3225:21, 3225:24, 3254:15

3264

**constitutes** [1] - 3259:11
**Constitution** [4] - 3175:16, 3233:5, 3234:25, 3259:17
**constitution** [1] - 3200:20
**consultation** [2] - 3182:22, 3190:10
**contact** [3] - 3212:18, 3212:24, 3237:16
**contained** [2] - 3256:11, 3256:16
**context** [4] - 3181:11, 3231:17, 3256:18, 3258:22
**continue** [1] - 3181:18
**CONTINUED** [1] - 3175:1
**continued** [3] - 3221:12, 3230:12, 3247:20
**continuously** [1] - 3257:6
**contrast** [1] - 3244:22
**conversation** [3] - 3212:23, 3249:18
**conversations** [2] - 3190:5, 3237:5
**convinced** [1] - 3205:25
**cooperation** [1] - 3235:10
**coordinated** [2] - 3246:14, 3255:12
**copied** [1] - 3230:1
**cops** [3] - 3238:11, 3246:1, 3246:3
**copy** [2] - 3182:10
**corner** [1] - 3253:1
**correct** [8] - 3184:23, 3195:10, 3195:19, 3197:6, 3198:17, 3198:18, 3215:1, 3217:24
**corridor** [1] - 3212:25
**corruptly** [2] - 3253:25, 3254:18
**counsel** [25] - 3178:12, 3179:16, 3179:21, 3180:7, 3180:12, 3181:25, 3182:21, 3183:16, 3183:24, 3184:1, 3184:14, 3184:15, 3185:2, 3185:5, 3185:12, 3190:8, 3191:6, 3191:20, 3191:23, 3192:4, 3194:14, 3194:15,

3208:15, 3208:17
**Count** [5] - 3204:21, 3204:22, 3204:24, 3205:2, 3205:4
**count** [2] - 3220:9, 3245:3
**country** [6] - 3220:14, 3230:25, 3249:12, 3249:22, 3251:14, 3251:18
**counts** [2] - 3200:13, 3205:7
**Counts** [1] - 3205:10
**course** [8] - 3186:12, 3197:14, 3209:12, 3213:18, 3214:13, 3220:10, 3225:18, 3250:4
**Court** [10] - 3175:15, 3175:15, 3183:14, 3185:14, 3196:25, 3198:24, 3199:13, 3259:5, 3259:6, 3259:15
**court** [30] - 3177:13, 3179:6, 3181:18, 3183:11, 3183:16, 3183:19, 3184:8, 3185:10, 3185:13, 3191:7, 3191:16, 3192:19, 3192:24, 3193:17, 3193:25, 3195:8, 3196:13, 3196:15, 3196:20, 3197:12, 3198:7, 3198:11, 3198:12, 3201:15, 3210:23, 3214:11, 3215:6, 3215:7, 3215:8
**COURT** [96] - 3174:1, 3176:16, 3177:18, 3177:24, 3178:1, 3178:3, 3178:7, 3178:10, 3179:19, 3180:3, 3180:9, 3182:8, 3183:13, 3183:23, 3184:10, 3184:12, 3184:20, 3184:24, 3185:1, 3185:5, 3185:13, 3185:16, 3185:19, 3185:22, 3185:25, 3186:17, 3186:24, 3187:4, 3187:7, 3187:10, 3187:12, 3187:22, 3188:4, 3188:8, 3188:14, 3189:3, 3189:9, 3189:15, 3190:18, 3190:23, 3191:13,

3191:24, 3192:7, 3193:5, 3193:7, 3193:22, 3194:11, 3194:19, 3195:21, 3196:4, 3196:6, 3196:9, 3196:14, 3196:18, 3197:1, 3197:3, 3197:5, 3197:14, 3197:16, 3197:20, 3198:5, 3198:13, 3198:18, 3199:1, 3199:7, 3199:14, 3199:17, 3199:21, 3200:4, 3200:9, 3202:7, 3202:19, 3216:16, 3217:1, 3217:8, 3217:10, 3217:13, 3217:16, 3218:4, 3218:15, 3218:17, 3218:20, 3218:24, 3219:4, 3219:10, 3219:12, 3219:17, 3219:20, 3220:2, 3255:24, 3256:7, 3256:12, 3256:15, 3257:18, 3258:15, 3259:9
**Court's** [2] - 3196:2, 3222:9
**court's** [2] - 3181:5, 3183:11
**courtesy** [1] - 3194:15
**courthouse** [3] - 3185:21, 3201:16, 3212:25
**Courthouse** [2] - 3175:16, 3259:16
**courtroom** [13] - 3195:13, 3195:15, 3202:14, 3203:13, 3203:18, 3203:25, 3207:14, 3207:16, 3212:8, 3212:9, 3212:22, 3214:25, 3215:22
**cover** [2] - 3252:12, 3255:14
**covered** [1] - 3256:19
**covers** [1] - 3183:9
**COVID** [1] - 3181:16
**Cowabunga** [1] - 3226:14
**coworkers** [1] - 3213:16
**CR** [1] - 3174:2
**create** [1] - 3234:6
**created** [5] - 3212:5, 3224:13, 3230:24, 3233:22, 3235:19

**creating** [1] - 3224:21
**credibility** [1] - 3209:18
**credit** [5] - 3215:5, 3222:7, 3244:17, 3249:14, 3251:20
**crime** [2] - 3205:19, 3228:9
**crimes** [4] - 3204:20, 3224:1, 3224:7, 3254:13
**criminal** [11] - 3176:2, 3189:24, 3200:10, 3204:17, 3206:3, 3212:14, 3225:22, 3227:21, 3228:10, 3237:3, 3246:16
**Criminal** [2] - 3176:3, 3219:2
**critical** [3] - 3231:17, 3251:24, 3252:4
**cross** [6] - 3189:4, 3189:6, 3189:10, 3191:10, 3208:7, 3208:16
**cross-examination** [2] - 3189:10, 3208:7
**cross-examine** [3] - 3189:4, 3189:6, 3208:16
**cross-examines** [1] - 3191:10
**crowd** [10] - 3221:12, 3236:3, 3241:23, 3243:7, 3243:8, 3244:1, 3245:10, 3245:12, 3247:4, 3247:19
**CRR** [3] - 3175:15, 3259:10, 3259:15
**cry** [1] - 3232:1
**CT** [1] - 3174:25

**D**

**D.C** [31] - 3174:5, 3229:4, 3229:7, 3229:9, 3229:17, 3230:11, 3231:10, 3231:18, 3231:22, 3232:2, 3232:3, 3232:7, 3232:17, 3233:13, 3233:15, 3234:8, 3235:21, 3236:23, 3237:13, 3237:14, 3238:3, 3238:14, 3238:18, 3239:5, 3239:19, 3239:23, 3249:8, 3251:16, 3253:1,

3257:6, 3257:14
**Dan** [1] - 3177:11
**dark** [1] - 3224:10
**date** [2] - 3227:9, 3227:11
**dated** [1] - 3259:14
**David** [1] - 3206:25
**DAVID** [1] - 3174:17
**Davis** [1] - 3183:20
**DAY** [1] - 3174:8
**day's** [2] - 3181:7
**days** [5] - 3194:5, 3220:18, 3227:5, 3242:1, 3250:19
**DC** [4] - 3174:15, 3174:21, 3175:17, 3259:17
**deal** [1] - 3181:14
**dealing** [2] - 3182:2, 3182:4
**death** [1] - 3257:5
**debate** [1] - 3223:15
**December** [8] - 3227:5, 3231:7, 3231:10, 3231:16, 3231:21, 3232:5, 3233:12, 3234:19
**decide** [12] - 3178:4, 3178:22, 3205:24, 3209:20, 3210:8, 3212:7, 3214:9, 3214:10, 3215:5, 3215:20, 3216:4, 3233:1
**decided** [1] - 3214:22
**decision** [3] - 3179:15, 3211:18, 3215:13
**decisions** [2] - 3211:22, 3215:12
**declaring** [2] - 3221:1, 3230:5
**deeply** [1] - 3231:1
**Defendant** [15] - 3176:4, 3176:5, 3176:6, 3176:9, 3176:10, 3176:11, 3176:12, 3176:13, 3176:14, 3176:15
**DEFENDANT** [12] - 3187:6, 3187:9, 3187:11, 3187:21, 3188:1, 3188:7, 3188:13, 3189:2, 3189:8, 3189:14, 3190:17, 3190:22
**defendant** [18] - 3176:9, 3200:15, 3200:22, 3205:14, 3206:1, 3206:3,

3265

3206:5, 3206:7, 3206:9, 3206:13, 3206:14, 3206:15, 3206:17, 3208:12, 3208:14, 3228:8, 3254:14

**defendant's** [1] - 3195:16

**Defendants** [3] - 3174:7, 3174:16, 3175:2

**defendants** [47] - 3183:24, 3184:2, 3200:12, 3200:18, 3202:3, 3204:19, 3205:21, 3205:22, 3206:21, 3206:23, 3207:18, 3207:19, 3208:6, 3208:7, 3208:9, 3208:18, 3218:1, 3218:14, 3221:22, 3222:11, 3223:2, 3223:6, 3227:14, 3228:12, 3228:17, 3230:9, 3230:19, 3231:7, 3232:15, 3232:16, 3233:8, 3237:6, 3243:20, 3245:11, 3248:12, 3248:15, 3249:7, 3252:23, 3253:24, 3254:6, 3254:12, 3254:18, 3254:20, 3254:24, 3255:4, 3257:13, 3257:15

**defendants'** [4] - 3195:14, 3223:4, 3231:17, 3259:4

**defense** [18] - 3182:21, 3184:1, 3186:13, 3189:20, 3190:8, 3191:23, 3195:9, 3195:11, 3206:20, 3206:24, 3207:12, 3208:14, 3208:17, 3219:9, 3229:14, 3235:12, 3235:13, 3244:9

**Defense** [18] - 3224:15, 3224:16, 3224:19, 3231:25, 3233:23, 3234:7, 3235:2, 3235:22, 3235:23, 3237:23, 3237:24, 3239:16, 3242:12, 3242:22, 3243:14, 3244:17, 3246:19, 3251:22

**defer** [2] - 3183:10,

3183:19

**defied** [1] - 3221:12

**delay** [2] - 3194:16, 3253:24

**delayed** [1] - 3254:18

**delete** [1] - 3237:1

**deliberance** [1] - 3201:25

**deliberate** [1] - 3203:24

**deliberations** [8] - 3202:12, 3203:6, 3203:12, 3204:3, 3209:6, 3209:25, 3211:1, 3211:15

**deliver** [1] - 3203:18

**delivered** [1] - 3212:6

**democracy** [1] - 3221:4

**demonstrations** [1] - 3223:12

**denied** [2] - 3258:14, 3259:2

**deny** [3] - 3181:4, 3181:13, 3258:15

**deprived** [1] - 3192:4

**DEPUTY** [9] - 3176:2, 3200:7, 3201:22, 3202:6, 3202:18, 3219:1, 3219:16, 3219:25, 3259:5

**describe** [5] - 3198:21, 3209:8, 3223:2, 3236:12, 3245:1

**described** [3] - 3222:24, 3234:20, 3242:1

**description** [1] - 3222:23

**desperately** [1] - 3244:10

**despite** [2] - 3230:11, 3235:23

**destroy** [1] - 3254:24

**destroyed** [1] - 3203:19

**destruction** [3] - 3200:14, 3205:7, 3254:23

**detail** [1] - 3208:22

**detailed** [1] - 3202:10

**details** [1] - 3228:6

**determine** [4] - 3209:15, 3209:17, 3220:8, 3220:10

**detrimental** [1] - 3190:6

**development** [1] - 3178:9

**device** [1] - 3237:11

**devices** [2] - 3214:3, 3237:10

**different** [4] - 3215:11, 3215:12, 3217:20, 3228:5

**differently** [1] - 3210:25

**diligently** [1] - 3187:1

**direct** [4] - 3208:4, 3208:16, 3226:6, 3255:15

**directed** [1] - 3238:17

**direction** [3] - 3223:8, 3226:1, 3239:25

**discharged** [1] - 3213:14

**discharging** [2] - 3205:3, 3254:4

**disciplinary** [5] - 3178:21, 3179:6, 3192:24, 3194:8

**discipline** [3] - 3192:19, 3192:21, 3193:13

**disclose** [2] - 3204:1, 3214:8

**disconnect** [1] - 3177:15

**discouraged** [1] - 3235:24

**discretion** [2] - 3181:6, 3181:12

**discuss** [9] - 3188:5, 3196:21, 3201:10, 3211:17, 3212:15, 3215:23, 3215:25, 3216:1, 3217:19

**discussed** [7] - 3188:18, 3191:2, 3195:3, 3197:3, 3213:1, 3235:22, 3239:3

**discussing** [2] - 3236:11, 3237:3

**discussion** [4] - 3176:20, 3198:14, 3213:4, 3236:15

**discussions** [6] - 3187:5, 3188:23, 3191:3, 3213:4, 3235:24, 3237:4

**disorder** [3] - 3205:5, 3254:20, 3254:21

**disperse** [1] - 3221:12

**disregard** [2] - 3210:10, 3211:14

**disrupt** [1] - 3233:10

**distracts** [1] - 3203:3

**District** [1] - 3185:14

**DISTRICT** [3] - 3174:1, 3174:1, 3174:10

**divided** [1] - 3177:16

**document** [3] - 3181:6, 3188:11, 3188:16

**documents** [1] - 3181:10

**Dominic** [38] - 3176:6, 3200:12, 3202:2, 3220:17, 3221:16, 3221:19, 3222:15, 3226:20, 3226:23, 3226:24, 3227:6, 3231:8, 3231:11, 3231:12, 3231:14, 3242:7, 3244:7, 3244:12, 3244:15, 3244:18, 3244:20, 3245:6, 3245:14, 3246:5, 3246:21, 3247:6, 3247:14, 3247:18, 3247:21, 3248:3, 3248:4, 3248:16, 3248:21, 3251:7, 3255:2, 3255:8, 3255:22

**Donald** [11] - 3220:21, 3221:21, 3223:3, 3223:15, 3223:16, 3228:14, 3230:10, 3230:12, 3233:11, 3233:12, 3246:7

**done** [3] - 3246:9, 3248:12, 3250:13

**Donohoe** [9] - 3226:13, 3233:25, 3242:24, 3244:16, 3244:17, 3245:14, 3246:21, 3247:7, 3255:7

**Donohoe's** [1] - 3244:19

**doubt** [6] - 3200:22, 3206:1, 3206:6, 3206:8, 3206:12, 3206:16

**down** [6] - 3179:17, 3193:21, 3232:8, 3243:7, 3247:23, 3255:1

**downtown** [3] - 3229:9, 3231:21, 3232:6

**dragged** [1] - 3234:16

**dragging** [1] - 3218:2

**draw** [2] - 3205:21, 3258:10

**drawn** [2] - 3223:21

**dressed** [2] - 3223:12,

3238:20

**drinking** [1] - 3233:20

**driving** [2] - 3253:4

**dropping** [1] - 3246:2

**drugs** [1] - 3187:10

**during** [31] - 3176:20, 3179:8, 3179:10, 3188:22, 3195:15, 3197:13, 3198:16, 3198:20, 3202:25, 3203:5, 3203:13, 3204:5, 3204:8, 3204:10, 3205:5, 3209:25, 3210:3, 3210:21, 3210:23, 3211:1, 3212:20, 3214:13, 3222:21, 3223:14, 3225:18, 3229:8, 3231:10, 3231:22, 3250:7, 3254:21, 3258:6

