```
1                    BEFORE THE UNITED STATES DISTRICT COURT
                           FOR THE DISTRICT OF COLUMBIA
2

3       UNITED STATES OF AMERICA,        .
                                         .  Case Number 21-cr-175
4                Plaintiff,              .
                                         .
5           vs.                          .
                                         .
6       ETHAN NORDEAN, JOSEPH R. BIGGS, .
        ZACHARY REHL, ENRIQUE TARRIO,    .  Washington, D.C.
7       DOMINIC J. PEZZOLA,              .  April 25, 2023
                                         .  1:32 p.m.
8                Defendants.             .
        - - - - - - - - - - - - - - - - -

9

10              TRANSCRIPT OF JURY TRIAL - AFTERNOON SESSION
                   BEFORE THE HONORABLE TIMOTHY J. KELLY
11                     UNITED STATES DISTRICT JUDGE

12      APPEARANCES:

13      For the United States:        ERIK KENERSON, AUSA
                                      JASON MCCULLOUGH, AUSA
14                                    United States Attorney's Office
                                      601 D Street Northwest
15                                    Washington, D.C. 20579

16                                    CONOR MULROE, ESQ.
                                      United States Department of Justice
17                                    1301 New York Avenue Northwest
                                      Suite 700
18                                    Washington, D.C. 20005

19                                    NADIA MOORE, AUSA
                                      United States Attorney's Office
20                                    271 Cadman Plaza East
                                      Brooklyn, New York 11201

21

22      For Defendant Nordean:        NICHOLAS SMITH, ESQ.
                                      David B. Smith, PLLC
23                                    1123 Broadway
                                      Suite 909
24                                    New York, New York 10010

25                            -- continued --
```

```
 1    APPEARANCES (CONTINUED):

 2    For Defendant Biggs:        JOHN HULL, IV, ESQ.
                                  Hull McGuire PC
 3                                1420 N Street Northwest
                                  Washington, D.C. 20005
 4
                                  NORMAN PATTIS, ESQ.
 5                                Pattis & Smith, LLC
                                  383 Orange Street
 6                                First Floor
                                  New Haven, Connecticut 06511
 7
      For Defendant Rehl:         CARMEN HERNANDEZ, ESQ.
 8                                7166 Mink Hollow Road
                                  Highland, Maryland 20777
 9
      For Defendant Tarrio:       NAYIB HASSAN, ESQ.
10                                Law Offices of Nayib Hassan, P.A.
                                  6175 NW 153rd Street
11                                Suite 209
                                  Miami Lakes, Florida 33014
12
                                  SABINO JAUREGUI, ESQ.
13                                Jauregui Law, P.A.
                                  1014 West 49th Street
14                                Hialeah, Florida 33012

15    For Defendant Pezzola:      STEVEN METCALF, II, ESQ.
                                  Metcalf & Metcalf, P.C.
16                                99 Park Avenue
                                  Sixth Floor
17                                New York, New York 10016

18                                ROGER ROOTS, ESQ.
                                  113 Lake Drive East
19                                Livingston, Montana 59047

20

21    Official Court Reporter:    SARA A. WICK, RPR, CRR
                                  333 Constitution Avenue Northwest
22                                Room 4704-B
                                  Washington, D.C. 20001
23                                202-354-3284

24

25    Proceedings recorded by stenotype shorthand.
      Transcript produced by computer-aided transcription.
```

# C O N T E N T S

Closing Argument by Defendant Biggs................... 20100

Rebuttal Closing Argument by the Government........... 20151

```
 1                    P R O C E E D I N G S
 2         (Call to order of the court.)
 3         (Jury not present.)
 4         COURTROOM DEPUTY:  We are back on the record in
 5    Criminal Matter 21-175, United States of America versus Ethan
 6    Nordean, et al.
 7         THE COURT:  All right.  Mr. Pattis, do we need to
 8    bring the podium anywhere this time?
 9         MR. PATTIS:  I was going to, but I figured last time,
10    I made so much noise with it, I'll just get used to it here.
11         THE COURT:  All right.  Very well.  If there's nothing
12    further, let's bring in the jury.
13         (Jury entered courtroom.)
14         THE COURT:  All right.  Everyone may be seated.
15    We'll next hear closing argument for Mr. Biggs.
16    Mr. Pattis, you may proceed, sir.
17         MR. PATTIS:  Hindsight is perfect.  Foresight requires
18    trust, cooperation, faith, hope, and charity.
19    Take a look at this courtroom for a moment.  I know you're
20    thinking, Do I ever want to see this courtroom again?  When I
21    came here in July, I was told it might take a month or so, and
22    here we are, past Easter, and May Day is right around the
23    corner.
24    But look around you.  I can't walk into a courtroom and not
25    be overcome by that seal.  This is "We the People" in action.
```

1    This is you.

2        You heard about 1776.  Did you know, did you know, did you

3    know that one of the guarantees, one of the reasons we broke

4    from Britain was the right to a trial by jury?  People have

5    fought, bled, and died for the seats you sit in today.  And it

6    is my honor, the honor of a lifetime, in this case of all cases,

7    to be able to speak to you.

8        Dan Hull -- can you stand for a minute?  Dan Hull and I

9    have represented Joe; Dan far longer than me.  He brought me in

10   late.  And I struggled to keep up and struggled to understand

11   this case and sat here week by week, month by month, and now I

12   have the honor to speak to you about the wall.

13       We all have roles in this trial.  Judge Kelly has shown the

14   patience of six saints and their twin sisters in this case.  We

15   have tested him.  We have fought every inch of this room, and I

16   tell you something, with God as my witness, I would do it again,

17   and I would do it all over, and I would do it for five months

18   longer.  Because what's at stake here are principals that you

19   are now going to apply.

20       The Constitution -- you've seen me quote books from time to

21   time, but the Constitution is a thing of value.  We created a

22   norvus ordo seclorum, a new age -- something new for the ages,

23   some 200 years ago, and it endures still.  Isn't that amazing?

24   Think about it.  In this trial of all.

25       You were strangers when this trial began, and maybe you've

become friends, but you've certainly become acquaintances, but I
raise that point, because society, that's a word that has its
root in the Latin term for friendship.  We become friends to one
another by living together.

And in the United States, we become friends together and we
live together under the rule of law, under the Constitution.  It
matters.  It's how you transform the state of nature, so to
speak, where life is nasty, poor, solitary, brutish, and short,
a famous author once said, from civility.

I won't do a lot of quotes, but I will start with a couple,
because I need to get oriented.  I'm nervous.  I've been coming
to court for decades.  50 years ago, I left for college as a kid
full of air, and now I'm getting ready to hang up my shingle,
and I'm still full of hot air, but I'm still searching for the
mystery of what makes one out of many, *E pluribus unum*, what
makes a community.

For me, when I go back to those questions, I always go back
to old books.  That's just who I am.  It doesn't have to be who
you are.  But the Roman orator Cicero once said a society, a res
publica, a public thing, a commonwealth is not every collection
of people.  It is a people bound together by common interests,
we all want to live in this community and be at peace, and
common conceptions of right.

And what makes the United States unique is our founding
document, the Constitution of the United States.  de Tocqueville

once said that what makes a -- de Tocqueville came to the United States in the 1830s.  He wanted to study our prison system.  He ended up staying for a while longer and wrote a book, two-volume book called *Democracy in America*, and one of his observations was the following:  What makes the United States unique is at its founding, there was a literate public who were writing the thoughts down about why they did what they did and what they were doing, and they put them into a constitution.

I would submit to you, ladies and gentlemen, that in the case of United States of America versus Joseph Biggs, Dominic Pezzola, Ethan Nordean, Enrique Tarrio, and Zachary Rehl, those words are our blessing and our curse.  I'll explain why.

What's become of us anyhow in this country?  Seriously. Everybody talks about silos.  You go to one news operation.  I go to another.  You may not go anywhere.  Somebody else, they make up their own news.  And then there are the conspiracy theories.  Everywhere, there are conspiracies.  We used to be one people with a shared vision of the future, or so we told ourselves.

Maybe that's become a fairy tale.  Maybe those days are over.  Maybe we are permanently divided and it's time to break and go our separate ways.  I'm not the first person you've heard say that, am I?  Am I?  I don't think so.

The world marvels at us.  We had a position of global leadership at the turn -- in the 20th century.  It was called

        the American Century.  And now people wonder, are they watching

        an unraveling.

             I want to issue you a challenge, you, you, you, each one of

        you.  Show the world with this verdict.  Show the world with

        this verdict that the rule of law is alive and well in the

        United States.  Have courage.  Have determination.  Show the

        world.  Apply the rule of law to these uncomfortable facts in

        this case, and I'm confident that if you do, almost every

        verdict for every defendant in this case will be an acquittal.

             Am I mad?  Have I been drinking my own Kool-Aid over there

        for four months?  I don't think so.

             The government gave a powerful closing argument.  You know,

        I'm not from these parts.  I'm from the Northeast.  I spend as

        much of my time as I can at a place on the Canadian border in

        Vermont looking down at the rest of the country and thinking,

        Almighty, what's going on around here?  Some of it in

        Connecticut.

             I was called down here to try the case, and you've made me

        a guest in your community for four or five months, and I've

        fallen in love with the monuments and with America all over

        again.  Thank you.  Thank you for your hospitality.

             The other pleasure has been meeting people, meeting the

        prosecutors:  Mr. Mulroe, Mr. McCullough, Mr. Kenerson,

        Ms. Moore, and meeting these guys, Sayib -- Sabino and Nayib

        from Miami.  I put them in one name now.  That's the easy way.

That's the coward's way.  When you don't know names, just throw all the syllables together.  You will come up with something.

Metcalf, the guy who has got a scenario for everything.

Roger Roots, the mountain man from Montana who has come up with some priceless gems in here, including the home improvement scheme that Mr. Pezzola entered into when he helped clear a broken window with his shield.

I'm glad that's not my argument.  I love you, Roger.

Nick Smith, keep an eye on that name.  He will be sitting on a bench some day.  This is a man who knows the law, and he loves the law, and he --

MR. KENERSON:  Objection.

THE COURT:  Sustained; sustained.

MR. PATTIS:  And Carmen Harris -- Carmen Hernandez, oh, she of many, many objections.  She fought like a tigress, and it was my pleasure to stand next to her.

But I was surprised and disappointed when Mr. Mulroe, whose skills I admire -- oh, to be young again, I think, when I look at some of these kids in this courtroom today.  Oh, to be young and see that promise blossom into something.

But he began the government's case midstream.  I mean, I get it.  *War and Peace* is a long novel, and *Anna Karenina* begins with a downer:  All happy families are alike; unhappy families are unique in their misery.  But you have to read the first couple chapters to understand the book.

Mr. Mulroe began the government's narrative here in the fall of 2020. That's a convenient place to begin if you want to tell only half the story. I want to tell it all.

Something happened in 2016. We elected Donald Trump as president. How surprised were you by that? When he came down the escalator at Trump Tower in Manhattan in 2015, I think it was, and announced his candidacy for president, I expected to see reruns for The Apprentice. Instead, we all became apprenticed to him.

And he ran a campaign, and the country kind of went to pieces in my mind. We divided into warring camps, and there was the "anybody but Trump" contingent, and then there were people that loved him, and there were all the hangers-on and groupies who made what they could of the chaos in this country.

Then he ran again in 2020, and he lost. When he ran again in 2020, he ran after we had spent a significant amount of time locked down. And it becomes significant. You heard the evidence in this case. In about March of 2020, we began to get word: Pandemic. Sit, shelter in place, take pains to avoid infection. Who knows what's going to happen next? And most of us did.

But historians will tell you that every pandemic brings out social dislocation. It happened during the Peloponnesian War in the Fifth Century B.C. between Athens and Sparta. It happened in the Sixth Century in Justinian's Roman Empire. It happened

in the 14th Century with The Black Death.  It happened in the 16th and 17th Century in England repeatedly.  It happened, I would suggest, in 2020 in the United States.

And suddenly, in the summer of 2020, some of these witnesses told you, they were sitting home watching on their television while they were locked down, their businesses were shut, and suddenly, there were riots in the cities.  There were protests.  Most of them were peaceful, but sometimes they turned violent.  And there were protests that some people didn't go to and some people were afraid of.

Even though the cry for justice was fresh on your lips and the demand for a debt overdue by 400 years still hasn't been paid, there were those who thought this wasn't what they bargained for in the pandemic, and they got concerned.

And as always happens in this violent continent of ours -- look back at our history and marvel at how peaceful we are right now despite our divisions.  There aren't bombings as there were during the Weatherman days or the concluding days of the Vietnam War.  There isn't labor unrest resulting in death and catastrophe as there was in the '20s, '30s, and earlier.  We're not in the aftermath of a civil war with lynchings.  Bonds of civility still hold, even if we are not where we need to be.

Some people, some people took advantage of these divisions.  Jeremy Bertino was one of them.  Do you remember Jeremy?  Noble -- Jeremy Bertino, Mad Max, I think Ms. Hernandez calls

him.  He's the guy with the things on his arms standing there
trying to bait Antifa into a fight.

And who is Antifa?  Does Antifa really exist?  I don't
know.  I think it does.  It certainly did to law enforcement.
It certainly did to people who felt that they were abused at the
hands of others who didn't like their right to protest, didn't
like their vision, their contrasting vision of America.

And so enter the Proud Boys.  The Proud Boys were formed, I
think you heard in this case, by a man named Gavin McGinnis.
Proud of your Boy comes from a song, a Disney musical called
Aladdin.  You saw a little bit of their initiation rituals.
You've got to take an oath.  You've got to get beat five times
before you can say a breakfast cereal.  I've practiced.  It's
hard.  I can't even remember five breakfast cereals.  I think I
would get beaten to death.

You've got to get a tattoo.  And I guess there's a dispute
about what you have to do to become a fourth-degree member.  You
have to do something that costs you something, maybe get in a
fight, maybe get arrested, maybe stand publicly as a lawyer in
the nation's Capitol in an unpopular case and say I love you,
boys.  Thank you, thank you for speaking up and standing up.

Maybe that makes me a fourth-degree Proud Boy, although I
don't think my wife would much cotton to a tattoo, so maybe not.

The Proud Boys exist, and they fill a need.  Remember
de Tocqueville?  I told you I wouldn't inure about it too much,

1    but history matters.  We are our history.  And if you think

2    ideas don't matter, look around again, because you will look

3    from one end of this courtroom to the other, and you will never

4    see due process in the flesh.  You'll never see the First

5    Amendment in the flesh.  You'll never see justice in the flesh.

6         Justice is something we do in our relations with one

7    another, and the rule of law, the principles that we apply to

8    them are something we take instruction on from the judge and

9    apply, and when we decide facts in the highly ritualized combat

10   of a trial -- and I say a combat, because it felt that way to me

11   from time to time.

12        We're in here arguing about one thing or another, and some

13   days I'm so tired I don't know which end is up.  At the end of

14   every week, I have to call my wife up in the Northeast and say

15   I'll be home in a month, maybe not.  After four months, she came

16   down here to see what I was doing.

17             MR. KENERSON:  Objection.

18             THE COURT:  Sustained.

19             MR. PATTIS:  I know it's been a long trial.

20        So here come the Proud Boys.  Trump is president.  Many of

21   them appear to support Trump.  They're in an association which

22   is either a club with a -- a drinking club with a political

23   problem or a political problem with a -- a political club with a

24   drinking problem or a drinking club with a political problem, or

25   maybe both.

1    But what is the need that it filled?  Camaraderie.  We've

2   become strangers to one another in this society.  We don't know

3   one another anymore.  The Internet separates, divides, and pits

4   us in silos against one another.  We don't talk across fences

5   with neighbors.  We don't share coffee.  We don't hold doors

6   open enough for somebody walking through and say, Go ahead, you

7   go first, I'm in no rush, this is my gift to you, this is my

8   paying something forward for tomorrow, because that's what it

9   takes to make a community.

10    We don't know one another, and the Proud Boys were young

11   men who wanted to be known.  They wanted to be known by one

12   another.

13    Ms. Harris, could you help me with the gizmo up here?

14         COURTROOM DEPUTY:  You mean the Elmo?

15         MR. PATTIS:  Elmo.  Everything has a name these days.

16   This is Elmo.  That's Harry.  This here is Matilda.

17    This is a stipulation.  Joe Biggs did not testify.  You

18   have a right to remain silent in this country.  If you've ever

19   come home late and been accused by someone that you love of

20   being up to no good, you know about the right to remain silent.

21   Sometimes no explanation sounds good if it looks bad enough.

22    But here's what we know about Joe Biggs.  He enlisted in

23   the Army, the United States Army, where he took an oath to

24   protect and serve you and me in 2004.  He completed basic

25   training and became a part of the 82nd Airborne Unit.  While

assigned to the 82nd Airborne Unit, he was deployed to Iraq and
Afghanistan for two years and two months.

During his service of our country in Iraq and Afghanistan,
he was injured, and he was awarded a Purple Heart.  That makes
him a hero.

Mr. Biggs was honorably discharged in 2012 due to
noncombat-related injuries, and he receives a disability payment
from the United States government for his service.

I will skip some of this.  Number 9, he has a five-year-old
daughter.  Actually, she turned six yesterday.

He is a man who loves his country, loves his family, and
yeah, he loves his boys.  That's a place where he can go to be
known.  You heard from some of them why.  If your views are on
the wrong side of certain partisan divides right now, you're
ostracized.  You've heard of cancel culture.  You've heard of
the contact rule.

You've heard of all these things, and you've experienced
them one way or the other, from one side or another, or perhaps
you're among the blessed who just don't give a shit -- excuse my
language, who just don't care about what everybody else thinks
and just go their own way.  But in a community, we depend on one
another, and we need one another to go about the ordinary tasks
of daily living.  I can't grow my own food.  I can't repair my
own car.  I can't even make the ELMO work without help.

We are a community of strangers unknown to one another, and

1    we come to know one another through the rule of law.

2        So here are the Proud Boys.  You've heard from some of

3    them.  They'd watch on television while groups would attack

4    Trump supporters.  They identified those groups as members of

5    Antifa.  Some of them said they wanted to defend others.  Some

6    of them said they wanted to defend the First Amendment, the

7    right to speak, to associate, to be yourself in every -- any

8    community, in every community in the United States.  And so they

9    joined.

10        2020, we've got the pandemic, candidacy, Joe Biden

11    campaigning on an anti-Trump platform, barely left his basement

12    but he won.  But in the debates, Chris Wallace baited him, and

13    I'm not going to show you videos.  If there's anybody here who

14    needs to see a video, write a note down and tell me which one it

15    is, but I suspect you've got them all memorized by now.  I

16    certainly do.  And the down side of going number five, last in

17    the line-up, is you've seen everything that is significant, so

18    all I get to do is comment on it.

19        But what happened in that video?  Watch the whole thing.  I

20    don't know who among you will be a foreman, maybe you, maybe

21    you.  Madam Foreman, Mr. Foreman, when you get there, ask your

22    fellow jurors which exhibits they want to look at and why, and

23    make a list, and study the evidence if you need to, but watch

24    entire exhibits.  Watch the entire exhibit that shows the debate

25    between President -- now President Biden and now former

1    President Donald Trump.

2        Donald Trump didn't come shooting out of the blocks saying,

3    Hey, Proud Boys, stand back, stand by, I've got ya.  Wallace

4    baited him into adopting the Proud Boys as his own.  And the

5    test was, are you going to denounce white supremacy.  Of course

6    he would.

7        But whoever said the Proud Boys were white supremacists?

8    Oh, yeah, mainstream media.  If you ever go back to read any of

9    the coverage of this case, you'll be stunned.

10               MR. KENERSON:  Objection.

11               THE COURT:  Sustained.

12               MR. PATTIS:  My experience as a lawyer has often been

13    the press tries to get it right, but they capture the drama and

14    ignore --

15               MR. KENERSON:  Objection.

16               THE COURT:  Sir, the facts and the law, please.

17               MR. PATTIS:  And the facts in this case are that

18    Donald Trump was compelled into using the Proud Boys as a prop

19    to denounce something that was on Chris Wallace's mind, and he

20    did.

21        And when that happened, all of a sudden, everybody knew who

22    the Proud Boys were, and they told you themselves, the evidence

23    shows you itself, membership flourished.  People came in.

24    People wanted to hear, wanted to be heard.  They wanted to know

25    one another.  They wanted to be known.  We went into a new phase

1    in our national nervous breakdown.

2         They tried to vet individuals who grow -- who came into the

3    organization, but it was difficult.  Some members who came in

4    were angry.  They were angry about COVID.  They were angry about

5    demonstrations in the city.  They were angry about Antifa.  They

6    felt that when others chanted "Whose streets?  Our streets"

7    they were being excluded from the streets they came to be

8    regarded as home.  They went and protested in places like

9    Portland, Oregon, and elsewhere.

10        Then came the election.  And in the run-up to the election,

11   you may recall, everyone was warned:  Given COVID, there are a

12   lot of absentee ballots.  The ballots that are counted on

13   Election Day could show one spike, but the results could change

14   in the days after the election, depending upon the counting of

15   absentee ballots.

16        And they did.  And all at once, a new national narrative

17   was born:  A stolen election.  And the President of the United

18   States took to the pulpit in every courtroom he could find a

19   lawyer to enter and advanced that narrative:  Stop the steal,

20   stop the steal.  We had Sidney Crazy Kraken Powell talking about

21   Dominion voting machines and Cesar Chavez and manipulation of

22   the votes.

23            MR. KENERSON:  Objection; facts not in evidence.

24            MR. PATTIS:  We had Rudy Giuliani talking about

25   things.  We had other minions of the president trying to

1    persuade people that the vote was stolen.

2        The leader of the free world sold this narrative, and many

3    members of the Proud Boys believed it.  70 million people, you

4    heard as evidence in this case, voted for Donald Trump.

5    70 million people were a potential market for this story of his

6    that the election had been stolen.  Some percentage of them

7    believed.

8        Jeremy Bertino was a true believer.  I was delighted when

9    the government called him as a witness.

10            MR. KENERSON:  Objection to counsel's view.

11            THE COURT:  Sustained.  Counsel, please limit your

12    comments to the evidence and the law.

13            MR. PATTIS:  Do you remember Jeremy Bertino?  He was

14    the guy who believed that Joe Biden was a Chinese communist

15    puppet, and he wanted to work on behalf of the people to set us

16    free.  And I kept asking him, You actually believe that?  Oh,

17    yeah, I did.  What were you going to do when you set us free?

18    He didn't really know.  Which one of you geniuses were going to

19    be Secretary of Transportation?  That one floored him.  Wait a

20    minute, I've got to do something to be free?  Well, yes, you do.

21    You have to be a member of a community, a community of

22    responsible citizens.

23        There was Jeremy; he was listening to it.  He was buying

24    conspiracy theories.  And I want to talk to you about that.  I

25    want to talk to you about conspiracy theories, because I'm going

to do something a little bit bold here.  I'm not going to attack
Mr. Kenerson for lying.  I'm not even going to respond to his
objections during this argument.  I'm not going to attack
Ms. Moore.  I'm not going to attack Mr. Mulroe.  I'm not going
to attack Mr. McCullough.  I'm not going to attack their
witnesses.

But I am going to tell you what a conspiracy theory is.  A
conspiracy theory is a narrative that seeks to reduce the
complexity of life to a simple story where good and evil can be
identified and the good guy wins.  That's what a conspiracy
theory is.

Jeremy Bertino was a conspiracy theorist.  The ChiComs and
globalism and George Soros are taking over the world.  They've
helped steal the election to install Joe Biden.  It sounds crazy
to me, almost as crazy as the notion that the riot on January 6,
2021, was planned by these five conspirators.

Reality is complex.  You know that.  You know that when you
leave the house in the morning and you depend on the courtesy of
strangers to get your car to the grocery store, to be charged a
fair and honest price for goods sold that you've never had a
chance to inspect and you can assume and believe that they won't
kill you.  When you put your head on your pillow with every
confidence that you will wake up with your head on the same
pillow still attached to your shoulders, that's a society.

That's the rule of law at work.  And this is where we test

1    it.

2         "Stop the steal," Donald Trump said, and he continued that

3    drum beat through the fall of 2020.  There were marches here in

4    your town, as there are often.  I don't even know how many

5    marches there have been here in the last four or five months.

6    But people come here for a reason.

7         You're not a state.  I see on the license plates.  Hey, you

8    know, taxation without representation, there may be a profound

9    reason for that.  Historians tell us that the reason D.C. was

10   marked off as a special territory is they didn't want the

11   federal government to be the captive of any state.

12        The federal government, the government that owns this town,

13   is a government of limited powers.  That's what the Constitution

14   says.  We don't want it overreaching.  We have a government

15   that, by design, is designed to fail more often than not,

16   because in that failure there is room for liberty.

17        Maybe these ideas are antiquated.  Maybe it's time to

18   rethink the compact.  But here, right now, we have that

19   Constitution.  And we encourage people to come here, the First

20   Amendment says, and you've heard about it, to petition for the

21   redress of grievances, and there's no admissions price.  You

22   don't have to be right; you just have to think it.  And if you

23   think the election is stolen, you've got a God-given right to

24   come in to this city and complain about it.  You have a

25   God-given right to come in to this city and petition with others

for the redress of grievances.  You have a right to have your
voices heard.

Pity the person who believes otherwise.  That person
doesn't belong in this republic.  Just as you have the right to
demand justice for grievances that go back centuries, someone
else has a right to say, Not so fast, let's adjust the scales,
let's learn to live together as a community.

Think about the charges in this case.  A bunch of people,
thousands of them, go to the White House -- or go to the
Capitol, rather, on January 6.  Some people break in.  And the
government stands here and says concerted action equals an
agreement.  On that theory, every person you saw in every video
is a co-conspirator.  Concerted action equals an agreement.  My
left eye.

I go to a ballgame, and I cheer, and somebody buys a hot
dog at that moment.  Did we all agree to buy that hot dog?
Think about what the government said.

Oh, when I see a car on the snow -- and I didn't see much
snow here this winter.  I missed it.  But when you see a car on
the road and there's snow and everybody gets out of their cars,
they've got an agreement to push the car.  Well, yeah, that's a
simple case.  That's right.  What else could they be doing?

When you have another type of conspiracy, a drug
conspiracy, you've got six people on a street corner, and
somebody sells a bag, and they're all looking around, that's

1    probably a conspiracy.  What else are they doing there?

2         Here's what people were doing on January 6 when they came

3    to the Capitol.  They were exercising your First Amendment

4    rights, the same ones you have, and they've been criminalized

5    for being present at the scene in what I would assert is

6    basically a conspiracy theory.

7         But I got a little ahead of the narrative.  We're in the

8    fall of 2020.  It's November.  There's a march around town.

9    December, there's another march.  There's squabbling between

10   Antifa, who is associated in their minds with Black Lives

11   Matter, and the Proud Boys, and there's some violence, and some

12   of the violence is ugly.

13        Do you remember seeing a video of a young woman with a

14   knife in her hand getting knocked out?  What should they have

15   done?  Offered to sharpen the knife?  You wander around the

16   street with a knife in your hand and threatening behavior,

17   that's not an invitation for a welcome wagon, Come over and have

18   some tea, use that knife to help pair my apple.  That's not a

19   community you want to live in, is it?  Is it?

20        So they glorified that.  Fuck around and find out, FAFO,

21   was it Bertino or was it Greene who had it tattooed on his

22   fingers.  Oh, yeah, I'm getting those tattoos erased.

23        December, there's another rally.  You heard about Harry's.

24   You heard about the Hotel Harrington.  Outside that rally that

25   night, there's a stabbing.  Bertino is stabbed.  Others believe

that Antifa did it.  And now there is a problem.  The temperature is rising through the country.  D.C. is becoming a cauldron.

There he is.  There's the president.  Stop the steal.  They stole the election from you.  They stole the election from you. They took your vote and treated it like it was something cheap to be traded in a den of thieves, the Chinese communists.  Trump wouldn't say that, but some of the other conspiracy theorists would.  And people believed their president.

Why?  What has become of us?  Where have we gone so horribly wrong that we can't look a liar in the face and say liar, liar, pants on fire, your term is up, get out of town? When did that happen?  Why?  If I knew, I'd be running for office.  I have no idea.

But I know that it scares people.  I know when I pick up the newspapers and I see stories about divisions in communities and culture wars and this, that, and the other thing and people trying to divide us, that something fundamental is ripped, and we need to repair it.  You need to repair it.  You need to repair it, if not for your sake, then for your children and your grandchildren.

The Proud Boys came thinking they had an answer.  They were going to stick up for people who had a differing point of view.

And why do I stress the president's role?  He's not on trial here, much though I wish he were.  Why do I stress that?

In Count -- in several of the counts, you're going to be told that these men had to have a corrupt purpose and that a corrupt purpose -- and I want to get it right, because I don't want to get on the wrong side of the Judge.  I have a tendency to do that -- is consciousness of wrongdoing, an understanding or awareness that what the person is doing is wrong.

If my president tells me that my republic is being stolen, who do I listen to?  The thief or the commander in chief?  Yeah, I see your eyes going up.  It's a serious question, and it goes to the heart of what makes a community.

Nerd moment here for whose who don't like references to books you may have not read:  Max Weber, famous German sociologist, once wrote about the concept of legitimacy.  He said the state is that entity in our lives that has a monopoly on the legitimate use of force.

And you can distinguish force from legitimacy in the following way:  If you're standing on the corner outside the courthouse and some guy comes up to you and says give me your wallet and he shows a gun, you will probably give him the wallet.  Right?  Or maybe you know Kung Fu and you won't.  Maybe you will give him whatever a Kung Fu expert gives.  But you will likely give the wallet out of fear.

Put a policeman's badge and uniform on that person and have the same demand with a gun drawn.  You will still be afraid, but there might be an additional increment.  You might think that he

1    was within his rights to do so because he showed the authority

2    of the state.

3        That's the difference between power and authority, between

4    naked force and authority.  In our country, I think that concept

5    is at risk.  I think it's up for grabs.

6            MR. KENERSON:  Objection to counsel's view.

7            THE COURT:  Sustained.

8            MR. PATTIS:  That's true.  That concept is up for

9    grabs in this country, and January 6 showed it.  January 6 was a

10   perfect storm.  A perfect storm.  Come to January 6.  Be there,

11   it's going to be wild, the commander in chief said.  And so they

12   came to your town.  The week before, they were in pink

13   protesting one thing or another.  Maybe the week before that,

14   they were in lime green.  And maybe the week after that, it was

15   a different color and a different cause, but we the people come

16   here to be heard.  Out of many, one; *E pluribus unum*.  They show

17   that film over there at the Capitol.  A nation of strangers

18   gathered together as their commander in chief sold a lie.  Well,

19   what many people regard to be a lie.  If there is a case to be

20   shown that it was stolen, he's not yet made it.

21       We were suddenly un-moored from our common purpose, our

22   common conception of right, and the Constitution was stretched.

23   The Proud Boys came, and when you see the evidence in this case,

24   you're going to -- if you do, if you need to see it again, you

25   will look at the Telegram and the chat, and what do they do?

1    They talked a lot.  They talked a lot of trash.

2         It wasn't like Hawk Newsome.  Hawk Newsome is a member of a

3    Black Lives Matter group in New York, and he once famously stood

4    in the summer of 2020 and said, You know, if we don't get what

5    we want, we're going to burn this place down and start all over

6    again, maybe I'm being hypothetical, maybe I'm not.  It wasn't

7    quite as violent as that.

8         Nobody charged Hawk Newsome because the Constitution

9    protects speech.

10        It's not for me to charge the law.  I wish I would.  But

11   there's not a president foolish enough to put one of those robes

12   on me.  But here's what -- and the judge is going to read you

13   some law at the tail end of the case.  This got saved to the end

14   for reasons that you don't need to concern yourself with.

15        The First Amendment of the United States Constitution

16   protects an individual's right to freedom of speech where that

17   speech does not pose an imminent, a near, immediate risk of

18   violence and is not likely to produce such violence.

19        You can talk all the trash you want on Twitter.  You just

20   can't say, Go to Joe Blow's house and kill him tonight at 6:00

21   or some such.

22        And I would submit to you, ladies and gentlemen, that each

23   and every one of these Telegram and Parler chats that you saw

24   from Joe Biggs and others -- senior moment -- each and every one

25   of them, each and every one of them is not an imminent

incitement to violence.  That's the functional equivalent of
Donald Trump talking about an election being stolen.  And if
it's good enough for the president, my God, it's good enough for
my client and good enough for these men.

Attend.  Be there.  It's going to be wild, the president
said.  So they made plans to attend.  Enrique was going to speak
at "Latinos for Trump."  Others maybe were going to see the
Trump show over there on The Ellipse.  And then Enrique was
arrested, and they didn't know what to do.  Oh, they like sheep
were led astray and left in Washington, not knowing what to do
and when to do it.

But then, then one of the geniuses in the common turn, the
committee that runs this place, said, Okay, let's meet at the
Washington Monument tomorrow morning at 10:00.  And so they did,
and so they did with the intention to march.

Now, I came into this -- coming into this case, one could
wonder, what would be the evidence of the conspiracy?  What was
the secret text, the secret message?  What testimony would
support it?  There is none.  None.  There was no plan.  There
was no objective to use force or any other means necessary to
stop the counting.

When that day began, the president himself thought there
was a pretty good chance that Pence would come to his senses and
do what the president wanted, because he had a tenuous
construction of the Electoral Count Act that he wanted Vice

1    President Pence to enact, and he didn't.

2         And in the course of that day, things failed.  The

3    president's hopes were dashed, and I gather he got wind that it

4    was going to happen, because what did he say at the Ellipse some

5    35, 40 minutes before the first breach?  "I'm going to the

6    Capitol.  Go to the Capitol with me and fight like hell.  If you

7    don't, you won't have a country anymore."  Okay.

8         In the case of United States versus Donald J. Trump, if

9    that's ever brought, I suspect that will be Exhibit 1.  But it's

10   not a case.  This is the case that you've got right now.

11        And so when he spoke, people left The Ellipse.  Now, pay

12   close attention to this.  I listened to the arguments from my

13   fellow lawyers, my fellow counsel, and I thought these guys are

14   so good, women are so good, there's nothing left for me to say,

15   and they left me a few table scraps.

16        Here's one of them.  When you look at Nordean's

17   Exhibit 301, and Madam Foreman, Mr. Foreman, take a look at

18   Nordean 301, play the whole thing, and study, study, study the

19   Proud Boys as they march from the Monument down to the Capitol.

20        And here's what you will not see:  Waving flags and

21   banners.  At the perimeter every now and then there's some

22   people at the side, but they tried to march in a formation to be

23   organized.  Nobody was carrying flags and banners, none of them

24   that said "don't tread on me," the so-called Gadsden flag from

25   the Revolutionary War era days, in other words, I'm going to be

free, the promise of the American Constitution.  None of them

carrying a flag, the so-called "appeal to heaven" flag, coming

out of John Locke's *Second Treatise*, saying that if a people

feels oppressed by its government, they can take matters back,

they can take their sovereignty back and make an appeal to

heaven.

No flags, no "we love Trump," not even American flags.  The

Proud Boys are at the hot dog stands.  Well, maybe they're at

tacos.  They were at the food stands not too far from this

courthouse, it so looks from the evidence that you've seen.  And

while they were there, a man named Patrick Riley was with them.

Do you remember Patrick Riley?  Remember?  Nobody talked

about him in closing arguments.  He was the photo journalist

that knew Joe Biggs, the photo journalist who didn't like Joe's

politics but liked Joe.  You learned -- maybe you didn't.  I

don't want to mix things.  He liked Joe Biggs.

He marched with them.  He took photos.  And at the food

trucks, what did he do?  Remember?  Got back on the train and

headed to Boston.  There was nothing to see.

Do you think that if there was going to be some action that

day and he heard about it, he would have hopped on a train, a

photo journalist?  Or don't you think you might be looking at

his photos on the cover of every news magazine that's talked

about January 6?  He had a motive to remain.  He wasn't an

ideological friend of theirs.  He took off.  He took off, and

the Proud Boys noticed that the crowd was beginning to assemble in the area of the Peace Circle.

Now, listen to these exhibits if you watch them.  What's Joe Biggs saying into the megaphone?  Remember?  "Fuck Antifa, Fuck Antifa, Fuck Antifa."  Oh, they were not looking for a fight, but if you picked one with them, they would finish it.

And that's a crime?  Whose streets?  They're mine, too. That's what these guys had the nerve to believe.  They marched. Joe, "Fuck Antifa, USA, USA," on and on it goes.  I suspect throat lozenge companies made a fortune selling to Joe Biggs after that day.

When he's in the area of the Peace Circle, as the crowd is forming, watch what happens.  The concentration of flags increases over time and rapidly.  That's because the crowd that left The Ellipse was pushing up, and those were the people who were chanting, and you will hear it, "we love Trump."  It wasn't a Proud Boy rant.  That was people fired up coming from The Ellipse after their president told them to go fight like hell because they weren't going to have a country anymore, the election had been stolen.

Think about that.  If your election had been stolen from you, where would you be?

Then Joe says, "Whose Capitol?  Our Capitol."  And he does say that.  And then they begin to go over the fence.  But was Joe the first one there?  You saw Ethan Nordean, whoa, stop.

1          Sorry, Judge.  I got distracted.  I didn't know if once

2     again I did something wrong.  If you want to know terror, become

3     a trial lawyer and stand in front of a room and noise coming

4     from a miscellaneous area.  What did I do now?

5               THE COURT:  You may proceed, Mr. Pattis.

6               MR. PATTIS:  Those were the words that I needed to

7     hear, sir.

8          When you study these videos, you're going to see a man

9     repeatedly in dark clothes with green gloves.  In the area of

10    the second breach, you saw him standing on the steps -- he's a

11    little bit more rotund than me, and I'm getting there --

12    signaling to people.  He's not a Proud Boy.  Nobody ever claimed

13    that he was one of the tools of the Proud Boys or fired up by a

14    Proud Boy.  I don't know who he was.  The evidence doesn't show

15    who he was, but there were plenty of people there.

16         Now, Joe went, Mr. Biggs went -- and I don't know whether

17    to spend any time on all his comments, you know, "Zamboni,"

18    "There's going to be a civil war."  Let me take a look at some

19    of the others that the government highlighted.  "We started the

20    country this way.  We will save it this way."  That's what the

21    writer Edwin Wilson once referred to as "patriotic gore."  Okay?

22    We all believe that we're summer patriots.  We all believe that

23    we will respond to the bell and when our country needs us, we

24    will be here.  Oh, there's going to be a civil war.  This was a

25    day, Joe said afterwards, that will live in infamy.

Again, these aren't the words of co-conspirators trying to cover their tracks.  They're the words of men who are in love with the words of our Constitution.  And I told you before, those words are a blessing and a curse.  It takes a scholar to write a treatise.  It takes a learned man to be a judge.  But any idiot can go to Walmart and pick up a copy of the Constitution and see what due process means.  And we have that right in this country.  You don't need a license to speak.

So they're at the lunch break.  They go to the first breach, and the storm continues.  But what happened at that first breach point?  Do you remember Matthew Greene's testimony? Matthew Greene said that he was a veteran and that he served in Afghanistan and that he was in the area of a food riot once where he or someone else close to him had given a food bar to a child and all hell broke loose because people were hungry, and in an instant, the crowd became a herd mentality.

Nick Quested told you the same thing.  The confidential informant that went by just a first name told you the same thing.  The crowd snapped, and in that instance, all hell broke loose and they continued to surge forward.

And I put this up here because -- and the government will say, Well, they could have turned around.

May I, Judge?  I'm sorry, sir.  I should have asked your permission.

THE COURT:  You may, sir.

1              MR. PATTIS:  Here's breach 1, breach 2, breach 3,

2    breach 4.  The wave crashed, and it didn't stop for an hour or

3    so until it had spent itself, and everybody realized, What have

4    we done, and they left.

5         And did you see any signs of vandalism or looting in the

6    building?  You had before you one of the plea agreements,

7    cooperation agreements in this case.  You see that someone had

8    agreed to pay a portion, $500, of the $1.4 million in damage

9    that was done to the Capitol that day.  That's probably less

10   than one burned Walmart in Chicago.

11        This was not a crowd bent on violence.  It was a crowd bent

12   on being heard, who lost their way and lost their tempers and

13   inspired by the monomaniacal ranting of the then President of

14   the United States, decided that they would be summer patriots

15   and sometimes solders and went to be heard and acted up.

16        But I would claim that they didn't do so for a corrupt

17   purpose.  I would claim that there is no evidence -- I think the

18   evidence shows -- forget what I claim.  Thank you for not

19   objecting.

20        There is no evidence of a conspiracy of a plan.  There is

21   evidence that at a discernible moment in time a crowd snapped

22   and got surly.  And I would suggest to you that if that's the

23   law, if a conspiracy can be formed instantaneously in that way

24   and that's a meeting of the minds, a mutual understanding, an

25   agreement, then each and every person that crossed that line was

a member of the co-conspiracy.  And at that point, this case is diluted to the point of meaningless, meaninglessness.

Did these guys celebrate their things?  Yeah.  The rubber band army snapped to attention the next day, and they started talking trash on their various podcasts and so forth.  I'm not even going to go through it.

But in the wake of January 6, a new conspiracy theory was born, a new conspiracy theory, this one brought to you by the United States government.  There was good.  Oh, peaceful transfer of power has gone on without interruption for 200 years.  This is good; this is true; this is beautiful.  And there is evil.  These men sought to interrupt it, to the derogation of the rights of us all.  And there was a narrative. They tried to disrupt the peaceful transfer of power.

Whatever happens, make it a spectacle.  Those were the first words from Mr. Mulroe's mouth, and they did make this trial into a spectacle for months.  More than a half a million communications, videos, blogs, podcasts, all with an effort to make the complexity of what happened on January 6 simple.  There were bad people who sought to destroy our way of life.

I would encourage you to look at this at a different way. There were confused people who thought to vindicate our way of life by using the words that are common to us all.  And they were inspired by a leader who at that point was still president, for reasons that baffle us all, and who seeks the office again

for reasons that only he and Melania can understand.

There was no agreement, no mutual understanding, no meetings of the mind.  I'm not going to talk about the chats or Parler.  You've seen enough.  I'm not going to show you videos. I'm not going to refer you to many blogs or podcasts, but if you have an interest in Joe's, take a look at them and ask yourself, Does he really sound like a dangerous man, or does he sound like crabby Uncle Bob after a few too many servings of mashed potatoes on Thanksgiving?  We've all got that man in our family, and we love him.  We love him because he dares to speak out.  We love him because if he was silent our lives would be less rich.

You didn't hear anything about this blockbuster bestseller, *The Laws of Power*.  It's Exhibit Number 97.  I asked that it be brought out because this was brought out through the testimony of one of the agents who found it in someone's house, and this was one of the keys that was going to help you unlock this vast conspiracy, a conspiracy so immense that your way of life was going to be challenged.

"Conceal your intentions," chapter -- law 3 is.  "Keep people off balance and in the dark by never revealing the purpose behind your actions."

It sounds to me like that's what happened the day that Bertino got lied to about the 1776 document.  Don't fall for the bestseller version, the Book of the Month club version of what this case is.  To steal a line that my colleagues used, it was

1    ridiculous.

2        You heard a lot about these challenge coins.  You'll have

3    them with you.  They're 10-A through E, Exhibit 10-A through E.

4    And around one of them, I don't remember which number, it's an

5    Arizona challenge coin.  "I am a western chauvinist who refuses

6    to apologize for the creation" -- "for creating the modern

7    world."

8        Aren't we all?

9        People flock to this country, not because it's a banana

10   republic on the way out, but because we offer something superior

11   as a way of life, unheralded opportunities for everyone, no

12   matter what skin color, gender, or gender identity, I guess I

13   should say now here in the 21st century they are, and we

14   struggle and labor together to create opportunities and love and

15   mutual respect in our communities.  And sometimes we fail.

16       Western chauvinism.  I cross-examined one of the witnesses.

17   We're sitting in a temple to western chauvinism.  No other

18   system in the world has trial by jury.  No other community in

19   the world broke from a colonial overlord so that we the people

20   could decide the cases against us, brought against us by our

21   government.  No one else does this.

22       And for this, these men are regarded as criminals, because

23   they're respected, because they're admired, because the veterans

24   within them trained to put their lives on the line for it?  I'm

25   proud of my boys there.  I simply am.  And you should be, too.

You heard no evidence that -- well, you did hear some.  The
12/30 tape, I showed that.  That was the MoSD chat where they
talked about the reasons.  You heard off-color remarks about
women.  You heard some veiled anti-Semitic remarks.  You heard
some insulting remarks about black churches.

Guess what?  Nobody claimed that this was a republic of
saints.  It was a republic of people, a republic of fallen
people.  You know the Myth of the Fallen in the New Testament,
the Old Testament.  It was a community of people struggling
together to become a righteous community, and if they failed in
that, that's all they failed in.

So I want to talk to you a little bit about the law.  The
judge told me I had to quit by 6:00 tonight.  So I want to kind
of accelerate things.  I'm teasing.  I know, some of you are
thinking, Am I ever going to get out of here alive?  You will,
you will, and soon.

I want to talk to you a little bit about the law and what
we're doing here.

You are not St. Peter at the pearly gates deciding whether
someone has led a righteous and godly life.  It's not your role.
When people walk into a -- I've been doing this for a long time,
a long time.  I'm a little older than -- I've been practicing
longer than some of the lawyers in this case have been alive.

When you walk into a criminal courtroom, what's your
natural instinct?  You look across the room, and you say, I

wonder what these guys did?  That move cost them something
others fought, bled, and died for.  It cost them some small
increment of the presumption of innocence.

Here's what happens when you walk through this room, into
this room, and here's what should happen:  What do they think
these guys did, and can they prove it?

The presumption of innocence means that unless and until,
unless and until the government proves its case, you must regard
a person as innocent.

I'm not making all this stuff up.  I don't want to get in
any more trouble with Judge Kelly than I have gotten into in
these months here.  So let me look at my notes real quick.

If you're taking notes, I'm going to give you an annotated
version.  Take a look at page 3 of your charge.  You will get a
copy of it.  It tells you what the presumption of innocence is.
It's like the default setting on a computer.

This is where we begin.  And we begin here, because the
government has power.  It has authority.  It can take your
liberty, in some cases your life, but lives aren't on the line
here, at least their physical lives.

The government must be held to its burden of proof, and
that is proof beyond a reasonable doubt.  And you will see that
defined on page 3 of the charge as well.  And I've been given
the Court's permission to read some of it to you, as much of it
as I like.  I think I do so with permission.

1    Reasonable doubt, as the name implies, is a doubt based on

2    reason, a doubt for which you have a reason based upon the

3    evidence or lack of evidence in this case -- in a case.  If,

4    after careful, honest, and impartial consideration of all the

5    evidence you cannot say you are firmly convinced of the

6    defendant's guilt, you have reasonable doubt.

7    Reasonable doubt is the kind of doubt that would cause a

8    reasonable person, and I would suggest you are reasonable people

9    or you wouldn't be here.  It took us weeks to pick this jury.

10   Reasonable doubt is the kind of doubt that would cause a

11   reasonable person, after careful and thoughtful reflection, to

12   hesitate to act in the graver or more important matters of life.

13   For Joe Biggs, Dominic Pezzola, Ethan Nordean, Zachary

14   Rehl, and the fifth one I'm drawing a blank on again, another

15   senior moment, there can be nothing more important than the

16   decision you'll make here.  Nothing.

17   So here's the perspective you should bring to this case,

18   and really, think about it for a moment.

19   This case is United States of America versus Joe Biggs.

20   What is the United States of America?  I'd like to call them to

21   the stand here and ask, What the hell were you thinking here,

22   USA?  But I can't.

23   The United States of America is a legal fiction.  It is us,

24   as we act through our institutions and through the rule of law.

25   And that's why you are so important here.  As the jury, you

1    become the voice of the community.  Acting according to law, you

2    become, in effect, the United States.

3        You should look at this case and say, What have they

4    charged?  You shouldn't ask, Why have they charged this rather

5    than not?  The United States Code is a fabulous thing.  At the

6    time of the founding, there were about 40 federal felonies.  Now

7    you don't -- now reasonable lawyers don't even know how many

8    there are, because you can mix and match all these theories of

9    liability together so much, a man named Harvey Silverglate in

10   Boston once wrote a book called *Three Felonies a Day.*  You don't

11   know it, but you commit three a day.

12           MR. KENERSON:  Objection.

13           THE COURT:  Sustained.

14           MR. PATTIS:  So you should take a look at the charges,

15   read through them, and then understand that each charge has

16   elements or parts, and the government has to prove each and

17   every element of a crime to get a conviction of that -- on that

18   crime.  Four out of five isn't enough.  Two out of three is

19   maybe good enough for government work, but it's not good enough

20   for the Bill of Rights.  It's all or nothing at all.

21       When you look to the conspiracy charges, there are three of

22   them, the first, second, and fourth counts.  You will see, as

23   I've told you before, page 18, "There has to be some sort of

24   agreement, mutual understanding, or meeting of the minds."

25       Page 21, "Mere knowledge or acquiescence in the conduct of

another is not enough.  There has to be a knowing joining of the conspiracy."

Understanding or an -- let me just move on from there.

I would suggest to you that based on the evidence you've seen in this case, it should be an easy decision.  There was no conspiracy.  To suggest that somehow in the twinkling of an eye, in between the heartbeat that separated Joe Biggs from saying "Fuck Antifa," "Whose house?  Our house?" that they all reached an implicit understanding and that Kreskin said, On your mark, get set, go, to suggest that that's enough to form a conspiracy, it would again place every person at any protest at risk of prosecution for seditious conspiracy if any one of them engaged in conduct that displeased a prosecutor or resembled what these people did.

And that is not our law.  It never was.  It never will be. And if you help hold the government accountable here, which is your task -- you're not here to decide what these men did. You're here to decide what the government can prove.  If they cannot prove conspiracy, you must acquit on those three charges.

The substantive count -- you've heard of substantive counts as well.  There is a count that requires as a fourth element a corrupt purpose, an understanding or awareness that what the person is doing is wrong.

I'm asking you to be adults here.  And I don't mean that to sound like an insult, that you would be anything other than

that, but I'm asking you to really, really, really put this
evidence on, to really, really, really consider this evidence in
the way that the law requires you to, from the presumption of
innocence and the standard of proof beyond a reasonable doubt.

If the President of the United States stands one mile from
the Capitol telling people go up there, their election is
stolen, and some of them go there and get torqued off, what are
they supposed to do?  Write their congressman?

We might have been close to actual unrest in the United
States that day, but the beauty of that day is our institutions
held.  Think about that.  We're here in a courtroom.  When
Donald Trump was elected in 2016, some people thought the
republic was over.  There were agonized conversations in many
homes.  Husbands may have said to wives, Look, just trust the
institutions, this is an aberration, we will get by this.  We've
been through so much worse in this country.  We've been through
a civil war.  We've been through agrarian upheaval in the wake
of the Industrial Revolution.  We've been through labor unrests
earlier in the 20th Century.  We're still enduring a civil
rights struggle that is not over.

And there is work to be done.  The arc of progress bangs in
the direction of justice.  When are we going to get there?  Are
we going to be like Moses, forever denied entry into the
promised land?  I don't know, and neither do you.  But we will
never get there if you acquit with less of the full evidence in

this case -- if you convict rather with less than the full
evidence in this case.

I would suggest to you that with respect to the corrupt
purpose counts, there is simply not enough evidence to hold that
a person who takes his president or her president seriously is
acting corruptly is a crime in this country.

If it is, declare civil war.  Pick your side and move to
the other side, because that's exactly what you're going to be
asking for.

MR. KENERSON:  Objection.

THE COURT:  Sustained.

MR. PATTIS:  Now, there was something interesting that
took place in the closing argument that Mr. Mulroe gave, and I
noticed something.  These are such good lawyers, such good
lawyers.  Coming to the big city to try a case left me worried
that I wouldn't be able to keep up.  And some days, I felt like
I haven't, and it's been the courage and stamina of my
co-counsel that dragged me across the finish line.  I'm old, and
I'm tired, and I'm ready to go home.  Aren't you?

But here's what I know.  I know that with respect to the
government's case, they always save a little something for
rebuttal, and I think they did it here, too.

The judge will tell you that there are a number of theories
of liability.  There's aiding and abetting.  There's
co-conspirator liability.  There's willful misconduct.  There's

attempt.

The government only argued conspiracy in its opening statement, and I would suggest to you that if that's all you consider and there's no conspiracy, then the property crimes go out as well as to Mr. Biggs, and so do the other crimes that require conspiring.

But I suspect they'll argue -- and I'm not sure which among them will stand up in this sort of game of pop-up justice, but one of them is going to come up, and they're probably going argue, Oh, it could be have been aiding and abetting; oh, it could have been willful; oh, it could have been attempt.

Don't you expect a little bit more from the government than playing whack-a-mole with justice? Pick a theory. Have the confidence of your convictions. Don't send a jury into the jury room with a multiple choice test and say, Oh, pick any one, pick any box, any box will do, just give me a guilty verdict.

That's obscene. That's not justice. That's playing games.

Aiding and abetting, reject that theory. There's a principal, and there is an accessory. If a person aids, assists, facilitates, or encourages other to break the law, it's as though they broke it themselves. You will see that on page 29. That's a sort of learning challenged cousin to conspiracy. It doesn't fit here.

Willful. You're responsible for the actions of another if -- you're responsible if you cause directly or indirectly

some harm that the law prohibits.  Again, is there evidence that
any of these guys -- Mr. Biggs, I want to focus on Mr. Biggs.
Did he break a window?  Did he throw a water bottle?  Did he
break a fence?

You've seen some video.  Look at it again.  There is Joe's
hand on the fence.  I think one of Mr. Nordean's hand is on it.
There's a crowd behind them.  They're going back and forth.
Does it really look to you like he's trying to pick up it and
break it, or does it look like he's trying to keep his balance
in a fracas?

You'll decide that.  Apply the presumption of innocence,
and I think you will decide it correctly.

And then there's attempt.  Attempt is when you intend to do
something bad but you break the law, and you don't necessarily
succeed, but you take a substantial step in furtherance of it.
I will let them argue how it applies, because I don't see it
here at all.

We think an acquittal here is the right result.  The
government brought this case, and the judge will tell you, you
must apply the law.  If you apply the law and there is reason to
doubt what the government suggests is true, you must acquit
regardless of how it makes you feel.

Your verdict, then, means so much more than January 6
itself.  Your verdict here -- January 6 was an aberration in a
country with a violent past.  Your verdict here will speak to

the future, and it will speak to others in how they guide their
conduct.  It will guide the government in what cases they choose
to bring.

MR. KENERSON:  Objection.

THE COURT:  Sustained.

MR. PATTIS:  "Whose streets?  Our streets" we heard
over and over again in the summer of 2020.  "Whose streets?  Our
streets," some of the Proud Boys said on January 6.

Whose courtroom when it comes to deciding this case?  Your
courtroom.

Joe, can you stand up for a minute?  Dan, stand next to
him.  Behold the man, Joe Biggs.  Joe, thank you.  Thank you for
the privilege and honor of representing you.

We have done all that the law permits to defend this man.
I present him to you.

And I end with two notes, one an anecdote and then
repeating my theme.

You ever been to a park and see old men playing chess on
chessboards and kids watching?  One day there was a master chess
player in the park, and he could win every game, and he had
answers to every question.  And a smart little boy decided he
was going to show the old man up.  At the basketball court one
day, there was a swallow, a little chick injured, and the boy
scooped it up in his hands, and he went up to him and said, Old
man, old man, I've got a bird in my hand, is it alive or is it

dead?  The boy was going to show the old man he was smarter than

he was because if the old man said alive, the bird would be

dead.  If the old man said dead, the bird would be alive.  The

boy held his hands out to the man and said, Which is it?  And

the man said, You decide.

Guilty or not guilty?  You decide.

Hindsight is perfect, I began.  You could look back and

make a story out of any random collection of dots.  Foresight,

what it takes to build a strong community and move forward,

requires trust, requires cooperation, requires faith, hope, and

charity.

We place our hopes in you.  We believe that if you follow

the law, you will return verdicts of not guilty.  Thank you.

THE COURT:  All right.  Ladies and gentlemen, we will

pause for our 10-minute court reporter break, and then we will

return for the government's rebuttal.

(Jury exited courtroom.)

THE COURT:  Everyone may be seated.

Mr. Kenerson.

MR. KENERSON:  Your Honor, the government is going to

request a curative instruction instructing the jury that they

cannot consider the impact that this case might have on other

cases, charges, rioters, or protestors.  As Mr. Pattis once

suggested, they must decide the case on the evidence, not on

what impact it might have for the future.

1          THE COURT:  Mr. Pattis?

2          MR. PATTIS:  Jurors have historically said it's the

3    conscience of the community, not just looking back but looking

4    forward, serving a check on the United States government.

5          We didn't argue nullification because it wouldn't be

6    permitted in this courtroom.  But juries have a unique role in

7    checking the government, and to suggest that their view is

8    entirely retrospective and not prospective is to neuter them and

9    hobble them in a vital role in holding the government in check.

10          THE COURT:  Well, I think it is appropriate to

11    instruct them that they're not to consider the impact -- that

12    they are -- as they're already being instructed, that they are

13    to consider the evidence in the case and the law and not

14    anything extraneous to that.

15          So I will have -- if the government wants to propose some

16    language, I will consider that.

17          Yes, Ms. Hernandez.

18          MS. HERNANDEZ:  Your Honor, I think the government's

19    opening statement implicated this notion, because they talked

20    about the most, you know -- I don't have the exact words.  I

21    can't quote them back to the Court.  But they talked about the

22    importance of this case and how this is the peaceful transfer of

23    power, 200 years or whatever number of years we're in this.

24          So they might not have used the same words that Mr. Pattis

25    did, but they certainly implicated and brought the notion of

1    this is a big case, it's in your hands, you have to send a

2    message.

3                THE COURT:  No, the last part is where I think you run

4    aground.  They definitely did say this is very important, and

5    they did say the peaceful transfer of power is important.  Those

6    are things -- that is called arguing from the evidence in the

7    case.

8        But what neither side is allowed to do is say, Well, you

9    should decide this case based on things that are not the

10   evidence in the case and that are not the law.

11        So again --

12               MS. HERNANDEZ:  I agree that they didn't say whatever

13   last term I used, but I do believe, Your Honor, that the way

14   they framed their argument was, you know, this is the end of

15   civilization as we know it if you don't make a finding --

16               THE COURT:  No.

17               MS. HERNANDEZ:  -- and I'm happy to look for the

18   transcript pages and suggest to you where I think --

19               THE COURT:  That would have been Mr. Pattis telling

20   them that if they convicted, we would have civil war.  That's

21   what that would be.

22        We will take ten minutes.

23        (Recess taken from 2:48 p.m. to 3:03 p.m.)

24        (Jury not present.)

25               COURTROOM DEPUTY:  We are back on the record in

Criminal Matter 21-175, United States of America versus Ethan Nordean, et al.

THE COURT:  Okay.  I see the government's proposal here.  It was sent on e-mail.  I guess I would add, "During your deliberations, you may consider only the evidence properly admitted in this trial and the law as I instruct you," just to round that out.  And it's framed as "any party."  "To the extent that any party has suggested."

My suggestion is that I just give this at the end of the government's rebuttal, and then it will apply to everyone.

Is that acceptable to the government, given where we are here?

MR. KENERSON:  I think our request is that we give it now.  They just heard the arguments of Mr. Pattis that led to this.

Obviously, the Court has the discretion to give it wherever it wants, but I would request that the Court give it now.

THE COURT:  I have typically tried to honor the request of the party requesting the instruction.  So before I -- and this is really just an unequivocally accurate statement of the law as I believe it to be.

But Mr. Pattis, let me hear from you, sir.

MR. PATTIS:  I sent Mr. Kenerson a note saying that we disagreed with the second sentence and would suggest, "You are not to consider the consequences of the verdict."  I think

1    that's a more accurate statement of the law.

2         THE COURT:  Mr. Pattis, I'm only interrupting because

3    I can't hear.

4         MR. PATTIS:  I sent Mr. Kenerson a note saying we

5    propose, in lieu of the last sentence, "You are not to consider

6    the consequences of a verdict."  The verdicts by necessity send

7    messages, you're guilty, but you're not to consider sentencing

8    consequences.  That's for the Court.

9         So we think that the government's suggestion overreaches

10   and that ours nails it.

11        THE COURT:  I don't think -- I think it is, at least

12   in this circuit, black letter law that neither side -- it's

13   usually the government making the argument, but neither side can

14   argue and should argue that the jury should send a message in

15   any way by their verdict.

16        So I will give it -- given the government wants it when

17   they come back, I will give it when they come back, and we will

18   move on.

19        Yes, Ms. Hernandez.

20        MS. HERNANDEZ:  Your Honor, I thought the Court's

21   instincts or belief that you should give it at the end of all

22   the arguments make a lot of sense, because then it applies to

23   every argument made by everyone, which I think there may be

24   wiggle room in everybody's argument of what we all argued,

25   including the government's opening.

1     So I think it would be more appropriate at the end rather

2     than --

3          THE COURT:  I understand your argument.  Again, it's

4     helpfully phrased as if it would apply to any party, even if I

5     give it now.  And again, I have generally -- I can't think of a

6     time when I haven't done exactly what the party requesting the

7     instruction wants.

8          So in this case, it's the government.  So I'm going to give

9     it now.

10         Mr. Roots?

11         MR. ROOTS:  Your Honor, we just filed a curative

12    instruction that addresses Mr. Mulroe's statement during his

13    closing yesterday.  Basically, he was basically making fun of

14    Mr. Pezzola's testimony about Ray Epps.  He said it is a

15    fantasy.  And that is just not in evidence.  Ray Epps is

16    avoiding a subpoena in this case.  It is not a matter of record

17    that he's not a CHS completely.  I will grant that at least the

18    FBI says he's not a CHS for the FBI.

19         But I think that merits a curative instruction.

20         THE COURT:  I saw the instruction you proposed.  I

21    think for a variety of reasons it's not applicable, including --

22    it's not appropriate, including that it suggests the opposite,

23    that the Court -- that the jury should sort of presume that

24    someone might be.

25         Look, there's no evidence on the question in either

1    direction, and Mr. Mulroe's comment about it being a fantasy or

2    whatever, the point is, either way, there's just nothing in the

3    record either way on that question.

4        So your instruction that you propose, I'm not going to give

5    that instruction.  I did see it.  I'm not going to give it.

6        Let's bring the jury in.  I will give this.  And we will

7    move to the government's rebuttal.

8        (Jury entered courtroom.)

9            THE COURT:  All right.  Everyone may be seated.

10       Welcome back, ladies and gentlemen.  A quick instruction

11   for you, and then we will move to the government's rebuttal.

12       Ladies and gentlemen, your function as the jury is to

13   determine what the facts are in this case.  You are the sole

14   judges of the facts.

15       During your deliberations, you may consider only the

16   evidence properly admitted in this trial and the law as I

17   instruct you.  The evidence in this case consists of the sworn

18   testimony of the witnesses, the exhibits that were admitted into

19   evidence, and the facts and testimony stipulated to by the

20   parties.

21       To the extent that any party has suggested or does suggest

22   that you should send a message by your verdict, you must

23   disregard this argument.

24       And with that, I will turn to the government for its

25   rebuttal argument.

MS. MOORE:  To hear defense counsel tell it, the evidence you've heard the past few months amounts to nothing much at all.  We haven't shown you a video or message where the defendants explicitly say, "Let's break into the Capitol building to stop the certification."  And we can't trust what the defendants were saying in all of their violent messages about the election, because they were just blowing off steam. Everything else doesn't matter.  That's what their arguments boil down to.

Now, as the judge has instructed you, the defense doesn't have any burden.  The burden of proof rests with the government, and we embrace that burden.  But that doesn't mean you have to take defense counsel's arguments, speculation, theories, and innuendo at face value.  You can and should evaluate them by referring to the actual evidence in the case.

And as Judge Kelly told you, that evidence doesn't include arguments made by me or defense counsel.  It's not the questions we asked or all the objections that we made.

The testimony you heard from witnesses who got up on the witness stand, the Capitol Police officers who relived the terrifying moments as they fought against the mob to protect the Capitol, the defendants' co-conspirators like Matthew Greene and Jeremy Bertino who told you that lots of Proud Boys, including these defendants, believed the 2020 presidential election had been stolen and that they had to fight back and how they agreed

1    to do whatever it took, up to and including violence, to stop

2    the certification.

3        You can convict the defendants on this testimony alone,

4    ladies and gentlemen, but there's so much more.

5        You should consider all the exhibits we've put into

6    evidence, the defendants' statements on Parler talking about the

7    stolen election and encouraging violence, the Telegram chats

8    between the defendants and their hand-picked members of the

9    Proud Boys expressing anger towards the police and about the

10   election results, video of Rehl spraying officers, trying to

11   repel the crowd at the Capitol, videos of Biggs and Nordean

12   ripping a big black metal fence from the ground and celebrating

13   storming the Capitol, video of Pezzola ripping a riot shield

14   from Officer Ode and then using that riot shield to smash in a

15   window to the Capitol, and videos and messages in which the

16   defendants celebrated and took credit for storming the Capitol.

17       Like Tarrio's message that said, "Make no mistake.  We did

18   this."  Devastating evidence of the defendants' guilt.

19       But defense counsel doesn't want you to focus on any of

20   that.  They would rather tell you that the defendants just got

21   swept up in the crowd and call it a day.  They'd rather talk

22   about the fact that there isn't a detailed step-by-step plan for

23   how they were going to obstruct the certification, which, by the

24   way, nobody hid from you.  It's a tactic to distract you, to

25   take your attention away from the real facts and the evidence.

1    But it's your duty, your responsibility as jurors to keep

2    your eyes on the ball:  The evidence against these defendants.

3    You heard it and saw it yourself.  Mr. Mulroe already went

4    through a lot of it with you.  So I'm not going to go over all

5    of it again.  But I will address some of the arguments that

6    defense counsel made.

7    The defendants want you to believe that they didn't intend

8    to stop the certification proceeding.  But evidence of the

9    defendants' intent is overwhelming.  You've seen it yourself in

10   message after message and video after video.  They said what

11   they wanted to do.  They agreed with each other to do it.  And

12   then they came to D.C., and they actually did it.  They stopped

13   the certification proceeding, just like they wanted to do.

14   You heard from defense counsel that lots of people said

15   lots of crazy things about the election, like stop the steal or

16   storm the Capitol, and people have First Amendment rights.

17   That's true, and those rights are sacred.

18   But those other people aren't on trial.  These five men

19   are, and it's your job to decide whether we've proven beyond a

20   reasonable doubt that these defendants are guilty.

21   If someone wants to post nasty things on the Internet about

22   congressmen because they're angry about the election results,

23   that might be distasteful, but it's not a crime.  Now, do that

24   and then travel across the country with hundreds of angry Proud

25   Boys, force your way into the Capitol building where Congress is

working to certify those election results, after breaching
barricade after barricade and chasing and attacking police.
That's not just talk.  That's not exercising your First
Amendment right.  That's a crime.  And that's what these
defendants did.

And you know it's what they agreed to do through their
messages.  They showed their intent, their agreement, their
coordination, and their knowledge that what they were doing was
wrong.  And contrary to what defense counsel has argued, these
men aren't here because of what they said.  They're here because
of what they did.  What they said is helpful for you to
understand why they did what they did.

Judge Kelly's instructions even tell you that a defendant's
statements can be evidence that a conspiracy existed and that a
defendant had a certain motive, intent, or knowledge.

And you know that on multiple occasions, like after Tarrio
got arrested, that these defendants and other Proud Boys deleted
their Telegram messages.  They didn't want them ending up in the
hands of law enforcement.  And you saw the blank messages in the
exhibits and the chats with calls of nuking chats and the
missing exhibits yourself.

So the messages we've been able to present you, the
messages where the defendants are expressing anger at the
police, their anger about the election results, celebrating
violence, and claiming credit for the riot at the Capitol on

January 6, those are just the messages that we could recover. And even those messages show without a shadow of a doubt that these men were willing to do whatever it took to stop the certification proceeding.

During this trial, Tarrio spent a lot of time complaining about a few small errors in the Telegram messages. You heard there were thousands and thousands and thousands of Telegram messages. And we presented hundreds and hundreds of them to you. And Tarrio's counsel pointed out a few small errors in those hundreds and hundreds of exhibits.

You know what he didn't do? He didn't contest what the defendants said in those messages. He didn't say that Tarrio never posted "make no mistake, we did this." He didn't contest that Biggs said, "I'm just ready to be the Zamboni and roll over motherfuckers." He didn't contest that Nordean said, "Why don't we just smash the fuck out."

These and other statements by the defendants prove their guilt. So let's look at some of their messages.

In the days after the presidential election, these defendants expressed their anger at the results of the election and what they claimed was fraud. They talked about how they would do whatever was necessary to prevent Joe Biden from becoming president.

Tarrio claimed that the election was a fraud and promised communist blood and lead.

Nordean said that his enemies had created a monster, and that the spirit of 1776 had resurfaced.

Rehl claimed that the country was at stake and that they needed to stop the steal.

Biggs said, "It's time for fucking war if they steal this shit."

And Pezzola wrote that he would fight until his last breath.

They were so angry about what they perceived to be a stolen election that they came to D.C. in November and December and participated in events to protest the election results.

Tarrio called for people to march against the stolen election. Nordean claimed that the Proud Boys owned D.C. Rehl and Pezzola marched alongside Tarrio. And Biggs said that the Proud Boys showed up in force.

They also tracked Trump's legal challenges to the election, hoping that the results would be overturned. Tarrio posted, "It isn't over yet. Just read the president's legal argument. Keep the faith."

Rehl explained that he would rather let the Constitution do its thing and not go ape shit if he didn't have to.

And Biggs posted about the Supreme Court hearing and challenged the results.

Even as the legal challenges were ongoing, these men referenced using violence to get what they wanted, another four

years of Trump.

Tarrio posted, "If Biden steals this election, we won't go quietly.  I promise."

Nordean posted that he was starting his own party and that, quote unquote, fighting solves everything.  And when someone responded that they'd sign up as long as all politicians we have currently are lynched on inauguration day and all bureaucrats are summarily shot on-site, deal?" Mr. Rehl responded, "Deal."

Rehl posted, "Hopefully the firing squads are for the traitors that are trying to steal the election from the American people."

Biggs encouraged killing lawmakers that he believed were breaking the law.

And Pezzola explained that there was a battle between good and evil.

By early January, when all the legal avenues to overturn the election like the court cases and the protests had failed, the defendants were desperate, and they believed they were running out of time.  But there was one final chance to keep Trump in power, January 6, 2021, and they knew the importance of that day.

Rehl explained that it's the day where Congress gets to argue the legitimacy of the Electoral College votes.

Biggs posted about members of Congress who would be objecting to the certification proceeding.

1    They saw what they believed was their last opportunity and

2    took it, by storming the Capitol.  And when they did, they did

3    so corruptly.  These men's purpose was to illegally keep Trump

4    in power, and this was unlawful.  They followed the court cases,

5    and they knew that he lost every single one of them.  They also

6    knew what they were doing was wrong.

7        When they walked up to the Capitol, what did they see?

8    They saw the Capitol had layer upon layer of bike racks

9    restricting access to the grounds.  They saw there were "area

10   closed" signs on those bike racks.  They saw that there were

11   police officers protecting the grounds.

12       Did they stop?  No.  As Biggs said, they went through every

13   barricade as he and Nordean celebrated.

14       (Video played.)

15       MS. MOORE:  On Capitol grounds, everywhere they went,

16   the police were trying to stop them, preventing them from moving

17   further towards the building, on the west front, and under the

18   scaffolding.

19       Then, when the police began to document the rioters, Biggs

20   told them to pull their masks up, and Rehl did just that.  He

21   pulled up his mask and tried to hide his identity.

22       (Video played.)

23       MS. MOORE:  And instead of leaving, they entered the

24   building as alarms blared.  You saw the Senate Wing Door, the

25   area where Pezzola, Biggs, and Rehl, and all entered.  An alarm

1    was screeching.

2              MS. HERNANDEZ:  Objection.

3         (Video played.)

4              MS. HERNANDEZ:  Objection; misstates the evidence.

5              THE COURT:  Overruled.

6              MS. MOORE:  You saw the Upper West Terrace door where

7    Nordean entered.  Same thing.

8         (Video played.)

9              MS. MOORE:  And when Biggs re-entered the building

10   through the Rotunda door, the alarm was shrieking there, too,

11   and Nordean was standing in the vestibule right there.

12        (Video played.)

13             MS. MOORE:  Everything around them told them what they

14   were doing was illegal, but they didn't care.  All they were

15   focused on was making sure that the certification was stopped,

16   because all they wanted was for Trump to remain in power.

17        And after they stormed the Capitol and forced the

18   certification to stop, they celebrated it.

19        Tarrio posted, "Proud of my boys and my country."

20        Rehl posted a picture of the riot at the Capitol, calling

21   it a display of patriotism.

22        Biggs and Nordean hugged, and Nordean and Rehl fistbumped

23   as they stood against a line of police officers.  Biggs and

24   Nordean took a video celebrating storming the Capitol, cheering,

25   laughing.

1              MS. HERNANDEZ:  Objection.  That misstates the

2    evidence again, the previous slide.

3              THE COURT:  Overruled.

4              MS. MOORE:  Biggs and Nordean took a video celebrating

5    storming the Capitol, cheering, laughing, saying they're having

6    fun.

7         (Video played.)

8              MS. MOORE:  Pezzola celebrated, too.  He had what he

9    called a victory smoke as he took a video in the Capitol

10   building which he ended by saying, "Proud of your motherfuckin'

11   boy."

12        (Video played.)

13             MS. MOORE:  They wanted to stop the certification

14   proceeding.  They came to D.C. for January 6, marched to the

15   Capitol together, overran the Capitol building together, helped

16   stop the certification, and then they celebrated what they had

17   done.

18        Case closed.

19        Mr. Smith wants you to think it would be unreasonable to

20   expect Mr. Nordean to speak up in the MoSD chats if MoSD members

21   were saying things they didn't agree with in the chats.  How

22   could he be expected to use the Internet, he said.  He would

23   have to spend his whole day rebuking people.

24        No one is asking Nordean to confront everyone on the

25   Internet who says something wild.  It's about him and other

leaders failing to rebuke members of their own private chat that was filled with men that they hand-picked and who would agree to "fit in or fuck off" and who had been told repeatedly to stay on topic.

And these are chats the defendants participated in before they brought the members to the Capitol of the United States to engage in collective action.

If this isn't what they wanted the men to do and think, you'd think that one of the leaders would have said something. But none of them did, because none of them disagreed.

MS. HERNANDEZ:  Misstates the evidence, Your Honor; objection.

THE COURT:  Overruled.

MS. MOORE:  Defense counsel also spent a lot of time arguing that the defendants didn't have a specific plan, and especially that there was no plan to storm the Capitol building. It's no wonder they want you focused on an explicit plan to breach the Capitol building, something the defendants aren't charged with, because the evidence that the defendants agreed to oppose the electoral certification by force, which they are charged with, is overwhelming.

Let's be clear.  The defendants aren't charged with having a plan, and we don't have to prove a plan.  In Judge Kelly's instructions, there's no requirement of a detailed plan.  It's our burden, and a burden that we've met these past few months,

to prove a conspiracy, which is just an agreement or mutual
understanding, not a detailed plan.

And a conspiracy can be spoken or unspoken.  If I pull up
next to a Mustang at a red light and I lock eyes with its driver
and I rev my engine and he revs his engine and looks right back
at me while he does it and then the light turns green and we
both peel out, even though we've never met each other, even
though we've never exchanged a word, we've formed an agreement.

And you saw the same thing with the Proud Boys on
December 12, when they all attacked a man that they mistook for
Antifa.  Pezzola told you that no one was discussing a plan in
advance.  They didn't need to.  He and the other Proud Boys knew
what to do.  They acted together, and they acted together with
violence, and you saw the exact same thing on January 6.

The defendants agreed to stop the electoral certification
by force, and by doing so, they violated three conspiracy laws.
Just like Mr. McCullough told you in the beginning of the case,
the defendants' one agreement violated three conspiracy laws,
and there's nothing unusual about that.  Lots of things work the
same way, like a traffic violation.  If a car speeds through an
intersection, that one act could be a lot of violations,
speeding, running a red light, reckless driving, could have
illegal tints.  One act, many crimes.

You also know that an agreement can be formal or informal,
and your common sense tells you that if an agreement is

criminal, people aren't usually going to spill every detail out in a formal way.  They're not going to draft up a contract and have it witnessed by a notary.

The co-conspirators still know what they're looking to accomplish, and Matthew Greene and Jeremy Bertino told you the same thing.  The Proud Boys were angry because they believed the election was stolen, and that the Proud Boys would have to lead the effort to stop the certification, and that based on their past interactions and conversations, they knew they were all working towards that same goal, even without spelling out every little detail.

As Judge Kelly's instructed you, there's absolutely no requirement that the government prove a formal or express agreement, and no requirement that the government prove every detail of that agreement.

What we do have to prove and what we have proven is that these defendants agreed to oppose by force the electoral certification of the 2020 presidential election.  And you know that the defendants had an agreement to stop the certification by force because they told you in their own words on Parler and Telegram and podcasts.  They made it crystal clear what they were hoping to accomplish.

You also know what they agreed to do by what they actually did.  Each of the defendants came to D.C. for January 6.  And all but Tarrio went to the Capitol.  Tarrio couldn't come to

D.C. that day because a court had ordered that he stay out of the District, and he couldn't risk violating that order. He was too recognizable. If he showed up on January 6, it would create too much heat for him and the Proud Boys.

MR. JAUREGUI: Objection; facts not in evidence, Judge.

THE COURT: Overruled. It's argument.

MR. JAUREGUI: Argument, Judge.

THE COURT: Overruled.

MS. MOORE: And then when they got here, the defendants acted in a coordinated fashion, because they already knew what to do, because they already agreed.

That day, Biggs, Nordean, and Rehl led a huge group of Proud Boys, including Pezzola, and they decided what that group would do and when they would do it. They paused at the food trucks for about 40 minutes. And then what did they do? They marched that group of men to the Peace Circle right in front of the Capitol. And when did they do it? Around 12:50 p.m., the same time the certification proceedings were getting underway.

And after they led that group of men to the Peace Circle, Biggs hyped up the crowd of so-called normies. And within minutes of the defendants' arrival, the first breach of the Capitol grounds took place. And who was there? These defendants, Nordean, Biggs, Rehl, and Pezzola, were each in that first wave of rioters on the Capitol grounds.

1      And who else was in that first wave?  The hundreds of Proud

2  Boys that these men had led with them to the Capitol.

3      And these defendants had stressed chain of command to the

4  MoSD members.  So when the leaders stormed the Capitol, the

5  members looked to leadership and followed their lead.  Just like

6  Travis Nugent told you, and just like the defendants knew that

7  they would.

8          MS. HERNANDEZ:  Objection, Your Honor.

9      May we be heard?

10     (Bench conference.)

11         THE COURT:  Yes, Ms. Hernandez.

12         MS. HERNANDEZ:  I'm sorry, Your Honor, but I don't

13  believe this is rebuttal.  This is recapping all of the

14  government's original evidence.  There have been some instances

15  where Ms. Moore has referred to some argument by one counsel or

16  the other, but for the most part, this is recapping.

17     And if I may go back to the earlier objections, she showed

18  three videos of people entering the Capitol saying that the

19  alarms were sounding.  She never showed Mr. Rehl's entry where

20  there's no alarm sounding.  So that misstates the evidence.

21         THE COURT:  Ms. Hernandez, I looked at exactly what

22  she said.  And while she threaded the needle, she just said the

23  alarm was blaring.

24         MS. HERNANDEZ:  She said the alarm was blaring when

25  all of the defendants, and she had all the defendants' photos on

1    the screen, although she only showed three videos.

2              THE COURT:  I'm sorry.  The question of whether the

3    alarm was blaring when all of them went in or part of them went

4    in, they're going to have all the exhibits, and I don't think

5    she said anything specifically that misstated the evidence.

6         With regard to your overall point, look, you all challenged

7    whether there was any intent.  So I don't understand why she

8    doesn't get to go -- in fact, the specific thing, argument she's

9    making right now I don't recall being made at all on the

10   government's initial closing.

11        But in general, if you all challenge whether there was

12   intent, for example, I don't understand why the government can't

13   go back through their intent evidence.  They're allowed to do

14   that.

15             MS. HERNANDEZ:  I don't think they can recap, but I

16   understand the Court's ruling.

17        But on the fact issue that I argued, Your Honor, I don't

18   have a chance to tell the jury that that's inappropriate.  So

19   rebuttal is a big deal.  And the government, even the indictment

20   doesn't allege that Mr. Rehl entered against the law or anything

21   like that.  I think that's a big -- Your Honor, I would ask the

22   Court to require a correction of that.

23             THE COURT:  Ms. Hernandez, she did not say directly

24   Mr. Rehl entered while the alarm was blaring.

25             MS. HERNANDEZ:  She said all defendants.  That

includes Mr. Rehl.

THE COURT:  She said they all entered, and then she said the alarm was blaring, but she did not specifically say that.

I will police your point very carefully going forward if the government does not hew to the evidence, but I don't think she said any specific line that misstated it.  So I'm going to let her continue, but I am going to police your point.

MR. SMITH:  Your Honor, Nordean joins.

MR. JAUREGUI:  And Your Honor, as to Tarrio's objection, the government made an argument he didn't come to D.C. because he was so famous and he was a celebrity, but from the Proud Boys, we heard no evidence of that whatsoever during the trial.

THE COURT:  There's plenty of evidence in the case that he was a famous person and their leader and a celebrity. The rest of it is, I think, legitimate argument.  It's argument from what's in.  You all said he didn't come because of -- anyway, I thought it was legitimate.  I understood your point to me, but I think that's a legitimate thing for them to argue from the facts that are in.  There are plenty of facts that he was a famous person in evidence in the case.

MR. JAUREGUI:  And that he was going to bring heat on the Proud Boys and he didn't come for that purpose?  There's no evidence of that.

1          THE COURT:  That's an inference that I think is

2     reasonable for them to argue from the facts that are in.

3          You may continue, Ms. Moore.

4          (End of bench conference.)

5          MS. MOORE:  After the surging on the Capitol grounds,

6     Rehl, Pezzola, Nordean, and Biggs each moved to the next

7     physical barrier between the rioters and the Capitol, the black

8     metal fence.  It stopped them temporarily.  So then Biggs and

9     Nordean tore that fence down, and all four men could continue

10    their approach to the building.

11         On the west front, Pezzola ripped a riot shield from

12    Officer Ode.  And who was there looking on as Pezzola made this

13    attack?  Rehl, Biggs, and Nordean, because again, they moved

14    together to the south side of the plaza.

15         Then rioters, led by Proud Boys the defendants had marched

16    to the Capitol, breached a staircase that gave them direct

17    access to the building.  And who was there at the base of the

18    staircase?  Pezzola, Biggs, and Nordean.  Time after time, the

19    defendants were on the front line.

20         Next, consider what they did when they were inside the

21    building.  Pezzola was in a stand-off with police outside the

22    Senate chamber.  Biggs entered the Senate Gallery.  Rehl smoked

23    and posed for photographs in a senator's office.

24         MS. HERNANDEZ:  Objection.  That misstates the

25    evidence.

 1          (Bench conference.)

 2              THE COURT:  Ms. Hernandez, how does it mistake the

 3     evidence?

 4              MS. HERNANDEZ:  There's no evidence that it was a

 5     senator's office, Your Honor.  In fact, the undisputed evidence

 6     is that there was no name on the -- no one has said it was a

 7     senator's office, period, and the undisputed evidence is that

 8     there's no number or name on the office.

 9              THE COURT:  I will sustain the objection.

10          Ms. Moore, I think that is correct.  I don't recall any

11     evidence that it was a senator's office.

12              MS. MOORE:  I do believe that evidence did come in

13     that it was a senator's office.  I don't believe that there was

14     evidence that Mr. Rehl specifically knew that, but what the

15     office actually was, there was evidence with regards to.

16              MS. HERNANDEZ:  In fact, Your Honor, the government

17     has indicated that's not a senator's office.

18              THE COURT:  Ms. Moore --

19              MS. MOORE:  We have never so indicated.

20              MS. HERNANDEZ:  I have an e-mail from Mr. McCullough.

21              THE COURT:  Ms. Moore, I don't have the transcript in

22     front of me to know whether -- if there's evidence that it was a

23     senator's office specifically.

24          So if you will just -- I will sustain -- unless you can

25     come back to it and show me the transcript.  I just don't recall

that evidence one way or the other.  You can just say "an
office" and move on.  And if the government finds it while
you're going, you can come back to it.

MS. HERNANDEZ:  Will the Court sustain it, please, so
the jury can hear it?

THE COURT:  I'm about to, but no one will hang up the
phone.

(End of bench conference.)

THE COURT:  Objection is sustained.

You may continue, Ms. Moore.

MS. MOORE:  Rehl posed and smoked in an office, and
then Nordean stole a POW flag from The Rotunda which he later
wore as a cape.

What is Tarrio doing while all this is going on?  Is he
exploring the sights of Baltimore?  Is he grabbing lunch at the
Inner Harbor?  No, he's monitoring the riot.  He's following
along with what's going on because he's invested in the outcome
and his group's success, because even though he's not there
physically, he's still involved.  He agreed with the other
defendants to help stop the electoral certification.

And you know that the defendants' agreement was to use
force.  As Judge Kelly instructed you, force is defined in the
conventional ordinary sense.  An act involves force if it
threatens or results in violence or if it threatens or results
in harming or destroying property or harming or killing people.

1        Here, there was force from weapons, including ordinary

2   items that the defendants' co-conspirators weaponized, and from

3   the brute strength of the defendants and the men that they

4   brought to the Capitol.

5        And how do we know that the defendants agreed to use force?

6   First, think about how they were dressed on January 6.  Nordean

7   had a bump cap in his hat.  Government's Exhibit 12.  There were

8   stab-proof vests, world war goggles.  Some of them had gloves

9   with hard knuckles.  And Tarrio brought a stab vest, a gas mask,

10  and pepper spray with him to D.C.

11       While on Capitol grounds, the defendants showed their

12  intent to use force through their words.  Biggs riled up the

13  crowd at the Peace Circle, leading them in chants of "whose

14  Capitol?  Our capitol," while pointing at the building.

15       Biggs had led the crowd in lots of chants that day, but he

16  waited until this moment, just minutes before the certification

17  was set to begin, to rile up the crowd by chanting, "Whose

18  house?  Our house.  Whose Capitol?  Our Capitol."

19       (Video played.)

20            MS. MOORE:  And as the crowd began to overrun officers

21  on the Pennsylvania walkway, Rehl laughed and yelled, "Fuck

22  them, storm the Capitol," as he pressed forward onto restricted

23  grounds, as the police were forced to retreat.

24       (Video played.)

25            MS. MOORE:  And Biggs knew that they would have to

harness the power of the crowd to stop the certification.  In
addition to riling up the crowd with chants, Biggs encouraged
the hordes of rioters, waving them forward against the police
and closer to the building.

He did this both on the West Plaza --

(Video played.)

MS. MOORE:  -- and again on the Upper West Terrace.

(Video played.)

MS. MOORE:  The defendants also showed their intent to
use force through their actions and the actions of the men they
marched to the Capitol.  Biggs and Nordean ripped a black metal
fence from the ground.  Pezzola ripped a riot shield from
Officer Ode.  Then he used it to smash a window into the
Capitol.

When Biggs entered the Capitol a second time, he and three
other Proud Boys pushed past Officer Salkie in The Rotunda door.

Trevor McDonald sprayed officers on the west front.  So did
Christopher Worrell.  Sprayed officers at The Rotunda doors.
Donohoe threw water bottles at officers, and Trevor McDonald
threw other objects at them.  Milk Shake and other Proud Boys
bumrushed a line of officers under the scaffolding.
A.J. Fischer and Zach Johnson pushed against a line of officers
in a tunnel.  And Zach Rehl sprayed officers on the west front.

MS. HERNANDEZ:  Objection.

THE COURT:  Overruled.

1            MS. MOORE:  Act after act of violence by these

2    defendants and the men that they brought to the Capitol, and all

3    of these things, pulling down a metal fence, throwing and

4    spraying things at police officers, ripping a police shield from

5    Officer Ode, shoving against a line of officers and smashing

6    windows to a building, they qualify as force, and they prove

7    these defendants' guilt.

8            And just because they expressed some joy or surprise that

9    they had succeeded doesn't mean that this wasn't what they were

10   trying to do all along.  And you know that from your everyday

11   lives.  Like if you're cooking dinner for your family and you

12   decide to try a new lasagna recipe and it turns out amazing,

13   everyone is asking for seconds, it's better than you ever could

14   have imagined, you might be pleased by how well it turned out.

15   It doesn't mean you weren't trying to do a good job.

16           And the same applies here.  Surprise doesn't mean there was

17   no agreement.

18           You also heard from defense witnesses.  And as you know,

19   the defendants don't have any obligations to call witnesses.

20   But these defendants did.  And so you can and should evaluate

21   their credibility like any other witness.  And the defense wants

22   you to believe these witnesses when they tell you that the Proud

23   Boys didn't agree to obstruct the certification.

24           Witnesses like Travis Nugent and Eddie Block, who tried to

25   downplay how violent the Proud Boys were.  Witnesses like

Jeffrey Finley, who destroyed evidence, instructed other Proud Boys to destroy evidence related to January 6, made it clear he would never cooperate against the Proud Boys and publicly lied about the Proud Boys' involvement in January 6.  Witnesses who weren't in a position to know anything because they weren't in the MoSD chats, like Finley, Block, and Aaron, and witnesses like George Mesa, who said that he believed the rioters at the Capitol were heroes.  Heroes.

There were plenty of heroes at the Capitol on January 6, but none of them are sitting at the defense table.

To this day, these witnesses remain loyal to the Proud Boys.  Two of them showed up to court wearing Proud Boys colors.  Another has West Virginia Proud Boy tattooed across his chest.  It's clear they didn't want anything bad happening to their brothers.

The defense also wants you to believe Aaron, a Proud Boy and FBI CHS, who reported to his handler that the Proud Boys did not do or inspire.  He said he was reaching out to his handler because he thought he might want to know about the emergency happening at the Capitol.

But think about what he did.  Is his first message, People are talking to police officers, or people are ripping down barricades or even rioters are storming the Capitol?  No.  He doesn't send anything like that.  He messages, "PB did not do it or inspire.  The crowd did it.  Herd mentality.  Not organized."

It's like when you come home from work and your seven-year-old rushes in to meet you and blurts out, "It wasn't me. I didn't break the lamp." The denial is just not believable.

You also heard that there were eight CHSs with relationships to the Proud Boys. Some of those CHSs were in the MoSD chats. And defense counsel wants to you believe that because the defendants and the other MoSD members, that they couldn't be working towards anything relating to stopping the certification, because otherwise the CHSs would have reported it to the FBI.

But you saw what these men and the other MoSD members were saying in these messages. They were talking about using violence, stacking bodies in front of the Capitol, and running over police. So the fact that the CHSs didn't report what was going on in the messages, it isn't because there was nothing in them. It's because these CHSs were Proud Boys first and foremost.

And of the eight Proud Boy CHSs, the defendants called Aaron, a man who tried to cover for the Proud Boys and then claimed he only went into the building to protect the antiquities. But you saw him moving furniture to prevent doors from closing, doors that would have stopped the rioters and greatly helped the Capitol Police in their attempts to protect the building.

Meanwhile, he asks you to believe he's doing all this so he can pick up trash.  That's what he told you.

Make no mistake.  Aaron wasn't a CHS who became a Proud Boy.  He was a Proud Boy who happened to be a CHS, and it's clear where his allegiances lie.

These are the witnesses they want you to believe when they tell you that the Proud Boys didn't have an agreement.  But the defendants' words and actions prove just the opposite.

You've heard defense counsel spend a lot of time in their closings talking about how the cooperating witnesses can't be trusted.  Now, there's no dispute that Matthew Greene and Jeremy Bertino have broken laws.  In addition to the crimes they committed on January 6, they both illegally possessed guns.  We didn't hide that from you.  They told you all about it on direct examination.

But you would think, in the amount of time defense counsel spent on them during their cross-examinations and in their closing arguments, the case you're being asked to decide is entitled United States versus Jeremy Bertino.  It isn't.  It's United States versus Ethan Nordean, Joseph Biggs, Zachary Rehl, Enrique Tarrio, and Dominic Pezzola.  It's about these defendants and the crimes that they committed.

And just so we're clear, we didn't pick Mr. Bertino as our witness.  The defendants did when they agreed with him to stop the certification of the presidential election.

So let's talk about Mr. Bertino.  When Judge Kelly instructed you on the law, he told you that it was entirely proper for you to convict someone solely on the word of an accomplice like Mr. Greene or Mr. Bertino, even though that's not what we're asking you to do.

So in thinking about whether to believe Mr. Bertino and Mr. Greene, think about the things they said.  They opened up their lives to you like a book.  They told what you was going on with them that led them to become Proud Boys.  And they each took responsibility for the crimes that they agreed to and committed.

Jeremy Bertino, who like Enrique Tarrio wasn't at the Capitol on January 6, pleaded guilty to seditious conspiracy, and Matthew Greene pleaded guilty to a conspiracy to obstruct an official pilling.

Mr. Smith's suggested that Mr. Bertino didn't plead guilty to seditious conspiracy because he was actually guilty of it. He wants you to think he only pleaded guilty to it because he was worried about a gun case, a gun case that he wasn't even charged with yet.

But Mr. Bertino's plea agreement is in evidence.  You can look at it yourselves.  And you can see that the seditious conspiracy has a maximum sentence of 20 years in jail, and the gun charge has a maximum sentence of 10 years.  So the maximum sentence for seditious conspiracy is double, double that of a

1    gun charge.

2        Think about how little sense what Mr. Smith is asking you

3    to believe.  Who would plead guilty to a more serious crime to

4    get out from under a lesser one?  No one.  It makes no sense.

5            MR. SMITH:  Objection; misstatement of the law.

6        Your Honor, may we be heard.

7        (Bench conference.)

8            MR. SMITH:  What you just heard, Your Honor, was the

9    prosecutor inform the jury that because there's a statutory

10   maximum sentence for one crime that's higher than the statutory

11   maximum sentence for another crime, it is illogical to conclude

12   that one could receive a lower sentence on the statutory maximum

13   crime that's higher.

14       That is not the law.  As the Court knows, a sentence can be

15   far lower on a 20-year statutory maximum than it can be on a

16   ten-year statutory maximum because of guidelines and any other

17   factors.

18       The jury was just told that this is a mathematical

19   certainty that that argument was false, and that is not a

20   correct statement of the law, Your Honor.

21           THE COURT:  Let's put it this way:  It's not a

22   question of law, and I will take up whether you think there

23   should be a curative afterwards.  But it's not a question of

24   law.  They're making an argument based on the statutory

25   maximums.

1      I'm going to overrule the objection for now.  If there's

2  something you want me to say afterward, I'm happy to hear you,

3  but there's nothing improper about the argument.

4      MR. SMITH:  Just so Your Honor is clear and the record

5  is clear, the prosecutor said it does not make sense.  But that

6  is not the law.  She is suggesting to the jury that he could not

7  receive a lower sentence on a 10-year statutory maximum than a

8  20.  That's an improper statement of law.

9      THE COURT:  Mr. Smith, it is not a statement of law.

10  So let's move on.  As I said, if you think something is improper

11  and it needs a curative instruction, I will consider it.  But

12  she hasn't -- she's making an argument based on facts.

13      (End of bench conference.)

14      MS. MOORE:  Tarrio wants you to think that Bertino was

15  the problem.  They showed you a video of him on December 12th

16  yelling.  And who is right there watching Bertino yell?  Tarrio.

17  Tarrio knows exactly what Bertino is doing.  Does he rebuke him?

18  No.  Does he disown him?  No.  Tarrio makes him a leader in the

19  MoSD because Tarrio and Bertino are on the same page.

20      So if you look at the details of Bertino and Greene's

21  testimony, you will see that it's corroborated in ways large and

22  small.  So let's look at some of that testimony.

23      Mr. Bertino told you that he viewed the Proud Boys as a

24  brotherhood.  He said he joined the MoSD and was a leader in

25  that group, and based on being in the club and interacting with

the other leaders and members, he remembered these men were
angry after the Supreme Court didn't side with Trump, and that
they believed that the country was coming to a tipping point
towards all-out revolution, and that the general tone of every
conversation that he had was that the country was over if they
didn't stop the stolen election.

Among the defendants, Bertino was closest with Tarrio.
Bertino told you that Tarrio thought that time was running out
to save the country.  The Proud Boys, who saw themselves as the
foot soldiers of the right, had to be the leaders that they
believed themselves to be.

And so the Proud Boys, led by the MoSD leaders, traveled to
D.C.  And as Mr. Bertino told you, the reason that they were
there was to stop the certification of the election.  And once
he saw that a riot had broken out at the Capitol and Proud Boys
were storming the building, he wasn't surprised that an MoSD
leader was on the front line, because he knew that the Proud
Boys would lead and the normies would follow.

Bertino knew that he and the other MoSD leaders and members
had agreed to do whatever it took to stop the certification.
Bertino told you they would do whatever was necessary to save
the country, that it was the constant conversation that followed
the MoSD chats.  It was all they talked about.

Mr. Smith and Mr. Hassan claimed to you that Mr. Bertino
wasn't aware of any objective, and they showed you this

transcript page.  What they failed to do was to show you the

very next thing that Bertino said.  Bertino said he understood

that the Proud Boys' objective was to stop Joe Biden from being

certified as the President of the United States.

So sure, Bertino told you that no one sat him down and told

him explicitly the Proud Boys' objective is to stop the

certification by storming the Capitol building.  That's only

because they didn't need to.  Stopping the certification is all

these men talked about for weeks and months on end, in the MoSD

chats --

MR. SMITH:  Objection; facts not in evidence.

THE COURT:  Sustained.

MS. MOORE:  Bertino knew that they were all -- what

they were all working towards because they were all on the same

page.  They all believed that something had to be done to save

the country, that the Proud Boys would have to be the leaders,

and that January 6 was their last chance.

What Bertino testified to is backed up by the other

evidence.  Both Bertino and Greene explained that everyone in

the Proud Boys had the same interest in stopping the

certification, even before they got to Capitol grounds.

MS. HERNANDEZ:  Objection; misstates the evidence.

Mr. Greene never spoke to Mr. Rehl or -- and Mr. Bertino

didn't speak to Mr. Rehl about this either.

THE COURT:  Right.  Overruled.

1          MS. MOORE:  And you saw message after message and post

2     after post that shows just that.  Both Bertino and Greene told

3     you that the Proud Boys believed that they would need to be the

4     tip of the spear and lead the revolution.  And that's backed up

5     by messages, too.

6          Like when John Stewart complained that the normies had

7     stopped on January 6, because they wanted the Proud Boys to do

8     it for them, but the Proud Boys couldn't bear the burden alone,

9     because even if the Proud Boys led, they needed the normies to

10    follow.

11         You saw in the videos key moment after key moment on

12    January 6 that the Proud Boys were at the front line.  The Peace

13    Circle, the black metal fence, the standoff with police on the

14    West Plaza, the stairs under the scaffolding, the first breach

15    into the building, they were leading the normies and leading

16    the riot.

17         And you saw how Bertino and Tarrio responded to the riot at

18    the Capitol.  Bertino said, "You know we made this happen.  I'm

19    so proud of my country today."  And Tarrio responded, "I know."

20    Then Tarrio said, "This is it, the Winter Palace."

21         And you saw the 1776 Returns document, and you know that

22    Winter Palace is a term that Tarrio knew was associated with

23    storming government buildings.

24         MR. JAUREGUI:  Objection, Judge; misstatement of the

25    evidence.

1          THE COURT:  Overruled.

2          MS. MOORE:  Now the defense has spent a lot of time --

3          THE COURT:  Let me hear you at sidebar.

4      (Bench conference.)

5          THE COURT:  What's the evidence that Tarrio knew it

6   was associated with storming government buildings?

7          MS. MOORE:  He had the document on his device.  He had

8   access to the document, which indicates that -- it literally

9   says Storming the Winter Palace and talks about storming Capitol

10  buildings.

11         THE COURT:  Just hold on.  "And you know the Winter

12  Palace is a term that Tarrio knew was associated with storming

13  government buildings."

14     I'm not sure that there's evidence of that.  You can say he

15  had the document and it suggests storming.  Why is that --

16  what's the evidence that Tarrio knew that phrase disconnected

17  from this document is associated with storming government

18  buildings?

19         MS. MOORE:  He also used the document in other chat

20  messages that he included to not only Tarrio but to another user

21  called Mama Faye.

22         THE COURT:  I remember all that evidence.  You can say

23  there's evidence that he knew what was in the document.  I think

24  that's an inference.  But the linkage between the phrase "storm

25  the Capitol" and other than what's in this document, I guess I

don't -- I don't understand how -- again, I remember the
evidence that he -- there's plenty of circumstantial evidence
that he knew the contents of this document.  I don't think
there's evidence that he associated the phrase "Winter Palace"
with storming government buildings, or at least I don't remember
what it is.

MS. MOORE:  This document says "storm the building" in
it, and on the front page of it, it indicates "storm the Winter
Palace."

THE COURT:  I would stick to all of that, then.  I
don't think there's independent -- the way you said it was that
there's independent evidence that he knew the phrase "storm the
Winter Palace" or "the Winter Palace" had to do with storming
government buildings, and I don't think that's correct.

MR. JAUREGUI:  Judge, the evidence has been quite the
contrary.  FBI agent after FBI agent said that he never opened
the document.

THE COURT:  There's plenty of circumstantial evidence
that he knew the content of the document.  They're going to be
able to argue that for sure.

Whatever the forensic evidence was, I remember the evidence
of him sharing it.

Ms. Moore, I'm going to sustain the objection, because I
just don't think the phrase "Winter Palace" with storming a
government building -- unless you're talking about -- the way

1    you just argued it, it sounded like it was independent evidence

2    of it, and I don't think there is any evidence of that other

3    than this very document.

4            MS. MOORE:  That's not what I'm referring to.

5            MS. HERNANDEZ:  Your Honor, the 1776 document doesn't

6    talk about storming any government building.

7            THE COURT:  Well, it talks about occupying them.

8    Literally, I'm looking at the document.  It says "storm the

9    Winter Palace."  I'm going to have -- Ms. Moore can --

10   Ms. Moore?

11           MS. MOORE:  Sorry.

12           THE COURT:  All right.  Look, again, I'm going to

13   sustain the objection as to what you exactly said, because I

14   think it was -- I don't think it did state the evidence.  But

15   you can talk -- again, I think there's plenty of circumstantial

16   evidence that Mr. Tarrio was aware of the contents of the

17   document, and you can argue from that.

18       (End of bench conference.)

19           THE COURT:  All right.  So the objection is sustained.

20           MS. MOORE:  You saw the 1776 Returns document that

21   Tarrio had access to, and right on the front page, it says

22   "storm the Winter Palace."  The defense spent a lot of time

23   talking about this document and how what happened in it isn't

24   exactly what happened on January 6.  We never claimed otherwise.

25       You know what it does show?  A plan to show up at a

predetermined location in D.C. at 1:00 p.m. on January 6.  And

what time did Biggs and Nordean and Rehl lead the Proud Boys

march to the Capitol?  Just minutes before 1:00 p.m.

Once there are enough people around, what does the

1776 Returns document call for?  Storming the building.  And you

saw what these men did after they got to the Peace Circle.  They

overwhelmed the police with the sheer number of rioters and

stormed the Capitol.

And why does the 1776 Returns document call for this to

happen?  Because of claimed election fraud, which is the same

reason these defendants acted on January 6.

MS. HERNANDEZ:  Objection, Your Honor.

On this document, if we could be heard --

THE COURT:  Overruled.

MS. MOORE:  So you know that Tarrio had a document

discussing overrunning government buildings in D.C. on January 6

at 1:00 p.m. using a huge crowd because of so-called fraudulent

elections and that the term "Winter Palace" was used in

connection with that.

You know how else you can trust what Bertino and Greene

told you?  By what they didn't tell you.  Neither of them told

you there was an explicit plan.  They could have told you

otherwise.  They could have cooked up a very detailed story

about conversations they had with the defendants about a very

explicit plan to stop the certification.  They could have gave

you a better story, more elaborate, a story that more directly
implicated the defendants if that's all they were looking to do.
But they didn't do that, and you should consider that when
evaluating their testimony.

Ms. Hernandez wants you to think because there were a few
permitted demonstrations on Capitol grounds on January 6,
because at some point Zach Rehl asked whether Tarrio was
speaking at an event, his only intent going into January 6 was
to peacefully protest.

That's not credible, but even if it was, it doesn't matter.
First, Tarrio was arrested on January 4th and ordered to stay
out of D.C.  So he couldn't be speaking at the Capitol or
anywhere else in D.C. on January 6, and Zach Rehl knew that.

Second, even though Zach Rehl claimed that he was hoping to
attend speeches at the Capitol on January 6, there's no evidence
aside from his uncorroborated claims that he knew any of the
groups that actually got permits to protest there.

You saw Rehl Exhibits 11-B through G.  There's no
independent --

MS. HERNANDEZ:  Misstates the evidence.

(Bench conference.)

MS. HERNANDEZ:  He was explicitly asked on cross
whether he had any connection with any of these groups, and he
mentioned one or two groups he was familiar and had some
connection with them.

 1              THE COURT:  Right.  So there's no evidence other than

 2    his uncorroborated claims.

 3              MS. HERNANDEZ:  He wasn't confronted by anybody else.

 4              THE COURT:  Ms. Hernandez, please.  I mean, this is

 5    crazy.

 6              MS. HERNANDEZ:  Your Honor, his statement, which has

 7    not been disputed by any other evidence, is evidence, and it is

 8    not proper for the government to say that there's no evidence.

 9              THE COURT:  They didn't say there's no evidence.  They

10    said there's no evidence other than his statement.

11         Ms. Moore, you may proceed.

12         (End of bench conference.)

13              THE COURT:  Objection is overruled.

14              MS. MOORE:  You saw Rehl Exhibits 11-C through G, and

15    there's no independent evidence that Zach Rehl was associated

16    with Bryan Lewis, Jesus Loves, One Nation Under God, Rock

17    Ministries, Virginia Freedom Keepers, or Women for a Great

18    America.

19              MS. HERNANDEZ:  Objection; Fifth Amendment, Your

20    Honor, and Sixth Amendment.

21              THE COURT:  Overruled.

22              MS. HERNANDEZ:  May we be heard, Your Honor?

23              THE COURT:  No.

24              MS. HERNANDEZ:  It's a burden shift, Your Honor.

25              THE COURT:  It's overruled.

1          MS. MOORE:  And nothing but his uncorroborated claims

2     that he was planning on attending these demonstrations.  He

3     wants you to think he knew enough about Women for a Great

4     America and Virginia Freedom Keepers to know they were having

5     demonstrations at the Capitol, but then he thought the

6     inauguration stage was for him.

7          And you saw what Zach Rehl actually did on January 6 and

8     where he went.  He wasn't looking for a stage.  He wasn't trying

9     to find area 7, areas 8 through 11, or area 15.  He was on the

10    west front of the Capitol by area 1 chanting "Whose Capitol?

11    Our Capital."  And you know that area 1 was closed on January 6

12    and that people weren't allowed on it.  And Zach Rehl knew that,

13    too.

14          MS. HERNANDEZ:  Objection.

15          THE COURT:  Overruled.

16          MS. MOORE:  But during his testimony, he claimed that

17    he thought the breach of the Peace Circle was just people

18    shaking barricades and chasing police officers because they were

19    so excited to hear speeches that they needed to get to the

20    stages a few minutes early.

21          But Zach Rehl knew there weren't any stages up that

22    walkway.  He had already walked right by it.  There were no

23    stages, no speeches, no permanent demonstrations.  And even if

24    Zach Rehl got confused about where the permanent demonstrations

25    were taking place, there sure were a whole lot of contextual

clues that he wasn't allowed to be where he was or doing what he was doing.

Like, maybe he should have known he couldn't be there because of all the bike racks restricting access to the grounds with lots of "area closed" signs on them.  Or maybe he should have gotten a clue when uniformed police officers were trying to keep him and the mob from breaching the bike racks.

And you saw how he described what was going on at the Capitol, not as a protest but as a raid.  And he explained that he was at a standstill with the cops who were deploying crowd control measures as rioters like him attacked the police.  And he messaged that "civil war started."  Does that sound like a peaceful protest to you?

No, Zach Rehl wasn't there to peacefully protest.  And if storming the Capitol was some how some way some sort of accident, why did Rehl later brag about breaching the building and being a part of this raid?  Why did he write to his mom that he was so fucking proud?  He was so fucking proud of raiding the Capitol because he had stopped the certification, just like he had set out to all along.

     MS. HERNANDEZ:  Objection.

     THE COURT:  Overruled.

     MS. MOORE:  The defendants also want you to believe that they weren't going to be violent on January 6, they weren't planning on using any force.  It's right there in their name,

for goodness sake, Ministry of Self-Defense.  But you know what

self-defense means to these men.

Matthew Greene told you that the Proud Boys would provoke

Antifa into a confrontation so they could beat up Antifa

members, and Rehl posted that Antifa might start a

confrontation, but the Proud Boys would finish it.  And you saw

clip after clip after clip of what self-defense meant to these

men.  Shoving and then attacking a man who had the bad fortune

of walking past the Proud Boys on a public street in D.C. before

Dominic Pezzola beat him.

(Video played.)

MR. METCALF:  Your Honor, objection; lack of

foundation as to this being Mr. Pezzola.

MS. MOORE:  That's not what I said.

THE COURT:  I'm sorry.  Let me hear you at sidebar.

(Bench conference.)

MS. MOORE:  I didn't say this was Mr. Pezzola.

MR. METCALF:  So then who did she say it was, then?

MS. MOORE:  I said they beat him after this.

MS. HERNANDEZ:  She introduced the video by mentioning

Mr. Pezzola attacking someone on the street, and then she

introduced this video.

THE COURT:  Right, before Dominic Pezzola beat him.

She's not saying this is him.  I understand now.

So the objection will be overruled.

 1          (End of bench conference.)

 2               THE COURT:  Objection is overruled.

 3               MS. MOORE:  Knocking out a woman who was retreating

 4     and telling the Proud Boys to leave her wife alone.

 5          (Video played.)

 6               MS. MOORE:  Beating and stomping a man who was running

 7     away from them even as police tried to pull them off.

 8          (Video played.)

 9               MS. MOORE:  This is what self-defense meant to the

10     Proud Boys.  So sure, they created the Ministry of Self-Defense,

11     and sure, they might have wanted a more organized rally, but

12     they certainly didn't want a less violent one.

13          Tarrio wants you to think that because he told MPD

14     Lieutenant Shane Lamond where the Proud Boys had planned to go

15     to prior rallies, that he couldn't have agreed to obstruct the

16     certification by force or interfere with law enforcement on

17     January 6.  But give me a break.  You've seen the messages

18     yourselves, and they make clear that Tarrio had Lamond wrapped

19     around his little finger.

20          Sure, he gave Lamond a little bit of information, but he

21     was getting lots more in return.  And both Tarrio and Lamond

22     knew their relationship was inappropriate.  They even set their

23     messages to self-destruct.

24          And what nonpublic information did Tarrio give Lamond about

25     January 6?  Absolutely nothing.  Tarrio told him that the group

would be extremely small and not in colors.  But the group of
Proud Boys wasn't small.  And Biggs posted on his public Parler
that the group wouldn't be wearing colors.  Lamond got the same
information about the Proud Boys that anyone with access to
social media did.

    And then after Tarrio was arrested on January 4 by MPD, the
very same agency that Lamond worked for, and the Proud Boys'
private Telegram communications might wind up in the hands of
law enforcement, you saw what these defendants and the other
Proud Boys did.  They tried to nuke the chats because they
didn't want the MPD really knowing what they were up to.

    So sure, Tarrio may have had a relationship with Lamond and
he might have given him a little bit of information, but only
because it was beneficial to Tarrio, not law enforcement.

    Ms. Hernandez wants you to believe that Zach Rehl wasn't
violent and that using violence is against his nature.  First,
you've seen the messages where Zach Rehl celebrated violence
time and again.  The messages calling for firing squads, the
videos celebrating a woman being knocked out cold.  You also
heard Rehl encouraging violence on January 6, yelling "Fuck
them, Storm the Capitol," as rioters overwhelmed the line of
police officers.

            MS. HERNANDEZ:  Objection.

            THE COURT:  Overruled.  It's argument, ma'am.

            MS. MOORE:  And when he was stopped at the black metal

1  fence, he continued screaming at the police who were protecting

2  the Capitol.

3      (Video played.)

4      MS. MOORE:  He also sprayed police officers on the

5  west front, but he claimed he could not identify himself in any

6  of the video that captured the attack.  He claimed he didn't

7  assault law enforcement that day.  Ms. Hernandez asked him over

8  and over and over again, more than a dozen times, and he lied to

9  you over and over and over and over again when he said that he

10  didn't.

11      You know what Zach Rehl was wearing on January 6 and who he

12  was with.  You know that he was wearing a green camo hat, a gray

13  Chevron gaiter, black-rimmed goggles, black pants, black jacket,

14  black shoes with white soles.  And you know that he was on the

15  west front by the media tower on January 6.

16      And you saw that he was with Isaiah Giddings, who was

17  wearing a gray flannel and green camel hat.  And you saw the

18  video that shows Rehl with one of his Philly guys just before

19  Rehl sprays officers.  The video tells you something that Zach

20  Rehl wouldn't tell you himself.  Ms. Hernandez wants to complain

21  that to see Zach Rehl and what he did in these videos from the

22  officers' body-worn camera, you have to play them slowly or go

23  frame by frame.

24      You've seen the videos yourself, and you know that the west

25  front was chaotic and that the police were battling rioters.

So, sorry that the MPD officers couldn't keep their body-worn cameras steady enough to clearly capture Zach Rehl's attack so seamlessly.

But you've seen the video, and you know what he did.

Pezzola argued that he wasn't involved in any planning, he wasn't an MoSD leader and so wasn't a part of any conspiracy to obstruct the certification. But Pezzola didn't have to have a leadership role to agree with the other defendants. It doesn't matter that different defendants have different roles in the conspiracy. And even if Pezzola didn't appreciate the objectives of the agreement early on, there's no way you can say that by January 6 he hasn't joined the agreement.

Judge Kelly even instructed you that the duration and extent of the defendants' joining of the agreement has no bearing on the issue of the defendants' guilt.

And just like Matthew Greene and Jeremy Bertino explained to you, and as Judge Kelly explained to you as well, you can join an unspoken agreement, and you can join that conspiracy at any time, including during the riot on January 6.

Just like the other defendants, Pezzola was fired up and committed to achieving the goal of stopping the certification through force. And you know that Pezzola agreed with the defendants to stop the certification based on what he did on the ground. He was among the first rioters to stream onto Capitol grounds chasing officers after the initial barricades were

overrun.  And he not only encouraged other rioters to be
violent, but he engaged in violence himself.

Remember what he did after he charged up onto the west
front?  He attacked Officer Ode, ripped his riot shield away
from him, and he threatened officers under the scaffolding.  He
yelled at the line of officers telling them, "You better be
fucking scared.  We ain't stopping.  You think Antifa's fucking
bad?  Just you wait."

When Pezzola took the stand, he told you that he was scared
for his life, and that's why he attacked Officer Ode, and that's
why he kept his riot shield.

But that's not the words of a man in fear.  They're the
words of a man trying to instill fear on the police who he
viewed as the enemy.  Pezzola claimed that he fell back on his
Marine training from 1998 and took the front lines of a war.  He
said he was looking to neutralize the threat.  But ladies and
gentlemen, he was the threat.  He was the one attacking an
innocent Officer Ode and then lying to you about it, just like
Zach Rehl.

You saw the photos, you saw the video, and you know that he
grabbed Officer Ode's shield with such force that he dragged
Officer Ode into the crowd and both of them to the ground.  His
story about the other rioter with the W sweatshirt who had one
hand gently resting on the riot shield while he's gripping it
tightly with both is pure fantasy.

And when the crowd overran that line of officers that Pezzola threatened, Pezzola took that stolen riot shield and used it to smash a window so that the first rioters could enter the building. And Tarrio loved what he saw, comparing Pezzola to our founding fathers.

And what did Pezzola do once he was inside? He claimed credit. "I knew we could take this motherfucker over if we just tried hard enough. Proud of your mother fucking boy." He's not surprised. He doesn't say, Wow, I can't believe this happened. He doesn't say, Oh, my gosh, I just got swept up in the crowd. And even though he claimed to be thinking and talking about trespass, he doesn't say, I knew we could trespass in this place if you could just tried hard enough, proud of you, trespassing boy. What he says is that he knew they could take over the Capitol if they just tried hard enough. And you don't have to wonder about who he is talking about because he makes that crystal clear.

He says, "Proud of your mother fucking boy." He's talking about the Proud Boys that he marched to the Capitol with, who he overran the police officers with, who he stormed the Capitol with, Proud Boys like these defendants.

And after he stormed the Capitol with the Proud Boys and celebrated their achievement, what did he do after he learned that the FBI was looking for him? Who did he turn to? And who was still giving him directions? The Proud Boys. That's who.

1    And after advice, he got rid of his cell phone.

2        And what did Tarrio do?  He instructed Pezzola to falsely

3    deny being a Proud Boy, and then Pezzola went on the run.

4        Do these sound like the actions of someone who thought

5    they'd only trespassed?

6        MR. METCALF:  Objection; misstates the evidence.

7    (Bench conference.)

8        MS. MOORE:  The testimony was that he was sent a

9    voicemail, a voice message of Tarrio to him telling him to deny

10   being a Proud Boy.

11       THE COURT:  I remember now.

12   It's fair -- Mr. Metcalf, why isn't this just fair

13   argument?

14       MR. METCALF:  Because it was sent to his wife, and he

15   said that he overheard that that may have been true.  It was not

16   sent to him.

17       THE COURT:  It doesn't matter.  She can argue this

18   from the evidence.

19   (End of bench conference.)

20       MS. MOORE:  And even though Pezzola wasn't an MoSD

21   leader, Tarrio knew exactly who he was.  You saw that Pezzola

22   was DM'ing Tarrio and Tarrio offered to help him sort out his

23   hotel for January 6.

24       And then Tarrio posted a photograph with Pezzola with the

25   caption "Lords of War, #J6, #J20," just days before.

1     Pezzola had attacked a man who was perceived to be the

2  Proud Boys enemy on December 12.  He was ready, willing, and

3  able to be violent on behalf of the Proud Boys.

4     Just the type of real man that Tarrio and Biggs wanted for

5  MoSD.  And Mr. Metcalf has claimed that we had needed Pezzola in

6  an effort to dirty up the other defendants.  But it was these

7  men who needed Pezzola and their MoSD.

8     And as Judge Kelly has instructed you, different people can

9  play different roles in a conspiracy.  Having a smaller role in

10  a conspiracy doesn't make you any less guilty.  It's just like a

11  band or a sports team.  Everyone's involved, and everyone's

12  responsible.  If you win the Super Bowl, who gets a ring?  The

13  coach gets a ring.  The starting quarterback gets a ring.  The

14  wide receiver who caught the winning touchdown pass, he gets a

15  ring.  Who else gets a ring?  The kicker who missed the extra

16  point and the center who joined the team at the trade deadline,

17  they get rings, too.  They are all on the team working for the

18  same thing.

19     And the same thing applies with conspiracies.  Everyone who

20  joins the agreement is a co-conspirator, even if some people

21  play a larger role than others.

22     Some of the defendants also want you to think that they

23  should get off on the property destruction and assault counts

24  because not all defendants personally assaulted or destroyed

25  property.  But that's not how the law works.  It's very clear

from the evidence that Dominic Pezzola assaulted Officer Ode,
that Joe Biggs and Ethan Nordean ripped that black metal fence
from the ground, that Zach Rehl sprayed officers on the west
front, and that Dominic Pezzola destroyed a window of the
Capitol.

But in a conspiracy, if you're in for a penny, you're in
for a pound.  If you bring hundreds of Proud Boys who all have
the same shared objective, stopping the certification on the
Capitol grounds, and you know that those Proud Boys aren't
chastised for committing violence, they're celebrated for it,
and you know those Proud Boys are angry at the police and
started calling them Coptifa and talked about running the police
over, it is reasonably foreseeable to you that your
co-conspirators might assault a police officer or destroy
property standing in the way of that shared objective, stopping
the certification, and that means you're guilty, too.

Pezzola said that --

MS. HERNANDEZ:  That misstates the law, Your Honor.

(Bench conference.)

THE COURT:  How does it misstate the law,
Ms. Hernandez?

MS. HERNANDEZ:  She started this series of arguments
by saying in for a penny, in for a pound.  That's not conspiracy
law.  That may be a nice argument.  But then she goes on and on
about what they -- she goes on and on about conspiracy law,

which I believe misstates the evidence.  We can take it up as a
curative.

Mr. Smith has something to say.

MR. SMITH:  Your Honor, the other error was that she
included within the circle of the conspiracy every Proud Boy
member.  She was talking about co-conspirator liability, and she
said all of the Proud Boys came to the Capitol, something to
that effect.

THE COURT:  She wasn't talking about their liability.
She was talking about what would have been known to these
defendants.

I'm going to overrule the objection for now.

As you said, Ms. Hernandez -- I think this was a loose way
of describing some of the concepts of co-conspirator liability.
But I guess I don't --

MS. HERNANDEZ:  The Court has sort of given --
sustained these type of objections when people misstated the law
or was loose with it.  And I think the evidence on what the
co-defendants knew about Pezzola and Donohoe is pretty clear
that they didn't know these particulars.

THE COURT:  Okay.  I'm going to overrule the objection
for now.  I just don't see a clear misstatement, and I will take
up your point later on.

MS. HERNANDEZ:  Your Honor, I think we're going way
beyond rebuttal at this point, and we're just rehashing

1    everything all over again.

2              THE COURT:  Ms. Moore, how much do you have here?

3              MS. MOORE:  Maybe half an hour.

4              THE COURT:  Well, again, I think it's a circumstantial

5    case on intent.  It's hard for me to say, when you all

6    rightfully contest intent, that the government can't come back

7    and point to all the pieces of intent.

8         You may proceed, Ms. Moore.

9         (End of bench conference.)

10             MS. MOORE:  Nordean wants you to make a decision about

11   his intent on January 6 based on only two moments in time, to

12   ignore everything else.  He wants you to see him holding his

13   fist near the Peace Circle and saying "ho," that he's telling

14   the hundreds of Proud Boys that he's riled up and marched to the

15   Capitol, that they should stop.

16        Then he wants you to see another moment when Nordean says

17   who knows what to another rioter who is being aggressive, and

18   believe that Nordean didn't agree to obstruct the police and the

19   certification proceeding through violence, even though he just

20   celebrated storming the Capitol, helped to rip a fence out of

21   the ground with Biggs, and then talked to the aggressive rioter

22   when he was right in front of him and might attract crowd

23   control measures in Nordean's direction.

24        Get real.

25        Let's look at what Ethan Nordean actually did that day, not

just ten seconds out of his day.  In the days after the election, Ethan Nordean made it clear what he thought about the results.  He thought it was a fraud.  And you know what he thought about the police after the events of December 12th and Enrique Tarrio's arrest.  You saw him making angry speeches about the police on January 6 as he riled up the huge group of Proud Boys that he was leading.  As Proud Boys and other rioters stormed the police lines at the Peace Circle, he put his hand up and said "ho," drawing the attention of the other Proud Boys to him.

But he didn't retreat.  He didn't take all those men home or to Trump's speech.  He pressed forward.  He led them, with their hands on each others' shoulders, closer to the Capitol as the crowd chased the police officers.

(Video played.)

MS. MOORE:  Then he threw up the Proud Boys sign as he celebrated storming the Capitol.

And what did Nordean do when he was behind barricades as the crowd angrily yelled at police, as officers pleaded with him to stop?  Did he say this has gotten out of hand and take his men and go home?  Absolutely not.  He and Biggs ripped down a black metal fence that had been drilled into the ground.  Then he and Biggs hugged, proud of what they had done.

Mr. Smith wants you to think that these defendants aren't responsible for $1,000 worth of that black metal fence.  First,

he wants you to think that because they had to replace the
entire fence and that this was not just because of what Biggs
and Nordean did, that they aren't responsible for any damage.
Everyone's guilty, so no one's guilty.  That's what he wants you
to believe.

     But Biggs and Nordean personally ripped those fence panels
out of the ground, and because of their actions and the actions
of the other rioters, the whole fence had to be replaced.  Other
rioters committing damage isn't a "get out of jail free" card
for him.

     And you saw that fence.  You saw from the documents from
the Architect of the Capitol that the fence is about 3 feet
tall.  And you saw the fence panels that Biggs and Nordean
pulled down.

     Does this look only 4 feet to you?  Of course it doesn't.
They pulled down 6-foot panels.

     You also saw the Proud Boys --

          MR. SMITH:  Objection; facts not in evidence.  No
witness testified to this, Your Honor.

          MR. PATTIS:  Biggs joins.

     (Bench conference.)

          MR. SMITH:  Can Your Honor see what's on the screen
right now?

          THE COURT:  Yes.

          MR. SMITH:  Can Your Honor see that red line?

1          THE COURT:  Yes.

2          MR. SMITH:  Okay.  So what the prosecutor just said is

3     this is clearly a 6-foot fence.  No witness testified to that,

4     Your Honor.  She's just saying I think this is 6 feet.

5          THE COURT:  She's arguing from the evidence and saying

6     you have to decide but it doesn't appear to be 6 feet.  She can

7     argue that.

8          MR. SMITH:  Your Honor, 6 feet is a fact.  It's not an

9     argument.  An argument is applying law to fact.

10         THE COURT:  I'm sorry.  You can look at something and

11    argue about how lengthy it is, and the jury can decide one way

12    or the other.

13         MR. SMITH:  Your Honor, this is an image.  Multiple

14    witnesses testified about the scene.  No one was asked about the

15    length of the fence that Mr. Nordean touched.  What you have is

16    injecting a fact into evidence in rebuttal that no witness has

17    testified.

18         THE COURT:  Overruled.  She asked a question about

19    does it look to you.  The jury can look at this and decide,

20    based on all the evidence and all the --

21         MR. SMITH:  Just for the record, she did not ask a

22    question.  She stated a fact.

23         THE COURT:  No, she actually said -- I will read it

24    directly if we really want to be technical about it.  She said,

25    "And you saw the fence that they pulled down.  Does this look

only 4 feet to you?  Of course it doesn't.  They pulled down

s6-foot panels."

It's an argument.  I don't see why the jury can't look at

this video, and she's arguing that that's a 6 foot and not a 4

foot.  It's argument.

Your objection is overruled.

(End of bench conference.)

MS. MOORE:  Then after Nordean ripped down that fence,

he went up the stairs to the Capitol after he had been overrun

by Proud Boys and other rioters.  He took advantage of the crowd

overwhelming and outnumbering just four officers who were at the

Upper West Terrace door as it blared an alarm.

Make no mistake.  Those officers weren't welcoming him and

other rioters inside.  And based on everything he had seen and

done on Capitol grounds before that, he knew that.

Then he stole a POW flag, and as the police tried to force

him out of the building, instead of leaving, he stood by

defiantly, stared them down, called the police "a fucking joke."

(Video played.)

MS. MOORE:  And then said, "The thin blue line is

dead."

(Video played.)

MS. MOORE:  Mr. Smith told you that Nordean didn't

interfere with law enforcement in general and didn't interfere

with Officer Shae Cooney in particular.  But that's not what the

evidence has shown.

On cross-examination, Mr. Smith asked Officer Cooney about
Nordean, what he was doing on the west front, and she told you
that he was interfering with her.  He asked, "Did it interfere
with you for those individuals to go up the stairs?" after he
circled Mr. Nordean, who he referred to as "the man in the black
baseball hat," and she responded, "Yes."

Nordean and the other defendants obstructed police all day
long and made it absolutely impossible for them to do their
jobs, and then he celebrated.  He was a part of the reason that
January 6 was so out of hand, and that he wasn't even wilder
isn't mitigating in the slightest.

Tarrio wants you to think that he should be absolved of
responsibility because he wasn't in D.C. on January 6, that
without his leadership on the ground things at the Capitol got
out of hand and stopping the certification isn't what he had
agreed to do.

But you know that Tarrio joined a conspiracy based on what
he did and said in the lead-up and what he continued to do and
say on January 6.  And you know that Tarrio wasn't just a
figurehead for the Proud Boys who just posed for pictures and
wore his little outfits.  He was actively involved in the
planning for January 6.  He agreed with these men and helped
them commit these crimes.  Even though he couldn't be there in
person, he was still involved.

        You know that Tarrio created the MoSD.  He created the

structure.  And Tarrio made clear what the purpose of the MoSD

was when he sought approval from the Proud Boys elders.  He

said, "Whispers 1776."  The purpose of the group was to revolt,

revolt against the government who they believed was corrupt and

an election that they thought was stolen.

        While Tarrio tried to claim that he was out of the loop

after his arrest, you know that's not true.  As Bertino messaged

the MoSD leaders on the evening of January 5th, once Tarrio got

a phone, he'd be retaking the reins, he'd be in charge again.

        You saw that Tarrio remained in contact with Biggs and

Nordean leading up to January 6 and on that day.  After 30

minutes -- about 30 minutes after Bertino's message, Tarrio was

not only in contact with Biggs, but he discussed a plan with

Biggs, who was with Nordean.  Tarrio was still in charge.

        Then on the afternoon of January 6, while the riot at the

Capitol is ongoing, who is Tarrio reaching out to?  Biggs and

Nordean.  He's reaching out to his top lieutenants.

        And you know that what happened on January 6 is exactly

what Tarrio agreed to do with others.  And how do you know that?

You saw his words when he saw that the Capitol was being

stormed.  He publicly celebrated the riot on his Parler account,

posting "1776," with a photograph of a rioter in the Senate

chamber.

        He encouraged the rioters to do what must be done and

encouraged them not to leave and expressed pride in their

actions.  You also have seen what Tarrio claimed -- that he

claimed credit for the riot in his private communications.  He

messaged the members of the MoSD "Proud of y'all."  This was his

first message to the MoSD members since his arrest, and he was

expressing pride in what they had done, pride in storming the

Capitol, pride in stopping the certification.

He also messaged the Proud Boy elders, and he said, "Make

no mistake.  We did this."  He publicly celebrated the riot, and

he privately took credit for it.

Then on the evening of January 6, he posted a video of

himself at the Capitol with the word "premonition."

(Video played.)

MS. MOORE:  How did he have this video already

produced and ready to go?  He visited the Capitol in advance.

He had foreseen January 6, and he'd worked towards it with these

defendants.  So no, Enrique Tarrio isn't being scapegoated for

January 6.  He's being held accountable for the crimes that he

committed.

Rehl claims that he couldn't have obstructed the

certification because he thought that Vice President Pence had

already left the chamber before he entered the building.  Even

if Rehl thought Pence had already gone before he entered the

building, who cares?  So what?  It doesn't absolve him of

anything.

1          MS. HERNANDEZ:  Objection; misstates the law.

2          THE COURT:  Overruled.

3          MS. MOORE:  And Rehl and Rodean --

4          MS. HERNANDEZ:  Your Honor --

5          THE COURT:  I'm sorry, Ms. Moore.

6     (Bench conference.)

7          MS. HERNANDEZ:  Intent would absolve Mr. Rehl.  So a

8     blanket statement that it doesn't absolve him of anything is a

9     misstatement of the law.  And the problem is that I argued to

10    the jury that it was not a defense, but it went to intent.  So

11    for the government to argue something that is not the law is --

12    I think needs to be sustained.

13         THE COURT:  Ms. Moore, why don't you respond to that.

14         MS. MOORE:  He prevented -- he obstructed the

15    certification by going in the building.  It couldn't resume

16    because of him.  It had already stopped because of the rioters

17    storming the Capitol grounds, of which he was one.

18         THE COURT:  Right.

19         MS. HERNANDEZ:  It's not a complete --

20         THE COURT:  Ms. Hernandez, it's -- you are right,

21    obviously, that it's a point in your client's favor on intent

22    that if he did go in afterward, if he did wait intentionally to

23    go in afterward.

24    But what Ms. Moore is saying look, he can still be guilty

25    even if he -- right?

 1          MS. HERNANDEZ:  I agree, Your Honor, but that's not

 2    what she's saying.  The problem is that this is rebuttal, and I

 3    cannot correct it.  She's not saying --

 4          THE COURT:  She said, "So what?  Who cares?"

 5    Meaning --

 6          MS. HERNANDEZ:  She said it does not absolve him.

 7    That's a total rejection of the notion that intent is an issue

 8    in this case, and that that goes to his intent.

 9          THE COURT:  No.  Obviously, it goes to his intent, but

10    she can make the argument that he can still be guilty, and

11    that's what she was doing.

12          MS. HERNANDEZ:  I agree.  But she said it does not

13    absolve him.  That's an absolute term.  That's the problem with

14    the way she framed it.  I agree she can still argue he can still

15    be guilty.  But the way she is framing it -- and, Your Honor,

16    it's really difficult because she's making these arguments in,

17    quote unquote, rebuttal, and there's no way for us to rebut.

18          THE COURT:  I know, and that's the nature of rebuttal.

19    And if she was saying something -- I think she is allowed to say

20    he can still be guilty, and that is the nature of her argument.

21          MR. JAUREGUI:  Your Honor, we object.  This isn't

22    rebuttal.  This is a second closing argument.  We're getting to

23    two hours now.  They're bringing in the premonition video that

24    they did not bring in in their initial closing, that we did not

25    discuss in our closing argument.

1    This is a second closing argument.

2    MS. HERNANDEZ:  Your Honor, on the, quote unquote,

3    video of the spraying, she's brought it up about three or four

4    times already.  That's not rebuttal.  That's reargument.

5    THE COURT:  Look, she doesn't have much longer.

6    Again, I've said why this is fair, because the whole case is a

7    circumstantial case about intent, and I'm going to overrule your

8    objection, Ms. Hernandez.

9    (End of bench conference.)

10    MS. MOORE:  Pence had to be removed on January 6.  I

11    wonder why?  Why did Pence have to be evacuated for his safety

12    on January 6?  Well, it's because rioters like Zach Rehl and the

13    other defendants overran the Capitol grounds.  That's what

14    happened.  Zach Rehl made it very clear when he testified how

15    much he knew about the certification proceeding.  He knew that

16    Congress was meeting in the Capitol on January 6 and that they

17    were meeting to certify the election results.

18    And what did he do?  He marched a huge group of men to the

19    Capitol, and he encouraged other rioters to overrun the police,

20    yelling, "Stop them.  Storm the Capitol," while he continued his

21    advance on the building, literally --

22    MS. HERNANDEZ:  403, Your Honor, repetitive, not

23    rebuttal.

24    THE COURT:  Overruled.

25    MS. MOORE:  And when he was stopped at the black metal

fence, he was still mad, still yelling at the police.

Rehl testified that he wanted the proceeding to play out, but did his actions that day sound like the actions of a man who didn't want to interfere with the proceeding going on inside the Capitol building?  Absolutely not.

You heard from Inspector Hawa and USCP Inspector Loyd that they made it crystal clear that the certification proceedings couldn't resume when hordes of rioters were still in the building.  So just by being in the building, Rehl and Nordean, Biggs and Pezzola made sure that the proceedings couldn't resume.

And Rehl's knowledge that Pence had been evacuated because of the riot before he decided to enter just means that he knew at that point that he and all the other rioters who had stormed the grounds and stormed the building had been successful in stopping the certification, just like he set out to do.

And he knew that.  You saw his message where he expressed dismay that the certification continued and that the rioters hadn't held the building for longer.  He knew that rioters flooding the building and stopped the certification.  He joined that horde of rioters and made sure that because of him and the other rioters like Biggs, Nordean, and Pezzola that it wouldn't be able to restart.

The day after the riot, what does Rehl say?  He endorses setting the Capitol on fire if the certification proceeding

1    didn't go his way.

2         He wasn't interested in letting the --

3              MS. HERNANDEZ:  Objection; misstates the evidence.

4              THE COURT:  Overruled.

5              MS. MOORE:  He was only interested in Trump being

6    president, and he would do anything to make sure that happened.

7         Pezzola wants you to believe that when rioters were

8    attacking officers on the West Plaza of the Capitol and he

9    grabbed Officer Ode's shield and dragged Officer Ode into the

10   crowd before ultimately ripping his shield out of his hands

11   while Ode was choked and attacked --

12             MR. METCALF:  Objection.  He wasn't choked.  It's not

13   in the evidence.

14             THE COURT:  Overruled.  This is argument.

15             MS. MOORE:  -- that he was just acting in

16   self-defense, he was the real victim.  Pezzola claimed that he

17   was scared for his life when he attacked Officer Ode.  He tried

18   to tell you that he wasn't acting out of anger at the police who

19   were standing in his way as he was storming the Capitol, even

20   though he was screaming in their faces.

21        But Pezzola was very willing to testify to a lot of things

22   that he had absolutely no basis to, things he had no personal

23   knowledge about whatsoever, and he stated them like facts.  That

24   the police were using flash bangs on January 6, that they were

25   using them improperly, that a corrections officer assaulted Ryan

Samsel, that Ray Epps was a government informant.  Not having

any proof of any of those things didn't stop Pezzola from

stating those facts.

And Pezzola admitted lying to the FBI about the events of

January 6, lying in an effort to improve his situation, lying to

get himself a perceived benefit.

And now he's in a jam, and he's hoping he has a new story

that you will believe, a story where he only smashed one window,

even though he's clearly captured on video smashing two, a story

where he is the victim during this attack on law enforcement,

even though he's clearing the aggressor.

But his story doesn't stand up to scrutiny.  They want you

to believe that Pezzola contributed nothing to the second window

pane's destruction, but that's just not true.  You saw the

video, and even though another rioter might have started the job

by smashing the window, Pezzola made sure that it was finished.

Pezzola was nearby when the other rioters started to destroy

that window pane, and he made sure it was completely destroyed.

He bashed it in, and you can actually see the window swing into

the Capitol building.  It flew back in pane.  And that, ladies

and gentlemen, means that Dominic Pezzola is also guilty for

that pane's destruction, under aiding and abetting.

And as Judge Kelly has already instructed you, Pezzola

can't claim self-defense if he knowingly and unnecessarily

placed himself in a position in conscious disregard of a

1    substantial risk that his presence would provoke a violent

2    confrontation.

3         And you know that that's exactly what he did.  The rioters

4    had torn down the barricades at Peace Circle, knocking officers

5    to the ground as they did.  And then they ripped off barriers on

6    the Pennsylvania walkway as they chased police officers up

7    towards the Capitol.  And they ripped out a black metal fence

8    and forced the police to retreat even further.  And then the

9    crowd attacked the police.

10        (Audio played.)

11         MS. MOORE:  The police told the rioters to stop.  The

12   police told the rioters to leave.  The police told the rioters

13   that they would start using crowd control measures.  But the

14   rioters didn't stop, and the rioters didn't leave.

15        And you saw and heard that the police weren't just randomly

16   deploying rubber bullets, they were targeting the violent

17   members of the crowd to protect the police officers and to repel

18   the mob.

19        Pezzola testified he liked the best seat in the house, and

20   he certainly had that on January 6.  He was there for all of

21   this.  He was the first amongst the barricades and chased police

22   officers and was standing up against that line of police

23   officers, and they were forced to retreat.

24        And after all that, he refused to obey the lawful commands

25   of police officers to leave.  When he joined the mob that

attacked the police on restricted Capitol grounds, of course the police responded to stop him and the other rioters. It was his presence and the presence of all those other rioters committing violence and breaking down barriers that caused the police to use crowd control measures. Pezzola can't claim self-defense.

And then when the police are trying to disperse the rioters that were illegally occupying Capitol grounds and assaulting officers, he wants you to think his attack was justified. Because certain other police officers were using crowd control measures, he could attack a completely unrelated officer and take his protective shield.

There's no evidence that the police used unlawful force when they were shooting pepper balls. The police were using crowd control munitions against rioters who were attacking the police, and unfortunately, one rioter got shot in the cheek. There's no evidence that the police were aiming for anyone's heads. Because there's no evidence that the police were using rubber bullets to disperse the crowd illegally, again, Pezzola can't claim self-defense.

Officer Ode did nothing to Pezzola. He was just doing his job. And when he tried to help a fellow officer that a rioter was choking, Pezzola dragged him by his riot shield into the crowd, ripped the riot shield from Officer Ode's hands, and took a key piece of Ode's protective gear. And then he posed for a picture with it and threw up the Proud Boys sign and later told

another rioter that he had stolen it from the police.

And Ode didn't drop his shield; it was taken from him.  And that's exactly what Ode told Mr. Metcalf.

Pezzola also claims that he wasn't going to permanently deprive Officer Ode of his shield.  But you know that's not true.  What did he do once he ripped the shield away?  Did he go somewhere else?  Did he use it for cover?  No.  He used it to pose for pictures, then went under the scaffolding, yelled at officers.  Did he return it to any of them?  No.

Then he bashed in the window and entered the building, was in a standoff with police, including Officer Loyd in the Ohio Clock Corridor.  Those officers weren't doing anything to him. He wasn't in any danger.  Did he turn the shield over to them? Not a chance.

And then, as he's leaving the building, trying to leave the building with the stolen riot shield, the officers demanded that he give it back.  Only then does he give it back to them.  Then he blows smoke from his cigar in their faces, full of contempt.

That Pezzola was angry that the police wouldn't let him and his rioter buddies just riot in peace doesn't justify his actions in the slightest.

Our country is based on the idea that people have the power to influence the government through their votes and through peaceful advocacy.  But voting and protesting didn't get these defendants what they wanted.  So they decided that they would

ignore the will of the people and they would influence the government through threats and violence. They saw a second civil war coming, and they wanted to be on the front lines.

They didn't line up to peacefully protest. They lined up to attack the Capitol building and the Capitol Police. They stormed the Capitol grounds and then went inside the building to stop the certification. And when police officers were in their way, they pushed past them, chased them, attacked them, and defied their orders.

Mr. Pattis asked that you follow the rule of law, but the rule of law means that sometimes you don't get your way, and that's what these defendants just refused to accept. Hijacking the word "patriot" doesn't give these defendants the right to take the law into their own hands. Comparing themselves to the founding fathers doesn't legitimize their actions. And claiming to defend the Constitution doesn't change the fact that their actions almost destroyed it.

Everything that the defendants said leading up to January 6 and everything they did that day shows that they agreed to forcibly oppose the electoral certification and then destroyed property and assaulted police on January 6 to accomplish that goal.

Those are crimes, crimes these defendants committed. Find them guilty on all counts.

Thank you.

 1          THE COURT:  Can I have counsel at sidebar for just one

 2    moment.

 3          (Bench conference.)

 4          THE COURT:  What I'm going to do now is give them --

 5    first of all -- the reason for the sidebar is I want to make

 6    sure we are on the same page as to the jurors I will excuse.

 7          They are 11, 12, and 15.  So I'm going to read them the

 8    remaining instructions.  I'm going to tell the two -- 11, 12,

 9    and 15 that they are excused from deliberating, and then I'm

10    going to send them home for the day, and I will give them all

11    the final instructions, including the one you had wanted,

12    Mr. Pattis, about guilty pleas.

13          All right?  Very well.

14          MS. HERNANDEZ:  Your Honor, I also would request a

15    limiting instruction or a curative instruction on a couple of

16    arguments that Ms. Moore made to the jury.

17          THE COURT:  Here's what I will do.  I will hear you on

18    that afterwards.  They're not going to begin deliberating until

19    tomorrow morning anyway.

20          MS. HERNANDEZ:  Thank you.

21          (End of bench conference.)

22          THE COURT:  All right.  Ladies and gentlemen, before I

23    excuse you to deliberate, and actually given the lateness of the

24    hour and the few instructions I will give you, your

25    deliberations will actually begin tomorrow.  But before I excuse

you to deliberate, I want to discuss a few final matters with you.  First, a few additional instructions.

Evaluation of statements.  You have heard evidence about statements made to and by some defendants and other individuals, including social media posts, podcasts, texts, and Telegram messages.  In some instances, I provided you with specific instructions about how you could consider a statement at the time it was introduced.  If I did not provide you with a specific instruction, you may consider other statements as follows:

You may consider statements admitted at trial in order to show that the speaker had a certain motive, intent, knowledge, or state of mind, or if you find that a defendant saw or heard a statement from a person, you may consider a defendant's reaction or lack of reaction to the statement.  You may use this type of evidence as proof that a conspiracy existed if you find that it is relevant to your consideration of whether a conspiracy existed.

However, you may not attribute a statement to a defendant simply because the speaker was a member of the same organization or a part of the same chat groups.

The First Amendment of the United States Constitution protects an individual's right to free speech where that free speech does not pose an imminent risk of violence and is not likely to produce such violence.  You may not find that a

defendant committed a crime or that a conspiracy existed simply because you find that a defendant or other individuals engaged in speech that you may find to be vile, hateful, or offensive.

Guilty pleas. You have heard testimony that certain witnesses, namely Matthew Greene and Jeremy Bertino, pled guilty to certain charges related to January 6. I have already provided you an instruction about your consideration of their testimony.

In addition, the evidence regarding their guilty pleas was admitted for limited purposes related to those witnesses' credibility or those witnesses' acknowledgment of their role in the alleged offense.

You may not use the fact that either witness entered a guilty plea, nor the fact that I accepted those guilty pleas, as evidence of the guilt of any defendant on trial in this case.

Selection of foreperson. When you return to the jury room, you should first select a foreperson to preside over your deliberations and to be your spokesperson here in court.

There are no specific rules regarding whom you should select a foreperson. That is up to you. However, as you go about the task, be mindful of your mission to reach a fair and just verdict based on the evidence. Consider selecting a foreperson who will be able to facilitate your discussions, who can help you organize the evidence, who will encourage civility and mutual respect among all of you, who will invite each juror

1    to speak up regarding his or her views about the evidence, and

2    who will promote a full and fair consideration of that evidence.

3        Cautionary instruction on publicity, communication, and

4    research.  You've heard this one before.  I would like to remind

5    you that in some cases, there may be reports in the newspaper or

6    on the radio, Internet, or television concerning this case.

7        If there should be such media coverage in this case, you

8    may be tempted to read, listen to, or watch it.  You must not

9    read, listen to, or watch such reports because you must decide

10    this case solely on the evidence presented in this courtroom.

11        If any publicity about this trial inadvertently comes to

12    your attention, do not discuss it with each other, with other

13    jurors, or with anyone else.  Just let me or the courtroom

14    deputy know as soon after it happens as you can, and then I will

15    briefly discuss it with you.

16        As you retire to the jury room to deliberate, I also wish

17    to remind you of an instruction I gave you at the beginning of

18    the trial and also I've given you many times since then.

19        During deliberations, you may not communicate with anyone

20    not on the jury about this case.  That includes any electronic

21    communications such as e-mail or text or blogging about the

22    case.

23        In addition -- you may have heard this before as well.  You

24    may not conduct any independent investigation during your

25    deliberations, during the trial, and now, of course, even during

your deliberations.  This means you cannot conduct any research in person, electronically, via the Internet, or any other way.

Communication between the Court and the jury during the jury's deliberations.  If it becomes necessary during your deliberations to communicate with me, you may send a note by the clerk or marshal signed by your foreperson or by one or more members of the jury.

No member of the jury should try to communicate with me except by such a signed note, and I will never communicate with any member of the jury on any matter concerning the merits of this case except in writing or orally here in open court.

Bear in mind that you are never under any circumstances to reveal to any person, not the clerk, not the marshal, or not to me, how jurors are voting until after you have reached a unanimous verdict.  This means that you should never tell me in writing or open court how the jury is divided on any matter, for example 6 to 6 or 7 to 5 or 11 to 1 or in any other fashion, whether the vote is for conviction or acquittal or on any other issue in the case.

Let me state that again.  This means you should never tell me in writing or in open court how the jury is divided on any matter, for example 6 to 6 or 7 to 5 or 11 to 1 or in any other fashion, whether the vote is for conviction or acquittal or on any other issue in the case.

Attitude and conduct of jurors in deliberations.  The

attitude and conduct of jurors at the beginning of their

deliberations on matters of considerable importance.  It may not

be useful for a juror, upon entering the jury room, to voice a

strong expression of an opinion on the case or to renounce a

determination to stand for a certain verdict.

When one does that at the outset, a sense of pride may

cause that juror to hesitate to back away from an unannounced

position after a discussion of the case.

Furthermore, many jurors find it useful to avoid an initial

vote upon retiring to the jury room.  Calmly reviewing and

discussing the case at the beginning of deliberations is often a

more useful way to proceed.

Remember that you are not partisans or advocates in this

matter, but you are judges of the facts.

Possible punishment not relevant.  The question of possible

punishment of the defendants in the event of a conviction or

convictions is not a concern of yours and should not enter into

or influence your deliberations in any way.  The duty of

imposing a sentence in the event of a conviction rests

exclusively with me.

Your verdict should be based solely on the evidence in this

case, and you should not consider the matter of punishment at

all.

Exhibits during deliberations.  I will be sending into the

jury room with you exhibits that have been admitted into

evidence.  You may examine any or all of them as you consider

your verdicts.  Please keep in mind that exhibits that were only

marked for identification but were not admitted into evidence

will not be given to you to examine or consider in reaching your

verdict.

And if you wish to see or hear portions of the video or

audio recordings that I have admitted into evidence, you will

have those exhibits available to you for deliberations.

Notetaking by jurors.  During the trial, I have permitted

those jurors who wanted to do so to take notes.  You may take

your notes with you to the jury room and use them to aid you in

your deliberations if you wish.  As I indicated to you in the

beginning of the trial, the notes are only to be an aid to your

memory.  They are not evidence in the case, and they should not

replace your own memory of the evidence.

Those jurors who have not taken notes should rely on their

own memory of the evidence.  The notes are intended to be for

the notetaker's own personal use.

Verdict form explanation.  You will be provided with a

verdict form for use when you have concluded your deliberations.

The form is not evidence in the case, and nothing in it should

be taken to suggest or convey any opinion by me as to what your

verdict should be.  Nothing in the form replaces the

instructions of law I have already given you, and nothing in it

replaces or modifies the instructions about the elements which

the government must prove beyond a reasonable doubt.  The form
is only meant to assist you in recording your verdict.

Delivering the verdict.  When you have reached your
verdict, just send me a note telling me you have reached your
verdict and have your foreperson sign the note.  Do not tell me
what your verdict is.  The foreperson should fill out and sign
the verdict form that will be provided.  We will then call you
into the courtroom and ask you for your verdict in open court.

Excusing alternate jurors.  The last thing I must do before
you begin your deliberations is to excuse the alternate jurors.
As it turns out, given where it is in the day, I will be
excusing you all at the same time today.  But I will have to
excuse from further deliberation alternate jurors.

As I told you before, the selection of alternates was an
entirely random process.  It's nothing personal.  We selected
alternate seats before any of you even entered the courtroom.
So I will now let you know that the jurors that will be excused
are sitting in seats 11, 12, and 15.

Before we leave, I'm going to ask those sitting in seats
11, 12, and 15 to tear out -- the instructions say to tear out a
page from your notebook and write down your name and daytime
phone number and provide it to Ms. Harris.  She may already have
contact information for you, given how long our case has been.
But she needs to be able to contact you.

I do this because it is possible, although unlikely, that

1    we will need to summon you back to rejoin the jury in case

2    something happens to happen to a regular juror during

3    deliberations.  Since that possibility exists, I'm going to

4    instruct you, those seated in seats 11, 12, and 15, not to

5    discuss the case with anyone until we call you.

6         My earlier instructions on use of the Internet still apply.

7    Do not research the case.  Do not communicate about it on the

8    Internet.  Do not do any independent investigation.  In all

9    likelihood, we will be calling you to tell you there will be a

10   verdict, and then you're free to discuss the case.  There is,

11   however, the small chance that we might have to bring you back

12   to be on the jury.  So please adhere to those instructions until

13   we call you.

14        Thank you very much for your service, and Ms. Harris will

15   excuse you on your way out.

16        So, ladies and gentlemen, that is all for today.  We will

17   see you back here at 9:00 tomorrow when you will be able to

18   begin your deliberations.

19        (Jury exited courtroom.)

20        THE COURT:  All right.  You all may be seated.

21        So how we will proceed going forward is they will

22   deliberate from 9:00 to 5:00 each day.  And I will ask counsel

23   to be on call, to be able to be here in 15 minutes if we get a

24   note.  We'll see how that goes.

25        I do plan to bring them in -- given the importance, I

think, of the instructions that I've given them almost every day when they've left the courtroom, what I plan to do is just bring them in every day at 5:00 at the end of the day and reinstruct them to avoid publicity, don't do any research, et cetera, and then dismiss them out and dismiss you all.

I've had plenty of cases where the parties actually don't -- obviously, it'll all be recorded. I've had cases where not every defendant was represented or even cases where the parties just didn't care, that I would just reinstruct them and that was it. Obviously, if you all want to be here, you may be here. But I'm just going to simply instruct them, give them the nightly instructions at 5:00 every night and send them home.

MR. PATTIS: You do not intend to bring them in at 9:00, into the courtroom, I should say?

THE COURT: In the morning, no, unless anyone wants to argue --

MR. PATTIS: No. Just trying to figure out where I'm going to be tomorrow morning at 9:00.

THE COURT: Now, tomorrow, I know you all may have an argument about some sort of curative instruction you want. That may be -- I will hear you first thing tomorrow on that, and if you all feel -- if I agree with you, then -- so tomorrow may be an exception.

But after tomorrow, no, and they will just begin deliberating at 9:00 when they get in and begin without coming

1     into the courtroom.

2          Let's see.

3          MR. SMITH:  Your Honor, on that last point, if we're

4     going to argue or the Court will hear us on arguments for a

5     mistrial and curative instructions, should we file them in

6     writing, or should we just raise them with the Court tomorrow

7     morning?

8          THE COURT:  We'll treat it as if you would like to

9     file something as opposed to provide it on e-mail.  I think

10    either way would be fine, but giving me a heads-up and, frankly,

11    the government a heads-up so they can be prepared to argue in

12    the other direction, I think, would make sense.

13         MS. HERNANDEZ:  Your Honor, just scheduling wise, I

14    have a proceeding before Judge Friedrich on Thursday, which may

15    take more than 15 minutes.

16         THE COURT:  Again, I guess all the caveats apply, that

17    a trial supersedes other matters, and you will be here within 15

18    minutes, I take that to mean.

19         Ms. Harris reminds me to tell you, the jurors will take

20    lunch from 12:30 to 1:30 every day.  So you will know you don't

21    have to be here during that time.  If we haven't reached out to

22    you by 12:30, you know you won't have to be here until after

23    1:30 or 1:45 or so.

24         Let's see.  The only other thing is -- well, does any other

25    party want to be heard -- let me just see.  Does any other party

1   need to be heard on anything this evening?

2       MR. KENERSON:  Your Honor, just one other quick

3   scheduling question.  Will the jury be deliberating full days on

4   Fridays?

5       THE COURT:  You have reminded me of one other

6   important point that I wanted to mention.  There is a -- so I

7   think the answer is yes, but at least getting through this week,

8   there is a juror that has a conflict.  So I'm glad you mentioned

9   this.  There is a juror who cannot be in until 1:00 on Friday.

10      Ms. Harris, am I remembering that correctly?  Okay.

11      Until 1:00 on Friday.  So they will sit tomorrow.  They

12  will sit Thursday.  And they will not be able to sit until 1:00

13  this Friday.  As we -- I don't know why -- and I don't know why

14  they wouldn't sit and deliberate on Fridays.  I think they

15  should.  There may be other appointments they have to work

16  around that we'll have to work around anyway, but my inclination

17  is to have them deliberate on Fridays.

18      MS. HERNANDEZ:  Your Honor, you do let them decide the

19  schedule?  I know a lot of judges, if they want to come in at

20  9:00 or they want to come in at 10:00 or whatever, if they want

21  to sit 10:00 to 5:00 or 9:00 to 4:00 or whatever.

22      THE COURT:  Right.  What's the government's view of

23  that?  I think they've heard all this evidence.  My inclination

24  is unless they come to me and say we can't make it in at 9:00,

25  they should just begin at 9:00 every day unless I hear anything

1    differently.

2         Does the government want to be heard on that in any way?

3         MR. KENERSON:  Just briefly.  I think we agree it

4    should be 9:00 to 5:00 daily.  If they have an issue with that,

5    they can bring it to the Court's attention.

6         THE COURT:  Right.  And look, we will see as we get

7    further along what their schedule -- as I said, they may well

8    have, as we've seen, because things have gone on so long, they

9    have had, you know, doctors' appointments and other matters that

10   we've had to work around.  They may well have those same issues

11   to work around.

12        Yes, Mr. Hull.

13        MR. HULL:  Your Honor, just so I'm clear, we will, if

14   applicable, go from 1:00 until 5:00 with jury deliberations on

15   Friday; is that what you just said?

16        THE COURT:  On this Friday, it will be 1:00 to 5:00.

17        MR. HULL:  Just a heads-up that -- along the lines of

18   Ms. Hernandez, I have a matter that I've been putting off for a

19   long time at 4:00 that day, a status conference.  This takes

20   priority, but I just want to alert you to that, and I will do

21   what I need to do on that.

22        THE COURT:  Okay.  Very well.

23        Anything further, then?  So I will see you all -- I will

24   have Ms. Harris just let them know when they come in at 9:00 to

25   hold off on beginning deliberations.  I'll hear you all, and

1    then I'll decide if there's any additional instruction.  I will

2    give it to them, and we'll proceed.

3        So I will see everyone tomorrow.  We will be in recess

4    until tomorrow at 9:00.

5        (Proceedings adjourned at 5:09 p.m.)

CERTIFICATE OF OFFICIAL COURT REPORTER

I, Sara A. Wick, certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

/s/ Sara A. Wick _____          April 26, 2023 _____

SIGNATURE OF COURT REPORTER          DATE

# #

**#J20** [1] - 20198:25

# $

**$1,000** [1] - 20203:25
**$500** [1] - 20130:8

# '

**'20s** [1] - 20107:20
**'30s** [1] - 20107:20

# /

**/s** [1] - 20234:8

# 0

**06511** [1] - 20098:6

# 1

**1** [6] - 20125:9,
  20130:1, 20189:10,
  20189:11, 20224:17,
  20224:22
**1.4** [1] - 20130:8
**10** [1] - 20177:24
**10-A** [2] - 20133:3
**10-minute** [1] -
  20144:15
**10-year** [1] - 20179:7
**10010** [1] - 20097:24
**10016** [1] - 20098:17
**1014** [1] - 20098:13
**10:00** [3] - 20124:14,
  20231:20, 20231:21
**11** [8] - 20189:9,
  20220:7, 20220:8,
  20224:17, 20224:22,
  20227:18, 20227:20,
  20228:4
**11-B** [1] - 20187:18
**11-C** [1] - 20188:14
**11201** [1] - 20097:20
**1123** [1] - 20097:23
**113** [1] - 20098:18
**12** [8] - 20162:10,
  20171:7, 20199:2,
  20220:7, 20220:8,
  20227:18, 20227:20,
  20228:4
**12/30** [1] - 20134:2
**12:30** [2] - 20230:20,
  20230:22
**12:50** [1] - 20164:18
**12th** [2] - 20179:15,
  20203:4

**1301** [1] - 20097:17
**1420** [1] - 20098:3
**14th** [1] - 20107:1
**15** [9] - 20189:9,
  20220:7, 20220:9,
  20227:18, 20227:20,
  20228:4, 20228:23,
  20230:15, 20230:17
**153rd** [1] - 20098:10
**16th** [1] - 20107:2
**1776** [10] - 20101:2,
  20132:23, 20156:2,
  20182:21, 20185:5,
  20185:20, 20186:5,
  20186:9, 20208:4,
  20208:23
**17th** [1] - 20107:2
**18** [1] - 20137:23
**1830s** [1] - 20103:2
**1998** [1] - 20196:15
**1:00** [8] - 20186:1,
  20186:3, 20186:17,
  20231:9, 20231:11,
  20231:12, 20232:14,
  20232:16
**1:30** [2] - 20230:20,
  20230:23
**1:32** [1] - 20097:7
**1:45** [1] - 20230:23

# 2

**2** [1] - 20130:1
**20** [2] - 20177:23,
  20179:8
**20-year** [1] - 20178:15
**200** [3] - 20101:23,
  20131:10, 20145:23
**20001** [1] - 20098:22
**20005** [2] - 20097:18,
  20098:3
**2004** [1] - 20110:24
**20100** [1] - 20099:3
**2012** [1] - 20111:6
**2015** [1] - 20106:6
**20151** [1] - 20099:4
**2016** [2] - 20106:4,
  20139:12
**202-354-3284** [1] -
  20098:23
**2020** [13] - 20106:2,
  20106:15, 20106:16,
  20106:18, 20107:3,
  20107:4, 20112:10,
  20117:3, 20119:8,
  20123:4, 20143:7,
  20151:24, 20163:18
**2021** [2] - 20116:16,
  20157:20
**2023** [2] - 20097:7,

20234:8
**20579** [1] - 20097:15
**20777** [1] - 20098:8
**209** [1] - 20098:11
**20th** [2] - 20103:25,
  20139:19
**21** [1] - 20137:25
**21-175** [2] - 20100:5,
  20147:1
**21-cr-175** [1] -
  20097:3
**21st** [1] - 20133:13
**25** [1] - 20097:7
**26** [1] - 20234:8
**271** [1] - 20097:20
**29** [1] - 20141:22
**2:48** [1] - 20146:23

# 3

**3** [5] - 20130:1,
  20132:19, 20135:14,
  20135:23, 20204:12
**30** [2] - 20208:12,
  20208:13
**301** [2] - 20125:17,
  20125:18
**33012** [1] - 20098:14
**33014** [1] - 20098:11
**333** [1] - 20098:21
**35** [1] - 20125:5
**383** [1] - 20098:5
**3:03** [1] - 20146:23

# 4

**4** [5] - 20130:2,
  20193:6, 20204:15,
  20206:1, 20206:4
**40** [3] - 20125:5,
  20137:6, 20164:16
**400** [1] - 20107:12
**403** [1] - 20212:22
**4704-B** [1] - 20098:22
**49th** [1] - 20098:13
**4:00** [2] - 20231:21,
  20232:19
**4th** [1] - 20187:11

# 5

**5** [2] - 20224:17,
  20224:22
**50** [1] - 20102:12
**59047** [1] - 20098:19
**5:00** [7] - 20228:22,
  20229:3, 20229:12,
  20231:21, 20232:4,
  20232:14, 20232:16
**5:09** [1] - 20233:5

**5th** [1] - 20208:9

# 6

**6** [75] - 20116:15,
  20118:10, 20119:2,
  20122:9, 20122:10,
  20126:24, 20131:7,
  20131:19, 20142:23,
  20142:24, 20143:8,
  20155:1, 20157:20,
  20160:14, 20162:14,
  20163:24, 20164:3,
  20171:6, 20174:2,
  20174:4, 20174:9,
  20176:13, 20177:13,
  20181:17, 20182:7,
  20182:12, 20185:24,
  20186:1, 20186:11,
  20186:16, 20187:6,
  20187:8, 20187:13,
  20187:15, 20189:7,
  20189:11, 20190:24,
  20192:17, 20192:25,
  20193:20, 20194:11,
  20194:15, 20195:12,
  20195:19, 20198:23,
  20202:11, 20203:6,
  20205:4, 20205:6,
  20205:8, 20206:4,
  20207:11, 20207:14,
  20207:20, 20207:23,
  20208:12, 20208:16,
  20208:19, 20209:11,
  20209:16, 20209:18,
  20212:10, 20212:12,
  20212:16, 20214:24,
  20215:5, 20216:20,
  20219:18, 20219:21,
  20222:6, 20224:17,
  20224:22
**6-foot** [2] - 20204:16,
  20205:3
**601** [1] - 20097:14
**6175** [1] - 20098:10
**6:00** [2] - 20123:20,
  20134:13

# 7

**7** [3] - 20189:9,
  20224:17, 20224:22
**70** [2] - 20115:3,
  20115:5
**700** [1] - 20097:17
**7166** [1] - 20098:8

# 8

**8** [1] - 20189:9
**82nd** [2] - 20110:25,

20111:1

# 9

**9** [1] - 20111:9
**909** [1] - 20097:23
**97** [1] - 20132:13
**99** [1] - 20098:16
**9:00** [12] - 20228:17,
  20228:22, 20229:14,
  20229:18, 20229:25,
  20231:20, 20231:21,
  20231:24, 20231:25,
  20232:4, 20232:24,
  20233:4

# A

**A,J** [1] - 20172:22
**Aaron** [4] - 20174:6,
  20174:16, 20175:20,
  20176:3
**aberration** [2] -
  20139:15, 20142:24
**abetting** [4] -
  20140:24, 20141:10,
  20141:18, 20215:22
**able** [11] - 20101:7,
  20140:16, 20154:22,
  20184:20, 20199:3,
  20213:23, 20222:23,
  20227:24, 20228:17,
  20228:23, 20231:12
**above-entitled** [1] -
  20234:5
**absentee** [2] -
  20114:12, 20114:15
**absolute** [1] -
  20211:13
**absolutely** [6] -
  20163:12, 20192:25,
  20203:21, 20207:9,
  20213:5, 20214:22
**absolve** [5] -
  20209:24, 20210:7,
  20210:8, 20211:6,
  20211:13
**absolved** [1] -
  20207:13
**abused** [1] - 20108:5
**accelerate** [1] -
  20134:14
**accept** [1] - 20219:12
**acceptable** [1] -
  20147:11
**accepted** [1] -
  20222:14
**access** [6] - 20158:9,
  20168:17, 20183:8,
  20185:21, 20190:4,

20193:4
**accessory** [1] -
    20141:19
**accident** [1] -
    20190:16
**accomplice** [1] -
    20177:4
**accomplish** [3] -
    20163:5, 20163:22,
    20219:21
**according** [1] -
    20137:1
**account** [1] -
    20208:22
**accountable** [2] -
    20138:16, 20209:18
**accurate** [2] -
    20147:20, 20148:1
**accused** [1] -
    20110:19
**achievement** [1] -
    20197:23
**achieving** [1] -
    20195:21
**acknowledgment** [1] -
    20222:11
**acquaintances** [1] -
    20102:1
**acquiescence** [1] -
    20137:25
**acquit** [3] - 20138:19,
    20139:25, 20142:21
**acquittal** [4] -
    20104:9, 20142:18,
    20224:18, 20224:23
**Act** [1] - 20124:25
**act** [7] - 20136:12,
    20136:24, 20162:21,
    20162:23, 20170:23,
    20173:1
**acted** [5] - 20130:15,
    20162:13, 20164:11,
    20186:11
**acting** [4] - 20137:1,
    20140:6, 20214:15,
    20214:18
**action** [5] - 20100:25,
    20118:11, 20118:13,
    20126:20, 20161:7
**actions** [14] -
    20132:21, 20141:24,
    20172:10, 20176:8,
    20198:4, 20204:7,
    20209:2, 20213:3,
    20218:21, 20219:15,
    20219:17
**actively** [1] - 20207:22
**actual** [2] - 20139:9,
    20151:15
**add** [1] - 20147:4

**addition** [4] - 20172:2,
    20176:12, 20222:9,
    20223:23
**additional** [3] -
    20121:25, 20221:2,
    20233:1
**address** [1] - 20153:5
**addresses** [1] -
    20149:12
**adhere** [1] - 20228:12
**adjourned** [1] -
    20233:5
**adjust** [1] - 20118:6
**admire** [1] - 20105:18
**admired** [1] -
    20133:23
**admissions** [1] -
    20117:21
**admitted** [9] -
    20147:6, 20150:16,
    20150:18, 20215:4,
    20221:11, 20222:10,
    20225:25, 20226:3,
    20226:7
**adopting** [1] - 20113:4
**adults** [1] - 20138:24
**advance** [3] -
    20162:12, 20209:15,
    20212:21
**advanced** [1] -
    20114:19
**advantage** [2] -
    20107:23, 20206:10
**advice** [1] - 20198:1
**advocacy** [1] -
    20218:24
**advocates** [1] -
    20225:13
**Afghanistan** [3] -
    20111:2, 20111:3,
    20129:13
**afraid** [2] - 20107:10,
    20121:24
**aftermath** [1] -
    20107:21
**AFTERNOON** [1] -
    20097:10
**afternoon** [1] -
    20208:16
**afterwards** [3] -
    20128:25, 20178:23,
    20220:18
**age** [1] - 20101:22
**agency** [1] - 20193:7
**agent** [2] - 20184:16
**agents** [1] - 20132:15
**ages** [1] - 20101:22
**aggressive** [2] -
    20202:17, 20202:21
**aggressor** [1] -

20215:11
**ago** [2] - 20101:23,
    20102:12
**agonized** [1] -
    20139:13
**agrarian** [1] -
    20139:17
**agree** [12] - 20118:16,
    20146:12, 20160:21,
    20161:2, 20173:23,
    20195:8, 20202:18,
    20211:1, 20211:12,
    20211:14, 20229:22,
    20232:3
**agreed** [20] - 20130:8,
    20151:25, 20153:11,
    20154:6, 20161:19,
    20162:15, 20163:17,
    20163:23, 20164:12,
    20170:19, 20171:5,
    20176:24, 20177:10,
    20180:20, 20192:15,
    20195:22, 20207:17,
    20207:23, 20208:20,
    20219:19
**agreement** [24] -
    20118:12, 20118:13,
    20118:21, 20130:25,
    20132:2, 20137:24,
    20154:7, 20162:1,
    20162:8, 20162:18,
    20162:24, 20162:25,
    20163:14, 20163:15,
    20163:19, 20170:21,
    20173:17, 20176:7,
    20177:21, 20195:11,
    20195:12, 20195:14,
    20195:18, 20199:20
**agreements** [2] -
    20130:6, 20130:7
**aground** [1] - 20146:4
**ahead** [2] - 20110:6,
    20119:7
**aid** [2] - 20226:11,
    20226:13
**Aid** [1] - 20104:10
**aided** [1] - 20098:25
**aiding** [4] - 20140:24,
    20141:10, 20141:18,
    20215:22
**aids** [1] - 20141:19
**aiming** [1] - 20217:16
**ain't** [1] - 20196:7
**air** [2] - 20102:13,
    20102:14
**Airborne** [2] -
    20110:25, 20111:1
**al** [2] - 20100:6,
    20147:2
**Aladdin** [1] - 20108:11

**alarm** [9] - 20158:25,
    20159:10, 20165:20,
    20165:23, 20165:24,
    20166:3, 20166:24,
    20167:3, 20206:12
**alarms** [2] - 20158:24,
    20165:19
**alert** [1] - 20232:20
**alike** [1] - 20105:23
**alive** [6] - 20104:5,
    20134:15, 20134:23,
    20143:25, 20144:2,
    20144:3
**all-out** [1] - 20180:4
**allege** [1] - 20166:20
**alleged** [1] - 20222:12
**allegiances** [1] -
    20176:5
**allowed** [5] - 20146:8,
    20166:13, 20189:12,
    20190:1, 20211:19
**Almighty** [1] -
    20104:16
**almost** [4] - 20104:8,
    20116:15, 20219:17,
    20229:1
**alone** [3] - 20152:3,
    20182:8, 20192:4
**alongside** [1] -
    20156:14
**alternate** [4] -
    20227:9, 20227:10,
    20227:13, 20227:16
**alternates** [1] -
    20227:14
**amazing** [2] -
    20101:23, 20173:12
**Amendment** [10] -
    20109:5, 20112:6,
    20117:20, 20119:3,
    20123:15, 20153:16,
    20154:4, 20188:19,
    20188:20, 20221:22
**America** [11] -
    20100:5, 20103:4,
    20103:10, 20104:20,
    20108:7, 20136:19,
    20136:20, 20136:23,
    20147:1, 20188:18,
    20189:4
**AMERICA** [1] -
    20097:3
**American** [4] -
    20104:1, 20126:1,
    20126:7, 20157:10
**amount** [2] -
    20006:16, 20176:16
**amounts** [1] - 20151:2
**anecdote** [1] -
    20143:16

**anger** [5] - 20152:9,
    20154:23, 20154:24,
    20155:20, 20214:18
**angrily** [1] - 20203:19
**angry** [12] - 20114:4,
    20114:5, 20153:22,
    20153:24, 20156:9,
    20163:6, 20180:2,
    20200:11, 20203:5,
    20218:19
**Anna** [1] - 20105:22
**annotated** [1] -
    20135:13
**announced** [1] -
    20106:7
**answer** [2] - 20120:22,
    20231:7
**answers** [1] -
    20143:21
**anti** [2] - 20112:11,
    20134:4
**anti-Semitic** [1] -
    20134:4
**anti-Trump** [1] -
    20112:11
**Antifa** [16] - 20108:2,
    20108:3, 20112:5,
    20114:5, 20119:10,
    20120:1, 20127:4,
    20127:5, 20127:9,
    20138:8, 20162:11,
    20191:4, 20191:5
**Antifa's** [1] - 20196:7
**antiquated** [1] -
    20117:17
**antiquities** [1] -
    20175:22
**anyhow** [1] - 20103:13
**anyway** [3] -
    20167:19, 20220:19,
    20231:16
**ape** [1] - 20156:21
**apologize** [1] -
    20133:6
**appeal** [2] - 20126:2,
    20126:5
**appear** [2] - 20109:21,
    20205:6
**APPEARANCES** [2] -
    20097:12, 20098:1
**apple** [1] - 20119:18
**applicable** [2] -
    20149:21, 20232:14
**applies** [4] - 20142:16,
    20148:22, 20173:16,
    20199:19
**apply** [11] - 20101:19,
    20104:7, 20109:7,
    20109:9, 20142:11,
    20142:20, 20147:10,

20149:4, 20228:6, 20230:16

**applying** [1] - 20205:9

**appointments** [2] - 20231:15, 20232:9

**appreciate** [1] - 20195:10

**Apprentice** [1] - 20106:8

**apprenticed** [1] - 20106:9

**approach** [1] - 20168:10

**appropriate** [3] - 20145:10, 20149:1, 20149:22

**approval** [1] - 20208:3

**April** [2] - 20097:7, 20234:8

**arc** [1] - 20139:21

**Architect** [1] - 20204:12

**area** [12] - 20127:2, 20127:12, 20128:4, 20128:9, 20129:13, 20158:9, 20158:25, 20189:9, 20189:10, 20189:11, 20190:5

**areas** [1] - 20189:9

**argue** [19] - 20141:7, 20141:10, 20142:16, 20145:5, 20148:14, 20157:23, 20167:20, 20168:2, 20184:20, 20185:17, 20198:17, 20205:7, 20205:11, 20210:11, 20211:14, 20229:16, 20230:4, 20230:11

**argued** [7] - 20141:2, 20148:24, 20154:9, 20166:17, 20185:1, 20195:5, 20210:9

**arguing** [5] - 20109:12, 20146:6, 20161:15, 20205:5, 20206:4

**argument** [38] - 20100:15, 20104:12, 20105:8, 20116:3, 20140:13, 20146:14, 20148:13, 20148:23, 20148:24, 20149:3, 20150:23, 20150:25, 20156:18, 20164:7, 20164:8, 20165:15, 20166:8, 20167:11, 20167:17, 20178:24, 20179:3, 20179:12, 20193:24,

20198:13, 20200:24, 20205:9, 20206:3, 20206:5, 20211:10, 20211:20, 20211:22, 20211:25, 20212:1, 20214:14, 20229:20

**Arguments** [2] - 20099:3, 20099:4

**arguments** [13] - 20125:12, 20126:13, 20147:14, 20148:22, 20151:8, 20151:13, 20151:17, 20153:5, 20176:18, 20200:22, 20211:16, 20220:16, 20230:4

**Arizona** [1] - 20133:5

**arms** [1] - 20108:1

**Army** [2] - 20110:23

**army** [1] - 20131:4

**arrest** [3] - 20203:5, 20208:8, 20209:5

**arrested** [5] - 20108:19, 20124:9, 20154:17, 20187:11, 20193:6

**arrival** [1] - 20164:22

**aside** [1] - 20187:16

**assault** [3] - 20194:7, 20199:23, 20200:14

**assaulted** [4] - 20199:24, 20200:1, 20214:25, 20219:21

**assaulting** [1] - 20217:7

**assemble** [1] - 20127:1

**assert** [1] - 20119:5

**assigned** [1] - 20111:1

**assist** [1] - 20227:2

**assists** [1] - 20141:20

**associate** [1] - 20112:7

**associated** [7] - 20119:10, 20182:22, 20183:6, 20183:12, 20183:17, 20184:4, 20188:15

**association** [1] - 20109:21

**assume** [1] - 20116:21

**astray** [1] - 20124:10

**Athens** [1] - 20106:24

**attached** [1] - 20116:24

**attack** [13] - 20112:3, 20116:1, 20116:3, 20116:4, 20116:5, 20168:13, 20194:6,

20195:2, 20215:10, 20217:8, 20217:10, 20219:5

**attacked** [10] - 20162:10, 20190:11, 20196:4, 20196:10, 20199:1, 20214:11, 20214:17, 20216:9, 20217:1, 20219:8

**attacking** [6] - 20154:2, 20191:8, 20191:21, 20196:17, 20214:8, 20217:14

**attempt** [4] - 20141:1, 20141:11, 20142:13

**attempts** [1] - 20175:24

**attend** [3] - 20124:5, 20124:6, 20187:15

**attending** [1] - 20189:2

**attention** [6] - 20125:12, 20131:4, 20152:25, 20203:9, 20223:12, 20232:5

**attitude** [2] - 20224:25, 20225:1

**Attorney's** [2] - 20097:14, 20097:19

**attract** [1] - 20202:22

**attribute** [1] - 20221:19

**audio** [1] - 20226:7

**Audio** [1] - 20216:10

**AUSA** [3] - 20097:13, 20097:13, 20097:19

**author** [1] - 20102:9

**authority** [4] - 20122:1, 20122:3, 20122:4, 20135:18

**available** [1] - 20226:8

**Avenue** [3] - 20097:17, 20098:16, 20098:21

**avenues** [1] - 20157:16

**avoid** [3] - 20106:19, 20225:9, 20229:4

**avoiding** [1] - 20149:16

**awarded** [1] - 20111:4

**aware** [2] - 20180:25, 20185:16

**awareness** [2] - 20121:6, 20138:22

**B**

**B.C** [1] - 20106:24

**backed** [2] - 20181:18,

20182:4

**bad** [6] - 20110:21, 20131:20, 20142:14, 20174:14, 20191:8, 20196:8

**badge** [1] - 20121:23

**baffle** [1] - 20131:25

**bag** [1] - 20118:25

**bait** [1] - 20108:2

**baited** [2] - 20112:12, 20113:4

**balance** [2] - 20132:20, 20142:9

**ball** [1] - 20153:2

**ballgame** [1] - 20118:15

**ballots** [3] - 20114:12, 20114:15

**balls** [1] - 20217:13

**Baltimore** [1] - 20170:15

**banana** [1] - 20133:9

**band** [2] - 20131:4, 20199:11

**bangs** [2] - 20139:21, 20214:24

**banners** [2] - 20125:21, 20125:23

**bar** [1] - 20129:14

**barely** [1] - 20112:11

**bargained** [1] - 20107:14

**barricade** [3] - 20154:2, 20158:13

**barricades** [6] - 20174:23, 20189:18, 20195:25, 20203:18, 20216:4, 20226:17

**barrier** [1] - 20168:7

**barriers** [2] - 20216:5, 20217:4

**base** [1] - 20168:17

**baseball** [1] - 20207:7

**based** [16] - 20136:1, 20136:2, 20138:4, 20146:9, 20163:8, 20178:24, 20179:12, 20179:25, 20195:23, 20202:11, 20205:20, 20206:14, 20207:18, 20218:22, 20222:22, 20225:21

**basement** [1] - 20112:11

**bashed** [2] - 20215:19, 20218:10

**basic** [1] - 20110:24

**basis** [1] - 20224:22

**basketball** [1] - 20143:22

**battle** [1] - 20157:14

**battling** [1] - 20194:25

**bear** [2] - 20182:8, 20224:12

**bearing** [1] - 20195:15

**beat** [6] - 20108:12, 20117:3, 20191:4, 20191:10, 20191:19, 20191:23

**beaten** [1] - 20108:15

**beating** [1] - 20192:6

**beautiful** [1] - 20131:11

**beauty** [1] - 20139:10

**became** [4] - 20106:8, 20110:25, 20129:16, 20176:3

**become** [14] - 20102:1, 20102:3, 20102:5, 20103:13, 20103:20, 20108:17, 20110:2, 20120:10, 20128:2, 20134:10, 20137:1, 20137:2, 20177:9

**becomes** [2] - 20106:17, 20224:4

**becoming** [2] - 20120:2, 20155:23

**BEFORE** [2] - 20097:1, 20097:10

**began** [8] - 20101:25, 20105:21, 20106:1, 20106:18, 20124:22, 20144:7, 20158:19, 20171:20

**begin** [12] - 20106:2, 20127:24, 20135:17, 20171:17, 20220:18, 20220:25, 20227:10, 20228:18, 20229:24, 20229:25, 20231:25

**beginning** [7] - 20127:1, 20162:17, 20223:17, 20225:1, 20225:11, 20226:13, 20232:25

**begins** [1] - 20105:22

**behalf** [2] - 20115:15, 20199:3

**behavior** [1] - 20119:16

**behind** [3] - 20132:21, 20142:7, 20203:18

**behold** [1] - 20143:12

**belief** [1] - 20148:21

**believable** [1] - 20175:4

**believer** [1] - 20115:8

**believes** [1] - 20118:3

**bell** [1] - 20128:23
**belong** [1] - 20118:4
**bench** [13] - 20105:10, 20168:4, 20170:8, 20179:13, 20185:18, 20187:21, 20188:12, 20192:1, 20198:19, 20202:9, 20206:7, 20212:9, 20220:21
**Bench** [10] - 20165:10, 20169:1, 20178:7, 20183:4, 20191:16, 20198:7, 20200:19, 20204:21, 20210:6, 20220:3
**beneficial** [1] - 20193:14
**benefit** [1] - 20215:6
**bent** [2] - 20130:11
**Bertino** [44] - 20107:24, 20107:25, 20115:8, 20115:13, 20116:12, 20119:21, 20119:25, 20132:23, 20151:23, 20163:5, 20176:12, 20176:19, 20176:23, 20177:1, 20177:4, 20177:6, 20177:12, 20177:16, 20179:14, 20179:16, 20179:17, 20179:19, 20179:20, 20179:23, 20180:7, 20180:8, 20180:13, 20180:19, 20180:21, 20180:24, 20181:2, 20181:5, 20181:13, 20181:18, 20181:19, 20181:23, 20182:2, 20182:17, 20182:18, 20186:20, 20195:16, 20208:8, 20222:5
**Bertino's** [2] - 20177:21, 20208:13
**best** [1] - 20216:19
**bestseller** [2] - 20132:12, 20132:24
**better** [3] - 20173:13, 20187:1, 20196:6
**between** [11] - 20106:24, 20112:25, 20119:9, 20122:3, 20138:7, 20152:8, 20157:14, 20168:7, 20183:24, 20224:3
**beyond** [5] - 20135:22, 20139:4, 20153:19, 20201:25, 20227:1
**Biden** [7] - 20112:10,

20112:25, 20115:14, 20116:14, 20155:22, 20157:2, 20181:3
**big** [5] - 20140:15, 20146:1, 20152:12, 20166:19, 20166:21
**Biggs** [64] - 20098:2, 20100:15, 20103:10, 20110:17, 20110:22, 20111:6, 20123:24, 20126:14, 20126:16, 20127:4, 20127:10, 20128:16, 20136:13, 20136:19, 20138:7, 20141:5, 20142:2, 20143:12, 20152:11, 20155:14, 20156:5, 20156:14, 20156:22, 20157:24, 20158:12, 20158:19, 20158:25, 20159:9, 20159:22, 20159:23, 20160:4, 20164:13, 20164:21, 20164:24, 20168:6, 20168:8, 20168:13, 20168:18, 20168:22, 20171:12, 20171:15, 20171:25, 20172:2, 20172:11, 20172:15, 20176:20, 20186:2, 20193:2, 20199:4, 20200:2, 20202:21, 20203:21, 20203:23, 20204:2, 20204:6, 20204:13, 20204:20, 20208:11, 20208:14, 20208:15, 20208:17, 20213:10, 20213:22
**biggs** [1] - 20157:12
**BIGGS** [1] - 20097:6
**Biggs**..................... [1] - 20099:3
**bike** [4] - 20158:8, 20158:10, 20190:4, 20190:7
**Bill** [1] - 20137:20
**bird** [3] - 20143:25, 20144:2, 20144:3
**bit** [8] - 20108:11, 20116:1, 20128:11, 20134:12, 20134:17, 20141:12, 20192:20, 20193:13
**black** [17] - 20134:5, 20148:12, 20152:12, 20168:7, 20172:11, 20182:13, 20193:25, 20194:13, 20194:14, 20200:2, 20203:22, 20203:25, 20207:6,

20212:25, 20216:7
**Black** [3] - 20107:1, 20119:10, 20123:3
**black-rimmed** [1] - 20194:13
**blank** [2] - 20136:14, 20154:19
**blanket** [1] - 20210:8
**blared** [2] - 20158:24, 20206:12
**blaring** [5] - 20165:23, 20165:24, 20166:3, 20166:24, 20167:3
**bled** [2] - 20101:5, 20135:2
**blessed** [1] - 20111:19
**blessing** [2] - 20103:12, 20129:4
**Block** [2] - 20173:24, 20174:6
**blockbuster** [1] - 20132:12
**blocks** [1] - 20113:2
**blogging** [1] - 20223:21
**blogs** [2] - 20131:18, 20132:5
**blood** [1] - 20155:25
**blossom** [1] - 20105:20
**Blow's** [1] - 20123:20
**blowing** [1] - 20151:7
**blows** [1] - 20218:18
**blue** [1] - 20206:20
**blurts** [1] - 20175:2
**Bob** [1] - 20132:8
**bodies** [1] - 20175:14
**body** [2] - 20194:22, 20195:1
**body-worn** [2] - 20194:22, 20195:1
**boil** [1] - 20151:9
**bold** [1] - 20116:1
**bombings** [1] - 20107:17
**bonds** [1] - 20107:21
**book** [5] - 20103:3, 20103:4, 20105:25, 20137:10, 20177:8
**Book** [1] - 20132:24
**books** [3] - 20101:20, 20102:18, 20121:12
**border** [1] - 20104:14
**born** [2] - 20114:17, 20131:8
**Boston** [2] - 20126:19, 20137:10
**bottle** [1] - 20142:3
**bottles** [1] - 20172:19
**bound** [1] - 20102:21

**Bowl** [1] - 20199:12
**box** [2] - 20141:16
**boy** [8] - 20143:21, 20143:23, 20144:1, 20144:4, 20160:11, 20197:8, 20197:14, 20197:18
**Boy** [14] - 20108:10, 20108:22, 20127:17, 20128:12, 20128:14, 20174:13, 20174:16, 20175:19, 20176:4, 20198:3, 20198:10, 20201:5, 20209:8
**Boys** [92] - 20108:8, 20108:24, 20109:20, 20110:10, 20112:2, 20113:3, 20113:4, 20113:7, 20113:18, 20113:22, 20115:3, 20119:11, 20120:22, 20122:23, 20125:19, 20126:8, 20127:1, 20128:13, 20143:8, 20151:23, 20152:9, 20153:25, 20154:17, 20156:13, 20156:15, 20162:9, 20162:12, 20163:6, 20163:7, 20164:4, 20164:14, 20165:2, 20167:13, 20167:24, 20168:15, 20172:16, 20172:20, 20173:23, 20173:25, 20174:2, 20174:3, 20174:12, 20174:17, 20175:6, 20175:17, 20175:20, 20176:7, 20177:9, 20179:23, 20180:9, 20180:12, 20180:15, 20180:18, 20181:16, 20181:20, 20182:3, 20182:7, 20182:8, 20182:9, 20182:12, 20186:2, 20191:3, 20191:6, 20191:9, 20192:4, 20192:10, 20192:14, 20193:2, 20193:4, 20193:10, 20197:19, 20197:21, 20197:22, 20197:25, 20199:2, 20199:3, 20200:7, 20200:9, 20200:11, 20201:7, 20202:14, 20203:7, 20203:9, 20203:16, 20204:17, 20206:10, 20207:21, 20208:3, 20217:25
**boys** [4] - 20108:21,

20111:12, 20133:25, 20159:19
**Boys'** [4] - 20174:4, 20181:3, 20181:6, 20193:7
**brag** [1] - 20190:16
**breach** [12] - 20125:5, 20128:10, 20129:10, 20129:11, 20130:1, 20130:2, 20161:18, 20164:22, 20182:14, 20189:17
**breached** [1] - 20168:16
**breaching** [3] - 20154:1, 20190:7, 20190:16
**break** [12] - 20103:21, 20118:10, 20129:9, 20141:20, 20142:3, 20142:4, 20142:9, 20142:14, 20144:15, 20151:4, 20175:3, 20192:17
**breakdown** [1] - 20114:1
**breakfast** [2] - 20108:13, 20108:14
**breaking** [2] - 20157:13, 20217:4
**breath** [1] - 20156:8
**briefly** [2] - 20223:15, 20232:3
**bring** [13] - 20100:8, 20100:12, 20136:17, 20143:3, 20150:6, 20167:23, 20200:7, 20211:24, 20228:11, 20228:25, 20229:2, 20229:13, 20232:5
**bringing** [1] - 20211:23
**brings** [1] - 20106:22
**Britain** [1] - 20101:4
**Broadway** [1] - 20097:23
**broke** [5] - 20101:3, 20129:15, 20129:19, 20133:19, 20141:21
**broken** [5] - 20105:7, 20176:12, 20180:15
**Brooklyn** [1] - 20097:20
**brotherhood** [1] - 20179:24
**brothers** [1] - 20174:15
**brought** [13] - 20101:9, 20125:9, 20131:8, 20132:14,

20133:20, 20142:19,
20145:25, 20161:6,
20171:4, 20171:9,
20173:2, 20212:3
**brute** [1] - 20171:3
**brutish** [1] - 20102:8
**Bryan** [1] - 20188:16
**buddies** [1] -
20218:20
**build** [1] - 20144:9
**building** [44] -
20130:6, 20151:5,
20153:25, 20158:17,
20158:24, 20159:9,
20160:10, 20160:15,
20161:16, 20161:18,
20168:10, 20168:17,
20168:21, 20171:14,
20172:4, 20173:6,
20175:21, 20175:25,
20180:16, 20181:7,
20182:15, 20184:7,
20184:25, 20185:6,
20186:5, 20190:16,
20197:4, 20206:17,
20209:22, 20209:24,
20210:15, 20212:21,
20213:5, 20213:9,
20213:15, 20213:19,
20213:20, 20215:20,
20218:10, 20218:15,
20218:16, 20219:5,
20219:6
**buildings** [8] -
20182:23, 20183:6,
20183:10, 20183:13,
20183:18, 20184:5,
20184:14, 20186:14
**bullets** [2] - 20216:16,
20217:18
**bump** [1] - 20171:7
**bumrushed** [1] -
20172:21
**bunch** [1] - 20118:8
**burden** [8] - 20135:21,
20151:11, 20151:12,
20161:25, 20182:8,
20188:24
**bureaucrats** [1] -
20157:7
**burn** [1] - 20123:5
**burned** [1] - 20130:10
**businesses** [1] -
20107:6
**buy** [1] - 20118:16
**buying** [1] - 20115:23
**buys** [1] - 20118:15

**C**

**Cadman** [1] -
20097:20
**calmly** [1] - 20225:10
**camaraderie** [1] -
20110:1
**camel** [1] - 20194:17
**camera** [1] - 20194:22
**cameras** [1] - 20195:2
**camo** [1] - 20194:12
**campaign** [1] -
20106:10
**campaigning** [1] -
20112:11
**camps** [1] - 20106:11
**Canadian** [1] -
20104:14
**cancel** [1] - 20111:15
**candidacy** [2] -
20106:7, 20112:10
**cannot** [6] - 20136:5,
20138:19, 20144:22,
20211:3, 20224:1,
20231:9
**cap** [1] - 20171:7
**cape** [1] - 20170:13
**Capital** [1] - 20189:11
**capitol** [1] - 20171:14
**Capitol** [118] -
20108:20, 20118:10,
20119:3, 20122:17,
20125:6, 20125:19,
20127:23, 20130:9,
20139:6, 20151:4,
20151:20, 20151:22,
20152:11, 20152:13,
20152:15, 20152:16,
20153:16, 20153:25,
20154:25, 20158:2,
20158:7, 20158:8,
20158:15, 20159:17,
20159:20, 20159:24,
20160:5, 20160:9,
20160:15, 20161:6,
20161:16, 20161:18,
20163:25, 20164:18,
20164:23, 20164:25,
20165:2, 20165:4,
20165:18, 20168:5,
20168:7, 20168:16,
20171:4, 20171:11,
20171:14, 20171:18,
20171:22, 20172:11,
20172:14, 20172:15,
20173:2, 20174:8,
20174:9, 20174:20,
20174:23, 20175:14,
20175:24, 20177:13,
20180:15, 20181:7,

20181:21, 20182:18,
20183:9, 20183:25,
20186:3, 20186:8,
20187:6, 20187:12,
20187:15, 20189:5,
20189:10, 20190:9,
20190:15, 20190:19,
20193:21, 20194:2,
20195:24, 20197:15,
20197:19, 20197:20,
20197:22, 20200:5,
20200:9, 20201:7,
20202:15, 20202:20,
20203:13, 20203:17,
20204:12, 20206:9,
20206:15, 20207:15,
20208:17, 20208:21,
20209:7, 20209:12,
20209:15, 20210:17,
20212:13, 20212:16,
20212:19, 20212:20,
20213:5, 20213:25,
20214:8, 20214:19,
20215:20, 20216:7,
20217:1, 20217:7,
20219:5, 20219:6
**caption** [1] - 20198:25
**captive** [1] - 20117:11
**capture** [2] -
20113:13, 20195:2
**captured** [2] -
20194:6, 20215:9
**car** [6] - 20111:24,
20116:19, 20118:18,
20118:19, 20118:21,
20162:20
**card** [1] - 20204:9
**care** [3] - 20111:20,
20159:14, 20229:9
**careful** [2] - 20136:4,
20136:11
**carefully** [1] - 20167:5
**cares** [2] - 20209:24,
20211:4
**Carmen** [2] - 20105:14
**CARMEN** [1] -
20098:7
**carrying** [2] -
20125:23, 20126:2
**cars** [1] - 20118:20
**Case** [1] - 20097:3
**case** [84] - 20101:6,
20101:11, 20101:14,
20103:10, 20104:8,
20104:9, 20104:18,
20105:21, 20106:18,
20108:9, 20108:20,
20113:9, 20113:17,
20115:4, 20118:8,
20118:22, 20122:19,

20122:23, 20123:13,
20124:16, 20125:8,
20125:10, 20130:7,
20131:1, 20132:25,
20134:23, 20135:8,
20136:3, 20136:17,
20136:19, 20137:3,
20138:5, 20140:1,
20140:2, 20140:15,
20140:21, 20142:19,
20143:9, 20144:22,
20144:24, 20145:13,
20145:22, 20146:1,
20146:7, 20146:9,
20146:10, 20149:8,
20149:16, 20150:13,
20150:17, 20151:15,
20160:18, 20162:17,
20167:15, 20167:22,
20176:18, 20177:19,
20202:5, 20211:8,
20212:6, 20212:7,
20222:15, 20223:6,
20223:7, 20223:10,
20223:20, 20223:22,
20224:11, 20224:19,
20224:24, 20225:4,
20225:8, 20225:11,
20225:22, 20226:14,
20226:21, 20227:23,
20228:1, 20228:5,
20228:7, 20228:10
**cases** [11] - 20101:6,
20133:20, 20135:19,
20143:2, 20144:23,
20157:17, 20158:4,
20223:5, 20229:6,
20229:7, 20229:8
**catastrophe** [1] -
20107:20
**caught** [1] - 20199:14
**cauldron** [1] - 20120:3
**caused** [1] - 20217:4
**cautionary** [1] -
20223:3
**caveats** [1] - 20230:16
**celebrate** [1] -
20131:3
**celebrated** [13] -
20152:16, 20158:13,
20159:18, 20160:8,
20160:16, 20193:17,
20197:23, 20200:10,
20202:20, 20203:17,
20207:10, 20208:22,
20209:9
**celebrating** [5] -
20152:12, 20154:24,
20159:24, 20160:4,
20193:19

**celebrity** [2] -
20167:12, 20167:16
**cell** [1] - 20198:1
**center** [1] - 20199:16
**centuries** [1] -
20118:5
**century** [2] -
20103:25, 20133:13
**Century** [6] - 20104:1,
20106:24, 20106:25,
20107:1, 20107:2,
20139:19
**cereal** [1] - 20108:13
**cereals** [1] - 20108:14
**certain** [7] - 20111:14,
20154:15, 20217:9,
20221:12, 20222:4,
20222:6, 20225:5
**certainly** [7] -
20102:1, 20108:4,
20108:5, 20112:16,
20145:25, 20192:12,
20216:20
**certainty** [1] -
20178:19
**CERTIFICATE** [1] -
20234:1
**certification** [49] -
20151:5, 20152:2,
20152:23, 20153:8,
20153:13, 20155:4,
20157:25, 20159:15,
20159:18, 20160:13,
20160:16, 20161:20,
20162:15, 20163:8,
20163:18, 20163:19,
20164:19, 20170:20,
20171:16, 20172:1,
20173:23, 20175:10,
20176:25, 20180:14,
20180:20, 20181:7,
20181:8, 20181:21,
20186:25, 20190:19,
20192:16, 20195:7,
20195:21, 20195:23,
20200:8, 20200:16,
20202:19, 20207:16,
20209:7, 20209:21,
20210:15, 20212:15,
20213:7, 20213:16,
20213:18, 20213:20,
20213:25, 20219:7,
20219:20
**certified** [1] - 20181:4
**certify** [3] - 20154:1,
20212:17, 20234:3
**Cesar** [1] - 20114:21
**cetera** [1] - 20229:4
**chain** [1] - 20165:3
**challenge** [4] -

20104:3, 20133:2,
20133:5, 20166:11
**challenged** [4] -
20132:18, 20141:22,
20156:23, 20166:6
**challenges** [2] -
20156:16, 20156:24
**chamber** [3] -
20168:22, 20208:24,
20209:22
**chance** [7] - 20116:21,
20124:23, 20157:19,
20166:18, 20181:17,
20218:14, 20228:11
**change** [2] -
20114:13, 20219:16
**chanted** [1] - 20114:6
**chanting** [3] -
20127:16, 20171:17,
20189:10
**chants** [3] - 20171:13,
20171:15, 20172:2
**chaos** [1] - 20106:14
**chaotic** [1] - 20194:25
**chapter** [1] - 20132:19
**chapters** [1] -
20105:25
**charge** [8] - 20123:10,
20135:14, 20135:23,
20137:15, 20177:24,
20178:1, 20208:10,
20208:15
**charged** [9] -
20116:19, 20123:8,
20137:4, 20161:19,
20161:21, 20161:22,
20177:20, 20196:3
**charges** [6] - 20118:8,
20137:14, 20137:21,
20138:19, 20144:23,
20222:6
**charity** [2] - 20100:18,
20144:11
**chased** [4] - 20203:14,
20216:6, 20216:21,
20219:8
**chasing** [3] - 20154:2,
20189:18, 20195:25
**chastised** [1] -
20200:10
**chat** [5] - 20122:25,
20134:2, 20161:1,
20183:19, 20221:21
**chats** [13] - 20123:23,
20132:3, 20152:7,
20154:20, 20160:20,
20160:21, 20161:5,
20174:6, 20175:7,
20180:23, 20181:10,
20193:10

**chauvinism** [2] -
20133:16, 20133:17
**chauvinist** [1] -
20133:5
**Chavez** [1] - 20114:21
**cheap** [1] - 20120:6
**check** [2] - 20145:4,
20145:9
**checking** [1] -
20145:7
**cheek** [1] - 20217:15
**cheer** [1] - 20118:15
**cheering** [2] -
20159:24, 20160:5
**chess** [2] - 20143:18,
20143:19
**chessboards** [1] -
20143:19
**chest** [1] - 20174:13
**Chevron** [1] -
20194:13
**Chicago** [1] -
20130:10
**chick** [1] - 20143:23
**ChiComs** [1] -
20116:12
**chief** [3] - 20121:8,
20122:11, 20122:18
**child** [1] - 20129:15
**children** [1] -
20120:20
**Chinese** [2] -
20115:14, 20120:7
**choice** [1] - 20141:15
**choked** [2] -
20214:11, 20214:12
**choking** [1] -
20217:22
**choose** [1] - 20143:2
**Chris** [2] - 20112:12,
20113:19
**Christopher** [1] -
20172:18
**CHS** [5] - 20149:17,
20149:18, 20174:17,
20176:3, 20176:4
**CHSs** [6] - 20175:5,
20175:6, 20175:10,
20175:15, 20175:17,
20175:19
**churches** [1] -
20134:5
**Cicero** [1] - 20102:19
**cigar** [1] - 20218:18
**Circle** [11] - 20127:2,
20127:12, 20164:17,
20164:20, 20171:13,
20182:13, 20186:6,
20189:17, 20202:13,
20203:8, 20216:4

**circle** [1] - 20201:5
**circled** [1] - 20207:6
**circuit** [1] - 20148:12
**circumstances** [1] -
20224:12
**circumstantial** [5] -
20184:2, 20184:18,
20185:15, 20202:4,
20212:7
**cities** [1] - 20107:7
**citizens** [1] - 20115:22
**city** [4] - 20114:5,
20117:24, 20117:25,
20140:15
**civil** [9] - 20107:21,
20128:18, 20128:24,
20139:17, 20139:19,
20140:7, 20146:20,
20190:12, 20219:3
**civility** [3] - 20102:9,
20107:22, 20222:24
**civilization** [1] -
20146:15
**claim** [7] - 20130:16,
20130:17, 20130:18,
20208:7, 20215:24,
20217:5, 20217:19
**claimed** [21] -
20128:12, 20134:6,
20155:21, 20155:24,
20156:3, 20156:13,
20175:21, 20180:24,
20185:24, 20186:10,
20187:14, 20189:16,
20194:5, 20194:6,
20196:14, 20197:10,
20197:11, 20199:5,
20209:2, 20209:3,
20214:16
**claiming** [2] -
20154:25, 20219:15
**claims** [5] - 20187:16,
20188:2, 20189:1,
20209:20, 20218:4
**clear** [19] - 20105:6,
20161:22, 20163:21,
20174:2, 20174:14,
20176:5, 20176:23,
20179:4, 20179:5,
20192:18, 20197:17,
20199:25, 20201:19,
20201:22, 20203:2,
20208:2, 20212:14,
20213:7, 20232:13
**clearing** [1] -
20215:11
**clearly** [3] - 20195:2,
20205:3, 20215:9
**clerk** [2] - 20224:6,
20224:13

**client** [1] - 20124:4
**client's** [1] - 20210:21
**clip** [3] - 20191:7
**Clock** [1] - 20218:12
**close** [3] - 20125:12,
20129:14, 20139:9
**closed** [4] - 20158:10,
20160:18, 20189:11,
20190:5
**closer** [2] - 20172:4,
20203:13
**closest** [1] - 20180:7
**closing** [12] -
20100:15, 20104:12,
20126:13, 20140:13,
20149:13, 20166:10,
20175:23, 20176:18,
20211:22, 20211:24,
20211:25, 20212:1
**Closing** [2] - 20099:3,
20099:4
**closings** [1] -
20176:10
**clothes** [1] - 20128:9
**club** [6] - 20109:22,
20109:23, 20109:24,
20132:24, 20179:25
**clue** [1] - 20190:6
**clues** [1] - 20190:1
**co** [13] - 20118:13,
20129:1, 20131:1,
20140:18, 20140:25,
20151:22, 20163:4,
20171:2, 20199:20,
20200:14, 20201:6,
20201:14, 20201:19
**co-conspiracy** [1] -
20131:1
**co-conspirator** [5] -
20118:13, 20140:25,
20199:20, 20201:6,
20201:14
**co-conspirators** [5] -
20129:1, 20151:22,
20163:4, 20171:2,
20200:14
**co-counsel** [1] -
20140:18
**co-defendants** [1] -
20201:19
**coach** [1] - 20199:13
**Code** [1] - 20137:5
**coffee** [1] - 20110:5
**coin** [1] - 20133:5
**coins** [1] - 20133:2
**cold** [1] - 20193:19
**colleagues** [1] -
20132:25
**collection** [2] -
20102:20, 20144:8

**collective** [1] -
20161:7
**College** [1] - 20157:23
**college** [1] - 20102:12
**colonial** [1] -
20133:19
**color** [3] - 20122:15,
20122:17, 20134:3
**colors** [3] - 20174:12,
20193:1, 20193:3
**COLUMBIA** [1] -
20097:1
**combat** [2] - 20109:9,
20109:10
**Coming** [1] - 20140:15
**coming** [8] -
20102:11, 20124:16,
20126:2, 20127:17,
20128:3, 20180:3,
20219:3, 20229:25
**command** [1] -
20165:3
**commander** [3] -
20121:8, 20122:11,
20122:18
**comments** [1] -
20216:24
**comment** [2] -
20112:18, 20150:1
**comments** [2] -
20115:12, 20128:17
**commit** [2] -
20137:11, 20207:24
**committed** [7] -
20176:13, 20176:22,
20177:11, 20195:21,
20209:19, 20219:23,
20222:1
**committee** [1] -
20124:13
**committing** [3] -
20200:10, 20204:9,
20217:3
**common** [7] -
20102:21, 20102:23,
20122:21, 20122:22,
20124:12, 20131:23,
20162:25
**commonwealth** [1] -
20102:20
**communicate** [5] -
20223:19, 20224:5,
20224:8, 20224:9,
20228:7
**communication** [2] -
20223:3, 20224:3
**communications** [4] -
20131:18, 20193:8,
20209:3, 20223:21
**communist** [2] -

20115:14, 20155:25
**communists** [1] -
20120:7
**communities** [2] -
20120:16, 20133:15
**community** [19] -
20102:16, 20102:22,
20104:19, 20110:9,
20111:21, 20111:25,
20112:8, 20115:21,
20118:7, 20119:19,
20121:10, 20133:18,
20134:9, 20134:10,
20137:1, 20144:9,
20145:3
**compact** [1] -
20117:18
**companies** [1] -
20127:10
**comparing** [2] -
20197:4, 20219:14
**compelled** [1] -
20113:18
**complain** [2] -
20117:24, 20194:20
**complained** [1] -
20182:6
**complaining** [1] -
20155:5
**complete** [1] -
20210:19
**completed** [1] -
20110:24
**completely** [3] -
20149:17, 20215:18,
20217:10
**complex** [1] -
20116:17
**complexity** [2] -
20116:9, 20131:19
**computer** [2] -
20098:25, 20135:16
**computer-aided** [1] -
20098:25
**conceal** [1] - 20132:19
**concentration** [1] -
20127:13
**concept** [3] -
20121:13, 20122:4,
20122:8
**conception** [1] -
20122:22
**conceptions** [1] -
20102:23
**concepts** [1] -
20201:14
**concern** [2] -
20123:14, 20225:17
**concerned** [1] -
20107:14

**concerning** [2] -
20223:6, 20224:10
**concerted** [2] -
20118:11, 20118:13
**conclude** [1] -
20178:11
**concluded** [1] -
20226:20
**concluding** [1] -
20107:18
**conduct** [7] -
20137:25, 20138:13,
20143:2, 20223:24,
20224:1, 20224:25,
20225:1
**conference** [23] -
20165:10, 20168:4,
20169:1, 20170:8,
20178:7, 20179:13,
20183:4, 20185:18,
20187:21, 20188:12,
20191:16, 20192:1,
20198:7, 20198:19,
20200:19, 20202:9,
20204:21, 20206:7,
20210:6, 20212:9,
20220:3, 20220:21,
20232:19
**confidence** [2] -
20116:23, 20141:14
**confident** [1] -
20104:8
**confidential** [1] -
20129:17
**conflict** [1] - 20231:8
**confront** [1] -
20160:24
**confrontation** [3] -
20191:4, 20191:6,
20216:2
**confronted** [1] -
20188:3
**confused** [2] -
20131:22, 20189:24
**Congress** [4] -
20153:25, 20157:22,
20157:24, 20212:16
**congressman** [1] -
20139:8
**congressmen** [1] -
20153:22
**Connecticut** [2] -
20098:6, 20104:17
**connection** [3] -
20186:19, 20187:23,
20187:25
**CONOR** [1] - 20097:16
**conscience** [1] -
20145:3
**conscious** [1] -

20215:25
**consciousness** [1] -
20121:5
**consequences** [3] -
20147:25, 20148:6,
20148:8
**consider** [23] -
20139:2, 20141:4,
20144:22, 20145:11,
20145:13, 20145:16,
20147:5, 20147:25,
20148:5, 20148:7,
20150:15, 20152:5,
20168:20, 20179:11,
20187:3, 20221:7,
20221:9, 20221:11,
20221:14, 20222:22,
20225:22, 20226:1,
20226:4
**considerable** [1] -
20225:2
**consideration** [4] -
20136:4, 20221:17,
20222:7, 20223:2
**consists** [1] -
20150:17
**conspiracies** [2] -
20103:17, 20199:19
**conspiracy** [52] -
20103:16, 20115:24,
20115:25, 20116:7,
20116:8, 20116:10,
20116:12, 20118:23,
20118:24, 20119:1,
20119:6, 20120:8,
20124:17, 20130:20,
20130:23, 20131:1,
20131:7, 20131:8,
20132:17, 20137:21,
20138:2, 20138:6,
20138:10, 20138:12,
20138:19, 20141:2,
20141:4, 20141:23,
20154:14, 20162:1,
20162:3, 20162:16,
20162:18, 20177:13,
20177:14, 20177:17,
20177:23, 20177:25,
20195:6, 20195:10,
20195:18, 20199:9,
20199:10, 20200:6,
20200:23, 20200:25,
20201:5, 20207:18,
20221:16, 20221:17,
20222:1
**conspirator** [5] -
20118:13, 20140:25,
20199:20, 20201:6,
20201:14
**conspirators** [6] -

20116:16, 20129:1,
20151:22, 20163:4,
20171:2, 20200:14
**conspiring** [1] -
20141:6
**constant** [1] -
20180:22
**Constitution** [13] -
20098:21, 20101:20,
20101:21, 20102:6,
20102:25, 20117:13,
20123:8, 20123:15,
20129:3, 20129:7,
20156:20, 20219:16,
20221:22
**constitution** [4] -
20103:8, 20117:19,
20122:22, 20126:1
**construction** [1] -
20124:25
**contact** [5] -
20111:16, 20208:11,
20208:14, 20227:23,
20227:24
**contempt** [1] -
20218:18
**content** [1] - 20184:19
**contents** [2] -
20184:3, 20185:16
**contest** [4] -
20155:11, 20155:13,
20155:15, 20202:6
**contextual** [1] -
20189:25
**continent** [1] -
20107:15
**contingent** [1] -
20106:12
**continue** [4] -
20167:8, 20168:3,
20168:9, 20170:10
**continued** [7] -
20097:25, 20117:2,
20129:20, 20194:1,
20207:19, 20212:20,
20213:18
**CONTINUED** [1] -
20098:1
**continues** [1] -
20129:10
**contract** [1] - 20163:2
**contrary** [2] - 20154:9,
20184:16
**contrasting** [1] -
20108:7
**contributed** [1] -
20215:13
**control** [6] - 20190:11,
20202:23, 20216:13,
20217:5, 20217:9,

20217:14
**convenient** [1] -
20106:2
**conventional** [1] -
20170:23
**conversation** [2] -
20180:5, 20180:22
**conversations** [3] -
20139:13, 20163:9,
20186:24
**convey** [1] - 20226:22
**convict** [3] - 20140:1,
20152:3, 20177:3
**convicted** [1] -
20146:20
**conviction** [5] -
20137:17, 20224:18,
20224:23, 20225:16,
20225:19
**convictions** [2] -
20141:14, 20225:17
**convinced** [1] -
20136:5
**cooked** [1] - 20186:23
**cooking** [1] -
20173:11
**Cooney** [2] -
20206:25, 20207:2
**cooperate** [1] -
20174:3
**cooperating** [1] -
20176:10
**cooperation** [3] -
20100:18, 20130:7,
20144:10
**coordinated** [1] -
20164:11
**coordination** [1] -
20154:8
**cops** [1] - 20190:10
**Coptifa** [1] - 20200:12
**copy** [2] - 20129:6,
20135:15
**corner** [3] - 20100:23,
20118:24, 20121:17
**correct** [5] - 20169:10,
20178:20, 20184:14,
20211:3, 20234:4
**correction** [1] -
20166:22
**corrections** [1] -
20214:25
**correctly** [2] -
20142:12, 20231:10
**Corridor** [1] -
20218:12
**corroborated** [1] -
20179:21
**corrupt** [6] - 20121:2,
20121:3, 20130:16,

20138:22, 20140:3, 20208:5
**corruptly** [2] - 20140:6, 20158:3
**cost** [2] - 20135:1, 20135:2
**costs** [1] - 20108:18
**cotton** [1] - 20108:23
**counsel** [17] - 20115:11, 20125:13, 20140:18, 20151:1, 20151:17, 20152:19, 20153:6, 20153:14, 20154:9, 20155:9, 20161:14, 20165:15, 20175:7, 20176:9, 20176:16, 20220:1, 20228:22
**counsel's** [3] - 20115:10, 20122:6, 20151:13
**count** [2] - 20138:20, 20138:21
**Count** [2] - 20121:1, 20124:25
**counted** [1] - 20114:12
**counting** [2] - 20114:14, 20124:21
**country** [29] - 20103:13, 20104:15, 20106:10, 20106:14, 20110:18, 20111:3, 20111:11, 20120:2, 20122:4, 20122:9, 20125:7, 20127:19, 20128:20, 20128:23, 20129:8, 20133:9, 20139:16, 20140:6, 20142:25, 20153:24, 20156:3, 20159:19, 20180:3, 20180:5, 20180:9, 20180:22, 20181:16, 20182:19, 20218:22
**counts** [6] - 20121:1, 20137:22, 20138:20, 20140:4, 20199:23, 20219:24
**couple** [3] - 20102:10, 20105:25, 20220:15
**courage** [2] - 20104:6, 20140:17
**course** [6] - 20113:5, 20125:2, 20204:15, 20206:1, 20217:1, 20223:25
**COURT** [117] - 20097:1, 20100:7, 20100:11, 20100:14,

20105:13, 20109:18, 20113:11, 20113:16, 20115:11, 20122:7, 20128:5, 20129:25, 20137:13, 20140:11, 20143:5, 20144:14, 20144:18, 20145:1, 20145:10, 20146:3, 20146:16, 20146:19, 20147:3, 20147:18, 20148:2, 20148:11, 20149:3, 20149:20, 20150:9, 20159:5, 20160:3, 20161:13, 20164:7, 20164:9, 20165:11, 20165:21, 20166:2, 20166:23, 20167:2, 20167:15, 20168:1, 20169:2, 20169:9, 20169:18, 20169:21, 20170:6, 20170:9, 20172:25, 20178:21, 20179:9, 20181:12, 20181:25, 20183:1, 20183:3, 20183:5, 20183:11, 20183:22, 20184:10, 20184:18, 20185:7, 20185:12, 20185:19, 20186:14, 20188:1, 20188:4, 20188:9, 20188:13, 20188:21, 20188:23, 20188:25, 20189:15, 20190:22, 20191:15, 20191:23, 20192:2, 20193:24, 20198:11, 20198:17, 20200:20, 20201:9, 20201:21, 20202:2, 20202:4, 20204:24, 20205:1, 20205:5, 20205:10, 20205:18, 20205:23, 20210:2, 20210:5, 20210:13, 20210:18, 20210:20, 20211:4, 20211:9, 20211:18, 20212:5, 20212:24, 20214:4, 20214:14, 20220:1, 20220:4, 20220:17, 20220:22, 20228:20, 20229:15, 20229:19, 20230:8, 20230:16, 20231:5, 20231:22, 20232:6, 20232:16, 20232:22, 20234:1, 20234:9
**Court** [15] - 20098:21, 20145:21, 20147:16, 20147:17, 20148:8, 20149:23, 20156:22,

20166:22, 20170:4, 20178:14, 20180:2, 20201:16, 20224:3, 20230:4, 20230:6
**court** [13] - 20100:2, 20102:12, 20143:22, 20144:15, 20157:17, 20158:4, 20164:1, 20174:12, 20222:18, 20224:11, 20224:16, 20224:21, 20227:8
**Court's** [4] - 20135:24, 20148:20, 20166:16, 20232:5
**courtesy** [1] - 20116:18
**courthouse** [2] - 20121:18, 20126:10
**COURTROOM** [3] - 20100:4, 20110:14, 20146:25
**courtroom** [22] - 20100:13, 20100:19, 20100:20, 20100:24, 20105:19, 20109:3, 20114:18, 20134:24, 20139:11, 20143:9, 20143:10, 20144:17, 20145:6, 20150:8, 20223:10, 20223:13, 20227:8, 20227:16, 20228:19, 20229:2, 20229:14, 20230:1
**cousin** [1] - 20141:22
**cover** [4] - 20126:23, 20129:2, 20175:20, 20218:7
**coverage** [2] - 20113:9, 20223:7
**COVID** [2] - 20114:4, 20114:11
**coward's** [1] - 20105:1
**crabby** [1] - 20132:8
**crashed** [1] - 20130:2
**crazy** [4] - 20116:14, 20116:15, 20153:15, 20188:5
**Crazy** [1] - 20114:20
**create** [2] - 20133:14, 20164:3
**created** [5] - 20101:21, 20156:1, 20192:10, 20208:1
**creating** [1] - 20133:6
**creation** [1] - 20133:6
**credibility** [2] - 20173:21, 20222:11
**credible** [1] - 20187:10
**credit** [5] - 20152:16,

20154:25, 20197:7, 20209:3, 20209:10
**crime** [11] - 20127:7, 20137:17, 20137:18, 20140:6, 20153:23, 20154:4, 20178:3, 20178:10, 20178:11, 20178:13, 20222:1
**crimes** [10] - 20141:4, 20141:5, 20162:23, 20176:12, 20176:22, 20177:10, 20207:24, 20209:18, 20219:23
**criminal** [2] - 20134:24, 20163:1
**Criminal** [2] - 20100:5, 20147:1
**criminalized** [1] - 20119:4
**criminals** [1] - 20133:22
**cross** [4] - 20133:16, 20176:17, 20187:22, 20207:2
**cross-examination** [1] - 20207:2
**cross-examinations** [1] - 20176:17
**cross-examined** [1] - 20133:16
**crossed** [1] - 20130:25
**crowd** [37] - 20127:1, 20127:12, 20127:14, 20129:16, 20129:19, 20130:11, 20130:21, 20142:7, 20152:11, 20152:21, 20164:21, 20171:13, 20171:15, 20171:17, 20171:20, 20172:1, 20172:2, 20174:25, 20186:17, 20190:10, 20196:22, 20197:1, 20197:10, 20202:22, 20203:14, 20203:19, 20206:10, 20214:10, 20216:9, 20216:13, 20216:17, 20217:5, 20217:9, 20217:14, 20217:18, 20217:23
**CRR** [1] - 20098:21
**cry** [1] - 20107:11
**crystal** [3] - 20163:21, 20197:17, 20213:7
**culture** [2] - 20111:15, 20120:17
**curative** [9] - 20144:21, 20149:11, 20149:19, 20178:23,

20179:11, 20201:2, 20220:15, 20229:20, 20230:5
**curse** [2] - 20103:12, 20129:4

# D

**D.C** [22] - 20097:6, 20097:15, 20097:18, 20098:3, 20098:22, 20117:9, 20120:2, 20153:12, 20156:10, 20156:13, 20160:14, 20163:24, 20164:1, 20167:12, 20171:10, 20180:13, 20186:1, 20186:16, 20187:12, 20187:13, 20191:9, 20207:14
**daily** [2] - 20111:23, 20232:4
**damage** [3] - 20130:8, 20204:3, 20204:9
**Dan** [4] - 20101:8, 20101:9, 20143:11
**danger** [1] - 20218:13
**dangerous** [1] - 20132:7
**dares** [1] - 20132:10
**dark** [2] - 20128:9, 20132:20
**dashed** [1] - 20125:3
**DATE** [1] - 20234:9
**daughter** [1] - 20111:10
**David** [1] - 20097:22
**days** [12] - 20103:20, 20107:18, 20109:13, 20110:15, 20114:14, 20125:25, 20140:16, 20155:19, 20198:25, 20203:1, 20231:3
**daytime** [1] - 20227:21
**de** [3] - 20102:25, 20103:1, 20108:25
**dead** [4] - 20144:1, 20144:3, 20206:21
**deadline** [1] - 20199:16
**deal** [2] - 20157:8, 20166:19
**Deal** [1] - 20157:8
**death** [2] - 20107:19, 20108:15
**Death** [1] - 20107:1
**debate** [1] - 20112:24
**debates** [1] - 20112:12
**debt** [1] - 20107:12
**decades** [1] -

20102:12
**December** [7] -
20119:9, 20119:23,
20156:10, 20162:10,
20179:15, 20199:2,
20203:4
**decide** [19] - 20109:9,
20133:20, 20138:17,
20138:18, 20142:11,
20142:12, 20144:5,
20144:6, 20144:24,
20146:9, 20153:19,
20173:12, 20176:18,
20205:6, 20205:11,
20205:19, 20223:9,
20231:18, 20233:1
**decided** [5] -
20130:14, 20143:21,
20164:14, 20213:13,
20218:25
**deciding** [2] -
20134:19, 20143:9
**decision** [3] -
20136:16, 20138:5,
20202:10
**declare** [1] - 20140:7
**default** [1] - 20135:16
**defend** [4] - 20112:5,
20112:6, 20143:14,
20219:16
**Defendant** [6] -
20097:22, 20098:2,
20098:7, 20098:9,
20098:15, 20099:3
**defendant** [8] -
20104:9, 20154:15,
20221:13, 20221:19,
20222:1, 20222:2,
20222:15, 20229:8
**defendant's** [3] -
20136:6, 20154:13,
20221:14
**defendants** [73] -
20151:4, 20151:6,
20151:24, 20152:3,
20152:8, 20152:16,
20152:20, 20153:2,
20153:7, 20153:20,
20154:5, 20154:17,
20154:23, 20155:12,
20155:17, 20155:20,
20157:18, 20161:5,
20161:15, 20161:18,
20161:19, 20161:22,
20162:15, 20163:17,
20163:19, 20163:24,
20164:11, 20164:24,
20165:3, 20165:6,
20165:25, 20166:25,
20168:15, 20168:19,

20170:20, 20171:3,
20171:5, 20171:11,
20172:9, 20173:2,
20173:19, 20173:20,
20175:8, 20175:19,
20176:22, 20176:24,
20180:7, 20186:11,
20186:24, 20187:2,
20190:23, 20193:9,
20195:8, 20195:9,
20195:20, 20195:23,
20197:21, 20199:6,
20199:22, 20199:24,
20201:11, 20201:19,
20203:24, 20207:8,
20209:17, 20212:13,
20218:25, 20219:12,
20219:13, 20219:18,
20219:23, 20221:4,
20225:16
**Defendants** [1] -
20097:8
**defendants'** [13] -
20151:22, 20152:6,
20152:18, 20153:9,
20162:18, 20164:22,
20165:25, 20170:21,
20171:2, 20173:7,
20176:8, 20195:14,
20195:15
**Defense** [2] - 20191:1,
20192:10
**defense** [26] -
20151:1, 20151:10,
20151:13, 20151:17,
20152:19, 20153:6,
20153:14, 20154:9,
20161:14, 20173:18,
20173:21, 20174:10,
20174:16, 20175:7,
20176:9, 20176:16,
20183:2, 20185:22,
20191:2, 20191:7,
20192:9, 20210:10,
20214:16, 20215:24,
20217:5, 20217:19
**defiantly** [1] -
20206:18
**defied** [1] - 20219:9
**defined** [2] -
20135:23, 20170:22
**definitely** [1] -
20146:4
**degree** [2] - 20108:17,
20108:22
**deleted** [1] - 20154:17
**deliberate** [3] -
20220:23, 20221:1,
20223:16, 20228:22,
20231:14, 20231:17

**deliberating** [4] -
20220:9, 20220:18,
20229:25, 20231:3
**deliberation** [1] -
20227:13
**deliberations** [22] -
20147:5, 20150:15,
20220:25, 20222:18,
20223:19, 20223:25,
20224:1, 20224:4,
20224:5, 20224:24,
20225:2, 20225:11,
20225:18, 20225:24,
20226:8, 20226:12,
20226:20, 20227:10,
20228:3, 20228:18,
20232:14, 20232:25
**delighted** [1] -
20115:8
**delivering** [1] -
20227:3
**demand** [3] -
20107:12, 20118:5,
20121:24
**demanded** [1] -
20218:16
**Democracy** [1] -
20103:4
**demonstrations** [6] -
20114:5, 20187:6,
20189:2, 20189:5,
20189:23, 20189:24
**den** [1] - 20120:7
**denial** [1] - 20175:3
**denied** [1] - 20139:23
**denounce** [2] -
20113:5, 20113:19
**deny** [2] - 20198:3,
20198:9
**Department** [1] -
20097:16
**deployed** [1] -
20111:1
**deploying** [2] -
20190:10, 20216:16
**deprive** [1] - 20218:5
**deputy** [1] - 20223:14
**DEPUTY** [3] - 20100:4,
20110:14, 20146:25
**derogation** [1] -
20131:13
**described** [1] -
20190:8
**describing** [1] -
20201:14
**design** [1] - 20117:15
**designed** [1] -
20117:15
**desperate** [1] -
20157:18

**despite** [1] - 20107:17
**destroy** [4] -
20131:20, 20174:2,
20200:14, 20215:17
**destroyed** [6] -
20174:1, 20199:24,
20200:4, 20215:18,
20219:17, 20219:20
**destroying** [1] -
20170:25
**destruct** [1] -
20192:23
**destruction** [3] -
20199:23, 20215:14,
20215:22
**detail** [3] - 20163:1,
20163:11, 20163:15
**detailed** [4] -
20152:22, 20161:24,
20162:2, 20186:23
**details** [1] - 20179:20
**determination** [2] -
20104:6, 20225:5
**determine** [1] -
20150:13
**devastating** [1] -
20152:18
**device** [1] - 20183:7
**died** [2] - 20101:5,
20135:2
**difference** [1] -
20122:3
**different** [7] -
20122:15, 20131:21,
20195:9, 20199:8,
20199:9
**differently** [1] -
20232:1
**differing** [1] -
20120:23
**difficult** [2] - 20114:3,
20211:16
**diluted** [1] - 20131:2
**dinner** [1] - 20173:11
**direct** [2] - 20168:16,
20176:14
**direction** [4] -
20139:22, 20150:1,
20202:23, 20230:12
**directions** [1] -
20197:25
**directly** [4] -
20141:25, 20166:23,
20187:1, 20205:24
**dirty** [1] - 20199:6
**disability** [1] - 20111:7
**disagreed** [2] -
20147:24, 20161:10
**disappointed** [1] -
20105:17

**discernible** [1] -
20130:21
**discharged** [1] -
20111:6
**disconnected** [1] -
20183:16
**discretion** [1] -
20147:16
**discuss** [6] -
20211:25, 20221:1,
20223:12, 20223:15,
20228:5, 20228:10
**discussed** [1] -
20208:14
**discussing** [3] -
20162:11, 20186:16,
20225:11
**discussion** [1] -
20225:8
**discussions** [1] -
20222:23
**dislocation** [1] -
20106:23
**dismay** [1] - 20213:18
**dismiss** [1] - 20229:5
**Disney** [1] - 20108:10
**disown** [1] - 20179:18
**disperse** [2] -
20217:6, 20217:18
**display** [1] - 20159:21
**displeased** [1] -
20138:13
**dispute** [2] -
20108:16, 20176:11
**disputed** [1] - 20188:7
**disregard** [2] -
20150:23, 20215:25
**disrupt** [1] - 20131:14
**distasteful** [1] -
20153:23
**distinguish** [1] -
20121:16
**distract** [1] - 20152:24
**distracted** [1] -
20128:1
**DISTRICT** [3] -
20097:1, 20097:1,
20097:11
**District** [1] - 20164:2
**divide** [1] - 20120:18
**divided** [4] -
20103:21, 20106:11,
20224:16, 20224:21
**divides** [2] - 20110:3,
20111:14
**divisions** [1] -
20107:17, 20107:23,
20120:16
**DM'ing** [1] - 20198:22
**doctors'** [1] - 20232:9

20244

**document** [25] - 20102:25, 20132:23, 20158:19, 20182:21, 20183:7, 20183:8, 20183:15, 20183:17, 20183:19, 20183:23, 20183:25, 20184:3, 20184:7, 20184:17, 20184:19, 20185:3, 20185:5, 20185:8, 20185:17, 20185:20, 20185:23, 20186:5, 20186:9, 20186:13, 20186:15

**documents** [1] - 20204:11

**dog** [3] - 20118:16, 20126:8

**Dominic** [8] - 20103:10, 20136:13, 20176:21, 20191:10, 20191:23, 20200:1, 20200:4, 20215:21

**DOMINIC** [1] - 20097:7

**Dominion** [1] - 20114:21

**Donald** [9] - 20106:4, 20113:1, 20113:2, 20113:18, 20115:4, 20117:2, 20124:2, 20125:8, 20139:12

**done** [12] - 20119:15, 20130:4, 20130:9, 20139:21, 20143:14, 20149:6, 20160:17, 20181:15, 20203:23, 20206:15, 20208:25, 20209:6

**Donohoe** [2] - 20172:19, 20201:19

**Door** [1] - 20158:24

**door** [4] - 20159:6, 20159:10, 20172:16, 20206:12

**doors** [4] - 20110:5, 20172:18, 20175:22, 20175:23

**dots** [1] - 20144:8

**double** [2] - 20177:25

**doubt** [14] - 20135:22, 20136:1, 20136:2, 20136:6, 20136:7, 20136:10, 20139:4, 20142:21, 20153:20, 20155:2, 20227:1

**down** [26] - 20103:7, 20104:15, 20104:18, 20106:5, 20106:17, 20107:6, 20109:16,

20112:14, 20112:16, 20123:5, 20125:19, 20151:9, 20168:9, 20173:3, 20174:22, 20181:5, 20203:21, 20204:14, 20204:16, 20205:25, 20206:1, 20206:8, 20206:18, 20216:4, 20217:4, 20227:21

**downer** [1] - 20105:23

**downplay** [1] - 20173:25

**dozen** [1] - 20194:8

**draft** [1] - 20163:2

**dragged** [4] - 20140:18, 20196:21, 20214:9, 20217:22

**drama** [1] - 20113:13

**drawing** [2] - 20136:14, 20203:9

**drawn** [1] - 20121:24

**dressed** [1] - 20171:6

**drilled** [1] - 20203:22

**drinking** [4] - 20104:10, 20109:22, 20109:24

**Drive** [1] - 20098:18

**driver** [1] - 20162:4

**driving** [1] - 20162:22

**drop** [1] - 20218:2

**drug** [1] - 20118:23

**drum** [1] - 20117:3

**due** [3] - 20109:4, 20111:6, 20129:7

**duration** [1] - 20195:13

**during** [22] - 20106:23, 20107:18, 20111:3, 20116:3, 20149:12, 20150:15, 20155:5, 20167:13, 20176:17, 20189:16, 20195:19, 20215:10, 20223:19, 20223:24, 20223:25, 20224:3, 20224:4, 20225:24, 20226:9, 20228:2, 20230:21

**During** [1] - 20147:4

**duty** [2] - 20153:1, 20225:18

---

### E

**e-mail** [4] - 20147:4, 20169:20, 20223:21, 20230:9

**early** [3] - 20157:16, 20189:20, 20195:11

**East** [2] - 20097:20, 20098:18

**Easter** [1] - 20100:22

**easy** [2] - 20104:25, 20138:5

**Eddie** [1] - 20173:24

**Edwin** [1] - 20128:21

**effect** [2] - 20137:2, 20201:8

**effort** [4] - 20131:18, 20163:8, 20199:6, 20215:5

**eight** [2] - 20175:5, 20175:19

**either** [7] - 20109:22, 20149:25, 20150:2, 20150:3, 20181:24, 20222:13, 20230:10

**elaborate** [1] - 20187:1

**elders** [2] - 20208:3, 20209:8

**elected** [2] - 20106:4, 20139:12

**election** [40] - 20114:10, 20114:14, 20114:17, 20115:6, 20116:14, 20117:23, 20120:5, 20124:2, 20127:20, 20127:21, 20139:6, 20151:7, 20151:24, 20152:7, 20152:10, 20153:15, 20153:22, 20154:1, 20154:24, 20155:19, 20155:20, 20155:24, 20156:10, 20156:11, 20156:13, 20156:16, 20157:2, 20157:10, 20157:17, 20163:7, 20163:18, 20176:25, 20180:6, 20180:14, 20186:10, 20203:2, 20208:6, 20212:17

**Election** [1] - 20114:13

**elections** [1] - 20186:18

**electoral** [5] - 20161:20, 20162:15, 20163:17, 20170:20, 20219:20

**Electoral** [2] - 20124:25, 20157:23

**electronic** [1] - 20223:20

**electronically** [1] - 20224:2

**element** [2] - 20137:17, 20138:21

**elements** [2] - 20137:16, 20226:25

**Ellipse** [5] - 20124:8, 20125:4, 20125:11, 20127:15, 20127:18

**Elmo** [3] - 20110:14, 20110:15, 20110:16

**ELMO** [1] - 20111:24

**elsewhere** [1] - 20114:9

**embrace** [1] - 20151:12

**emergency** [1] - 20174:19

**Empire** [1] - 20106:25

**enact** [1] - 20125:1

**encourage** [3] - 20117:19, 20131:21, 20222:24

**encouraged** [6] - 20157:12, 20172:2, 20196:1, 20208:25, 20209:1, 20212:19

**encourages** [1] - 20141:20

**encouraging** [2] - 20152:7, 20193:20

**end** [15] - 20109:3, 20109:13, 20123:13, 20143:16, 20146:14, 20147:9, 20148:21, 20149:1, 20181:9, 20192:1, 20202:9, 20212:9, 20229:3

**End** [8] - 20168:4, 20170:8, 20179:13, 20185:18, 20188:12, 20198:19, 20206:7, 20220:21

**ended** [2] - 20103:3, 20160:10

**ending** [1] - 20154:18

**endorses** [1] - 20213:24

**endures** [1] - 20101:23

**enduring** [1] - 20139:19

**enemies** [1] - 20156:1

**enemy** [2] - 20196:14, 20199:2

**enforcement** [8] - 20108:4, 20154:19, 20192:16, 20193:9, 20193:14, 20194:7, 20206:24, 20215:10

**engage** [1] - 20161:7

**engaged** [3] - 20138:12, 20196:2, 20222:2

**engine** [2] - 20162:5

**England** [1] - 20107:2

**enlisted** [1] - 20110:22

**ENRIQUE** [1] - 20097:6

**Enrique** [7] - 20103:11, 20124:6, 20124:8, 20176:21, 20177:12, 20203:5, 20209:17

**enter** [5] - 20108:8, 20114:19, 20197:3, 20213:13, 20225:17

**entered** [17] - 20100:13, 20105:6, 20150:8, 20158:23, 20158:25, 20159:7, 20159:9, 20166:20, 20166:24, 20167:2, 20168:22, 20172:15, 20209:22, 20209:23, 20218:10, 20222:13, 20227:16

**entering** [2] - 20165:18, 20225:3

**entire** [3] - 20112:24, 20204:2

**entirely** [3] - 20145:8, 20177:2, 20227:15

**entitled** [2] - 20176:19, 20234:5

**entity** [1] - 20121:14

**entry** [2] - 20139:23, 20165:19

**Epps** [3] - 20149:14, 20149:15, 20215:1

**equals** [2] - 20118:11, 20118:13

**equivalent** [1] - 20124:1

**era** [1] - 20125:25

**erased** [1] - 20119:22

**ERIK** [1] - 20097:13

**error** [1] - 20201:4

**errors** [2] - 20155:6, 20155:9

**escalator** [1] - 20106:6

**especially** [1] - 20161:16

**ESQ** [9] - 20097:16, 20097:22, 20098:2, 20098:4, 20098:7, 20098:9, 20098:12, 20098:15, 20098:18

**et** [3] - 20100:6, 20147:2, 20229:4

**ETHAN** [1] - 20097:6

**Ethan** [9] - 20100:5,

20103:11, 20127:25, 20136:13, 20147:1, 20176:20, 20200:2, 20202:25, 20203:2
**evacuated** [2] - 20212:11, 20213:12
**evaluate** [2] - 20151:14, 20173:20
**evaluating** [1] - 20187:4
**evaluation** [1] - 20221:3
**evening** [3] - 20208:9, 20209:11, 20231:1
**event** [3] - 20187:8, 20225:16, 20225:19
**events** [3] - 20156:11, 20203:4, 20215:4
**everyday** [1] - 20173:10
**everywhere** [2] - 20103:17, 20158:15
**evidence** [135] - 20106:18, 20112:23, 20113:22, 20114:23, 20115:4, 20115:12, 20122:23, 20124:17, 20126:10, 20128:14, 20130:17, 20130:18, 20130:20, 20130:21, 20134:1, 20136:3, 20136:5, 20138:4, 20139:2, 20139:25, 20140:2, 20140:4, 20142:1, 20144:24, 20145:13, 20146:6, 20146:10, 20147:5, 20149:15, 20149:25, 20150:16, 20150:17, 20150:19, 20151:2, 20151:15, 20151:16, 20152:6, 20152:18, 20152:25, 20153:2, 20153:8, 20154:14, 20159:4, 20160:2, 20161:11, 20161:19, 20164:5, 20165:14, 20165:20, 20166:5, 20166:13, 20167:6, 20167:13, 20167:15, 20167:22, 20167:25, 20168:25, 20169:3, 20169:4, 20169:5, 20169:7, 20169:11, 20169:12, 20169:14, 20169:15, 20169:22, 20170:1, 20174:1, 20174:2, 20177:21, 20181:11, 20181:19, 20181:22, 20182:25,

20183:5, 20183:14, 20183:16, 20183:22, 20183:23, 20184:2, 20184:4, 20184:12, 20184:15, 20184:18, 20184:21, 20185:1, 20185:2, 20185:14, 20185:16, 20187:15, 20187:20, 20188:1, 20188:7, 20188:8, 20188:9, 20188:10, 20188:15, 20198:6, 20198:18, 20200:1, 20201:1, 20201:18, 20204:18, 20205:5, 20205:16, 20205:20, 20207:1, 20214:3, 20214:13, 20217:12, 20217:16, 20217:17, 20221:3, 20221:16, 20222:9, 20222:15, 20222:22, 20222:24, 20223:1, 20223:2, 20223:10, 20225:21, 20226:1, 20226:3, 20226:7, 20226:14, 20226:15, 20226:17, 20226:21, 20231:23
**evil** [3] - 20116:9, 20131:12, 20157:15
**exact** [2] - 20145:20, 20162:14
**exactly** [10] - 20140:8, 20149:6, 20165:21, 20179:17, 20185:13, 20185:24, 20198:21, 20208:19, 20216:3, 20218:3
**examination** [2] - 20176:15, 20207:2
**examinations** [1] - 20176:17
**examine** [2] - 20226:1, 20226:4
**examined** [1] - 20133:16
**example** [3] - 20166:12, 20224:17, 20224:22
**except** [2] - 20224:9, 20224:11
**exception** [1] - 20229:23
**exchanged** [1] - 20162:8
**excited** [1] - 20189:19
**excluded** [1] - 20114:7
**exclusively** [1] - 20225:20

**excuse** [7] - 20111:19, 20220:6, 20220:23, 20220:25, 20227:10, 20227:13, 20228:15
**excused** [2] - 20220:9, 20227:17
**excusing** [2] - 20227:9, 20227:12
**exercising** [2] - 20119:3, 20154:3
**exhibit** [1] - 20112:24
**Exhibit** [5] - 20125:9, 20125:17, 20132:13, 20133:3, 20171:7
**Exhibits** [2] - 20187:18, 20188:14
**exhibits** [13] - 20112:22, 20112:24, 20127:3, 20150:18, 20152:5, 20154:20, 20154:21, 20155:10, 20166:4, 20225:24, 20225:25, 20226:2, 20226:8
**exist** [2] - 20108:3, 20108:24
**existed** [4] - 20154:14, 20221:16, 20221:18, 20222:1
**exists** [1] - 20228:3
**exited** [2] - 20144:17, 20228:19
**expect** [2] - 20141:12, 20160:20
**expected** [2] - 20106:7, 20160:22
**experience** [1] - 20113:12
**experienced** [1] - 20111:17
**expert** [1] - 20121:21
**explain** [1] - 20103:12
**explained** [7] - 20156:20, 20157:14, 20157:22, 20181:19, 20190:9, 20195:16, 20195:17
**explanation** [2] - 20110:21, 20226:19
**explicit** [3] - 20161:17, 20186:22, 20186:25
**explicitly** [3] - 20151:4, 20181:6, 20187:22
**exploring** [1] - 20170:15
**express** [1] - 20163:13
**expressed** [4] - 20155:20, 20173:8, 20209:1, 20213:17

**expressing** [3] - 20152:9, 20154:23, 20209:6
**expression** [1] - 20225:4
**extent** [2] - 20147:7, 20150:21, 20195:14
**extra** [1] - 20199:15
**extraneous** [1] - 20145:14
**extremely** [1] - 20193:1
**eye** [3] - 20105:9, 20118:14, 20138:6
**eyes** [3] - 20121:9, 20153:2, 20162:4

# F

**fabulous** [1] - 20137:5
**face** [2] - 20120:11, 20151:14
**faces** [2] - 20214:20, 20218:18
**facilitate** [1] - 20222:23
**facilitates** [1] - 20141:20
**fact** [13] - 20152:22, 20166:8, 20166:17, 20169:5, 20169:16, 20175:15, 20205:8, 20205:9, 20205:16, 20205:22, 20219:16, 20222:13, 20222:14
**factors** [1] - 20178:17
**facts** [19] - 20104:7, 20109:9, 20113:16, 20113:17, 20114:23, 20150:13, 20150:14, 20150:19, 20152:25, 20164:5, 20167:21, 20168:2, 20179:12, 20181:11, 20204:18, 20214:23, 20215:3, 20225:14
**FAFO** [1] - 20119:20
**fail** [2] - 20117:15, 20133:15
**failed** [5] - 20125:2, 20134:10, 20134:11, 20157:17, 20181:1
**failing** [1] - 20161:1
**failure** [1] - 20117:16
**fair** [6] - 20116:20, 20198:12, 20212:6, 20222:21, 20223:2
**fairy** [1] - 20103:20
**faith** [3] - 20100:18, 20144:10, 20156:19

**fall** [4] - 20106:2, 20117:3, 20119:8, 20132:23
**Fallen** [1] - 20134:8
**fallen** [2] - 20104:20, 20134:7
**false** [1] - 20178:19
**falsely** [1] - 20198:2
**familiar** [1] - 20187:24
**families** [1] - 20105:23
**family** [3] - 20111:11, 20132:9, 20173:11
**famous** [5] - 20102:9, 20121:12, 20167:12, 20167:16, 20167:22
**famously** [1] - 20123:3
**fantasy** [3] - 20149:15, 20150:1, 20196:25
**far** [3] - 20101:9, 20126:9, 20178:15
**fashion** [3] - 20164:11, 20224:17, 20224:23
**fast** [1] - 20118:6
**fathers** [2] - 20197:5, 20219:15
**favor** [1] - 20210:21
**Faye** [1] - 20183:21
**FBI** [8] - 20149:18, 20174:17, 20175:11, 20184:16, 20197:24, 20215:4
**fear** [3] - 20121:22, 20196:12, 20196:13
**federal** [3] - 20117:11, 20117:12, 20137:6
**feet** [6] - 20204:12, 20204:15, 20205:4, 20205:6, 20205:8, 20206:1
**fell** [1] - 20196:14
**fellow** [4] - 20112:22, 20125:13, 20217:21
**felonies** [1] - 20137:6
**Felonies** [1] - 20137:10
**felt** [4] - 20108:5, 20109:10, 20114:6, 20140:16
**fence** [26] - 20127:24, 20142:4, 20142:6, 20152:12, 20168:8, 20168:9, 20172:12, 20173:3, 20182:13, 20194:1, 20200:2, 20202:20, 20203:22, 20203:25, 20204:2, 20204:6, 20204:8, 20204:11, 20204:12,

20204:13, 20205:3, 20205:15, 20205:25, 20206:8, 20213:1, 20216:7

**fences** [1] - 20110:4

**few** [11] - 20125:15, 20132:8, 20151:2, 20155:6, 20155:9, 20161:25, 20187:5, 20189:20, 20220:24, 20221:1, 20221:2

**fiction** [1] - 20136:23

**Fifth** [2] - 20106:24, 20188:19

**fifth** [1] - 20136:14

**fight** [7] - 20108:2, 20108:19, 20125:6, 20127:6, 20127:18, 20151:25, 20156:7

**fighting** [1] - 20157:5

**figure** [1] - 20229:17

**figured** [1] - 20100:9

**figurehead** [1] - 20207:21

**file** [2] - 20230:5, 20230:9

**filed** [1] - 20149:11

**fill** [2] - 20108:24, 20227:6

**filled** [2] - 20110:1, 20161:2

**film** [1] - 20122:17

**final** [3] - 20157:19, 20220:11, 20221:1

**fine** [1] - 20230:10

**finger** [1] - 20192:19

**fingers** [1] - 20119:22

**finish** [3] - 20127:6, 20140:18, 20191:6

**finished** [1] - 20215:16

**Finley** [2] - 20174:1, 20174:6

**fire** [2] - 20120:12, 20213:25

**fired** [3] - 20127:17, 20128:13, 20195:20

**firing** [2] - 20157:9, 20193:18

**firmly** [1] - 20136:5

**First** [9] - 20098:6, 20109:4, 20112:6, 20117:19, 20119:3, 20123:15, 20153:16, 20154:3, 20221:22

**first** [28] - 20103:22, 20105:24, 20110:7, 20125:5, 20127:25, 20129:9, 20129:11, 20129:18, 20131:16,

20137:22, 20164:22, 20164:25, 20165:1, 20171:6, 20174:21, 20175:17, 20182:14, 20187:11, 20193:16, 20195:24, 20197:3, 20203:25, 20209:5, 20216:21, 20220:5, 20221:2, 20222:17, 20229:21

**Fischer** [1] - 20172:22

**fist** [1] - 20202:13

**fistbumped** [1] - 20159:22

**fit** [2] - 20141:23, 20161:3

**five** [10] - 20101:17, 20104:19, 20108:12, 20108:14, 20111:9, 20112:16, 20116:16, 20117:5, 20137:18, 20153:18

**five-year-old** [1] - 20111:9

**flag** [5] - 20125:24, 20126:2, 20170:12, 20206:16

**flags** [5] - 20125:20, 20125:23, 20126:7, 20127:13

**flannel** [1] - 20194:17

**flash** [1] - 20214:24

**flesh** [2] - 20109:4, 20109:5

**flew** [1] - 20215:20

**flock** [1] - 20133:9

**flooding** [1] - 20213:20

**Floor** [2] - 20098:6, 20098:16

**floored** [1] - 20115:19

**Florida** [2] - 20098:11, 20098:14

**flourished** [1] - 20113:23

**focus** [2] - 20142:2, 20152:19

**focused** [2] - 20159:15, 20161:17

**follow** [4] - 20144:12, 20180:18, 20182:10, 20219:10

**followed** [3] - 20158:4, 20165:5, 20180:22

**following** [3] - 20103:5, 20121:17, 20170:16

**follows** [1] - 20221:10

**food** [6] - 20111:23,

20126:9, 20126:17, 20129:13, 20129:14, 20164:15

**foolish** [1] - 20123:11

**foot** [3] - 20180:10, 20206:4, 20206:5

**FOR** [1] - 20097:1

**force** [24] - 20121:15, 20121:16, 20122:4, 20124:20, 20153:25, 20156:15, 20161:20, 20162:16, 20163:17, 20163:20, 20170:22, 20170:23, 20171:1, 20171:5, 20171:12, 20172:10, 20173:6, 20190:25, 20192:16, 20195:22, 20196:21, 20206:16, 20217:12

**forced** [4] - 20159:17, 20171:23, 20216:8, 20216:23

**forcibly** [1] - 20219:20

**foregoing** [1] - 20234:3

**foreman** [3] - 20112:20, 20112:21, 20125:17

**Foreman** [2] - 20112:21, 20125:17

**foremost** [1] - 20175:18

**forensic** [1] - 20184:21

**foreperson** [7] - 20222:16, 20222:17, 20222:20, 20222:23, 20224:6, 20227:5, 20227:6

**foreseeable** [1] - 20200:13

**foreseen** [1] - 20209:16

**foresight** [2] - 20100:17, 20144:8

**forever** [1] - 20139:23

**forget** [1] - 20130:18

**form** [7] - 20138:10, 20226:19, 20226:20, 20226:21, 20226:23, 20227:1, 20227:7

**formal** [3] - 20162:24, 20163:2, 20163:13

**formation** [1] - 20125:22

**formed** [3] - 20108:8, 20130:23, 20162:8

**former** [1] - 20112:25

**forming** [1] - 20127:13

**forth** [2] - 20131:5,

20142:7

**fortune** [2] - 20127:10, 20191:8

**forward** [9] - 20110:8, 20129:20, 20144:9, 20145:4, 20167:5, 20171:22, 20172:3, 20203:12, 20228:21

**fought** [5] - 20101:5, 20101:15, 20105:15, 20135:2, 20151:21

**foundation** [1] - 20191:13

**founding** [5] - 20102:24, 20103:6, 20137:6, 20197:5, 20219:15

**four** [9] - 20104:11, 20104:19, 20109:15, 20117:5, 20137:18, 20156:25, 20168:9, 20206:11, 20212:3

**fourth** [4] - 20108:17, 20108:22, 20137:22, 20138:21

**fourth-degree** [2] - 20108:17, 20108:22

**fracas** [1] - 20142:10

**frame** [1] - 20194:23

**framed** [3] - 20146:14, 20147:7, 20211:14

**framing** [1] - 20211:15

**frankly** [1] - 20230:10

**fraud** [4] - 20155:21, 20155:24, 20186:10, 20203:3

**fraudulent** [1] - 20186:17

**free** [9] - 20115:2, 20115:16, 20115:17, 20115:20, 20126:1, 20204:9, 20221:23, 20228:10

**freedom** [1] - 20123:16

**Freedom** [2] - 20188:17, 20189:4

**fresh** [1] - 20107:11

**Friday** [5] - 20231:9, 20231:11, 20231:13, 20232:15, 20232:16

**Fridays** [3] - 20231:4, 20231:14, 20231:17

**Friedrich** [1] - 20230:14

**friend** [1] - 20126:25

**friends** [3] - 20102:1, 20102:3, 20102:5

**friendship** [1] - 20102:3

**front** [23] - 20128:3, 20158:17, 20164:17, 20168:11, 20168:19, 20169:22, 20172:17, 20172:23, 20175:14, 20180:17, 20182:12, 20184:8, 20185:21, 20189:10, 20194:5, 20194:15, 20194:25, 20196:4, 20196:15, 20200:4, 20202:22, 20207:3, 20219:3

**Fu** [2] - 20121:20, 20121:21

**fuck** [4] - 20119:20, 20127:4, 20155:16, 20161:3

**Fuck** [6] - 20127:5, 20127:9, 20138:8, 20171:21, 20193:20

**fucking** [8] - 20156:5, 20190:18, 20196:7, 20197:8, 20197:18, 20206:18

**full** [7] - 20102:13, 20102:14, 20139:25, 20140:1, 20218:18, 20223:2, 20231:3

**fun** [2] - 20149:13, 20160:6

**function** [1] - 20150:12

**functional** [1] - 20124:1

**fundamental** [1] - 20120:18

**furniture** [1] - 20175:22

**furtherance** [1] - 20142:15

**furthermore** [1] - 20225:9

**future** [3] - 20103:18, 20143:1, 20144:25

**G**

**Gadsden** [1] - 20125:24

**gaiter** [1] - 20194:13

**Gallery** [1] - 20168:22

**game** [2] - 20141:8, 20143:20

**games** [1] - 20141:17

**gas** [1] - 20171:9

**gates** [1] - 20134:19

**gather** [1] - 20125:3

**gathered** [1] - 20122:18

**Gavin** [1] - 20108:9

**gear** [1] - 20217:24
**gems** [1] - 20105:5
**gender** [2] - 20133:12
**general** [3] - 20166:11, 20180:4, 20206:24
**generally** [1] - 20149:5
**geniuses** [2] - 20115:18, 20124:12
**gentlemen** [10] - 20103:9, 20123:22, 20144:14, 20150:10, 20150:12, 20152:4, 20196:17, 20215:21, 20220:22, 20228:16
**gently** [1] - 20196:24
**George** [2] - 20116:13, 20174:7
**German** [1] - 20121:12
**Giddings** [1] - 20194:16
**gift** [1] - 20110:7
**Giuliani** [1] - 20114:24
**given** [17] - 20114:11, 20117:23, 20117:25, 20129:14, 20135:23, 20147:11, 20148:16, 20193:13, 20201:16, 20220:23, 20223:18, 20226:4, 20226:24, 20227:11, 20227:23, 20228:25, 20229:1
**gizmo** [1] - 20110:13
**glad** [2] - 20105:8, 20231:8
**global** [1] - 20103:24
**globalism** [1] - 20116:13
**glorified** [1] - 20119:20
**gloves** [2] - 20128:9, 20171:8
**goal** [3] - 20163:10, 20195:21, 20219:22
**God** [5] - 20101:16, 20117:23, 20117:25, 20124:3, 20118:16
**God-given** [2] - 20117:23, 20117:25
**godly** [1] - 20134:20
**goggles** [2] - 20171:8, 20194:13
**goodness** [1] - 20191:1
**goods** [1] - 20116:20
**gore** [1] - 20128:21
**gosh** [1] - 20197:10
**government** [65] - 20104:12, 20111:8,

20115:9, 20117:11, 20117:12, 20117:13, 20117:14, 20118:11, 20118:17, 20126:4, 20128:19, 20129:21, 20131:9, 20133:21, 20135:8, 20135:18, 20135:21, 20137:16, 20137:19, 20138:16, 20138:18, 20141:2, 20141:12, 20142:19, 20142:21, 20143:2, 20144:20, 20145:4, 20145:7, 20145:9, 20145:15, 20147:11, 20148:13, 20148:16, 20149:8, 20150:24, 20151:11, 20163:13, 20163:14, 20166:12, 20166:19, 20167:6, 20167:11, 20169:16, 20170:2, 20182:23, 20183:6, 20183:13, 20183:17, 20184:5, 20184:14, 20184:25, 20185:6, 20186:16, 20188:8, 20202:6, 20208:5, 20210:11, 20215:1, 20218:23, 20219:2, 20227:1, 20230:11, 20232:2
**government's** [15] - 20105:21, 20106:1, 20140:21, 20144:16, 20145:18, 20147:3, 20147:10, 20148:9, 20148:25, 20150:7, 20150:11, 20165:14, 20166:10, 20171:7, 20231:22
**Government..........** [1] - 20099:4
**grabbed** [2] - 20196:21, 20214:9
**grabbing** [1] - 20170:15
**grabs** [2] - 20122:5, 20122:9
**grandchildren** [1] - 20120:21
**grant** [1] - 20149:17
**graver** [1] - 20136:12
**gray** [2] - 20194:12, 20194:17
**Great** [2] - 20188:17, 20189:3
**greatly** [1] - 20175:24
**green** [5] - 20122:14, 20128:9, 20162:6, 20194:12, 20194:17

**Greene** [15] - 20119:21, 20129:12, 20151:22, 20163:5, 20176:11, 20177:4, 20177:7, 20177:14, 20181:19, 20181:23, 20182:2, 20186:20, 20191:3, 20195:16, 20222:5
**Greene's** [2] - 20129:11, 20179:20
**grievances** [3] - 20117:21, 20118:1, 20118:5
**gripping** [1] - 20196:24
**grocery** [1] - 20116:19
**ground** [10] - 20152:12, 20172:12, 20195:24, 20196:22, 20200:3, 20202:20, 20203:22, 20204:7, 20207:15, 20216:5
**grounds** [20] - 20158:9, 20158:11, 20158:15, 20164:23, 20164:25, 20168:5, 20171:11, 20177:13, 20181:21, 20187:6, 20190:4, 20195:25, 20200:9, 20206:15, 20210:17, 20212:13, 20213:15, 20217:1, 20217:7, 20219:6
**group** [12] - 20123:3, 20164:13, 20164:14, 20164:17, 20164:20, 20179:25, 20192:25, 20193:1, 20193:3, 20203:6, 20208:4, 20212:18
**group's** [1] - 20170:18
**groupies** [1] - 20106:13
**groups** [6] - 20112:3, 20112:4, 20187:17, 20187:23, 20187:24, 20221:21
**grow** [2] - 20111:23, 20114:2
**guarantees** [1] - 20101:3
**guess** [7] - 20108:16, 20133:12, 20134:6, 20147:4, 20183:25, 20201:15, 20230:16
**guest** [1] - 20104:19
**guide** [2] - 20143:1, 20143:2
**guidelines** [1] -

20178:16
**guilt** [6] - 20136:6, 20152:18, 20155:18, 20173:7, 20195:15, 20222:15
**guilty** [28] - 20141:16, 20144:6, 20144:13, 20148:7, 20153:20, 20177:13, 20177:14, 20177:16, 20177:17, 20177:18, 20178:3, 20199:10, 20200:16, 20204:4, 20210:24, 20211:10, 20211:15, 20211:20, 20215:21, 20219:24, 20220:12, 20222:4, 20222:5, 20222:9, 20222:14
**gun** [6] - 20121:19, 20121:24, 20177:19, 20177:24, 20178:1
**guns** [1] - 20176:13
**guy** [5] - 20105:3, 20108:1, 20115:14, 20116:10, 20121:18
**guys** [8] - 20104:24, 20125:13, 20127:8, 20131:3, 20135:1, 20135:6, 20142:2, 20194:18

## H

**half** [3] - 20106:3, 20131:17, 20202:3
**hand** [12] - 20119:14, 20119:16, 20142:6, 20143:25, 20152:8, 20161:2, 20196:24, 20203:8, 20203:20, 20207:11, 20207:16
**hand-picked** [2] - 20152:8, 20161:2
**handler** [2] - 20174:17, 20174:18
**hands** [10] - 20108:6, 20143:24, 20144:4, 20146:1, 20154:19, 20193:8, 20203:13, 20214:10, 20217:23, 20219:14
**hang** [2] - 20102:13, 20170:6
**hangers** [1] - 20106:13
**hangers-on** [1] - 20106:13
**happy** [3] - 20105:23, 20146:17, 20179:2
**Harbor** [1] - 20170:16

**hard** [6] - 20108:14, 20171:9, 20197:8, 20197:13, 20197:15, 20202:5
**harm** [1] - 20142:1
**harming** [2] - 20170:25
**harness** [1] - 20172:1
**Harrington** [1] - 20119:24
**Harris** [7] - 20105:14, 20110:13, 20227:22, 20228:14, 20230:19, 20231:10, 20232:24
**Harry** [1] - 20110:16
**Harry's** [1] - 20119:23
**Harvey** [1] - 20137:9
**HASSAN** [1] - 20098:9
**Hassan** [2] - 20098:10, 20180:24
**hat** [4] - 20171:7, 20194:12, 20194:17, 20207:7
**hateful** [1] - 20222:3
**Haven** [1] - 20098:6
**Hawa** [1] - 20213:6
**Hawk** [3] - 20123:2, 20123:8
**head** [2] - 20116:22, 20116:23
**headed** [1] - 20126:19
**heads** [4] - 20217:17, 20230:10, 20230:11, 20232:17
**heads-up** [3] - 20230:10, 20230:11, 20232:17
**hear** [20] - 20100:15, 20113:24, 20127:16, 20128:7, 20132:12, 20134:1, 20147:22, 20148:3, 20151:1, 20170:5, 20179:2, 20183:3, 20189:19, 20191:15, 20220:17, 20226:6, 20229:21, 20230:4, 20231:25, 20232:25
**heard** [53] - 20101:2, 20103:22, 20106:17, 20108:9, 20111:13, 20111:15, 20111:17, 20112:2, 20113:24, 20115:4, 20117:20, 20118:2, 20119:23, 20119:24, 20122:16, 20126:21, 20130:12, 20130:15, 20133:2, 20134:1, 20134:3, 20134:4, 20138:20,

20143:6, 20147:14, 20151:2, 20151:19, 20153:3, 20153:14, 20155:6, 20165:9, 20167:13, 20173:18, 20175:5, 20176:9, 20178:6, 20178:8, 20186:13, 20188:22, 20193:20, 20213:6, 20216:15, 20221:3, 20221:13, 20222:4, 20223:4, 20223:23, 20230:25, 20231:1, 20231:23, 20232:2
**hearing** [1] - 20156:22
**Heart** [1] - 20111:4
**heart** [1] - 20121:10
**heartbeat** [1] - 20138:7
**heat** [2] - 20164:4, 20167:23
**heaven** [2] - 20126:2, 20126:6
**held** [5] - 20135:21, 20139:11, 20144:4, 20209:18, 20213:19
**hell** [5] - 20125:6, 20127:18, 20129:15, 20129:19, 20136:21
**help** [9] - 20110:13, 20111:24, 20119:18, 20132:16, 20138:16, 20170:20, 20198:22, 20217:21, 20222:24
**helped** [6] - 20105:6, 20116:14, 20160:15, 20175:24, 20202:20, 20207:23
**helpful** [1] - 20154:11
**helpfully** [1] - 20149:4
**herd** [2] - 20129:16, 20174:25
**HERNANDEZ** [52] - 20098:7, 20145:18, 20146:12, 20146:17, 20148:20, 20159:2, 20159:4, 20160:1, 20161:11, 20165:8, 20165:12, 20165:24, 20166:15, 20166:25, 20168:24, 20169:4, 20169:16, 20169:20, 20170:4, 20172:24, 20181:22, 20185:5, 20186:12, 20187:20, 20187:22, 20188:3, 20188:6, 20188:19, 20188:22, 20188:24, 20189:14, 20190:21, 20191:20, 20193:23,

20200:18, 20200:22, 20201:16, 20201:24, 20210:1, 20210:4, 20210:7, 20210:19, 20211:1, 20211:6, 20211:12, 20212:2, 20212:22, 20214:3, 20220:14, 20220:20, 20230:13, 20231:18
**Hernandez** [18] - 20105:14, 20107:25, 20145:17, 20148:19, 20165:11, 20165:21, 20166:23, 20169:2, 20187:5, 20188:4, 20193:15, 20194:7, 20194:20, 20200:21, 20201:13, 20210:20, 20212:8, 20232:18
**hero** [1] - 20111:5
**heroes** [3] - 20174:8, 20174:9
**hesitate** [2] - 20136:12, 20225:7
**hew** [1] - 20167:6
**Hialeah** [1] - 20098:14
**hid** [1] - 20152:24
**hide** [2] - 20158:21, 20176:14
**higher** [2] - 20178:10, 20178:13
**Highland** [1] - 20098:8
**highlighted** [1] - 20128:19
**highly** [1] - 20109:9
**hijacking** [1] - 20219:12
**himself** [7] - 20124:22, 20194:5, 20194:20, 20196:2, 20209:12, 20215:6, 20215:25
**hindsight** [2] - 20100:17, 20144:7
**historians** [2] - 20106:22, 20117:9
**historically** [1] - 20145:2
**history** [3] - 20107:16, 20109:1
**ho** [2] - 20202:13, 20203:9
**hobble** [1] - 20145:9
**hold** [6] - 20107:22, 20110:5, 20138:16, 20140:4, 20183:11, 20232:25
**holding** [2] - 20145:9, 20202:12
**Hollow** [1] - 20098:8

**home** [11] - 20105:5, 20107:5, 20109:15, 20110:19, 20114:8, 20140:19, 20175:1, 20203:11, 20203:21, 20220:10, 20229:12
**homes** [1] - 20139:14
**honest** [2] - 20116:20, 20136:4
**Honor** [46] - 20144:20, 20145:18, 20146:13, 20148:20, 20149:11, 20161:11, 20165:8, 20165:12, 20166:17, 20166:21, 20167:9, 20167:10, 20169:5, 20169:16, 20178:6, 20178:8, 20178:20, 20179:4, 20185:5, 20186:12, 20188:6, 20188:20, 20188:22, 20188:24, 20191:12, 20200:18, 20201:4, 20201:24, 20204:19, 20204:22, 20204:25, 20205:4, 20205:8, 20205:13, 20210:4, 20211:1, 20211:15, 20211:21, 20212:2, 20212:22, 20220:14, 20230:3, 20230:13, 20231:2, 20231:18, 20232:13
**honor** [5] - 20101:6, 20101:12, 20143:13, 20147:18
**HONORABLE** [1] - 20097:10
**honorably** [1] - 20111:6
**hope** [2] - 20100:18, 20144:10
**Hopefully** [1] - 20157:9
**hopes** [2] - 20125:3, 20144:12
**hoping** [4] - 20156:17, 20163:22, 20187:14, 20215:7
**hopped** [1] - 20126:21
**horde** [1] - 20213:21
**hordes** [2] - 20172:3, 20213:8
**horribly** [1] - 20120:11
**hospitality** [1] - 20104:21
**hot** [4] - 20102:14, 20118:15, 20118:16, 20126:8
**Hotel** [1] - 20119:24

**hotel** [1] - 20198:23
**hour** [3] - 20130:2, 20202:3, 20220:24
**hours** [1] - 20211:23
**House** [1] - 20118:9
**house** [8] - 20116:18, 20123:20, 20132:15, 20138:8, 20171:18, 20216:19
**huge** [4] - 20164:13, 20186:17, 20203:6, 20212:18
**hugged** [2] - 20159:22, 20203:23
**HULL** [3] - 20098:2, 20232:13, 20232:17
**Hull** [4] - 20098:2, 20101:8, 20232:12
**hundreds** [8] - 20153:24, 20155:8, 20155:10, 20165:1, 20200:7, 20202:14
**hungry** [1] - 20129:15
**husbands** [1] - 20139:14
**hyped** [1] - 20164:21
**hypothetical** [1] - 20123:6

## I

**idea** [2] - 20120:14, 20218:22
**ideas** [2] - 20109:2, 20117:17
**identification** [1] - 20226:3
**identified** [2] - 20112:4, 20116:10
**identify** [1] - 20194:5
**identity** [2] - 20133:12, 20158:21
**ideological** [1] - 20126:25
**idiot** [1] - 20129:6
**ignore** [3] - 20113:14, 20202:12, 20219:1
**II** [1] - 20098:15
**illegal** [2] - 20159:14, 20162:23
**illegally** [4] - 20158:3, 20176:13, 20217:7, 20217:18
**illogical** [1] - 20178:11
**image** [1] - 20205:13
**imagined** [1] - 20173:14
**immediate** [1] - 20123:17
**immense** [1] -

20132:17
**imminent** [3] - 20123:17, 20123:25, 20221:24
**impact** [3] - 20144:22, 20144:25, 20145:11
**impartial** [1] - 20136:4
**implicated** [3] - 20145:19, 20145:25, 20187:2
**implicit** [1] - 20138:9
**implies** [1] - 20136:1
**importance** [2] - 20145:22, 20157:20, 20225:2, 20228:25
**important** [6] - 20136:12, 20136:15, 20136:25, 20146:4, 20146:5, 20231:6
**imposing** [1] - 20225:19
**impossible** [1] - 20207:9
**improper** [3] - 20179:3, 20179:8, 20179:10
**improperly** [1] - 20214:25
**improve** [1] - 20215:5
**improvement** [1] - 20105:5
**inadvertently** [1] - 20223:11
**inappropriate** [2] - 20166:18, 20192:22
**inauguration** [2] - 20157:7, 20189:6
**inch** [1] - 20101:15
**incitement** [1] - 20124:1
**inclination** [2] - 20231:16, 20231:23
**include** [1] - 20151:16
**included** [2] - 20183:20, 20201:5
**includes** [2] - 20167:1, 20223:20
**including** [12] - 20105:5, 20148:25, 20149:21, 20149:22, 20151:23, 20152:1, 20164:14, 20171:1, 20195:19, 20218:11, 20220:11, 20221:5
**increases** [1] - 20127:14
**increment** [2] - 20121:25, 20135:3
**independent** [7] - 20184:11, 20184:12,

20185:1, 20187:19, 20188:15, 20223:24, 20228:8
**indicated** [3] - 20169:17, 20169:19, 20226:12
**indicates** [2] - 20183:8, 20184:8
**indictment** [1] - 20166:19
**indirectly** [1] - 20141:25
**individual's** [2] - 20123:16, 20221:23
**individuals** [4] - 20114:2, 20207:5, 20221:4, 20222:2
**Industrial** [1] - 20139:18
**infamy** [1] - 20128:25
**infection** [1] - 20106:20
**inference** [2] - 20168:1, 20183:24
**influence** [3] - 20218:23, 20219:1, 20225:18
**inform** [1] - 20178:9
**informal** [1] - 20162:24
**informant** [2] - 20129:18, 20215:1
**information** [5] - 20192:20, 20192:24, 20193:4, 20193:13, 20227:23
**initial** [4] - 20166:10, 20195:25, 20211:24, 20225:9
**initiation** [1] - 20108:11
**injecting** [1] - 20205:16
**injured** [2] - 20111:4, 20143:23
**injuries** [1] - 20111:7
**Inner** [1] - 20170:16
**innocence** [5] - 20135:3, 20135:7, 20135:15, 20139:4, 20142:11
**innocent** [2] - 20135:9, 20196:18
**innuendo** [1] - 20151:14
**inside** [5] - 20168:20, 20197:6, 20206:14, 20213:4, 20219:6
**inspect** [1] - 20116:21
**Inspector** [2] -

20213:6
**inspire** [2] - 20174:18, 20174:25
**inspired** [2] - 20130:13, 20131:24
**install** [1] - 20116:14
**instance** [1] - 20129:19
**instances** [2] - 20165:14, 20221:6
**instant** [1] - 20129:16
**instantaneously** [1] - 20130:23
**instead** [3] - 20106:8, 20158:23, 20206:17
**instill** [1] - 20196:13
**instinct** [1] - 20134:25
**instincts** [1] - 20148:21
**institutions** [3] - 20136:24, 20139:10, 20139:15
**instruct** [5] - 20145:11, 20147:6, 20150:17, 20228:4, 20229:11
**instructed** [10] - 20145:12, 20151:10, 20163:12, 20170:22, 20174:1, 20177:2, 20195:13, 20198:2, 20199:8, 20215:23
**instructing** [1] - 20144:21
**instruction** [19] - 20109:8, 20144:21, 20147:19, 20149:7, 20149:12, 20149:19, 20149:20, 20150:4, 20150:5, 20150:10, 20179:11, 20220:15, 20221:9, 20222:7, 20223:3, 20223:17, 20229:20, 20233:1
**instructions** [15] - 20154:13, 20161:24, 20220:8, 20220:11, 20220:24, 20221:2, 20221:7, 20226:24, 20226:25, 20227:20, 20228:6, 20228:12, 20229:1, 20229:12, 20230:5
**insult** [1] - 20138:25
**insulting** [1] - 20134:5
**intend** [3] - 20142:13, 20153:7, 20229:13
**intended** [1] - 20226:17
**intent** [21] - 20153:9,

20154:7, 20154:15, 20166:7, 20166:12, 20166:13, 20171:12, 20172:9, 20187:8, 20202:5, 20202:6, 20202:7, 20202:11, 20210:7, 20210:10, 20210:21, 20211:7, 20211:8, 20211:9, 20212:7, 20221:12
**intention** [1] - 20124:15
**intentionally** [1] - 20210:22
**intentions** [1] - 20132:19
**interacting** [1] - 20179:25
**interactions** [1] - 20163:9
**interest** [2] - 20132:6, 20181:20
**interested** [2] - 20214:2, 20214:5
**interesting** [1] - 20140:12
**interests** [1] - 20102:21
**interfere** [5] - 20192:16, 20206:24, 20207:4, 20213:4
**interfering** [1] - 20207:4
**Internet** [8] - 20110:3, 20153:21, 20160:22, 20160:25, 20223:6, 20224:2, 20228:6, 20228:8
**interrupt** [1] - 20131:12
**interrupting** [1] - 20148:2
**interruption** [1] - 20131:10
**intersection** [1] - 20162:21
**introduced** [3] - 20191:20, 20191:22, 20221:8
**inure** [1] - 20108:25
**invested** [1] - 20170:17
**investigation** [2] - 20223:24, 20228:8
**invitation** [1] - 20119:17
**invite** [1] - 20222:25
**involved** [5] - 20170:19, 20195:5, 20199:11, 20207:22,

20207:25
**involvement** [1] - 20174:4
**involves** [1] - 20170:23
**Iraq** [2] - 20111:1, 20111:3
**Isaiah** [1] - 20194:16
**issue** [7] - 20104:3, 20166:17, 20195:15, 20211:7, 20224:19, 20224:24, 20232:4
**issues** [1] - 20229:7
**it'll** [1] - 20229:7
**items** [1] - 20171:2
**itself** [3] - 20113:23, 20130:3, 20142:24
**IV** [1] - 20098:2

## J

**J6** [1] - 20198:25
**jacket** [1] - 20194:13
**jail** [2] - 20177:23, 20204:9
**jam** [1] - 20215:7
**January** [71] - 20116:15, 20118:10, 20119:2, 20122:9, 20122:10, 20126:24, 20131:7, 20131:19, 20142:23, 20142:24, 20143:8, 20155:1, 20157:16, 20157:20, 20160:14, 20162:14, 20163:24, 20164:3, 20171:6, 20174:2, 20174:4, 20174:9, 20176:13, 20177:13, 20181:17, 20182:7, 20182:12, 20185:24, 20186:1, 20186:11, 20186:16, 20187:6, 20187:8, 20187:11, 20187:13, 20187:15, 20189:7, 20189:11, 20190:24, 20192:17, 20192:25, 20193:6, 20193:20, 20194:11, 20194:15, 20195:12, 20195:19, 20198:23, 20202:11, 20203:6, 20207:11, 20207:14, 20207:20, 20207:23, 20208:9, 20208:12, 20208:16, 20208:19, 20209:11, 20209:16, 20209:18, 20212:10, 20212:12, 20212:16, 20214:24, 20215:5,

20216:20, 20219:18, 20219:21, 20222:6
**JASON** [1] - 20097:13
**JAUREGUI** [8] - 20098:12, 20164:5, 20164:8, 20167:10, 20167:23, 20182:24, 20184:15, 20211:21
**Jauregui** [1] - 20098:13
**Jeffrey** [1] - 20174:1
**Jeremy** [14] - 20107:24, 20107:25, 20115:8, 20115:13, 20115:23, 20116:12, 20151:23, 20163:5, 20176:11, 20176:19, 20177:12, 20195:16, 20222:5
**Jesus** [1] - 20188:16
**job** [4] - 20153:19, 20173:15, 20215:15, 20217:21
**jobs** [1] - 20207:10
**Joe** [27] - 20101:9, 20110:17, 20110:22, 20112:10, 20115:14, 20116:14, 20123:20, 20123:24, 20126:14, 20126:15, 20126:16, 20127:4, 20127:9, 20127:10, 20127:23, 20127:25, 20128:16, 20128:25, 20136:13, 20136:19, 20138:7, 20143:11, 20143:12, 20155:22, 20181:3, 20200:2
**Joe's** [3] - 20126:14, 20132:6, 20142:5
**JOHN** [1] - 20098:2
**John** [2] - 20126:3, 20182:6
**Johnson** [1] - 20172:22
**join** [2] - 20195:18
**joined** [7] - 20112:9, 20179:24, 20195:12, 20199:16, 20207:18, 20213:20, 20216:25
**joining** [2] - 20138:1, 20195:14
**joins** [3] - 20167:9, 20199:20, 20204:20
**joke** [1] - 20206:18
**Joseph** [2] - 20103:10, 20176:20
**JOSEPH** [1] - 20097:6
**journalist** [3] - 20126:13, 20126:14,

20126:22
**joy** [1] - 20173:8
**Judge** [19] - 20101:13, 20121:4, 20128:1, 20129:23, 20135:11, 20151:16, 20154:13, 20161:23, 20163:12, 20164:6, 20164:8, 20170:22, 20177:1, 20182:24, 20195:13, 20195:17, 20199:8, 20215:23, 20230:14
**judge** [8] - 20109:8, 20123:12, 20129:5, 20134:13, 20140:23, 20142:19, 20151:10, 20184:15
**JUDGE** [1] - 20097:11
**judges** [3] - 20150:14, 20225:14, 20231:19
**July** [1] - 20100:21
**juries** [1] - 20145:6
**juror** [6] - 20222:25, 20225:3, 20225:7, 20228:2, 20231:8, 20231:9
**jurors** [17] - 20112:22, 20145:2, 20153:1, 20220:6, 20223:13, 20224:14, 20224:25, 20225:1, 20225:9, 20226:9, 20226:10, 20226:16, 20227:9, 20227:10, 20227:13, 20227:17, 20230:19
**JURY** [1] - 20097:10
**Jury** [6] - 20100:3, 20100:13, 20144:17, 20146:24, 20150:8, 20228:19
**jury** [39] - 20100:12, 20101:4, 20133:18, 20136:9, 20136:25, 20141:14, 20144:21, 20148:14, 20149:23, 20150:6, 20150:12, 20166:18, 20170:5, 20178:9, 20178:18, 20179:6, 20205:11, 20205:19, 20206:3, 20210:10, 20220:16, 20222:16, 20223:16, 20223:20, 20224:3, 20224:7, 20224:8, 20224:10, 20224:16, 20224:21, 20225:3, 20225:10, 20225:25, 20226:11, 20228:1, 20228:12, 20231:3, 20232:14

**jury's** [1] - 20224:4
**Justice** [1] - 20097:16
**justice** [8] - 20107:11, 20109:5, 20109:6, 20118:5, 20139:22, 20141:8, 20141:13, 20141:17
**justified** [1] - 20217:8
**justify** [1] - 20218:20
**Justinian's** [1] - 20106:25

## K

**Karenina** [1] - 20105:22
**Keep** [1] - 20132:19
**keep** [11] - 20101:10, 20105:9, 20140:16, 20142:9, 20153:1, 20156:18, 20157:19, 20158:3, 20190:7, 20195:1, 20226:2
**Keepers** [2] - 20188:17, 20189:4
**Kelly** [9] - 20101:13, 20135:11, 20151:16, 20170:22, 20177:1, 20195:13, 20195:17, 20199:8, 20215:23
**KELLY** [1] - 20097:10
**Kelly's** [3] - 20154:13, 20161:23, 20163:12
**Kenerson** [5] - 20104:23, 20116:2, 20144:19, 20147:23, 20148:4
**KENERSON** [15] - 20097:13, 20105:12, 20109:17, 20113:10, 20113:15, 20114:23, 20115:10, 20122:6, 20137:12, 20140:10, 20143:4, 20144:20, 20147:13, 20231:2, 20232:3
**kept** [2] - 20115:16, 20116:11
**key** [3] - 20182:11, 20217:24
**keys** [1] - 20132:16
**kicker** [1] - 20199:15
**kid** [1] - 20102:12
**kids** [2] - 20105:19, 20143:19
**kill** [2] - 20116:22, 20123:20
**killing** [2] - 20157:12, 20170:25
**kind** [4] - 20106:10,

20134:13, 20136:7, 20136:10
**knife** [4] - 20119:14, 20119:15, 20119:16, 20119:18
**knocked** [2] - 20119:14, 20193:19
**knocking** [2] - 20192:3, 20216:4
**knowing** [3] - 20124:10, 20138:1, 20193:11
**knowingly** [1] - 20215:24
**knowledge** [6] - 20137:25, 20154:8, 20154:15, 20213:12, 20214:23, 20221:12
**known** [6] - 20110:11, 20111:13, 20113:25, 20190:3, 20201:17
**knows** [5] - 20105:10, 20106:20, 20178:14, 20179:17, 20202:17
**knuckles** [1] - 20171:9
**Kool** [1] - 20104:10
**Kool-Aid** [1] - 20104:10
**Kraken** [1] - 20114:20
**Kreskin** [1] - 20138:9
**Kung** [2] - 20121:20, 20121:21

## L

**labor** [3] - 20107:19, 20133:14, 20139:18
**lack** [3] - 20136:3, 20191:12, 20221:15
**ladies** [10] - 20103:9, 20123:22, 20144:14, 20150:10, 20150:12, 20152:4, 20196:16, 20215:20, 20220:22, 20228:16
**Lake** [1] - 20098:18
**Lakes** [1] - 20098:11
**Lamond** [8] - 20192:14, 20192:18, 20192:20, 20192:21, 20192:24, 20193:3, 20193:7, 20193:12
**lamp** [1] - 20175:3
**land** [1] - 20139:24
**language** [2] - 20111:20, 20145:16
**large** [1] - 20179:21
**larger** [1] - 20199:21
**lasagna** [1] - 20173:12
**last** [11] - 20100:9,

20112:16, 20117:5, 20146:3, 20146:13, 20148:5, 20156:7, 20158:1, 20181:17, 20227:9, 20230:3
**late** [2] - 20101:10, 20110:19
**lateness** [1] - 20220:23
**Latin** [1] - 20102:3
**Latinos** [1] - 20124:7
**laughed** [1] - 20171:21
**laughing** [2] - 20159:25, 20160:5
**law** [67] - 20102:6, 20104:5, 20104:7, 20105:10, 20105:11, 20108:4, 20109:7, 20112:1, 20113:16, 20115:12, 20116:25, 20123:10, 20123:13, 20130:23, 20132:19, 20134:12, 20134:17, 20136:24, 20137:1, 20138:15, 20139:3, 20141:20, 20142:1, 20142:14, 20142:20, 20143:14, 20144:13, 20145:13, 20146:10, 20147:6, 20147:21, 20148:1, 20148:12, 20150:16, 20154:19, 20157:13, 20166:20, 20177:2, 20178:5, 20178:14, 20178:20, 20178:22, 20178:24, 20179:6, 20179:8, 20179:9, 20192:16, 20193:9, 20193:14, 20194:7, 20199:25, 20200:18, 20200:20, 20200:24, 20200:25, 20201:17, 20205:9, 20206:24, 20210:1, 20210:9, 20210:11, 20215:10, 20219:10, 20219:11, 20219:14, 20226:24
**Law** [2] - 20098:10, 20098:13
**lawful** [1] - 20216:24
**lawmakers** [1] - 20157:12
**Laws** [1] - 20132:13
**laws** [3] - 20162:16, 20162:18, 20176:12
**lawyer** [4] - 20108:19, 20113:12, 20114:19, 20128:3

**lawyers** [5] - 20125:13, 20134:23, 20137:7, 20140:14, 20140:15
**layer** [2] - 20158:8
**lead** [7] - 20155:25, 20163:7, 20165:5, 20180:18, 20182:4, 20186:2, 20207:19
**lead-up** [1] - 20207:19
**leader** [8] - 20115:2, 20131:24, 20167:16, 20179:18, 20179:24, 20180:17, 20195:6, 20198:21
**leaders** [9] - 20161:1, 20161:9, 20165:4, 20180:1, 20180:10, 20180:12, 20180:19, 20181:16, 20208:9
**leadership** [4] - 20103:25, 20165:5, 20195:8, 20207:15
**leading** [5] - 20171:13, 20182:15, 20203:7, 20208:12, 20219:18
**learn** [1] - 20118:7
**learned** [3] - 20126:15, 20129:5, 20197:23
**learning** [1] - 20141:22
**least** [5] - 20135:20, 20148:11, 20149:17, 20184:5, 20231:7
**leave** [8] - 20116:18, 20192:4, 20209:1, 20216:12, 20216:14, 20216:25, 20218:15, 20227:19
**leaving** [3] - 20158:23, 20206:17, 20218:15
**led** [12] - 20124:10, 20134:20, 20147:14, 20164:13, 20164:20, 20165:2, 20168:15, 20171:15, 20177:9, 20180:12, 20182:9, 20203:12
**left** [12] - 20102:12, 20112:11, 20118:14, 20124:10, 20125:11, 20125:14, 20125:15, 20127:15, 20130:4, 20140:15, 20209:22, 20229:2
**legal** [5] - 20136:23, 20156:16, 20156:18, 20156:24, 20157:16

**legitimacy** [3] - 20121:13, 20121:16, 20157:23
**legitimate** [4] - 20121:15, 20167:17, 20167:19, 20167:20
**legitimize** [1] - 20219:15
**length** [1] - 20205:15
**lengthy** [1] - 20205:11
**less** [6] - 20130:9, 20132:11, 20139:25, 20140:1, 20192:12, 20199:10
**lesser** [1] - 20178:4
**letter** [1] - 20148:12
**letting** [1] - 20214:2
**Lewis** [1] - 20188:16
**liability** [6] - 20137:9, 20140:24, 20140:25, 20201:6, 20201:9, 20201:14
**liar** [3] - 20120:11, 20120:12
**liberty** [2] - 20117:16, 20135:19
**license** [2] - 20117:7, 20129:8
**lie** [3] - 20122:18, 20122:19, 20176:5
**lied** [3] - 20132:23, 20174:3, 20194:8
**lieu** [1] - 20148:5
**Lieutenant** [1] - 20192:14
**lieutenants** [1] - 20208:18
**life** [11] - 20102:8, 20116:9, 20131:20, 20131:23, 20132:17, 20133:11, 20134:20, 20135:19, 20136:12, 20196:10, 20214:17
**lifetime** [1] - 20101:6
**light** [3] - 20162:4, 20162:6, 20162:22
**likelihood** [1] - 20228:9
**likely** [3] - 20121:22, 20123:18, 20221:25
**lime** [1] - 20122:14
**limit** [1] - 20115:11
**limited** [2] - 20117:13, 20222:10
**limiting** [1] - 20220:15
**line** [21] - 20112:17, 20130:25, 20132:25, 20133:24, 20135:19, 20140:18, 20159:23, 20167:7, 20168:19,

20172:21, 20172:22, 20173:5, 20180:17, 20182:12, 20193:21, 20196:6, 20197:1, 20204:25, 20206:20, 20216:22, 20219:4
**line-up** [1] - 20112:17
**lined** [1] - 20219:4
**lines** [4] - 20196:15, 20203:8, 20219:3, 20232:17
**linkage** [1] - 20183:24
**lips** [1] - 20107:11
**list** [1] - 20112:23
**listen** [1] - 20121:8, 20127:3, 20223:8, 20223:9
**listened** [1] - 20125:12
**listening** [1] - 20115:23
**literally** [3] - 20183:8, 20185:8, 20212:21
**literate** [1] - 20103:6
**live** [5] - 20102:6, 20102:22, 20118:7, 20119:19, 20128:25
**Lives** [2] - 20119:10, 20123:3
**lives** [7] - 20121:14, 20132:11, 20133:24, 20135:19, 20135:20, 20173:11, 20177:8
**living** [2] - 20102:4, 20111:23
**Livingston** [1] - 20098:19
**LLC** [1] - 20098:5
**location** [1] - 20186:1
**lock** [1] - 20162:4
**Locke's** [1] - 20126:3
**locked** [2] - 20106:17, 20107:6
**Look** [1] - 20139:14
**look** [42] - 20100:19, 20100:24, 20105:18, 20107:16, 20109:2, 20112:22, 20120:11, 20122:25, 20125:16, 20125:17, 20128:18, 20131:21, 20132:6, 20134:25, 20135:12, 20135:14, 20137:3, 20137:14, 20137:21, 20142:5, 20142:8, 20142:9, 20144:7, 20146:17, 20149:25, 20155:18, 20166:6, 20177:22, 20179:20, 20179:22, 20185:12,

20202:25, 20204:15, 20205:10, 20205:19, 20205:25, 20206:3, 20210:24, 20212:5, 20232:6
**looked** [2] - 20165:5, 20165:21
**looking** [13] - 20104:15, 20118:25, 20126:22, 20127:5, 20145:3, 20163:4, 20168:12, 20185:8, 20187:2, 20189:8, 20196:16, 20197:24
**looks** [3] - 20110:21, 20126:10, 20162:5
**loop** [1] - 20208:7
**loose** [4] - 20129:15, 20129:20, 20201:13, 20201:18
**looting** [1] - 20130:5
**Lords** [1] - 20198:25
**lost** [4] - 20106:15, 20130:12, 20158:5
**love** [11] - 20104:20, 20105:8, 20108:20, 20110:19, 20126:7, 20127:16, 20129:2, 20132:10, 20132:11, 20133:14
**loved** [2] - 20106:13, 20197:4
**loves** [4] - 20105:11, 20111:11, 20111:12
**Loves** [1] - 20188:16
**lower** [3] - 20178:12, 20178:15, 20179:7
**loyal** [1] - 20174:11
**Loyd** [2] - 20213:6, 20218:11
**lozenge** [1] - 20127:10
**lunch** [3] - 20129:9, 20170:15, 20230:20
**lying** [5] - 20116:2, 20196:18, 20215:4, 20215:5
**lynched** [1] - 20157:7
**lynchings** [1] - 20107:21

## M

**ma'am** [1] - 20193:24
**machines** [1] - 20114:21
**mad** [2] - 20104:10, 20213:1
**Mad** [1] - 20107:25
**Madam** [2] - 20112:21, 20125:17

**magazine** [1] - 20126:23
**mail** [4] - 20147:4, 20169:20, 20223:21, 20230:9
**mainstream** [1] - 20113:8
**Mama** [1] - 20183:21
**man** [30] - 20105:4, 20105:10, 20108:9, 20111:11, 20126:11, 20128:8, 20129:5, 20132:7, 20132:9, 20137:9, 20143:12, 20143:14, 20143:22, 20143:25, 20144:1, 20144:2, 20144:3, 20144:4, 20144:5, 20162:10, 20175:20, 20191:8, 20192:6, 20196:12, 20196:13, 20199:1, 20199:4, 20207:6, 20213:3
**Manhattan** [1] - 20106:6
**manipulation** [1] - 20114:21
**March** [1] - 20106:18
**march** [7] - 20119:8, 20119:9, 20124:15, 20125:19, 20125:22, 20156:12, 20186:3
**marched** [10] - 20126:17, 20127:8, 20156:14, 20160:14, 20164:17, 20168:15, 20172:11, 20197:19, 20202:14, 20212:18
**marches** [2] - 20117:3, 20117:5
**Marine** [1] - 20196:15
**mark** [1] - 20138:9
**marked** [2] - 20117:10, 20226:3
**market** [1] - 20115:5
**marshal** [2] - 20224:6, 20224:13
**marvel** [1] - 20107:16
**marvels** [1] - 20103:24
**Maryland** [1] - 20098:8
**mashed** [1] - 20132:8
**mask** [2] - 20158:21, 20171:9
**masks** [1] - 20158:20
**master** [1] - 20143:19
**match** [1] - 20137:8
**mathematical** [1] - 20178:18
**Matilda** [1] - 20110:16

**Matter** [4] - 20100:5, 20119:11, 20123:3, 20147:1
**matter** [14] - 20109:2, 20133:12, 20149:16, 20151:8, 20187:10, 20195:9, 20198:17, 20224:10, 20224:16, 20224:22, 20225:14, 20225:22, 20232:18, 20234:5
**matters** [8] - 20102:7, 20109:1, 20126:4, 20136:12, 20222:1, 20225:2, 20230:17, 20232:9
**Matthew** [9] - 20129:11, 20129:12, 20151:22, 20163:5, 20176:11, 20177:14, 20191:3, 20195:16, 20222:5
**Max** [2] - 20107:25, 20121:12
**maximum** [9] - 20177:23, 20177:24, 20178:10, 20178:11, 20178:12, 20178:15, 20178:16, 20179:7
**maximums** [1] - 20178:25
**McCullough** [4] - 20104:23, 20116:5, 20162:17, 20169:20
**MCCULLOUGH** [1] - 20097:13
**McDonald** [2] - 20172:17, 20172:19
**McGinnis** [1] - 20108:9
**McGuire** [1] - 20098:2
**mean** [9] - 20105:21, 20110:14, 20138:24, 20151:12, 20173:9, 20173:15, 20173:16, 20188:4, 20230:18
**meaning** [1] - 20211:5
**meaningless** [1] - 20131:2
**meaninglessness** [1] - 20131:2
**means** [12] - 20124:20, 20129:7, 20135:7, 20142:23, 20191:2, 20200:16, 20213:13, 20215:21, 20219:11, 20224:1, 20224:15, 20224:20
**meant** [3] - 20191:7, 20192:9, 20227:2

**Meanwhile** [1] - 20176:1

**measures** [5] - 20190:11, 20202:23, 20216:13, 20217:5, 20217:10

**media** [5] - 20113:8, 20193:5, 20194:15, 20221:5, 20223:7

**meet** [2] - 20124:13, 20175:2

**meeting** [7] - 20104:22, 20104:24, 20130:24, 20137:24, 20212:16, 20212:17

**meetings** [1] - 20132:3

**megaphone** [1] - 20127:4

**Melania** [1] - 20132:1

**member** [8] - 20108:17, 20115:21, 20123:2, 20131:1, 20201:6, 20221:20, 20224:8, 20224:10

**members** [19] - 20112:4, 20114:3, 20115:3, 20152:8, 20157:24, 20160:20, 20161:1, 20161:6, 20165:4, 20165:5, 20175:8, 20175:12, 20180:1, 20180:19, 20191:5, 20209:4, 20209:5, 20216:17, 20224:7

**membership** [1] - 20113:23

**memorized** [1] - 20112:15

**memory** [3] - 20226:14, 20226:15, 20226:17

**men** [32] - 20110:11, 20121:2, 20124:4, 20129:2, 20131:12, 20133:22, 20138:17, 20143:18, 20153:18, 20154:10, 20155:3, 20156:24, 20161:2, 20161:8, 20164:17, 20164:20, 20165:2, 20168:9, 20171:3, 20172:10, 20173:2, 20175:12, 20180:1, 20181:9, 20186:6, 20191:2, 20191:8, 20199:7, 20203:11, 20203:21, 20207:23, 20212:18

**men's** [1] - 20158:3

**mentality** [2] - 20129:16, 20174:25

**mention** [1] - 20231:6

**mentioned** [2] - 20187:24, 20231:8

**mentioning** [1] - 20191:20

**Mere** [1] - 20137:25

**merits** [2] - 20149:19, 20224:10

**Mesa** [1] - 20174:7

**message** [15] - 20124:18, 20146:2, 20148:14, 20150:22, 20151:3, 20152:17, 20153:10, 20174:21, 20182:1, 20198:9, 20208:13, 20209:5, 20213:17

**messaged** [4] - 20190:12, 20208:8, 20209:4, 20209:8

**messages** [24] - 20148:7, 20151:6, 20152:15, 20154:7, 20154:18, 20154:19, 20154:22, 20154:23, 20155:1, 20155:2, 20155:6, 20155:8, 20155:12, 20155:18, 20174:24, 20175:13, 20175:16, 20182:5, 20183:20, 20192:17, 20192:23, 20193:17, 20193:18, 20221:6

**met** [2] - 20161:25, 20162:7

**metal** [11] - 20152:12, 20168:8, 20172:11, 20173:3, 20182:13, 20193:25, 20200:2, 20203:22, 20203:25, 20212:25, 20216:7

**METCALF** [6] - 20098:15, 20191:12, 20191:18, 20198:6, 20198:14, 20214:12

**Metcalf** [6] - 20098:15, 20105:3, 20198:12, 20199:5, 20218:3

**Miami** [2] - 20098:11, 20104:25

**midstream** [1] - 20105:21

**might** [20] - 20100:21, 20121:25, 20126:22, 20139:9, 20144:22, 20144:25, 20145:24, 20149:24, 20153:23,

20173:14, 20174:19, 20191:5, 20192:11, 20193:8, 20193:13, 20200:14, 20202:22, 20215:15, 20228:11

**mile** [1] - 20139:5

**Milk** [1] - 20172:20

**million** [4] - 20115:3, 20115:5, 20130:8, 20131:17

**mind** [6] - 20106:11, 20113:19, 20132:3, 20221:13, 20224:12, 20226:2

**mindful** [1] - 20222:21

**minds** [3] - 20119:10, 20130:24, 20137:24

**mine** [1] - 20127:7

**minions** [1] - 20114:25

**Ministries** [1] - 20188:17

**Ministry** [2] - 20191:1, 20192:10

**Mink** [1] - 20098:8

**minute** [3] - 20101:8, 20115:20, 20143:11

**minutes** [12] - 20125:5, 20146:22, 20164:16, 20164:22, 20171:16, 20186:3, 20189:20, 20208:13, 20228:23, 20230:15, 20230:18

**miscellaneous** [1] - 20128:4

**misconduct** [1] - 20140:25

**misery** [1] - 20105:24

**missed** [2] - 20118:19, 20199:15

**missing** [1] - 20154:21

**mission** [1] - 20222:21

**misstate** [1] - 20200:20

**misstated** [3] - 20166:5, 20167:7, 20201:17

**misstatement** [4] - 20178:5, 20182:24, 20201:22, 20210:9

**misstates** [12] - 20159:4, 20160:1, 20161:11, 20165:20, 20168:24, 20181:22, 20187:20, 20198:6, 20200:18, 20201:1, 20210:1, 20214:3

**mistake** [6] - 20152:17, 20155:13, 20169:2, 20176:3, 20206:13, 20209:9

**mistook** [1] - 20162:10

**mistrial** [1] - 20230:5

**mitigating** [1] - 20207:12

**mix** [2] - 20126:16, 20137:8

**mob** [4] - 20151:21, 20190:7, 20216:18, 20216:25

**modern** [1] - 20133:6

**modifies** [1] - 20226:25

**mole** [1] - 20141:13

**mom** [1] - 20190:17

**moment** [12] - 20100:19, 20118:16, 20121:11, 20123:24, 20130:21, 20136:15, 20136:18, 20171:16, 20182:11, 20202:16, 20220:2

**moments** [2] - 20151:21, 20202:11

**monitoring** [1] - 20170:16

**monomaniacal** [1] - 20130:13

**monopoly** [1] - 20121:14

**monster** [1] - 20156:1

**Montana** [2] - 20098:19, 20105:4

**Month** [1] - 20132:24

**month** [4] - 20100:21, 20101:11, 20109:15

**months** [11] - 20101:17, 20104:11, 20104:19, 20109:15, 20111:2, 20117:5, 20131:17, 20135:12, 20151:2, 20161:25, 20181:9

**Monument** [2] - 20124:14, 20125:19

**monuments** [1] - 20104:20

**MOORE** [60] - 20097:19, 20151:1, 20158:15, 20158:23, 20159:6, 20159:9, 20159:13, 20160:4, 20160:8, 20160:13, 20161:14, 20164:10, 20168:5, 20169:12, 20169:19, 20170:11,

20171:20, 20171:25, 20172:7, 20172:9, 20173:1, 20179:14, 20181:13, 20182:1, 20183:2, 20183:7, 20183:19, 20184:7, 20185:4, 20185:11, 20185:20, 20186:15, 20188:14, 20189:1, 20189:16, 20190:23, 20191:14, 20191:17, 20191:19, 20192:3, 20192:6, 20192:9, 20193:25, 20194:4, 20198:8, 20198:20, 20202:3, 20202:10, 20203:16, 20206:8, 20206:20, 20206:23, 20209:14, 20210:3, 20210:14, 20212:10, 20212:25, 20214:5, 20214:15, 20216:11

**Moore** [18] - 20104:24, 20116:4, 20165:15, 20168:3, 20169:10, 20169:18, 20169:21, 20170:10, 20184:23, 20185:9, 20185:10, 20188:11, 20202:2, 20202:8, 20210:5, 20210:13, 20210:24, 20220:16

**moored** [1] - 20122:21

**morning** [6] - 20116:18, 20124:14, 20220:19, 20229:15, 20229:18, 20230:7

**MoSD** [24] - 20134:2, 20160:20, 20165:4, 20174:6, 20175:7, 20175:8, 20175:12, 20179:19, 20179:24, 20180:12, 20180:16, 20180:19, 20180:23, 20181:9, 20195:6, 20198:20, 20199:5, 20199:7, 20208:1, 20208:9, 20209:4, 20209:5

**Moses** [1] - 20139:23

**most** [4] - 20106:20, 20107:8, 20145:20, 20165:16

**mother** [2] - 20197:8, 20197:18

**motherfucker** [1] - 20197:7

**motherfuckers** [1] - 20155:15

**motherfuckin'** [1] -

20160:10
**motive** [3] - 20126:24,
20154:15, 20221:12
**mountain** [1] -
20105:4
**mouth** [1] - 20131:16
**move** [9] - 20135:1,
20138:3, 20140:7,
20144:9, 20148:18,
20150:7, 20150:11,
20170:2, 20179:10
**moved** [2] - 20168:6,
20168:13
**moving** [2] -
20158:16, 20175:22
**MPD** [4] - 20192:13,
20193:6, 20193:11,
20195:1
**MR** [64] - 20100:9,
20100:17, 20105:12,
20105:14, 20109:17,
20109:19, 20110:15,
20113:10, 20113:12,
20113:15, 20113:17,
20114:23, 20114:24,
20115:10, 20115:13,
20122:6, 20122:8,
20128:6, 20130:1,
20137:12, 20137:14,
20140:10, 20140:12,
20143:4, 20143:6,
20144:20, 20145:2,
20147:13, 20147:23,
20148:4, 20149:11,
20164:5, 20164:8,
20167:9, 20167:10,
20167:23, 20178:5,
20178:8, 20179:4,
20181:11, 20182:24,
20184:15, 20191:12,
20191:18, 20198:6,
20198:14, 20201:4,
20204:18, 20204:20,
20204:22, 20204:25,
20205:2, 20205:8,
20205:13, 20205:21,
20211:21, 20214:12,
20229:13, 20229:17,
20230:3, 20231:2,
20232:3, 20232:13,
20232:17
**MS** [110] - 20145:18,
20146:12, 20146:17,
20148:20, 20151:1,
20158:15, 20158:23,
20159:2, 20159:4,
20159:6, 20159:9,
20159:13, 20160:1,
20160:4, 20160:8,
20160:13, 20161:11,

20161:14, 20164:10,
20165:8, 20165:12,
20165:24, 20166:15,
20166:25, 20168:5,
20168:24, 20169:4,
20169:12, 20169:16,
20169:19, 20169:20,
20170:4, 20170:11,
20171:20, 20171:25,
20172:7, 20172:9,
20172:24, 20173:1,
20179:14, 20181:13,
20181:22, 20182:1,
20183:2, 20183:7,
20183:19, 20184:7,
20185:4, 20185:5,
20185:11, 20185:20,
20186:12, 20186:15,
20187:20, 20187:22,
20188:3, 20188:6,
20188:14, 20188:19,
20188:22, 20188:24,
20189:1, 20189:14,
20189:16, 20190:21,
20190:23, 20191:14,
20191:17, 20191:19,
20191:20, 20192:3,
20192:6, 20192:9,
20193:23, 20193:25,
20194:4, 20198:8,
20198:20, 20200:18,
20200:22, 20201:16,
20201:24, 20202:3,
20202:10, 20203:16,
20206:8, 20206:20,
20206:23, 20209:14,
20210:1, 20210:3,
20210:4, 20210:7,
20210:14, 20210:19,
20211:1, 20211:6,
20211:12, 20212:2,
20212:10, 20212:22,
20212:25, 20214:3,
20214:5, 20214:15,
20216:11, 20220:14,
20220:20, 20230:13,
20231:18
**MULROE** [1] -
20097:16
**Mulroe** [6] - 20104:23,
20105:17, 20106:1,
20116:4, 20140:13,
20153:3
**Mulroe's** [3] -
20131:16, 20149:12,
20150:1
**multiple** [3] -
20141:15, 20154:16,
20205:13
**munitions** [1] -

20217:14
**musical** [1] - 20108:10
**must** [12] - 20135:8,
20135:21, 20138:19,
20142:20, 20142:21,
20144:24, 20150:22,
20208:25, 20223:8,
20223:9, 20227:1,
20227:9
**Mustang** [1] - 20162:4
**mutual** [6] - 20130:24,
20132:2, 20133:15,
20137:24, 20162:1,
20222:25
**mystery** [1] - 20102:15
**Myth** [1] - 20134:8

# N

**NADIA** [1] - 20097:19
**nails** [1] - 20148:10
**naked** [1] - 20122:4
**name** [9] - 20104:25,
20105:9, 20110:15,
20129:18, 20136:1,
20169:6, 20169:8,
20190:25, 20227:21
**named** [3] - 20108:9,
20126:11, 20137:9
**namely** [1] - 20222:5
**names** [1] - 20105:1
**narrative** [7] -
20106:1, 20114:16,
20114:19, 20115:2,
20116:8, 20119:7,
20131:13
**nasty** [2] - 20102:8,
20153:21
**Nation** [1] - 20188:16
**nation** [1] - 20122:17
**nation's** [1] -
20108:20
**national** [2] - 20114:1,
20114:16
**natural** [1] - 20134:25
**nature** [4] - 20102:7,
20193:16, 20211:18,
20211:20
**NAYIB** [1] - 20098:9
**Nayib** [2] - 20098:10,
20104:24
**near** [2] - 20123:17,
20202:13
**nearby** [1] - 20215:17
**necessarily** [1] -
20142:14
**necessary** [4] -
20124:20, 20155:22,
20180:21, 20224:4
**necessity** [1] -

20148:6
**need** [19] - 20100:7,
20102:11, 20107:22,
20108:24, 20110:1,
20111:22, 20112:23,
20120:19, 20122:24,
20123:14, 20129:8,
20162:12, 20181:8,
20182:3, 20228:1,
20231:1, 20232:21
**needed** [6] - 20128:6,
20156:4, 20182:9,
20189:19, 20199:5,
20199:7
**needle** [1] - 20165:22
**needs** [5] - 20112:14,
20128:23, 20179:11,
20210:12, 20227:24
**neighbors** [1] -
20110:5
**nerd** [1] - 20121:11
**nerve** [1] - 20127:8
**nervous** [2] -
20102:11, 20114:1
**neuter** [1] - 20145:8
**neutralize** [1] -
20196:16
**never** [21] - 20109:3,
20109:4, 20109:5,
20116:20, 20132:20,
20138:15, 20139:25,
20155:13, 20162:7,
20162:8, 20165:19,
20169:19, 20174:3,
20181:23, 20184:16,
20185:24, 20224:9,
20224:12, 20224:15,
20224:20
**New** [9] - 20097:17,
20097:20, 20097:24,
20098:6, 20098:17,
20123:3, 20134:8
**new** [8] - 20101:22,
20113:25, 20114:16,
20131:7, 20131:8,
20173:12, 20215:7
**news** [3] - 20103:14,
20103:16, 20126:23
**Newsome** [3] -
20123:2, 20123:8
**newspaper** [1] -
20223:5
**newspapers** [1] -
20120:16
**next** [9] - 20100:15,
20105:16, 20106:20,
20131:4, 20143:11,
20162:4, 20168:6,
20168:20, 20181:2
**nice** [1] - 20200:24

**NICHOLAS** [1] -
20097:22
**Nick** [2] - 20105:9,
20129:17
**night** [2] - 20119:25,
20229:12
**nightly** [1] - 20229:12
**noble** [1] - 20107:25
**nobody** [6] - 20123:8,
20125:23, 20126:12,
20128:12, 20134:6,
20152:24
**noise** [2] - 20100:10,
20128:3
**noncombat** [1] -
20111:7
**noncombat-related**
[1] - 20111:7
**none** [7] - 20124:19,
20125:23, 20126:1,
20161:10, 20174:10
**nonpublic** [1] -
20192:24
**NORDEAN** [1] -
20097:6
**Nordean** [54] -
20097:22, 20100:6,
20103:11, 20125:18,
20127:25, 20136:13,
20147:2, 20152:11,
20155:15, 20156:1,
20156:13, 20157:4,
20158:13, 20159:7,
20159:11, 20159:22,
20159:24, 20160:4,
20160:20, 20160:24,
20164:13, 20164:24,
20167:9, 20168:6,
20168:9, 20168:13,
20168:18, 20170:12,
20171:6, 20172:11,
20176:20, 20186:2,
20200:2, 20202:10,
20202:16, 20202:18,
20202:25, 20203:2,
20203:18, 20204:3,
20204:6, 20204:13,
20205:15, 20206:8,
20206:23, 20207:3,
20207:6, 20207:8,
20208:12, 20208:15,
20208:18, 20213:9,
20213:22
**Nordean's** [3] -
20125:16, 20142:6,
20202:23
**NORMAN** [1] -
20098:4
**normies** [5] -
20164:21, 20180:18,

20182:6, 20182:9, 20182:15
**Northeast** [2] - 20104:13, 20109:14
**Northwest** [4] - 20097:14, 20097:17, 20098:3, 20098:21
**norvus** [1] - 20101:22
**notary** [1] - 20163:3
**note** [8] - 20112:14, 20147:23, 20148:4, 20224:5, 20224:9, 20227:4, 20227:5, 20228:24
**notebook** [1] - 20227:21
**notes** [8] - 20135:12, 20135:13, 20143:16, 20226:10, 20226:11, 20226:13, 20226:16, 20226:17
**notetaker's** [1] - 20226:18
**notetaking** [1] - 20226:9
**nothing** [19] - 20100:11, 20125:14, 20126:19, 20136:15, 20136:16, 20137:20, 20150:2, 20151:2, 20162:19, 20175:16, 20179:3, 20189:1, 20192:25, 20215:13, 20217:20, 20226:21, 20226:23, 20226:24, 20227:15
**noticed** [2] - 20127:1, 20140:14
**notion** [4] - 20116:15, 20145:19, 20145:25, 20211:7
**novel** [1] - 20105:22
**November** [2] - 20119:8, 20156:10
**Nugent** [2] - 20165:6, 20173:24
**nuke** [1] - 20193:10
**nuking** [1] - 20154:20
**nullification** [1] - 20145:5
**Number** [2] - 20097:3, 20132:13
**number** [8] - 20111:9, 20112:16, 20133:4, 20140:23, 20145:23, 20169:8, 20186:7, 20227:22
**NW** [1] - 20098:10

# O

**oath** [2] - 20108:12, 20110:23
**obey** [1] - 20216:24
**object** [1] - 20211:21
**objecting** [2] - 20130:19, 20157:25
**objection** [47] - 20105:12, 20109:17, 20113:10, 20113:15, 20114:23, 20115:10, 20122:6, 20137:12, 20140:10, 20143:4, 20159:2, 20159:4, 20160:1, 20161:12, 20164:5, 20165:8, 20167:11, 20168:24, 20169:9, 20170:9, 20172:24, 20178:5, 20179:1, 20181:11, 20181:22, 20182:24, 20184:23, 20185:13, 20185:19, 20186:12, 20188:13, 20188:19, 20189:14, 20190:21, 20191:12, 20191:25, 20192:2, 20193:23, 20198:6, 20201:12, 20201:21, 20204:18, 20206:6, 20210:1, 20212:8, 20214:3, 20214:12
**objections** [5] - 20105:15, 20116:3, 20151:18, 20165:17, 20201:17
**objective** [6] - 20124:20, 20180:25, 20181:3, 20181:6, 20200:8, 20200:15
**objectives** [1] - 20195:11
**objects** [1] - 20172:20
**obligations** [1] - 20173:19
**obscene** [1] - 20141:17
**observations** [1] - 20103:4
**obstruct** [6] - 20152:23, 20173:23, 20177:14, 20192:15, 20195:7, 20202:18
**obstructed** [3] - 20207:8, 20209:20, 20210:14
**obviously** [5] - 20147:16, 20210:21, 20211:9, 20229:7,

20229:10
**occasions** [1] - 20154:16
**occupying** [2] - 20185:7, 20217:7
**Ode** [16] - 20152:14, 20168:12, 20172:13, 20173:5, 20196:4, 20196:10, 20196:18, 20196:22, 20200:1, 20214:9, 20214:11, 20214:17, 20217:20, 20218:2, 20218:3, 20218:5
**Ode's** [4] - 20196:21, 20214:9, 20217:23, 20217:24
**OF** [5] - 20097:1, 20097:3, 20097:10, 20234:1, 20234:9
**off-color** [1] - 20134:3
**offense** [1] - 20222:12
**offensive** [1] - 20222:3
**offer** [1] - 20133:10
**offered** [2] - 20119:15, 20198:22
**Office** [2] - 20097:14, 20097:19
**office** [13] - 20120:14, 20131:25, 20168:23, 20169:5, 20169:7, 20169:8, 20169:11, 20169:13, 20169:15, 20169:17, 20169:23, 20170:2, 20170:11
**officer** [4] - 20200:14, 20214:25, 20217:10, 20217:21
**Officer** [20] - 20152:14, 20168:12, 20172:13, 20172:16, 20173:5, 20196:4, 20196:10, 20196:18, 20196:21, 20196:22, 20200:1, 20206:25, 20207:2, 20214:9, 20214:17, 20217:20, 20217:23, 20218:5, 20218:11
**officers** [43] - 20151:20, 20152:10, 20158:11, 20159:23, 20171:20, 20172:17, 20172:18, 20172:19, 20172:21, 20172:22, 20172:23, 20173:4, 20173:5, 20174:22, 20189:18, 20190:6, 20193:22, 20194:4,

20194:19, 20195:1, 20195:25, 20196:5, 20196:6, 20197:1, 20197:20, 20200:3, 20203:14, 20203:19, 20206:11, 20206:13, 20214:8, 20216:4, 20216:6, 20216:17, 20216:22, 20216:23, 20216:25, 20217:8, 20217:9, 20218:9, 20218:12, 20218:16, 20219:7
**officers'** [1] - 20194:22
**Offices** [1] - 20098:10
**Official** [1] - 20098:21
**official** [1] - 20177:15
**OFFICIAL** [1] - 20234:1
**often** [4] - 20113:12, 20117:4, 20117:15, 20225:11
**Ohio** [1] - 20218:11
**Old** [2] - 20134:9, 20143:24
**old** [10] - 20102:18, 20111:9, 20140:18, 20143:18, 20143:22, 20143:25, 20144:1, 20144:2, 20144:3, 20175:2
**older** [1] - 20134:22
**on-site** [1] - 20157:8
**once** [16] - 20102:9, 20102:19, 20103:1, 20114:16, 20121:13, 20123:3, 20128:1, 20128:21, 20129:13, 20137:10, 20144:23, 20180:14, 20186:4, 20197:6, 20208:9, 20218:6
**one** [92] - 20101:3, 20102:3, 20102:15, 20103:4, 20103:14, 20103:18, 20104:3, 20104:25, 20107:24, 20109:3, 20109:6, 20109:12, 20110:2, 20110:3, 20110:4, 20110:10, 20110:11, 20111:18, 20111:21, 20111:22, 20111:25, 20112:1, 20112:14, 20113:25, 20114:13, 20115:18, 20115:19, 20122:13, 20122:16, 20123:11, 20123:23, 20123:24, 20123:25,

20124:12, 20124:16, 20125:16, 20127:6, 20127:25, 20128:13, 20130:6, 20130:10, 20131:8, 20132:15, 20132:16, 20133:4, 20133:16, 20133:21, 20136:14, 20138:12, 20139:5, 20141:9, 20141:15, 20142:6, 20143:16, 20143:19, 20143:22, 20157:19, 20158:5, 20160:24, 20161:9, 20162:11, 20162:18, 20162:21, 20162:23, 20165:15, 20169:6, 20170:1, 20170:6, 20178:4, 20178:10, 20178:12, 20181:5, 20187:24, 20192:12, 20194:18, 20196:17, 20196:23, 20205:11, 20205:14, 20210:17, 20215:8, 20217:15, 20220:1, 20220:11, 20223:4, 20224:6, 20225:6, 20231:2, 20231:5
**One** [1] - 20188:16
**one's** [1] - 20204:4
**ones** [1] - 20119:4
**ongoing** [2] - 20156:24, 20208:17
**open** [5] - 20110:6, 20224:11, 20224:16, 20224:21, 20227:8
**opened** [2] - 20177:7, 20184:16
**opening** [3] - 20141:2, 20145:19, 20148:25
**operation** [1] - 20103:14
**opinion** [2] - 20225:4, 20226:22
**opportunities** [2] - 20133:11, 20133:14
**opportunity** [1] - 20158:1
**oppose** [3] - 20161:20, 20163:17, 20219:20
**opposed** [1] - 20230:9
**opposite** [2] - 20149:22, 20176:8
**oppressed** [1] - 20126:4
**orally** [1] - 20224:11
**Orange** [1] - 20098:5
**orator** [1] - 20102:19
**order** [3] - 20100:2,

20164:2, 20221:11
**ordered** [2] - 20164:1, 20187:11
**orders** [1] - 20219:9
**ordinary** [3] - 20111:22, 20170:23, 20171:1
**ordo** [1] - 20101:22
**Oregon** [1] - 20114:9
**organization** [2] - 20114:3, 20221:20
**organize** [1] - 20222:24
**organized** [3] - 20125:23, 20174:25, 20192:11
**oriented** [1] - 20102:11
**original** [1] - 20165:14
**ostracized** [1] - 20111:15
**others'** [1] - 20203:13
**otherwise** [4] - 20118:3, 20175:10, 20185:24, 20186:23
**ourselves** [1] - 20103:19
**outcome** [1] - 20170:17
**outfits** [1] - 20207:22
**outnumbering** [1] - 20206:11
**outset** [1] - 20225:6
**outside** [3] - 20119:24, 20121:17, 20168:21
**overall** [1] - 20166:6
**overcome** [1] - 20100:25
**overdue** [1] - 20107:12
**overheard** [1] - 20198:15
**overlord** [1] - 20133:19
**overran** [4] - 20160:15, 20197:1, 20197:20, 20212:13
**overreaches** [1] - 20148:9
**overreaching** [1] - 20117:14
**overrule** [4] - 20179:1, 20201:12, 20201:21, 20212:7
**Overruled** [1] - 20188:21
**overruled** [22] - 20159:5, 20160:3, 20161:13, 20164:7,

20164:9, 20172:25, 20181:25, 20183:1, 20186:14, 20188:13, 20188:25, 20189:15, 20190:22, 20191:25, 20192:2, 20193:24, 20205:18, 20206:6, 20210:2, 20212:24, 20214:4, 20214:14
**overrun** [4] - 20171:20, 20196:1, 20206:9, 20212:19
**overrunning** [1] - 20186:16
**overturn** [1] - 20157:16
**overturned** [1] - 20156:17
**overwhelmed** [2] - 20186:7, 20193:21
**overwhelming** [3] - 20153:9, 20161:21, 20206:11
**own** [13] - 20103:16, 20104:10, 20111:21, 20111:23, 20111:24, 20113:4, 20157:4, 20161:1, 20163:20, 20219:14, 20226:15, 20226:17, 20226:18
**owned** [1] - 20156:13
**owns** [1] - 20117:12

## P

**P.A** [2] - 20098:10, 20098:13
**P.C** [1] - 20098:15
**p.m** [8] - 20097:7, 20146:23, 20164:18, 20186:1, 20186:3, 20186:17, 20233:5
**page** [12] - 20135:14, 20135:23, 20137:23, 20137:25, 20141:22, 20179:19, 20181:1, 20181:15, 20184:8, 20185:21, 20220:6, 20227:21
**pages** [1] - 20146:18
**paid** [1] - 20107:13
**pains** [1] - 20106:19
**pair** [1] - 20119:18
**Palace** [12] - 20182:20, 20182:22, 20183:9, 20183:12, 20184:4, 20184:9, 20184:13, 20184:24, 20185:9, 20185:22, 20186:18

**pandemic** [4] - 20106:19, 20106:22, 20107:14, 20112:10
**pane** [2] - 20215:18, 20215:20
**pane's** [2] - 20215:14, 20215:22
**panels** [4] - 20204:6, 20204:13, 20204:16, 20206:2
**pants** [2] - 20120:12, 20194:13
**park** [2] - 20143:18, 20143:20
**Park** [1] - 20098:16
**Parler** [6] - 20123:23, 20132:4, 20152:6, 20163:20, 20193:2, 20208:22
**part** [8] - 20110:25, 20146:3, 20165:16, 20166:3, 20190:17, 20195:6, 20207:10, 20221:21
**participated** [2] - 20156:11, 20161:5
**particular** [1] - 20206:25
**particulars** [1] - 20201:20
**parties** [3] - 20150:20, 20229:6, 20229:9
**partisan** [1] - 20111:14
**partisans** [1] - 20225:13
**parts** [2] - 20104:13, 20137:16
**party** [9] - 20147:7, 20147:8, 20147:19, 20149:4, 20149:6, 20150:21, 20157:4, 20230:25
**pass** [1] - 20199:14
**past** [8] - 20100:22, 20142:25, 20151:2, 20161:25, 20163:9, 20172:16, 20191:9, 20219:8
**patience** [1] - 20101:14
**Patrick** [2] - 20126:11, 20126:12
**patriot** [1] - 20219:13
**patriotic** [1] - 20128:21
**patriotism** [1] - 20159:21
**patriots** [2] - 20128:22, 20130:14

**PATTIS** [22] - 20098:4, 20100:9, 20100:17, 20105:14, 20109:19, 20110:15, 20113:12, 20113:17, 20114:24, 20115:13, 20122:8, 20128:6, 20130:1, 20137:14, 20140:12, 20143:6, 20145:2, 20147:23, 20148:4, 20204:20, 20229:13, 20229:17
**Pattis** [13] - 20098:5, 20100:7, 20100:16, 20128:5, 20144:23, 20145:1, 20145:24, 20146:19, 20147:14, 20147:22, 20148:2, 20219:10, 20220:12
**pause** [1] - 20144:15
**paused** [1] - 20144:15
**pay** [2] - 20125:11, 20130:8
**paying** [1] - 20110:8
**payment** [1] - 20111:7
**PB** [1] - 20174:24
**PC** [1] - 20098:2
**peace** [2] - 20102:22, 20218:20
**Peace** [12] - 20105:22, 20127:2, 20127:12, 20164:17, 20164:20, 20171:13, 20182:12, 20186:6, 20189:17, 20202:13, 20203:8, 20216:4
**peaceful** [8] - 20107:8, 20107:16, 20131:9, 20131:14, 20145:22, 20146:5, 20190:13, 20218:24
**peacefully** [3] - 20187:9, 20190:14, 20219:4
**pearly** [1] - 20134:19
**peel** [1] - 20162:7
**Peloponnesian** [1] - 20106:23
**Pence** [7] - 20124:23, 20125:1, 20209:21, 20209:23, 20212:10, 20212:11, 20213:12
**Pennsylvania** [2] - 20171:21, 20216:6
**penny** [2] - 20200:6, 20200:23
**People** [2] - 20100:25, 20174:21
**people** [69] - 20101:4, 20102:21, 20103:18,

20104:1, 20104:22, 20106:12, 20107:9, 20107:10, 20107:23, 20108:5, 20113:23, 20113:24, 20115:1, 20115:3, 20115:5, 20115:15, 20117:6, 20117:19, 20118:8, 20118:10, 20118:24, 20119:2, 20120:9, 20120:15, 20120:17, 20120:23, 20122:15, 20122:19, 20125:11, 20125:22, 20126:3, 20127:15, 20127:17, 20128:12, 20128:15, 20129:15, 20131:20, 20131:22, 20132:20, 20133:9, 20133:19, 20134:7, 20134:8, 20134:9, 20134:21, 20136:8, 20138:14, 20139:6, 20139:12, 20153:14, 20153:16, 20153:18, 20156:12, 20157:11, 20160:23, 20163:1, 20165:18, 20170:25, 20174:22, 20186:4, 20189:12, 20189:17, 20199:8, 20199:20, 20201:17, 20218:22, 20219:1
**pepper** [2] - 20171:10, 20217:13
**perceived** [3] - 20156:9, 20199:1, 20215:6
**percentage** [1] - 20115:6
**perfect** [4] - 20100:17, 20122:10, 20144:7
**perhaps** [1] - 20111:18
**perimeter** [1] - 20125:21
**period** [1] - 20169:7
**permanent** [2] - 20189:23, 20189:24
**permanently** [2] - 20103:21, 20218:4
**permission** [3] - 20129:24, 20135:24, 20135:25
**permits** [2] - 20143:14, 20187:17
**permitted** [3] - 20145:6, 20187:6, 20226:9
**person** [20] - 20103:22, 20118:3,

20118:12, 20121:6, 20121:23, 20130:25, 20135:9, 20136:8, 20136:11, 20138:11, 20138:23, 20140:5, 20141:19, 20167:16, 20167:22, 20207:25, 20221:14, 20224:2, 20224:13

**personal** [3] - 20214:22, 20226:18, 20227:15

**personally** [2] - 20199:24, 20204:6

**perspective** [1] - 20136:17

**persuade** [1] - 20115:1

**Peter** [1] - 20134:19

**petition** [2] - 20117:20, 20117:25

**Pezzola** [67] - 20098:15, 20103:11, 20105:6, 20136:13, 20152:13, 20156:7, 20156:14, 20157:14, 20158:25, 20160:8, 20162:11, 20164:14, 20164:24, 20168:6, 20168:11, 20168:12, 20168:18, 20168:21, 20172:12, 20176:21, 20191:10, 20191:13, 20191:17, 20191:21, 20191:23, 20195:5, 20195:7, 20195:10, 20195:20, 20195:22, 20196:9, 20196:14, 20197:2, 20197:4, 20197:6, 20198:2, 20198:3, 20198:20, 20198:21, 20198:24, 20199:1, 20199:5, 20199:7, 20200:1, 20200:4, 20200:17, 20201:19, 20213:10, 20213:22, 20214:7, 20214:16, 20214:21, 20215:2, 20215:4, 20215:13, 20215:16, 20215:17, 20215:21, 20215:23, 20216:19, 20217:5, 20217:18, 20217:20, 20217:22, 20218:4, 20218:19

**PEZZOLA** [1] - 20097:7

**Pezzola's** [1] - 20149:14

**phase** [1] - 20113:25

**Philly** [1] - 20194:18

**phone** [4] - 20170:7, 20198:1, 20208:10, 20227:22

**photo** [3] - 20126:13, 20126:14, 20126:22

**photograph** [2] - 20198:24, 20208:23

**photographs** [1] - 20168:23

**photos** [4] - 20126:17, 20126:23, 20165:25, 20196:20

**phrase** [5] - 20183:16, 20183:24, 20184:4, 20184:12, 20184:24

**phrased** [1] - 20149:4

**physical** [2] - 20135:20, 20168:7

**physically** [1] - 20170:19

**pick** [10] - 20120:15, 20129:6, 20136:9, 20140:7, 20141:13, 20141:15, 20142:8, 20176:2, 20176:23

**picked** [3] - 20127:6, 20152:8, 20161:2

**picture** [2] - 20159:20, 20217:25

**pictures** [2] - 20207:21, 20218:8

**piece** [1] - 20217:24

**pieces** [2] - 20106:11, 20202:7

**pilling** [1] - 20177:15

**pillow** [2] - 20116:22, 20116:24

**pink** [1] - 20122:12

**pits** [1] - 20110:3

**pity** [1] - 20118:3

**place** [12] - 20104:14, 20106:2, 20106:19, 20111:12, 20123:5, 20124:13, 20138:11, 20140:13, 20144:12, 20164:23, 20189:25, 20197:12

**placed** [1] - 20215:25

**places** [1] - 20114:8

**Plaintiff** [1] - 20097:4

**plan** [17] - 20124:19, 20130:20, 20152:22, 20161:15, 20161:16, 20161:17, 20161:23, 20161:24, 20162:2, 20162:11, 20185:25, 20186:22, 20186:25, 20208:14, 20228:25, 20229:2

**planned** [2] - 20116:16, 20192:14

**planning** [4] - 20189:2, 20190:25, 20195:5, 20207:23

**plans** [1] - 20124:6

**plates** [1] - 20117:7

**platform** [1] - 20112:11

**play** [5] - 20125:18, 20194:22, 20199:9, 20199:21, 20213:2

**played** [20] - 20158:14, 20158:22, 20159:3, 20159:8, 20159:12, 20160:7, 20160:12, 20171:19, 20171:24, 20172:6, 20172:8, 20191:11, 20192:5, 20192:8, 20194:3, 20203:15, 20206:19, 20206:22, 20209:13, 20216:10

**player** [1] - 20143:20

**playing** [3] - 20141:13, 20141:17, 20143:18

**Plaza** [4] - 20097:20, 20172:5, 20182:14, 20214:8

**plaza** [1] - 20168:14

**plea** [3] - 20130:6, 20177:21, 20222:14

**plead** [2] - 20177:16, 20178:3

**pleaded** [4] - 20177:13, 20177:14, 20177:18, 20203:19

**pleas** [4] - 20220:12, 20222:4, 20222:9, 20222:14

**pleased** [1] - 20173:14

**pleasure** [2] - 20104:22, 20105:16

**pled** [1] - 20222:5

**plenty** [8] - 20128:15, 20167:15, 20167:21, 20174:9, 20184:2, 20184:18, 20185:15, 20229:6

**PLLC** [1] - 20097:22

**pluribus** [2] - 20102:15, 20122:16

**podcasts** [5] - 20131:5, 20131:18, 20132:5, 20163:21, 20221:5

**podium** [1] - 20100:8

**point** [21] - 20102:2, 20120:23, 20129:11, 20131:1, 20131:2,

20131:24, 20150:2, 20166:6, 20167:5, 20167:8, 20167:19, 20180:3, 20187:7, 20199:16, 20201:23, 20201:25, 20202:7, 20210:21, 20213:14, 20230:3, 20231:6

**pointed** [1] - 20155:9

**pointing** [1] - 20171:14

**Police** [2] - 20151:20, 20175:24, 20219:5

**police** [70] - 20152:9, 20154:2, 20154:24, 20158:11, 20158:16, 20158:19, 20159:23, 20167:5, 20167:8, 20168:21, 20171:23, 20172:3, 20173:4, 20174:22, 20175:15, 20182:13, 20186:7, 20189:18, 20190:6, 20190:11, 20192:7, 20193:22, 20194:1, 20194:4, 20194:25, 20196:13, 20197:20, 20200:11, 20200:12, 20200:14, 20202:18, 20203:4, 20203:6, 20203:8, 20203:14, 20203:19, 20206:16, 20206:18, 20207:8, 20212:19, 20213:1, 20214:18, 20214:24, 20216:6, 20216:8, 20216:9, 20216:11, 20216:12, 20216:15, 20216:17, 20216:21, 20216:22, 20216:25, 20217:1, 20217:2, 20217:4, 20217:6, 20217:9, 20217:12, 20217:13, 20217:15, 20217:16, 20217:17, 20218:1, 20218:11, 20218:19, 20219:7, 20219:21

**policeman's** [1] - 20121:23

**political** [4] - 20109:22, 20109:23, 20109:24

**politicians** [1] - 20157:6

**politics** [1] - 20126:15

**poor** [1] - 20102:8

**pop** [1] - 20141:8

**pop-up** [1] - 20141:8

**portion** [1] - 20130:8

**portions** [1] - 20226:6

**Portland** [1] - 20114:9

**pose** [3] - 20123:17, 20218:8, 20221:24

**posed** [4] - 20168:23, 20170:11, 20207:21, 20217:24

**position** [4] - 20103:24, 20174:5, 20215:25, 20225:8

**possessed** [1] - 20176:13

**possibility** [1] - 20228:3

**possible** [3] - 20225:15, 20227:25

**post** [3] - 20153:21, 20182:1, 20182:2

**posted** [13] - 20155:13, 20156:17, 20156:22, 20157:2, 20157:4, 20157:9, 20157:24, 20159:19, 20159:20, 20191:5, 20193:2, 20198:24, 20209:11

**posting** [1] - 20208:23

**posts** [1] - 20221:5

**potatoes** [1] - 20132:9

**potential** [1] - 20115:5

**pound** [2] - 20200:7, 20200:23

**POW** [2] - 20170:12, 20206:16

**Powell** [1] - 20114:20

**Power** [1] - 20132:13

**power** [11] - 20122:3, 20131:10, 20131:14, 20135:18, 20145:23, 20146:5, 20157:20, 20158:4, 20159:16, 20172:1, 20218:22

**powerful** [1] - 20104:12

**powers** [1] - 20117:13

**practiced** [1] - 20108:13

**practicing** [1] - 20134:22

**predetermined** [1] - 20186:1

**premonition** [2] - 20209:12, 20211:23

**prepared** [1] - 20230:11

**presence** [2] - 20216:1, 20217:3

**present** [5] - 20100:3, 20119:5, 20143:15, 20146:24, 20154:22

**presented** [2] - 20155:8, 20223:10
**preside** [1] - 20222:17
**President** [9] - 20112:25, 20113:1, 20114:17, 20125:1, 20130:13, 20139:5, 20181:4, 20209:21
**president** [18] - 20106:5, 20106:7, 20109:20, 20114:25, 20120:4, 20120:9, 20121:7, 20123:11, 20124:3, 20124:5, 20124:22, 20124:24, 20127:18, 20131:24, 20140:5, 20155:23, 20214:6
**president's** [3] - 20120:24, 20125:3, 20156:18
**presidential** [4] - 20151:24, 20155:19, 20163:18, 20176:25
**press** [1] - 20113:13
**pressed** [2] - 20171:22, 20203:12
**presume** [1] - 20149:23
**presumption** [5] - 20135:3, 20135:7, 20135:15, 20139:3, 20142:11
**pretty** [2] - 20124:23, 20201:19
**prevent** [2] - 20155:22, 20175:22
**prevented** [1] - 20210:14
**preventing** [1] - 20158:16
**previous** [1] - 20160:2
**price** [2] - 20116:20, 20117:21
**priceless** [1] - 20105:5
**pride** [5] - 20209:1, 20209:6, 20209:7, 20225:6
**principal** [1] - 20141:19
**principals** [1] - 20101:18
**principles** [1] - 20109:7
**priority** [1] - 20232:20
**prison** [1] - 20103:2
**private** [3] - 20161:1, 20193:8, 20209:3
**privately** [1] - 20209:10

**privilege** [1] - 20143:13
**problem** [9] - 20109:23, 20109:24, 20120:1, 20179:15, 20210:9, 20211:2, 20211:13
**proceed** [7] - 20100:16, 20128:5, 20188:11, 20202:8, 20225:12, 20228:21, 20233:2
**proceeding** [11] - 20153:8, 20153:13, 20155:4, 20157:25, 20160:14, 20202:19, 20212:15, 20213:2, 20213:4, 20213:25, 20230:14
**proceedings** [4] - 20164:19, 20213:7, 20213:10, 20234:4
**Proceedings** [2] - 20098:24, 20233:5
**process** [3] - 20109:4, 20129:7, 20227:15
**produce** [2] - 20123:18, 20221:25
**produced** [2] - 20098:25, 20209:15
**profound** [1] - 20117:8
**progress** [1] - 20139:21
**prohibits** [1] - 20142:1
**promise** [3] - 20105:20, 20126:1, 20157:3
**promised** [2] - 20139:24, 20155:24
**promote** [1] - 20223:2
**proof** [7] - 20135:21, 20135:22, 20139:4, 20151:11, 20171:8, 20215:2, 20221:16
**prop** [1] - 20113:18
**proper** [2] - 20177:3, 20188:8
**properly** [2] - 20147:5, 20150:16
**property** [6] - 20141:4, 20170:25, 20199:23, 20199:25, 20200:15, 20219:21
**proposal** [1] - 20147:3
**propose** [3] - 20145:15, 20148:5, 20150:4
**proposed** [1] - 20149:20

**prosecution** [1] - 20138:12
**prosecutor** [4] - 20138:13, 20178:9, 20179:5, 20205:2
**prosecutors** [1] - 20104:23
**prospective** [1] - 20145:8
**protect** [5] - 20110:24, 20151:21, 20175:21, 20175:24, 20216:17
**protecting** [2] - 20158:11, 20194:1
**protective** [2] - 20217:11, 20217:24
**protects** [3] - 20123:9, 20123:16, 20221:23
**protest** [9] - 20108:6, 20138:11, 20156:11, 20187:9, 20187:17, 20190:9, 20190:13, 20190:14, 20219:4
**protested** [1] - 20114:8
**protesting** [2] - 20122:13, 20218:24
**protestors** [1] - 20144:23
**protests** [3] - 20107:8, 20107:9, 20157:17
**Proud** [115] - 20108:8, 20108:10, 20108:22, 20108:24, 20109:20, 20110:10, 20112:2, 20113:3, 20113:4, 20113:7, 20113:18, 20113:22, 20115:3, 20119:11, 20120:22, 20122:23, 20125:19, 20126:8, 20127:1, 20127:17, 20128:12, 20128:13, 20128:14, 20143:8, 20151:23, 20152:9, 20153:24, 20154:17, 20156:13, 20156:15, 20159:19, 20160:10, 20162:9, 20162:12, 20163:6, 20163:7, 20164:4, 20164:14, 20165:1, 20167:13, 20167:24, 20168:15, 20172:16, 20172:20, 20173:22, 20173:25, 20174:1, 20174:3, 20174:4, 20174:11, 20174:12, 20174:13, 20174:16, 20174:17, 20175:6, 20175:17, 20175:19,

20175:20, 20176:3, 20176:4, 20176:7, 20177:9, 20179:23, 20180:9, 20180:12, 20180:15, 20180:17, 20181:3, 20181:6, 20181:16, 20181:20, 20182:3, 20182:7, 20182:8, 20182:9, 20182:12, 20186:2, 20191:3, 20191:6, 20191:9, 20192:4, 20192:10, 20192:14, 20193:2, 20193:4, 20193:7, 20193:10, 20197:8, 20197:18, 20197:19, 20197:21, 20197:22, 20197:25, 20198:3, 20198:10, 20199:2, 20199:3, 20200:7, 20200:9, 20200:11, 20201:5, 20201:7, 20202:14, 20203:7, 20203:9, 20203:16, 20204:17, 20206:10, 20207:21, 20208:3, 20209:4, 20209:8, 20217:25
**proud** [6] - 20133:25, 20182:19, 20190:18, 20197:13, 20203:23
**prove** [13] - 20135:6, 20137:16, 20138:18, 20138:19, 20155:17, 20161:23, 20162:1, 20163:13, 20163:14, 20163:16, 20173:6, 20176:8, 20227:1
**proven** [2] - 20153:19, 20163:16
**proves** [1] - 20135:8
**provide** [3] - 20221:8, 20227:22, 20230:9
**provided** [4] - 20221:6, 20222:7, 20226:19, 20227:7
**provoke** [2] - 20191:3, 20216:1
**public** [4] - 20102:20, 20103:6, 20191:9, 20193:2
**publica** [1] - 20102:20
**publicity** [3] - 20223:3, 20223:11, 20229:4
**publicly** [4] - 20108:19, 20174:3, 20208:22, 20209:9
**pull** [3] - 20158:20, 20162:3, 20192:7

**pulled** [5] - 20158:21, 20204:14, 20204:16, 20205:25, 20206:1
**pulling** [1] - 20173:3
**pulpit** [1] - 20114:18
**punishment** [3] - 20225:15, 20225:16, 20225:22
**puppet** [1] - 20115:15
**pure** [1] - 20196:25
**Purple** [1] - 20111:4
**purpose** [11] - 20121:2, 20121:3, 20122:21, 20130:17, 20132:21, 20138:22, 20140:4, 20158:3, 20167:24, 20208:2, 20208:4
**purposes** [1] - 20222:10
**push** [1] - 20118:21
**pushed** [3] - 20172:16, 20172:22, 20219:8
**pushing** [1] - 20127:15
**put** [11] - 20103:8, 20104:25, 20116:22, 20121:23, 20123:11, 20129:21, 20133:24, 20139:1, 20152:5, 20178:21, 20203:8
**putting** [1] - 20232:18

## Q

**qualify** [1] - 20173:6
**quarterback** [1] - 20199:13
**Quested** [1] - 20129:17
**questions** [2] - 20102:17, 20151:17
**quick** [3] - 20135:12, 20150:10, 20203:12
**quietly** [1] - 20157:3
**quit** [1] - 20134:13
**quite** [2] - 20123:7, 20184:15
**quote** [5] - 20101:20, 20145:21, 20157:5, 20211:17, 20212:2
**quotes** [1] - 20102:10

## R

**racks** [4] - 20158:8, 20158:10, 20190:4, 20190:7
**radio** [1] - 20223:6

**raid** [2] - 20190:9, 20190:17
**raiding** [1] - 20190:18
**raise** [2] - 20102:2, 20230:6
**rallies** [1] - 20192:15
**rally** [3] - 20119:23, 20119:24, 20192:11
**ran** [4] - 20106:10, 20106:15, 20106:16
**random** [2] - 20144:8, 20227:15
**randomly** [1] - 20216:15
**rant** [1] - 20127:17
**ranting** [1] - 20130:13
**rapidly** [1] - 20127:14
**rather** [7] - 20118:10, 20137:4, 20140:1, 20149:1, 20152:20, 20152:21, 20156:20
**Ray** [3] - 20149:14, 20149:15, 20215:1
**re** [1] - 20159:9
**re-entered** [1] - 20159:9
**reach** [1] - 20222:21
**reached** [5] - 20138:8, 20224:14, 20227:3, 20227:4, 20230:21
**reaching** [4] - 20174:18, 20208:17, 20208:18, 20226:4
**reaction** [2] - 20221:14, 20221:15
**read** [11] - 20105:24, 20113:8, 20121:12, 20123:12, 20135:24, 20137:15, 20156:18, 20205:23, 20220:7, 20223:8, 20223:9
**ready** [5] - 20102:13, 20140:19, 20155:14, 20199:2, 20209:15
**real** [5] - 20135:12, 20152:25, 20199:4, 20202:24, 20214:16
**reality** [1] - 20116:17
**realized** [1] - 20130:3
**really** [15] - 20108:3, 20115:18, 20132:7, 20136:18, 20139:1, 20139:2, 20142:8, 20147:20, 20193:11, 20205:24, 20211:16
**reargument** [1] - 20212:4
**reason** [10] - 20117:6, 20117:9, 20136:2, 20142:20, 20180:13,

20186:11, 20207:10, 20220:5
**reasonable** [13] - 20135:22, 20136:1, 20136:6, 20136:7, 20136:8, 20136:10, 20136:11, 20137:7, 20139:4, 20153:20, 20168:2, 20227:1
**reasonably** [1] - 20200:13
**reasons** [6] - 20101:3, 20123:14, 20131:25, 20132:1, 20134:3, 20149:21
**rebuke** [2] - 20161:1, 20179:17
**rebuking** [1] - 20160:23
**rebut** [1] - 20211:17
**Rebuttal** [1] - 20099:4
**rebuttal** [16] - 20140:22, 20144:16, 20147:10, 20150:7, 20150:11, 20150:25, 20165:13, 20166:19, 20201:25, 20205:16, 20211:2, 20211:17, 20211:18, 20211:22, 20212:4, 20212:23
**recap** [1] - 20166:15
**recapping** [2] - 20165:13, 20165:16
**receive** [2] - 20178:12, 20179:7
**receiver** [1] - 20199:14
**receives** [1] - 20111:7
**Recess** [1] - 20146:23
**recess** [1] - 20233:3
**recipe** [1] - 20173:12
**reckless** [1] - 20162:22
**recognizable** [1] - 20164:3
**record** [7] - 20100:4, 20146:25, 20149:16, 20150:3, 20179:4, 20205:21, 20234:4
**recorded** [2] - 20098:24, 20229:7
**recording** [1] - 20227:2
**recordings** [1] - 20226:7
**recover** [1] - 20155:1
**red** [3] - 20162:4, 20162:22, 20204:25
**redress** [2] - 20117:21, 20118:1

**reduce** [1] - 20116:8
**refer** [2] - 20132:5
**referenced** [1] - 20156:25
**references** [1] - 20121:11
**referred** [3] - 20128:21, 20165:15, 20207:6
**referring** [2] - 20151:15, 20185:4
**reflection** [1] - 20136:11
**refused** [2] - 20216:24, 20219:12
**refuses** [1] - 20133:5
**regard** [3] - 20122:19, 20135:8, 20166:6
**regarded** [2] - 20114:8, 20133:22
**regarding** [3] - 20222:9, 20222:19, 20223:1
**regardless** [1] - 20142:22
**regards** [1] - 20169:15
**regular** [1] - 20228:2
**rehashing** [1] - 20201:25
**REHL** [1] - 20097:6
**Rehl** [62] - 20098:7, 20103:11, 20136:14, 20152:10, 20156:3, 20156:13, 20156:20, 20157:8, 20157:9, 20157:22, 20158:20, 20158:25, 20159:20, 20159:22, 20164:13, 20164:24, 20166:20, 20166:24, 20167:1, 20168:6, 20168:13, 20168:22, 20169:14, 20170:11, 20171:21, 20172:23, 20176:20, 20181:23, 20181:24, 20186:2, 20187:7, 20187:13, 20187:14, 20187:18, 20188:14, 20188:15, 20189:7, 20189:12, 20189:21, 20189:24, 20190:14, 20190:16, 20191:5, 20193:15, 20193:17, 20193:20, 20194:11, 20194:18, 20194:19, 20194:20, 20194:21, 20196:19, 20200:3, 20209:20, 20209:23, 20210:3, 20210:7, 20212:12, 20212:14,

20213:2, 20213:9, 20213:24
**Rehl's** [3] - 20165:19, 20195:2, 20213:12
**reins** [1] - 20208:10
**reinstruct** [2] - 20229:3, 20229:9
**reject** [1] - 20141:18
**rejection** [1] - 20211:7
**rejoin** [1] - 20228:1
**related** [4] - 20111:7, 20174:2, 20222:6, 20222:10
**relating** [1] - 20175:9
**relations** [1] - 20109:6
**relationship** [2] - 20192:22, 20193:12
**relationships** [1] - 20175:6
**relevant** [2] - 20221:17, 20225:15
**relived** [1] - 20151:20
**rely** [1] - 20226:16
**remain** [5] - 20110:18, 20110:20, 20126:24, 20159:16, 20174:11
**remained** [1] - 20208:11
**remaining** [1] - 20220:8
**remarks** [3] - 20134:3, 20134:4, 20134:5
**remember** [18] - 20107:24, 20108:14, 20108:24, 20115:13, 20119:13, 20126:12, 20126:18, 20127:4, 20129:11, 20133:4, 20183:22, 20184:1, 20184:5, 20184:21, 20196:3, 20198:11, 20225:13
**remembered** [1] - 20180:1
**remembering** [1] - 20231:10
**remind** [2] - 20223:4, 20223:17
**reminded** [1] - 20231:5
**reminds** [1] - 20230:19
**removed** [1] - 20212:10
**renounce** [1] - 20225:4
**repair** [4] - 20111:23, 20120:19, 20120:20
**repeatedly** [3] - 20107:2, 20128:9,

20161:3
**repeating** [1] - 20143:17
**repel** [2] - 20152:11, 20216:17
**repetitive** [1] - 20212:22
**replace** [2] - 20204:1, 20226:15
**replaced** [1] - 20204:8
**replaces** [2] - 20226:23, 20226:25
**report** [1] - 20175:15
**reported** [2] - 20174:17, 20175:10
**REPORTER** [2] - 20234:1, 20234:9
**reporter** [1] - 20144:15
**Reporter** [1] - 20098:21
**reports** [2] - 20223:5, 20223:9
**representation** [1] - 20117:8
**represented** [2] - 20101:9, 20229:8
**representing** [1] - 20143:13
**republic** [7] - 20118:4, 20121:7, 20133:10, 20134:6, 20134:7, 20139:13
**request** [5] - 20144:21, 20147:13, 20147:17, 20147:19, 20220:14
**requesting** [2] - 20147:19, 20149:6
**require** [2] - 20141:6, 20166:22
**requirement** [3] - 20161:24, 20163:13, 20163:14
**requires** [6] - 20100:17, 20138:21, 20139:3, 20144:10
**reruns** [1] - 20106:8
**res** [1] - 20102:19
**research** [4] - 20223:4, 20224:1, 20228:7, 20229:4
**resembled** [1] - 20138:13
**respect** [4] - 20133:15, 20140:3, 20140:20, 20222:25
**respected** [1] - 20133:23
**respond** [3] - 20116:2,

20128:23, 20210:13
**responded** [6] -
20157:6, 20157:8,
20182:17, 20182:19,
20207:7, 20217:2
**responsibility** [3] -
20153:1, 20177:10,
20207:14
**responsible** [6] -
20115:22, 20141:24,
20141:25, 20199:12,
20203:25, 20204:3
**rest** [2] - 20104:15,
20167:17
**restart** [1] - 20213:23
**resting** [1] - 20196:24
**restricted** [2] -
20171:22, 20217:1
**restricting** [2] -
20158:9, 20190:4
**rests** [2] - 20151:11,
20225:19
**result** [1] - 20142:18
**resulting** [1] -
20107:19
**results** [13] -
20114:13, 20152:10,
20153:22, 20154:1,
20154:24, 20155:20,
20156:11, 20156:17,
20156:23, 20170:24,
20203:3, 20212:17
**resume** [3] -
20210:15, 20213:8,
20213:11
**resurfaced** [1] -
20156:2
**retaking** [1] -
20208:10
**rethink** [1] - 20117:18
**retire** [1] - 20223:16
**retiring** [1] - 20225:10
**retreat** [4] - 20171:23,
20203:11, 20216:8,
20216:23
**retreating** [1] -
20192:3
**retrospective** [1] -
20145:8
**return** [5] - 20144:13,
20144:16, 20192:21,
20218:9, 20222:16
**Returns** [4] -
20182:21, 20185:20,
20186:5, 20186:9
**rev** [1] - 20162:5
**reveal** [1] - 20224:13
**revealing** [1] -
20132:20
**reviewing** [1] -

20225:10
**revolt** [2] - 20208:4,
20208:5
**Revolution** [1] -
20139:18
**revolution** [2] -
20180:4, 20182:4
**Revolutionary** [1] -
20125:25
**revs** [1] - 20162:5
**rich** [1] - 20132:11
**rid** [1] - 20198:1
**ridiculous** [1] -
20133:1
**righteous** [2] -
20134:10, 20134:20
**rightfully** [1] - 20202:6
**rights** [6] - 20119:4,
20122:1, 20131:13,
20139:20, 20153:16,
20153:17
**Rights** [1] - 20137:20
**rile** [1] - 20171:17
**riled** [3] - 20171:12,
20202:14, 20203:6
**Riley** [2] - 20126:11,
20126:12
**riling** [1] - 20172:2
**rimmed** [1] - 20194:13
**ring** [5] - 20199:12,
20199:13, 20199:19
**rings** [1] - 20199:17
**riot** [27] - 20116:15,
20129:13, 20152:13,
20152:14, 20154:25,
20159:20, 20168:11,
20170:16, 20172:12,
20180:15, 20182:16,
20182:17, 20195:19,
20196:4, 20196:11,
20196:24, 20197:2,
20208:16, 20208:22,
20209:3, 20209:9,
20213:13, 20213:24,
20217:22, 20217:23,
20218:16, 20218:20
**rioter** [9] - 20196:23,
20202:17, 20202:21,
20208:23, 20215:15,
20217:15, 20217:21,
20218:1, 20218:20
**rioters** [43] -
20144:23, 20158:19,
20164:25, 20168:7,
20168:15, 20172:3,
20174:7, 20174:23,
20175:23, 20186:7,
20190:11, 20193:21,
20194:25, 20195:24,
20196:1, 20197:3,

20203:7, 20204:8,
20204:9, 20206:10,
20206:14, 20208:25,
20210:16, 20212:12,
20212:19, 20213:8,
20213:14, 20213:18,
20213:19, 20213:21,
20213:22, 20214:7,
20215:17, 20216:3,
20216:11, 20216:12,
20216:14, 20217:2,
20217:3, 20217:6,
20217:14
**riots** [1] - 20107:7
**rip** [1] - 20202:20
**ripped** [13] - 20120:18,
20168:11, 20172:11,
20172:12, 20196:4,
20200:2, 20203:21,
20204:6, 20206:8,
20216:5, 20216:7,
20217:23, 20218:6
**ripping** [5] - 20152:12,
20152:13, 20173:4,
20174:22, 20214:10
**rising** [1] - 20120:2
**risk** [6] - 20122:5,
20123:17, 20138:11,
20164:2, 20216:1,
20221:24
**ritualized** [1] -
20109:9
**rituals** [1] - 20108:11
**Road** [1] - 20098:8
**road** [1] - 20118:20
**robes** [1] - 20123:11
**Rock** [1] - 20188:16
**Rodean** [1] - 20210:3
**Roger** [2] - 20105:4,
20105:8
**ROGER** [1] - 20098:18
**role** [8] - 20120:24,
20134:20, 20145:6,
20145:9, 20195:8,
20199:9, 20199:21,
20222:11
**roles** [3] - 20101:13,
20195:9, 20199:9
**roll** [1] - 20155:14
**Roman** [2] - 20102:19,
20106:25
**Room** [1] - 20098:22
**room** [14] - 20101:15,
20117:16, 20128:3,
20134:25, 20135:4,
20135:5, 20141:15,
20148:24, 20222:16,
20223:16, 20225:3,
20225:10, 20225:25,
20226:11

**root** [1] - 20102:3
**Roots** [2] - 20105:4,
20149:10
**ROOTS** [2] -
20098:18, 20149:11
**rotund** [1] - 20128:11
**Rotunda** [4] -
20159:10, 20170:12,
20172:16, 20172:18
**round** [1] - 20147:7
**RPR** [1] - 20098:21
**rubber** [3] - 20131:3,
20216:16, 20217:18
**Rudy** [1] - 20114:24
**rule** [10] - 20102:6,
20104:5, 20104:7,
20109:7, 20111:16,
20112:1, 20116:25,
20136:24, 20219:10,
20219:11
**rules** [1] - 20222:19
**ruling** [1] - 20166:16
**run** [3] - 20114:10,
20146:3, 20198:3
**run-up** [1] - 20114:10
**running** [7] -
20120:13, 20157:19,
20162:22, 20175:14,
20180:8, 20192:6,
20200:12
**runs** [1] - 20124:13
**rush** [1] - 20110:7
**rushes** [1] - 20175:2
**Ryan** [1] - 20214:25

## S

**s6-foot** [1] - 20206:2
**SABINO** [1] -
20098:12
**Sabino** [1] - 20104:24
**sacred** [1] - 20153:17
**safety** [1] - 20212:11
**saints** [2] - 20101:14,
20134:7
**sake** [2] - 20120:20,
20191:1
**Salkie** [1] - 20172:16
**Samsel** [1] - 20215:1
**Sara** [2] - 20234:3,
20234:8
**SARA** [1] - 20098:21
**sat** [2] - 20101:11,
20181:5
**save** [5] - 20128:20,
20140:21, 20180:9,
20180:21, 20181:15
**saved** [1] - 20123:13
**saw** [52] - 20108:11,
20118:12, 20123:23,

20127:25, 20128:10,
20149:20, 20153:3,
20154:19, 20158:1,
20158:8, 20158:9,
20158:10, 20158:24,
20159:6, 20162:9,
20162:14, 20175:12,
20175:22, 20180:9,
20180:15, 20182:1,
20182:11, 20182:17,
20182:21, 20185:20,
20186:6, 20187:18,
20188:14, 20189:7,
20190:8, 20191:6,
20193:9, 20194:16,
20194:17, 20196:20,
20197:4, 20198:21,
20203:5, 20204:11,
20204:13, 20204:17,
20205:25, 20208:17,
20208:21, 20213:17,
20215:14, 20216:15,
20219:2, 20221:13
**Sayib** [1] - 20104:24
**scaffolding** [5] -
20158:18, 20172:21,
20182:14, 20196:5,
20218:8
**scales** [1] - 20118:6
**scapegoated** [1] -
20209:17
**scared** [3] - 20196:7,
20196:9, 20214:17
**scares** [1] - 20120:15
**scenario** [1] - 20105:3
**scene** [2] - 20119:5,
20205:14
**schedule** [2] -
20231:19, 20232:7
**scheduling** [2] -
20230:13, 20231:3
**scheme** [1] - 20105:6
**scholar** [1] - 20129:4
**scooped** [1] -
20143:24
**scraps** [1] - 20125:15
**screaming** [2] -
20194:1, 20214:20
**screeching** [1] -
20159:1
**screen** [2] - 20166:1,
20204:22
**scrutiny** [1] -
20215:12
**seal** [1] - 20100:25
**seamlessly** [1] -
20195:3
**searching** [1] -
20102:14
**seat** [1] - 20216:19

**seated** [5] - 20100:14, 20144:18, 20150:9, 20228:4, 20228:20
**seats** [5] - 20101:5, 20227:16, 20227:18, 20227:19, 20228:4
**seclorum** [1] - 20101:22
**second** [9] - 20128:10, 20137:22, 20147:24, 20172:15, 20187:14, 20211:22, 20212:1, 20215:13, 20219:2
**Second** [1] - 20126:3
**seconds** [2] - 20173:13, 20203:1
**secret** [2] - 20124:18
**Secretary** [1] - 20115:19
**seditious** [5] - 20138:12, 20177:13, 20177:17, 20177:22, 20177:25
**see** [50] - 20100:20, 20105:20, 20106:8, 20109:4, 20109:5, 20109:16, 20112:14, 20117:7, 20118:18, 20118:19, 20120:16, 20121:9, 20122:23, 20122:24, 20124:7, 20125:20, 20126:19, 20128:8, 20129:7, 20130:5, 20130:7, 20135:22, 20137:22, 20141:21, 20142:16, 20143:18, 20147:3, 20150:5, 20158:7, 20177:22, 20179:21, 20194:21, 20201:22, 20202:12, 20202:16, 20204:22, 20204:25, 20206:3, 20215:19, 20226:6, 20228:17, 20228:24, 20230:2, 20230:24, 20230:25, 20232:6, 20232:23, 20233:3
**seeing** [1] - 20119:13
**seeks** [2] - 20116:8, 20131:25
**select** [2] - 20222:17, 20222:20
**selected** [1] - 20227:15
**selecting** [1] - 20222:22
**selection** [2] - 20222:16, 20227:14

**Self** - 20191:1, 20192:10
**self** [8] - 20191:2, 20191:7, 20192:9, 20192:23, 20214:16, 20215:24, 20217:5, 20217:19
**Self-Defense** [2] - 20191:1, 20192:10
**self-defense** [7] - 20191:2, 20191:7, 20192:9, 20214:16, 20215:24, 20217:5, 20217:19
**self-destruct** [1] - 20192:23
**selling** [1] - 20127:10
**sells** [1] - 20118:25
**Semitic** [1] - 20134:4
**Senate** [4] - 20158:24, 20168:22, 20208:23
**senator's** [7] - 20168:23, 20169:5, 20169:7, 20169:11, 20169:13, 20169:17, 20169:23
**send** [10] - 20141:14, 20146:1, 20148:6, 20148:14, 20150:22, 20174:24, 20220:10, 20224:5, 20227:4, 20229:12
**sending** [1] - 20225:24
**senior** [2] - 20123:24, 20136:15
**sense** [8] - 20148:22, 20162:25, 20170:23, 20178:2, 20178:4, 20179:5, 20225:6, 20230:12
**senses** [1] - 20124:23
**sent** [6] - 20147:4, 20147:23, 20148:4, 20198:8, 20198:14, 20198:16
**sentence** [11] - 20147:24, 20148:5, 20177:23, 20177:24, 20177:25, 20178:10, 20178:11, 20178:12, 20178:14, 20179:7, 20225:19
**sentencing** [1] - 20148:7
**separate** [1] - 20103:22
**separated** [1] - 20138:7
**separates** [1] -

20110:3
**series** [1] - 20200:22
**serious** [2] - 20121:9, 20178:3
**seriously** [2] - 20103:13, 20140:5
**serve** [1] - 20110:24
**served** [1] - 20129:12
**service** [3] - 20111:3, 20111:8, 20228:14
**serving** [1] - 20145:4
**servings** [1] - 20132:8
**SESSION** [1] - 20097:10
**set** [7] - 20115:15, 20115:17, 20138:10, 20171:17, 20190:20, 20192:22, 20213:16
**setting** [2] - 20135:16, 20213:25
**seven** [1] - 20175:2
**seven-year-old** [1] - 20175:2
**several** [1] - 20121:1
**shadow** [1] - 20155:2
**Shae** [1] - 20206:25
**Shake** [1] - 20172:20
**shaking** [1] - 20189:18
**Shane** [1] - 20192:14
**share** [1] - 20110:5
**shared** [3] - 20103:18, 20200:8, 20200:15
**sharing** [1] - 20184:22
**sharpen** [1] - 20119:15
**sheep** [1] - 20124:9
**sheer** [1] - 20186:7
**shelter** [1] - 20106:19
**shield** [21] - 20105:7, 20152:13, 20152:14, 20168:11, 20172:12, 20173:4, 20196:4, 20196:11, 20196:21, 20196:24, 20197:2, 20214:9, 20214:10, 20217:11, 20217:22, 20217:23, 20218:2, 20218:5, 20218:6, 20218:13, 20218:16
**shift** [1] - 20188:24
**shingle** [1] - 20102:13
**shit** [3] - 20111:19, 20156:6, 20156:21
**shoes** [1] - 20194:14
**shooting** [2] - 20113:2, 20217:13
**short** [1] - 20102:8
**shorthand** [1] - 20098:24

**shot** [2] - 20157:8, 20217:15
**shoulders** [2] - 20116:24, 20203:13
**shoving** [2] - 20173:5, 20191:8
**show** [17] - 20104:4, 20104:6, 20112:13, 20114:13, 20122:16, 20124:8, 20128:14, 20132:4, 20143:22, 20144:1, 20155:2, 20169:25, 20181:1, 20185:25, 20221:12
**showed** [14] - 20122:1, 20122:9, 20134:2, 20154:7, 20156:15, 20164:3, 20165:17, 20165:19, 20166:1, 20171:11, 20172:9, 20174:12, 20179:15, 20180:25
**shown** [4] - 20101:13, 20122:20, 20151:3, 20207:1
**shows** [7] - 20112:24, 20113:23, 20121:19, 20130:18, 20182:2, 20194:18, 20219:19
**shrieking** [1] - 20159:10
**shut** [1] - 20107:7
**side** [12] - 20111:14, 20111:18, 20112:16, 20121:4, 20125:22, 20140:7, 20140:8, 20146:8, 20148:12, 20148:13, 20168:14, 20180:2
**sidebar** [4] - 20183:3, 20191:15, 20220:1, 20220:5
**Sidney** [1] - 20114:20
**sights** [1] - 20170:15
**sign** [5] - 20157:6, 20203:16, 20217:25, 20227:5, 20227:6
**signaling** [1] - 20128:12
**SIGNATURE** [1] - 20234:9
**signed** [2] - 20224:6, 20224:9
**significant** [3] - 20106:16, 20106:17, 20112:17
**signs** [3] - 20130:5, 20158:10, 20190:5
**silent** [3] - 20110:18, 20110:20, 20132:11

**silos** [2] - 20103:14, 20110:4
**Silverglate** [1] - 20137:9
**simple** [3] - 20116:9, 20118:22, 20131:19
**simply** [5] - 20133:25, 20140:4, 20221:20, 20222:1, 20229:11
**single** [1] - 20158:5
**sisters** [1] - 20101:14
**sit** [7] - 20101:5, 20106:19, 20203:11, 20231:12, 20231:14, 20231:21
**site** [1] - 20157:8
**sitting** [6] - 20105:9, 20107:5, 20133:17, 20174:10, 20227:18, 20227:19
**situation** [1] - 20215:5
**six** [3] - 20101:14, 20111:10, 20118:24
**Sixth** [3] - 20098:16, 20106:25, 20188:20
**skills** [1] - 20105:18
**skin** [1] - 20133:12
**skip** [1] - 20111:9
**slide** [1] - 20160:2
**slightest** [2] - 20207:12, 20218:21
**slowly** [1] - 20194:22
**small** [7] - 20135:2, 20155:6, 20155:9, 20179:22, 20193:1, 20193:2, 20228:11
**smaller** [1] - 20199:9
**smart** [1] - 20143:21
**smarter** [1] - 20144:1
**smash** [4] - 20152:14, 20155:16, 20172:13, 20197:3
**smashed** [1] - 20215:8
**smashing** [3] - 20173:5, 20215:9, 20215:16
**SMITH** [15] - 20097:22, 20167:9, 20178:5, 20178:8, 20179:4, 20181:11, 20201:4, 20204:18, 20204:22, 20204:25, 20205:2, 20205:8, 20205:13, 20205:21, 20230:3
**Smith** [11] - 20097:22, 20098:5, 20105:9, 20160:19, 20178:2, 20179:9, 20180:24, 20201:3, 20203:24,

20206:23, 20207:2
**smith's** [1] - 20177:16
**smoke** [2] - 20160:9,
20218:18
**smoked** [2] -
20168:22, 20170:11
**snapped** [3] -
20129:19, 20130:21,
20131:4
**snow** [3] - 20118:18,
20118:19, 20118:20
**so-called** [4] -
20125:24, 20126:2,
20164:21, 20186:17
**social** [3] - 20106:23,
20193:5, 20221:5
**society** [4] - 20102:2,
20102:19, 20110:2,
20116:24
**sociologist** [1] -
20121:13
**sold** [3] - 20115:2,
20116:20, 20122:18
**solders** [1] - 20130:15
**soldiers** [1] -
20180:10
**sole** [1] - 20150:13
**solely** [3] - 20177:3,
20223:10, 20225:21
**soles** [1] - 20194:14
**solitary** [1] - 20102:8
**solves** [1] - 20157:5
**someone** [11] -
20110:19, 20118:5,
20129:14, 20130:7,
20134:20, 20149:24,
20153:21, 20157:5,
20177:3, 20191:21,
20198:4
**sometimes** [5] -
20107:8, 20110:21,
20130:15, 20133:15,
20219:11
**somewhere** [1] -
20218:7
**song** [1] - 20108:10
**soon** [2] - 20134:16,
20223:14
**Soros** [1] - 20116:13
**sorry** [9] - 20128:1,
20129:23, 20165:12,
20166:2, 20185:11,
20191:15, 20195:1,
20205:10, 20210:5
**sort** [8] - 20137:23,
20141:8, 20141:22,
20149:23, 20190:15,
20198:22, 20201:16,
20229:20
**sought** [3] - 20131:12,

20131:20, 20208:3
**sound** [6] - 20132:7,
20138:25, 20190:12,
20198:4, 20213:3
**sounded** [1] - 20185:1
**sounding** [2] -
20165:19, 20165:20
**sounds** [3] -
20110:21, 20116:14,
20132:22
**south** [1] - 20168:14
**sovereignty** [1] -
20126:5
**Sparta** [1] - 20106:24
**speaker** [2] -
20221:12, 20221:20
**speaking** [3] -
20108:21, 20187:8,
20187:12
**spear** [1] - 20182:4
**special** [1] - 20117:10
**specific** [6] -
20161:15, 20166:8,
20167:7, 20221:6,
20221:9, 20222:19
**specifically** [4] -
20166:5, 20167:3,
20169:14, 20169:23
**spectacle** [2] -
20131:15, 20131:17
**speculation** [1] -
20151:13
**speech** [7] - 20123:9,
20123:16, 20123:17,
20203:12, 20221:23,
20221:24, 20222:3
**speeches** [4] -
20187:15, 20189:19,
20189:23, 20203:5
**speeding** [1] -
20162:22
**speeds** [1] - 20162:20
**spelling** [1] -
20163:10
**spend** [4] - 20104:13,
20128:17, 20160:23,
20176:9
**spent** [7] - 20106:16,
20130:3, 20155:5,
20161:14, 20176:17,
20183:2, 20185:22
**spike** [1] - 20114:13
**spill** [1] - 20163:1
**spirit** [1] - 20156:2
**spoken** [1] - 20162:3
**spokesperson** [1] -
20222:18
**sports** [1] - 20199:11
**spray** [1] - 20171:10
**sprayed** [5] -

20172:17, 20172:18,
20172:23, 20194:4,
20200:3
**spraying** [3] -
20152:10, 20173:4,
20212:3
**sprays** [1] - 20194:19
**squabbling** [1] -
20119:9
**squads** [2] - 20157:9,
20193:18
**St** [1] - 20134:19
**stab** [2] - 20171:8,
20171:9
**stab-proof** [1] -
20171:8
**stabbed** [1] -
20119:25
**stabbing** [1] -
20119:25
**stacking** [1] -
20175:14
**stage** [2] - 20189:6,
20189:8
**stages** [3] - 20189:20,
20189:21, 20189:23
**staircase** [2] -
20168:16, 20168:18
**stairs** [3] - 20182:14,
20206:9, 20207:5
**stake** [2] - 20101:18,
20156:3
**stamina** [1] - 20140:17
**stand** [15] - 20101:8,
20105:16, 20108:19,
20113:3, 20128:3,
20136:21, 20141:8,
20143:11, 20151:20,
20168:21, 20196:9,
20215:12, 20225:5
**stand-off** [1] -
20168:21
**standard** [1] - 20139:4
**standing** [8] -
20108:1, 20108:21,
20121:17, 20128:10,
20159:11, 20200:15,
20214:19, 20216:22
**standoff** [2] -
20182:13, 20218:11
**stands** [4] - 20118:11,
20126:8, 20126:9,
20139:5
**standstill** [1] -
20190:10
**stared** [1] - 20206:18
**start** [4] - 20102:10,
20123:5, 20191:5,
20216:13
**started** [7] - 20128:19,

20131:4, 20190:12,
20200:12, 20200:22,
20215:15, 20215:17
**starting** [2] - 20157:4,
20199:13
**state** [8] - 20102:7,
20117:7, 20117:11,
20121:14, 20122:2,
20185:14, 20221:13,
20224:20
**statement** [15] -
20141:3, 20145:19,
20147:20, 20148:1,
20149:12, 20178:20,
20179:8, 20179:9,
20188:6, 20188:10,
20210:8, 20221:7,
20221:14, 20221:15,
20221:19
**statements** [7] -
20152:6, 20154:14,
20155:17, 20221:3,
20221:4, 20221:9,
20221:11
**STATES** [3] - 20097:1,
20097:3, 20097:11
**States** [35] - 20097:13,
20097:14, 20097:16,
20097:19, 20100:5,
20102:5, 20102:24,
20102:25, 20103:2,
20103:5, 20103:10,
20104:6, 20107:3,
20110:23, 20111:8,
20112:8, 20114:18,
20123:15, 20125:8,
20130:14, 20131:9,
20136:19, 20136:20,
20136:23, 20137:2,
20137:5, 20139:5,
20139:10, 20145:4,
20147:1, 20161:6,
20176:19, 20176:20,
20181:4, 20221:22
**stating** [1] - 20215:3
**status** [1] - 20232:19
**statutory** [7] -
20178:9, 20178:10,
20178:12, 20178:15,
20178:16, 20178:24,
20179:7
**stay** [3] - 20161:3,
20164:1, 20187:11
**staying** [1] - 20103:3
**steady** [1] - 20195:2
**steal** [10] - 20114:19,
20114:20, 20116:14,
20117:2, 20120:4,
20132:25, 20153:15,
20156:4, 20156:5,

20157:10
**steals** [1] - 20157:2
**steam** [1] - 20151:7
**stenotype** [1] -
20098:24
**step** [3] - 20142:15,
20152:22
**step-by-step** [1] -
20152:22
**steps** [1] - 20128:10
**STEVEN** [1] -
20098:15
**Stewart** [1] - 20182:6
**stick** [2] - 20120:23,
20184:10
**still** [23] - 20101:23,
20102:14, 20107:12,
20107:22, 20116:24,
20121:24, 20131:24,
20139:19, 20163:4,
20170:19, 20197:25,
20207:25, 20208:15,
20210:24, 20211:10,
20211:14, 20211:20,
20213:1, 20213:8,
20228:6
**stipulated** [1] -
20150:19
**stipulation** [1] -
20110:17
**stole** [4] - 20120:5,
20170:12, 20206:16
**stolen** [20] - 20114:17,
20115:1, 20115:6,
20117:23, 20121:7,
20122:20, 20124:2,
20127:20, 20127:21,
20139:7, 20151:25,
20152:7, 20156:9,
20156:12, 20163:7,
20180:6, 20197:2,
20208:6, 20218:1,
20218:16
**stomping** [1] -
20192:6
**stood** [3] - 20123:3,
20159:23, 20206:17
**stop** [38] - 20114:19,
20114:20, 20117:2,
20120:4, 20124:21,
20127:25, 20130:2,
20151:5, 20152:1,
20153:8, 20153:15,
20155:3, 20156:4,
20158:12, 20158:16,
20159:18, 20160:13,
20160:16, 20162:15,
20163:8, 20163:19,
20170:20, 20172:1,
20176:24, 20180:6,

20180:14, 20180:20, 20181:3, 20181:6, 20186:25, 20195:23, 20202:15, 20203:20, 20215:2, 20216:11, 20216:14, 20217:2, 20219:7

**Stop** [1] - 20212:20

**stopped** [10] - 20153:12, 20159:15, 20168:8, 20175:23, 20182:7, 20190:19, 20193:25, 20210:16, 20212:25, 20213:20

**stopping** [10] - 20175:9, 20181:8, 20181:20, 20195:21, 20196:7, 20200:8, 20200:15, 20207:16, 20209:7, 20213:16

**store** [1] - 20116:19

**stories** [1] - 20120:16

**Storm** [2] - 20193:21, 20212:20

**storm** [12] - 20122:10, 20129:10, 20153:16, 20161:16, 20171:22, 20183:24, 20184:7, 20184:8, 20184:12, 20185:8, 20185:22

**stormed** [10] - 20159:17, 20165:4, 20186:8, 20197:20, 20197:22, 20203:8, 20208:22, 20213:14, 20213:15, 20219:6

**Storming** [1] - 20183:9

**storming** [25] - 20152:13, 20152:16, 20158:2, 20159:24, 20160:5, 20174:23, 20180:16, 20181:7, 20182:23, 20183:6, 20183:9, 20183:12, 20183:15, 20183:17, 20184:5, 20184:13, 20184:24, 20185:6, 20186:5, 20190:15, 20202:20, 20203:17, 20209:6, 20210:17, 20214:19

**story** [12] - 20106:3, 20115:5, 20116:9, 20144:8, 20186:23, 20187:1, 20196:23, 20215:7, 20215:8, 20215:9, 20215:12

**strangers** [5] - 20101:25, 20110:2,

20111:25, 20116:19, 20122:17

**stream** [1] - 20195:24

**Street** [5] - 20097:14, 20098:3, 20098:5, 20098:10, 20098:13

**street** [4] - 20118:24, 20119:16, 20191:9, 20191:21

**streets** [8] - 20114:6, 20114:7, 20127:7, 20143:6, 20143:7, 20143:8

**strength** [1] - 20171:3

**stress** [2] - 20120:24, 20120:25

**stressed** [1] - 20165:3

**stretched** [1] - 20122:22

**strong** [2] - 20144:9, 20225:4

**structure** [1] - 20208:2

**struggle** [2] - 20133:14, 20139:20

**struggled** [2] - 20101:10

**struggling** [1] - 20134:9

**study** [6] - 20103:2, 20112:23, 20125:18, 20128:8

**stuff** [1] - 20135:10

**stunned** [1] - 20113:9

**submit** [2] - 20103:9, 20123:22

**subpoena** [1] - 20149:16

**substantial** [2] - 20142:15, 20216:1

**substantive** [2] - 20138:20

**succeed** [1] - 20142:15

**succeeded** [1] - 20173:9

**success** [1] - 20170:18

**successful** [1] - 20213:15

**sudden** [1] - 20113:21

**suddenly** [3] - 20107:4, 20107:7, 20122:21

**suggest** [13] - 20107:3, 20130:22, 20136:8, 20138:4, 20138:6, 20138:10, 20140:3, 20141:3, 20145:7, 20146:18, 20147:24, 20150:21,

20226:22

**suggested** [4] - 20144:24, 20147:8, 20150:21, 20177:16

**suggesting** [1] - 20179:6

**suggestion** [2] - 20147:9, 20148:9

**suggests** [3] - 20142:21, 20149:22, 20183:15

**Suite** [3] - 20097:17, 20097:23, 20098:11

**summarily** [1] - 20157:8

**summer** [5] - 20107:4, 20123:4, 20128:22, 20130:14, 20143:7

**summon** [1] - 20228:1

**Super** [1] - 20199:12

**superior** [1] - 20133:10

**supersedes** [1] - 20230:17

**support** [2] - 20109:21, 20124:19

**supporters** [1] - 20112:4

**supposed** [1] - 20139:8

**supremacists** [1] - 20113:7

**supremacy** [1] - 20113:5

**Supreme** [2] - 20156:22, 20180:2

**surge** [1] - 20129:20

**surging** [1] - 20168:5

**surly** [1] - 20130:22

**surprise** [2] - 20173:8, 20173:16

**surprised** [4] - 20105:17, 20106:5, 20180:16, 20197:9

**suspect** [4] - 20112:15, 20125:9, 20127:9, 20141:7

**sustain** [5] - 20169:9, 20169:24, 20170:4, 20184:23, 20185:13

**sustained** [14] - 20105:13, 20109:18, 20113:11, 20115:11, 20122:7, 20137:13, 20140:11, 20143:5, 20170:9, 20181:12, 20185:19, 20201:17, 20210:12

**swallow** [1] - 20143:23

**sweatshirt** [1] - 20196:23

**swept** [2] - 20152:21, 20197:10

**swing** [1] - 20215:19

**sworn** [1] - 20150:17

**syllables** [1] - 20105:2

**system** [2] - 20103:2, 20133:18

## T

**table** [2] - 20125:15, 20174:10

**tacos** [1] - 20126:9

**tactic** [1] - 20152:24

**tail** [1] - 20123:13

**tale** [1] - 20103:20

**talks** [3] - 20103:14, 20183:9, 20185:7

**tall** [1] - 20204:13

**tape** [1] - 20134:2

**targeting** [1] - 20216:16

**TARRIO** [1] - 20097:6

**Tarrio** [67] - 20098:9, 20103:11, 20154:16, 20155:5, 20155:12, 20155:24, 20156:12, 20156:14, 20156:17, 20157:2, 20159:19, 20163:25, 20170:14, 20171:9, 20176:21, 20177:12, 20179:14, 20179:16, 20179:17, 20179:18, 20179:19, 20180:7, 20180:8, 20182:17, 20182:19, 20182:20, 20182:22, 20183:5, 20183:12, 20183:16, 20183:20, 20185:16, 20185:21, 20186:15, 20187:7, 20187:11, 20192:13, 20192:18, 20192:21, 20192:24, 20192:25, 20193:6, 20193:12, 20193:14, 20197:4, 20198:2, 20198:9, 20198:21, 20198:22, 20198:24, 20199:4, 20207:13, 20207:18, 20207:20, 20208:1, 20208:2, 20208:7, 20208:9, 20208:11, 20208:13, 20208:15, 20208:17, 20208:20, 20209:2, 20209:17

**Tarrio's** [4] - 20152:17, 20155:9,

20167:10, 20203:5

**task** [2] - 20138:17, 20222:21

**tasks** [1] - 20111:22

**tattoo** [2] - 20108:16, 20108:23

**tattooed** [2] - 20119:21, 20174:13

**tattoos** [1] - 20119:22

**taxation** [1] - 20117:8

**tea** [1] - 20119:18

**team** [3] - 20199:11, 20199:16, 20199:17

**tear** [2] - 20227:20

**teasing** [1] - 20134:14

**technical** [1] - 20205:24

**Telegram** [9] - 20122:25, 20123:23, 20152:7, 20154:18, 20155:6, 20155:7, 20163:21, 20193:8, 20221:5

**television** [3] - 20107:6, 20112:3, 20223:6

**temperature** [1] - 20120:2

**tempers** [1] - 20130:12

**temple** [1] - 20133:17

**temporarily** [1] - 20168:8

**tempted** [1] - 20223:8

**ten** [3] - 20146:22, 20178:16, 20203:1

**ten-year** [1] - 20178:16

**tendency** [1] - 20121:4

**tenuous** [1] - 20124:24

**term** [7] - 20102:3, 20120:12, 20146:13, 20182:22, 20183:12, 20186:18, 20211:13

**Terrace** [3] - 20159:6, 20172:7, 20206:12

**terrifying** [1] - 20151:21

**territory** [1] - 20117:10

**terror** [1] - 20128:2

**test** [3] - 20113:5, 20116:25, 20141:15

**Testament** [2] - 20134:8, 20134:9

**tested** [1] - 20101:15

**testified** [8] - 20181:18, 20204:19,

20205:3, 20205:14, 20205:17, 20212:14, 20213:2, 20216:19
**testify** [2] - 20110:17, 20214:21
**testimony** [15] - 20124:18, 20129:11, 20132:14, 20149:14, 20150:18, 20150:19, 20151:19, 20152:3, 20179:21, 20179:22, 20187:4, 20189:16, 20198:8, 20222:4, 20222:8
**text** [2] - 20124:18, 20223:21
**texts** [1] - 20221:5
**Thanksgiving** [1] - 20132:9
**THE** [117] - 20097:1, 20097:1, 20097:10, 20100:7, 20100:11, 20100:14, 20105:13, 20109:18, 20113:11, 20113:16, 20115:11, 20122:7, 20128:5, 20129:25, 20137:13, 20140:11, 20143:5, 20144:14, 20144:18, 20145:1, 20145:10, 20146:3, 20146:16, 20146:19, 20147:3, 20147:18, 20148:2, 20148:11, 20149:3, 20149:20, 20150:9, 20159:5, 20160:3, 20161:13, 20164:7, 20164:9, 20165:11, 20165:21, 20166:2, 20166:23, 20167:2, 20167:15, 20168:1, 20169:2, 20169:9, 20169:18, 20169:21, 20170:6, 20170:9, 20172:25, 20178:21, 20179:9, 20181:12, 20181:25, 20183:1, 20183:3, 20183:5, 20183:11, 20183:22, 20184:10, 20184:18, 20185:7, 20185:12, 20185:19, 20186:14, 20188:1, 20188:4, 20188:9, 20188:13, 20188:21, 20188:23, 20188:25, 20189:15, 20190:22, 20191:15, 20191:23, 20192:2, 20193:24, 20198:11, 20198:17, 20200:20,

20201:9, 20201:21, 20202:2, 20202:4, 20204:24, 20205:1, 20205:5, 20205:10, 20205:18, 20205:23, 20210:2, 20210:5, 20210:13, 20210:18, 20210:20, 20211:4, 20211:9, 20211:18, 20212:5, 20212:24, 20214:4, 20214:14, 20220:1, 20220:4, 20220:17, 20220:22, 20228:20, 20229:15, 20229:19, 20230:8, 20230:16, 20231:5, 20231:22, 20232:6, 20232:16, 20232:22
**theirs** [1] - 20126:25
**theme** [1] - 20143:17
**themselves** [5] - 20113:22, 20141:21, 20180:9, 20180:11, 20219:14
**theories** [6] - 20103:17, 20115:24, 20115:25, 20137:8, 20140:23, 20151:13
**theorist** [1] - 20116:12
**theorists** [1] - 20120:8
**theory** [9] - 20116:7, 20116:8, 20116:11, 20118:12, 20119:6, 20131:7, 20131:8, 20141:13, 20141:18
**they've** [5] - 20116:13, 20118:21, 20119:4, 20229:2, 20231:23
**thief** [1] - 20121:8
**thieves** [1] - 20120:2
**thin** [1] - 20206:20
**thinking** [7] - 20100:20, 20104:15, 20120:22, 20134:15, 20136:21, 20177:6, 20197:11
**thinks** [1] - 20111:20
**thoughtful** [1] - 20136:11
**thoughts** [1] - 20103:7
**thousands** [4] - 20118:9, 20155:7
**threaded** [1] - 20165:22
**threat** [2] - 20196:16, 20196:17
**threatened** [2] - 20196:5, 20197:2
**threatening** [1] - 20119:16

**threatens** [2] - 20170:24
**threats** [1] - 20219:2
**Three** [1] - 20137:10
**three** [10] - 20137:11, 20137:18, 20137:21, 20138:19, 20162:16, 20162:18, 20165:18, 20166:1, 20172:15, 20212:3
**threw** [4] - 20172:19, 20172:20, 20203:16, 20217:25
**throat** [1] - 20127:10
**throw** [2] - 20105:1, 20142:3
**throwing** [1] - 20173:3
**Thursday** [2] - 20230:14, 20231:12
**tightly** [1] - 20196:25
**tigress** [1] - 20105:15
**TIMOTHY** [1] - 20097:10
**tints** [1] - 20162:23
**tip** [1] - 20182:4
**tipping** [1] - 20180:3
**tired** [2] - 20109:13, 20140:19
**Tocqueville** [3] - 20102:25, 20103:1, 20108:25
**today** [5] - 20101:5, 20105:19, 20182:19, 20227:12, 20228:16
**together** [15] - 20102:4, 20102:5, 20102:6, 20102:21, 20105:2, 20118:7, 20122:18, 20133:14, 20134:10, 20137:9, 20160:15, 20162:13, 20168:14
**tomorrow** [14] - 20110:8, 20124:14, 20220:19, 20220:25, 20228:17, 20229:18, 20229:19, 20229:21, 20229:22, 20229:24, 20230:6, 20231:11, 20233:3, 20233:4
**tone** [1] - 20180:4
**tonight** [2] - 20123:20, 20134:13
**took** [25] - 20107:23, 20110:23, 20114:18, 20120:6, 20126:17, 20126:25, 20136:9, 20140:13, 20152:16, 20152:16, 20155:3, 20158:2, 20159:24,

20160:4, 20160:9, 20164:23, 20177:10, 20180:20, 20196:9, 20196:15, 20197:2, 20206:10, 20209:10, 20217:23
**tools** [1] - 20128:13
**top** [1] - 20208:18
**topic** [1] - 20161:4
**tore** [1] - 20168:9
**torn** [1] - 20216:4
**torqued** [1] - 20139:7
**total** [1] - 20211:7
**touchdown** [1] - 20199:14
**touched** [1] - 20205:15
**towards** [8] - 20152:9, 20158:17, 20163:10, 20175:9, 20180:4, 20181:14, 20209:16, 20216:7
**tower** [1] - 20194:15
**Tower** [1] - 20106:6
**town** [5] - 20117:4, 20117:12, 20119:8, 20120:12, 20122:12
**tracked** [1] - 20156:16
**tracks** [1] - 20129:2
**trade** [1] - 20199:16
**traded** [1] - 20120:7
**traffic** [1] - 20162:20
**train** [2] - 20126:18, 20126:21
**trained** [1] - 20133:24
**training** [2] - 20110:25, 20196:15
**traitors** [1] - 20157:10
**transcript** [5] - 20146:18, 20169:21, 20169:25, 20181:1, 20234:4
**Transcript** [1] - 20098:25
**TRANSCRIPT** [1] - 20097:10
**transcription** [1] - 20098:25
**transfer** [4] - 20131:10, 20131:14, 20145:22, 20146:5
**transform** [1] - 20102:7
**Transportation** [1] - 20115:19
**trash** [4] - 20123:1, 20123:19, 20131:5, 20176:2
**travel** [1] - 20153:24
**traveled** [1] -

20180:12
**Travis** [2] - 20165:6, 20173:24
**tread** [1] - 20125:24
**treat** [1] - 20230:8
**treated** [1] - 20120:6
**Treatise** [1] - 20126:3
**treatise** [1] - 20129:5
**trespass** [2] - 20197:12
**trespassed** [1] - 20198:5
**trespassing** [1] - 20197:13
**Trevor** [2] - 20172:17, 20172:19
**trial** [23] - 20101:4, 20101:13, 20101:24, 20101:25, 20109:10, 20109:19, 20120:25, 20128:3, 20131:17, 20133:18, 20147:6, 20150:16, 20153:18, 20155:5, 20167:14, 20221:11, 20222:15, 20223:11, 20223:18, 20223:25, 20226:9, 20226:13, 20230:17
**TRIAL** [1] - 20097:10
**tried** [16] - 20114:2, 20125:22, 20131:14, 20147:18, 20158:21, 20173:24, 20175:20, 20192:7, 20193:10, 20197:8, 20197:13, 20197:15, 20206:16, 20208:7, 20214:17, 20217:21
**tries** [1] - 20113:13
**trouble** [1] - 20135:11
**trucks** [2] - 20126:18, 20164:16
**true** [9] - 20115:8, 20122:8, 20131:11, 20142:21, 20153:17, 20198:15, 20208:8, 20215:14, 20218:6
**Trump** [26] - 20106:4, 20106:6, 20106:12, 20109:20, 20109:21, 20112:4, 20112:11, 20113:1, 20113:2, 20113:18, 20115:4, 20117:2, 20120:7, 20124:2, 20124:7, 20124:8, 20125:8, 20126:7, 20127:16, 20139:12, 20157:1, 20157:20, 20158:3, 20159:16, 20180:2,

20214:5
**Trump's** [2] -
20156:16, 20203:12
**trust** [5] - 20100:18,
20139:14, 20144:10,
20151:5, 20186:20
**trusted** [1] - 20176:11
**try** [4] - 20104:18,
20140:15, 20173:12,
20224:8
**trying** [17] - 20108:2,
20114:25, 20120:18,
20129:1, 20142:8,
20142:9, 20152:10,
20157:10, 20158:16,
20173:10, 20173:15,
20189:8, 20190:6,
20196:13, 20207:14,
20218:15, 20229:17
**tunnel** [1] - 20172:23
**turn** [5] - 20103:25,
20124:12, 20150:24,
20197:24, 20218:13
**turned** [4] - 20107:8,
20111:10, 20129:22,
20173:14
**turns** [3] - 20162:6,
20173:12, 20227:11
**twin** [1] - 20101:14
**twinkling** [1] -
20138:6
**Twitter** [1] - 20123:19
**two** [11] - 20103:3,
20111:2, 20137:18,
20143:16, 20174:12,
20187:24, 20202:11,
20211:23, 20215:9,
20220:8
**two-volume** [1] -
20103:3
**type** [4] - 20118:23,
20199:4, 20201:17,
20221:15
**typically** [1] -
20147:18

**U**

**ugly** [1] - 20119:12
**ultimately** [1] -
20214:10
**un-moored** [1] -
20122:21
**unanimous** [1] -
20224:15
**unannounced** [1] -
20225:7
**Uncle** [1] - 20132:8
**uncomfortable** [1] -
20104:7

**uncorroborated** [3] -
20187:16, 20188:2,
20189:1
**under** [10] - 20102:6,
20158:17, 20172:21,
20178:4, 20182:14,
20196:5, 20215:22,
20218:8, 20224:12
**Under** [1] - 20188:16
**understood** [2] -
20167:19, 20181:2
**underway** [1] -
20164:19
**undisputed** [2] -
20169:5, 20169:7
**unequivocally** [1] -
20147:20
**unfortunately** [1] -
20217:15
**unhappy** [1] -
20105:23
**unheralded** [1] -
20133:11
**uniform** [1] - 20121:23
**uniformed** [1] -
20190:6
**unique** [4] - 20102:24,
20103:5, 20105:24,
20145:6
**Unit** [2] - 20110:25,
20111:1
**UNITED** [3] - 20097:1,
20097:3, 20097:11
**United** [35] -
20097:13, 20097:14,
20097:16, 20097:19,
20100:5, 20102:5,
20102:24, 20102:25,
20103:1, 20103:5,
20103:10, 20104:6,
20107:3, 20110:23,
20111:8, 20112:8,
20114:17, 20123:15,
20125:8, 20130:14,
20131:9, 20136:19,
20136:20, 20136:23,
20137:2, 20137:5,
20139:5, 20139:9,
20145:4, 20147:1,
20161:6, 20176:19,
20176:20, 20181:4,
20221:22
**unknown** [1] -
20111:25
**unlawful** [2] -
20158:4, 20217:12
**unless** [7] - 20135:7,
20135:8, 20169:24,
20184:25, 20229:15,
20231:24, 20231:25

**unlikely** [1] - 20227:25
**unlock** [1] - 20132:16
**unnecessarily** [1] -
20215:24
**unpopular** [1] -
20108:20
**unquote** [3] - 20157:5,
20211:17, 20212:2
**unraveling** [1] -
20104:2
**unreasonable** [1] -
20160:19
**unrelated** [1] -
20217:10
**unrest** [2] - 20107:19,
20139:9
**unrests** [1] - 20139:18
**unspoken** [2] -
20162:3, 20195:18
**unum** [2] - 20102:15,
20122:16
**unusual** [1] -
20162:19
**up** [96] - 20101:10,
20102:13, 20103:3,
20103:16, 20105:2,
20105:4, 20108:21,
20109:13, 20109:14,
20110:13, 20110:20,
20112:17, 20114:10,
20116:23, 20120:12,
20120:15, 20120:23,
20121:9, 20121:18,
20122:5, 20122:8,
20127:15, 20127:17,
20128:13, 20129:6,
20129:21, 20130:15,
20135:10, 20139:6,
20140:16, 20141:8,
20141:9, 20142:8,
20143:11, 20143:22,
20143:24, 20151:19,
20152:1, 20152:21,
20154:18, 20156:15,
20157:6, 20158:7,
20158:20, 20158:21,
20160:20, 20162:3,
20163:2, 20164:3,
20164:21, 20170:6,
20171:12, 20171:17,
20172:2, 20174:12,
20176:2, 20177:7,
20178:22, 20181:18,
20182:4, 20185:25,
20186:23, 20189:21,
20191:4, 20193:8,
20193:11, 20195:20,
20196:3, 20197:10,
20199:6, 20201:1,
20201:23, 20202:14,

20203:6, 20203:8,
20203:16, 20206:9,
20207:5, 20207:19,
20208:12, 20212:3,
20215:12, 20216:6,
20216:22, 20217:25,
20219:4, 20219:18,
20222:20, 20223:1,
20230:10, 20230:11,
20232:17
**upheaval** [1] -
20139:17
**Upper** [2] - 20159:6,
20172:7, 20206:12
**USA** [3] - 20127:9,
20136:22
**USCP** [1] - 20213:6
**useful** [3] - 20225:3,
20225:9, 20225:12
**user** [1] - 20183:20

**V**

**value** [2] - 20101:21,
20151:14
**vandalism** [1] -
20130:5
**variety** [1] - 20149:21
**various** [1] - 20131:5
**vast** [1] - 20132:16
**veiled** [1] - 20134:4
**verdict** [27] - 20104:4,
20104:5, 20104:9,
20141:16, 20142:23,
20142:24, 20142:25,
20147:25, 20148:6,
20148:15, 20150:22,
20222:22, 20224:15,
20225:5, 20225:21,
20226:5, 20226:19,
20226:20, 20226:23,
20227:2, 20227:3,
20227:4, 20227:5,
20227:6, 20227:7,
20227:8, 20228:10
**verdicts** [3] -
20144:13, 20148:6,
20226:2
**Vermont** [1] -
20104:15
**version** [3] -
20132:24, 20135:14
**versus** [7] - 20100:5,
20103:10, 20125:8,
20136:19, 20147:1,
20176:19, 20176:20
**vest** [1] - 20171:9
**vestibule** [1] -
20159:11
**vests** [1] - 20171:8

**vet** [1] - 20114:2
**veteran** [1] - 20129:12
**veterans** [2] -
20133:23
**via** [1] - 20224:2
**Vice** [2] - 20124:25,
20209:21
**victim** [2] - 20214:16,
20215:10
**victory** [1] - 20160:9
**video** [30] - 20112:14,
20112:14, 20118:12,
20119:13, 20142:5,
20151:3, 20152:10,
20152:13, 20153:10,
20159:24, 20160:4,
20160:9, 20171:19,
20179:15, 20191:20,
20191:22, 20194:6,
20194:18, 20194:19,
20195:4, 20196:20,
20206:4, 20209:11,
20209:14, 20211:23,
20212:3, 20215:9,
20215:15, 20226:6
**Video** [18] - 20158:14,
20158:22, 20159:3,
20159:8, 20159:12,
20160:7, 20160:12,
20171:24, 20172:6,
20172:8, 20191:11,
20192:5, 20192:8,
20194:3, 20203:15,
20206:19, 20206:22,
20209:13
**videos** [12] -
20112:13, 20128:8,
20131:18, 20132:4,
20152:11, 20152:15,
20165:18, 20166:1,
20182:11, 20193:19,
20194:21, 20194:24
**Vietnam** [1] -
20107:18
**view** [5] - 20115:10,
20120:23, 20122:6,
20145:7, 20231:22
**viewed** [2] - 20179:23,
20196:14
**views** [2] - 20111:13,
20223:1
**vile** [1] - 20222:3
**vindicate** [1] -
20131:22
**violated** [2] -
20162:16, 20162:18
**violating** [1] - 20164:2
**violation** [1] -
20162:20
**violations** [1] -

20162:21

**violence** [24] - 20119:11, 20119:12, 20123:18, 20124:1, 20130:11, 20152:1, 20152:7, 20154:25, 20156:25, 20162:14, 20170:24, 20173:1, 20175:14, 20193:16, 20193:17, 20193:20, 20196:2, 20200:10, 20202:19, 20217:4, 20219:2, 20221:24, 20221:25

**violent** [13] - 20107:9, 20107:15, 20123:7, 20142:25, 20151:6, 20173:25, 20190:24, 20192:12, 20193:16, 20196:2, 20199:3, 20216:1, 20216:16

**Virginia** [3] - 20174:13, 20188:17, 20189:4

**vision** [3] - 20103:18, 20108:7

**visited** [1] - 20209:15

**vital** [1] - 20145:9

**voice** [3] - 20137:1, 20198:9, 20225:3

**voicemail** [1] - 20198:9

**voices** [1] - 20118:2

**volume** [1] - 20103:3

**vote** [5] - 20115:1, 20120:6, 20224:18, 20224:23, 20225:10

**voted** [1] - 20115:4

**votes** [3] - 20114:22, 20157:23, 20218:23

**voting** [3] - 20114:21, 20218:24, 20224:14

**vs** [1] - 20097:5

---

## W

**wagon** [1] - 20119:17

**wait** [3] - 20115:19, 20196:8, 20210:22

**waited** [1] - 20171:16

**wake** [3] - 20116:23, 20131:7, 20139:17

**walk** [4] - 20100:24, 20134:21, 20134:24, 20135:4

**walked** [2] - 20158:7, 20189:22

**walking** [2] - 20110:6, 20191:9

**walkway** [3] -

20171:21, 20189:22, 20216:6

**wall** [1] - 20101:12

**Wallace** [2] - 20112:12, 20113:3

**Wallace's** [1] - 20113:19

**wallet** [3] - 20121:19, 20121:20, 20121:22

**Walmart** [2] - 20129:6, 20130:10

**wander** [1] - 20119:15

**wants** [26] - 20145:15, 20147:17, 20148:16, 20149:7, 20153:21, 20160:19, 20173:21, 20174:16, 20175:7, 20177:18, 20179:14, 20187:5, 20189:3, 20192:13, 20193:15, 20194:20, 20202:10, 20202:12, 20202:16, 20203:24, 20204:1, 20204:4, 20207:13, 20214:7, 20217:8, 20229:15

**War** [4] - 20106:23, 20107:19, 20125:25, 20198:25

**war** [12] - 20105:22, 20107:21, 20108:18, 20128:24, 20139:17, 20140:7, 20146:20, 20156:5, 20171:8, 20190:12, 20196:15, 20219:3

**warned** [1] - 20114:11

**warring** [1] - 20106:11

**wars** [1] - 20120:17

**Washington** [7] - 20097:6, 20097:15, 20097:18, 20098:3, 20098:22, 20124:10, 20124:14

**watch** [8] - 20112:3, 20112:19, 20112:23, 20112:24, 20127:3, 20127:13, 20223:8, 20223:9

**watching** [4] - 20104:1, 20107:5, 20143:19, 20179:16

**water** [2] - 20142:3, 20172:19

**wave** [3] - 20130:2, 20164:25, 20165:1

**waving** [2] - 20125:20, 20172:3

**ways** [2] - 20103:22, 20179:21

**weaponized** [1] - 20171:2

**weapons** [1] - 20171:1

**wearing** [5] - 20174:12, 20193:3, 20194:11, 20194:12, 20194:17

**Weatherman** [1] - 20107:18

**Weber** [1] - 20121:12

**week** [7] - 20101:11, 20109:14, 20122:12, 20122:13, 20122:14, 20231:7

**weeks** [2] - 20136:9, 20181:9

**welcome** [2] - 20119:17, 20150:10

**welcoming** [1] - 20206:13

**west** [11] - 20158:17, 20168:11, 20172:17, 20172:23, 20189:10, 20194:5, 20194:15, 20194:24, 20196:3, 20200:3, 20207:3

**West** [8] - 20098:13, 20159:6, 20172:5, 20172:7, 20174:13, 20182:14, 20206:12, 20214:8

**western** [3] - 20133:5, 20133:16, 20133:17

**whack** [1] - 20141:13

**whack-a-mole** [1] - 20141:13

**whatsoever** [2] - 20167:13, 20214:23

**Whispers** [1] - 20208:4

**white** [3] - 20113:5, 20113:7, 20194:14

**White** [1] - 20118:9

**whoa** [1] - 20127:25

**whole** [6] - 20112:19, 20125:18, 20160:23, 20189:25, 20204:8, 20212:6

**WICK** [1] - 20098:21

**Wick** [1] - 20234:3

**wick** [1] - 20234:8

**wide** [1] - 20199:14

**wife** [4] - 20108:23, 20109:14, 20192:4, 20198:14

**wiggle** [1] - 20148:24

**wild** [3] - 20122:11, 20124:5, 20160:25

**wilder** [1] - 20207:11

**willful** [1] - 20140:25,

20141:11, 20141:24

**willing** [3] - 20155:3, 20199:2, 20214:21

**Wilson** [1] - 20128:21

**win** [2] - 20143:20, 20199:12

**wind** [2] - 20125:3, 20193:8

**window** [12] - 20105:7, 20142:3, 20152:15, 20172:13, 20197:3, 20200:4, 20215:8, 20215:13, 20215:16, 20215:18, 20215:19, 20218:10

**windows** [1] - 20173:6

**Wing** [1] - 20158:24

**winning** [1] - 20199:14

**wins** [1] - 20116:10

**winter** [1] - 20118:19

**Winter** [12] - 20182:20, 20182:22, 20183:9, 20183:11, 20184:4, 20184:8, 20184:13, 20184:24, 20185:9, 20185:22, 20186:18

**wise** [1] - 20230:13

**wish** [5] - 20120:25, 20123:10, 20223:16, 20226:6, 20226:12

**witness** [9] - 20101:16, 20115:9, 20151:20, 20173:21, 20176:24, 20204:19, 20205:3, 20205:16, 20222:13

**witnessed** [1] - 20163:3

**witnesses** [17] - 20107:5, 20116:6, 20133:16, 20150:18, 20151:19, 20173:18, 20173:19, 20173:22, 20173:24, 20173:25, 20174:4, 20174:6, 20174:11, 20176:6, 20176:10, 20205:14, 20222:5

**witnesses'** [2] - 20222:10, 20222:11

**wives** [1] - 20139:14

**woman** [3] - 20119:13, 20192:3, 20193:19

**Women** [2] - 20188:17, 20189:3

**women** [2] - 20125:14, 20134:4

**won** [1] - 20112:12

**wonder** [6] - 20104:1, 20124:17, 20135:1, 20161:17, 20197:16, 20212:11

**word** [6] - 20102:2, 20106:19, 20162:8, 20177:3, 20209:12, 20219:13

**words** [17] - 20103:12, 20125:25, 20128:6, 20129:1, 20129:2, 20129:3, 20129:4, 20131:16, 20131:23, 20145:20, 20145:24, 20163:20, 20171:12, 20176:8, 20196:12, 20196:13, 20208:21

**wore** [2] - 20170:13, 20207:22

**works** [1] - 20199:25

**world** [10] - 20103:24, 20104:4, 20104:7, 20115:2, 20116:13, 20133:7, 20133:18, 20133:19, 20171:8

**worn** [2] - 20194:22, 20195:1

**Worrell** [1] - 20172:18

**worried** [2] - 20140:15, 20177:19

**worse** [1] - 20139:16

**worth** [1] - 20203:25

**Wow** [1] - 20197:9

**wrapped** [1] - 20192:18

**write** [5] - 20112:14, 20129:5, 20139:8, 20190:17, 20227:21

**writer** [1] - 20128:21

**writing** [5] - 20103:6, 20224:11, 20224:16, 20224:21, 20230:6

**wrongdoing** [1] - 20121:5

**wrote** [4] - 20103:3, 20121:13, 20137:10, 20156:7

---

## Y

**y'all** [1] - 20209:4

**year** [3] - 20111:9, 20175:2, 20178:16

**years** [10] - 20101:23, 20102:12, 20107:12, 20111:2, 20131:11, 20145:23, 20157:1, 20177:23, 20177:24

**yell** [1] - 20179:16

**yelled** [4] - 20171:21,

20266

20196:6, 20203:19,
20218:8

**yelling** [4] - 20179:16,
20193:20, 20212:20,
20213:1

**yesterday** [2] -
20111:10, 20149:13

**York** [7] - 20097:17,
20097:20, 20097:24,
20098:17, 20123:3

**young** [4] - 20105:18,
20105:19, 20110:10,
20119:13

**yourself** [7] - 20112:7,
20123:14, 20132:6,
20153:3, 20153:9,
20154:21, 20194:24

**yourselves** [2] -
20177:22, 20192:18

# Z

**Zach** [21] - 20172:22,
20172:23, 20187:7,
20187:13, 20187:14,
20188:15, 20189:7,
20189:12, 20189:21,
20189:24, 20190:14,
20193:15, 20193:17,
20194:11, 20194:19,
20194:21, 20195:2,
20196:19, 20200:3,
20212:12, 20212:14

**Zachary** [3] -
20103:11, 20136:13,
20176:20

**ZACHARY** [1] -
20097:6

**Zamboni** [2] -
20128:17, 20155:14