# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 23-3165**  **September Term, 2024**

1:21-cr-00175-TJK-5

Filed On: February 4, 2025 [2098644]

United States of America,

    Appellee

  v.

Enrique Tarrio, also known as Henry Tarrio,

    Appellant

## M A N D A T E

In accordance with the order of February 4, 2025, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Emily K. Campbell
Deputy Clerk

Link to the order filed February 4, 2025