# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 23-3159**                      **September Term, 2024**

**1:21-cr-00175-TJK-1**
**1:21-cr-00175-TJK-2**
**1:21-cr-00175-TJK-3**
**1:21-cr-00175-TJK-5**
**1:21-cr-00175-TJK-6**

**Filed On:** February 4, 2025

United States of America,

       Appellee

     v.

Ethan Nordean, also known as Rufio Panman,

       Appellant

------------------------------

Consolidated with 23-3160, 23-3161, 23-3162, 23-3165

       **BEFORE:**     Millett, Wilkins, and Rao, Circuit Judges

### O R D E R

       Upon consideration of the unopposed motion to vacate convictions and remand for dismissal, it is

       **ORDERED** that, in No. 23-3165, the judgment of the district court be vacated and the case be remanded with instructions to dismiss the case as moot. See United States v. Schaffer, 240 F.3d 35, 37–38 (D.C. Cir. 2001) (en banc). It is

       **FURTHER ORDERED** that consolidation of No. 23-3165 with No. 23-3159, et al., be terminated.

## United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

———————

**No. 23-3159**  **September Term, 2024**

    Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to issue the mandate in No. 23-3165 forthwith to the district court.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:    /s/
Emily Campbell
Deputy Clerk