**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | **Case No.: 21-CR-175 (TJK)** |
| **ETHAN NORDEAN,** | : | |
| **JOSEPH BIGGS,** | : | |
| **ZACHARY REHL, and** | : | |
| **DOMINIC PEZZOLA** | : | |
| | : | |
| **Defendants.** | : | |

**[PROPOSED] ORDER**

The United States of America, through undersigned counsel, has moved this Court to dismiss the indictment in this case, pursuant to Fed. R. Crim. P. 48(a), with prejudice. The Court hereby grants the government's unopposed motion.

SO ORDERED.

_____
THE HONORABLE TIMOTHY J. KELLY
UNITED STATES DISTRICT JUDGE

Dated: _____