**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA

v.

Criminal Action No. 21-175 (TJK)

ETHAN NORDEAN et al.,

   *Defendants*.

## ORDER

For the reasons set forth in the Court's accompanying Memorandum, it is hereby **OR-DERED** that the Government's Unopposed Motion to Dismiss the Indictment, ECF No. 1090, is **GRANTED**.  It is further **ORDERED** that all charges against Defendants Nordean, Biggs, Rehl, and Pezzola, *see* ECF Nos. 24, 26, 305, and 380, and the case against them, are **DISMISSED WITH PREJUDICE**.

/s/ Timothy J. Kelly
TIMOTHY J. KELLY
United States District Judge

Date: July 10, 2026