**duties** [2] - 3205:3, 3254:5

**duty** [3] - 3206:13, 3209:13, 3213:15

---

# E

**easily** [1] - 3243:24

**East** [1] - 3174:17

**east** [3] - 3240:13, 3247:3, 3248:18

**echoed** [2] - 3222:15, 3231:2, 3234:18, 3251:15

**edited** [1] - 3230:7

**effect** [2] - 3178:24, 3209:17

**efficient** [2] - 3207:11, 3209:11

**effort** [2] - 3224:19, 3241:22

**efforts** [2] - 3221:12, 3250:21

**either** [2] - 3253:15, 3254:14

**election** [26] - 3220:8, 3220:12, 3220:19, 3221:1, 3221:15, 3223:11, 3223:25, 3227:10, 3227:17, 3228:16, 3228:18, 3228:25, 3229:4, 3230:17, 3231:4, 3231:6, 3232:22, 3232:24, 3233:1, 3233:2, 3233:8, 3234:9, 3238:4, 3241:16, 3248:11, 3252:8

**election-related** [2] - 3229:4, 3231:6
**Electoral** [3] - 3253:23, 3254:18, 3255:15
**electronic** [2] - 3214:2, 3214:3
**electronically** [1] - 3212:2
**element** [2] - 3206:12, 3206:16
**elevator** [1] - 3212:25
**Ellipse** [1] - 3239:12
**email** [3] - 3191:3, 3214:7, 3217:12
**emailing** [1] - 3214:4
**embarrassing** [1] - 3190:6
**emphasize** [1] - 3202:9
**en** [1] - 3229:6
**encounter** [1] - 3212:21
**encouraged** [3] - 3226:12, 3243:11, 3249:10
**encrypted** [4] - 3222:2, 3235:19, 3237:22, 3242:11
**end** [12] - 3180:19, 3180:25, 3202:11, 3203:17, 3204:1, 3205:24, 3208:21, 3209:4, 3211:19, 3218:19, 3228:11, 3252:19
**ends** [1] - 3256:21
**enemies** [1] - 3230:22
**enforcement** [12] - 3205:4, 3232:3, 3232:11, 3232:12, 3232:17, 3237:7, 3237:8, 3245:9, 3254:3, 3254:7, 3254:21, 3255:5
**enraged** [3] - 3232:15, 3257:11, 3257:13
**Enrique** [61] - 3176:6, 3200:11, 3200:2, 3220:16, 3220:24, 3222:1, 3222:7, 3223:8, 3224:9, 3224:13, 3224:14, 3224:17, 3224:19, 3224:21, 3224:25, 3225:4, 3225:19, 3227:1, 3227:6, 3229:1, 3229:4, 3229:13, 3230:13, 3231:13, 3231:15,

3231:25, 3232:7, 3232:10, 3232:15, 3233:16, 3233:19, 3233:22, 3234:6, 3234:10, 3236:6, 3236:15, 3236:23, 3237:1, 3237:11, 3237:12, 3237:14, 3237:15, 3237:18, 3237:21, 3238:8, 3238:13, 3242:21, 3245:5, 3249:9, 3249:14, 3249:23, 3250:2, 3250:5, 3250:7, 3250:9, 3250:15, 3251:2, 3251:15, 3255:21
**enter** [1] - 3203:24
**entered** [5] - 3221:13, 3222:8, 3248:16, 3250:25, 3251:7
**enthusiastically** [1] - 3227:2
**entire** [3] - 3185:14, 3185:20, 3216:5
**entirely** [2] - 3203:1, 3210:1
**entitled** [1] - 3200:10
**equipment** [1] - 3225:16
**Erik** [4] - 3174:12, 3176:7, 3179:25, 3206:22
**Esq** [2] - 3174:12, 3174:12, 3174:13, 3174:13, 3174:16, 3174:20, 3174:23, 3175:2, 3175:4, 3175:8, 3175:11, 3175:11
**et** [2] - 3187:17, 3219:3
**Ethan** [46] - 3176:4, 3184:4, 3200:11, 3202:1, 3219:3, 3220:17, 3221:5, 3222:19, 3222:20, 3224:25, 3225:1, 3225:4, 3229:16, 3230:3, 3230:22, 3231:15, 3231:25, 3233:24, 3234:18, 3234:19, 3238:1, 3238:9, 3238:21, 3239:9, 3239:23, 3240:4, 3240:10, 3240:11, 3240:16, 3240:18, 3241:2, 3241:5, 3241:10, 3242:10, 3243:6,

3244:2, 3245:5, 3245:15, 3245:20, 3246:4, 3246:22, 3248:18, 3250:25, 3251:3, 3254:25, 3255:21
**ethic** [1] - 3184:7
**euphoria** [1] - 3249:6
**evacuate** [1] - 3248:10
**evening** [1] - 3238:5
**event** [3] - 3178:24, 3181:21, 3239:13
**events** [5] - 3200:17, 3231:16, 3231:19, 3232:14, 3239:20
**evidence** [51] - 3199:9, 3202:4, 3203:2, 3203:7, 3203:9, 3203:10, 3204:13, 3205:18, 3205:21, 3205:25, 3206:10, 3207:10, 3207:24, 3207:25, 3208:9, 3208:10, 3208:13, 3208:14, 3208:21, 3209:1, 3209:2, 3209:3, 3209:18, 3210:13, 3210:14, 3210:16, 3210:19, 3210:21, 3210:24, 3211:1, 3211:3, 3211:7, 3211:22, 3214:10, 3214:23, 3215:6, 3215:7, 3215:13, 3215:21, 3224:20, 3246:16, 3252:11, 3252:20, 3255:10, 3255:18, 3255:20, 3258:6, 3258:7, 3258:17
**exact** [1] - 3240:10
**exactly** [11] - 3185:15, 3227:12, 3236:21, 3239:8, 3240:15, 3241:10, 3242:2, 3242:4, 3242:18, 3242:21, 3243:15
**examination** [11] - 3182:18, 3182:19, 3182:21, 3189:10, 3190:3, 3190:4, 3208:5, 3208:7, 3208:8, 3208:16, 3208:17
**examine** [3] - 3189:4, 3189:6, 3208:16
**examines** [1] - 3191:10
**examining** [3] -

3182:22, 3189:22, 3190:9
**example** [4] - 3177:4, 3189:3, 3212:24, 3214:15
**exchange** [2] - 3235:25, 3236:10
**exchanged** [6] - 3233:18, 3239:2, 3242:12, 3244:3, 3246:18, 3249:20
**exclude** [2] - 3181:1, 3181:13
**exclusive** [1] - 3210:11
**excuse** [1] - 3256:2
**executed** [1] - 3183:6
**execution** [1] - 3253:13
**exhibit** [2] - 3181:3, 3198:10
**exhibits** [5] - 3181:2, 3181:10, 3210:15, 3210:20, 3211:16
**existence** [2] - 3210:18, 3230:14
**exited** [1] - 3248:17
**expect** [2] - 3207:25, 3252:2
**expectations** [1] - 3239:3
**expected** [1] - 3194:23
**expects** [3] - 3258:6, 3258:9, 3258:10
**experience** [2] - 3225:9, 3227:24
**explain** [6] - 3201:19, 3202:8, 3204:15, 3206:19, 3214:20, 3215:2
**explained** [2] - 3234:10, 3235:6
**explains** [1] - 3231:18
**explicitly** [3] - 3191:8, 3235:22, 3240:22
**exploded** [1] - 3223:14
**expressed** [2] - 3210:9, 3239:4
**extensive** [1] - 3237:4
**extent** [6] - 3184:18, 3184:25, 3189:10, 3197:17, 3209:21, 3258:21
**extenuating** [1] - 3178:19
**extinguished** [1] - 3230:25
**extraordinary** [4] - 3178:22, 3185:7,

3192:22, 3192:25

**F**

**face** [2] - 3213:24
**Facebook** [1] - 3212:4
**faced** [1] - 3247:14
**fact** [5] - 3180:10, 3186:7, 3207:15, 3210:18, 3237:21
**facts** [6] - 3209:15, 3209:16, 3210:8, 3210:10, 3214:10, 3214:16, 3215:11, 3256:10
**factual** [1] - 3197:23
**failed** [1] - 3206:15
**fair** [1] - 3209:10
**fairly** [1] - 3182:20
**falls** [1] - 3249:5
**family** [2] - 3195:14, 3213:16
**fanned** [1] - 3221:11
**far** [4] - 3192:16, 3225:8, 3225:13, 3247:24
**fathers** [2] - 3250:17, 3250:22
**favorite** [1] - 3220:20
**FBI** [2] - 3195:12, 3207:7
**fear** [1] - 3234:17
**featured** [2] - 3227:6, 3230:7
**federal** [1] - 3254:24
**feeds** [1] - 3239:21
**fellow** [3] - 3211:21, 3216:3, 3236:25
**fence** [2] - 3243:7, 3255:2
**few** [14] - 3176:17, 3194:5, 3197:20, 3209:5, 3216:22, 3227:5, 3228:7, 3233:18, 3240:21, 3242:1, 3247:19, 3249:25, 3250:19, 3255:25
**fight** [5] - 3230:10, 3230:15, 3230:20, 3233:21, 3238:3
**fighting** [5] - 3233:9, 3235:12, 3246:3, 3249:4, 3257:13
**files** [1] - 3243:22
**filmed** [5] - 3222:16, 3222:20, 3241:24, 3243:6, 3245:19
**final** [5] - 3204:2, 3211:19, 3216:6,

3232:21, 3233:8
**finalized** [1] - 3238:14
**finalizing** [1] - 3234:1
**finally** [3] - 3209:4, 3213:6, 3255:4
**fine** [2] - 3177:8, 3184:6
**finer** [1] - 3228:22
**finished** [4] - 3208:5, 3208:7, 3208:18, 3217:4
**fire** [1] - 3232:8
**firing** [2] - 3231:3, 3257:3
**first** [30] - 3176:19, 3177:12, 3180:24, 3183:3, 3183:7, 3186:10, 3186:11, 3187:13, 3188:15, 3190:1, 3194:22, 3197:3, 3200:23, 3201:3, 3201:14, 3202:20, 3207:17, 3212:10, 3220:4, 3221:9, 3221:18, 3242:5, 3243:3, 3248:8, 3253:10, 3253:11, 3254:16, 3256:1, 3256:2
**First** [2] - 3251:24, 3256:19
**fist** [1] - 3244:4
**fit** [1] - 3235:15
**five** [5] - 3200:18, 3202:21, 3204:19, 3227:14, 3228:17
**fives** [1] - 3244:3
**fixed** [2] - 3243:7, 3255:1
**FL** [2] - 3175:6, 3175:9
**flashing** [1] - 3244:21
**flip** [1] - 3176:25
**Floor** [2] - 3174:24, 3175:13
**Florida** [1] - 3224:11
**fly** [1] - 3182:3
**follow** [5] - 3204:16, 3208:22, 3211:16, 3232:24, 3235:5
**followed** [1] - 3235:18
**followers** [1] - 3229:1
**following** [3] - 3204:20, 3213:8, 3234:14
**foot** [1] - 3202:21
**FOR** [1] - 3174:1
**force** [20] - 3220:25, 3221:7, 3221:14, 3223:3, 3225:23, 3227:16, 3228:13,

3233:9, 3234:20, 3236:8, 3238:25, 3241:22, 3253:7, 3253:12, 3253:13, 3253:17, 3253:18, 3254:7, 3257:13
**forced** [4] - 3221:20, 3222:1, 3222:5, 3230:12
**forcing** [1] - 3254:5
**foregoing** [1] - 3259:11
**form** [6] - 3227:20, 3228:3, 3228:4, 3228:10, 3235:3, 3235:4
**formal** [1] - 3205:18
**formed** [4] - 3223:7, 3246:12, 3252:5, 3252:16
**former** [3] - 3225:8, 3226:15, 3226:24
**forms** [1] - 3227:22
**forward** [12] - 3177:19, 3181:20, 3193:7, 3201:5, 3221:13, 3237:17, 3241:23, 3242:7, 3246:22, 3246:23, 3247:4, 3252:8
**forwarded** [1] - 3182:10
**foul** [1] - 3222:10
**foundations** [1] - 3223:5
**founding** [2] - 3250:17, 3250:22
**four** [6] - 3185:12, 3195:4, 3220:7, 3220:9, 3231:22, 3232:23
**framed** [1] - 3225:7
**fraud** [1] - 3245:6
**freaking** [1] - 3234:25
**free** [2] - 3203:21, 3252:18
**friends** [2] - 3177:17, 3213:16
**front** [8] - 3231:13, 3231:15, 3240:5, 3240:6, 3240:9, 3244:2, 3246:25, 3247:9
**fuck** [3] - 3222:13, 3235:15, 3251:12
**Fuck** [4] - 3239:7, 3241:25, 3257:9, 3258:1
**fucking** [7] - 3222:22, 3228:23, 3234:16,

3240:17, 3245:23, 3247:2, 3249:11
**fulfilling** [1] - 3254:4
**full** [2] - 3235:10, 3259:12
**fullest** [1] - 3204:6
**fully** [3] - 3187:19, 3257:22, 3258:18
**function** [1] - 3194:6

## G

**game** [1] - 3249:4
**gathered** [2] - 3239:14, 3246:23
**general** [2] - 3188:15, 3189:16
**general's** [1] - 3257:5
**gentlemen** [2] - 3220:3, 3256:2
**given** [6] - 3180:15, 3183:5, 3185:6, 3186:4, 3186:6, 3186:25
**glasses** [3] - 3224:10, 3225:3, 3225:7
**goal** [2] - 3226:20, 3250:16
**God** [1] - 3251:18
**Gonzalez** [1] - 3192:3
**Gonzalez-Lopez** [1] - 3192:3
**government** [54] - 3176:7, 3177:3, 3179:22, 3180:25, 3181:2, 3181:23, 3181:25, 3183:7, 3190:23, 3191:14, 3195:1, 3195:4, 3195:13, 3198:15, 3199:2, 3199:5, 3200:14, 3200:16, 3200:21, 3205:8, 3206:7, 3206:11, 3206:20, 3206:21, 3207:7, 3207:17, 3208:2, 3208:3, 3208:5, 3208:8, 3208:9, 3208:18, 3216:20, 3217:23, 3218:12, 3218:18, 3219:9, 3220:5, 3223:5, 3234:17, 3234:21, 3250:6, 3250:23, 3252:22, 3257:1, 3257:8, 3257:19, 3257:24, 3258:2, 3258:11, 3258:19, 3258:25
**Government** [1] -

3182:6
**government's** [5] - 3195:13, 3198:9, 3207:20, 3256:18, 3258:5
**grand** [2] - 3204:18, 3204:19
**green** [3] - 3231:12, 3231:14, 3244:8
**ground** [19] - 3224:24, 3226:7, 3226:15, 3226:16, 3238:17, 3239:9, 3239:19, 3239:20, 3239:22, 3240:9, 3242:13, 3243:18, 3243:23, 3249:10, 3249:18, 3249:20, 3250:15, 3256:22
**Ground** [1] - 3243:19
**Grounds** [1] - 3221:10
**group** [14] - 3221:9, 3222:15, 3223:7, 3231:21, 3232:5, 3239:10, 3242:11, 3242:25, 3243:18, 3243:19, 3246:16, 3246:23, 3251:17
**group's** [6] - 3221:24, 3223:13, 3226:17, 3229:11, 3230:6, 3255:13
**groups** [4] - 3230:24, 3235:19, 3237:1, 3237:22
**guess** [7] - 3183:3, 3183:7, 3183:25, 3211:11, 3216:19, 3236:19, 3236:22
**guidance** [1] - 3226:1
**guide** [1] - 3226:6
**guilt** [3] - 3205:21, 3205:22, 3255:10
**guilty** [7] - 3200:19, 3200:22, 3206:6, 3206:7, 3206:14, 3206:18, 3255:22
**guys** [1] - 3238:6

## H

**hair** [2] - 3225:8, 3226:23
**hand** [8] - 3201:23, 3202:22, 3204:14, 3206:14, 3221:22, 3233:23, 3235:2, 3242:17
**hand-picked** [2] - 3233:23, 3235:2

**handled** [1] - 3194:4
**handling** [1] - 3182:6
**Harbor** [1] - 3222:25
**hard** [1] - 3222:18
**harmless** [1] - 3214:17
**Harris** [6] - 3201:14, 3201:21, 3202:19, 3213:12, 3215:24, 3256:4
**Harrisburg** [1] - 3226:2
**Hassan** [3] - 3175:4, 3176:11, 3207:3
**HASSAN** [4] - 3175:5, 3184:16, 3184:23, 3184:25
**hate** [1] - 3199:16
**Haven** [1] - 3174:25
**headed** [2] - 3243:3, 3248:3
**headline** [1] - 3239:13
**hear** [17] - 3177:2, 3179:19, 3184:14, 3199:10, 3215:19, 3219:18, 3222:11, 3224:2, 3225:18, 3225:20, 3229:21, 3236:12, 3236:16, 3243:22, 3244:25, 3257:18, 3258:6
**heard** [11] - 3180:4, 3191:13, 3199:23, 3199:24, 3211:22, 3211:25, 3223:19, 3229:9, 3240:24, 3255:18
**hearing** [1] - 3213:3
**heart** [1] - 3221:3
**HELD** [1] - 3174:9
**held** [2] - 3229:3, 3251:14
**hell** [1] - 3229:14
**help** [8] - 3177:10, 3179:17, 3189:7, 3189:13, 3207:24, 3209:2, 3225:5, 3226:19
**helped** [2] - 3226:6, 3226:16
**helps** [1] - 3203:2
**hereby** [1] - 3259:10
**HERNANDEZ** [29] - 3185:6, 3185:15, 3185:18, 3185:20, 3185:23, 3196:2, 3196:5, 3196:7, 3196:12, 3196:15, 3196:22, 3197:2, 3197:4, 3197:10,

3197:15, 3197:19, 3198:4, 3198:6, 3198:17, 3198:19, 3199:6, 3199:12, 3199:15, 3199:19, 3200:2, 3219:11, 3256:8, 3256:13, 3256:16

**Hernandez** [8] - 3175:2, 3176:11, 3199:17, 3199:21, 3207:2, 3219:7, 3256:12, 3258:20

**hesitation** [1] - 3243:15

**Hialeah** [1] - 3175:9

**hierarchy** [1] - 3224:16

**high** [1] - 3244:3

**high-fives** [1] - 3244:3

**Highland** [1] - 3175:3

**himself** [12] - 3222:16, 3222:20, 3224:12, 3224:22, 3225:3, 3229:5, 3229:6, 3231:9, 3231:11, 3241:24, 3245:19, 3250:21

**hinder** [1] - 3253:24

**hinted** [2] - 3210:9, 3227:8

**hinting** [1] - 3234:3

**history** [3] - 3220:11, 3220:18, 3250:11

**hit** [1] - 3195:23

**hmm** [1] - 3196:4

**hold** [3] - 3207:14, 3211:5, 3247:11

**holding** [1] - 3244:20

**holds** [1] - 3220:8

**Hollow** [1] - 3175:2

**home** [6] - 3182:24, 3189:23, 3190:11, 3203:16, 3212:11, 3212:12

**Honor** [30] - 3176:2, 3177:11, 3179:3, 3179:14, 3180:2, 3182:5, 3184:4, 3185:4, 3185:6, 3186:16, 3188:1, 3190:22, 3195:7, 3196:22, 3199:12, 3216:22, 3217:2, 3217:12, 3217:22, 3218:11, 3218:23, 3219:1, 3219:6, 3219:13, 3255:23, 3256:8, 3257:20, 3257:23, 3258:4,

3258:13

**Honor's** [1] - 3257:24

**HONORABLE** [1] - 3174:9

**Honorable** [1] - 3259:5

**hope** [2] - 3239:4, 3257:2

**hoped** [2] - 3239:6, 3255:25

**hopefully** [2] - 3201:12, 3231:3

**hopes** [1] - 3239:2

**hot** [1] - 3219:21

**hour** [2] - 3217:25, 3256:5

**hours** [2] - 3233:18, 3249:4

**House** [4] - 3182:25, 3183:1, 3190:12, 3190:14

**housekeeping** [1] - 3176:17

**hugged** [1] - 3177:17

**Hull** [31] - 3174:20, 3176:10, 3176:19, 3177:11, 3182:14, 3182:17, 3182:19, 3182:23, 3184:2, 3184:19, 3186:11, 3186:13, 3187:24, 3188:5, 3188:10, 3188:22, 3188:24, 3189:10, 3189:19, 3189:21, 3190:2, 3190:10, 3190:16, 3190:21, 3190:24, 3191:2, 3191:13, 3191:16, 3207:1

**HULL** [12] - 3174:20, 3177:10, 3177:19, 3177:25, 3178:2, 3178:5, 3178:8, 3179:2, 3186:16, 3186:23, 3187:3, 3191:22

**human** [1] - 3212:17

**hung** [1] - 3234:16

**hurling** [1] - 3255:6

**hypotheticals** [1] - 3218:21

**I**

**identified** [2] - 3181:10, 3204:9

**II** [2] - 3175:11, 3223:1

**illegal** [4] - 3227:21, 3253:11, 3253:13, 3254:2

**image** [1] - 3230:9

**images** [1] - 3258:21

**immediate** [1] - 3193:19

**immediately** [4] - 3204:14, 3207:20, 3213:3, 3213:12

**impede** [1] - 3254:1

**impeding** [1] - 3205:10

**implicit** [2] - 3191:3, 3191:6

**implying** [1] - 3190:3

**important** [7] - 3177:21, 3183:18, 3202:8, 3204:4, 3204:17, 3216:4, 3223:23

**imposed** [1] - 3192:21

**IN** [1] - 3174:1

**inability** [1] - 3251:16

**inaccurate** [1] - 3198:1

**inadvertently** [1] - 3215:23

**inauguration** [1] - 3227:11

**include** [3] - 3189:23, 3191:11, 3191:20

**included** [1] - 3243:20

**includes** [5] - 3210:14, 3210:19, 3213:24, 3214:17, 3222:10

**including** [18] - 3182:25, 3190:12, 3197:22, 3203:20, 3207:6, 3212:3, 3213:16, 3214:4, 3214:6, 3220:25, 3221:14, 3225:23, 3227:16, 3228:12, 3236:8, 3237:10, 3238:25, 3253:7

**incoming** [1] - 3232:18

**incomplete** [2] - 3215:4, 3258:22

**incriminating** [1] - 3237:5

**independent** [1] - 3214:13

**indicated** [2] - 3196:23, 3246:19

**Indicates** [1] - 3188:13

**indicating** [2] - 3194:10, 3202:18

**indication** [1] - 3210:7

**indicted** [1] - 3205:23

**indictment** [6] - 3204:18, 3204:19, 3205:13, 3205:17, 3205:18, 3205:20

**individual** [2] - 3246:1, 3246:25

**individuals** [5] - 3207:5, 3207:8, 3207:11, 3234:2, 3254:3

**indulgence** [1] - 3196:3

**infamy** [2] - 3222:23, 3222:24

**inferences** [2] - 3258:9, 3258:10

**inflammatory** [6] - 3198:11, 3200:3, 3256:10, 3256:25, 3257:16, 3258:12

**influence** [2] - 3187:18, 3250:11

**influenced** [1] - 3203:11

**info** [1] - 3238:6

**information** [20] - 3182:15, 3182:16, 3188:22, 3188:25, 3189:4, 3189:5, 3189:10, 3189:11, 3190:5, 3191:17, 3194:7, 3213:17, 3214:5, 3214:25, 3215:2, 3215:8, 3215:12, 3239:22, 3252:7, 3252:15

**initial** [1] - 3228:19

**initiate** [1] - 3235:13

**innocence** [3] - 3206:4, 3206:10, 3208:12

**innocent** [2] - 3200:20, 3206:4

**inserted** [1] - 3180:11

**inside** [4] - 3221:19, 3222:16, 3244:24, 3248:21

**instance** [1] - 3183:8

**instead** [1] - 3220:23

**instruct** [7] - 3195:25, 3196:19, 3209:12, 3210:6, 3210:20, 3214:12, 3216:2

**instructed** [3] - 3180:20, 3235:18, 3239:9

**instructing** [1] - 3180:9

**instruction** [2] - 3180:10, 3213:9

**instructions** [11] - 3180:11, 3201:19, 3202:11, 3202:13, 3204:2, 3209:5, 3211:19, 3211:23, 3216:6, 3216:7, 3216:10

**intemperate** [1] - 3177:13

**intended** [3] - 3202:13, 3207:24, 3209:2

**intention** [1] - 3239:17

**interactions** [3] - 3183:1, 3190:13, 3191:18

**interfered** [1] - 3254:20

**Internet** [4] - 3214:15, 3214:18, 3215:3, 3215:16

**interpretation** [1] - 3179:4

**intersection** [1] - 3253:2

**intimidation** [1] - 3254:7

**introduce** [2] - 3199:9, 3252:21

**introduced** [2] - 3207:25, 3256:10

**introduction** [1] - 3252:3

**invalid** [1] - 3250:13

**investigation** [3] - 3214:14, 3214:21, 3232:12

**invite** [1] - 3195:9

**invoking** [1] - 3249:25

**involved** [5] - 3193:9, 3201:2, 3213:7, 3213:21, 3214:16

**irrelevant** [1] - 3200:3

**issue** [20] - 3176:18, 3178:16, 3179:17, 3180:14, 3180:24, 3180:25, 3181:14, 3181:24, 3182:1, 3182:4, 3194:17, 3195:2, 3196:16, 3196:21, 3199:11, 3214:9, 3216:5, 3216:18, 3217:22, 3219:22

**issues** [5] - 3180:8, 3201:9, 3201:12, 3216:19, 3217:21

**item** [1] - 3198:12

**items** [1] - 3189:24

**itself** [4] - 3198:10,

3213:21, 3232:18, 3252:3
**IV** [1] - 3174:20

## J

**J6** [2] - 3227:7, 3227:8
**jail** [2] - 3237:12, 3237:22
**January** [51] - 3174:6, 3200:18, 3220:16, 3221:3, 3222:23, 3224:2, 3224:7, 3224:13, 3224:24, 3225:17, 3225:25, 3226:5, 3226:11, 3226:16, 3227:6, 3227:9, 3227:11, 3227:14, 3228:9, 3228:11, 3231:18, 3232:22, 3233:7, 3233:14, 3233:15, 3234:11, 3235:1, 3235:17, 3235:25, 3236:10, 3236:12, 3236:24, 3237:13, 3237:15, 3238:19, 3239:1, 3246:10, 3250:25, 3251:5, 3251:17, 3251:21, 3252:5, 3252:9, 3252:17, 3254:9, 3254:16, 3254:19, 3254:22, 3254:25, 3255:16, 3259:14
**Jason** [3] - 3174:12, 3176:8, 3206:22
**Jauregui** [3] - 3175:8, 3176:12, 3207:3
**JAUREGUI** [1] - 3175:8
**jeez** [1] - 3176:21
**Jeremy** [14] - 3226:8, 3226:11, 3231:23, 3233:25, 3237:18, 3239:20, 3242:18, 3243:10, 3243:17, 3249:18, 3249:21, 3250:1, 3250:2, 3250:10
**job** [2] - 3178:21, 3220:14
**Joe** [63] - 3177:11, 3177:22, 3220:17, 3221:1, 3221:5, 3221:19, 3221:21, 3222:19, 3222:21, 3223:1, 3223:15, 3223:22, 3225:1, 3225:6, 3225:8,

3225:10, 3228:13, 3228:14, 3228:18, 3228:25, 3229:9, 3229:12, 3230:19, 3232:1, 3233:11, 3233:18, 3233:24, 3234:9, 3234:14, 3238:2, 3238:5, 3239:23, 3240:1, 3240:4, 3240:10, 3240:11, 3241:2, 3241:6, 3241:18, 3242:1, 3242:10, 3243:6, 3243:23, 3244:2, 3245:5, 3245:15, 3245:19, 3246:5, 3246:7, 3246:22, 3247:7, 3247:21, 3247:22, 3247:23, 3248:15, 3250:16, 3250:19, 3250:21, 3251:3, 3254:25, 3255:21
**John** [7] - 3174:20, 3176:10, 3226:2, 3226:4, 3233:24, 3236:4, 3236:12
**Johnny** [1] - 3226:3
**join** [2] - 3228:2, 3244:8
**joined** [7] - 3220:24, 3227:3, 3227:13, 3227:15, 3227:17, 3231:8, 3232:7
**joint** [2] - 3244:23, 3253:22
**Joseph** [3] - 3176:5, 3200:11, 3202:1
**JUDGE** [1] - 3174:10
**judge** [2] - 3184:16, 3209:9
**Judge** [6] - 3184:17, 3184:19, 3184:23, 3193:16, 3200:23, 3252:18
**judges** [1] - 3209:16
**jump** [1] - 3252:13
**jurisdiction** [3] - 3193:14, 3194:2, 3194:9
**juror** [5] - 3181:15, 3196:24, 3196:25, 3197:8, 3215:12
**juror's** [1] - 3203:11
**jurors** [18] - 3180:23, 3196:23, 3197:7, 3201:20, 3202:15, 3202:24, 3203:9, 3204:1, 3204:5, 3209:7, 3209:14,

3209:15, 3211:21, 3213:13, 3215:11, 3215:24, 3216:3, 3218:2
**Jury** [4] - 3200:8, 3216:15, 3220:1, 3256:6
**JURY** [2] - 3174:8, 3202:5
**jury** [34] - 3179:11, 3180:7, 3180:10, 3194:13, 3194:25, 3195:24, 3196:24, 3200:5, 3200:7, 3200:8, 3200:25, 3203:5, 3203:23, 3204:8, 3204:18, 3204:19, 3209:9, 3212:13, 3212:21, 3213:15, 3213:17, 3213:19, 3213:23, 3214:7, 3214:8, 3216:2, 3216:15, 3219:12, 3219:25, 3220:1, 3256:6, 3258:6, 3258:8, 3258:9

## K

**keep** [10] - 3180:14, 3201:9, 3216:4, 3223:3, 3226:12, 3230:10, 3237:14, 3238:1, 3239:24, 3243:11
**KELLY** [1] - 3174:9
**Kelly** [2] - 3200:23, 3252:18
**KENERSON** [7] - 3179:25, 3182:5, 3183:10, 3183:14, 3191:1, 3195:7, 3219:6
**Kenerson** [4] - 3174:12, 3176:7, 3179:25, 3206:22
**kept** [2] - 3224:23, 3241:6
**killed** [1] - 3229:17
**kind** [4] - 3182:3, 3201:19, 3212:13, 3258:7
**knife** [2] - 3256:23, 3256:25
**knocked** [1] - 3256:24
**knowing** [3] - 3189:15, 3190:18, 3190:20
**known** [5] - 3223:7,

3223:11, 3226:3, 3226:9, 3226:14
**Kramer** [1] - 3217:6

## L

**ladies** [2] - 3220:3, 3256:2
**Lakes** [1] - 3175:6
**language** [5] - 3184:20, 3184:22, 3222:11, 3229:25, 3230:1
**lap** [1] - 3251:1
**lapel** [2] - 3216:24, 3217:5
**laptop** [1] - 3216:23
**large** [3] - 3223:12, 3231:21, 3239:10
**larger** [1] - 3243:18
**last** [1] - 3194:5
**late** [1] - 3181:2
**laughter** [1] - 3185:17
**launched** [1] - 3222:25
**LAW** [2] - 3175:5, 3175:8
**law** [38] - 3179:12, 3192:9, 3193:16, 3202:4, 3204:16, 3205:4, 3206:9, 3208:11, 3208:22, 3209:13, 3209:14, 3210:6, 3211:23, 3214:16, 3215:11, 3228:7, 3232:3, 3232:11, 3232:12, 3232:17, 3233:2, 3234:22, 3237:7, 3237:8, 3241:16, 3245:8, 3253:10, 3253:11, 3253:14, 3253:16, 3253:25, 3254:2, 3254:3, 3254:7, 3254:9, 3254:16, 3254:21, 3255:5
**lawfully** [1] - 3254:5
**lawmaker** [1] - 3234:15
**lawn** [4] - 3222:20, 3245:16, 3245:19, 3247:8
**laws** [8] - 3200:20, 3233:5, 3234:16, 3252:24, 3252:25, 3253:9, 3254:11, 3254:16
**lawyer** [13] - 3176:21, 3180:18, 3183:21,

3187:24, 3189:5, 3189:12, 3193:12, 3194:7, 3204:12, 3210:23, 3211:4, 3211:5, 3211:10
**lawyer's** [3] - 3210:17, 3210:18, 3211:7
**lawyers** [13] - 3186:13, 3189:20, 3190:16, 3201:5, 3204:9, 3207:7, 3207:9, 3207:12, 3207:25, 3210:4, 3211:2, 3216:11
**lawyers'** [1] - 3208:25
**layout** [1] - 3252:4
**lays** [1] - 3188:16
**Lead** [1] - 3229:13
**lead** [4] - 3224:12, 3225:5, 3225:10, 3225:19
**Leader** [1] - 3236:4
**leader** [4] - 3224:8, 3224:18, 3226:4, 3231:24
**leaders** [28] - 3224:24, 3225:15, 3225:20, 3226:18, 3226:19, 3231:24, 3235:1, 3235:14, 3235:18, 3235:20, 3236:7, 3236:9, 3236:11, 3236:25, 3237:16, 3237:23, 3238:1, 3238:13, 3238:17, 3239:2, 3239:10, 3239:16, 3242:11, 3242:22, 3243:14, 3244:17, 3244:19, 3249:19
**leadership** [7] - 3224:16, 3225:10, 3226:10, 3231:11, 3233:23, 3235:9, 3246:19
**leading** [3] - 3223:10, 3231:12, 3246:10
**leads** [1] - 3226:11
**learn** [3] - 3224:12, 3228:1, 3237:9
**learned** [5] - 3191:4, 3191:17, 3232:11, 3232:12, 3236:25
**least** [10] - 3177:1, 3177:2, 3177:5, 3179:23, 3181:18, 3181:19, 3183:7, 3183:8, 3192:14, 3193:10
**leave** [3] - 3213:3,

3249:11, 3254:5
**leaving** [1] - 3195:2
**lectern** [2] - 3217:3,
3217:6
**led** [7] - 3220:24,
3221:6, 3240:5,
3240:9, 3241:2,
3246:24, 3251:23
**left** [10] - 3195:1,
3198:13, 3224:10,
3225:13, 3232:19,
3242:17, 3242:25,
3247:24, 3249:2,
3249:7
**left-hand** [1] - 3242:17
**legal** [7] - 3201:9,
3202:8, 3209:11,
3214:11, 3214:18,
3214:23, 3215:7
**legally** [1] - 3254:8
**lens** [2] - 3251:4,
3251:11
**less** [4] - 3181:7,
3183:18, 3220:13,
3249:23
**letting** [1] - 3181:19
**level** [1] - 3181:5
**license** [4] - 3192:8,
3192:9, 3193:25,
3194:1
**licensed** [1] - 3179:12
**licensure** [1] -
3179:17
**life** [2] - 3228:3,
3236:19
**light** [2] - 3224:23,
3253:3
**likely** [3] - 3215:15,
3232:13, 3232:14
**limitation** [1] -
3186:19
**limitations** [4] -
3182:16, 3183:25,
3186:20, 3190:15
**limited** [1] - 3182:19
**limits** [6] - 3182:18,
3182:19, 3183:25,
3186:14, 3186:25,
3187:23
**line** [10] - 3221:11,
3238:1, 3241:24,
3242:5, 3243:3,
3243:5, 3247:11,
3247:14, 3247:20,
3255:6
**lines** [4] - 3208:20,
3223:21, 3244:4,
3245:10
**linked** [1] - 3244:15
**list** [1] - 3181:3

**listen** [2] - 3215:18,
3215:19
**listening** [1] - 3203:3
**lists** [1] - 3195:15
**lit** [2] - 3232:8,
3242:12
**literal** [1] - 3251:8
**literally** [1] - 3243:8
**litigated** [3] - 3257:20,
3257:23, 3258:18
**litigation** [1] - 3258:2
**live** [2] - 3239:21
**lives** [1] - 3224:11
**LLC** [1] - 3174:23
**local** [1] - 3192:20
**location** [4] - 3213:1,
3214:19, 3243:10,
3249:8
**locations** [1] - 3226:1
**locked** [1] - 3203:13
**look** [19] - 3178:15,
3180:19, 3181:25,
3183:17, 3184:20,
3188:3, 3197:25,
3199:3, 3199:10,
3199:12, 3199:14,
3203:20, 3214:18,
3228:4, 3240:18,
3246:10, 3246:12,
3249:4
**looked** [4] - 3178:16,
3240:7, 3245:13,
3247:23
**looking** [1] - 3181:3
**looks** [1] - 3233:20,
3243:1
**loose** [1] - 3239:7
**Lopez** [1] - 3192:3
**Lords** [1] - 3227:7
**lords** [1] - 3227:12
**lose** [1] - 3196:23
**lost** [1] - 3251:13
**loud** [1] - 3219:18
**love** [1] - 3231:1
**luck** [1] - 3230:25
**lunch** [6] - 3218:3,
3218:5, 3218:10,
3218:14, 3255:25,
3256:3
**Luncheon** [1] - 3259:7

## M

**machine** [1] - 3175:18
**major** [1] - 3228:24
**mall** [1] - 3240:1
**man** [4] - 3231:24,
3240:19, 3247:1,
3249:19
**managed** [1] -

3245:10
**manipulate** [1] -
3224:20
**manner** [1] - 3209:11
**map** [2] - 3232:25,
3241:5
**March** [4] - 3182:23,
3189:22, 3190:10
**march** [1] - 3221:6
**marched** [1] - 3240:12
**marching** [2] -
3238:24, 3240:14
**marine** [2] - 3226:15,
3226:25
**master** [1] - 3224:21
**matter** [4] - 3187:2,
3193:16, 3203:24,
3228:8
**Matter** [2] - 3176:3,
3219:2
**matters** [3] - 3176:17,
3194:21, 3195:23
**mayhem** [1] - 3244:14
**MCCULLOUGH** [4] -
3216:22, 3219:13,
3220:7, 3257:20
**McCullough** [11] -
3174:12, 3176:8,
3181:24, 3182:4,
3182:5, 3182:7,
3206:22, 3217:4,
3217:24, 3219:18,
3258:17
**MCGUIRE** [1] -
3174:20
**MD** [1] - 3175:3
**mean** [11] - 3178:23,
3179:19, 3180:16,
3180:17, 3183:11,
3190:15, 3192:7,
3218:8, 3236:20,
3258:21
**meaning** [2] -
3217:11, 3250:5
**means** [13] - 3208:3,
3211:19, 3214:6,
3214:14, 3220:25,
3221:14, 3225:23,
3227:15, 3228:12,
3236:8, 3238:24,
3246:6, 3253:7
**meant** [4] - 3202:10,
3228:22, 3230:4,
3250:8
**mechanism** [1] -
3192:20
**mechanisms** [1] -
3192:18
**media** [3] - 3228:19,
3229:11, 3233:1,

3240:14
**meet** [3] - 3233:6,
3238:18, 3239:15
**meeting** [1] - 3238:6
**megaphones** [1] -
3239:24
**member** [9] - 3192:5,
3193:16, 3225:2,
3225:6, 3225:12,
3226:8, 3226:13,
3226:21, 3227:3
**members** [12] -
3195:14, 3207:15,
3213:17, 3222:2,
3223:6, 3226:6,
3231:22, 3240:13,
3242:13, 3242:14,
3254:4, 3254:8
**membership** [1] -
3193:24
**memory** [5] - 3203:7,
3203:8, 3203:10,
3210:1, 3211:1
**men** [58] - 3220:16,
3220:19, 3220:22,
3220:24, 3221:2,
3222:7, 3222:9,
3222:13, 3224:22,
3224:23, 3224:25,
3225:10, 3225:16,
3225:19, 3226:12,
3226:19, 3227:8,
3228:1, 3231:19,
3231:23, 3232:7,
3233:20, 3233:21,
3233:23, 3235:9,
3235:17, 3237:2,
3237:4, 3238:1,
3238:5, 3238:7,
3238:17, 3239:8,
3239:22, 3239:24,
3240:2, 3240:5,
3240:9, 3240:16,
3241:3, 3241:6,
3241:10, 3241:18,
3243:11, 3243:18,
3244:1, 3245:5,
3245:11, 3245:17,
3246:9, 3247:8,
3247:9, 3247:23,
3248:18, 3249:17,
3250:15, 3251:20,
3251:23
**men's** [1] - 3222:10
**mention** [6] - 3180:17,
3181:17, 3206:21,
3206:23
**mentioned** [6] -
3184:17, 3185:25,
3204:12, 3208:11,

3240:14
**merely** [1] - 3213:8
**message** [16] -
3222:2, 3222:12,
3228:19, 3229:17,
3234:2, 3235:19,
3237:1, 3237:22,
3238:10, 3238:21,
3243:17, 3244:18,
3245:25, 3251:4,
3251:13, 3251:21
**messages** [18] -
3214:6, 3214:7,
3226:24, 3229:1,
3229:23, 3230:5,
3233:18, 3236:6,
3237:9, 3239:2,
3242:12, 3242:18,
3242:19, 3246:18,
3249:9, 3249:13,
3249:16, 3249:20
**messaging** [1] -
3242:11
**met** [1] - 3239:11
**metal** [2] - 3243:7,
3255:2
**Metcalf** [3] - 3175:11,
3176:13, 3207:4
**METCALF** [3] -
3175:12, 3185:3
**Miami** [2] - 3175:6,
3224:11
**mic** [6] - 3216:24,
3217:2, 3217:3,
3217:5, 3219:15
**microphone** [2] -
3185:10, 3185:19
**microphones** [2] -
3186:3, 3219:22
**middle** [1] - 3225:2
**might** [16] - 3176:21,
3178:25, 3179:11,
3179:17, 3188:23,
3189:6, 3204:3,
3204:11, 3217:24,
3227:20, 3237:7,
3249:3, 3253:2,
3253:3, 3253:4
**military** [2] - 3187:11,
3227:1
**militia** [1] - 3234:24
**Milkshake** [2] -
3247:1, 3247:9
**Miller** [2] - 3175:15,
3259:15
**MILLER** [1] - 3259:10
**million** [1] - 3236:1
**mind** [2] - 3216:4,
3234:12
**minimize** [1] - 3201:12

**Ministry** [18] - 3224:15, 3224:16, 3224:19, 3231:25, 3233:22, 3234:6, 3235:1, 3235:21, 3235:23, 3237:23, 3239:16, 3242:12, 3242:22, 3243:14, 3244:16, 3246:18, 3251:22

**Mink** [1] - 3175:2

**minute** [1] - 3249:23

**minutes** [19] - 3216:23, 3217:14, 3217:18, 3217:23, 3218:14, 3218:24, 3221:20, 3221:25, 3222:4, 3229:16, 3240:21, 3241:8, 3241:15, 3243:5, 3247:19, 3248:9, 3249:25, 3255:25, 3256:23

**miracle** [1] - 3220:13

**misleading** [3] - 3215:4, 3256:11, 3256:25

**missing** [1] - 3199:19

**mission** [2] - 3223:3, 3223:4

**misstate** [1] - 3195:9

**mistake** [2] - 3222:3, 3249:15

**mistrial** [4] - 3256:9, 3257:17, 3258:13, 3259:1

**mitigating** [1] - 3190:20

**mobilize** [1] - 3233:17

**mobilized** [2] - 3220:23, 3229:1

**mock** [1] - 3242:25

**moment** [12] - 3180:13, 3180:18, 3181:19, 3193:9, 3196:9, 3208:11, 3216:20, 3217:17, 3223:2, 3223:20, 3243:6, 3244:3

**moniker** [1] - 3235:23

**monitored** [1] - 3239:20

**monitoring** [1] - 3249:9

**months** [2] - 3192:15, 3223:10

**Monument** [2] - 3238:18, 3239:11

**Moore** [3] - 3174:13, 3176:8, 3206:23

**moreover** [1] - 3215:10

**morning** [4] - 3176:16, 3177:11, 3198:8, 3239:13

**MORNING** [1] - 3174:9

**most** [6] - 3177:20, 3184:7, 3204:6, 3220:13, 3224:25, 3228:24

**motherfucker** [2] - 3222:17, 3250:1

**motherfucking** [2] - 3245:24, 3248:25

**motion** [5] - 3181:1, 3181:4, 3181:13, 3258:13, 3258:16

**motion's** [1] - 3259:1

**motions** [2] - 3210:3, 3256:17

**motivation** [1] - 3231:18

**mouth** [1] - 3219:23

**move** [5] - 3180:20, 3197:7, 3221:13, 3256:8, 3257:17

**moved** [7] - 3194:20, 3194:22, 3245:14, 3245:16, 3246:22

**movements** [1] - 3246:15

**moving** [2] - 3180:12, 3241:24

**MR** [45] - 3177:10, 3177:19, 3177:25, 3178:2, 3178:5, 3178:8, 3179:2, 3179:25, 3180:6, 3182:5, 3183:10, 3183:14, 3184:4, 3184:11, 3184:16, 3184:23, 3184:25, 3185:3, 3186:16, 3186:23, 3187:3, 3191:1, 3191:22, 3192:1, 3193:4, 3193:6, 3193:15, 3194:10, 3194:12, 3195:7, 3216:22, 3217:2, 3217:9, 3217:12, 3217:14, 3217:22, 3218:11, 3218:16, 3218:18, 3218:23, 3219:6, 3219:13, 3219:18, 3220:7, 3257:20

**MS** [29] - 3185:6, 3185:15, 3185:18, 3185:20, 3185:23, 3196:2, 3196:5,

3196:7, 3196:12, 3196:15, 3196:22, 3197:2, 3197:4, 3197:10, 3197:15, 3197:19, 3198:4, 3198:6, 3198:17, 3198:19, 3199:6, 3199:12, 3199:15, 3199:19, 3200:2, 3219:11, 3256:8, 3256:13, 3256:16

**Mulroe** [3] - 3174:13, 3176:8, 3206:23

**multiple** [3] - 3185:23, 3253:5, 3254:11

**must** [24] - 3205:20, 3206:17, 3208:22, 3209:6, 3209:7, 3209:19, 3209:20, 3209:22, 3211:5, 3211:10, 3211:11, 3211:14, 3212:7, 3212:18, 3213:15, 3213:22, 3214:3, 3214:7, 3214:10, 3215:13, 3215:19, 3215:20, 3233:6, 3252:11

**mustered** [1] - 3241:10

---
## N
---

**Nadia** [3] - 3174:13, 3176:8, 3206:22

**name** [8] - 3180:17, 3180:18, 3180:21, 3180:22, 3200:23, 3204:10, 3225:14, 3231:9

**nation** [1] - 3220:7

**nation's** [1] - 3220:11

**natural** [1] - 3212:17

**nature** [2] - 3191:12, 3191:19

**Nayib** [2] - 3175:4, 3176:11

**NAYIB** [1] - 3175:5

**nearly** [1] - 3221:7

**necessary** [9] - 3220:25, 3221:14, 3225:23, 3227:15, 3228:12, 3236:8, 3238:25, 3246:6, 3253:7

**need** [18] - 3179:15, 3182:3, 3182:7, 3183:5, 3186:10, 3187:7, 3188:8, 3213:18, 3216:22,

3216:24, 3217:2, 3222:11, 3229:19, 3231:1, 3235:10, 3246:12, 3256:13

**needed** [1] - 3244:10

**needs** [2] - 3216:20, 3223:19

**networking** [1] - 3212:3

**never** [4] - 3206:8, 3235:13, 3235:24, 3257:10

**new** [7] - 3224:14, 3224:15, 3225:5, 3225:11, 3225:19, 3234:1, 3234:11

**New** [5] - 3174:18, 3174:25, 3175:13, 3226:21, 3234:12

**newer** [1] - 3227:3

**newspaper** [1] - 3215:16

**next** [7] - 3220:8, 3222:12, 3225:15, 3226:10, 3228:22, 3233:22, 3243:5

**Nicholas** [3] - 3174:16, 3176:9, 3206:25

**night** [3] - 3231:20, 3232:5, 3232:24

**nights** [1] - 3232:24

**NJ** [3] - 3175:15, 3259:10, 3259:15

**NJ-CCR** [3] - 3175:15, 3259:10, 3259:15

**noble** [1] - 3224:12

**Noble** [2] - 3226:9, 3229:13

**Nordean** [51] - 3176:4, 3176:14, 3184:5, 3184:15, 3200:11, 3202:1, 3206:24, 3219:3, 3220:17, 3221:5, 3222:19, 3222:20, 3224:25, 3225:1, 3225:5, 3229:16, 3230:3, 3230:22, 3231:15, 3232:1, 3233:24, 3234:18, 3234:20, 3238:2, 3238:9, 3238:21, 3239:10, 3239:23, 3240:4, 3240:10, 3240:11, 3240:16, 3240:17, 3240:18, 3241:2, 3241:6, 3241:10, 3242:10, 3243:6, 3244:2, 3245:5,

3245:15, 3245:20, 3246:5, 3246:22, 3248:18, 3250:25, 3251:3, 3251:10, 3254:25, 3255:21

**NORDEAN** [1] - 3174:4

**norm** [1] - 3184:13

**Norman** [1] - 3174:23

**normies** [4] - 3239:4, 3239:6, 3246:20

**North** [1] - 3226:13

**Nos** [1] - 3174:2

**not-too-cold** [1] - 3219:22

**not-too-hot** [1] - 3219:21

**note** [2] - 3197:6, 3236:16

**notebook** [1] - 3202:16

**notebooks** [5] - 3202:23, 3203:5, 3203:12, 3203:14, 3203:18

**notes** [10] - 3202:24, 3202:25, 3203:2, 3203:7, 3203:9, 3203:11, 3203:20, 3210:1, 3252:19, 3259:12

**nothing** [4] - 3212:14, 3220:13, 3236:5

**notice** [4] - 3181:7, 3181:24, 3193:17, 3229:23

**noticed** [2] - 3202:16, 3203:22

**November** [11] - 3228:16, 3228:18, 3228:24, 3229:3, 3229:8, 3229:10, 3230:6, 3230:11, 3230:16, 3230:23, 3231:9

**number** [4] - 3185:11, 3187:5, 3188:16, 3207:5

**numbers** [1] - 3223:12

**numerous** [1] - 3235:6

**NW** [5] - 3174:14, 3174:21, 3175:5, 3175:16, 3259:17

**NY** [2] - 3174:18, 3175:13

---
## O
---

**o'clock** [2] - 3259:3, 3259:6

3272

**object** [7] - 3195:12, 3195:14, 3199:9, 3211:2, 3211:7, 3219:9, 3257:9
**objected** [2] - 3197:16, 3258:20
**objecting** [2] - 3198:22, 3211:4
**objection** [5] - 3179:22, 3197:18, 3198:2, 3199:18, 3211:9
**objectionable** [1] - 3258:12
**objections** [12] - 3197:11, 3197:12, 3198:3, 3198:23, 3198:25, 3199:1, 3199:7, 3199:23, 3200:2, 3210:4, 3211:5, 3256:17
**objective** [1] - 3228:10
**obstruct** [2] - 3204:23, 3253:20
**obstruction** [4] - 3200:13, 3204:24, 3205:4, 3254:17
**obtained** [1] - 3188:22
**obvious** [1] - 3200:24
**obviously** [4] - 3177:5, 3182:13, 3182:16, 3186:1
**occasions** [1] - 3235:6
**OF** [5] - 3174:1, 3174:2, 3174:8, 3175:5, 3259:9
**off-site** [2] - 3226:1, 3243:10
**offense** [4] - 3206:12, 3206:14, 3206:16, 3206:18
**offenses** [1] - 3206:2
**offer** [1] - 3208:19
**offers** [1] - 3211:3
**office** [9] - 3220:22, 3223:4, 3230:10, 3230:13, 3232:19, 3232:20, 3234:16, 3251:9
**OFFICE** [1] - 3174:14
**officer** [4] - 3205:2, 3205:5, 3240:8, 3244:9
**officer's** [1] - 3244:9
**officers** [9] - 3205:11, 3221:11, 3242:5, 3243:23, 3247:11, 3247:20, 3254:1, 3254:3, 3255:6

**OFFICES** [1] - 3175:5
**Official** [2] - 3175:15, 3259:15
**OFFICIAL** [1] - 3259:9
**official** [6] - 3200:14, 3204:23, 3204:25, 3253:20, 3253:21, 3254:17
**officials** [1] - 3234:21
**often** [1] - 3235:15
**old** [1] - 3187:16
**once** [4] - 3217:3, 3217:4, 3221:10, 3255:18
**one** [54] - 3178:24, 3180:19, 3181:7, 3181:15, 3181:21, 3183:12, 3183:18, 3183:20, 3184:12, 3185:9, 3189:21, 3190:7, 3193:2, 3194:9, 3195:1, 3196:23, 3197:23, 3198:6, 3198:10, 3200:15, 3203:19, 3207:12, 3214:1, 3216:11, 3220:12, 3225:15, 3226:20, 3227:24, 3229:14, 3230:6, 3231:23, 3231:24, 3232:21, 3233:20, 3234:12, 3236:1, 3236:6, 3236:10, 3237:6, 3239:7, 3240:16, 3243:18, 3244:16, 3249:19, 3249:23, 3252:10, 3252:24, 3253:5, 3254:11, 3254:15, 3255:20, 3258:19
**one-way** [1] - 3253:5
**ongoing** [1] - 3215:17
**online** [1] - 3234:19
**Oops** [1] - 3243:1
**open** [4] - 3178:13, 3181:18, 3194:2, 3216:4
**opening** [27] - 3195:13, 3195:16, 3196:13, 3196:17, 3197:13, 3198:16, 3198:20, 3199:2, 3199:11, 3200:1, 3207:18, 3207:19, 3207:20, 3207:22, 3207:23, 3208:1, 3209:1, 3216:12, 3220:3, 3220:5, 3229:24, 3256:9,

3257:16, 3257:21, 3258:5, 3259:1, 3259:4
**openings** [1] - 3219:8
**operate** [1] - 3208:19
**operating** [1] - 3236:13
**operational** [3] - 3225:15, 3226:4, 3236:11
**Operational** [1] - 3236:4
**opinion** [2] - 3210:7, 3210:9
**opportunity** [7] - 3187:13, 3187:22, 3188:5, 3188:11, 3207:18, 3208:24, 3216:18
**oppose** [1] - 3253:12
**opposed** [1] - 3217:5
**opposite** [1] - 3221:11
**Orange** [1] - 3174:24
**order** [4] - 3193:18, 3205:19, 3218:6, 3257:24
**ordered** [1] - 3237:13
**orderly** [1] - 3209:10
**organization** [4] - 3223:6, 3223:9, 3223:24, 3224:6
**organize** [3] - 3225:9, 3225:22, 3252:14
**organized** [3] - 3225:16, 3234:24
**Orlando** [1] - 3225:6
**otherwise** [2] - 3195:19, 3216:25
**outlets** [1] - 3228:24
**outnumbered** [1] - 3243:24
**outset** [1] - 3228:17
**outside** [9] - 3182:4, 3201:11, 3207:13, 3212:9, 3212:22, 3214:25, 3244:23, 3245:8, 3249:8
**overall** [1] - 3181:11
**overhear** [1] - 3213:4
**overhearing** [1] - 3212:23
**overnight** [2] - 3203:14, 3203:16
**overruled** [2] - 3197:16, 3197:17
**overrun** [3] - 3242:5, 3243:24, 3247:12
**overview** [1] - 3258:5
**overwhelmed** [1] - 3247:19

**own** [5] - 3203:8, 3203:10, 3214:21, 3215:10, 3234:15

**P**

**P.A** [2] - 3175:5, 3175:8
**P.C** [1] - 3175:12
**p.m** [16] - 3221:16, 3221:25, 3233:7, 3238:5, 3241:4, 3241:15, 3241:21, 3242:24, 3244:25, 3245:13, 3248:4, 3248:15, 3249:10, 3249:14, 3249:20, 3259:7
**pages** [1] - 3203:19
**Palace** [2] - 3250:3, 3250:5
**panel** [2] - 3200:7, 3219:25
**Panman** [1] - 3225:4
**paragraph** [1] - 3188:16
**paralegal** [1] - 3179:13
**paralegals** [1] - 3207:6
**Park** [1] - 3175:12
**Parler** [2] - 3257:2, 3257:22
**part** [19] - 3180:10, 3180:21, 3182:12, 3182:17, 3192:10, 3193:23, 3198:21, 3201:11, 3212:15, 3221:9, 3224:1, 3225:21, 3231:18, 3234:24, 3234:25, 3237:1, 3251:24, 3252:5, 3252:10
**participate** [2] - 3178:11, 3193:12
**participated** [1] - 3232:6
**participating** [1] - 3179:16
**participation** [2] - 3230:6, 3255:1
**particular** [6] - 3181:5, 3197:24, 3197:25, 3206:12, 3206:16, 3231:19
**parties** [21] - 3180:11, 3181:4, 3183:15, 3185:1, 3186:5, 3190:19, 3191:2, 3194:24, 3194:25,

3195:3, 3195:5, 3197:21, 3201:6, 3204:8, 3212:19, 3213:2, 3214:22, 3215:1, 3257:20, 3257:23, 3258:2
**parts** [1] - 3192:11
**party** [4] - 3183:4, 3186:8, 3207:15, 3211:6
**pass** [1] - 3220:13
**past** [4] - 3181:9, 3188:18, 3240:5, 3243:3
**path** [1] - 3231:19
**patient** [1] - 3240:19
**patriot** [1] - 3238:20
**patriots** [1] - 3236:2
**Pattis** [23] - 3174:23, 3176:22, 3177:14, 3177:23, 3178:15, 3179:8, 3179:20, 3179:22, 3180:3, 3180:15, 3191:8, 3191:12, 3191:20, 3191:23, 3191:24, 3192:8, 3193:1, 3193:5, 3193:8, 3193:23, 3194:3, 3194:5
**PATTIS** [8] - 3174:23, 3180:6, 3192:1, 3193:4, 3193:6, 3193:15, 3194:10, 3194:12
**Pattis's** [1] - 3193:10
**pause** [8] - 3188:9, 3195:18, 3196:9, 3200:6, 3216:9, 3219:24, 3246:8, 3252:1
**paused** [2] - 3244:3, 3251:8
**pausing** [1] - 3251:1
**pay** [1] - 3209:22
**PC** [1] - 3174:20
**peaceful** [1] - 3220:11
**Pearl** [1] - 3222:25
**penalty** [1] - 3257:5
**Pence** [2] - 3244:25, 3248:10
**pencil** [1] - 3202:16
**pencils** [1] - 3202:23
**pending** [2] - 3193:12, 3193:13
**Pennsylvania** [1] - 3226:3
**people** [16] - 3180:20, 3203:1, 3212:18, 3213:21, 3213:22,

3214:16, 3227:23, 3228:5, 3228:6, 3231:5, 3234:17, 3236:20, 3240:14, 3246:2, 3251:2
**pepper** [3] - 3226:22, 3246:2, 3246:3
**perception** [2] - 3224:20, 3224:22
**period** [3] - 3180:8, 3218:3, 3252:13
**permission** [2] - 3180:7, 3222:9
**permit** [3] - 3176:24, 3176:25, 3202:24
**permitted** [5] - 3203:4, 3203:16, 3211:17, 3214:12, 3219:8
**person** [5] - 3191:10, 3205:19, 3220:14, 3242:8
**personal** [1] - 3205:14
**personnel** [1] - 3201:15
**perspective** [1] - 3177:2
**pessimistic** [1] - 3177:6
**PEZZOLA** [1] - 3174:6
**Pezzola** [41] - 3176:6, 3176:15, 3185:2, 3200:12, 3202:2, 3205:14, 3207:3, 3220:17, 3221:16, 3221:19, 3222:15, 3226:20, 3226:23, 3226:24, 3227:6, 3231:8, 3231:11, 3231:12, 3231:14, 3242:7, 3244:7, 3244:12, 3244:15, 3244:20, 3245:6, 3245:14, 3246:5, 3246:21, 3247:6, 3247:14, 3247:18, 3247:21, 3248:3, 3248:4, 3248:17, 3248:21, 3251:7, 3255:2, 3255:8, 3255:22
**Pezzola's** [1] - 3244:18
**Philadelphia** [2] - 3225:13, 3245:18
**phone** [6] - 3191:5, 3213:24, 3237:7, 3237:9, 3237:19, 3244:14
**photo** [1] - 3214:19
**phrase** [3] - 3178:19,

3229:21, 3246:14
**pick** [1] - 3259:3
**picked** [3] - 3213:19, 3233:23, 3235:2
**picture** [3] - 3229:5, 3244:20, 3253:1
**pictured** [3] - 3240:5, 3242:25, 3247:24
**place** [6] - 3200:17, 3228:16, 3229:18, 3241:6, 3243:14, 3245:24
**placed** [1] - 3240:7
**places** [2] - 3182:14, 3182:16
**plain** [1] - 3215:4
**plainly** [1] - 3250:22
**plan** [1] - 3236:11
**plans** [1] - 3233:13
**platform** [1] - 3229:11
**play** [4] - 3198:15, 3198:20, 3199:25, 3247:3
**played** [34] - 3221:8, 3223:18, 3227:12, 3228:20, 3230:8, 3232:9, 3234:23, 3236:14, 3236:18, 3238:23, 3240:3, 3240:20, 3240:23, 3241:12, 3241:19, 3242:3, 3242:4, 3242:6, 3242:9, 3243:2, 3243:9, 3243:12, 3243:25, 3244:11, 3245:2, 3245:22, 3247:5, 3247:13, 3247:16, 3248:2, 3248:7, 3248:24, 3250:20, 3251:6
**playing** [1] - 3216:24
**plays** [3] - 3193:13, 3194:8, 3250:12
**Plaza** [1] - 3245:15
**pleaded** [1] - 3200:19
**PLLC** [1] - 3174:17
**podcast** [1] - 3234:19
**point** [16] - 3176:20, 3177:9, 3177:15, 3177:20, 3179:8, 3180:4, 3183:25, 3188:1, 3191:9, 3192:14, 3199:9, 3201:11, 3221:18, 3228:22, 3230:12, 3248:8
**pointing** [1] - 3247:25
**police** [9] - 3221:17, 3232:2, 3234:20,

3238:14, 3241:24, 3244:4, 3245:9, 3255:9, 3257:6
**political** [1] - 3230:17
**position** [2] - 3197:7, 3226:10
**positioned** [2] - 3231:11, 3244:5
**possibility** [3] - 3177:2, 3179:9, 3191:8
**possible** [2] - 3201:13, 3224:23
**post** [6] - 3227:7, 3227:8, 3230:6, 3257:2, 3257:22
**posted** [20] - 3222:12, 3228:18, 3228:23, 3229:5, 3229:12, 3229:16, 3230:3, 3230:5, 3230:22, 3231:3, 3234:15, 3240:8, 3242:21, 3243:17, 3243:20, 3244:18, 3249:11, 3251:21, 3258:23
**posting** [2] - 3212:3, 3234:5
**posts** [1] - 3234:10
**potential** [6] - 3181:10, 3188:19, 3188:23, 3189:25, 3190:20, 3204:9
**poured** [2] - 3221:19, 3244:1
**power** [14] - 3220:12, 3221:21, 3225:24, 3227:13, 3228:13, 3228:15, 3233:10, 3236:9, 3238:25, 3241:23, 3246:7, 3250:10, 3253:8, 3253:18
**powerful** [1] - 3220:14
**POYB** [2] - 3229:20
**practice** [3] - 3192:9, 3194:3, 3233:4
**precisely** [1] - 3242:15
**precluded** [4] - 3182:22, 3189:21, 3190:2, 3190:9
**predicated** [1] - 3193:25
**prejudice** [1] - 3181:8
**preliminarily** [1] - 3181:15
**preliminary** [7] - 3180:11, 3194:13, 3194:20, 3195:23, 3201:18, 3202:12,

3216:7
**preparation** [1] - 3224:13
**prepare** [2] - 3235:20, 3241:18
**prepared** [6] - 3225:9, 3225:16, 3232:18, 3233:9, 3236:8, 3240:1
**presence** [3] - 3201:11, 3216:3, 3229:9
**present** [14] - 3176:7, 3176:8, 3176:9, 3176:10, 3176:11, 3176:12, 3176:13, 3195:5, 3208:10, 3225:25, 3226:5, 3229:10, 3231:8, 3252:7
**presentation** [1] - 3207:10
**presented** [11] - 3205:25, 3214:11, 3215:6, 3215:8, 3215:21, 3252:11, 3257:1, 3258:1, 3258:7, 3258:8
**presents** [1] - 3208:9
**preservation** [1] - 3192:6
**preserve** [1] - 3200:2
**preserved** [2] - 3198:5, 3199:8
**presidency** [1] - 3230:13
**President** [17] - 3220:8, 3222:24, 3223:19, 3223:21, 3229:3, 3232:19, 3238:15, 3239:11, 3239:14, 3239:17, 3241:4, 3241:9, 3244:25, 3245:3, 3245:4, 3248:10, 3257:7
**president** [4] - 3220:12, 3230:20, 3232:23, 3257:12
**presidential** [5] - 3223:14, 3227:11, 3227:13, 3228:16, 3253:17
**presidents** [1] - 3251:17
**press** [3] - 3194:16, 3216:9, 3237:17
**presumed** [2] - 3200:19, 3206:3
**presumption** [1] -

3206:4
**pretrial** [1] - 3256:17
**prevent** [2] - 3205:2, 3253:13, 3254:3
**previewed** [1] - 3238:21
**primary** [1] - 3238:11
**principles** [1] - 3214:11
**prisoners** [1] - 3230:17
**private** [7] - 3222:2, 3229:1, 3235:8, 3249:13, 3249:16, 3249:18, 3255:11
**procedures** [2] - 3201:15, 3204:15
**proceed** [2] - 3201:16, 3206:19
**proceeding** [9] - 3179:9, 3192:11, 3200:14, 3204:23, 3204:25, 3253:21, 3253:22, 3254:17
**proceedings** [9] - 3194:13, 3194:16, 3200:17, 3221:21, 3222:1, 3248:11, 3248:14, 3259:13
**Proceedings** [1] - 3175:18
**process** [10] - 3194:8, 3199:22, 3201:1, 3201:11, 3204:8, 3232:21, 3233:9, 3233:10, 3241:16, 3253:18
**produce** [2] - 3206:10, 3208:12
**produced** [1] - 3175:19
**Professional** [2] - 3186:22, 3188:17
**profile** [1] - 3223:13
**projecting** [1] - 3219:15
**promise** [1] - 3230:18
**promote** [1] - 3229:11, 3230:10
**prongs** [1] - 3253:19
**proof** [1] - 3232:16
**properly** [3] - 3210:13, 3211:4, 3219:15
**property** [6] - 3200:14, 3200:16, 3205:8, 3205:14, 3254:23, 3254:24
**propose** [1] - 3195:24
**proposing** [1] - 3218:13

3274

**prosecutors** [3] - 3206:22, 3207:12, 3208:16
**protected** [1] - 3256:19
**protest** [2] - 3233:14, 3246:4
**protests** [1] - 3230:11
**Proud** [41] - 3222:2, 3223:7, 3223:11, 3223:16, 3223:21, 3223:23, 3223:24, 3224:2, 3224:4, 3224:5, 3224:11, 3224:14, 3225:1, 3225:6, 3225:12, 3226:2, 3226:8, 3226:13, 3226:21, 3226:25, 3227:3, 3229:8, 3229:14, 3229:17, 3230:14, 3230:15, 3230:17, 3230:24, 3231:8, 3231:21, 3231:22, 3232:4, 3232:6, 3234:2, 3238:16, 3239:10, 3239:14, 3244:21, 3247:10, 3251:17
**proud** [9] - 3222:13, 3229:21, 3248:25, 3249:11, 3249:12, 3249:22, 3251:12, 3251:22
**prove** [5] - 3206:7, 3206:9, 3206:15, 3208:12, 3254:14
**proved** [1] - 3257:10
**proven** [2] - 3206:6, 3206:11
**proves** [1] - 3255:10
**provide** [5] - 3189:5, 3213:15, 3231:16, 3239:21, 3239:24
**provided** [2] - 3186:15, 3187:23
**proving** [1] - 3200:21
**provision** [1] - 3192:17
**public** [9] - 3223:12, 3223:13, 3224:20, 3224:22, 3227:7, 3228:25, 3240:13, 3249:9, 3255:12
**publicity** [1] - 3215:22
**pulling** [1] - 3244:12
**purpose** [1] - 3234:8
**purposes** [2] - 3179:24, 3192:2
**push** [1] - 3245:10

**pushing** [3] - 3226:12, 3243:11, 3246:20
**put** [13] - 3177:1, 3179:2, 3179:20, 3186:19, 3189:17, 3191:25, 3202:21, 3208:2, 3208:14, 3224:22, 3228:22, 3251:18, 3258:16

## Q

**questionnaire** [1] - 3180:21
**questions** [10] - 3178:17, 3187:20, 3188:15, 3189:23, 3190:15, 3190:24, 3208:4, 3208:6, 3208:15, 3209:11
**quick** [4] - 3176:17, 3177:7, 3196:20, 3217:17
**quicker** [1] - 3194:23
**quickly** [1] - 3237:16
**quiet** [2] - 3219:14, 3235:16
**quietly** [1] - 3230:18
**quite** [1] - 3199:24
**quoted** [1] - 3229:25

## R

**radical** [1] - 3233:19
**radio** [1] - 3215:16
**radios** [1] - 3239:24
**raise** [2] - 3201:22, 3204:14
**raised** [1] - 3180:25
**rally** [10] - 3229:4, 3229:5, 3229:6, 3229:8, 3229:10, 3230:6, 3231:6, 3231:10, 3231:16, 3233:14
**rallying** [1] - 3232:1
**randomly** [1] - 3203:25
**reach** [1] - 3227:25
**reached** [1] - 3247:22
**reacting** [1] - 3228:19
**reaction** [2] - 3240:24, 3242:14
**read** [9] - 3187:22, 3188:2, 3188:5, 3189:18, 3192:23, 3193:2, 3199:23, 3215:18, 3215:19
**real** [2] - 3233:19, 3243:13

**real-time** [1] - 3243:13
**realize** [1] - 3204:11
**realized** [1] - 3221:23
**really** [4] - 3177:8, 3196:7, 3201:6, 3218:4
**reason** [4] - 3181:22, 3186:24, 3186:25, 3251:18
**reasonable** [6] - 3200:22, 3206:1, 3206:6, 3206:8, 3206:12, 3206:16
**reasons** [3] - 3179:13, 3195:22, 3214:20
**reassured** [1] - 3238:7
**rebuttal** [1] - 3208:19
**receipt** [1] - 3193:18
**receive** [1] - 3213:16
**received** [1] - 3193:17
**recently** [1] - 3212:5
**recess** [4] - 3212:11, 3218:25, 3259:6, 3259:7
**recesses** [1] - 3203:13
**reciprocal** [2] - 3192:18, 3193:13
**reckless** [1] - 3253:4
**recognize** [1] - 3204:11
**record** [16] - 3176:3, 3177:1, 3178:12, 3179:3, 3181:17, 3183:12, 3187:15, 3189:18, 3191:25, 3192:8, 3192:9, 3192:11, 3193:20, 3211:14, 3219:2, 3256:14
**recorded** [3] - 3175:18, 3248:22
**recording** [1] - 3244:14
**recovered** [2] - 3237:10, 3237:11
**recruit** [2] - 3226:20, 3236:1
**recruited** [3] - 3221:2, 3226:19, 3227:1
**recruits** [11] - 3235:2, 3235:5, 3235:15, 3235:20, 3235:21, 3236:7, 3237:24, 3238:9, 3238:10, 3251:21
**red** [5] - 3221:5, 3232:25, 3239:14, 3241:7, 3253:3
**redirect** [2] - 3208:8, 3208:17

**reelected** [1] - 3220:20
**refer** [3] - 3206:20, 3227:9, 3227:10
**reference** [2] - 3257:4, 3258:19
**referenced** [4] - 3193:24, 3257:21, 3257:22, 3258:17
**referencing** [1] - 3251:15
**referred** [4] - 3185:14, 3225:20, 3226:23, 3247:1
**referring** [2] - 3206:21, 3206:24
**refers** [4] - 3210:24, 3224:12, 3225:3, 3250:6
**reflect** [1] - 3187:15
**reflected** [1] - 3186:21
**reflecting** [1] - 3176:22
**reflections** [1] - 3190:19
**refuse** [1] - 3213:11
**refute** [1] - 3215:1
**regain** [1] - 3237:16
**regard** [1] - 3199:8
**regional** [1] - 3226:11
**regular** [1] - 3204:5
**regularly** [1] - 3235:14
**REHL** [1] - 3174:5
**Rehl** [39] - 3176:5, 3176:14, 3185:5, 3200:11, 3202:2, 3207:1, 3220:17, 3221:6, 3222:8, 3222:12, 3225:1, 3225:12, 3225:16, 3226:4, 3230:5, 3231:2, 3231:13, 3233:24, 3238:2, 3239:23, 3240:4, 3241:2, 3241:6, 3241:24, 3244:3, 3244:13, 3245:6, 3245:16, 3245:25, 3246:4, 3246:5, 3248:19, 3251:7, 3251:11, 3255:21, 3257:2, 3257:10, 3257:14, 3257:25
**Rehl's** [2] - 3219:7, 3256:20
**reinforced** [1] - 3245:9
**reins** [1] - 3237:20
**reinstated** [1] - 3179:8
**rejoined** [1] - 3248:18
**relate** [1] - 3200:17

**related** [3] - 3207:13, 3229:4, 3231:6
**relationship** [1] - 3224:6
**release** [1] - 3237:21
**released** [1] - 3237:12
**relevant** [2] - 3204:18, 3214:19
**relitigate** [1] - 3199:23
**rely** [4] - 3203:10, 3209:25, 3210:25, 3215:9
**relying** [1] - 3214:24
**remain** [3] - 3178:12, 3203:13, 3235:7
**remained** [2] - 3232:21, 3248:21
**remaining** [2] - 3179:23, 3232:20
**remains** [1] - 3206:4
**remake** [1] - 3197:13
**remarks** [1] - 3202:9
**remember** [4] - 3198:7, 3203:2, 3203:6, 3210:25
**render** [1] - 3202:3
**replace** [1] - 3203:8
**replacing** [1] - 3196:25
**replied** [1] - 3236:5
**report** [1] - 3213:5
**Reporter** [3] - 3175:15, 3175:15, 3259:15
**reporter** [1] - 3196:20
**REPORTER** [1] - 3259:9
**reports** [3] - 3215:16, 3215:18, 3215:20
**represent** [6] - 3176:22, 3182:14, 3186:20, 3187:1, 3187:25, 3190:21
**representation** [2] - 3177:7, 3188:24
**representations** [1] - 3186:5
**representative's** [1] - 3251:9
**represented** [3] - 3183:6, 3186:6, 3199:2
**representing** [3] - 3188:25, 3189:21, 3199:5
**represents** [1] - 3211:6
**request** [1] - 3180:6
**requested** [1] - 3219:7
**requesting** [1] -

3186:8
**require** [2] - 3206:9, 3208:11
**required** [6] - 3194:17, 3208:10, 3233:4, 3241:15, 3254:6, 3254:9
**research** [4] - 3214:14, 3214:15, 3214:16, 3215:10
**resisting** [1] - 3205:10
**resolution** [1] - 3176:18
**resolved** [1] - 3179:17
**resources** [1] - 3186:2
**respect** [7] - 3177:21, 3191:1, 3197:10, 3201:7, 3254:13, 3257:25
**respond** [1] - 3214:24
**responded** [3] - 3236:16, 3250:2, 3250:12
**response** [2] - 3236:4, 3257:19
**responsibilities** [3] - 3202:14, 3209:8, 3209:9
**responsibility** [4] - 3209:10, 3209:15, 3210:12, 3211:7
**Responsibility** [1] - 3186:22
**responsible** [1] - 3255:5
**rest** [2] - 3182:2, 3184:2
**restrictions** [1] - 3182:15
**result** [3] - 3190:4, 3215:11, 3255:16
**results** [1] - 3228:19
**resurfaced** [1] - 3230:23
**retire** [1] - 3203:23
**return** [10] - 3191:9, 3214:1, 3225:16, 3231:17, 3231:19, 3233:13, 3235:21, 3252:6, 3255:19, 3259:6
**returned** [5] - 3200:8, 3204:18, 3216:15, 3220:1, 3256:6
**returning** [1] - 3234:8
**reveal** [1] - 3242:15
**reveals** [1] - 3250:22
**review** [4] - 3187:13, 3188:11, 3192:3, 3198:12

**revisit** [1] - 3194:17
**revisited** [1] - 3179:4
**revolt** [1] - 3234:12
**Revolution** [1] - 3250:7
**revolution** [8] - 3234:5, 3234:13, 3250:1, 3250:8, 3250:16, 3250:23, 3251:4, 3251:11
**rile** [1] - 3210:25
**riot** [7] - 3221:17, 3244:9, 3244:19, 3244:20, 3246:3, 3247:7, 3248:5
**rip** [2] - 3243:7, 3244:8
**ripping** [1] - 3255:1
**rise** [1] - 3259:5
**rising** [1] - 3227:4
**Road** [1] - 3175:2
**road** [1] - 3179:18
**robbery** [3] - 3200:15, 3205:14, 3255:9
**Roger** [3] - 3175:11, 3176:13, 3187:6
**role** [3] - 3178:25, 3193:3, 3194:12
**roles** [1] - 3201:20
**roll** [1] - 3194:21
**Room** [2] - 3175:16, 3259:16
**room** [6] - 3203:5, 3214:5, 3216:2, 3216:15, 3219:14, 3256:6
**Roosevelt** [1] - 3222:24
**roots** [1] - 3207:4
**Roots** [2] - 3175:11, 3176:13
**Rotunda** [1] - 3251:1
**roughly** [1] - 3252:7
**roundabout** [2] - 3241:13, 3241:14
**rounded** [1] - 3225:10
**route** [3] - 3229:6, 3229:7, 3248:16
**RPR** [3] - 3175:15, 3259:10, 3259:15
**rude** [1] - 3213:8
**Rufio** [3] - 3225:3, 3225:4, 3238:10
**Rule** [1] - 3179:4
**rule** [13] - 3192:23, 3193:3, 3193:23, 3195:2, 3195:19, 3196:21, 3209:11, 3210:3, 3211:13, 3211:16, 3216:18,

3217:19, 3219:5
**ruled** [3] - 3199:25, 3257:23, 3258:23
**Rules** [2] - 3186:21, 3188:17
**rules** [9] - 3179:6, 3188:17, 3189:16, 3192:20, 3202:8, 3204:16, 3208:22, 3214:23, 3215:14
**run** [1] - 3229:19
**running** [1] - 3253:3
**Russian** [1] - 3250:7

## S

**Sabino** [2] - 3175:8, 3176:12
**safety** [1] - 3235:11
**salt** [1] - 3226:22
**satellite** [1] - 3214:19
**Saturday** [1] - 3228:24
**saw** [2] - 3230:20, 3255:3
**sayings** [1] - 3224:3
**scared** [1] - 3247:17
**scene** [3] - 3201:19, 3242:5, 3244:24
**scenes** [1] - 3230:7
**scheduled** [4] - 3227:10, 3231:6, 3239:12, 3239:15
**scores** [1] - 3221:2
**scrambled** [1] - 3248:9
**screen** [4] - 3225:14, 3232:25, 3242:17, 3242:19
**scrub** [1] - 3237:5
**scumbags** [1] - 3229:19
**scurried** [1] - 3236:25
**search** [5] - 3182:24, 3189:22, 3189:24, 3189:25, 3190:11
**seat** [3] - 3181:20, 3204:3, 3204:4
**Seat** [1] - 3181:21
**seated** [11] - 3197:5, 3200:9, 3202:6, 3216:16, 3220:2, 3224:9, 3225:2, 3225:7, 3225:13, 3226:22, 3256:7
**seats** [2] - 3202:15, 3203:25
**second** [9] - 3180:24, 3190:2, 3190:6, 3193:5, 3224:9, 3226:22, 3231:6,

3253:13, 3253:20
**secrecy** [1] - 3235:6
**Secret** [1] - 3248:9
**secret** [3] - 3188:21, 3191:5, 3234:4
**secrets** [1] - 3191:17
**Section** [6] - 3204:22, 3204:24, 3205:4, 3205:6, 3205:12, 3205:16
**Sections** [3] - 3205:1, 3205:7, 3205:9
**seditious** [5] - 3204:21, 3231:20, 3253:10, 3253:16, 3253:19
**see** [30] - 3184:20, 3196:14, 3207:15, 3213:6, 3216:13, 3223:4, 3226:5, 3226:25, 3229:24, 3230:2, 3233:21, 3235:17, 3235:25, 3237:4, 3239:8, 3240:16, 3240:18, 3242:17, 3242:21, 3247:4, 3247:24, 3249:3, 3249:6, 3250:4, 3250:12, 3255:11, 3255:12, 3255:13, 3258:10
**seek** [1] - 3199:8
**seemingly** [1] - 3214:17
**sees** [1] - 3233:20
**seized** [1] - 3189:24
**Select** [2] - 3190:12, 3190:14
**selected** [3] - 3200:25, 3203:25, 3212:12
**selection** [1] - 3204:8
**Self** [18] - 3224:15, 3224:16, 3224:19, 3231:25, 3233:23, 3234:7, 3235:2, 3235:22, 3235:23, 3237:23, 3237:24, 3239:16, 3242:12, 3242:12, 3243:14, 3244:17, 3246:19, 3251:22
**self** [3] - 3229:14, 3235:12, 3235:13
**Self-Defense** [18] - 3224:15, 3224:16, 3224:19, 3231:25, 3233:23, 3234:7, 3235:2, 3235:22, 3235:23, 3237:23, 3237:24, 3239:16,

3242:12, 3242:22, 3243:14, 3244:17, 3246:19, 3251:22
**self-defense** [3] - 3229:14, 3235:12, 3235:13
**Senate** [1] - 3248:10
**senator's** [1] - 3251:9
**send** [2] - 3214:6, 3218:9
**senior** [1] - 3225:10
**sense** [3] - 3202:13, 3222:15, 3252:1
**sent** [4] - 3222:1, 3234:1, 3245:25, 3251:4
**sentiment** [1] - 3231:2
**separate** [3] - 3200:13, 3251:13, 3253:8
**separately** [1] - 3255:8
**separating** [1] - 3230:21
**September** [1] - 3223:14
**sergeant** [1] - 3225:9
**serious** [1] - 3204:6
**serve** [3] - 3201:4, 3212:20, 3216:13
**service** [4] - 3213:17, 3213:24, 3214:7, 3214:8
**Service** [1] - 3248:9
**SESSION** [1] - 3174:9
**session** [3] - 3244:23, 3253:22, 3253:24
**set** [9] - 3201:19, 3216:21, 3218:5, 3218:6, 3222:5, 3231:19, 3239:18, 3246:24, 3248:19
**several** [1] - 3254:13
**shadow** [1] - 3244:5
**shall** [1] - 3208:23
**share** [3] - 3182:17, 3222:10, 3242:20
**shared** [7] - 3191:4, 3191:11, 3191:16, 3191:18, 3191:22, 3236:9, 3250:15
**shaven** [1] - 3225:14
**shield** [9] - 3221:17, 3244:9, 3244:12, 3244:15, 3244:19, 3244:21, 3247:7, 3248:5, 3255:9
**shifts** [1] - 3206:8
**shit** [1] - 3228:23
**shocking** [1] - 3215:4

3276

**shoot** [1] - 3236:2
**shorter** [1] - 3198:22
**shorthand** [1] - 3175:18
**shortly** [5] - 3216:12, 3216:14, 3239:1, 3244:24, 3248:11
**shoulda** [1] - 3251:14
**show** [6] - 3193:17, 3224:18, 3224:21, 3256:22, 3256:24, 3258:3
**show-cause** [1] - 3193:17
**showed** [1] - 3232:3
**showing** [1] - 3223:11
**shown** [1] - 3181:9
**shows** [2] - 3209:3, 3256:24
**sic** [7] - 3202:4, 3205:6, 3206:15, 3211:9, 3227:7, 3229:7, 3253:16
**side** [16] - 3179:10, 3179:15, 3179:21, 3208:23, 3209:3, 3211:2, 3233:20, 3238:15, 3240:12, 3240:13, 3241:3, 3242:17, 3247:3, 3247:9, 3248:18, 3257:6
**sided** [2] - 3197:17, 3232:4
**sides** [3] - 3182:3, 3195:21, 3207:5
**sign** [5] - 3232:8, 3236:24, 3244:21, 3247:10
**signal** [1] - 3188:10
**signed** [1] - 3182:11
**signs** [2] - 3230:11, 3240:7
**silver** [1] - 3225:8
**similar** [4] - 3186:11, 3229:17, 3234:14, 3234:18
**simple** [1] - 3214:17
**simply** [2] - 3197:8, 3220:13
**single** [2] - 3253:6, 3257:14
**sink** [1] - 3245:12
**sit** [2] - 3193:21, 3218:20
**site** [2] - 3226:1, 3243:10
**sites** [2] - 3212:4
**sitting** [5] - 3179:20, 3181:21, 3197:9,

3203:23, 3207:8
**situation** [1] - 3186:2
**situations** [2] - 3197:23, 3236:19
**six** [1] - 3192:14
**Sixth** [2] - 3177:22, 3179:5
**sky** [1] - 3249:5
**sleepless** [1] - 3232:24
**slide** [4] - 3198:6, 3198:8, 3198:9, 3257:1
**Slide** [5] - 3198:9, 3199:13, 3199:15, 3199:20, 3256:21
**slides** [6] - 3197:11, 3197:22, 3256:16, 3256:18, 3257:21, 3258:18
**slimmer** [1] - 3232:20
**slip** [1] - 3240:15
**slogans** [1] - 3224:3
**small** [2] - 3180:4, 3180:5
**Smith** [6] - 3174:16, 3176:9, 3184:4, 3184:12, 3206:25
**SMITH** [14] - 3174:17, 3174:23, 3184:4, 3184:11, 3217:2, 3217:9, 3217:12, 3217:14, 3217:22, 3218:11, 3218:16, 3218:18, 3218:23, 3219:18
**smoke** [3] - 3248:22, 3249:3, 3251:8
**so-called** [2] - 3226:11, 3243:19
**social** [3] - 3212:3, 3228:19, 3229:11
**sole** [2] - 3210:11, 3240:8
**solely** [1] - 3215:21
**solemnly** [1] - 3201:24
**solution** [1] - 3185:8
**someone** [8] - 3197:24, 3204:12, 3212:8, 3213:10, 3223:19, 3227:25, 3242:20, 3253:15
**sometimes** [8] - 3207:8, 3207:9, 3207:12, 3207:15, 3207:16, 3210:17, 3230:2, 3236:20
**somewhat** [1] - 3245:10
**soon** [1] - 3213:5

**sorry** [5] - 3187:11, 3193:6, 3196:2, 3196:22, 3256:21
**sort** [5] - 3180:12, 3180:22, 3182:20, 3188:15, 3188:17
**sought** [3] - 3220:18, 3230:9, 3235:4
**sound** [1] - 3216:23
**sounds** [4] - 3196:10, 3219:17, 3219:23, 3227:18
**sources** [1] - 3215:3
**Spaz** [1] - 3226:24
**Spazzo** [1] - 3226:24
**speaker** [1] - 3257:10
**speaking** [2] - 3241:5, 3241:9
**special** [2] - 3178:18, 3227:2
**specific** [7] - 3181:8, 3189:17, 3193:23, 3223:1, 3233:6, 3250:5, 3258:19
**specifically** [2] - 3183:18, 3234:25
**speculate** [1] - 3211:11
**speech** [2] - 3239:17, 3248:23
**speeding** [1] - 3253:3
**spirit** [1] - 3230:23
**spoken** [1] - 3235:7
**sports** [1] - 3249:3
**spot** [1] - 3240:10
**spraying** [2] - 3246:2, 3246:3
**squads** [2] - 3231:3, 3257:3
**stabbed** [2] - 3231:23, 3249:19
**stabber** [1] - 3232:2
**stabbings** [1] - 3232:14
**stairs** [4] - 3247:15, 3247:22, 3247:25, 3248:19
**stand** [9] - 3201:22, 3208:4, 3208:15, 3220:22, 3223:16, 3223:17, 3233:21, 3255:19
**standard** [1] - 3217:5
**standing** [6] - 3194:1, 3221:11, 3233:16, 3233:17, 3247:3, 3253:1
**stands** [1] - 3259:6
**standstill** [2] - 3246:1, 3246:4

**star** [5] - 3227:4, 3239:14, 3239:15, 3241:5, 3241:7
**stare** [2] - 3232:24, 3249:4
**stark** [1] - 3244:22
**start** [2] - 3196:17, 3218:14
**started** [1] - 3256:3
**State** [1] - 3225:2
**state** [4] - 3192:13, 3209:14, 3249:6
**statement** [16] - 3207:20, 3207:22, 3208:1, 3210:24, 3220:6, 3229:25, 3256:9, 3256:20, 3257:9, 3257:17, 3257:25, 3258:5
**statements** [16] - 3183:1, 3190:12, 3196:17, 3197:13, 3207:19, 3207:23, 3208:1, 3209:1, 3210:7, 3216:12, 3220:4, 3255:12, 3258:9, 3258:12, 3259:4
**STATES** [3] - 3174:1, 3174:2, 3174:10
**States** [25] - 3174:12, 3176:3, 3180:1, 3192:3, 3200:10, 3200:21, 3202:1, 3204:22, 3204:24, 3205:1, 3205:3, 3205:6, 3205:9, 3205:11, 3205:15, 3219:2, 3220:9, 3233:5, 3245:4, 3252:23, 3253:12, 3253:14, 3254:2, 3259:16
**status** [2] - 3180:15, 3224:5
**stay** [4] - 3177:25, 3235:16, 3237:13, 3249:10
**steal** [2] - 3228:23, 3231:4
**stealing** [1] - 3244:15
**steals** [1] - 3230:16
**stems** [1] - 3228:15
**stenographic** [1] - 3259:12
**step** [2] - 3207:17, 3232:21
**stepping** [1] - 3258:4
**steps** [2] - 3246:24, 3251:25

**Steven** [2] - 3175:11, 3176:12
**Stewart** [5] - 3226:2, 3226:4, 3233:25, 3236:4, 3236:12
**still** [5] - 3185:9, 3190:21, 3193:16, 3241:9, 3251:19
**stolen** [3] - 3221:16, 3228:18, 3247:6, 3248:5
**stood** [2] - 3240:8, 3248:15
**stop** [19] - 3221:1, 3221:15, 3221:20, 3222:5, 3224:8, 3225:23, 3227:13, 3227:16, 3228:13, 3233:10, 3234:9, 3236:9, 3238:4, 3238:25, 3241:22, 3245:7, 3246:6, 3253:7, 3253:17
**stopped** [5] - 3221:22, 3246:20, 3248:12, 3248:14, 3250:10
**stopping** [2] - 3247:17, 3250:10
**storm** [5] - 3236:17, 3241:25, 3246:14, 3257:9, 3258:1
**stormed** [3] - 3222:22, 3236:2, 3242:23, 3243:1, 3245:23
**storming** [5] - 3235:22, 3242:15, 3243:20, 3245:21, 3250:6
**straight** [1] - 3219:4
**strategy** [1] - 3177:15
**streams** [1] - 3239:21
**street** [1] - 3253:5
**Street** [7] - 3174:14, 3174:17, 3174:21, 3174:24, 3175:5, 3175:9, 3251:24
**stress** [1] - 3214:2
**stressed** [2] - 3185:10, 3185:16
**stricken** [2] - 3211:14, 3211:16
**stripping** [1] - 3244:9
**struggled** [1] - 3247:11
**stupid** [1] - 3234:15
**submit** [2] - 3216:1, 3216:5
**submitted** [6] - 3198:7, 3198:12, 3198:15, 3199:3,

3211:18, 3211:20
**substain** [1] - 3211:9
**substance** [1] - 3188:20
**substitute** [1] - 3202:10
**success** [2] - 3226:17, 3245:20
**successfully** [1] - 3192:16
**suddenly** [1] - 3204:10
**suggested** [1] - 3191:14
**suggests** [1] - 3210:17
**suit** [1] - 3225:14
**Suite** [2] - 3174:18, 3175:6
**summaries** [1] - 3209:24
**summarize** [1] - 3252:19
**summed** [1] - 3235:14
**supplement** [2] - 3193:20, 3193:22
**support** [1] - 3208:24
**supporting** [1] - 3229:20
**surge** [2] - 3221:9, 3247:4
**surged** [1] - 3241:23
**surprise** [1] - 3242:25
**surprised** [1] - 3215:19
**suspended** [2] - 3192:10, 3192:14
**suspension** [3] - 3192:12, 3192:16, 3193:18
**sustain** [1] - 3211:9
**swear** [4] - 3195:25, 3196:19, 3201:17, 3201:24
**sworn** [2] - 3209:13, 3210:14
**symbols** [1] - 3224:3

**T**

**table** [4] - 3179:21, 3180:7, 3185:12, 3207:9
**tactic** [1] - 3242:2
**talks** [1] - 3180:12
**TARRIO** [1] - 3174:6
**Tarrio** [60] - 3176:6, 3176:15, 3184:15, 3200:11, 3202:2, 3207:2, 3220:16,

3220:24, 3222:1, 3223:8, 3224:9, 3224:13, 3224:14, 3224:17, 3224:20, 3224:21, 3225:4, 3225:19, 3227:6, 3229:1, 3229:4, 3229:13, 3230:13, 3231:13, 3231:15, 3231:25, 3232:7, 3232:10, 3232:11, 3232:15, 3233:16, 3233:19, 3233:22, 3234:6, 3234:10, 3236:7, 3236:15, 3236:23, 3237:1, 3237:11, 3237:12, 3237:14, 3237:15, 3238:8, 3242:22, 3245:5, 3249:9, 3249:10, 3249:14, 3249:17, 3249:23, 3250:2, 3250:6, 3250:7, 3250:9, 3250:11, 3251:3, 3251:10, 3251:15, 3255:21
**Tarrio's** [6] - 3222:7, 3224:25, 3227:1, 3237:21, 3238:13, 3250:15
**team** [4] - 3191:10, 3207:16, 3233:23, 3249:3
**technical** [2] - 3216:19, 3217:20
**technology** [1] - 3219:5
**teed** [1] - 3199:4
**television** [2] - 3215:17, 3245:17
**tempted** [1] - 3215:17
**tendency** [1] - 3212:17
**term** [2] - 3214:18, 3224:18
**terms** [3] - 3183:11, 3186:3, 3249:25
**Terrace** [1] - 3248:20
**terrorists** [1] - 3250:18
**test** [2] - 3219:14
**testify** [1] - 3195:12
**testimony** [10] - 3182:25, 3190:11, 3203:2, 3204:12, 3209:19, 3209:23, 3209:24, 3210:15, 3210:20, 3243:22
**text** [2] - 3214:7,

3245:25
**texting** [1] - 3214:4
**THE** [107] - 3174:1, 3174:1, 3174:9, 3176:2, 3176:16, 3177:18, 3177:24, 3178:1, 3178:3, 3178:7, 3178:10, 3179:19, 3180:3, 3180:9, 3182:8, 3183:13, 3183:23, 3184:10, 3184:12, 3184:20, 3184:24, 3185:1, 3185:5, 3185:13, 3185:16, 3185:19, 3185:22, 3185:25, 3186:17, 3186:24, 3187:4, 3187:7, 3187:10, 3187:12, 3187:22, 3188:4, 3188:8, 3188:14, 3189:3, 3189:9, 3189:15, 3190:18, 3190:23, 3191:13, 3191:24, 3192:7, 3193:5, 3193:7, 3193:22, 3194:11, 3194:19, 3195:21, 3196:4, 3196:6, 3196:9, 3196:14, 3196:18, 3197:1, 3197:3, 3197:5, 3197:14, 3197:16, 3197:20, 3198:5, 3198:13, 3198:18, 3199:1, 3199:7, 3199:14, 3199:17, 3199:21, 3200:4, 3200:7, 3200:9, 3201:22, 3202:5, 3202:6, 3202:7, 3202:18, 3202:19, 3216:16, 3217:1, 3217:8, 3217:10, 3217:13, 3217:16, 3218:4, 3218:15, 3218:17, 3218:20, 3218:24, 3219:1, 3219:4, 3219:10, 3219:12, 3219:16, 3219:17, 3219:20, 3219:25, 3220:2, 3255:24, 3256:7, 3256:12, 3256:15, 3257:18, 3258:15, 3259:5
**theater** [1] - 3236:13
**theme** [1] - 3234:14
**themselves** [2] - 3222:12, 3254:15

**they've** [1] - 3257:10
**thinking** [1] - 3179:7
**thinks** [2] - 3183:8, 3194:5
**third** [4] - 3181:14, 3188:15, 3254:1, 3254:23
**thoughts** [2] - 3214:8, 3222:4
**threat** [3] - 3230:14, 3238:11, 3254:7
**threatened** [1] - 3223:5
**three** [8] - 3181:6, 3181:9, 3190:8, 3200:13, 3224:25, 3252:23, 3252:24, 3253:8
**threw** [1] - 3247:10
**throughout** [9] - 3206:5, 3206:8, 3219:8, 3220:10, 3223:10, 3224:3, 3229:9, 3229:22, 3229:24
**Thursday** [1] - 3174:6
**tier** [2] - 3225:15, 3226:10
**Timothy** [1] - 3175:15
**TIMOTHY** [2] - 3174:9, 3259:10
**today** [8] - 3181:22, 3187:20, 3202:10, 3217:13, 3223:24, 3229:18, 3249:22, 3250:13
**together** [8] - 3198:1, 3202:22, 3220:24, 3227:13, 3227:23, 3229:19, 3239:24, 3252:16
**took** [16] - 3195:8, 3196:11, 3200:17, 3202:15, 3221:3, 3224:1, 3228:16, 3233:9, 3236:2, 3237:16, 3242:19, 3244:17, 3245:23, 3249:14, 3251:1, 3255:15
**top** [2] - 3247:15, 3247:22
**topic** [2] - 3185:9, 3214:1
**topics** [1] - 3182:20
**torn** [1] - 3203:19
**tossed** [1] - 3229:18
**total** [1] - 3235:5
**touch** [1] - 3238:8
**tow** [1] - 3242:8

**toward** [1] - 3239:18
**towards** [3] - 3231:20, 3241:24, 3247:20
**tower** [1] - 3245:17
**tracks** [1] - 3255:14
**tradition** [1] - 3233:4
**traditional** [1] - 3217:3
**traffic** [1] - 3252:25
**traitors** [3] - 3230:22, 3230:25, 3231:4
**TRANSCRIPT** [1] - 3174:8
**transcript** [3] - 3175:18, 3259:12, 3259:13
**transcription** [1] - 3175:19
**transcripts** [1] - 3209:24
**transfer** [13] - 3220:12, 3221:21, 3225:23, 3227:13, 3228:15, 3233:10, 3236:9, 3238:25, 3241:22, 3246:6, 3250:9, 3253:7, 3253:17
**transferring** [1] - 3228:13
**traveled** [2] - 3229:4, 3248:17
**treated** [1] - 3226:25
**trial** [37] - 3181:5, 3181:7, 3187:25, 3201:17, 3202:9, 3202:11, 3202:25, 3203:17, 3204:5, 3204:10, 3205:20, 3205:24, 3206:5, 3206:9, 3206:19, 3207:17, 3209:10, 3209:12, 3210:3, 3210:22, 3210:23, 3214:13, 3215:17, 3215:22, 3223:24, 3224:4, 3224:18, 3225:18, 3229:22, 3229:24, 3236:21, 3237:9, 3250:4, 3252:2, 3252:19, 3258:3, 3258:7
**TRIAL** [1] - 3174:8
**trials** [5] - 3185:11, 3185:23, 3186:1, 3252:11, 3252:14
**tried** [3] - 3222:18, 3230:2, 3252:14
**tries** [1] - 3213:10
**trouble** [2] - 3221:23, 3224:23

3278

**true** [9] - 3179:11,
3191:21, 3191:22,
3192:1, 3201:25,
3202:3, 3251:1,
3259:11, 3259:12
**truly** [1] - 3201:25
**Trump** [22] - 3220:21,
3221:21, 3223:3,
3223:15, 3223:16,
3223:19, 3223:21,
3225:14, 3228:14,
3229:3, 3230:10,
3230:12, 3232:19,
3233:11, 3233:12,
3238:15, 3239:12,
3239:15, 3241:4,
3241:9, 3246:7,
3257:7
**trump** [1] - 3179:6
**Trump's** [1] - 3239:17
**trusted** [2] - 3224:25,
3233:24
**try** [5] - 3183:21,
3201:25, 3213:22,
3213:23, 3214:18
**trying** [3] - 3192:15,
3231:4
**turn** [4] - 3204:3,
3213:7, 3220:4,
3232:25
**turned** [1] - 3247:23
**Tweeting** [1] - 3214:4
**Twitter** [1] - 3212:4
**two** [17] - 3193:11,
3197:23, 3212:5,
3216:11, 3221:17,
3227:23, 3229:16,
3230:21, 3231:19,
3232:14, 3235:9,
3241:7, 3243:5,
3248:5, 3253:11,
3255:3, 3255:6
**type** [1] - 3197:11
**types** [1] - 3210:21
**typos** [1] - 3229:25

### U

**U.S** [2] - 3174:14,
3175:16
**ultimately** [1] -
3183:10
**unanimous** [1] -
3209:6
**unclear** [1] - 3186:17
**under** [12] - 3179:3,
3179:12, 3185:3,
3187:18, 3192:3,
3200:20, 3215:14,
3221:7, 3223:8,

3228:7, 3232:11,
3233:4
**understandable** [1] -
3177:15
**understood** [4] -
3236:7, 3237:2,
3238:2, 3250:9
**underway** [1] -
3244:24
**undoubtedly** [1] -
3212:13
**unfair** [1] - 3214:25
**unfolded** [1] - 3244:6
**unfolding** [1] -
3244:22
**unfortunately** [1] -
3215:2
**UNITED** [3] - 3174:1,
3174:2, 3174:10
**United** [25] - 3174:12,
3176:3, 3179:25,
3192:3, 3200:10,
3200:20, 3202:1,
3204:22, 3204:23,
3205:1, 3205:3,
3205:6, 3205:9,
3205:11, 3205:15,
3219:2, 3220:9,
3233:5, 3245:4,
3252:23, 3253:12,
3253:14, 3254:2,
3259:16
**unleash** [1] - 3234:7,
3243:8
**unless** [1] - 3206:5
**unlike** [1] - 3227:20
**unlikely** [1] - 3213:10
**up** [29] - 3180:19,
3193:8, 3199:4,
3201:10, 3203:1,
3203:4, 3209:12,
3214:18, 3215:5,
3218:8, 3223:10,
3223:11, 3227:8,
3227:15, 3230:2,
3233:21, 3235:14,
3237:15, 3242:12,
3244:14, 3244:16,
3246:10, 3246:24,
3247:10, 3248:1,
3248:20, 3249:5,
3251:25, 3259:3
**update** [1] - 3238:6
**Upper** [1] - 3248:20
**upset** [1] - 3223:25
**Upstate** [1] - 3226:21

### V

**valid** [1] - 3192:9

**value** [1] - 3209:17
**vandalism** [1] - 3232:6
**various** [1] - 3197:21
**verdict** [5] - 3202:3,
3203:18, 3210:11,
3212:6, 3255:20
**verdicts** [3] - 3208:23,
3209:6, 3209:7
**Vice** [3] - 3244:25,
3245:3, 3248:10
**victorious** [1] -
3229:15
**victory** [5] - 3248:22,
3248:23, 3249:2,
3251:1, 3251:8
**video** [5] - 3199:8,
3216:24, 3230:7,
3257:21, 3258:20
**Video** [26] - 3221:8,
3223:18, 3228:20,
3230:8, 3232:9,
3234:23, 3240:3,
3240:20, 3240:23,
3241:12, 3241:19,
3242:3, 3242:6,
3242:9, 3243:2,
3243:9, 3243:12,
3244:11, 3245:22,
3247:5, 3247:16,
3248:2, 3248:7,
3248:24, 3250:20,
3251:6
**view** [6] - 3193:10,
3232:2, 3234:18,
3234:21, 3251:15
**viewed** [3] - 3250:22,
3251:3, 3251:10
**violated** [6] - 3253:15,
3253:19, 3253:25,
3254:9, 3254:12,
3254:16
**violates** [3] - 3252:24,
3253:8, 3254:11
**violation** [9] -
3204:21, 3204:23,
3205:1, 3205:3,
3205:6, 3205:9,
3205:11, 3205:15,
3252:25
**violations** [2] -
3252:23, 3253:5
**violence** [3] - 3220:15,
3230:7, 3244:8
**violent** [1] - 3244:6
**visible** [1] - 3223:9
**voice** [2] - 3236:16,
3238:21
**voiced** [1] - 3237:6
**vote** [1] - 3232:23
**voted** [1] - 3220:21

**votes** [4] - 3220:9,
3233:2, 3245:3,
3253:23
**vowed** [1] - 3230:14

### W

**wait** [2] - 3207:21,
3218:9
**waited** [1] - 3241:8
**waiting** [4] - 3201:2,
3201:9, 3202:16,
3218:3
**waiver** [13] - 3182:1,
3182:11, 3182:13,
3183:6, 3184:6,
3184:17, 3184:21,
3185:4, 3186:15,
3186:21, 3187:23,
3189:17, 3191:15
**walk** [2] - 3177:4,
3213:7
**wants** [1] - 3183:24
**War** [2] - 3223:1,
3227:7
**war** [4] - 3220:20,
3227:12, 3228:21,
3228:23
**warn** [1] - 3213:22
**warrant** [3] - 3237:7,
3237:8, 3259:1
**Washington** [15] -
3174:5, 3174:15,
3174:21, 3175:17,
3225:2, 3231:10,
3231:17, 3233:13,
3235:21, 3237:14,
3238:18, 3239:11,
3249:8, 3251:16,
3259:17
**waste** [1] - 3201:8
**watch** [4] - 3215:18,
3215:20, 3232:25,
3240:9
**watching** [1] -
3242:14
**water** [1] - 3255:6
**wave** [1] - 3221:9
**waving** [1] - 3247:25
**ways** [4] - 3187:24,
3190:19, 3228:5,
3253:11
**weapon** [1] - 3257:14
**wear** [1] - 3238:19
**website** [1] - 3214:5
**weeks** [3] - 3181:6,
3181:9, 3232:19
**weigh** [1] - 3209:19
**weight** [1] - 3209:17
**welcome** [1] - 3196:19

**West** [3] - 3175:9,
3245:15, 3248:20
**west** [3] - 3240:5,
3241:3, 3244:1
**whipped** [1] - 3229:15
**whispers** [2] - 3234:3,
3234:4
**whole** [1] - 3252:12
**whoop** [2] - 3229:7,
3234:7
**wielding** [2] - 3256:23,
3256:25
**wife** [2] - 3196:8,
3219:7
**wild** [1] - 3233:15
**willingly** [1] - 3227:2
**willingness** [2] -
3201:3, 3216:13
**win** [1] - 3249:3
**window** [1] - 3251:25
**windows** [3] -
3221:17, 3248:5,
3255:3
**winner** [2] - 3220:10,
3221:2
**Winter** [2] - 3250:3,
3250:5
**wish** [3] - 3202:25,
3203:21, 3212:16
**withdrawn** [1] -
3211:11
**witness** [4] - 3195:15,
3204:11, 3208:4,
3209:21
**witnessed** [1] -
3220:11
**witnesses** [19] -
3195:3, 3195:19,
3196:21, 3203:3,
3204:9, 3208:3,
3208:15, 3209:19,
3209:20, 3209:23,
3210:5, 3210:15,
3212:20, 3213:2,
3213:7, 3216:18,
3217:19, 3219:5,
3252:12
**woman** [2] - 3256:21,
3256:22
**word** [1] - 3234:12
**words** [11] - 3177:13,
3222:4, 3222:10,
3222:11, 3223:1,
3226:6, 3227:24,
3228:7, 3235:16,
3246:11, 3246:13
**works** [3] - 3242:2,
3252:25, 3253:5
**World** [1] - 3223:1
**world** [1] - 3230:20

**worry** [2] - 3179:9,
  3181:20
**wrap** [1] - 3218:8
**write** [3] - 3203:21,
  3212:2, 3213:23
**wrote** [1] - 3229:17

## Y

**ya'll** [1] - 3251:23
**year** [1] - 3234:11
**Year's** [1] - 3234:13
**years** [4] - 3202:21,
  3220:7, 3220:9,
  3232:23
**yell** [1] - 3240:24
**yelled** [1] - 3247:2
**yellow** [5] - 3221:6,
  3223:13, 3239:15,
  3241:5, 3244:13
**yesterday** [10] -
  3176:20, 3177:13,
  3181:1, 3184:18,
  3191:4, 3195:2,
  3198:8, 3198:14,
  3222:14, 3251:12
**York** [3] - 3174:18,
  3175:13, 3226:21
**yourself** [2] - 3212:25,
  3253:1
**yourselves** [1] -
  3204:5
**Yut** [8] - 3226:14,
  3226:15, 3242:24,
  3244:16

## Z

**Zach** [8] - 3222:12,
  3226:4, 3231:2,
  3231:13, 3239:23,
  3245:16, 3246:5,
  3251:11
**Zachary** [25] - 3176:5,
  3200:11, 3202:2,
  3220:17, 3221:6,
  3222:8, 3225:1,
  3225:12, 3225:15,
  3230:5, 3233:24,
  3238:2, 3240:4,
  3241:2, 3241:6,
  3241:23, 3244:2,
  3244:13, 3245:6,
  3245:25, 3246:4,
  3248:19, 3251:7,
  3255:21, 3257:25